**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* ____________ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Fast Track Trading LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **99-1450975** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**21 East Front Street, Suite 700**<br>**Red Bank, NJ 07701**<br>Number, Street, City, State & ZIP Code<br>**Monmouth County**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Fast Track Trading LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☐ No.
- ■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | **District of New Jersey - Involuntary** | When | **12/23/24** | Case number | **24-22595 (MBK)** |
| District | | When | | Case number | |

Debtor **Fast Track Trading LLC** Case number (*if known*)

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______

Contact name ______

Phone ______

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ■ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Fast Track Trading LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 14, 2025**
MM / DD / YYYY

*X* **/s/ Scott Trieste**
Signature of authorized representative of debtor

**Scott Trieste**
Printed name

Title **CEO**

**18. Signature of attorney**

*X* **/s/ David H. Stein, Esq.**
Signature of attorney for debtor

Date **January 14, 2025**
MM / DD / YYYY

**David H. Stein, Esq.**
Printed name

**Wilentz, Goldman & Spitzer, P.A.**
Firm name

**90 Woodbridge Center Drive**
**Suite 900, Box 10**
**Woodbridge, NJ 07095**
Number, Street, City, State & ZIP Code

Contact phone **732-636-8000**

Email address **dstein@wilentz.com**

**038461986 (NJ) NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Fast Track Trading LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 14, 2025**

X **/s/ Scott Trieste**
Signature of individual signing on behalf of debtor

**Scott Trieste**
Printed name

**CEO**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Fast Track Trading LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*... | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*... | $ | **78,000.00** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*... | $ | **78,000.00** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*... | $ | **0.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*... | $ | **0.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*... | **+**$ | **0.00** |
| 4. **Total liabilities** ... Lines 2 + 3a + 3b | $ | **0.00** |

**Fill in this information to identify the case:**

Debtor name **Fast Track Trading LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

2. **Cash on hand** — **$50,000.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Webull** | **Brokerage account** | **L2N6** | **$25,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** — **$75,000.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.

☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**

Debtor **Fast Track Trading LLC** Case number *(If known)*
Name

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **(2) computers** | **$4,500.00** | | **$3,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$3,000.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

Debtor **Fast Track Trading LLC** Case number *(If known)*
Name

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| | Fast Track Trading Trademark | $10,000.00 | | Unknown |
| 61. | **Internet domain names and websites** | | | |
| | fasttracktrading.com | $40,000.00 | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Fast Track Trading LLC** Case number *(If known)*
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$75,000.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$3,000.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*.........................................................................................> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$78,000.00** | + 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$78,000.00** |

**Fill in this information to identify the case:**

Debtor name **Fast Track Trading LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Fast Track Trading LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | **Unknown** |
| 2.2 | Priority creditor's name and mailing address<br>**New Jersey Attorney General Office**<br>**Richard J. Hughes Justice Complex**<br>**25 Market Street, P.O. Box 112**<br>**Trenton, NJ 08625-0112**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

2.3 Priority creditor's name and mailing address
**New Jersey Bureau of Securities**
**Office of the NJ Attorney General**
**153 Halsey Street, 6th Floor**
**Newark, NJ 07102**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.4 Priority creditor's name and mailing address
**New Jersey Division of Taxation**
**Compl. and Enforce. - Bankruptcy Unit**
**3 John Fitch Way, 5th Floor**
**P.O. Box 245**
**Trenton, NJ 08695-0245**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.5 Priority creditor's name and mailing address
**Securities Exchange Commission**
**New York Regional Office**
**100 Pearl Street, Suite 20-100**
**New York, NY 10004-2616**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.6 Priority creditor's name and mailing address
**United States Attorney**
**Peter Rodino Federal Building**
**970 Broad Street, Suite 700**
**Newark, NJ 07102**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor **Fast Track Trading LLC** Case number (if known)
Name

2.7 Priority creditor's name and mailing address
**United States Attorney General**
**United States Department of Justice**
**P.O. Box 683**
**Washington, DC 20044**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**Aakash Pancholi**
**6537 KELSEY POINT CIR**
**ALEXANDRIA, VA 22315**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2 **Nonpriority creditor's name and mailing address**
**Aalia Zaman**
**4400 Honfleur Ct**
**Irving, TX 75038**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3 **Nonpriority creditor's name and mailing address**
**Aaron Billing**
**614 Larch Ave**
**La Crescent, MN 55947**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4 **Nonpriority creditor's name and mailing address**
**Aaron Bradley**
**500 Metropolitan St.**
**Aurora, IL 60502**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.5 **Nonpriority creditor's name and mailing address**
**Aaron Chang**
**2227 35th Ave**
**San Francisco, CA 94116**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6 **Nonpriority creditor's name and mailing address**
**Aaron Chatham**
**407 Captiva Drive**
**Ponte Vedra, FL 32081**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
**Aaron Croom**
**7221 Sumption Dr.**
**New Albany, OH 43054**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8 **Nonpriority creditor's name and mailing address**
**Aaron Hanna**
**2347 Berkley Rd**
**Reading, PA 19605**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
**Aaron Hessinger**
**456 Priscilla Ave**
**Deltona, FL 32725**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.10 **Nonpriority creditor's name and mailing address**
**Aaron Himmel**
**809 S. Bundy Dr #209**
**Los Angeles, CA 90049**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.11 **Nonpriority creditor's name and mailing address**
**Aaron Joseph**
**212 lakeview drive**
**Parlin, NJ 08859**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
**Aaron Kalvitis**
**106 Juniper Ave**
**Berlin, NJ 08009**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.13 **Nonpriority creditor's name and mailing address**
**Aaron LaRue**
**852 11th St**
**Santa Monica, CA 90403**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**AARON MORALES**
**PO BOX 742**
**MONTEBELLO, CA 90022**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
**Aaron Nicholson**
**6138 Colgate Ave**
**Los Angeles, CA 90036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
**Aaron Perkins**
**4215 Park Avenue**
**APT 3AA**
**Bronx, NY 10457**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
**Aaron Popovich**
**6650 Glidden St**
**San Diego, CA 92111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
**Aaron Powers**
**12908 Wild Prairie Close**
**Belvidere, IL 61008**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
**Aaron Prideaux**
**987 N Crater Avenue**
**UNIT 1**
**Fayetteville, AR 72704**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.20 **Nonpriority creditor's name and mailing address**
**Aaron Sadler**
**6111 Thor Dr**
**Huntington Beach, CA 92647**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**
**Aaron Sanders**
**4240 E County Rd 66**
**Wellington, CO 80549-1734**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.22 **Nonpriority creditor's name and mailing address**
**Aaron Schmid**
**108 Little Mountain Road**
**Trout Lake, WA 98650-9717**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
**Aaron Schmid**
**108 Little Mountain Road**
**Trout Lake, WA 98650-9717**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.24 **Nonpriority creditor's name and mailing address**
**Aaron Valdez**
**200 Bird Creek Dr**
**Little Elm, TX 75068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.25 **Nonpriority creditor's name and mailing address**
**Aaron Vandersip**
**2275 Aspen Hills Dr**
**Sandy, UT 84092**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.26 **Nonpriority creditor's name and mailing address**
**Aaron Williams**
**18502 Hope Mill Ct.**
**Cypress, TX 77429**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.27 **Nonpriority creditor's name and mailing address**
**Aayush Amin**
**362 Foxtail Drive**
**Harleysville, PA 19438**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.28 **Nonpriority creditor's name and mailing address**
**Aayush Pokharel**
**351 Braxton Pl**
**Tucker, GA 30084**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.29 **Nonpriority creditor's name and mailing address**
**Abbas Datoo**
**9903 Aurea Moss Ln**
**Orlando, FL 32832**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.30 **Nonpriority creditor's name and mailing address**
**Abbas Datoo**
**9903 Aurea Moss Ln**
**Orlando, FL 32832**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.31 **Nonpriority creditor's name and mailing address**
**Abdalla Abdelmageed**
**2607 Huntington Lane**
**Unit A**
**Redondo Beach, CA 90278**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.32 **Nonpriority creditor's name and mailing address**
**Abdel Kader Saleh**
**10001 n pheasent run dr**
**fresno, CA 93730**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
**abdelali elghalmi**
**6709 winthrop st**
**detroit, MI 48228**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.34 **Nonpriority creditor's name and mailing address**
**Abdelmoughit laajali**
**631 Overton groove**
**301**
**Brandon, FL 33511**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
**Abdessami Houari**
**1370 3rd Street**
**APT 303**
**Alameda, CA 94501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
**Abdiel Vital**
**20 Brook Haven dr apt 1**
**Attleboro, MA 02703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
**Abdisamad Keinan**
**Riverside drive**
**Capetown, NC 06100**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.38 **Nonpriority creditor's name and mailing address**
**Abdul mumin wahab**
**9470 windermere lake dr**
**204**
**riverview, FL 33578**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.39 **Nonpriority creditor's name and mailing address**
**Abdulboriy Adahamov**
**3419 N tradewind avw**
**Meridian, ID 83646**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.40 **Nonpriority creditor's name and mailing address**
**Abdullah Dokovic**
**3041 w cat balue dr**
**Phoenix, AZ 85027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.41** **Nonpriority creditor's name and mailing address**
**Abdullah Dokovic**
**3041 w cat balue dr**
**Phoenix, FL 85027**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.42** **Nonpriority creditor's name and mailing address**
**Abdullah-Al Mamun**
**1235 Wildwood Avenue Apt 384**
**Sunnyvale, CA 94089**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.43** **Nonpriority creditor's name and mailing address**
**Abdullahi Jama**
**26 E Brookline st**
**Apt56**
**Boston, MA 02118**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.44** **Nonpriority creditor's name and mailing address**
**Abdullahi Jama**
**68 main st**
**Brattleboro, VT 05301**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.45** **Nonpriority creditor's name and mailing address**
**Abdullokh Djabberganov**
**Yunus obod 19 district**
**apartment number 18**
**Tashkent, Tashkent 00010-0114**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**
**Abdulmuktadir Ahmed**
**4801 Baker Grove Rd Apt 419**
**419**
**Acworth, GA 30101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.47** **Nonpriority creditor's name and mailing address**
**Abel Camargo**
**2723 CANCUN LN**
**DALLAS, TX 75287-2012**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.48 | **Abel Kwong**<br>**8208 Styers Ct**<br>**Laurel, MD 20723**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.49 | **Abelardo Abarca Ocampo**<br>**3714 Adair St**<br>**Los Angeles, CA 90011**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.50 | **Abelardo Mendez Bucu Jr**<br>**4357 128th LN NE**<br>**Blaine, MN 55449**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.51 | **Abenezer Kassa**<br>**1702 N uhle street**<br>**1005**<br>**Arlington, VA 22201**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.52 | **Abhishek Khosla**<br>**4165 Executive Dr**<br>**F409**<br>**La Jolla, CA 92037**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.53 | **Abhiyan Sapkota**<br>**4071 Murray Cmn**<br>**Fremont, CA 94538**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.54 | **Abimael Agramonte**<br>**390 Nostrand Ave**<br>**Apt 7o**<br>**Brooklyn, NY 11216**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.55** **Nonpriority creditor's name and mailing address**
**Abiram Gangavaram**
**40 Vail Ln**
**Watchung, NJ 07069**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.56** **Nonpriority creditor's name and mailing address**
**ABRAHAM BALEKE**
**19426 CARAVAN DR**
**GERMANTOWN, MD 20874**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.57** **Nonpriority creditor's name and mailing address**
**Abraham Carel Bothma**
**558 Breyten Street**
**Pretoria, GP 00081**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.58** **Nonpriority creditor's name and mailing address**
**Abraham Ephraim**
**8820 Westheimer Rd Apt 2223**
**Houston, TX 77063**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.59** **Nonpriority creditor's name and mailing address**
**Abraham G Kim**
**2965 san marino st #207**
**los angeles, CA 90006**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.60** **Nonpriority creditor's name and mailing address**
**Abraham Keleta**
**10816 Edes Ave**
**Oakland, CA 94603**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.61** **Nonpriority creditor's name and mailing address**
**Abraham Oshodi**
**1119 north old mill dr**
**Deltona, FL 32725**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.62 **Nonpriority creditor's name and mailing address**
**Abrar Aman**
**1 Willits Road**
**Glen Cove, NY 11542**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.63 **Nonpriority creditor's name and mailing address**
**Abudi said**
**1561 SE 127th Ave**
**PORTLAND, OR 97233**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.64 **Nonpriority creditor's name and mailing address**
**Abulele Nyembezi**
**41 Jade Road**
**Haven Hills**
**East London, EC 05247**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.65 **Nonpriority creditor's name and mailing address**
**Achintya Prabhash**
**1801 W Diversey PKWY**
**Chicago, IL 60614**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.66 **Nonpriority creditor's name and mailing address**
**activated Ventures llc**
**5718 westheimer rd**
**1000**
**Houston, TX 77057**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.67 **Nonpriority creditor's name and mailing address**
**Adalberto Rivera Laporte**
**2764 Alvin Sperry Pass**
**Nashville, TN 37122**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.68 **Nonpriority creditor's name and mailing address**
**Adam Beckner**
**6803 Rochelle Lane**
**Amarillo, TX 79109**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.69 **Nonpriority creditor's name and mailing address**
**Adam Betz**
**950 West 19th Street**
**Jasper, IN 47546**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.70 **Nonpriority creditor's name and mailing address**
**Adam Bourdillon**
**664 Jan Shoba Street**
**Hillcrest View**
**Pretoria, GP 00083**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.71 **Nonpriority creditor's name and mailing address**
**Adam Buckner**
**445 county road 218**
**Athens, TN 37303**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.72 **Nonpriority creditor's name and mailing address**
**Adam El-Sherief**
**324 Avenue F**
**Redondo Beach, FL 90277**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.73 **Nonpriority creditor's name and mailing address**
**Adam Hudson**
**956 Tarragon Lane**
**Milford, OH 45150**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.74 **Nonpriority creditor's name and mailing address**
**Adam Ibraimovic**
**647 Greene Ave**
**Belford, NJ 07718**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.75 **Nonpriority creditor's name and mailing address**
**Adam James**
**6870 Olde Eight Rd**
**Peninsula, OH 44264**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.76 **Nonpriority creditor's name and mailing address**
**Adam Johanningmeier**
**2537 Clifton ave**
**Saint Louis, MO 63139**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.77 **Nonpriority creditor's name and mailing address**
**Adam Jones**
**865 Sweet Bay Drive**
**Mandeville, LA 70448**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.78 **Nonpriority creditor's name and mailing address**
**adam klobucher**
**184 Valley Fields Dr**
**pittsburgh, PA 15239**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.79 **Nonpriority creditor's name and mailing address**
**Adam Leonard**
**516 Sailboat Bridge Way**
**Edmond, OK 73034**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.80 **Nonpriority creditor's name and mailing address**
**adam lighterman**
**12430 sw 1st place**
**plantation, FL 33325**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.81 **Nonpriority creditor's name and mailing address**
**Adam Lundberg**
**520 N. Croft Ave.**
**Apt. 304**
**West Hollywood, CA 90048**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.82 **Nonpriority creditor's name and mailing address**
**adam perez**
**4140 workman mill rd**
**whittier, CA 90601**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.83 **Nonpriority creditor's name and mailing address**
**Adam Roberts**
**4296 Aschli Lane**
**Ammon, ID 83406**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.84 **Nonpriority creditor's name and mailing address**
**Adam Salater**
**84-737 Upena ST**
**Waianae, HI 96792**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.85 **Nonpriority creditor's name and mailing address**
**Adam Searle**
**950 Scenic Oak Ln**
**Fort Walton Beach, FL 32547**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.86 **Nonpriority creditor's name and mailing address**
**Adam Shego**
**1950 3rd St**
**La Verne, CA 91750**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.87 **Nonpriority creditor's name and mailing address**
**Adam Sinker**
**21 Bunting Lane**
**Naperville, IL 60565**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.88 **Nonpriority creditor's name and mailing address**
**Adam Smith**
**140 Scarborough Ln**
**Millersville, PA 17551**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.89 **Nonpriority creditor's name and mailing address**
**Adam Sobczyk**
**3232 N PIONEER AVE**
**CHICAGO, IL 60634**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.90 **Nonpriority creditor's name and mailing address**
**Adam Thao**
**1556 140th Lane NW**
**Andover, MN 55304**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.91 **Nonpriority creditor's name and mailing address**
**Adam Tijerina**
**430 Westhill Pl**
**San Antonio, TX 78201**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.92 **Nonpriority creditor's name and mailing address**
**Adam Tong**
**24368 Sunnycrest Court**
**Diamond Bar, CA 91765**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.93 **Nonpriority creditor's name and mailing address**
**adam trzaska**
**5600 astor ln**
**101**
**rolling meadows, IL 60008**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.94 **Nonpriority creditor's name and mailing address**
**Adam Wells**
**2800 Carter Jones Rd**
**Groveland, FL 34736**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.95 **Nonpriority creditor's name and mailing address**
**Adam Westendorf**
**140 huger st**
**Rincon, GA 31326**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.96 **Nonpriority creditor's name and mailing address**
**Adam Wood**
**2680 New York St**
**Melbourne, FL 32904**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.97 | **adam wysocki**<br>**603 Inca St unit201**<br>**denver, CO 80204**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.98 | **Adams Wong**<br>**511 W Bencamp St**<br>**APT A**<br>**San Gabriel, CA 91776**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.99 | **Adan Maldonado**<br>**10509 Griffith Park Dr NE**<br>**Albuquerque, NM 87123**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.100 | **Adarian Holmes**<br>**5311 Braebern St**<br>**5311**<br>**Columbus, FL 31907**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.101 | **Adebusola Osunmusan**<br>**3414 Golden Amber ct**<br>**Richmond, TX 77406**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.102 | **Adeleke Adeniyi**<br>**4046 W Valley View Dr**<br>**Laveen, AZ 85339**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.103 | **Adeleke Adeniyi**<br>**4046 W Valley View Dr**<br>**Laveen, AZ 85339**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.104 **Nonpriority creditor's name and mailing address**
**adfad adfad**
**777777**
**Grand Prairie, ca 01111-1111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.105 **Nonpriority creditor's name and mailing address**
**adham said**
**2900 n central dr**
**chandler, AZ 85224**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.106 **Nonpriority creditor's name and mailing address**
**Adilet Diushaliev**
**1018 Castilian Ct**
**115**
**Glenview, IL 60025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.107 **Nonpriority creditor's name and mailing address**
**Aditya Hegde**
**129 Highview Drive**
**Woodbridge, NJ 07095**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.108 **Nonpriority creditor's name and mailing address**
**Aditya Sitwala**
**3416 Rise Drive**
**Morrisville, NC 27560**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.109 **Nonpriority creditor's name and mailing address**
**Adjy Jean**
**2825 STONEWAY LANE**
**Apt A**
**FORT PIERCE, FL 34982**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.110 **Nonpriority creditor's name and mailing address**
**adkaj amlink**
**14 H6**
**cali, FL 00023**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.111 | **Adnan Rahman**<br>**629 Van Nest Avenue**<br>**B**<br>**Bronx, NY 10460**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.112 | **adobe dipmo**<br>**43-21 129 st**<br>**NY, NY 11111**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.113 | **Adolfo Ibarra**<br>**536 W Kaufman**<br>**Paris, TX 75460**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.114 | **Adonai Nicholas**<br>**60 summit Rd**<br>**Holbrook, MA 02343**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.115 | **Adrean Perry**<br>**3204 Perrenial Way**<br>**Modesto, CA 95356**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.116 | **Adrian Brevig**<br>**14005 Rose Ct.**<br>**Poway, CA 92064**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.117 | **Adrian Budiyanto**<br>**130 West Jefferson Avenue**<br>**Pomona, CA 91768**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.118 **Nonpriority creditor's name and mailing address**
**Adrian Da Silva**
**4880 Locust St. NE #329**
**St Petersburg, FL 33703**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.119 **Nonpriority creditor's name and mailing address**
**Adrian DeDominicis**
**635 Pinewood DR**
**Conroe, TX 77385**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.120 **Nonpriority creditor's name and mailing address**
**Adrian Guisadio**
**1804 Division Road**
**Apt 111**
**Great Falls, MT 59404**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.121 **Nonpriority creditor's name and mailing address**
**Adrian Kutryj**
**930 Beau Dr.**
**Apt#313**
**Des Plaines, IL 60016**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.122 **Nonpriority creditor's name and mailing address**
**Adrian Kutryj**
**930 Beau Dr.**
**Apt#313**
**Des Plaines, IL 60016**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.123 **Nonpriority creditor's name and mailing address**
**Adrian Manbodh**
**230 Northeast 4th Street**
**Apt 3106**
**Miami, FL 33132**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.124 **Nonpriority creditor's name and mailing address**
**Adrian McNeal**
**7759 Mcknight st**
**North Charleston, SC 29418**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.125 **Nonpriority creditor's name and mailing address**
**Adrian Otero**
**9125 Copper Ave Copper NE**
**Albuquerque, NM 87123**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.126 **Nonpriority creditor's name and mailing address**
**Adrian Simpson**
**18 Martin St.**
**Middletown, NY 10940**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.127 **Nonpriority creditor's name and mailing address**
**Adrian Simpson**
**18 Martin St.**
**Middletown, NY 10940**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.128 **Nonpriority creditor's name and mailing address**
**Adrian Simpson**
**18 Martin St.**
**Middletown, NY 10940**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.129 **Nonpriority creditor's name and mailing address**
**Adriana Escobar Monsalve**
**9 Foote Ave**
**PO Box 553**
**Canaan, CT 06018**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.130 **Nonpriority creditor's name and mailing address**
**ADRIENNE HAINES**
**6230 MEMPHIS ST**
**New Orleans, LA 70124**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.131 **Nonpriority creditor's name and mailing address**
**Adrienne Huang**
**1 Ely Park Blvd**
**APT 9-5**
**Binghamton, NY 13905**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.132 **Nonpriority creditor's name and mailing address**
**Adum wodede**
**305 ne hayes drive**
**ankeny, IA 50021**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.133 **Nonpriority creditor's name and mailing address**
**Aftab Borka**
**2646 Avalon Dr.**
**Troy, MI 48083**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.134 **Nonpriority creditor's name and mailing address**
**Agnes Charity Sundayi**
**2804 Percheron Drive**
**Mesquite, TX 75150**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.135 **Nonpriority creditor's name and mailing address**
**Agnes Urbanowicz**
**3954 N Oriole Ave**
**302**
**Chicago, IL 60634**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.136 **Nonpriority creditor's name and mailing address**
**Agnieszka Ziolkowski**
**9844 Fairfield Rd**
**Huntley, IL 60142**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.137 **Nonpriority creditor's name and mailing address**
**Aharon Condiotti**
**820 Woodgate Ave**
**Long Branch, NJ 07740**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.138 **Nonpriority creditor's name and mailing address**
**Ahdy Messiha**
**724 Lisboa Ct.**
**Walnut Creek, CA 94598**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.139 **Nonpriority creditor's name and mailing address**
**Ahila Krishnan**
**2429 twin oaks dr**
**little elm, TX 75068**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.140 **Nonpriority creditor's name and mailing address**
**Ahkamuzzaman Rahman**
**2025 Newbold Avenue**
**Bronx, NY 10462**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.141 **Nonpriority creditor's name and mailing address**
**Ahmad Mujbi**
**41679 Tetley dr**
**Sterling Heights, MI 48313**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.142 **Nonpriority creditor's name and mailing address**
**Ahmad Zaki Omarkhel**
**13568 Lavender Mist Ln**
**Centreville, VA 20120**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.143 **Nonpriority creditor's name and mailing address**
**Ahmed Abou Mohamed**
**3960 s lake drive**
**15**
**Milwaukee, WI 53235**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.144 **Nonpriority creditor's name and mailing address**
**Ahmed Durrani**
**163 Stony Creek Dr**
**Del Valle, TX 78617**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.145 **Nonpriority creditor's name and mailing address**
**AHMED ELNENAEY**
**10818 ANCIENT FUTURES DR**
**TAMPA, FL 33647**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.146 **Nonpriority creditor's name and mailing address**
**Ahmed Elnenaey**
**10818 ANCIENT FUTURES DR.**
**Tampa, FL 33647**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.147 **Nonpriority creditor's name and mailing address**
**Ahmed Hussin**
**5 Vanderbilt Drive**
**Apt207**
**Merrimack, NH 03054**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.148 **Nonpriority creditor's name and mailing address**
**Ahmed Jadalla**
**56 knollwood dr**
**cherry hill, NJ 08002**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.149 **Nonpriority creditor's name and mailing address**
**Ahmed Kherais**
**10715 Mustang brk**
**San Anotnio, TX 78254**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.150 **Nonpriority creditor's name and mailing address**
**Ahsan Farooqi**
**1713 Katelynn Lane**
**Anna, TX 75409**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.151 **Nonpriority creditor's name and mailing address**
**Ahtre Mathis**
**4856 Huntlea Court**
**DECATUR, GA 30034**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.152 **Nonpriority creditor's name and mailing address**
**Ai Pham**
**1500 s Louisiana Avenue**
**Mason city, IA 50401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.153 **Nonpriority creditor's name and mailing address**
**AIDAN DANG**
**27 Upham St**
**Randolph, MA 02368**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.154 **Nonpriority creditor's name and mailing address**
**AIDAN DANG**
**27 Upham St**
**Randolph, MA 02368**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.155 **Nonpriority creditor's name and mailing address**
**Aidan Lee Wen**
**1714 Prairie Hen Cv**
**Austin, TX 78758**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.156 **Nonpriority creditor's name and mailing address**
**Aiden Galloway**
**6752 Autumnwood Drive**
**Nashville, TN 37221**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.157 **Nonpriority creditor's name and mailing address**
**Aiden James**
**82 Courtland Hill St**
**stamford, CT 06906**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.158 **Nonpriority creditor's name and mailing address**
**Aik Hom**
**20360 E 40th Ave**
**Denver, CO 80249**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.159 **Nonpriority creditor's name and mailing address**
**Aitmyrza Ernis uulu**
**7235 Azure Cir**
**Orlando, FL 32836**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.160 **Nonpriority creditor's name and mailing address**
**Ajahni Groomes**
**80 W. Sunrise Highway**
**#1116**
**Valley Stream, NY 11581**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.161 **Nonpriority creditor's name and mailing address**
**Ajay Jha**
**10956 131st street**
**South Ozone Park, NY 11420**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.162 **Nonpriority creditor's name and mailing address**
**Ajay Singh**
**3614 212th PL SE**
**Sammamish, WA 98075**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.163 **Nonpriority creditor's name and mailing address**
**Akarshan Mall**
**1514 E Austin Blvd**
**Nevada, MO 64772**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.164 **Nonpriority creditor's name and mailing address**
**Akayla Williams**
**601 Patton Blvd**
**Apt 174**
**Plano, TX 75075**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.165 **Nonpriority creditor's name and mailing address**
**Akeem Gayle**
**21300 Cotton Creek Drive**
**gulf shores, AL 36542**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.166 **Nonpriority creditor's name and mailing address**
**AKEESHA PENA**
**12 CLARKE STREET**
**BRENTWOOD, NY 11717**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.167 **Nonpriority creditor's name and mailing address**
**akhil adepu**
**2801 wells branch pkwy**
**apt 621**
**austin, TX 78745**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.168 **Nonpriority creditor's name and mailing address**
**Akhil Woodard**
**1827 Haverford Dr**
**Allen, TX 75013**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.169 **Nonpriority creditor's name and mailing address**
**Akhila Amaranayani**
**268 Grant Ave**
**Jeresy city, NJ 07305**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.170 **Nonpriority creditor's name and mailing address**
**Akiem Lawson**
**4927 Farmstead Ct**
**Bel aire, KS 67220**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.171 **Nonpriority creditor's name and mailing address**
**Akinyemi Bajulaiye**
**1034 S. 53rd Street**
**Philadelphia, PA 19143**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.172 **Nonpriority creditor's name and mailing address**
**Akinyemi Bajulaiye**
**1034 S. 53rd Street**
**Philadelphia, PA 19143**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.173 **Nonpriority creditor's name and mailing address**
**Akshanth Palway**
**13467 Day Star Way**
**US**
**frisco, TX 75035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.174 | **Al Hernandez**<br>**2630 Kingsbridge Terrace**<br>**Bronx, NY 10463**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.175 | **Alaiire Sanya**<br>**2024 Seagirt Blvd**<br>**3g**<br>**Far Rockaway, NY 11691**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.176 | **Alain Lamas**<br>**15442 SW 163rd St**<br>**Miami, FL 33187**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.177 | **Alamir Rufaiei**<br>**5322 Hemlock Street**<br>**Apt#209**<br>**Sacramento, FL 95841**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.178 | **alan alvarez**<br>**2771 Southwest 133rd Avenue**<br>**Miramar, FL 33027**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.179 | **Alan Buck**<br>**405 Alexis Lucia Rd**<br>**alexis, NC 28006**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.180 | **Alan Griego**<br>**5540 Holly Ridge dr.**<br>**camarillo, CA 93012**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.181 **Nonpriority creditor's name and mailing address**
**Alan Hernandez**
**1926 Marsh Meadow Lane**
**Round Lake, IL 60073**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.182 **Nonpriority creditor's name and mailing address**
**Alan Horvath**
**2469 primero dr**
**220 lot**
**Kissimmee, FL 34746**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.183 **Nonpriority creditor's name and mailing address**
**Alan Pham**
**606 Elaine Avenue**
**Oceanside, CA 92057**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.184 **Nonpriority creditor's name and mailing address**
**Alan Seunsom**
**11111 Wortham Blvd**
**Apt 461**
**Houston, TX 77065**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.185 **Nonpriority creditor's name and mailing address**
**Alanis Garcia-Ramirez**
**396 Olde Harbour Trl**
**Rochester, NY 14612, NY 14612**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.186 **Nonpriority creditor's name and mailing address**
**Alba Susana Marin**
**21070 sweetwater lane N**
**Boca Raton, FL 33428**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.187 **Nonpriority creditor's name and mailing address**
**Albany Sanchez Escalante**
**URB. Palma de Oro**
**Naguanagua, VE-G 02005-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.188 **Nonpriority creditor's name and mailing address**
**Albert Bohandy**
**226 W South Street**
**Barnesville, OH 43713**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.189 **Nonpriority creditor's name and mailing address**
**ALBERT D VILLANUEVA**
**5310 Nathan Loop SE**
**Auburn, WA 98092**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.190 **Nonpriority creditor's name and mailing address**
**ALBERT LAW**
**990 Ala Nanala St Apt**
**Honolulu, HI 96818**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.191 **Nonpriority creditor's name and mailing address**
**Albert Li**
**502 Marrett Rd**
**Lexington, MA 02421**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.192 **Nonpriority creditor's name and mailing address**
**Albert Lubker**
**2801 Dusty Chisolm Trl**
**Pflugerville, TX 78660**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.193 **Nonpriority creditor's name and mailing address**
**Albert Noguera**
**56 SEAVIEW DR**
**BAY POINT, CA 94565**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.194 **Nonpriority creditor's name and mailing address**
**Albert Yim**
**2808 Veron Lane**
**Twinsburg, OH 44087**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.195** **Nonpriority creditor's name and mailing address**
**Albertine Pierre**
**1427 se 8th avenue**
**Deerfield Beach, FL 33441**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.196** **Nonpriority creditor's name and mailing address**
**Alberto Cruz Jr**
**15721 Ragley Street**
**Hacienda Heights, CA 91745**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.197** **Nonpriority creditor's name and mailing address**
**Alberto Gallegos**
**19200 Linda Dr**
**Tornillo, TX 79853**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.198** **Nonpriority creditor's name and mailing address**
**Alberto Ghezzi**
**333 east 102nd st**
**602**
**New york, NY 11249**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.199** **Nonpriority creditor's name and mailing address**
**Alberto Hernandez**
**300 west Walton**
**Beeville, TX 78102**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.200** **Nonpriority creditor's name and mailing address**
**Alberto Planas**
**1050 Audace Ave**
**Apt 207**
**Boynton Beach, FL 33426**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.201** **Nonpriority creditor's name and mailing address**
**Alden Needham**
**718 Cordell St**
**Denton, TX 76201-2611**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.202 **Nonpriority creditor's name and mailing address**
**Aldo Kang**
**34016 leon st**
**Lake Elsinore, CA 92530**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.203 **Nonpriority creditor's name and mailing address**
**Aldred Russo**
**2899 doncaster dr**
**charleston, SC 29414**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.204 **Nonpriority creditor's name and mailing address**
**Aldrin Kuriakose**
**5431 linden rose ln**
**Sugar Land, TX 77479**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.205 **Nonpriority creditor's name and mailing address**
**ALEC BARANSKI**
**1223 Sequoia Ln**
**Princeton, TX 75407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.206 **Nonpriority creditor's name and mailing address**
**Alec Biggs**
**1601 S 17th St**
**Flr 2**
**Philadelphia, PA 19145**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.207 **Nonpriority creditor's name and mailing address**
**Alec Sisaiyaket**
**8821 S 117TH ST APT. A**
**Seattle, WA 98178**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.208 **Nonpriority creditor's name and mailing address**
**Alec Walter**
**601 Northeast 70th Street**
**118**
**Kansas City, MO 64118**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.209 **Nonpriority creditor's name and mailing address**
**Alec Walter**
**601 Northeast 70th Street**
**118**
**Kansas City, MO 64118**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.210 **Nonpriority creditor's name and mailing address**
**Alecia Dangerfield**
**5431 South Breakwater Drive**
**Taylorsville, UT 84123**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.211 **Nonpriority creditor's name and mailing address**
**Alejandro Fraticelli**
**89 BUNKER HILL ST**
**APT 1048**
**CHARLESTOWN, MA 02129**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.212 **Nonpriority creditor's name and mailing address**
**Alejandro Hernandez**
**1920 Bentley Blvd**
**Kissimmee, FL 34741**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.213 **Nonpriority creditor's name and mailing address**
**Alejandro Huerta**
**19855 Pandy Court**
**Canyon Country, CA 91351**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.214 **Nonpriority creditor's name and mailing address**
**Alejandro Jacobo**
**2100 Trinity Street**
**San Mateo, CA 94403**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.215 **Nonpriority creditor's name and mailing address**
**Alejandro Silva**
**614 Burke Road**
**Pasadena, TX 77506**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.216 **Nonpriority creditor's name and mailing address**
**Alejandro Talavera**
**4047 Ponza Place**
**Atlantis, FL 33462**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.217 **Nonpriority creditor's name and mailing address**
**Aleks Mauricio**
**86 Ponemah RD**
**Ameherst, NH 03031**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.218 **Nonpriority creditor's name and mailing address**
**aleksandr veksler**
**1234 e Becker lane**
**phoenix, AZ 85020**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.219 **Nonpriority creditor's name and mailing address**
**aleksandra Trajkovska**
**22 seifert st**
**garfield, NJ 07026**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.220 **Nonpriority creditor's name and mailing address**
**Alena Spradley**
**384 Marys Dr**
**Woodbine, GA 31569**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.221 **Nonpriority creditor's name and mailing address**
**Alesha Phillips**
**10 Lecount Place**
**8M**
**New Rochelle, NY 10801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.222 **Nonpriority creditor's name and mailing address**
**Alesha Phillips**
**10 Lecount Pl , NEW ROCHELLE, 10801-6493**
**8M**
**New Rochelle, NY 10801-6493**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.223 **Nonpriority creditor's name and mailing address**
**Alesha Phillips**
**10 Lecount Pl , NEW ROCHELLE, 10801-6493**
**8M**
**New Rochelle, NY 10801-6493**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.224 **Nonpriority creditor's name and mailing address**
**Alex Dawson**
**34797 SW Ladd Hill Rd**
**Wilsonville, OR 97070**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.225 **Nonpriority creditor's name and mailing address**
**Alex Delgado**
**480 harbor side street**
**Woodbridge, VA 22191**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.226 **Nonpriority creditor's name and mailing address**
**Alex Filipe**
**16020 N 60th Street**
**Scottsdale, AZ 85254**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.227 **Nonpriority creditor's name and mailing address**
**Alex Gomes**
**1004 Brantford Ave**
**Silver Spring, MD 20904**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.228 **Nonpriority creditor's name and mailing address**
**Alex Gutierrez**
**315 e water street**
**Portland, IN 47371**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.229 **Nonpriority creditor's name and mailing address**
**Alex gutierrez**
**315 e water street**
**Portland, IN 47371**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.230** **Nonpriority creditor's name and mailing address**
**alex kahle**
**1438 north rd se**
**warren, OH 44484**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

**3.231** **Nonpriority creditor's name and mailing address**
**Alex Kiiru**
**8808 overhill Rd**
**Henrico, FL 23229**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

**3.232** **Nonpriority creditor's name and mailing address**
**Alex Klimovich**
**5517 Purdue Place**
**San Jose, CA 95118**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

**3.233** **Nonpriority creditor's name and mailing address**
**Alex Lim**
**16950 LAKERIDGE DR**
**Lake Oswego, OR 97034**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

**3.234** **Nonpriority creditor's name and mailing address**
**Alex Matsuk**
**17621 14th PL W**
**Lynnwood, WA 98037**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

**3.235** **Nonpriority creditor's name and mailing address**
**Alex Nguyen**
**233 Clark Ave**
**Apt 22**
**Yuba City, CA 95991**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

**3.236** **Nonpriority creditor's name and mailing address**
**Alex Nim**
**9227 Dairy St**
**Elk Grove, CA 95624**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.237 **Nonpriority creditor's name and mailing address**
**alex pankratz**
**2501 Fairoak Ave**
**apt 227**
**Anoka, MN 55303**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.238 **Nonpriority creditor's name and mailing address**
**alex poon**
**4130 95th st**
**new york city, NY 11373**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.239 **Nonpriority creditor's name and mailing address**
**ALEX PRUDHOMME**
**1875 PINE GROVE ROAD**
**KEITHVILLE, LA 71047**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.240 **Nonpriority creditor's name and mailing address**
**ALEX PRUDHOMME**
**1875 PINE GROVE ROAD**
**KEITHVILLE, LA 71047**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.241 **Nonpriority creditor's name and mailing address**
**alex prudhomme**
**1875 PINE GROVE ROAD**
**KEITHVILLE, LA 71047**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.242 **Nonpriority creditor's name and mailing address**
**Alex Ramirez**
**3101 Plaza del Amo, Unit 101**
**Torrance, CA 90503**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.243 **Nonpriority creditor's name and mailing address**
**Alex Schultz**
**524 S Mallory Circle**
**Delray Beach, FL 33483**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.244** **Nonpriority creditor's name and mailing address**
**Alex Sposito**
**214 Ashton Dr SW**
**Leesburg, VA 20175**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.245** **Nonpriority creditor's name and mailing address**
**Alex Sylvia**
**154 Essex Dr**
**Longwood, FL 32779**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.246** **Nonpriority creditor's name and mailing address**
**alex trinh**
**6259 callisto lane**
**eastvale, CA 91752**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.247** **Nonpriority creditor's name and mailing address**
**Alex Wong**
**18567 W Sterling Ct**
**Grayslake, IL 60030**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.248** **Nonpriority creditor's name and mailing address**
**Alex Zelinsky**
**1028 Thyme Walkway**
**San Jose, CA 95133**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.249** **Nonpriority creditor's name and mailing address**
**Alexander Booth**
**6937 Orangewood Ave**
**Cypress, CA 90630**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.250** **Nonpriority creditor's name and mailing address**
**Alexander Bratton**
**2724 Merideth Dr SW**
**Tenino, WA 98589-9386**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.251 **Nonpriority creditor's name and mailing address**
**alexander brito**
**7 e walnut st**
**central islip, NY 11722**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.252 **Nonpriority creditor's name and mailing address**
**Alexander Dao**
**1852 Ardilea Street**
**Las Vegas, NV 89135**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.253 **Nonpriority creditor's name and mailing address**
**Alexander Drew**
**9563 joyce way**
**Arvada, CO 80007**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.254 **Nonpriority creditor's name and mailing address**
**Alexander Girshin**
**26 Lake Street**
**Apt 2**
**Richfield Springs, NY 13439**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.255 **Nonpriority creditor's name and mailing address**
**Alexander Hauer**
**6 Heathrow Court**
**Blackwood, NJ 08012**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.256 **Nonpriority creditor's name and mailing address**
**Alexander Janey**
**2848 edgecombe circle**
**Baltimore, MD 21215**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.257 **Nonpriority creditor's name and mailing address**
**Alexander Laureano**
**19335 Riley Espen CT**
**Houston, TX 77073**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.258 **Nonpriority creditor's name and mailing address**
**Alexander Laureano**
**19335 Riley Espen**
**Houston, TX 77073**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.259 **Nonpriority creditor's name and mailing address**
**Alexander Mier**
**84 camellia ave**
**San Francisco, CA 94112**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.260 **Nonpriority creditor's name and mailing address**
**Alexander Nazar**
**17133 Lorillard Street**
**Los Angeles, CA 91344**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.261 **Nonpriority creditor's name and mailing address**
**alexander nguyen**
**4316 sayoko cir**
**san jose, CA 95136**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.262 **Nonpriority creditor's name and mailing address**
**Alexander Para**
**824 S Glebe Rd**
**B**
**Arlington, VA 22204**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.263 **Nonpriority creditor's name and mailing address**
**Alexander Patterson**
**316 Lake Harbor Rd**
**Brandon, MS 39047-9543**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.264 **Nonpriority creditor's name and mailing address**
**Alexander Poole**
**526 Shetucket Tpke**
**Griswold, CT 06351**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.265** **Nonpriority creditor's name and mailing address**
**Alexander Reyes**
**16069 SARASOTA ST**
**Brooksville, FL 34604**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.266** **Nonpriority creditor's name and mailing address**
**Alexander Rodriguez**
**317 S IOWA AVE**
**ADDISON, IL 60101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.267** **Nonpriority creditor's name and mailing address**
**Alexander Rountree**
**2609 GILLIONVILLE RD**
**7g**
**albany, GA 31707**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.268** **Nonpriority creditor's name and mailing address**
**Alexander Sheng**
**225 Cherry St**
**New York, NY 10002**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.269** **Nonpriority creditor's name and mailing address**
**Alexander Watkins**
**1376 Mimos Ln**
**Lewisville, TX 75077**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.270** **Nonpriority creditor's name and mailing address**
**Alexander Weiser**
**154 N Pearl St**
**3**
**Buffalo, FL 14202**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.271** **Nonpriority creditor's name and mailing address**
**Alexander Yi**
**11703 Briary Branch Court**
**Reston, VA 20191**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.272 **Nonpriority creditor's name and mailing address**
**Alexander Yousif**
**2410 Cobb Rd**
**Jackson, MI 49203**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.273 **Nonpriority creditor's name and mailing address**
**Alexandra Cook**
**655 40th Ave Ln Nw**
**Hickory, NC 28601**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.274 **Nonpriority creditor's name and mailing address**
**Alexandre Oliveira**
**520 E Church Street**
**Apt 504**
**Orlando, FL 32801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.275 **Nonpriority creditor's name and mailing address**
**Alexandre Scotton**
**33-24-29st**
**2**
**New York, NY 11106**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.276 **Nonpriority creditor's name and mailing address**
**ALEXIS ALMONTE**
**100 Joanne Ter**
**Garfield, NJ 07026**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.277 **Nonpriority creditor's name and mailing address**
**Alexis Baluja**
**3555 W. 73rd Ter**
**Hialeah, FL 33018**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.278 **Nonpriority creditor's name and mailing address**
**Alexis Finale**
**1151 south park road**
**207**
**Hollywood, FL 33021**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.279 **Nonpriority creditor's name and mailing address**
**Alexis Gonzalez**
**5215 South Hamlin Avenue**
**Chicago, IL 60632**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.280 **Nonpriority creditor's name and mailing address**
**Alexis Javor**
**891 Twilight Dr**
**Seven Hills, OH 44131**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.281 **Nonpriority creditor's name and mailing address**
**Alexis Mejia**
**7023 Lee Park Ct**
**Falls Church, VA 22042**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.282 **Nonpriority creditor's name and mailing address**
**Alexis Reyes**
**141 Oswald Ave**
**Laplace, LA 70068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.283 **Nonpriority creditor's name and mailing address**
**Alexis Sanchez**
**415 Marginal Way**
**Quincy, WA 98848**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.284 **Nonpriority creditor's name and mailing address**
**Alexis Tamez Valenzuela**
**37710 Medea CT**
**Palmdale, CA 93550**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.285 **Nonpriority creditor's name and mailing address**
**Alexx Westbrook**
**412 Orchid Oasis Ave**
**North Las Vegas, NV 89031**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.286 **Nonpriority creditor's name and mailing address**
**Alexxio Gonzalez**
**4312 Oak Tree Lane**
**Williamsburg, VA 23188**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.287 **Nonpriority creditor's name and mailing address**
**ALFONSO HINONG**
**905 FERRIER CT**
**VIRGINIA BEACH, VA 23464**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.288 **Nonpriority creditor's name and mailing address**
**Alfonzo Spigner**
**240 E Cedar Ave**
**Apt H**
**Burbank, CA 91502**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.289 **Nonpriority creditor's name and mailing address**
**Alfred Haywood**
**4880 Cherokee Way SE**
**Conyers, GA 30094**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.290 **Nonpriority creditor's name and mailing address**
**Alfred Paulding**
**20161 56th way N**
**Loxahatchee, FL 33470**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.291 **Nonpriority creditor's name and mailing address**
**Alfredo Uriostegui**
**719 n spaulding**
**chicago, IL 60624**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.292 **Nonpriority creditor's name and mailing address**
**Ali Al-Jassim**
**1099 W 105N**
**Orem, UT 84057**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.293 **Nonpriority creditor's name and mailing address**
**Ali Becha**
**4014 Omeara**
**Houston, TX 77025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.294 **Nonpriority creditor's name and mailing address**
**ALI HASSAN**
**225 HICKSVILLE ROAD**
**BETHPAGE, NY 11714**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.295 **Nonpriority creditor's name and mailing address**
**Ali Khan**
**920 Hampton Oaks dr**
**Alpharetta, GA 30004**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.296 **Nonpriority creditor's name and mailing address**
**Ali Meeks**
**12017 Citrus Falls Cir**
**Apt 206**
**Tampa, FL 33625**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.297 **Nonpriority creditor's name and mailing address**
**Ali Saeed**
**16 belmont avenue, plainview, NY 11803 U**
**16 Belmont Ave**
**plainview, NY 11803**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.298 **Nonpriority creditor's name and mailing address**
**Alicia Baker**
**330 3rd Avenue**
**Dayton, KY 41074**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.299 **Nonpriority creditor's name and mailing address**
**Alicia Walker**
**10631 Melogold Way**
**San Diego, CA 92126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.300 **Nonpriority creditor's name and mailing address**
**Alicja Parker**
**1266 Bay Harbor Dr**
**apt 306**
**Palm Harbor, FL 34685**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.301 **Nonpriority creditor's name and mailing address**
**Aliioaiga Filoialii**
**1700 E St Isidore St**
**Tucson, FL 85713**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.302 **Nonpriority creditor's name and mailing address**
**Alin Pandey**
**210 Prine Pl, Unit 3118**
**Charlotte, NC 28213**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.303 **Nonpriority creditor's name and mailing address**
**Alina Hall**
**966 Newcastle St**
**Medford, OR 97501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.304 **Nonpriority creditor's name and mailing address**
**Alina Hall**
**966 Newcastle St**
**Medford, OR 97501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.305 **Nonpriority creditor's name and mailing address**
**Alisa Thatsanasuwan**
**4720 center blvd**
**1802**
**Long island city, NY 11109**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.306 **Nonpriority creditor's name and mailing address**
**Alix joseph**
**2555 Rose Ridge Cir**
**Orlando, FL 32824**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| 3.307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Aliyu Abubakar**<br>**29870 Aaron River Trail**<br>**Fulshear, TX 77441**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Aljohnel Labsan**<br>**153 Dairy Ct**<br>**Raeford, NC 28376**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Allan Arciaga**<br>**7780 Jacaranda Hill Ct.**<br>**Las Vegas, NV 89139**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Allan Hernandez**<br>**99 Macedonia Rd**<br>**Newnan, GA 30263**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Allan Mattos**<br>**5218 Sapphire Valley**<br>**Boca Raton, FL 33486**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Allan Ray**<br>**4027**<br>**124, FL 32003**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Allan Tarkatchev**<br>**93 commodore drive**<br>**staten island, NY 10309**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.314 **Nonpriority creditor's name and mailing address**
**Allan Zielonka**
**26 Creek Drive**
**Tallapoosa, GA 30176**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.315 **Nonpriority creditor's name and mailing address**
**Alland Lamour**
**778 Remsen**
**Brooklyn, NY 11236**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.316 **Nonpriority creditor's name and mailing address**
**Allande Petit**
**1624 highland Ave**
**Springfield, OH 45503**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.317 **Nonpriority creditor's name and mailing address**
**Allen Buenaventura**
**325 South Madison Avenue**
**#14**
**Pasadena, CA 91101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.318 **Nonpriority creditor's name and mailing address**
**Allen Chaney**
**9225 Nioga Toops Rd**
**Mount Sterling, OH 43143**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.319 **Nonpriority creditor's name and mailing address**
**Allen Chang**
**121 Huntington**
**Irvine, CA 92620**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.320 **Nonpriority creditor's name and mailing address**
**Allen Fong**
**1130 Firethorne Pass**
**Cumming, GA 30040**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.321 **Nonpriority creditor's name and mailing address**
**Allen Hess**
**155 East 26Th Street**
**Apt 2A**
**NEW YORK, NY 10010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.322 **Nonpriority creditor's name and mailing address**
**Allen Rose**
**377 CR 1950**
**Yantis, TX 75497**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.323 **Nonpriority creditor's name and mailing address**
**Allen Roshass**
**3 kathy lane**
**hawthorn woods, IL 60047**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.324 **Nonpriority creditor's name and mailing address**
**Allen Sundve**
**2910 seacrest lane**
**La marque, TX 77568**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.325 **Nonpriority creditor's name and mailing address**
**Allen Touchstone**
**6201 Kilmer St**
**Cheverly, MD 20785**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.326 **Nonpriority creditor's name and mailing address**
**Allie Luu**
**5906 stanford dr**
**Temple, TX 76502**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.327 **Nonpriority creditor's name and mailing address**
**Allison Bazile**
**812 concord rd**
**Glen Mills, PA 19342**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.328** **Nonpriority creditor's name and mailing address**
**Allison Bethea**
**2 EDEN ROC CT**
**Pikesville, MD 21208**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.329** **Nonpriority creditor's name and mailing address**
**Allison Nutt**
**11 Wanamaker Ave, Mahwah, NJ 07430**
**Mahwah, NJ 07430**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.330** **Nonpriority creditor's name and mailing address**
**Alluri Narayanaraju**
**2942 Coneflower Circle**
**Aurora, IL 60503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.331** **Nonpriority creditor's name and mailing address**
**Allyson Carvalho**
**3732 Havenmist Cove**
**Suwanee, GA 30024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.332** **Nonpriority creditor's name and mailing address**
**almas khan**
**11616 lumpkin st**
**hamtramck, MI 48212**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.333** **Nonpriority creditor's name and mailing address**
**Almat Shyntayev**
**513 238th St Se**
**UNIT C**
**Bothell, WA 98021**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.334** **Nonpriority creditor's name and mailing address**
**Alok Dandekar**
**4404 Vanderpool Dr**
**Plano, TX 75024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.335 **Nonpriority creditor's name and mailing address**
**Alonzo Smith**
**3904 53rd Ave N**
**St Petersburg, FL 33714**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.336 **Nonpriority creditor's name and mailing address**
**Alot Anunde chinn**
**1027 overlook way**
**Laurel, MD 20707**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.337 **Nonpriority creditor's name and mailing address**
**Alpha Diallo**
**677 east 52nd st**
**Brooklyn, NY 11202**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.338 **Nonpriority creditor's name and mailing address**
**Alphanzo Moore**
**15750 Lasselle street, T10**
**Moreno Valley, CA 92551**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.339 **Nonpriority creditor's name and mailing address**
**Alric Spurlock**
**6139 Casper St**
**Baton Rouge, LA 70805-1112**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.340 **Nonpriority creditor's name and mailing address**
**Alson Time**
**2634 Hunters Pond Run**
**Champaign, IL 61820**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.341 **Nonpriority creditor's name and mailing address**
**Alton Drummond**
**36 Bedford Ter**
**2**
**Irvington, NJ 07111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.342 **Nonpriority creditor's name and mailing address**
**Alvaro Castillo**
**250 Carillon Pkwy**
**Unit 550**
**Saint Petersburg, FL 33716**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.343 **Nonpriority creditor's name and mailing address**
**Alvaro Guerrero**
**3852 Poinciana Avenue**
**Miami, FL 33133**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.344 **Nonpriority creditor's name and mailing address**
**Alvaro Medina**
**1101 Fm 3133**
**Anna, TX 75409**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.345 **Nonpriority creditor's name and mailing address**
**Alvin Nguyen**
**2869 Pelican Dr**
**UNION CITY, CA 94587**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.346 **Nonpriority creditor's name and mailing address**
**Alwain Slater**
**2777 Maple grove Drive**
**Rex, GA 30273**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.347 **Nonpriority creditor's name and mailing address**
**Aly Keita**
**1951 Park Ave**
**1004**
**New York, NY 10037**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.348 **Nonpriority creditor's name and mailing address**
**Alyas Abady**
**11771 gailemont ct**
**Woodbridge, VA 22192**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.349 **Nonpriority creditor's name and mailing address**
**Amado Paolo de Villa III**
**29001 sams pl**
**santa clarita, CA 91387**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.350 **Nonpriority creditor's name and mailing address**
**AMANDA GILCHRIST**
**1513 Stony Point Rd**
**Knoxville, TN 37914**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.351 **Nonpriority creditor's name and mailing address**
**Amanda Hamilton**
**12124 Nashua Rd SE**
**Albuquerque, NM 87123**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.352 **Nonpriority creditor's name and mailing address**
**Amanpreet Singh**
**1056 Sadie Ridge Rd**
**Clermont, FL 34715**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.353 **Nonpriority creditor's name and mailing address**
**Amanuel Kidane**
**9335 Quintero St**
**Commerce City, CO 80022**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.354 **Nonpriority creditor's name and mailing address**
**Amar Medic**
**4059 Two Bridge Dr.**
**Buford, GA 30518**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.355 **Nonpriority creditor's name and mailing address**
**Amarpal Dhillon**
**7690 East Eucalyptus Way**
**Anaheim, CA 92808**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.356 **Nonpriority creditor's name and mailing address**
**Amber Kinsey**
**3037 SW Goldenglow Drive**
**Palm City, FL 34990**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.357 **Nonpriority creditor's name and mailing address**
**amer wright**
**136 gillisonville ballpark rd**
**ridgeland, SC 29936**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.358 **Nonpriority creditor's name and mailing address**
**Amerendy Monfort**
**4851 Nw 26 Ct**
**Apt 337**
**Lauderdale Lakes, FL 33313**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.359 **Nonpriority creditor's name and mailing address**
**Amerendy Monfort**
**4851 Nw 26 Ct**
**Apt 337**
**Lauderdale Lakes, FL 33313**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.360 **Nonpriority creditor's name and mailing address**
**Amhad Hassan**
**7918 sutter ave**
**Ozone park, NY 11417**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.361 **Nonpriority creditor's name and mailing address**
**Amil Rahman**
**3165 Windwood trl**
**Lawrenceville, GA 30044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.362 **Nonpriority creditor's name and mailing address**
**Amil Rahman**
**3165 Windwood trl**
**Lawrenceville, GA 30044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.363 **Nonpriority creditor's name and mailing address**
**Amil Rahman**
**3165 Windwood trl**
**Lawrenceville, GA 30044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.364 **Nonpriority creditor's name and mailing address**
**Amil Rahman**
**3165 Windwood trl**
**Lawrenceville, GA 30044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.365 **Nonpriority creditor's name and mailing address**
**Amil Rahman**
**3165 Windwood trl**
**Lawrenceville, GA 30044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.366 **Nonpriority creditor's name and mailing address**
**Amil Rahman**
**3165 Windwood trl**
**Lawrenceville, GA 30044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.367 **Nonpriority creditor's name and mailing address**
**Amin Hooda**
**1569 Montgomery Hwy**
**hoover, AL 35216**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.368 **Nonpriority creditor's name and mailing address**
**amine riad**
**9700 EAST BAY HARBOR DR**
**miami beach, FL 33154**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.369 **Nonpriority creditor's name and mailing address**
**Amir Husain**
**6779 udall ct SE**
**Auburn, WA 98092**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.370 **Nonpriority creditor's name and mailing address**
**Amira Hoven**
**2670 east sunrise blvd**
**apt 507**
**Fort Lauderdale, FL 33304**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.371 **Nonpriority creditor's name and mailing address**
**Amirhossein Basirat**
**10718 Wynkoop Dr**
**Great Falls, VA 22066**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.372 **Nonpriority creditor's name and mailing address**
**Amirtharaj Palanisamy**
**111 ENDSLEIGH CT**
**ROBBINSVILLE, NJ 08691**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.373 **Nonpriority creditor's name and mailing address**
**Amish Patel**
**30 Langford**
**Irvine, CA 92602**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.374 **Nonpriority creditor's name and mailing address**
**Amit Gogia**
**11700 Country Lake Drive**
**Glen Allen, VA 23059**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.375 **Nonpriority creditor's name and mailing address**
**Amit Gupta**
**1850 harvest landing ln**
**tracy, CA 95376**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.376 **Nonpriority creditor's name and mailing address**
**Amit Shah**
**3729 Sarah Brooke Ct**
**Jacksonville, FL 32277**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.377 **Nonpriority creditor's name and mailing address**
**Amnaj Bholsangngngam**
**5495 La Forest Drive**
**La Canada Flintridge, CA 91011**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.378 **Nonpriority creditor's name and mailing address**
**Amol Deshpande**
**3550 Old Airport Rd NW**
**APT 3308**
**Albuquerque, IL 87114**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.379 **Nonpriority creditor's name and mailing address**
**Amr Hassanin**
**Weaver Dr**
**6319**
**Arlington, TX 76001**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.380 **Nonpriority creditor's name and mailing address**
**Amran Hazary**
**1303 Gears Rd.**
**Apt 608**
**Houston, TX 77067**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.381 **Nonpriority creditor's name and mailing address**
**Amy Baik**
**2321 Conle Way**
**La Canada Flintridge, CA 91011**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.382 **Nonpriority creditor's name and mailing address**
**Amy Berg**
**41 W Highway 14**
**1919**
**Spearfish, SD 57783**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.383 **Nonpriority creditor's name and mailing address**
**Amy Brlansky**
**3201 Amherst**
**Houston, TX 77005**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.384 | **Amy Brlansky**<br>**3201 Amherst**<br>**Houston, TX 77005**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.385 | **Amy Lai**<br>**1012 W Beverly Blvd #216**<br>**Montebello, CA 90640**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.386 | **Amy Yang**<br>**8229 Crosby Dr**<br>**Stockton, CA 95212**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.387 | **An Banh**<br>**14815 Brookside Forest Dr**<br>**Houston, TX 77040**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.388 | **An Khang Dao**<br>**725 hwy 96**<br>**bonaire, GA 31005**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.389 | **An Lam**<br>**2023 Woodgate Ln**<br>**Tomball, TX 77375**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.390 | **An Le**<br>**18518 weeping spring**<br>**Cypress, TX 77429**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.391 | **An Quan**<br>**42 E Rodell Pl**<br>**Arcadia, CA 91006**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.392 | **An Tran**<br>**20048 Great Falls Forest Dr**<br>**Great Falls, VA 22066**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.393 | **An Vu**<br>**4943 North Tripp Avenue**<br>**Chicago, IL 60630**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.394 | **AN VU**<br>**13207 Poplar Glen**<br>**Houston, TX 77082**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.395 | **Ana Clara Venturini**<br>**Guayucuru 2779**<br>**Montevideo, UY-MO 11800-0000**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.396 | **Ana Marie Sabile**<br>**130 BLue RIdge Dr**<br>**Apt D**<br>**Martinez, CA 94553**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.397 | **ANAND JEEVANANDAM**<br>**955 N Duesenberg Drive**<br>**Apt 6312**<br>**Ontario, CA 91764**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.398 **Nonpriority creditor's name and mailing address**
**Anand Sunderrajan**
**54 E John St**
**Apt 110**
**Champaign, IL 61820**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.399 **Nonpriority creditor's name and mailing address**
**Anand Tsend**
**8878 Ashgrove House Lane**
**Tysons Corner, VA 22182**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.400 **Nonpriority creditor's name and mailing address**
**Anastasia Newton**
**13013 Bergstrom St**
**El Paso, TX 79908**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.401 **Nonpriority creditor's name and mailing address**
**Anastasia Sophinos**
**3200 Paseo Village Way**
**1343**
**San Diego, CA 92130**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.402 **Nonpriority creditor's name and mailing address**
**Anders Lee**
**3810 Tattershall Ln**
**Austin, TX 78727**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.403 **Nonpriority creditor's name and mailing address**
**anders pagh**
**10300 W Charleston blvd**
**13369**
**Las Vegas, NV 89135**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.404 **Nonpriority creditor's name and mailing address**
**Anderson CITEYA**
**9484 Vess Ct WALDORF Maryland20603**
**WALDORF, MD 20603**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.405 **Nonpriority creditor's name and mailing address**
**Andrae Falconer**
**1521 Golden Hour Avenue**
**North Las Vegas, NV 89031**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.406 **Nonpriority creditor's name and mailing address**
**Andre Ashby**
**120 Sanfords Dr**
**Apt T2**
**Olin, NC 28660**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.407 **Nonpriority creditor's name and mailing address**
**Andre Cowan**
**265 Manning Blvd**
**B**
**Albany, FL 12206**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.408 **Nonpriority creditor's name and mailing address**
**Andre Hopgood**
**1603 19th St**
**St.louis, MO 63106**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.409 **Nonpriority creditor's name and mailing address**
**andre joseph**
**105 heath street apt 3**
**Somerville, MA 02145**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.410 **Nonpriority creditor's name and mailing address**
**Andre Martin**
**2249 Valentine Ct**
**New Orleans, FL 70114**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.411 **Nonpriority creditor's name and mailing address**
**Andre Mitchell**
**2908 Crescent Place**
**Miramar, FL 33025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.412 **Nonpriority creditor's name and mailing address**

**andre montano**
**460 10th st**
**Calexico, CA 92231**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

3.413 **Nonpriority creditor's name and mailing address**

**Andre Moore**
**66 saussy road**
**unit 504**
**savannah, GA 31407**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

3.414 **Nonpriority creditor's name and mailing address**

**Andre Nakahama**
**70 palatine**
**423**
**Irvine, CA 92612**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

3.415 **Nonpriority creditor's name and mailing address**

**Andre Nicolas**
**1 City Pt**
**20F**
**Brooklyn, NY 11201**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

3.416 **Nonpriority creditor's name and mailing address**

**Andre Pardini**
**19951 Almaden Rd**
**SAN JOSE, CA 95120**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

3.417 **Nonpriority creditor's name and mailing address**

**Andre Spears**
**2247 Montauk Hwy**
**Bridgehampton, NY 11932**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

3.418 **Nonpriority creditor's name and mailing address**

**Andre Tocel**
**2102 SW Certosa Rd**
**Port Saint Lucie, FL 34953**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.419 **Nonpriority creditor's name and mailing address**
**Andre Walker**
**1264 Williston Dr**
**Lawrenceville, GA 30044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.420 **Nonpriority creditor's name and mailing address**
**Andrea Duran**
**4875 SW 152nd Pl**
**D**
**Miami, FL 33185**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.421 **Nonpriority creditor's name and mailing address**
**andrea gonzalez**
**6172 Wilson Blvd**
**7**
**Arlington, VA 22205**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.422 **Nonpriority creditor's name and mailing address**
**Andrea Kolb**
**8135 Brookbend Dr**
**Douglasville, GA 30134**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.423 **Nonpriority creditor's name and mailing address**
**Andrea Rogers**
**1824 S Magnolia Dr**
**Tallahassee, FL 32301**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.424 **Nonpriority creditor's name and mailing address**
**Andrea Zagone**
**847 Luther Ln**
**Chicago Heights, IL 60411**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.425 **Nonpriority creditor's name and mailing address**
**Andrei Karneichyk**
**825 Mcculough ave**
**apt 205**
**Orlando, FL 32803**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.426 **Nonpriority creditor's name and mailing address**
**ANDREI PREGUZA**
**5632 CAMILLA ST**
**SAINT CLOUD, FL 34771**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.427 **Nonpriority creditor's name and mailing address**
**Andrei Sinitcyn**
**624 W 28th Street**
**626 B aprt**
**Los Angeles, CA 90007**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.428 **Nonpriority creditor's name and mailing address**
**andres avila**
**1809 e wilshire ave**
**102**
**fullerton, CA 90231**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.429 **Nonpriority creditor's name and mailing address**
**Andres Diaz**
**5601 Royal Hills Dr**
**Winter Haven, FL 33881**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.430 **Nonpriority creditor's name and mailing address**
**Andres Gomez**
**972 NE 41st Terrace**
**Homestead, FL, FL 33033**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.431 **Nonpriority creditor's name and mailing address**
**Andres Lopez**
**12520 Oxnard St Apt 6**
**North Hollywood, CA 91606**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.432 **Nonpriority creditor's name and mailing address**
**Andres Ocampo**
**4425 n 75th**
**Apt 122B**
**Scottsdale, AZ 85251**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.433 **Nonpriority creditor's name and mailing address**
**Andres Pierce**
**504 evergreen dr**
**gretna, LA 70053**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.434 **Nonpriority creditor's name and mailing address**
**Andres Prieto Gomez**
**43555 GRIMMER BLVD**
**C323**
**Fremont, CA 94538**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.435 **Nonpriority creditor's name and mailing address**
**Andres Rios**
**12500 Exton Ct.**
**El Paso, TX 79928**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.436 **Nonpriority creditor's name and mailing address**
**Andres Torres**
**15659 SW 73 Circle Terrace**
**APT 51**
**Miami, FL 33193**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.437 **Nonpriority creditor's name and mailing address**
**Andres Velasquez**
**4484 Concord Landing Dr**
**apt.101**
**Orlando, FL 32839**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.438 **Nonpriority creditor's name and mailing address**
**andres zapata**
**8751 cypress walk ct**
**tamarac, FL 33321**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.439 **Nonpriority creditor's name and mailing address**
**Andrew Abelow**
**252 S Griffith Park Dr**
**Burbank, CA 91506**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.440 **Nonpriority creditor's name and mailing address**
**Andrew Abitu**
**43610 Ortona St.**
**Temecula, CA 92592**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.441 **Nonpriority creditor's name and mailing address**
**Andrew Adamian**
**239 Wonderview Drive**
**Glendale, CA 91202**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.442 **Nonpriority creditor's name and mailing address**
**Andrew Alexander**
**57 Poinsettia Dr**
**Ormond Beach, FL 32176**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.443 **Nonpriority creditor's name and mailing address**
**Andrew Brodeur**
**3101 carney street**
**Loveland, CO 80538**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.444 **Nonpriority creditor's name and mailing address**
**Andrew Byers**
**321 Chase Drive**
**Clarksville, TN 37043**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.445 **Nonpriority creditor's name and mailing address**
**Andrew Campanella**
**405 King George Rd**
**Unit 211**
**Basking Ridge, NJ 07920-2848**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.446 **Nonpriority creditor's name and mailing address**
**Andrew Chavez**
**1550 S Indiana Ave #603**
**603**
**Chicago, IL 60605**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.447 **Nonpriority creditor's name and mailing address**
**Andrew Clancy**
**3011 55th AVE**
**GREELEY, CO 80634**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.448 **Nonpriority creditor's name and mailing address**
**Andrew Coon**
**429 Burns Dr N**
**Westerville, OH 43082**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.449 **Nonpriority creditor's name and mailing address**
**Andrew Cooper**
**14221 103rd Ave Ct E APT G302**
**Puyallup, WA 98374**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.450 **Nonpriority creditor's name and mailing address**
**andrew dalessio**
**24 duer lane**
**staten island, NY 10314**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.451 **Nonpriority creditor's name and mailing address**
**Andrew Dang**
**3627 3/4 Baldwin Ave**
**El Monte, CA 91731**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.452 **Nonpriority creditor's name and mailing address**
**Andrew Day**
**3800 Crosstimbers Dr**
**Greensboro, NC 27410**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.453 **Nonpriority creditor's name and mailing address**
**Andrew Dixon**
**1616 NW 5th Street**
**#39**
**Bend, OR 97703**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.454 **Nonpriority creditor's name and mailing address**
**Andrew Dodge**
**606 Olney Sandy Spring Rd**
**Sandy Spring, MD 20860**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.455 **Nonpriority creditor's name and mailing address**
**Andrew Duquette**
**305 Hixon Place**
**Wilmington, MA 28411**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.456 **Nonpriority creditor's name and mailing address**
**Andrew Gallinaro**
**57 Ramsay Street**
**Manchester, NH 03103**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.457 **Nonpriority creditor's name and mailing address**
**Andrew Gampong**
**1488 east 95th st**
**Brooklyn, NY 11236**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.458 **Nonpriority creditor's name and mailing address**
**Andrew Gonsalves**
**500 W. Airport Blvd**
**1216**
**Sanford, FL 32773**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.459 **Nonpriority creditor's name and mailing address**
**Andrew Grant**
**770 Spruce Street**
**BERKELEY, CA 94707**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.460 **Nonpriority creditor's name and mailing address**
**Andrew Hernandez**
**205 Benton dr**
**apt7212**
**allen, TX 75013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.461 **Nonpriority creditor's name and mailing address**
**Andrew Heywood**
**1708 Bent Tree Ln**
**Watkinsville, GA 30677**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.462 **Nonpriority creditor's name and mailing address**
**andrew higgins**
**300 Laverne Dr**
**warner robins, GA 31088**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.463 **Nonpriority creditor's name and mailing address**
**Andrew Hilleary**
**5231 E. cornell Ave**
**Denver, CO 80222**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.464 **Nonpriority creditor's name and mailing address**
**Andrew Ho**
**1880 California Street**
**Suite 6**
**San Francisco, CA 94109**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.465 **Nonpriority creditor's name and mailing address**
**Andrew Hooks**
**1139 Los Palos Dr**
**9**
**Salinas, CA 93901**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.466 **Nonpriority creditor's name and mailing address**
**Andrew Hughes**
**711 Martens Ln**
**Springfield, PA 19064**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.467 **Nonpriority creditor's name and mailing address**
**Andrew Husbands**
**2014 s 300 e apt 1**
**Salt lake city, UT 84115**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.468 **Nonpriority creditor's name and mailing address**
**Andrew Ibrahim**
**2413 Arlington Ave**
**Abington, PA 19001**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.469 **Nonpriority creditor's name and mailing address**
**Andrew Joson**
**11568 Cliffwood Ct.**
**RIVERSIDE, CA 92505-5112**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.470 **Nonpriority creditor's name and mailing address**
**Andrew Khilawan**
**198-10 Carpenter Ave**
**Hollis, NY 11423**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.471 **Nonpriority creditor's name and mailing address**
**Andrew Lampela**
**756 Kingsley Cir**
**Wixom, MI 48393**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.472 **Nonpriority creditor's name and mailing address**
**Andrew Lin**
**131 Winding Ridge Way**
**Danbury, CT 06810**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.473 **Nonpriority creditor's name and mailing address**
**Andrew Mayer**
**5058 S Elkhart CT**
**Aurora, CO 80015**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.474 **Nonpriority creditor's name and mailing address**
**Andrew Medina**
**403 Eagle Way**
**SMYRNA, DE 19977**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.475 **Nonpriority creditor's name and mailing address**
**Andrew Nagy**
**345 middle road**
**Bayport, NY 11705**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.476 **Nonpriority creditor's name and mailing address**
**Andrew Ngo**
**825 S Phyllis Cir**
**Anaheim, CA 92806**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.477 **Nonpriority creditor's name and mailing address**
**Andrew Nguyen**
**12521 Spinnaker Street**
**Garden Grove, CA 92840**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.478 **Nonpriority creditor's name and mailing address**
**Andrew Nguyen**
**9651 blake ave**
**Garden Grove, CA 92844**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.479 **Nonpriority creditor's name and mailing address**
**Andrew Otero**
**13580 Calvados Place**
**San Diego, CA 92128**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.480 **Nonpriority creditor's name and mailing address**
**Andrew Passos**
**36 Prospect Hts**
**Milford, MA 01757**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.481 **Nonpriority creditor's name and mailing address**
**Andrew Pearce**
**1635 Mardon Drive**
**Dayton, OH 45432**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.482 **Nonpriority creditor's name and mailing address**
**Andrew Perez**
**1081 W Arrow Hwy Spc 25**
**Azusa, CA 91702**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.483 **Nonpriority creditor's name and mailing address**
**Andrew Purtill**
**6204 Lawyers Hill Rd**
**Elkridge, MD 21075**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.484 **Nonpriority creditor's name and mailing address**
**Andrew Reddy**
**380 Gold Leaf Dr**
**CHRISTIANSBURG, FL 24073**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.485 **Nonpriority creditor's name and mailing address**
**Andrew Reddy**
**380 Gold Leaf Dr**
**Christiansburg, VA 24073**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.486 **Nonpriority creditor's name and mailing address**
**Andrew Rivas**
**14313 Osage Rd**
**Apple Valley, CA 92307**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.487 **Nonpriority creditor's name and mailing address**
**Andrew Rogers**
**44 Ryan Ave.**
**Brooklyn, NY 11214**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.488 **Nonpriority creditor's name and mailing address**
**Andrew Sanders**
**384 S 1170 E**
**Hyrum, UT 84319**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.489 **Nonpriority creditor's name and mailing address**
**Andrew Scrape**
**116 Lone Elk Ct**
**Pickerington, OH 43147**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.490 **Nonpriority creditor's name and mailing address**
**Andrew Sellers**
**5350 Wye Creek Dr**
**Frederick, MD 21703**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.491 **Nonpriority creditor's name and mailing address**
**andrew shao**
**88 popham rd**
**scarsdale, NY 10583**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.492 **Nonpriority creditor's name and mailing address**
**Andrew Shieh**
**1400 5th Ave**
**apt#4G**
**NEW YORK, NY 10026**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.493 **Nonpriority creditor's name and mailing address**
**Andrew Shieh**
**1400 5th Ave**
**4G**
**New York, NY 10026**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.494 **Nonpriority creditor's name and mailing address**
**Andrew Tang**
**5030 Crystal Bluff Court**
**Richmond, TX 77407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.495 **Nonpriority creditor's name and mailing address**
**ANDREW THOMPSON**
**1710 Pressburg Street**
**New Orleans, LA 70122**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.496 | **Andrew Wingrove**<br>**5651 Herons Landing Drive**<br>**Rockledge, FL 32955**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.497 | **Andrew Zack**<br>**4420 Rockcrest Dr.**<br>**Fairfax, VA 22032**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.498 | **Andrew Zuke**<br>**PO BOX 582**<br>**McLean, VA 22101**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.499 | **Andrise Mondesir**<br>**24468 Little Mac Avenue**<br>**Grand Blanc, MI 48439**<br>**Saint Clair Shores, MI 48080**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.500 | **Andy Anderson**<br>**3609 SE Filbert ST**<br>**Milawaukie, OR 97222**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.501 | **Andy Anderson**<br>**3609 SE Filbert ST**<br>**Milawaukie, OR 97222**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.502 | **Andy Berens**<br>**1266 River Bluff Ct**<br>**Zeeland, MI 49464**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.503 **Nonpriority creditor's name and mailing address**
**Andy Bui**
**1295 ORIOLE TRL**
**CAROL STREAM, IL 60188**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.504 **Nonpriority creditor's name and mailing address**
**Andy Chen**
**8 Main St**
**Essex, VT 05452**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.505 **Nonpriority creditor's name and mailing address**
**Andy De La Cruz**
**408 S 2ND street**
**5D**
**Brooklyn, NY 11211**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.506 **Nonpriority creditor's name and mailing address**
**Andy Du**
**1993 eadbury avenue**
**Rowland heights, CA 91748**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.507 **Nonpriority creditor's name and mailing address**
**Andy Duong**
**2600 Corde Terra Cir. Apt#6318**
**6318**
**SAN JOSE, CA 95111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.508 **Nonpriority creditor's name and mailing address**
**Andy Green**
**472 E Kaibab Pl**
**Chandler, AZ 85249**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.509 **Nonpriority creditor's name and mailing address**
**Andy Le**
**10504 NE 81ST ST**
**VANCOUVER, WA 98662**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.510 **Nonpriority creditor's name and mailing address**
**Andy Maka**
**16405 W 143rd St**
**Lockport, IL 60441**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.511 **Nonpriority creditor's name and mailing address**
**Andy Nguyen**
**8281 Myrtlewood Circle**
**Westminster, CA 92683**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.512 **Nonpriority creditor's name and mailing address**
**ANDY NGUYEN**
**11402 PALOMA AVENUE**
**GARDEN GROVE, CA 92843**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.513 **Nonpriority creditor's name and mailing address**
**andy nguyen**
**64 oakey drive**
**kendall park, NJ 08824**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.514 **Nonpriority creditor's name and mailing address**
**Andy Nguyen**
**2231 Laurel Birch Drive**
**Houston, TX 77014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.515 **Nonpriority creditor's name and mailing address**
**Andy Tran**
**1387 Crailford Ct**
**San Jose, CA 95121**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.516 **Nonpriority creditor's name and mailing address**
**Andy Tran**
**1111 Durham Dr**
**#229**
**Houston, TX 77007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.517 **Nonpriority creditor's name and mailing address**
**Andy vu**
**744 Rodman Street**
**Fall River, MA 02721**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.518 **Nonpriority creditor's name and mailing address**
**Anersi Koka**
**1000 N 44th St.**
**Apt 1041**
**Phoenix, AZ 85008**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.519 **Nonpriority creditor's name and mailing address**
**Ange etelene Tessono Massenat**
**1672 North Regatta drive**
**greenfield, IN 46140**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.520 **Nonpriority creditor's name and mailing address**
**Angel Aguilar Quinonez**
**4649 Curdsen Way**
**Las Vegas, NV 89110**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.521 **Nonpriority creditor's name and mailing address**
**Angel Calderin**
**3009 Redwood National Drive**
**Apt 4802**
**Orlando, FL 32837**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.522 **Nonpriority creditor's name and mailing address**
**Angel Castillo**
**754e 219th st**
**2**
**Bronx, NY 10467**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.523 **Nonpriority creditor's name and mailing address**
**Angel De Jesus**
**17 Stonehurst Blvd**
**Freehold, NJ 07728**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.524 **Nonpriority creditor's name and mailing address**
**Angel diaz**
**1081 breezy oaks oaks**
**Mansfield, TX 76063**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.525 **Nonpriority creditor's name and mailing address**
**Angel Lascano**
**827 Green Meadow Dr**
**Harker Heights, TX 76548**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.526 **Nonpriority creditor's name and mailing address**
**Angel Pena**
**130 Lord Ave**
**1**
**Bayonne, NJ 07002**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.527 **Nonpriority creditor's name and mailing address**
**Angela Ablonczy**
**4740 Glenn Pine Lane**
**Boynton Beach, FL 33436**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.528 **Nonpriority creditor's name and mailing address**
**angela givens**
**685 GAZETTA WAY**
**WEST PALM BEACH, FL 33413**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.529 **Nonpriority creditor's name and mailing address**
**Angela Thach**
**2150 E Cook Rd**
**Grand Blanc, MI 48439**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.530 **Nonpriority creditor's name and mailing address**
**Angelina Sandoval**
**210 Maplelake Drive**
**Acworth, GA 30101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.531 **Nonpriority creditor's name and mailing address**
**Angelina Warren**
**205 Mckays Point Pl**
**West Sacramento, CA 95605**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.532 **Nonpriority creditor's name and mailing address**
**Angeline Poulis**
**203 Montgomery St**
**Chicopee, MA 01020**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.533 **Nonpriority creditor's name and mailing address**
**Angelo Lo Sciuto**
**16 Yarrow Road**
**Milnerton**
**Cape Town, WC 07441**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.534 **Nonpriority creditor's name and mailing address**
**Angelo Meli**
**2202 Jefferson Crossing Dr**
**Conroe, TX 77304**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.535 **Nonpriority creditor's name and mailing address**
**ANH DAO**
**13352 GILBERT ST**
**GARDEN GROVE, CA 92844**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.536 **Nonpriority creditor's name and mailing address**
**Anh Dien**
**16800 lemonia cove**
**pflugerville, TX 78660**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.537 **Nonpriority creditor's name and mailing address**
**Anh Minh Truong**
**12110 Lauderdale Dr**
**Rockville, MD 20852**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.538 **Nonpriority creditor's name and mailing address**
**Anh Ngo**
**10999 West Fair Avenue**
**Littleton, CO 80127**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.539 **Nonpriority creditor's name and mailing address**
**anh nguyen**
**1817 central park loop**
**morrow, GA 30260**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.540 **Nonpriority creditor's name and mailing address**
**Anh Nguyen**
**20821 Seth Court**
**Callaway, MD 20620**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.541 **Nonpriority creditor's name and mailing address**
**anh nguyen**
**4301 timm dr**
**saint louis, MO 63125**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.542 **Nonpriority creditor's name and mailing address**
**Anh Pham**
**952 Koss St**
**Erie, CO 80516**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.543 **Nonpriority creditor's name and mailing address**
**Anh Pham**
**952 Koss St**
**Erie, FL 80516**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.544 **Nonpriority creditor's name and mailing address**
**Anh Pham**
**4251 SE 122nd Ave**
**apt 102**
**Portland, OR 97236**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.545 **Nonpriority creditor's name and mailing address**
**Anh Phung**
**7640 W STOCKTON BLVD**
**305**
**SACRAMENTO, CA 95823**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.546 **Nonpriority creditor's name and mailing address**
**ANH PHUNG**
**4628 N WOODRUFF AVE**
**Whitefish Bay, WI 53051**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.547 **Nonpriority creditor's name and mailing address**
**Anh Tran**
**618 Sonoma Aisle**
**Irvine, CA 92618**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.548 **Nonpriority creditor's name and mailing address**
**Anh tran**
**938 GLENSHIRE CT**
**HERCULANEUM, MO 63048**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.549 **Nonpriority creditor's name and mailing address**
**Anh Tran**
**8117 Horizon Lake DR, las vegas, NV 8912**
**las vegas, NV 89128**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.550 **Nonpriority creditor's name and mailing address**
**Anh-Dung Van**
**5005 S Kaliga Dr**
**Saint Cloud, FL 34771-7835**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.551 **Nonpriority creditor's name and mailing address**
**ANHDAO NGUYEN**
**13566 Robyn court**
**GARDEN GROVE, CA 92843**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.552** **Nonpriority creditor's name and mailing address**
**Anhtuan Bui**
**771 Morada Ct**
**Manteca, CA 95336**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

**3.553** **Nonpriority creditor's name and mailing address**
**Anico Buckley**
**6504 Birch Mill Rd**
**Bartlett, TN 38135**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

**3.554** **Nonpriority creditor's name and mailing address**
**ANIL ERUKALA**
**4316 BAYHEAD CT**
**APT 3A**
**Aurora, IL 60504**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

**3.555** **Nonpriority creditor's name and mailing address**
**ANIL NANDAM**
**183 Antila Wy.**
**Saint Johns, FL 32259**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

**3.556** **Nonpriority creditor's name and mailing address**
**Anish Manuel**
**1614 Autumn Springs Dr**
**Missouri City, TX 77459**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

**3.557** **Nonpriority creditor's name and mailing address**
**Anitha Veeramani**
**2223 Lantana Dr**
**Melissa, TX 75454**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

**3.558** **Nonpriority creditor's name and mailing address**
**Anitria Scott**
**9095 River Birch Drive**
**Biloxi, MS 39532**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.559** **Nonpriority creditor's name and mailing address**
**Anjam Gulati**
**6617 n ionia**
**Lincolnwood, IL 60712**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.560** **Nonpriority creditor's name and mailing address**
**Ankit patel**
**1377 branchwood cir 104**
**Naperville IL US, IL 60563**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.561** **Nonpriority creditor's name and mailing address**
**Ankit Patel**
**516 Old hearthstone cir N**
**Collierville, TN 38017**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.562** **Nonpriority creditor's name and mailing address**
**Ankou Keoula**
**1125 university ave apt 11h**
**Bronx, NY 10452**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.563** **Nonpriority creditor's name and mailing address**
**Ankur Jindal**
**947 e golf rd**
**apt 2**
**arlington heights, IL 60005**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.564** **Nonpriority creditor's name and mailing address**
**Ann Kelly**
**1253 W Jade Dr**
**Fortville, IN 46040**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.565** **Nonpriority creditor's name and mailing address**
**Ann Nguyen**
**12647 shoreline dr**
**San antonio, TX 78254**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.566 | **Nonpriority creditor's name and mailing address**<br>**ANN NGUYEN**<br>**11788 CULEBRA RD**<br>**6103**<br>**SAN ANTONIO, TX 78254**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.567 | **Nonpriority creditor's name and mailing address**<br>**Ann Smith**<br>**fvdfdgdfg**<br>**Melbourne, FL 90291**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.568 | **Nonpriority creditor's name and mailing address**<br>**Anna Alisiyevich**<br>**315 Holmwood drive**<br>**Newport Beach, CA 92663**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.569 | **Nonpriority creditor's name and mailing address**<br>**Anna Ingram**<br>**3049 W Parkside LN**<br>**Phoenix, AZ 85027**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.570 | **Nonpriority creditor's name and mailing address**<br>**Anna Lisette Uy**<br>**157 Perry House Rd**<br>**Apartment B6**<br>**Fitzgerald, GA 31750**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.571 | **Nonpriority creditor's name and mailing address**<br>**Anna Tran**<br>**10026 deer track court**<br>**Houston, TX 77064**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.572 | **Nonpriority creditor's name and mailing address**<br>**ANNHIEN NGUYEN**<br>**246 Montrose Ave, Apt 3**<br>**NY**<br>**BROOKLYN, NY 11206**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.573 **Nonpriority creditor's name and mailing address**
**Anning Cheng**
**11865 Tall Timber Dr**
**Clarksville, MD 21029**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.574 **Nonpriority creditor's name and mailing address**
**Anning Cheng**
**11865 Tall Timber Dr**
**Clarksville, MD 21029**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.575 **Nonpriority creditor's name and mailing address**
**Anny Henry**
**test**
**test address2**
**kolkata, AR 90291**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.576 **Nonpriority creditor's name and mailing address**
**Anoop Reddy Sadu**
**8410 Southern Magnolia Circle**
**APT 4108**
**Charlotte, NC 28262**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.577 **Nonpriority creditor's name and mailing address**
**Anousone Homsombath**
**2843Riverroad**
**Modesto, CA 95351**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.578 **Nonpriority creditor's name and mailing address**
**Anson Ropp**
**261 Rainey Rd**
**Greenville, SC 29609**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.579 **Nonpriority creditor's name and mailing address**
**Anthony Alexion**
**54 Manor House Dr.**
**Rising Sun, MD 21911**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

| | | | |
|---|---|---|---|
| 3.580 | **Nonpriority creditor's name and mailing address**<br>**Anthony Arbour**<br>**1036 Bonaire Drive**<br>**2834**<br>**Altamonte Springs, FL 32714**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.581 | **Nonpriority creditor's name and mailing address**<br>**Anthony Benish**<br>**1757 Banchory Ct.**<br>**Downers Grove, IL 60515**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.582 | **Nonpriority creditor's name and mailing address**<br>**Anthony Bryant**<br>**21827 101st ave**<br>**Queens, NY 11429**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.583 | **Nonpriority creditor's name and mailing address**<br>**Anthony Chen**<br>**951 W 34th Street**<br>**Unit C**<br>**Chicago, IL 60608**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.584 | **Nonpriority creditor's name and mailing address**<br>**Anthony Ciambriello**<br>**8993 Zevon Court**<br>**Lake Worth, FL 33467**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.585 | **Nonpriority creditor's name and mailing address**<br>**Anthony Cichella**<br>**5382 Driftwood Ct**<br>**Lisle, IL 60532**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.586 | **Nonpriority creditor's name and mailing address**<br>**Anthony Colandrea**<br>**944 fern drive**<br>**Delray Beach, FL 33483**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.587 **Nonpriority creditor's name and mailing address**
**Anthony Dascoli**
**65 morrison rd.**
**windham, NH 03087**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.588 **Nonpriority creditor's name and mailing address**
**Anthony Digrispino**
**52 WISDOM WAY**
**Lake St Louis, MO 63367**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.589 **Nonpriority creditor's name and mailing address**
**Anthony Evans**
**388 Broken Par Dr**
**Las Vegas, NV 89148-5211**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.590 **Nonpriority creditor's name and mailing address**
**ANTHONY GRAHAM**
**11915 MARY CATHERINE DR**
**CLINTON, MD 20735**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.591 **Nonpriority creditor's name and mailing address**
**Anthony Grillo**
**152 Finlay Street**
**Staten Island, NY 10307**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.592 **Nonpriority creditor's name and mailing address**
**Anthony Headley**
**14004 mack wood trail**
**conroe, TX 77303**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.593 **Nonpriority creditor's name and mailing address**
**Anthony Jondle**
**13588 County Road P18**
**Blair, NE 68008**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.594 **Nonpriority creditor's name and mailing address**
**Anthony Lao**
**1215 Bayswater Ave**
**Apt 203**
**Burlingame, CA 94010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.595 **Nonpriority creditor's name and mailing address**
**Anthony Ledbetter**
**3375 Spindletop Dr NW**
**Kennesaw, GA 30144**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.596 **Nonpriority creditor's name and mailing address**
**anthony lee**
**8730 Free Avenue**
**JACKSONVILLE, FL 32211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.597 **Nonpriority creditor's name and mailing address**
**Anthony Lomupo**
**7025 Bennington Woods Drive**
**Pittsbugh, PA 15237**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.598 **Nonpriority creditor's name and mailing address**
**Anthony Martinez**
**39 E 39th St, Apt 8R**
**Paterson, NJ 07514**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.599 **Nonpriority creditor's name and mailing address**
**Anthony McClinton**
**7212 W 89th Ter**
**Overland Park, KS 66212**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.600 **Nonpriority creditor's name and mailing address**
**Anthony Moreau**
**3054 Slough Creek Drive**
**Kissimmee, FL 34744**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.601 **Nonpriority creditor's name and mailing address**
**ANTHONY NGUYEN**
**5939 N Umbra Ct**
**Tucson, AZ 85741**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.602 **Nonpriority creditor's name and mailing address**
**Anthony Norwood**
**1109 Waterfall Dr**
**Jacksonville, FL. 32225**
**Jacksonville, FL 32225**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.603 **Nonpriority creditor's name and mailing address**
**Anthony Ogunjinrin**
**4750 prar ridge drive**
**dallas, TX 75287**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.604 **Nonpriority creditor's name and mailing address**
**ANTHONY OWUSU**
**38 MAPLE AVE**
**IRVINGTON, NJ 07111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.605 **Nonpriority creditor's name and mailing address**
**Anthony Pego**
**15656 Avebury Manor Pl**
**Leesburg, VA 20176**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.606 **Nonpriority creditor's name and mailing address**
**Anthony Pena**
**247 Bailey St**
**Lawrence, MA 01843**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.607 **Nonpriority creditor's name and mailing address**
**Anthony Pendleton**
**214 Cody CT**
**CLARKSVILLEClarksville, TN 37043**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.608 **Nonpriority creditor's name and mailing address**
**Anthony Pleasant**
**15309 Sherwin Oak**
**San Antonio, TX 78253**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.609 **Nonpriority creditor's name and mailing address**
**Anthony Richardson**
**12130 N Founders Shore Dr**
**Cypress, TX 77433**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.610 **Nonpriority creditor's name and mailing address**
**Anthony Roberts**
**8 Stony Creek Dr**
**Conroe, TX 77384**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.611 **Nonpriority creditor's name and mailing address**
**Anthony Sellitti**
**4911 Sandtyn Dr**
**Waxhaw, NC 28173**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.612 **Nonpriority creditor's name and mailing address**
**anthony smith**
**10510 Coloma road**
**Rancho Cordova, CA 95670**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.613 **Nonpriority creditor's name and mailing address**
**ANTHONY SMITH**
**6531 S VERNON AVE**
**SUITE A**
**CHICAGO, IL 60637**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.614 **Nonpriority creditor's name and mailing address**
**Anthony Valenti**
**38 Peachstone Gln**
**West Springfield, MA 01089**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.615 **Nonpriority creditor's name and mailing address**
**Anthony Valles**
**6400 Schubert Circle**
**Buena Park, CA 90621**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.616 **Nonpriority creditor's name and mailing address**
**Anthony Walker**
**4311 White Castle Court**
**Decatur, GA 30034**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.617 **Nonpriority creditor's name and mailing address**
**antoin montgomery**
**111 sunrise dr**
**syracuse, NY 13205**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.618 **Nonpriority creditor's name and mailing address**
**Antoinette Austin**
**524 Yuma Ct**
**Fayetteville, NC 28303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.619 **Nonpriority creditor's name and mailing address**
**Anton Camaj**
**46121 Jackson Dr**
**macomb, MI 48044**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.620 **Nonpriority creditor's name and mailing address**
**Anton Konyukhov**
**230 174th street**
**Sunny Isles Beach, FL 33160**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.621 **Nonpriority creditor's name and mailing address**
**Anton Reese**
**4388 richmond court**
**Stone mountain, GA 30083**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.622 **Nonpriority creditor's name and mailing address**
**Antoni Poux**
**2201 Gallina Circle**
**Gallina Circle**
**COLLIERVILLE, TN 38017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.623 **Nonpriority creditor's name and mailing address**
**Antonio Echols**
**17201 shervilla pl**
**Southfield Southfield, MI 48075**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.624 **Nonpriority creditor's name and mailing address**
**Antonio Gallegos**
**2501 N Blackwelder Ave**
**Oklahoma City, OK 73106**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.625 **Nonpriority creditor's name and mailing address**
**Antonio Gonzalez**
**620 houston avenue**
**Hampton, VA 23669**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.626 **Nonpriority creditor's name and mailing address**
**Antonio Jenkins**
**16619 Larch Way**
**D204**
**Lynnwood, WA 98037**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.627 **Nonpriority creditor's name and mailing address**
**Antonio Jenkins**
**16619 Larch Way**
**Lynnwood, WA 98037**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.628 **Nonpriority creditor's name and mailing address**
**Antonio Lutchman**
**16890 west derby drive**
**Loxahatchee, FL 33470**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.629 **Nonpriority creditor's name and mailing address**
**Antonio Miles**
**705 Benavidez St.**
**San Ygnacio, TX 78067**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.630 **Nonpriority creditor's name and mailing address**
**Antony Menezes**
**49476 Seagrass dr**
**Canton, MI 48187**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.631 **Nonpriority creditor's name and mailing address**
**Anupam Bhattacharyya**
**719 Hesemann Ridge Ct**
**Wildwood, MO 63021-3602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.632 **Nonpriority creditor's name and mailing address**
**Anurag Jain**
**172 W Hanover Ave**
**Morristown, NJ 07960**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.633 **Nonpriority creditor's name and mailing address**
**Anusha shagam**
**3801 table rock drive**
**FUQUAY VARINA, NC 27526**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.634 **Nonpriority creditor's name and mailing address**
**Anusuya Gunasekaran**
**13603 56TH AVE SE**
**Everett, WA 98208**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.635 **Nonpriority creditor's name and mailing address**
**Anzhela Parazyan**
**420 W Lexington dr**
**107**
**Glendale, CA 91203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.636 **Nonpriority creditor's name and mailing address**
**April Brown**
**2954 York Place Dr**
**Walkertown, NC 27051**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.637 **Nonpriority creditor's name and mailing address**
**April Overstreet**
**104 Cimarron**
**Antioch, TN 37013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.638 **Nonpriority creditor's name and mailing address**
**April Ross**
**21106 Escala Dr**
**Humble, TX 77338**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.639 **Nonpriority creditor's name and mailing address**
**aragorn horton**
**23 Farrwood Drive**
**Haverhill, MA 01835**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.640 **Nonpriority creditor's name and mailing address**
**Aram Bejanian**
**2125 E Chevy Chase Dr**
**Glendale, CA 91206**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.641 **Nonpriority creditor's name and mailing address**
**Aram Feriants**
**350 Lindsay lane**
**Brookfield, WI 53045**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.642 **Nonpriority creditor's name and mailing address**
**Aras Toraman**
**364 Park Ave**
**Fairview, NJ 07022**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.643 **Nonpriority creditor's name and mailing address**
**Aravind Kolanupaka**
**1901 Masterson Drive**
**McKinney, TX 75072**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.644 **Nonpriority creditor's name and mailing address**
**Archelle Manliguez**
**1127 Minnesota Ave**
**Winter Park, FL 32789**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.645 **Nonpriority creditor's name and mailing address**
**Ardee Magday**
**12101 Dessau Rd Apt 1208**
**Austin, TX 78754**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.646 **Nonpriority creditor's name and mailing address**
**Ardit Mishra**
**7410 N Hoyne Ave**
**1N**
**Chicago, IL 60645**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.647 **Nonpriority creditor's name and mailing address**
**Ardit Mishra**
**7410 N Hoyne Ave**
**Chicago, IL 60645**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.648 **Nonpriority creditor's name and mailing address**
**Areshabhen Patel**
**771 Southern Pride Dr**
**Collierville, TN 38017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.649 **Nonpriority creditor's name and mailing address**
**Arey Low**
**76 Florida**
**Florida, FL 33165**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.650 **Nonpriority creditor's name and mailing address**
**Argenis Rojas**
**9421 fontainebleau blvd**
**apt 213**
**miami, FL 33172**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.651 **Nonpriority creditor's name and mailing address**
**Ari Mercedes**
**22 Bergen Street**
**Providence, RI 02908**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.652 **Nonpriority creditor's name and mailing address**
**Ariana Reckenwald**
**11987 Trevally Loop**
**Trinity, FL 34655**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.653 **Nonpriority creditor's name and mailing address**
**aric hoang**
**10638 W pinchot ave**
**avondale, AZ 85392**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.654 **Nonpriority creditor's name and mailing address**
**Ariel alejo**
**17419 32nd Ln N**
**Loxahatchee, FL 33470**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.655 **Nonpriority creditor's name and mailing address**
**Arielle Johnson**
**87 Luart dr**
**lillington, NC 27546**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.656 **Nonpriority creditor's name and mailing address**
**Arik Noor**
**93-19 201st Street**
**Queens, NY 11423**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.657 **Nonpriority creditor's name and mailing address**
**Arin Banerjee**
**20311 91st Place South**
**Kent, WA 98031**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.658 **Nonpriority creditor's name and mailing address**
**Aris Myrick**
**152 W 141st**
**New York, NY 10030**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.659 **Nonpriority creditor's name and mailing address**
**Arivazhagan Palani**
**950 SW 163rd Ave Apt 534**
**Beaverton, OR 97006-6706**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.660 **Nonpriority creditor's name and mailing address**
**ARKADIUSZ FRYZLEWICZ**
**34 macarthur ave**
**lodi, NJ 07644**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.661 **Nonpriority creditor's name and mailing address**
**Arlene Eckert**
**107 Barbados Dr S**
**Toms River, NJ 08757**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.662 **Nonpriority creditor's name and mailing address**
**Arman Belassarov**
**965 celebration dr**
**aurora, IL 60504**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.663 **Nonpriority creditor's name and mailing address**
**Arman Dyer**
**60 Fiji Ln**
**Poughkeepsie, NY 12603**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.664 | **Nonpriority creditor's name and mailing address**<br>**Arman Dyer**<br>**60 Fiji Ln**<br>**Poughkeepsie, NY 12603**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.665 | **Nonpriority creditor's name and mailing address**<br>**Armand Koulouzian**<br>**2750 Breezy Lake Ln**<br>**109**<br>**Land O Lakes, FL 34638**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.666 | **Nonpriority creditor's name and mailing address**<br>**Armand Ojeda**<br>**175 vance street**<br>**Forest city, NC 28043**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.667 | **Nonpriority creditor's name and mailing address**<br>**Armando Cabrales**<br>**315 N 4th ST**<br>**Tecumseh, NE 68450**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.668 | **Nonpriority creditor's name and mailing address**<br>**Armando Dieguez**<br>**1065 SW 8 ST**<br>**Miami, FL 33130**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.669 | **Nonpriority creditor's name and mailing address**<br>**Armani Tanelus**<br>**24 Tam O Shanter Ln**<br>**Boca raton, FL 33431**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.670 | **Nonpriority creditor's name and mailing address**<br>**Armen Seksenyan**<br>**1830 N KINGSLEY DR APT208**<br>**Los Angeles, CA 90027**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.671 **Nonpriority creditor's name and mailing address**
**Armili Janga**
**2113 mcdowell rd**
**Monroe township, NJ, NJ 08831**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.672 **Nonpriority creditor's name and mailing address**
**Armond Shian**
**10697 W. Centennial Pkwy**
**3011**
**Las Vegas, NV 89166**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.673 **Nonpriority creditor's name and mailing address**
**arnold valdez**
**1641 e warner st**
**phoenix, AZ 85040**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.674 **Nonpriority creditor's name and mailing address**
**Aron Fierro**
**1710 SE 34th**
**Silveroak appt room 235**
**amarillo, TX 79109**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.675 **Nonpriority creditor's name and mailing address**
**Arshad Jardien**
**9362 Noble Way**
**Arvada, CO 80007**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.676 **Nonpriority creditor's name and mailing address**
**Art Lopez**
**18922 Kilfinan St**
**Porter Ranch, CA 91326**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.677 **Nonpriority creditor's name and mailing address**
**Artashes Mafyan**
**7718 amestoy ave**
**Van Nuys, CA 91406**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.678 **Nonpriority creditor's name and mailing address**
**Artavian Simmons**
**67 Ridge Crest Drive**
**Oxford, AL 36203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.679 **Nonpriority creditor's name and mailing address**
**Arthaniel Guisadio**
**11010 Lombardy Road**
**Silver Spring, MD 20901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.680 **Nonpriority creditor's name and mailing address**
**arthur gill**
**733 Dublin Drive**
**wichita, KS 67002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.681 **Nonpriority creditor's name and mailing address**
**Arthur Marcus**
**1439 S Bedford St**
**LOS ANGELES, CA 90035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.682 **Nonpriority creditor's name and mailing address**
**Arthur Sierputoski**
**17 Seth Lane**
**West Tisbury, MA 02575**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.683 **Nonpriority creditor's name and mailing address**
**Artjom Svjatickis**
**5400 Radford Ave**
**APT 24**
**Valley Village, CA 91607**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.684 **Nonpriority creditor's name and mailing address**
**Artur Zmiyov**
**2310 Columbia Dr**
**Troy, MI 48083**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.685 **Nonpriority creditor's name and mailing address**
**Arturo Javier Barcenas**
**1321 Fulton St**
**2R**
**Brooklyn, NY 11216**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.686 **Nonpriority creditor's name and mailing address**
**Arulraj Rajasundaram**
**18 Wayne Terrace**
**Basking Ridge, NJ 07920**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.687 **Nonpriority creditor's name and mailing address**
**Arun Joseph**
**7711 NW meadows dr**
**Stokesdale, NC 27357**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.688 **Nonpriority creditor's name and mailing address**
**Arun Lall**
**3801 Collins Ave**
**Unit 603**
**Miami Beach, FL 33140**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.689 **Nonpriority creditor's name and mailing address**
**Arun Saluja**
**217 cattle ridge Rd**
**217 cattle ridge Rd**
**waxhaw, NC 28173**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.690 **Nonpriority creditor's name and mailing address**
**Arun Varadarajan**
**8309 Fountain Ridge Drive**
**Plano, TX 75025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.691 **Nonpriority creditor's name and mailing address**
**Aruna Gopireddy**
**8445 Westmore Rd Apt93**
**San Diego, CA 92126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.692 **Nonpriority creditor's name and mailing address**
**Arunkumar Pachunoori**
**736 W Montecito Ave**
**Mountain House, CA 95391**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.693 **Nonpriority creditor's name and mailing address**
**Arvin Bui**
**1708 willow bluff drive**
**pflugerville, TX 78660**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.694 **Nonpriority creditor's name and mailing address**
**Arvin mossadegh pour**
**910**
**route 9w**
**Nyack, NY 10960**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.695 **Nonpriority creditor's name and mailing address**
**Arvind Reddy Pothuganti**
**4116 Buffalo Clover Dr**
**Aubrey, TX 76227**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.696 **Nonpriority creditor's name and mailing address**
**Aryaan Bandali**
**12519 kinmundy ln**
**richmond, TX 77407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.697 **Nonpriority creditor's name and mailing address**
**Asad Ali**
**22821 117th Pl SE**
**Kent, WA 98031**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.698 **Nonpriority creditor's name and mailing address**
**Asad Ali**
**22821 117th Pl SE**
**Kent, WA 98031**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

| | | | |
|---|---|---|---|
| 3.699 | **Nonpriority creditor's name and mailing address**<br>**asadillo bohodirov**<br>**616 west archerfield street**<br>**meridian, ID 83646**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.700 | **Nonpriority creditor's name and mailing address**<br>**Ashanti Mckenzie**<br>**87 prospect st**<br>**3**<br>**New Britain, CT 06051**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.701 | **Nonpriority creditor's name and mailing address**<br>**Asher Dean**<br>**4320 Glendon Place**<br>**Valrico, FL 33596**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.702 | **Nonpriority creditor's name and mailing address**<br>**Asher Weisberger**<br>**2120 Seabury Ave**<br>**Terre Haute, IN 47803**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.703 | **Nonpriority creditor's name and mailing address**<br>**Ashish Rayamajhi**<br>**5021 Painswick Pl**<br>**Charlotte, FL 28215**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.704 | **Nonpriority creditor's name and mailing address**<br>**Ashish Rayamajhi**<br>**5021 Painswick Pl**<br>**Charlotte, NC 28215**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.705 | **Nonpriority creditor's name and mailing address**<br>**Ashish Rayamajhi**<br>**5021 Painswick PL**<br>**Charlotte, NC 28215**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.706 **Nonpriority creditor's name and mailing address**
**Ashlei Peoples**
**6030**
**Lincolnia Road**
**Alexandria, FL 22312**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.707 **Nonpriority creditor's name and mailing address**
**Ashley Abraham**
**5 kingbird Ct**
**South Barrington, IL 60010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.708 **Nonpriority creditor's name and mailing address**
**Ashley Escobar**
**449 e osgood st**
**long beach, CA 90805**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.709 **Nonpriority creditor's name and mailing address**
**Ashley Martinez**
**16235 NW 64th Ave**
**Apt 138**
**Miami Lakes, FL 33014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.710 **Nonpriority creditor's name and mailing address**
**Ashley Martinez**
**16235 NW 64th Ave**
**Apt 138**
**Miami Lakes, FL 33014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.711 **Nonpriority creditor's name and mailing address**
**Ashley Matandirotya**
**6 Braemar Avenue, Mt Pleasant**
**Harare, Harare**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.712 **Nonpriority creditor's name and mailing address**
**Ashley Mulberry**
**445 East Factory Street**
**APT 201**
**Harrodsburg, KY 40330**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.713** **Nonpriority creditor's name and mailing address**
**Ashley Vogt**
**357 Windigrove Dr**
**Apt 625**
**Waynesboro, VA 22980**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.714** **Nonpriority creditor's name and mailing address**
**Ashmit Agrawal**
**14147 Loyola Ridge Dr**
**Charlotte, NC 28277**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.715** **Nonpriority creditor's name and mailing address**
**Ashok chakravarthy Bodipudi**
**255 patroon creek blvd**
**Apt 4164**
**Albany, NY 12206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.716** **Nonpriority creditor's name and mailing address**
**Ashok chakravarthy Bodipudi**
**24 stacey ct**
**Cohoes, NY 12047**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.717** **Nonpriority creditor's name and mailing address**
**Ashton DeGering**
**3520 Sherian Ave**
**Bossier City, LA 71112**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.718** **Nonpriority creditor's name and mailing address**
**Ashwin Sokke**
**1830 Meridian Ave**
**Miami Beach, FL 33139**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.719** **Nonpriority creditor's name and mailing address**
**Asiah Jones**
**2204 Alteras Drive**
**Antioch, TN 37013**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.720 **Nonpriority creditor's name and mailing address**
**Asiah Saunders**
**1925 i st**
**Rio linda, CA 95673**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.721 **Nonpriority creditor's name and mailing address**
**Asif Mahmood**
**405 brookridge Dr**
**apt c**
**salisbury, MD 21804**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.722 **Nonpriority creditor's name and mailing address**
**Asif Mehmood**
**3981 mink road**
**Emmaus, PA 18049**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.723 **Nonpriority creditor's name and mailing address**
**Asim Woodard**
**1827 Haverford Dr**
**Allen, TX 75013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.724 **Nonpriority creditor's name and mailing address**
**Asma R Niazi**
**18916 celebrity ln**
**sandy springs, MD 20860**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.725 **Nonpriority creditor's name and mailing address**
**Assael Pladott**
**7 Christina Ave**
**Camarillo, CA 93012**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.726 **Nonpriority creditor's name and mailing address**
**Astrit Jahiri**
**39017 Ledgate dr**
**Sterling Heights, MI 48310**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.727 **Nonpriority creditor's name and mailing address**
**Astrit Jahiri**
**39017 Ledgate dr**
**Sterling Heights, MI 48310**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.728 **Nonpriority creditor's name and mailing address**
**Astrit Jahiri**
**39017 Ledgate dr**
**Sterling Heights, MI 48310**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.729 **Nonpriority creditor's name and mailing address**
**Atanas Atanasov**
**212 Capistrane Dr**
**Cary, NC 27519**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.730 **Nonpriority creditor's name and mailing address**
**Athena McCullee**
**6500 W 13th Avenue**
**APT 509**
**Lakewood, CO 80214**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.731 **Nonpriority creditor's name and mailing address**
**Attique Khan**
**25 W Randolph St**
**Apt 1022**
**Chicago, IL 60601**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.732 **Nonpriority creditor's name and mailing address**
**Atul Bhandari**
**13205 Ditka Drive**
**Manchaca, TX 78652**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.733 **Nonpriority creditor's name and mailing address**
**Atulaya Handa**
**19721 Brassie Pl**
**Montgomery Village, MD 20886**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.734 **Nonpriority creditor's name and mailing address**
**Aubrey Walker**
**105 Orleans Ct**
**Ridgeland, MS 39157**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.735 **Nonpriority creditor's name and mailing address**
**Aureb Jean Baptiste**
**5548 Arnold Palmer Drive**
**722**
**Orlando, FL 32811**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.736 **Nonpriority creditor's name and mailing address**
**Austin Baird**
**727 W Ridgeline Drive**
**Lehi, UT 84043**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.737 **Nonpriority creditor's name and mailing address**
**AUSTIN BURCH**
**4217 W. 76TH ST**
**CHICAGO, IL 60652**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.738 **Nonpriority creditor's name and mailing address**
**Austin Burch**
**4217 W. 76th St.**
**Chicago, IL 60652**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.739 **Nonpriority creditor's name and mailing address**
**Austin Chap**
**333 Old Billerica Road**
**Bedford, MA 01730**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.740 **Nonpriority creditor's name and mailing address**
**Austin Chitwood**
**387 quinn trail**
**cowpens, SC 29330**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.741 **Nonpriority creditor's name and mailing address**
**Austin Fig**
**131 Mamaroneck Ave**
**931**
**White Plains, NY 10601**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.742 **Nonpriority creditor's name and mailing address**
**Austin Harvey**
**324 easley Dr**
**lawrenceville, GA 30045**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.743 **Nonpriority creditor's name and mailing address**
**Austin Heyrend**
**4302 N. Bristol dr.**
**Idaho Falls, ID 83401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.744 **Nonpriority creditor's name and mailing address**
**Austin Jones**
**1570 East Blackmore Road**
**Mayville, MI 48744**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.745 **Nonpriority creditor's name and mailing address**
**Austin Knapp**
**1363 Mac Arthur Street**
**Blacksburg, VA 24060**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.746 **Nonpriority creditor's name and mailing address**
**Austin Lee**
**9 Cottonwood Ct**
**Washington, IN 47501**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.747 **Nonpriority creditor's name and mailing address**
**Austin Manganiello**
**50 S Xavier St**
**Denver, CO 80219**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.748 **Nonpriority creditor's name and mailing address**

**austin mcglone**
**20340 sw blaine st**
**beaverton, OR 97003**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.749 **Nonpriority creditor's name and mailing address**

**Austin Mendez**
**1920 Augusta Dr Unit 25**
**Houston, TX 77057**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.750 **Nonpriority creditor's name and mailing address**

**Austin Tang**
**6237 N Springfield Ave**
**Chicago, IL 60659**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.751 **Nonpriority creditor's name and mailing address**

**Austin Toft**
**1910 McGuffey Ln**
**LYNCHBURG, VA 24503**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.752 **Nonpriority creditor's name and mailing address**

**Austin Young**
**30554 185th St.**
**ONIDA, SD 57564**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.753 **Nonpriority creditor's name and mailing address**

**Avery Ames**
**11701 cherokee dr**
**New london, MO 63459**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.754 **Nonpriority creditor's name and mailing address**

**Avery Maxey**
**39 Juniper Track**
**Ocala, FL 34480**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.755** **Nonpriority creditor's name and mailing address**
**Awaab Malik**
**7005 41st ave SE**
**Olympia, WA 98503**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.756** **Nonpriority creditor's name and mailing address**
**Axel King**
**432 S Citrus Ave**
**Escondido, CA 92027**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.757** **Nonpriority creditor's name and mailing address**
**Aydan Kiteley**
**3117 cody court**
**Anna, TX 75409**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.758** **Nonpriority creditor's name and mailing address**
**Ayden Smith**
**433 william st**
**Downingtown, PA 19335**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.759** **Nonpriority creditor's name and mailing address**
**Ayokunle Osagbami**
**1004 vanderscile Road**
**7106**
**Hutto, TX 78634**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.760** **Nonpriority creditor's name and mailing address**
**Ayowole Omai**
**8220 Longear Lane**
**Rosenberg, TX 77469**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.761** **Nonpriority creditor's name and mailing address**
**Ayten Kiles**
**7612 sw 7th pl**
**North Lauderdale, FL 33068**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.762 **Nonpriority creditor's name and mailing address**
**AZEEZ TELLA**
**938 greenhouse dr**
**Clifton heights, PA 19018**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.763 **Nonpriority creditor's name and mailing address**
**Babajide Dada**
**10128 Whim Way**
**Aubrey, TX 76227-4313**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.764 **Nonpriority creditor's name and mailing address**
**Babli Agrawal**
**225 Walkers Bluff Ct**
**Charlottte, NC 28173**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.765 **Nonpriority creditor's name and mailing address**
**Bailey Hakari**
**1475 E Anna Dr**
**Casa Grande, AZ 85122**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.766 **Nonpriority creditor's name and mailing address**
**Bailey Hewitt**
**13361 n 131st Ave**
**Collinsville, OK 74021**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.767 **Nonpriority creditor's name and mailing address**
**Bailey Lord**
**27406 110th st**
**Hornick, IA 51026**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.768 **Nonpriority creditor's name and mailing address**
**Bairon Barrios**
**7400 NW 21st St**
**Bethany, OK 73008**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.769 **Nonpriority creditor's name and mailing address**
**Balaji Vanam**
**2408 Simplicity**
**Irvine, CA 92620**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.770 **Nonpriority creditor's name and mailing address**
**Balakrishna Raju**
**14621 Little Anne Dr**
**Little Elm, TX 75068**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.771 **Nonpriority creditor's name and mailing address**
**Balasubramanyam Patwari**
**12650 shetland walk dr**
**Lithia, FL 33547**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.772 **Nonpriority creditor's name and mailing address**
**Baldeep Sangha**
**21 Skarda Ct**
**Sacramento, CA 95835**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.773 **Nonpriority creditor's name and mailing address**
**Balee Barua**
**8901 133rd st**
**Richmond Hill, NY 11418**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.774 **Nonpriority creditor's name and mailing address**
**Baltazar Francisco**
**400 mccrary**
**morristown, TN 37814**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.775 **Nonpriority creditor's name and mailing address**
**Bao Do**
**13234 101st Ln NE**
**Kirkland, WA 98034**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.776 **Nonpriority creditor's name and mailing address**
**Bao Le**
**5736 Volsella Place**
**Sarasota, FL 34231**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.777 **Nonpriority creditor's name and mailing address**
**Bao Ngo**
**2225 s oertley dr**
**Anaheim, CA 92802**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.778 **Nonpriority creditor's name and mailing address**
**Bao Nguyen**
**313 Birch Terrace**
**Winter Springs, FL 32708**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.779 **Nonpriority creditor's name and mailing address**
**Bao Phan**
**To 64, Hoa Quy ward**
**Ngu Hanh Son, Da Nang 00055-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.780 **Nonpriority creditor's name and mailing address**
**Bao Trinh**
**11522 se 253rd pl**
**Kent, WA 98030**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.781 **Nonpriority creditor's name and mailing address**
**Baogiang Tran**
**7174 Crownwest Street**
**Houston, TX 77072**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.782 **Nonpriority creditor's name and mailing address**
**BaoTrinh Le**
**10728 West San Juan Avenue**
**Phoenix, AZ 85037**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.783 **Nonpriority creditor's name and mailing address**
**BARNABAS OKAFOR**
**707 COWBOYS PARKWAY**
**APT 3013**
**IRVING, TX 75063**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.784 **Nonpriority creditor's name and mailing address**
**Barrett Jackson**
**5210 Long Prairie Rd**
**Apt 121**
**Flower Mound, TX 75028**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.785 **Nonpriority creditor's name and mailing address**
**Barry Buckelew**
**238 Sedgewick Dr**
**Owens Cross Rds, AL 35763**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.786 **Nonpriority creditor's name and mailing address**
**Barry Furlano**
**63 Climax Rd**
**Simsbury, CT 06070**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.787 **Nonpriority creditor's name and mailing address**
**Barry Kirby**
**2008 BURLINGAME DR SE**
**huntsville, AL 35803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.788 **Nonpriority creditor's name and mailing address**
**Barry Lester**
**614 W Superior St**
**614 W Superior St**
**Alma, MI 48801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.789 **Nonpriority creditor's name and mailing address**
**Barry To**
**12256 Prinster Drive**
**Saint Louis, MO 63146**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.790 **Nonpriority creditor's name and mailing address**
**Bartolo Lugo**
**35 East Clarke Pl**
**6f**
**Bronx, NY 10452**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.791 **Nonpriority creditor's name and mailing address**
**Baruch Hoffmann**
**20 Tokay Lane**
**Monsey, NY 10952**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.792 **Nonpriority creditor's name and mailing address**
**Basarab Anastasis**
**507 W Mission St**
**Saint Marys, KS 66536-1537**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.793 **Nonpriority creditor's name and mailing address**
**Basil Abu-Hamdeh**
**11047 SW Eschman Way**
**Tigard, OR 97223**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.794 **Nonpriority creditor's name and mailing address**
**basilio vasquez**
**1029 Hazelmist Drive**
**325**
**Wake Forest, NC 27587**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.795 **Nonpriority creditor's name and mailing address**
**Bassem Yacoube**
**853 wiget ln**
**walnut creek, CA 94598**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.796 **Nonpriority creditor's name and mailing address**
**BASSEM YACOUBE**
**853 Wiget Lane**
**WALNUT CREEK, CA 94598**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.797 **Nonpriority creditor's name and mailing address**
**BASTIAN WEINHOLD**
**120 Riverside Boulevard**
**10H**
**NEW YORK, NY 10069**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.798 **Nonpriority creditor's name and mailing address**
**Beckie Siu**
**269 Bieber Drive**
**San Jose, CA 95123**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.799 **Nonpriority creditor's name and mailing address**
**Behrozuddin Shams**
**7617 Coffer Ct**
**Elk Grove, CA 95757**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.800 **Nonpriority creditor's name and mailing address**
**Bekah DeShields**
**225 Wayne Ave**
**Narberth, PA 19072**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.801 **Nonpriority creditor's name and mailing address**
**Bekbolot Taalaibek uulu**
**2829 s union ave**
**2**
**Chicago, IL 60616**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.802 **Nonpriority creditor's name and mailing address**
**Bekhruz Uzokov**
**Mirzo Ulugbek 1-45**
**Navai, FL 00021-0100**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.803 **Nonpriority creditor's name and mailing address**
**Bekhruz Uzokov**
**Mirzo Ulugbek**
**ap block 1 flat 45**
**Navai, Navai 00021-0100**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.804 **Nonpriority creditor's name and mailing address**
**Bekim Burimi**
**7809 3rd Ave**
**2nd Floor**
**Brooklyn, NY 11209**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.805 **Nonpriority creditor's name and mailing address**
**BELONY ERINE**
**2278 Okada Ct**
**ORLANDO, FL 32818**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.806 **Nonpriority creditor's name and mailing address**
**Belony Erine**
**2278 Okada Ct**
**Orlando, FL 32818**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.807 **Nonpriority creditor's name and mailing address**
**Ben Bashaw**
**4809 Brandywine**
**Fayetteville, AR 72764**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.808 **Nonpriority creditor's name and mailing address**
**Ben Cooper**
**96 Saddleford dr**
**Fayettteville, TN 37334**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.809 **Nonpriority creditor's name and mailing address**
**ben franz**
**4201 Hilldale rd**
**n/a**
**san diego, CA 92116**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.810 **Nonpriority creditor's name and mailing address**
**Ben Ganger**
**13-55 Zito Ct**
**Fair Lawn, NJ 07410**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.811 | **Nonpriority creditor's name and mailing address**<br>**Ben Hatkow**<br>**807 Golf Ridge Dr**<br>**Dundee, MI 48131**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.812 | **Nonpriority creditor's name and mailing address**<br>**Ben Paron**<br>**1600 ne 135th st**<br>**710**<br>**North miami, FL 33162**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.813 | **Nonpriority creditor's name and mailing address**<br>**Ben Ronen**<br>**41736 Bloomfield Path Street**<br>**Ashburn, VA 20148**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.814 | **Nonpriority creditor's name and mailing address**<br>**Ben Shoptaw**<br>**17178 Futch Way**<br>**Westfield, IN 46074**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.815 | **Nonpriority creditor's name and mailing address**<br>**Ben Wolhendler**<br>**20 Forest Dr**<br>**Lakewood, NJ 08701**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.816 | **Nonpriority creditor's name and mailing address**<br>**Benedict Mendigorin**<br>**11331 183RD ST 300**<br>**300**<br>**CERRITOS, CA 90703**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.817 | **Nonpriority creditor's name and mailing address**<br>**Benjamin Beckley**<br>**10124 Walnut Ridge Dr**<br>**Midlothian, TX 76065**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.818 **Nonpriority creditor's name and mailing address**
**Benjamin Bishop**
**4525 Fallon Street**
**Bozeman, MT 59718**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.819 **Nonpriority creditor's name and mailing address**
**Benjamin Chang**
**62 Theodore Rd**
**Newton Center, MA 02459**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.820 **Nonpriority creditor's name and mailing address**
**Benjamin Choi**
**4114 Ancient Amber Way**
**Peachtree Corners, GA 30092**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.821 **Nonpriority creditor's name and mailing address**
**Benjamin Datuin**
**33 Belfield Cove**
**JACKSON, TN 38305**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.822 **Nonpriority creditor's name and mailing address**
**Benjamin Datuin**
**33 Belfield Cove**
**JACKSON, TN 38305**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.823 **Nonpriority creditor's name and mailing address**
**Benjamin E Goodrich**
**1711 S 1300 E**
**Salt Lake City, UT 84105**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.824 **Nonpriority creditor's name and mailing address**
**BENJAMIN GRIMES**
**996 CITRIONA DR**
**FERNANDINA BEACH, FL 32034**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.825 **Nonpriority creditor's name and mailing address**
**Benjamin Hidalgo**
**2006 stonemont ct**
**allen, TX 75013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

3.826 **Nonpriority creditor's name and mailing address**
**Benjamin Jackson**
**2221 W Dallas St**
**Apt 239**
**Houston, TX 77019**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

3.827 **Nonpriority creditor's name and mailing address**
**Benjamin Jenkins**
**65 HOWARD ST**
**Atlanta, FL 30317**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

3.828 **Nonpriority creditor's name and mailing address**
**Benjamin Liebfried**
**401 Hollis Rd**
**Lunenburg, MA 01462**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

3.829 **Nonpriority creditor's name and mailing address**
**Benjamin Mendoza**
**380 Rocky Creek Dr**
**Hampton, GA 30228**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

3.830 **Nonpriority creditor's name and mailing address**
**Benjamin Mercer**
**3101 DAVIS LN, APT 9001**
**9001**
**Austin, TX 78748**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

3.831 **Nonpriority creditor's name and mailing address**
**Benjamin Mortensen**
**921 S. Duke Dr.**
**Tucson, AZ 85710**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.832 **Nonpriority creditor's name and mailing address**
**Benjamin Mostoufi**
**161 juanita way**
**san francisco, CA 94127**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.833 **Nonpriority creditor's name and mailing address**
**Benjamin Nguyen**
**16823 sedona Springs ln**
**Spring, TX 77379**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.834 **Nonpriority creditor's name and mailing address**
**Benjamin Sandler**
**2654 Harmonica Lane**
**Santa Rosa, CA 95407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.835 **Nonpriority creditor's name and mailing address**
**Benjamin Soler**
**446 Auburn Ct**
**Souderton, PA 18964**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.836 **Nonpriority creditor's name and mailing address**
**Benjamin Vargas**
**2074 W Pacific Ridge St**
**Eagle, ID 83616**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.837 **Nonpriority creditor's name and mailing address**
**Benjamin Vogeler**
**3113 Casa Marina Rd NW**
**Alexandria, MN 56308**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.838 **Nonpriority creditor's name and mailing address**
**Benjamin Zamora**
**7096 Nile Way**
**Arvada, CO 80007**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.839 **Nonpriority creditor's name and mailing address**
**Benjamin Zheng**
**1317 Michael Ct Fl 2**
**Bayside, NY 11360**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.840 **Nonpriority creditor's name and mailing address**
**Benji Nguyen**
**124 124th Ln NW**
**Coon Rapids, MN 55448**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.841 **Nonpriority creditor's name and mailing address**
**Benny Arechiga**
**5281 steve st**
**Jurupa Valley, CA 92509**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.842 **Nonpriority creditor's name and mailing address**
**Benny Levitt**
**2487 W Sample Ave**
**Fresno, CA 93711**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.843 **Nonpriority creditor's name and mailing address**
**BEOMYEONG KIM**
**187 Fairwinds**
**Fairwinds**
**Costa Mesa, CA 92626**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.844 **Nonpriority creditor's name and mailing address**
**berikbolsyn zhangbyrbek**
**1276 s joliet ct apt5208**
**aurora, CO 80012**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.845 **Nonpriority creditor's name and mailing address**
**Berlin Regisma**
**2600 nw 89th ave**
**Sunrise, FL 33322**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.846 **Nonpriority creditor's name and mailing address**
**Bernard Collier**
**339 Union Blvd**
**207**
**Totowa, NJ 07512**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.847 **Nonpriority creditor's name and mailing address**
**Bernard Correa**
**1266 Bay Harbor Dr**
**Apt 306**
**Palm Harbor, FL 34685**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.848 **Nonpriority creditor's name and mailing address**
**Bernard Kishoiyian**
**5430 Hayden Blvd**
**Sarasota, FL 34232-5736**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.849 **Nonpriority creditor's name and mailing address**
**Bernard Otabil**
**713 Hunters Run Dr**
**Apt C**
**Brookville, OH 45309**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.850 **Nonpriority creditor's name and mailing address**
**Bernard Quansah**
**231 scioto ave**
**Chillicothe, OH 45601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.851 **Nonpriority creditor's name and mailing address**
**Bernard Sheng**
**6747 Temple City Blvd.**
**Arcadia, CA 91007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.852 **Nonpriority creditor's name and mailing address**
**Bernardo Garza**
**209 VZ County Road 2221**
**Canton, TX 75103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.853 **Nonpriority creditor's name and mailing address**
**Berrin Ozgul**
**14 Beltane Dr**
**Dix Hills, NY 11746**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.854 **Nonpriority creditor's name and mailing address**
**Betelhem Gulima**
**1826 Wigglesworth Way**
**Woodbridge, VA 22191**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.855 **Nonpriority creditor's name and mailing address**
**Bethwel Shitanda**
**11009 briaroaks dr**
**Fort Worth, TX 76140**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.856 **Nonpriority creditor's name and mailing address**
**Betros Tekle**
**16008 Jamie LN**
**Unit 3**
**FONTANA, CA 92336**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.857 **Nonpriority creditor's name and mailing address**
**Betty Dutes**
**4970 Nw 14th St**
**Lauderhill, FL 33313**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.858 **Nonpriority creditor's name and mailing address**
**Betty Harris**
**150 Michael Lane**
**McDonough, GA 30252**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.859 **Nonpriority creditor's name and mailing address**
**beyan smith**
**7605 Claiborne Farm Pl**
**Laurel MD, MD 20707**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.860 **Nonpriority creditor's name and mailing address**
**bezalel pan**
**4176 Acacia Street**
**Riverside, CA 92503**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.861 **Nonpriority creditor's name and mailing address**
**Bhabindra Karki**
**8306 Vernon Ave**
**Omaha, NE 68134**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.862 **Nonpriority creditor's name and mailing address**
**Bhadresh Patel**
**508 Orchid Dr**
**Moosic, PA 18507**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.863 **Nonpriority creditor's name and mailing address**
**Bhargav Reddy Reddy**
**150 Talmadge Rd**
**Edison, NJ 08817**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.864 **Nonpriority creditor's name and mailing address**
**Bhaskar Yakkanti**
**31710 N 24th Dr**
**phoenix, AZ 85085**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.865 **Nonpriority creditor's name and mailing address**
**Bhavik Patel**
**3217 Roslyn Court**
**Folsom, CA 95630**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.866 **Nonpriority creditor's name and mailing address**
**Bhavin Koirala**
**10216 Toelle Ln**
**St Louis, MO 63137**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.867 **Nonpriority creditor's name and mailing address**
**bhavin patel**
**83 DAZZLING COURT**
**DALLAS, GA 30132**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.868 **Nonpriority creditor's name and mailing address**
**Bhavin Patel**
**3 Peach ct**
**Edison, NJ 08817**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.869 **Nonpriority creditor's name and mailing address**
**Bhavin Shah**
**4533 Ojai Loop**
**Union City, CA 94587**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.870 **Nonpriority creditor's name and mailing address**
**Bhavinkumar patel**
**25 Clausen Rd**
**Edison, NJ 08817**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.871 **Nonpriority creditor's name and mailing address**
**Biagio J Mendolia**
**75 Highland Avenue**
**West Islip, NY 11795**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.872 **Nonpriority creditor's name and mailing address**
**bibek byanjankar**
**5650 w 9th ave**
**lakewood, CO 80214**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.873 **Nonpriority creditor's name and mailing address**
**Bibhu Poudyal**
**6 Gracewoods CT**
**Walden, FL 12586**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.874 **Nonpriority creditor's name and mailing address**
**Biddle Miller**
**5032 Dorchester Circle**
**Waldorf, MD 20603**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.875 **Nonpriority creditor's name and mailing address**
**BILAL AHMAD**
**16 CLARK ST**
**SELDEN, NY 11784**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.876 **Nonpriority creditor's name and mailing address**
**Billel Bensari**
**13201 Greenwood ave north apt 208A**
**Apt 208A**
**Seattle, WA 98133**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.877 **Nonpriority creditor's name and mailing address**
**billy doan**
**1815 s stoneman ave**
**alhambra, CA 91801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.878 **Nonpriority creditor's name and mailing address**
**Billy Henderson**
**6515 33rd AV N**
**St. Petersburg, FL 33710**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.879 **Nonpriority creditor's name and mailing address**
**Bina Gand**
**1485 hedge street**
**Allentown, PA 18101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.880 **Nonpriority creditor's name and mailing address**
**Binhao Wu**
**51-08 Parsons blvd**
**Flushing, NY 11355**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.881 **Nonpriority creditor's name and mailing address**
**Binod Gautam**
**1290 Polo Heights Dr**
**Frisco, TX 75033**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.882 **Nonpriority creditor's name and mailing address**
**Bishvajit Singh**
**1210 Route 130 North APT 360**
**Burlington, NJ 08016**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.883 **Nonpriority creditor's name and mailing address**
**Bishwodeep Karki**
**6420 CENTENNIAL RD**
**OMAHA, NE 68157**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.884 **Nonpriority creditor's name and mailing address**
**Blake Berkheimer**
**9760 Lancaster PL**
**Boca Raton, FL 33434**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.885 **Nonpriority creditor's name and mailing address**
**Blake Dill**
**2731 N Amidon Ave APT 3**
**Wichita, KS 67204**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.886 **Nonpriority creditor's name and mailing address**
**Blake Dirks**
**8015 w 66th Terrace**
**Merriam, KS 66202**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.887 **Nonpriority creditor's name and mailing address**
**Blake Halliday**
**281 woods ave unit 12**
**12**
**Islamorada, FL 33070**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.888 **Nonpriority creditor's name and mailing address**
**Blake Hoag**
**846 south highway 30**
**Blair, NE 68008**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.889 **Nonpriority creditor's name and mailing address**
**Blake Huber**
**125 Knollcrest Ave**
**Morton, IL 61550**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.890 **Nonpriority creditor's name and mailing address**
**Blake Lemoine**
**521 7th Avenue**
**Kirkland, WA 98033**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.891 **Nonpriority creditor's name and mailing address**
**Blake Williams**
**851 Phelps road**
**Benton, KY 42025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.892 **Nonpriority creditor's name and mailing address**
**blane Murillo**
**160 west tyler st**
**apt 728**
**Tampa, FL 33602**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.893 **Nonpriority creditor's name and mailing address**
**bmn ghjgbkjhjkk**
**660 santa**
**kagy, TX 77493**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.894 **Nonpriority creditor's name and mailing address**
**Bobby Colburn**
**1650 stardust dr**
**arnold, MO 63010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.895 **Nonpriority creditor's name and mailing address**
**Bobby McLaughlin**
**25 Union Street**
**Natick, MA 01760**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.896 **Nonpriority creditor's name and mailing address**
**Bobby Saechi**
**3454 O'connell St**
**Powell, OH 43065**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.897 **Nonpriority creditor's name and mailing address**
**Bodhi Dark**
**161 Hart Lane**
**Nashville, TN 37207**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.898 **Nonpriority creditor's name and mailing address**
**Bodhi Latham**
**14454 SW Skye Dr**
**Port St, Lucie, FL 34987**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.899 **Nonpriority creditor's name and mailing address**
**Bogdan Lyashenko**
**2024 Allen Street**
**Englewood, FL 34223**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.900 **Nonpriority creditor's name and mailing address**
**Bolaji Kamoru**
**6028 Tybalt DR**
**Indianapolis, IN 46254**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.901 **Nonpriority creditor's name and mailing address**
**Bolortuya Kolodziej**
**Burnside MB**
**401 S**
**Los Angeles, CA 90036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.902 **Nonpriority creditor's name and mailing address**
**Boua Ger Lo**
**232612 N. 128th Ave**
**Marathon, WI 54448**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.903 **Nonpriority creditor's name and mailing address**
**Boyang CHEN**
**13651**
**flushing, NY 11355**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.904 **Nonpriority creditor's name and mailing address**
**Boyang CHEN**
**13651 60th ave**
**flushing, NY 11355**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.905 **Nonpriority creditor's name and mailing address**
**Brad Abraham**
**39 rigger lane**
**Levittown, NY 11756**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.906 **Nonpriority creditor's name and mailing address**
**Brad Dugan**
**2738 Bramblewood Ln**
**THOMPSONS STATION, TN 37179**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.907 **Nonpriority creditor's name and mailing address**
**Brad McDonnell**
**1892 Race St**
**Denver, CO 80206**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.908 **Nonpriority creditor's name and mailing address**
**Brad McDonnell**
**1892 Race St**
**Denver, CO 80206**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.909 **Nonpriority creditor's name and mailing address**
**Brad Petty**
**19000 Fernando TRL**
**Austin, TX 78738**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.910 **Nonpriority creditor's name and mailing address**
**BRAD RASMUSSEN**
**275 Hammond Ln**
**Providence, UT 84332**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.911 **Nonpriority creditor's name and mailing address**
**Brad Short**
**4301 Mink Rd**
**Sarasota, FL 34235**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.912 **Nonpriority creditor's name and mailing address**
**Braden Swisher**
**149 porth circle**
**lexington, SC 29072**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.913 **Nonpriority creditor's name and mailing address**
**Bradford Keller**
**7842 Gray Shoals Dr**
**Columbus, GA 31904-2122**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.914 **Nonpriority creditor's name and mailing address**
**Bradford Parsons**
**3621 Wood Dale Rd**
**Chester, VA 23831**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.915 **Nonpriority creditor's name and mailing address**
**Bradlee Rutledge**
**55 teal ct**
**Sant rosa beach, FL 32459**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.916 **Nonpriority creditor's name and mailing address**

**Bradley Buesing**
**126 RED BLUFF DR**
**HICKORY CREEK, TX 75065-3617**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.917 **Nonpriority creditor's name and mailing address**

**Bradley Henderson**
**15 Louws Creek**
**Aerorand**
**Middelburg, MP 01055**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.918 **Nonpriority creditor's name and mailing address**

**Bradley Newell**
**128 S. Acer Loop**
**Post Falls, ID 83854**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.919 **Nonpriority creditor's name and mailing address**

**Bradley Struve**
**701 Elk St.**
**Sabula, IA 52070**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.920 **Nonpriority creditor's name and mailing address**

**Brady Kelley**
**16234 Pine Thorn Drive**
**Houston, TX 77095**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.921 **Nonpriority creditor's name and mailing address**

**Branden Kim**
**3661 Merrill Ave**
**Apt 269**
**Riverside, CA 92506**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.922 **Nonpriority creditor's name and mailing address**

**branden ono**
**po box 398**
**kurtistown, HI 96760**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.923 **Nonpriority creditor's name and mailing address**
**branden ono**
**po box 398**
**kurtistown, HI 96760**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.924 **Nonpriority creditor's name and mailing address**
**branden staack**
**379 Mitchell ridge rd**
**jonesborough, TN 37659**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.925 **Nonpriority creditor's name and mailing address**
**Brandi Alberts**
**1618 Constitution Pl.**
**Rockford, IL 61103**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.926 **Nonpriority creditor's name and mailing address**
**Brandin Jackson**
**422 Lake Knoll Drive**
**Lilburn, GA 30047**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.927 **Nonpriority creditor's name and mailing address**
**Brandon Anderson**
**11414 141 Street**
**Jamaica, NY 11436**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.928 **Nonpriority creditor's name and mailing address**
**Brandon Bonnette**
**54 Highland St**
**Webster, MA 01570**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.929 **Nonpriority creditor's name and mailing address**
**Brandon Brown**
**3330 Chimney Rock Lane**
**Sedona, AZ 86336**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.930 **Nonpriority creditor's name and mailing address**
**Brandon Brown**
**4501 farrcroft drive**
**Easton, PA 18040**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.931 **Nonpriority creditor's name and mailing address**
**Brandon Carter**
**458 Marks creek church rd**
**Hamlet, NC 28345**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.932 **Nonpriority creditor's name and mailing address**
**Brandon Chaffee**
**1372 LONE OAK BLVD**
**FORT WAYNE, IN 46818-0051**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.933 **Nonpriority creditor's name and mailing address**
**Brandon Clark**
**4710 zion church rd**
**Concord, NC 28025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.934 **Nonpriority creditor's name and mailing address**
**Brandon Closson**
**800 The Mark Ln**
**#1202**
**San Diego, CA 92101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.935 **Nonpriority creditor's name and mailing address**
**Brandon Coker**
**322 Claiborne Street**
**Pineville, LA 71360**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.936 **Nonpriority creditor's name and mailing address**
**Brandon Danzy**
**30970 Stone Ridge Dr**
**Apt 12213**
**Wixom, MI 48393**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.937 **Nonpriority creditor's name and mailing address**
**Brandon Emmett**
**13601 W Talan cir**
**Wichita, KS 67235**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.938 **Nonpriority creditor's name and mailing address**
**Brandon Evans**
**2417 High Ridge Dr**
**breevans@hotmail.com, NC 27606**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.939 **Nonpriority creditor's name and mailing address**
**Brandon Gilliam**
**4 W 122nd St**
**New York, NY 10027**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.940 **Nonpriority creditor's name and mailing address**
**Brandon Haley**
**2636 Seabird Drive**
**Midlothian, VA 23112-4485**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.941 **Nonpriority creditor's name and mailing address**
**Brandon Halliday**
**972 E 350 S**
**Kamas, UT 84036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.942 **Nonpriority creditor's name and mailing address**
**Brandon Hartman**
**2111 Potomac Pl**
**Lawrenceville, GA 30043**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.943 **Nonpriority creditor's name and mailing address**
**Brandon Holmes**
**4170 K Wailapa Road**
**Kilauea, HI 96754**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.944 | **Brandon Lara**<br>**3524 Miramar Dr**<br>**Las Vegas, FL 89108**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.945 | **Brandon Lawson**<br>**535 Sherwood Circle**<br>**Chester, SC 29706**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.946 | **Brandon Li**<br>**2401 san gabriel st**<br>**Apt 210**<br>**Austin, TX 78705**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.947 | **Brandon Linthicum**<br>**5201 Bugle Ln**<br>**Colleyville, TX 76034**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.948 | **Brandon Martin**<br>**1017 Proud Eagle Drive**<br>**EAGLEVILLE, TN 37060**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.949 | **Brandon McClain**<br>**1411 Northern Brewer Trl**<br>**Houston, TX 77008**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.950 | **Brandon Mcgarvey**<br>**270 Barnhill Dr.**<br>**Folsom, CA 95630**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.951 **Nonpriority creditor's name and mailing address**
**Brandon Mercuri**
**5 Alder St**
**Windham, NH 03087**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.952 **Nonpriority creditor's name and mailing address**
**Brandon Miller**
**370 South Cairns Avenue, Richland Center**
**Richland Center, WI 53581**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.953 **Nonpriority creditor's name and mailing address**
**Brandon Murria**
**4821 Chapelle Ct**
**MARIETTA, GA 30066-1091**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.954 **Nonpriority creditor's name and mailing address**
**Brandon Penner**
**39629 rd 96**
**Dinuba, CA 93618**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.955 **Nonpriority creditor's name and mailing address**
**Brandon Provost**
**2404 Fannin St.**
**Greenville, TX 75401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.956 **Nonpriority creditor's name and mailing address**
**Brandon Slevin**
**32 PRAIRIE DOG RD**
**Livingston, MT 59047**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.957 **Nonpriority creditor's name and mailing address**
**Brandon SMITH**
**515 PENNER STREET**
**BEATRICE, NE 68310**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.958 **Nonpriority creditor's name and mailing address**
**Brandon Soto**
**4846 Via Sonoma Trail**
**Converse, TX 78109**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.959 **Nonpriority creditor's name and mailing address**
**Brandon Sparks**
**2148 Haverhill Ohio Furnace Road**
**Ironton, Ohio 45638-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.960 **Nonpriority creditor's name and mailing address**
**Brandon Staton**
**670 Point Hope Lane**
**Hendersonville, NC 28792**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.961 **Nonpriority creditor's name and mailing address**
**Brandon Tardy**
**9940 Middle Mill Drive**
**Owings Mills, MD 21117**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.962 **Nonpriority creditor's name and mailing address**
**BRANDON TARVER**
**3506 LA CIENEGA WAY**
**CAMERON PARK, CA 95682**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.963 **Nonpriority creditor's name and mailing address**
**Brandon Whittingham Diedrick**
**598 Coral Glen Loop**
**Apt 104**
**Altamonte Springs, FL 32714**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.964 **Nonpriority creditor's name and mailing address**
**Brandon Wilkinson**
**1023 Ralph Keen Rd**
**East Dublin, GA 31027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.965 **Nonpriority creditor's name and mailing address**
**Brant Goodpaster**
**4808 Sandy Ridge Lane**
**Hamilton, MI 49419**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.966 **Nonpriority creditor's name and mailing address**
**Braulio Bravo**
**18615 E Arrow Hwy**
**Covina, CA 91722**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.967 **Nonpriority creditor's name and mailing address**
**Braxton Pooler**
**609 east 180 north**
**Tooele, UT 84074**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.968 **Nonpriority creditor's name and mailing address**
**brayden lambrecht**
**3333 harry hines blvd**
**4133**
**dallas, TX 75201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.969 **Nonpriority creditor's name and mailing address**
**braydon KASSELLA**
**13780 SE 46TH STREET**
**OKEECHOBEE, FL 34974**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.970 **Nonpriority creditor's name and mailing address**
**braydon KASSELLA**
**13780 SE 46TH STREET**
**OKEECHOBEE, FL 34974**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.971 **Nonpriority creditor's name and mailing address**
**Braydon Miks**
**3331 NE 12th Terrace**
**Pompano Beach, FL 33064**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.972 | **Nonpriority creditor's name and mailing address**<br>**Breanna Sorrell**<br>**10902 Presidential Parkway**<br>**Upper Marlboro, MD 20772**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.973 | **Nonpriority creditor's name and mailing address**<br>**breda Karagacha**<br>**6241 Rime Village Dr NW**<br>**APT 107**<br>**Huntsville, AL 35806**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.974 | **Nonpriority creditor's name and mailing address**<br>**Breden Custer**<br>**54 Churchman Ln**<br>**Carrollton, IL 62016**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.975 | **Nonpriority creditor's name and mailing address**<br>**Brendan Kaag**<br>**24 Lakeview Dr.**<br>**Morris Plains, NJ 07950**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.976 | **Nonpriority creditor's name and mailing address**<br>**Brendan ORegan**<br>**3183 Lapis Beach Dr**<br>**Las Vegas, NV 89117**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.977 | **Nonpriority creditor's name and mailing address**<br>**Brendan Scales**<br>**540 Enchanted Pkwy**<br>**Manchester, MO 63021**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.978 | **Nonpriority creditor's name and mailing address**<br>**Brendan Sheehan**<br>**299 E THOUSAND OAKS BLVD APT 423**<br>**THOUSAND OAKS, CA 91360**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.979 **Nonpriority creditor's name and mailing address**
**Brent Bergherm**
**135 County Road 6**
**Calhoun, TN 37309**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.980 **Nonpriority creditor's name and mailing address**
**Brent Bordic**
**808 Mallow Rd**
**Leander, TX 78641**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.981 **Nonpriority creditor's name and mailing address**
**Brent Moffitt**
**3755 S Juniper St**
**Palmer, AK 99645**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.982 **Nonpriority creditor's name and mailing address**
**Brent Mulholland**
**21 Eglin St**
**Fort Walton Beach, FL 32547**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.983 **Nonpriority creditor's name and mailing address**
**Brent Ruiz**
**21188 W Almeria Rd**
**Buckeye, AZ 85396**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.984 **Nonpriority creditor's name and mailing address**
**Brent Strawn**
**3904 st Augustine**
**Mustang, OK 73064**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.985 **Nonpriority creditor's name and mailing address**
**Brent Tickel**
**17 Pappagallo Pt**
**Aliso Viejo, FL 92656**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.986 **Nonpriority creditor's name and mailing address**
**Brent Turnbow**
**19401 East 6th Street North**
**independence, MO 64056**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.987 **Nonpriority creditor's name and mailing address**
**BRENT WILLIAMS**
**1741 Mcmillon Ave Sw**
**Birmingham, AL 35211**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.988 **Nonpriority creditor's name and mailing address**
**Brenton Osborn**
**2235 Frederick Douglass Boulevard**
**APT 8C**
**New York, NY 10027**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.989 **Nonpriority creditor's name and mailing address**
**Bret Carter**
**125 Pine Lake Dr.**
**Salisbury, NC 28146**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.990 **Nonpriority creditor's name and mailing address**
**Bret Fisher**
**39 Sycamore Ln**
**Buena Park, FL 90621-1685**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.991 **Nonpriority creditor's name and mailing address**
**Brett Braden**
**206 E George St**
**Saint George, SC 29477**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.992 **Nonpriority creditor's name and mailing address**
**Brett Cavanaugh**
**3 Quail Drive**
**Doylestown, PA 18901**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.993 **Nonpriority creditor's name and mailing address**
**Brett Coberly**
**268 Bradley rd**
**Valleybend, WV 26293**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.994 **Nonpriority creditor's name and mailing address**
**Brett Gates**
**2433 Stonesage Rd**
**Soddy-Daisy, TN 37379**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.995 **Nonpriority creditor's name and mailing address**
**Brett Hapoienu**
**500 Northeast 14th Street**
**Moore, OK 73160**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.996 **Nonpriority creditor's name and mailing address**
**Brett Hughes**
**13278 kibbings road**
**San Diego, CA 92130**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.997 **Nonpriority creditor's name and mailing address**
**Brett Laflamme**
**1685 Webster Ave**
**Merrick, NY 11566**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.998 **Nonpriority creditor's name and mailing address**
**Brett Lehmberg**
**113 Chisholm Dr**
**Boerne, TX 78006**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.999 **Nonpriority creditor's name and mailing address**
**Brett Lesniak**
**192 Brandywine Avenue**
**Elk Grove Village, IL 60007**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1000 **Nonpriority creditor's name and mailing address**
**Brett Monroe**
**920 7th Ave**
**La Grange, IL 60525**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1001 **Nonpriority creditor's name and mailing address**
**Brett Polczynski**
**5509 Beacon Hill Court**
**Seven Hills, OH 44131**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1002 **Nonpriority creditor's name and mailing address**
**Brezette Aguirre**
**16350 S Harbor Blvd apt 308**
**santa ana, FL 92704**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1003 **Nonpriority creditor's name and mailing address**
**Brian Ahlquist**
**15577 W La Salle Pl**
**Lakewood, CO 80228**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1004 **Nonpriority creditor's name and mailing address**
**Brian Albert**
**2 Waterside Dr, Apt 2**
**Apt 2**
**Little Ferry, NJ 07643**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1005 **Nonpriority creditor's name and mailing address**
**Brian Anderson**
**103 S. Ridge Park Dr.**
**Magnolia, TX 77354**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1006 **Nonpriority creditor's name and mailing address**
**BRIAN BELL**
**78 SCHWINN DR**
**CLARK, NJ 07066**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.1007 **Nonpriority creditor's name and mailing address**
**Brian Binns**
**1943 Rodney Drive, Apt. 209**
**Los Angeles, CA 90027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.1008 **Nonpriority creditor's name and mailing address**
**Brian Bowen**
**12258 CR 1067**
**Anna, TX 75409-8011**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.1009 **Nonpriority creditor's name and mailing address**
**Brian Braker**
**4686 Scenic Vista Dr**
**Folsom, CA 95630**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.1010 **Nonpriority creditor's name and mailing address**
**Brian Brandon**
**4717 State Highway 148**
**Mulkeytown, IL 62865**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.1011 **Nonpriority creditor's name and mailing address**
**Brian Brandon**
**4717 State Highway 148**
**Mulkeytown, IL 62865**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1012
**Nonpriority creditor's name and mailing address**
**Brian Burton**
**7202 Rimrock Dr**
**Tobyhanna, PA 18466-8120**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1013
**Nonpriority creditor's name and mailing address**
**Brian Castaneda**
**16473 Green tree blvd, spc 49**
**spc 49**
**VICTORVILLE, CA 92395-5222**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1014
**Nonpriority creditor's name and mailing address**
**Brian castaneda**
**16473 Green Tree Blvd. Spc #49**
**Victorville, CA 92395**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1015
**Nonpriority creditor's name and mailing address**
**Brian Choi**
**616 Masselin Avenue**
**Apt. 318**
**Los Angeles, CA 90036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1016
**Nonpriority creditor's name and mailing address**
**Brian Christman**
**3415 Hawthorne Dr N**
**Wantagh, NY 11793**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1017
**Nonpriority creditor's name and mailing address**
**Brian Colgan**
**1001 Damascus Cir**
**Costa Mesa, CA 92626-1608**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1018
**Nonpriority creditor's name and mailing address**
**Brian Crossett**
**550 East 4th St.**
**#29**
**Mountain Home, AR 72653**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1019
**Nonpriority creditor's name and mailing address**
**Brian Dailey**
**4596 Broad Road**
**Syracuse, NY 13215**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1020
**Nonpriority creditor's name and mailing address**
**brian dao**
**1790 pinyon pine dr**
**sarasota, FL 34240**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1021
**Nonpriority creditor's name and mailing address**
**Brian De Beer**
**24 Dirkie Uys Street**
**Malmesbury, WC 07299**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1022
**Nonpriority creditor's name and mailing address**
**BRIAN DELLING**
**2164 Winston Avenue**
**Louisville, KY 40205**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1023
**Nonpriority creditor's name and mailing address**
**Brian Druciak**
**1504 N Dearborn Pwky**
**110**
**Chicago, IL 60610**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1024
**Nonpriority creditor's name and mailing address**
**Brian Drzyzga**
**15 south street**
**westfield, MA 01085**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1025
**Nonpriority creditor's name and mailing address**
**Brian Drzyzga**
**15 South Street**
**Westfield, MA 01085**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1026
**Nonpriority creditor's name and mailing address**
**Brian Farrell**
**30915 CORTE ARROYO VIS**
**TEMECULA, CA 92592**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1027
**Nonpriority creditor's name and mailing address**
**Brian Gatson**
**41 SEYMOUR AVE**
**Cranston, RI 02910**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1028
**Nonpriority creditor's name and mailing address**
**Brian Gonzalez**
**5300 Nw 85th Ave**
**Apt 1505**
**Doral, FL 33166**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1029
**Nonpriority creditor's name and mailing address**
**Brian Hendrickson**
**5855 grand ave**
**Plainfield, IN 46168**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1030 **Nonpriority creditor's name and mailing address**
**Brian Hoang**
**15610 Western Skies Drive**
**Houston, TX 77086**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1031 **Nonpriority creditor's name and mailing address**
**Brian Holland**
**2056 Balsam Gap**
**Tyler, TX 75703**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1032 **Nonpriority creditor's name and mailing address**
**Brian Huang**
**1736 20th Avenue**
**San Francisco, CA 94122**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1033 **Nonpriority creditor's name and mailing address**
**BRIAN LEWIS**
**26647 STATE ROAD 247**
**BRANFORD, FL 32008**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1034 **Nonpriority creditor's name and mailing address**
**Brian Mak**
**746 Wynetta Place**
**Paramus, NJ 07652**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1035 **Nonpriority creditor's name and mailing address**
**Brian Martin**
**11000 S Eastern Ave**
**Apt. 1417**
**Henderson, NV 89052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1036
**Nonpriority creditor's name and mailing address**
**Brian Martinez**
**2268 Lerona Ave**
**Rowland Heights, CA 91748**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1037
**Nonpriority creditor's name and mailing address**
**Brian Mishler**
**3219 Sunny Brook Dr**
**Akron, OH 44312**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1038
**Nonpriority creditor's name and mailing address**
**Brian Murph**
**11915 NE 4th Ave.**
**Gainesville, FL 32641**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1039
**Nonpriority creditor's name and mailing address**
**Brian Ng**
**1137 Applewood Drive**
**De Pere, WI 54115**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1040
**Nonpriority creditor's name and mailing address**
**Brian Owens**
**871 Dunning St**
**Marietta, GA 30060**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1041
**Nonpriority creditor's name and mailing address**
**Brian Oxenreider**
**1177 East Logan Street**
**Decatur, IL 62526-4946**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1042
**Nonpriority creditor's name and mailing address**
**Brian Pallini**
**2804 Breton Woods**
**Sarasota, FL 34235**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1043
**Nonpriority creditor's name and mailing address**
**Brian Parkman**
**7475 Grayson Dr**
**Riverdale, GA 30296**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1044
**Nonpriority creditor's name and mailing address**
**Brian Peck**
**3737 SW Pumice Ave**
**Redmond, OR 97756**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1045
**Nonpriority creditor's name and mailing address**
**Brian Perez**
**3114 kirkwood dr nw**
**kennesaw, GA 30144**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1046
**Nonpriority creditor's name and mailing address**
**Brian Perrotta**
**4 Hickory Track Ln**
**Ocala, FL 34472**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1047
**Nonpriority creditor's name and mailing address**
**Brian Rueda**
**2737 Jacquelyn Lane**
**Waukegan, IL 60087**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1048

**Nonpriority creditor's name and mailing address**
**Brian Simons**
**200 E. Nelson St.**
**Midland, MI 48640**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1049

**Nonpriority creditor's name and mailing address**
**Brian Simpson**
**708 GREEN ST.**
**ROCK HILL, SC 29730**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1050

**Nonpriority creditor's name and mailing address**
**Brian Sloan**
**8896 N Cottage Canyon Dr**
**Cedar Hills, UT 84062**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1051

**Nonpriority creditor's name and mailing address**
**Brian Solberg**
**516 s park ave**
**Hinsdale, IL 60521**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1052

**Nonpriority creditor's name and mailing address**
**Brian Spruill**
**4264 Stanfield Ct**
**Ayden, NC 28513**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1053

**Nonpriority creditor's name and mailing address**
**Brian Stafford**
**2605 Fairfield St**
**San Diego, CA 92110**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1054 **Nonpriority creditor's name and mailing address**
**Brian Stoup**
**15799 South County Road 206**
**Altus, OK 73521**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1055 **Nonpriority creditor's name and mailing address**
**Brian Tang**
**1941 Irving Ave**
**Oakland, CA 94601**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1056 **Nonpriority creditor's name and mailing address**
**brian taveras**
**3928 dungan street**
**philadelphia, PA 19124**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1057 **Nonpriority creditor's name and mailing address**
**Brian Taylor**
**5132 Storm King**
**Schertz, TX 78108**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1058 **Nonpriority creditor's name and mailing address**
**Brian Tennies**
**223 S Highland st**
**Wales, WI 53183**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1059 **Nonpriority creditor's name and mailing address**
**Brian Thomas**
**3164 Cannock Lane**
**Columbus, OH 43219**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1060 **Nonpriority creditor's name and mailing address**
**Brian Thomas**
**3164 Cannock Ln**
**Columbus, OH 43219-3000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1061 **Nonpriority creditor's name and mailing address**
**Brian Thomason**
**1711 Panama Ave.**
**Emmett, ID 83617**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1062 **Nonpriority creditor's name and mailing address**
**Brian Thomson**
**1001 Atlantic Avenue**
**Walworth, NY 14568**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1063 **Nonpriority creditor's name and mailing address**
**Brian Tong**
**3838 Brandon Park Dr**
**Garland, TX 75044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1064 **Nonpriority creditor's name and mailing address**
**Brian Tucker**
**1350 Garrett Rd**
**Brandenburg, KY 40108**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1065 **Nonpriority creditor's name and mailing address**
**brian tucker**
**25 Popmunet rd**
**east falmouth, MA 02536**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1066 **Nonpriority creditor's name and mailing address**
**Brian Vallieres**
**2937 Eccleston Street**
**Celina, TX 75009**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1067 **Nonpriority creditor's name and mailing address**
**Brian Vieira**
**716 Woodrow Ave**
**Endicott, NY 13760**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1068 **Nonpriority creditor's name and mailing address**
**Brian Williams**
**1115 Honholtz Dr**
**Fort Collins, CO 80525**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1069 **Nonpriority creditor's name and mailing address**
**Brian Zamora**
**5841 Dunrobin Ave**
**Lakewood, FL 90713**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1070 **Nonpriority creditor's name and mailing address**
**BriAunna Manns**
**117 Silver Lake Circle**
**COLUMBIA, SC 29212-2428**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1071 **Nonpriority creditor's name and mailing address**
**Bridget Moore**
**2822 Silverdale Rd**
**Chattanooga, TN 37421**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1072 **Nonpriority creditor's name and mailing address**
**Bridgett Einstein**
**9437 Venetian Way**
**Jurupa Valley, CA 92509**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1073 **Nonpriority creditor's name and mailing address**
**Brigita Safai**
**30421 Mallard Dr.**
**Delmar, MD 21875**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1074 **Nonpriority creditor's name and mailing address**
**Brittan Donaldson**
**1605 Oak ST SE A-102**
**Albany, OR 97322**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1075 **Nonpriority creditor's name and mailing address**
**Brittany Lytle**
**1200 E Lamar Blvd**
**Arlington, TX 76011**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1076 **Nonpriority creditor's name and mailing address**
**Brittany Okorie**
**13816 Lothian drive**
**Pflugerville, TX 78660**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1077 **Nonpriority creditor's name and mailing address**
**Brittney Lafever**
**109 mills st**
**Clinton, KY 42031**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1078
**Nonpriority creditor's name and mailing address**
**brittney smith**
**316 ridgewood ave**
**fairfield, AL 35064**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1079
**Nonpriority creditor's name and mailing address**
**Brittney Williams**
**3204 Perrenial Way**
**Modesto, CA 95356**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1080
**Nonpriority creditor's name and mailing address**
**Brock Bredy**
**1841 Kings Xing**
**Edmond, OK 73013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1081
**Nonpriority creditor's name and mailing address**
**Brock Davidson**
**321 north cherokee drive**
**Polk city, IA 50226**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1082
**Nonpriority creditor's name and mailing address**
**Brock Sheehan**
**8730 SW Washington Drive**
**Portland, OR 97223**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1083
**Nonpriority creditor's name and mailing address**
**Brody Miller**
**3400 Woodcock St**
**Apt H4**
**Berthoud, CO 80513**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1084
**Nonpriority creditor's name and mailing address**
**Brong Thao**
**1447 Avon Street**
**La Crosse, WI 54603**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1085
**Nonpriority creditor's name and mailing address**
**bronislav berezovsky**
**1618 west 12 street**
**1 floor**
**brooklyn, NY 11223-1144**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1086
**Nonpriority creditor's name and mailing address**
**Bruce Bedrick**
**6923 E Larkspur Drive**
**Scottsdale, AZ 85254**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1087
**Nonpriority creditor's name and mailing address**
**Bruce Diedrick**
**616 renaissance pointe**
**APT 204**
**Altamonte Springs, FL 32714**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1088
**Nonpriority creditor's name and mailing address**
**Bruce McConnell**
**10017 Oakridge Drive**
**Wexford, PA 15090**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1089
**Nonpriority creditor's name and mailing address**
**Bruno Baseggio Ferri**
**4266 GreenBriar Ln**
**Weston, FL 33331**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1090 **Nonpriority creditor's name and mailing address**
**bruno batini**
**13766 rosbashy aly**
**Orlando, FL 32827**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1091 **Nonpriority creditor's name and mailing address**
**BRUNO OMAR FLORES**
**1625 DENSMORE STREET**
**POMONA, CA 91767**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1092 **Nonpriority creditor's name and mailing address**
**Bryan Arroliga**
**16626 SW 76th ST**
**Miami, FL 33193**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1093 **Nonpriority creditor's name and mailing address**
**Bryan Busby**
**1300 Riverside Road**
**Roanoke, TX 76262**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1094 **Nonpriority creditor's name and mailing address**
**Bryan Castro**
**2204 Walnut St**
**Anderson, IN 46016**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1095 **Nonpriority creditor's name and mailing address**
**Bryan Chin**
**2417 Saratoga Way**
**Costa Mesa, CA 92626**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.1096

**Nonpriority creditor's name and mailing address**

**Bryan Elmore**
**7508 Brookview Dr**
**Frisco, TX 75034-5418**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

3.1097

**Nonpriority creditor's name and mailing address**

**Bryan Essing**
**1 Elm St E**
**Highland Lakes, NJ 07422**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

3.1098

**Nonpriority creditor's name and mailing address**

**Bryan Gaynor**
**3032 Bristol Creek Drive Apt 109**
**109**
**Morrisville, North Carolina 27560-0000**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

3.1099

**Nonpriority creditor's name and mailing address**

**Bryan Joseph**
**3072 Sandstone Circle**
**Saint Cloud, FL 34772**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

3.1100

**Nonpriority creditor's name and mailing address**

**Bryan Koger**
**2829 Rambling Way**
**Bloomfield Hills, MI 48302**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

3.1101

**Nonpriority creditor's name and mailing address**

**Bryan Melan**
**10124 Gail Ct**
**River Ridge, LA 70123**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1102
**Nonpriority creditor's name and mailing address**
**Bryan Mitchell**
**595 yarrow circle**
**pagosa springs, CO 81147**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1103
**Nonpriority creditor's name and mailing address**
**Bryan Morales**
**95 Fort Smith Blvd**
**Deltona, FL 32738**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1104
**Nonpriority creditor's name and mailing address**
**Bryan Ortiz Garcia**
**3721 31St St**
**APT 501**
**Long Island City, NY 11101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1105
**Nonpriority creditor's name and mailing address**
**Bryan Rodas-Garcia**
**3534 Mary Ave**
**Stockton, CA 95206**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1106
**Nonpriority creditor's name and mailing address**
**Bryan Sandoval**
**1423 W 68th**
**Los Angeles, CA 90047**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1107
**Nonpriority creditor's name and mailing address**
**Bryan Schurmann**
**219 Avondale Drive**
**North Wales, PA 19454**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1108
**Nonpriority creditor's name and mailing address**
**Bryan Spillane**
**1020 NORTH HIGHLAND STREET**
**Unit 312**
**Arlington, VA 22201**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.1109
**Nonpriority creditor's name and mailing address**
**Bryan StArmand**
**1510 Orange Ave**
**406**
**Redlands, CA 92373**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.1110
**Nonpriority creditor's name and mailing address**
**Bryan Tantisujjatham**
**171-47 45th Avenue**
**Flushing, NY 11358**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.1111
**Nonpriority creditor's name and mailing address**
**Bryan Trammell**
**1 Malvern Ave**
**Richmond, VA 23221**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.1112
**Nonpriority creditor's name and mailing address**
**Bryan Uncapher**
**5305 N MacArthur Bvd**
**Apt#2008**
**Irving, TX 75038**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.1113
**Nonpriority creditor's name and mailing address**
**Bryan Yeung**
**180 Santa Clara St.**
**Brisbane, CA 94005**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1114 **Nonpriority creditor's name and mailing address**
**Bryant Nguyen**
**886 BUEN TIEMPO DR**
**CHULA VISTA, CA 91910**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1115 **Nonpriority creditor's name and mailing address**
**bryant siri**
**30 RICHMAN PLZ, APT 26E**
**APT 26E**
**BRONX, NY 10453**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1116 **Nonpriority creditor's name and mailing address**
**Bryce Campbell**
**5720 S Robberson Ave**
**Apt C3**
**Springfield, MO 65810**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1117 **Nonpriority creditor's name and mailing address**
**Bryce Cordoba**
**6588 Patio Lane**
**Boca Raton, FL 33433**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1118 **Nonpriority creditor's name and mailing address**
**Bryce Kerr**
**65 Timothy Leo Court**
**Fleetwood, PA 19522**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1119 **Nonpriority creditor's name and mailing address**
**Bryce Miescke**
**4354 S 49th St**
**Greenfield, WI 53220**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1120
**Nonpriority creditor's name and mailing address**
**Bryce Phuong**
**3801 Blackford Ave Unit 1**
**SAN JOSE, CA 95117**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1121
**Nonpriority creditor's name and mailing address**
**Bryce Svalstad**
**9330 Viento Fuerte Way**
**La Mesa, CA 91941**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1122
**Nonpriority creditor's name and mailing address**
**Bryler McEwen**
**4809 Kershaw Rd**
**Oriental, NC 28571**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1123
**Nonpriority creditor's name and mailing address**
**Bryn Evans**
**10246 Olympic Blvd**
**Truckee, CA 96161**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1124
**Nonpriority creditor's name and mailing address**
**Bryson Howe**
**3280 E Cummings Rd**
**Salt Lake City, UT 84109**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1125
**Nonpriority creditor's name and mailing address**
**Bryson sharpe**
**321 Place Saint Julien**
**US**
**Covington, LA 70433**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1126
**Nonpriority creditor's name and mailing address**
**Bunly Em**
**48 BREED ST**
**Lynn, MA 01902**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1127
**Nonpriority creditor's name and mailing address**
**Burak Akbas**
**cagdas**
**istanbul, FL 34560**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1128
**Nonpriority creditor's name and mailing address**
**Burhan Ahmad**
**32 Moore Dr**
**Bethpage, NY 11714**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1129
**Nonpriority creditor's name and mailing address**
**Bursmith Taylor**
**18803 mueschke rd**
**Tomball, TX 77377**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1130
**Nonpriority creditor's name and mailing address**
**Bushra Ali**
**30 Grey Wolf Dr**
**Wheeling, IL 60090**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1131
**Nonpriority creditor's name and mailing address**
**Bushra Shaikh**
**2658 Kalamer Way**
**Sacramento, CA 95835**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1132
**Nonpriority creditor's name and mailing address**
**Byron Clements**
**4108 42nd St Apt 5G**
**Sunnyside, NY 11104**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1133
**Nonpriority creditor's name and mailing address**
**CAGRI Ozuturk**
**417 GRAND AVE**
**BROOKLYN, NY 11238**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1134
**Nonpriority creditor's name and mailing address**
**Cairo Venson**
**18312 E 50th Pl**
**Tulsa, OK 74134**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1135
**Nonpriority creditor's name and mailing address**
**Caitanya Kommuru**
**179 Riverview Trl**
**Sykesville, MD 21784**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1136
**Nonpriority creditor's name and mailing address**
**Caleb Albertson**
**650 country side dr**
**West union, SC 29696**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1137
**Nonpriority creditor's name and mailing address**
**Caleb Barnes**
**434 Grooms Ln**
**Louisa, VA 23093**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1138

**Nonpriority creditor's name and mailing address**
**Caleb Dvoracek**
**127 6675Rd**
**Montrose, CO 81401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1139

**Nonpriority creditor's name and mailing address**
**Caleb Jenks**
**904 W Main ST**
**Rosebud, TX 76570**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1140

**Nonpriority creditor's name and mailing address**
**CALEB RICH**
**410 TASHA TERRACE CT**
**Swansboro, NC, NC 28584**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1141

**Nonpriority creditor's name and mailing address**
**Caleb Sandfort**
**10300 ne 52nd ct**
**Vancouver, WA 98686**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1142

**Nonpriority creditor's name and mailing address**
**caleb smith**
**8284 talc dr**
**colorado springs, CO 80938**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1143

**Nonpriority creditor's name and mailing address**
**Caleb Soto**
**3028 Twilight Ln**
**Monroe, NC 28110**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1144
**Nonpriority creditor's name and mailing address**
**Caleb Yeager**
**637 N Hampton St**
**2319**
**Fort Worth, TX 76102**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1145
**Nonpriority creditor's name and mailing address**
**Calin Lup**
**4093 N Oceanview St**
**Orange, CA 92865**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1146
**Nonpriority creditor's name and mailing address**
**Calvin Chau**
**4021 Steck Ave**
**Apt 722**
**Austin, TX 78759**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1147
**Nonpriority creditor's name and mailing address**
**Calvin Nguyen**
**303 Evergreen Ln**
**Circle Pines, MN 55014**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1148
**Nonpriority creditor's name and mailing address**
**Calvin Vo**
**1237 W laster Ave**
**Anaheim, CA 92802**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1149
**Nonpriority creditor's name and mailing address**
**Calvin Ward**
**514 N Main St**
**Statesboro, GA 30458**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.1150** **Nonpriority creditor's name and mailing address**
**Calvin Ward**
**514 N Main St**
**Statesboro, GA 30458**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1151** **Nonpriority creditor's name and mailing address**
**Calvin Williams**
**13226 dusty grove ln**
**sugarland, TX 77498**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1152** **Nonpriority creditor's name and mailing address**
**Camara Smith**
**2706 10th Ave**
**Vero Beach, FL 32960**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1153** **Nonpriority creditor's name and mailing address**
**camden robertson**
**3480 e linda lane**
**gilbert, AZ 85234**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1154** **Nonpriority creditor's name and mailing address**
**Cameron Arthur**
**322 Confer Lane**
**Muncy, PA 17756**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1155** **Nonpriority creditor's name and mailing address**
**Cameron Belcher**
**3849 Goolsby Rd**
**Ellaville, FL 31806**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1156
**Nonpriority creditor's name and mailing address**
**Cameron Bickford**
**3 Woodland Drive**
**Hudson, NH 03051**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1157
**Nonpriority creditor's name and mailing address**
**Cameron Carlton**
**6366 Creekshore Ln**
**Indianapolis, IN 46268**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1158
**Nonpriority creditor's name and mailing address**
**Cameron Hardy**
**628 S Norbury Ave**
**Lombard, IL 60148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1159
**Nonpriority creditor's name and mailing address**
**Cameron Hutson**
**20 Cedar Ln**
**Hilton Head Island, SC 29926**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1160
**Nonpriority creditor's name and mailing address**
**Cameron Lee**
**3011 South 550 West**
**Columbus, IN 47201**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1161
**Nonpriority creditor's name and mailing address**
**Cameron MacKoul**
**435 Chandler St**
**Worcester, MA 01602**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1162

**Nonpriority creditor's name and mailing address**
**Cameron McCarthy**
**10201 Heather Valley Dr**
**Bakersfield, CA 93312**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1163

**Nonpriority creditor's name and mailing address**
**Cameron Mirochnik**
**12221 165th Ave NE**
**Bothell, WA 98011**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1164

**Nonpriority creditor's name and mailing address**
**Cameron Payne**
**221 Regency Dr**
**Liberty, TX 77575**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1165

**Nonpriority creditor's name and mailing address**
**Cameron Spradling**
**1770 Merriwick Xing**
**Unit 308**
**Marysville, OH 43040**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1166

**Nonpriority creditor's name and mailing address**
**Cameron Spradling**
**1770 Merriwick Xing**
**Unit 308**
**Marysville, OH 43040**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1167

**Nonpriority creditor's name and mailing address**
**Cameron test**
**40 Road drive**
**NY, FL 10001**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1168
**Nonpriority creditor's name and mailing address**
**Camille Georges**
**52 Newton Street**
**New Bedford, MA 02740**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1169
**Nonpriority creditor's name and mailing address**
**Camilo Torres**
**36 Planters Place**
**Greer, SC 29650**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1170
**Nonpriority creditor's name and mailing address**
**Candace McClendon**
**220 Cross Park Drive**
**Pearl, MS 39208**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1171
**Nonpriority creditor's name and mailing address**
**Canh Tran**
**52 Ngo 302 Minh Khai, Hoang Mai**
**Hanoi 10000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1172
**Nonpriority creditor's name and mailing address**
**Cara Codekas**
**1051 Site Drive Spc 12**
**Brea, CA 92821**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1173
**Nonpriority creditor's name and mailing address**
**Carey Antoon**
**18010 Oak Creek Pl**
**Little Rock, AR 72223**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.117 4
**Nonpriority creditor's name and mailing address**
**Cari Gomez Hernandez**
**25150 Lemongrass St**
**Corona, CA 92883**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.117 5
**Nonpriority creditor's name and mailing address**
**Carina Conley-Garcia**
**6493 Smithville Ave**
**Las Vegas, FL 89142**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.117 6
**Nonpriority creditor's name and mailing address**
**CARL CHAN**
**1415 67th St**
**Apt 4B**
**Brooklyn, NY 11219**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.117 7
**Nonpriority creditor's name and mailing address**
**Carl Dempsey**
**101 Maringo Creek Road**
**Phenix City, AL 36869**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.117 8
**Nonpriority creditor's name and mailing address**
**Carl Hesterlee**
**1305 dundee ct**
**McDonough, GA 30253**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.117 9
**Nonpriority creditor's name and mailing address**
**Carl Roy**
**7734 Champion Crk**
**San Antonio, FL 78252**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.1180** **Nonpriority creditor's name and mailing address**
**Carl Salyer**
**4120 Montwood Ln**
**Dallas, TX 75229**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1181** **Nonpriority creditor's name and mailing address**
**Carl Velasco**
**2107 suttergate CT**
**San jose, CA 95132**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1182** **Nonpriority creditor's name and mailing address**
**Carl-Joseph Cleggs**
**4029 Fox Trot Drive**
**Fort Worth, FL 76123**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1183** **Nonpriority creditor's name and mailing address**
**Carla lee**
**804 joe yenni apt. 19**
**kenner, LA 70065**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1184** **Nonpriority creditor's name and mailing address**
**Carla Rogers**
**12 seeley drive**
**Westampton, NJ 08060**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1185** **Nonpriority creditor's name and mailing address**
**Carlo Beck**
**46 Summerwood Cove**
**Benton, AR 72019**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1186 **Nonpriority creditor's name and mailing address**
**Carlo Capil**
**95 Thicket**
**Irvine, CA 92614**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1187 **Nonpriority creditor's name and mailing address**
**Carlos Aguilar**
**2935 calder dr**
**Trlr 26**
**League city, TX 77573**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1188 **Nonpriority creditor's name and mailing address**
**Carlos Alburquerque**
**222 Belgrove DR**
**Kearny, NJ 07032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1189 **Nonpriority creditor's name and mailing address**
**Carlos Almanzar**
**669 W Market St**
**York, PA 17401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1190 **Nonpriority creditor's name and mailing address**
**Carlos Avila**
**32 W Rocks Rd**
**Norwalk, CT 06851**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1191 **Nonpriority creditor's name and mailing address**
**Carlos Beltre**
**1103 116 St S**
**Tacoma, WA 98444**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1192
**Nonpriority creditor's name and mailing address**
**Carlos Casadiego**
**2634 Little Hill Cv**
**Apt 112**
**Oviedo, FL 32765**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1193
**Nonpriority creditor's name and mailing address**
**carlos chun**
**5152 Aurelia Trl**
**SUWANEE, GA 30024**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1194
**Nonpriority creditor's name and mailing address**
**Carlos Flanigan**
**243 County Road 482**
**Hanceville, AL 35077**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1195
**Nonpriority creditor's name and mailing address**
**Carlos Garrido**
**7368 Gates Rd**
**Hixson, TN 37343**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1196
**Nonpriority creditor's name and mailing address**
**Carlos Herrera**
**2607 Prince George Ave**
**Apt 3716**
**Desoto, TX 75115**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1197
**Nonpriority creditor's name and mailing address**
**Carlos Lamas**
**15442 SW 163RD St**
**Miami, FL 33187**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1198
**Nonpriority creditor's name and mailing address**
**Carlos Leon**
**36 Elk Lane**
**Littleton, CO 80127**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1199
**Nonpriority creditor's name and mailing address**
**carlos leyva**
**3425 hunterwood dr**
**colorado springs, CO 80916**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1200
**Nonpriority creditor's name and mailing address**
**Carlos Martinez**
**2319 South Lotus Avenue**
**Fresno, CA 93706**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1201
**Nonpriority creditor's name and mailing address**
**Carlos Medina**
**7702 arezzo ave**
**orlando, FL 32819**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1202
**Nonpriority creditor's name and mailing address**
**Carlos Mendez**
**702 SE 47th St Apt 4**
**Cape Coral, FL 33904**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1203
**Nonpriority creditor's name and mailing address**
**Carlos Neto**
**5075 Skylark Creek Court**
**Cumming, GA 30028**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.1204 | **Nonpriority creditor's name and mailing address**<br>**carlos perez**<br>**37219 parkway dr**<br>**beaumont, CA 92223**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1205 | **Nonpriority creditor's name and mailing address**<br>**Carlos Perez**<br>**180 Grand Blvd**<br>**Brentwood, NY 11717**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1206 | **Nonpriority creditor's name and mailing address**<br>**Carlos Roa Peralta**<br>**7515 wyndam rd**<br>**pennsauken, NJ 08109**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1207 | **Nonpriority creditor's name and mailing address**<br>**Carlos Salas**<br>**13322 Fawn Lily Dr**<br>**RIVERVIEW, FL 33579**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1208 | **Nonpriority creditor's name and mailing address**<br>**Carlos Saucedo**<br>**814 Caminito Francisco**<br>**Unit 2**<br>**Chula Vista, CA 91913**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1209 | **Nonpriority creditor's name and mailing address**<br>**Carlos Turner**<br>**2622 SW Acco RD**<br>**Port Saint Lucie, FL 34953**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1210
**Nonpriority creditor's name and mailing address**
**Carlos Vives**
**101 SW 117th AVE**
**Apt 301**
**Pembroke Pines, FL 33025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1211
**Nonpriority creditor's name and mailing address**
**Carlson Jeffers**
**Rutland Vale**
**Layou, St. Patrick VC0360**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1212
**Nonpriority creditor's name and mailing address**
**Carlton Hooks**
**5610 W Windsor Ave**
**Phoenix, AZ 85035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1213
**Nonpriority creditor's name and mailing address**
**Carlton Hooks**
**5610 W Windsor Ave**
**Phoenix, AZ 85035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1214
**Nonpriority creditor's name and mailing address**
**Carmel Lin**
**1990 15th St**
**Troy, NY 12180**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1215
**Nonpriority creditor's name and mailing address**
**Carmella Graham**
**3660 Oakland Preserve Way**
**apt.3203**
**Fort. Lauderdale, FL 33334**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1216
**Nonpriority creditor's name and mailing address**
**Carmen Head**
**16 Calhoun Rd**
**Unit B**
**Montgomery, AL 36109**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1217
**Nonpriority creditor's name and mailing address**
**CAROLINA CAMILO**
**4731 Shannonhouse Dr.**
**Apt. 109**
**Raleigh, NC 27612**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1218
**Nonpriority creditor's name and mailing address**
**Caroline Nguyen**
**4112 sinew ct**
**las vegas, NV 89129**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1219
**Nonpriority creditor's name and mailing address**
**Carone Sejour Fabe**
**1409 carriage oak court**
**Ocoee, FL 34761**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1220
**Nonpriority creditor's name and mailing address**
**Carson Hassildine**
**855 Stanley Rd**
**Mattituck, NY 11952**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1221
**Nonpriority creditor's name and mailing address**
**carson martin**
**4800 sterling way**
**#103**
**Mukilteo, WA 98275**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1222

**Nonpriority creditor's name and mailing address**
**Carson Noel**
**3101 e impala ct**
**Springfield, MO 65804**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1223

**Nonpriority creditor's name and mailing address**
**Carson Tran**
**2466 Gristhaven Ln**
**Buford, Ga 30519**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1224

**Nonpriority creditor's name and mailing address**
**Carter Mckotch**
**1675 Southwestern Drive**
**Lakewood, NY 14750**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1225

**Nonpriority creditor's name and mailing address**
**Carven Louisdhon**
**1121 S Park Rd**
**Apt#101**
**Hollywood, FL 33021**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1226

**Nonpriority creditor's name and mailing address**
**Casey Bastien**
**398 Spur Drive South**
**Bay Shore, NY 11706**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1227

**Nonpriority creditor's name and mailing address**
**Casey Fulmer**
**270 Angelita ave**
**Pacifica, CA 94044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1228 **Nonpriority creditor's name and mailing address**
**Casey Lightbourn**
**203 Royalwood Dr**
**Ebensburg, PA 15931**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1229 **Nonpriority creditor's name and mailing address**
**Casey Martell**
**2507 NW Arnott Ln**
**Portland, OR 97229**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1230 **Nonpriority creditor's name and mailing address**
**Casey Shibuya**
**740 N Kings Rd**
**Apt 208**
**Los Angeles, CA 90069**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1231 **Nonpriority creditor's name and mailing address**
**Casey Stallard**
**6408 pamela street**
**huntersville, NC 28078**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1232 **Nonpriority creditor's name and mailing address**
**Casey Stein**
**4704 Washington Drive**
**Vestal, NY 13850**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1233 **Nonpriority creditor's name and mailing address**
**Casey Stimson**
**3106 County Line Road**
**Watkins Glen, NY 14891**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| Entry | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.1234 | **Casey Sullivan**<br>**2221 Wheeler Drive**<br>**Southlake, TX 76092**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1235 | **Casey Thrasher**<br>**1441 Auburn Ct**<br>**Longmont, CO 80503**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1236 | **Casey Walker**<br>**13800 RIDGELAND RD**<br>**VANCLEAVE, MS 39565**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1237 | **Cason Harmon**<br>**61747 Hosmer Lake Dr**<br>**Bend, OR 97702**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1238 | **Castel Saephanh**<br>**1648 Filaree Dr**<br>**Redding, CA 96002**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1239 | **Catherine Alston**<br>**34 Herkimer St**<br>**ph**<br>**Bridgeport, CT 06604**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1240
**Nonpriority creditor's name and mailing address**
**Catherine Bundy**
**331 Portico Ct**
**Tracy, CA 95377**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1241
**Nonpriority creditor's name and mailing address**
**Catherine Ho**
**10703 St.John Ct.**
**houston, TX 77071**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1242
**Nonpriority creditor's name and mailing address**
**Cathryn Scoopmire**
**4950 W. Prescott St.**
**5507**
**Tampa, FL 33616**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1243
**Nonpriority creditor's name and mailing address**
**Cathy Do**
**3585 minto ct**
**San jose, CA 95132**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1244
**Nonpriority creditor's name and mailing address**
**Catilin Spears**
**6822 El Monte St.**
**Prairie Village, KS 66208**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1245
**Nonpriority creditor's name and mailing address**
**Cato Sims**
**2380 K hi Ave**
**2011**
**Honolulu, FL 96815**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1246

**Nonpriority creditor's name and mailing address**
**Cavan Williams**
**2025 Sandy Springs Rd**
**De Pere, WI 54115**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1247

**Nonpriority creditor's name and mailing address**
**Cborn Thomas**
**8742 80th st**
**Woodhaven, NY 11421**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1248

**Nonpriority creditor's name and mailing address**
**Cecil Doggette**
**70 MACKENZIE DR**
**PICKERINGTON, OH 43147**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1249

**Nonpriority creditor's name and mailing address**
**Cedric Dad Alexis**
**524 22nd St**
**Apt 6c**
**Brooklyn, NY 11226**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1250

**Nonpriority creditor's name and mailing address**
**Cedric Vanel TEDOM FEZE**
**2021 201ST PL SE**
**Apt 219**
**BOTHELL, WA 98012**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1251

**Nonpriority creditor's name and mailing address**
**Cedrick Ezealah**
**7104 Jetty Lane**
**Houston, TX 77072**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1252
**Nonpriority creditor's name and mailing address**
**Celena Edwards**
**11 Edwards Place**
**Valley Stream, NY 11580**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1253
**Nonpriority creditor's name and mailing address**
**Celeste Montero**
**39 Tamarack St**
**West Hazleton, FL 18202**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1254
**Nonpriority creditor's name and mailing address**
**Cerlanda Bruce**
**17423 SE MAINT ST**
**Portland, OR 97233-4649**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1255
**Nonpriority creditor's name and mailing address**
**cesar castro**
**1960 Faith Apt D**
**terrytown, LA 70056**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1256
**Nonpriority creditor's name and mailing address**
**Cesar Lazare Jr**
**42 Highland Ave**
**Everett, MA 02149**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1257
**Nonpriority creditor's name and mailing address**
**Cesar Zambrano**
**202 Lucille St**
**Marshall, TX 75672**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1258
**Nonpriority creditor's name and mailing address**
**cha yah**
**3633 nettle creek ct**
**holiday, FL 34691**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1259
**Nonpriority creditor's name and mailing address**
**Chad Barron**
**865 Kyle Run Road**
**Falls Creek, PA 15840**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1260
**Nonpriority creditor's name and mailing address**
**Chad Coburn**
**1776 Drakes Creek Rd**
**Hendersonville, TN 37075**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1261
**Nonpriority creditor's name and mailing address**
**Chad Edwards**
**9700 South Cimarron Road**
**Mustang, OK 73064**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1262
**Nonpriority creditor's name and mailing address**
**Chad Irving**
**3850 E Tanglewood Dr**
**Phoenix, AZ 85048**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1263
**Nonpriority creditor's name and mailing address**
**Chad Pyeatt**
**426 CR 308**
**Rockdale, TX 76567**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1264 **Nonpriority creditor's name and mailing address**
**Chad Quillen**
**107 McGuire Cemetery Rd**
**Greenup, KY 41144**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1265 **Nonpriority creditor's name and mailing address**
**Chad Wilkin**
**694 Fox Run Circle N**
**Newark, OH 43055**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1266 **Nonpriority creditor's name and mailing address**
**chad wilson**
**9337 miami bluff drive**
**huntersville, NC 28078**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1267 **Nonpriority creditor's name and mailing address**
**Chad Wong**
**532 Ivanell Ave**
**LA PUENTE, CA 91744**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1268 **Nonpriority creditor's name and mailing address**
**Chadwick Grant**
**19 poplar rd**
**Amityville, NY 11701**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1269 **Nonpriority creditor's name and mailing address**
**Chadwick Grant**
**19 poplar rd**
**Amityville, NY 11701**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1270
**Nonpriority creditor's name and mailing address**
**Chae Kim**
**7000 Hidden Oaks Cir**
**Clearwater, FL 33764**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1271
**Nonpriority creditor's name and mailing address**
**Chain-Wen Wang**
**137 Hoffman Ave**
**Morgantown, WV 26505**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1272
**Nonpriority creditor's name and mailing address**
**Chaitanya Kichannagari**
**2029 CUPRESSUS CT**
**ALLEN, TX 75013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1273
**Nonpriority creditor's name and mailing address**
**Chaitanya Vakkalanka**
**42915 Cloverleaf Court**
**Broadlands, VA 20148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1274
**Nonpriority creditor's name and mailing address**
**Chana Dargan**
**5607 Bear Rd**
**C10**
**North Syracuse, NY 13212**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1275
**Nonpriority creditor's name and mailing address**
**Chana Dargan**
**5607 Bear Rd**
**C10**
**North Syracuse, NY 13212**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1276
**Nonpriority creditor's name and mailing address**
**Chanakya Challagolla**
**115 Warren Street**
**Harrison, NJ 07029**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1277
**Nonpriority creditor's name and mailing address**
**Chance Suarez-Mitchell**
**3657 Columbia St**
**San Diego, CA 92103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1278
**Nonpriority creditor's name and mailing address**
**Chandan Bukkapatnam**
**25460 East Euclid Place**
**AURORA, CO 80016**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1279
**Nonpriority creditor's name and mailing address**
**Chandler Martin**
**752 Bayside Dr**
**Unit 401**
**Cape Canaveral, FL 32920**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1280
**Nonpriority creditor's name and mailing address**
**Chandler Roberts**
**10401 Road 610**
**Philadelphia, MS 39350**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1281
**Nonpriority creditor's name and mailing address**
**Chandra kothapally**
**4008 prickly pear ave**
**Aubrey, TX 76227**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1282

**Nonpriority creditor's name and mailing address**
**chandra kothapally**
**4008 prickly pear ave**
**3219**
**Aubrey, TX 76227**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1283

**Nonpriority creditor's name and mailing address**
**chandra mothkuri**
**20855 Houseman Terrace**
**Ashburn, VA 20148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1284

**Nonpriority creditor's name and mailing address**
**Chandra Sekhara Reddy Meruva**
**8167 Wakefield**
**The Colony, TX 75056**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1285

**Nonpriority creditor's name and mailing address**
**Chandra Sekhara Reddy Meruva**
**8167 Wakefield**
**The Colony, TX 75056**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1286

**Nonpriority creditor's name and mailing address**
**Chanel Rutherford**
**10577 Hamdem Ave.**
**Las Vegas, NV 89129**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1287

**Nonpriority creditor's name and mailing address**
**Chang Gwoun**
**5001 West 136th Street**
**Hawthorne, CA 90250**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1288
**Nonpriority creditor's name and mailing address**
**channon rothmiller**
**127 sparks st**
**philadelphia, PA 19120**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1289
**Nonpriority creditor's name and mailing address**
**Chantal Banahene**
**320 VILLA SORRENTO**
**FLAT 10**
**HAINES CITY, FLORIDA 33844-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1290
**Nonpriority creditor's name and mailing address**
**Chapman Caver**
**355 Crangle Rd**
**Rossvile, TN 38066**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1291
**Nonpriority creditor's name and mailing address**
**Charef Tekouk**
**1127 Falling Rock PL Durham 27703 NC**
**Durham, NC 27703**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1292
**Nonpriority creditor's name and mailing address**
**charity Fairchild**
**3150 Wilshire Blvd. Apt #2312**
**Los Angeles, CA 90010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1293
**Nonpriority creditor's name and mailing address**
**Charity Moore**
**19 Dansey Circle**
**Durham, NC 27713**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1294

**Nonpriority creditor's name and mailing address**
**Charl Smit**
**44 Rose street, Riviera**
**US, FL**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1295

**Nonpriority creditor's name and mailing address**
**Charles Brown**
**11421 S James Ave**
**Jenks, OK 74037**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1296

**Nonpriority creditor's name and mailing address**
**CHARLES DEROSCAR**
**13670 Ridge View Ln**
**Edmond, OK 73025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1297

**Nonpriority creditor's name and mailing address**
**Charles Ellis**
**178-45 145th Avenue**
**Jamaica, NY 11434**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1298

**Nonpriority creditor's name and mailing address**
**CHARLES ENNIS**
**4702 francell ct**
**LOUISVILLE, KY 40272**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1299

**Nonpriority creditor's name and mailing address**
**CHARLES ENNIS**
**4702 francell ct**
**LOUISVILLE, KY 40272**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1300
**Nonpriority creditor's name and mailing address**
**Charles Ferrara**
**2998 N Tanner Rd**
**Orlando, FL 32826**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1301
**Nonpriority creditor's name and mailing address**
**Charles Gangloff**
**1521 Kara Court**
**Fayetteville, NC 28304**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1302
**Nonpriority creditor's name and mailing address**
**Charles greene**
**130 Sand Pine Court**
**Springfield, GA 31329**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1303
**Nonpriority creditor's name and mailing address**
**CHarles Guillaume**
**2907 Bogota Ave**
**Cooper City, FL 33026**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1304
**Nonpriority creditor's name and mailing address**
**Charles Hill**
**613 Red Tails Dr**
**Austin, TX 78725**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1305
**Nonpriority creditor's name and mailing address**
**charles kassotis**
**750 Whittier Rd**
**Grosse Pointe Park, MI 48230**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1306
**Nonpriority creditor's name and mailing address**
**charles kassotis**
**750 Whittier Rd**
**Grosse Pointe Park, MI 48230**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1307
**Nonpriority creditor's name and mailing address**
**Charles Kim**
**411 S Normandie Ave**
**Los Angeles, CA 90020**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1308
**Nonpriority creditor's name and mailing address**
**Charles Lee**
**1138 Loxley Pl.**
**Walnut, CA 91789**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1309
**Nonpriority creditor's name and mailing address**
**Charles Lozada**
**1034 Midway Road**
**Northbrook, IL 60062**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1310
**Nonpriority creditor's name and mailing address**
**Charles Shaw**
**856 Evesham Ave**
**Baltimore, MD 21212**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1311
**Nonpriority creditor's name and mailing address**
**charles sims**
**1145 Eldredge circle nw**
**Cleveland, TN 37312**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1312
**Nonpriority creditor's name and mailing address**
**Charles Ward**
**15 Gloucester Court**
**Reisterstown, MD 21136**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1313
**Nonpriority creditor's name and mailing address**
**Charles Whitehead**
**1805 Clinton street**
**Linden, NJ 07036**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1314
**Nonpriority creditor's name and mailing address**
**Charlie Brown III**
**624 GENEVA AVE**
**apt B**
**chesapeake, VA 23323**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1315
**Nonpriority creditor's name and mailing address**
**Charlie Cortina**
**7009 Crestmont Ave**
**Oklahoma City, OK 73132**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1316
**Nonpriority creditor's name and mailing address**
**Charlie fernandez**
**2003 plainfield pike**
**johnston, RI 02919**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1317
**Nonpriority creditor's name and mailing address**
**Charlotte Triplett**
**202 Jefferson Street**
**DeQuincy, LA 70633**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1318

**Nonpriority creditor's name and mailing address**
**Chase Amdahl**
**1012 E 7th St**
**Webster, SD 57274**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1319

**Nonpriority creditor's name and mailing address**
**Chase Cardwell**
**6821 Vista Roma Ave**
**Las Vegas, NV 89139**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1320

**Nonpriority creditor's name and mailing address**
**chase meyer**
**88125 thomas dr**
**suite a**
**panama city beach, FL 32408**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1321

**Nonpriority creditor's name and mailing address**
**chau nguyen**
**1828 lake st**
**huntington beach, CA 92648**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1322

**Nonpriority creditor's name and mailing address**
**chauthuy tran**
**14656 Seasons Drive**
**Centreville, VA 20120**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1323

**Nonpriority creditor's name and mailing address**
**Cheasare Green**
**po box 128**
**2101**
**GOODLAND, FL 34140**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1324
**Nonpriority creditor's name and mailing address**
**Chelsea Deramus**
**22 legrone drive southwest**
**Bessemer, AL 35022**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1325
**Nonpriority creditor's name and mailing address**
**Chelsea Guerrero**
**3221 Crested Moss Ave**
**North Las Vegas, NV 89081**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1326
**Nonpriority creditor's name and mailing address**
**chelsea white**
**13040 tampa oaks blvd**
**temple terrace, FL 33637**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1327
**Nonpriority creditor's name and mailing address**
**chen sang**
**1651 s dobson rd**
**mesa, AZ 85202**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1328
**Nonpriority creditor's name and mailing address**
**Chengyu Xie**
**4431 KETCHAM ST**
**FL 1**
**ELMHURST, NY 11373-3638**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1329
**Nonpriority creditor's name and mailing address**
**cheol ahn**
**209 Plank Bridge Way**
**Morrisville, NC 27560-5743**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1330
**Nonpriority creditor's name and mailing address**
**Cheresse Andrews**
**603 Rumford Ct**
**Glen Burnie, MD 21061**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1331
**Nonpriority creditor's name and mailing address**
**Cherie Saminto**
**13304 210 St E**
**930**
**Graham, WA 98338**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1332
**Nonpriority creditor's name and mailing address**
**Cherri Jarvis**
**1411 Linden BVLD**
**apt 13E**
**Brooklyn, NY 11212**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1333
**Nonpriority creditor's name and mailing address**
**Cheryl Madden**
**321 Loma Avenue**
**Long Beach, CA 90814**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1334
**Nonpriority creditor's name and mailing address**
**chhewang Sherpa**
**3321 71 st**
**jackson heights, NY 11372**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1335
**Nonpriority creditor's name and mailing address**
**Chi Tan**
**82 70th street**
**brooklyn, NY 11209**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1336
**Nonpriority creditor's name and mailing address**
**chi Truong**
**6136 raleigh st**
**Arvada, CO 80003**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1337
**Nonpriority creditor's name and mailing address**
**Chi Truong**
**1030 Summit Way**
**Lewisville, TX 75077**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1338
**Nonpriority creditor's name and mailing address**
**Chih Chang Yang**
**10335 Saint Andrews Ct**
**Adelanto, CA 92301**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1339
**Nonpriority creditor's name and mailing address**
**Chih kai Yang**
**430 SW 13th ave**
**apt 1510**
**Portland, OR 97205**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1340
**Nonpriority creditor's name and mailing address**
**Chijioke Eze**
**8652 Haystack Southeast**
**Caledonia, MI 49316**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1341
**Nonpriority creditor's name and mailing address**
**Chika Ihemadu**
**2261 Star lilly Ct**
**Brentwood, CA 94513**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1342

**Nonpriority creditor's name and mailing address**
**Ching Yung Fan**
**3404 36th Ave**
**2R**
**Astoria, NY 11106**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1343

**Nonpriority creditor's name and mailing address**
**CHINMAYKUMAR SHAH**
**4214 141st St SE**
**Unit A**
**Snohomish, WA 98296**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1344

**Nonpriority creditor's name and mailing address**
**Chintan Shah**
**2747 Suncoast Blend**
**Odessa, FL 33556**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1345

**Nonpriority creditor's name and mailing address**
**Chiou Lee**
**4066 Meander Place**
**Unit #206**
**Rockledge, FL 32955**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1346

**Nonpriority creditor's name and mailing address**
**Chiquita Evans**
**2303 Arbor Pointe PL**
**504**
**Louisville, KY 40220**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1347

**Nonpriority creditor's name and mailing address**
**Chirag Doshi**
**1406 Amanda Dr**
**Weddington, NC 28104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.1348** **Nonpriority creditor's name and mailing address**
**Chirag Vakharia**
**20280 111th way se**
**kent, WA 98031**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1349** **Nonpriority creditor's name and mailing address**
**Chisom Agwu**
**735 lincoln ave**
**apt 9p**
**brooklyn, NY 11208**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1350** **Nonpriority creditor's name and mailing address**
**ChiThuan Truong**
**13009 Innisbrook Drive**
**Beltsville, MD 20705**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1351** **Nonpriority creditor's name and mailing address**
**Chiu Lung Chan**
**6606 Variel Ave**
**Apt M**
**Canoga Park, CA 91303**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1352** **Nonpriority creditor's name and mailing address**
**Chongzhi Tang**
**115 green ridge**
**Irvine, CA 92602**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1353** **Nonpriority creditor's name and mailing address**
**Chris Affannato**
**1101 Truman Ave**
**Apt A**
**Key West, FL 33040**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1354
**Nonpriority creditor's name and mailing address**
**Chris Bizimungu**
**4402 Silverbrook Lane**
**D202**
**Owings Mills, MD 21117**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1355
**Nonpriority creditor's name and mailing address**
**Chris Browder**
**8285 Saints Delight Rd**
**Andrews, SC 29510**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1356
**Nonpriority creditor's name and mailing address**
**Chris Castillo**
**3033 Cherry Knoll Cir**
**Springdale, AR 72762**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1357
**Nonpriority creditor's name and mailing address**
**Chris Cheatham**
**114 Pinecrest Cir**
**San Mateo, FL 32187**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1358
**Nonpriority creditor's name and mailing address**
**Chris Dao**
**448 West Summerfield circle**
**Anaheim, CA 92803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1359
**Nonpriority creditor's name and mailing address**
**Chris Diaz**
**43 Prospect St**
**Clifton, NJ 07011**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1360
**Nonpriority creditor's name and mailing address**
**Chris Estilette**
**7310 Nova Circle**
**Tampa, FL 36334**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1361
**Nonpriority creditor's name and mailing address**
**Chris Ficorilli**
**922 Missouri Street**
**San Diego, CA 92109**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1362
**Nonpriority creditor's name and mailing address**
**Chris Gaddis**
**221 Rolling Ridge Way**
**Simpsonville, KY 40067**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1363
**Nonpriority creditor's name and mailing address**
**Chris George**
**2188 East 8100 South**
**South Weber, UT 84405**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1364
**Nonpriority creditor's name and mailing address**
**Chris Harris**
**2202 W Northview Ave**
**Phoenix, AZ 85021**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1365
**Nonpriority creditor's name and mailing address**
**chris henthorn**
**310 cherry ave w**
**PLUM CITY, WI 54761**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1366
**Nonpriority creditor's name and mailing address**
**Chris Herzig**
**2463 5th street**
**bullhead city, AZ 86429**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1367
**Nonpriority creditor's name and mailing address**
**Chris Kincaid**
**2714 Brownstown Road**
**Renick, WV 24966**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1368
**Nonpriority creditor's name and mailing address**
**Chris Li**
**614 N 5th St**
**La Puente, CA 91744**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1369
**Nonpriority creditor's name and mailing address**
**Chris martin**
**2112 East Gondola Lane**
**Gilbert, AZ 85234**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1370
**Nonpriority creditor's name and mailing address**
**Chris Pannunzio**
**32 Main St**
**Fredonia, PA 16124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1371
**Nonpriority creditor's name and mailing address**
**chris Perez**
**147 Leffingwell Ave**
**Waterbury, CT 06710**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1372
**Nonpriority creditor's name and mailing address**
**chris proctor**
**200 davey glen rd apt 420**
**apt 420**
**belmont, CA 94002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1373
**Nonpriority creditor's name and mailing address**
**Chris Rossi**
**666 w hill road**
**stamford, CT 06902**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1374
**Nonpriority creditor's name and mailing address**
**CHRIS smeirat**
**15292 Duncan Canyon Road**
**Fontana, CA 92336**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1375
**Nonpriority creditor's name and mailing address**
**Chris Snipes**
**103 Weston Way**
**Cartersville, GA 30121**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1376
**Nonpriority creditor's name and mailing address**
**Chris Tran**
**6042 Red Rose**
**San Antonio, TX 78244**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1377
**Nonpriority creditor's name and mailing address**
**chris turley**
**2129 Upland Ridge Way**
**Kokomo, IN 46902**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1378
**Nonpriority creditor's name and mailing address**
**Chris Vasquez**
**30810 Academy Trace Dr**
**Spring, TX 77386**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1379
**Nonpriority creditor's name and mailing address**
**chris walker**
**13116 sw 5th st**
**yukon, OK 73099**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1380
**Nonpriority creditor's name and mailing address**
**Chris Wetmore**
**296 sampson rd**
**Boone, NC 28607**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1381
**Nonpriority creditor's name and mailing address**
**Chriselden Walker**
**8 Belle Ave**
**Enfield, CT 06082**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1382
**Nonpriority creditor's name and mailing address**
**Chrisma Bruno**
**5327 pointe vista cir**
**Orlando, FL 32839**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1383
**Nonpriority creditor's name and mailing address**
**Christen Hobbs**
**1846 E Rosemeade Pkwy**
**1067**
**Carrollton, TX 75007-2600**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1384
**Nonpriority creditor's name and mailing address**
**Christian Baumgartner**
**35 Poplar Street**
**Apt 3L**
**Jersey City, NJ 07307**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1385
**Nonpriority creditor's name and mailing address**
**christian bolea**
**2729 lisa maria st**
**burleson, TX 76028**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1386
**Nonpriority creditor's name and mailing address**
**Christian Bose**
**1645 Patricia Ave**
**Dunedin, FL 34698**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1387
**Nonpriority creditor's name and mailing address**
**Christian Camama**
**10422 Candelabra Cactus St**
**Las Vegas, NV 89141**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1388
**Nonpriority creditor's name and mailing address**
**Christian Carrillo**
**1401 Blair Street**
**Laredo, TX 78040**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1389
**Nonpriority creditor's name and mailing address**
**Christian Fetsis**
**4615 N Lost Horizon Dr**
**Tucson, AZ 85745**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1390
**Nonpriority creditor's name and mailing address**
**Christian Franco Torres**
**2569 sandy dune dr**
**Jacksonville, FL 32233**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1391
**Nonpriority creditor's name and mailing address**
**Christian Gonzalez**
**1004 s. Nebraska ave**
**Weslaco, TX 78596**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1392
**Nonpriority creditor's name and mailing address**
**christian gutierrez**
**589 s spaulding ave**
**los angeles, CA 90036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1393
**Nonpriority creditor's name and mailing address**
**Christian Heredia**
**1083 Lafayette St**
**Elizabeth, NJ 07201**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1394
**Nonpriority creditor's name and mailing address**
**Christian Hernandez**
**3643 beckett ridge dr**
**Humble, TX 77396**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1395
**Nonpriority creditor's name and mailing address**
**Christian Mandigal**
**4993 Golden Street**
**POLLOCK PINES, CA 95726**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1396
**Nonpriority creditor's name and mailing address**
**Christian Marquez**
**858 Daisy Ln**
**Chatsworth, Georgia 30705-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1397
**Nonpriority creditor's name and mailing address**
**Christian Medina**
**1503 Sheri Lee**
**Mission, TX 78572**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1398
**Nonpriority creditor's name and mailing address**
**Christian Morales**
**1651 E La Habra Blvd Apt6**
**La Habra, California 90631-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1399
**Nonpriority creditor's name and mailing address**
**Christian PerezSegarte**
**12677 Nw milestone pl**
**Port Saint Lucie, FL 34987**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1400
**Nonpriority creditor's name and mailing address**
**christian Rabelo-velazquez**
**17104 clarann st**
**B**
**Melvindale, MI 48122**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1401
**Nonpriority creditor's name and mailing address**
**Christian Smith**
**76 Siasconset Lane**
**INLET BEACH, FL 32461**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1402
**Nonpriority creditor's name and mailing address**
**Christian Smith**
**76 Siasconset Lane**
**INLET BEACH, FL 32461**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1403
**Nonpriority creditor's name and mailing address**
**Christian Tucker**
**2094 Emmet Park Ln**
**Decatur, GA 30033**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1404
**Nonpriority creditor's name and mailing address**
**Christian walker**
**1119 W 40th St**
**APT 1E**
**Kansas City, MO 64111**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1405
**Nonpriority creditor's name and mailing address**
**Christian Zollman**
**1900 Franklin St,**
**Lebanon, OR 97355**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1406
**Nonpriority creditor's name and mailing address**
**Christiano Ronaldo**
**47 W 13th st, New York, NY 10011**
**New york, FL 10011**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1407
**Nonpriority creditor's name and mailing address**
**christie delara**
**2352 E Kesler Ln**
**Chandler, AZ 85225**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1408
**Nonpriority creditor's name and mailing address**
**Christina Belcastro**
**12462 Austin Point Lane**
**Draper, Utah 84020-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1409
**Nonpriority creditor's name and mailing address**
**Christina Ho**
**4025 Goss Road**
**Fairfax, VA 22032**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1410
**Nonpriority creditor's name and mailing address**
**Christina Petteway**
**1980 Kettner Boulevard**
**San Diego, CA 92101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1411
**Nonpriority creditor's name and mailing address**
**Christina Rollyson**
**3008 Evening Tide Drive**
**Hanahan, SC 29410**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1412
**Nonpriority creditor's name and mailing address**
**Christina Urban**
**394 Singing tree Ln**
**Winters Springs, FL 32708**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1413
**Nonpriority creditor's name and mailing address**
**Christine Chiarovano**
**14 Bergers CT west**
**Yaphank, NY 11980**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1414
**Nonpriority creditor's name and mailing address**
**Christine Czerwinski**
**19425 N 36th St**
**Phoenix, AZ 85050**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1415
**Nonpriority creditor's name and mailing address**
**Christine Zheng**
**2201 Arbol Way**
**Prosper, TX 75078**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1416
**Nonpriority creditor's name and mailing address**
**Christophe Allet**
**8877 Collins Avenue**
**304**
**Surfside, FL 33154**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1417
**Nonpriority creditor's name and mailing address**
**Christopher Andino**
**15812 stonetower st**
**DAVIE, FL 33331**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1418
**Nonpriority creditor's name and mailing address**
**Christopher Andrade**
**1012 W Robidoux St**
**Wilmington, CA 90744**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1419
**Nonpriority creditor's name and mailing address**
**Christopher Armer**
**2101 B T Sheppard Dr**
**Marietta, GA 30062**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1420
**Nonpriority creditor's name and mailing address**
**Christopher Baur**
**2109 Foresthill Road**
**Alexandria, VA 22307**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1421
**Nonpriority creditor's name and mailing address**
**Christopher Bergen**
**19029 US Hwy 19 North,**
**10 C**
**Clearwater, FL 33764**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1422
**Nonpriority creditor's name and mailing address**
**Christopher Birsan**
**7003 57th Drive**
**Maspeth, NY 11378**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1423
**Nonpriority creditor's name and mailing address**
**Christopher Bland**
**7917 Mandan Rd, Apt 203**
**Greenbelt, MD 20770**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1424
**Nonpriority creditor's name and mailing address**
**Christopher Bland**
**7917 Mandan Rd, Apt 203**
**Greenbelt, MD 20770**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1425
**Nonpriority creditor's name and mailing address**
**Christopher Breen**
**2210 W Wabansia Ave Apt 409**
**Chicago, IL 60647**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1426

**Nonpriority creditor's name and mailing address**
**Christopher Bucci**
**80 Brigham Lane**
**Richmond Hill, GA 31324**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1427

**Nonpriority creditor's name and mailing address**
**Christopher Calabria**
**401 ashridge way**
**Simpsonville, SC 29681**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1428

**Nonpriority creditor's name and mailing address**
**Christopher Calkins**
**2928 Cumberland Rd**
**Cumberland, VA 23040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1429

**Nonpriority creditor's name and mailing address**
**Christopher Cambon**
**12973 Del Lago Drive**
**Astatula, FL 32705**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1430

**Nonpriority creditor's name and mailing address**
**Christopher Canez**
**12115 West Van Buren Street**
**Apt. 1524**
**Avondale, AZ 85323**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1431

**Nonpriority creditor's name and mailing address**
**Christopher Castillo**
**6522 N Paramount Blvd**
**Long Beach, CA 90805**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.1432** **Nonpriority creditor's name and mailing address**
**Christopher Chin**
**26 Marinello Terrace**
**Albany, NY 12209**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.1433** **Nonpriority creditor's name and mailing address**
**Christopher Civittolo**
**230 New Street**
**Unit 1202**
**Decatur, GA 30030**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.1434** **Nonpriority creditor's name and mailing address**
**Christopher Collins**
**15511 Castle Park Terrace**
**Lakewood Ranch, FL 34202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.1435** **Nonpriority creditor's name and mailing address**
**Christopher Cooper**
**56 adams Lake**
**Apt 5**
**Waterford, MI 48328**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.1436** **Nonpriority creditor's name and mailing address**
**Christopher Cope**
**1112 Kirkland Ave**
**Nasvhille, TN 37216**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.1437** **Nonpriority creditor's name and mailing address**
**Christopher Corbin**
**583 E Market Street**
**Xenia, FL 45385**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1438
**Nonpriority creditor's name and mailing address**
**Christopher Creamer**
**103 Hitching Post**
**Irvine, CA 92620**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1439
**Nonpriority creditor's name and mailing address**
**Christopher Cronin**
**43 Hunter Street**
**Glens Falls, NY 12801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1440
**Nonpriority creditor's name and mailing address**
**Christopher Demarinis**
**2311 Hidden Maples Pl**
**Sister Bay, WI 54234**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1441
**Nonpriority creditor's name and mailing address**
**Christopher Diaz**
**2537 W. Kings Hwy**
**San Antonio, TX 78228**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1442
**Nonpriority creditor's name and mailing address**
**christopher diveley**
**105 Conestoga rd**
**middle river, MD 21220**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1443
**Nonpriority creditor's name and mailing address**
**Christopher Drabner**
**El James Drive 9237**
**Fairfax, VA 22032**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1444
**Nonpriority creditor's name and mailing address**
**christopher dudley**
**9818 Vonna Jo Dr**
**A**
**Pensacola, FL 32506**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.1445
**Nonpriority creditor's name and mailing address**
**Christopher Engstrand**
**83 Camara Ct**
**Elizabetthown, KY 42701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.1446
**Nonpriority creditor's name and mailing address**
**Christopher Fairchild**
**401 s twin creek dr**
**Apt 11E**
**Killeen, TX 76543**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.1447
**Nonpriority creditor's name and mailing address**
**Christopher Farrell**
**1500 Bay Road**
**Apt S652**
**Miami Beach, FL 33139**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.1448
**Nonpriority creditor's name and mailing address**
**christopher fitz**
**220 Riverside Drive**
**#338**
**jacksonville, FL 32202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.1449
**Nonpriority creditor's name and mailing address**
**Christopher Frazier**
**14665 Banks Odee Rd.**
**Newburg, MD 20664**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1450 **Nonpriority creditor's name and mailing address**
**Christopher Fuller**
**191 Sagewood Drive**
**Cedar Bluff, VA 24609**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1451 **Nonpriority creditor's name and mailing address**
**Christopher Gamlin**
**8200 E Jefferson Ave**
**1910**
**Detroit, MI 48214**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1452 **Nonpriority creditor's name and mailing address**
**Christopher Gardner**
**840 Church St**
**Newark, NY 14513**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1453 **Nonpriority creditor's name and mailing address**
**CHRISTOPHER GIELEN**
**16730 INNISBROOK LN.**
**FONTANA, CA 92336**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1454 **Nonpriority creditor's name and mailing address**
**Christopher Griffith**
**12609 W Orangewood Ave**
**Glendale, AZ 85307**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1455 **Nonpriority creditor's name and mailing address**
**Christopher Hammang**
**381 kerry ct**
**Carol stream, IL 60188**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1456
**Nonpriority creditor's name and mailing address**
**Christopher Hollomon**
**1003 Forest Home Drive**
**Houston, TX 77077**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1457
**Nonpriority creditor's name and mailing address**
**Christopher Howard**
**5543 Mossy Oak Rd.**
**Moseley, VA 23120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1458
**Nonpriority creditor's name and mailing address**
**Christopher Hubers**
**6340 Dolostone Drive**
**LAKELAND, FL 33811**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1459
**Nonpriority creditor's name and mailing address**
**Christopher Jakobsen**
**15210 Sandpoint Trce**
**Alpharetta, GA 30004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1460
**Nonpriority creditor's name and mailing address**
**Christopher Janecek**
**1118 2nd ave s**
**tierra verde, FL 33715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1461
**Nonpriority creditor's name and mailing address**
**Christopher Johnson**
**5312 NE 16th Ave**
**Portland, OR 97211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1462
**Nonpriority creditor's name and mailing address**
**christopher kelly**
**1805 n barnes st**
**PLANT CITY, FL 33563**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1463
**Nonpriority creditor's name and mailing address**
**Christopher Koozekanani**
**11721 Domain Blvd**
**Austin, TX 78758**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1464
**Nonpriority creditor's name and mailing address**
**Christopher Kozlowski**
**12727 109th st N**
**Largo, FL, FL 33778**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1465
**Nonpriority creditor's name and mailing address**
**Christopher LeValle**
**170 Buckingham St.**
**Springfield, MA 01109**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1466
**Nonpriority creditor's name and mailing address**
**Christopher Lilly**
**2 Overlook Ave**
**Wilmington, DE 19808**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1467
**Nonpriority creditor's name and mailing address**
**Christopher linn**
**153 16th st**
**richmond, CA 94801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1468 **Nonpriority creditor's name and mailing address**
**Christopher Lopes**
**13088 SE 47th Ave**
**Belleview, FL 34420**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1469 **Nonpriority creditor's name and mailing address**
**Christopher Maltbie**
**14400 rushbrook drive**
**Edmond, OK 73025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1470 **Nonpriority creditor's name and mailing address**
**Christopher McClure**
**254 Sw 9th St**
**Dania Beach, FL 33004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1471 **Nonpriority creditor's name and mailing address**
**Christopher moore**
**3 Rowell Lane**
**Unit A**
**Sandown, NH 03873**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1472 **Nonpriority creditor's name and mailing address**
**Christopher Mundahl**
**5738 Bella Donna Drive**
**Corpus Christi, TX 78414**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1473 **Nonpriority creditor's name and mailing address**
**Christopher Na**
**1427 Valley Lake Drive**
**Apt 562**
**Schaumburg, IL 60195**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1474
**Nonpriority creditor's name and mailing address**
**Christopher Olson**
**1724 Clyde Dr**
**Thief River Falls, MN 56701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1475
**Nonpriority creditor's name and mailing address**
**Christopher Osorio**
**181 Stratton Brook rd**
**Simsbury, CT 06070**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1476
**Nonpriority creditor's name and mailing address**
**Christopher Phan**
**13342 Cedar Creek Point**
**Sugar Land, TX 77478**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1477
**Nonpriority creditor's name and mailing address**
**Christopher Reed**
**12637 w cambridge ave**
**Avondale, AZ 85392**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1478
**Nonpriority creditor's name and mailing address**
**Christopher Reed**
**600 NEWMAN CT**
**EFFINGHAM, IL 62401-6404**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1479
**Nonpriority creditor's name and mailing address**
**christopher Reed**
**4073 Highway 49 West**
**Springfield, TN 37172**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1480
**Nonpriority creditor's name and mailing address**
**CHRISTOPHER RODRIGUEZ**
**4 quesada rd**
**Ste 102**
**sullivan, TX 78595**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1481
**Nonpriority creditor's name and mailing address**
**Christopher Saephan**
**15891 Via Hornitos**
**San Lorenzo, CA 94580**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1482
**Nonpriority creditor's name and mailing address**
**Christopher Sample**
**8600 Haskell Avenue**
**kansas city, KS 66109**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1483
**Nonpriority creditor's name and mailing address**
**Christopher Scott**
**3930 S ROOSEVELT BLVD**
**306W**
**KEY WEST, FL 33040**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1484
**Nonpriority creditor's name and mailing address**
**Christopher Scott**
**1539 karahill drive**
**Cincinnati, OH 45240**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1485
**Nonpriority creditor's name and mailing address**
**Christopher Snipes**
**226 MICHAEL CT**
**Dallas, GA 30157**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1486 **Nonpriority creditor's name and mailing address**
**Christopher Stevens**
**226 Brown Road**
**PO BOX 224**
**Russell, AR 72139**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1487 **Nonpriority creditor's name and mailing address**
**Christopher Stowe**
**138 McCracken Dr.**
**Monaca, PA 15061**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1488 **Nonpriority creditor's name and mailing address**
**Christopher Terry**
**5263 Black Swan Dr**
**Apt 203**
**Lakeland, FL 33812**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1489 **Nonpriority creditor's name and mailing address**
**Christopher Toner**
**763 Davis Road**
**ROGERSVILLE, AL 35652**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1490 **Nonpriority creditor's name and mailing address**
**Christopher Ulloth**
**3144 38th Street**
**Astoria, NY 11103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1491 **Nonpriority creditor's name and mailing address**
**Christopher Uy**
**2045 Silence Drive**
**San Jose, CA 95148**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1492
**Nonpriority creditor's name and mailing address**
**Christopher Wheat**
**9450 SW Gemini Dr**
**PMB 90244**
**Beaverton, OR 97008**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1493
**Nonpriority creditor's name and mailing address**
**Christopher Wheeler**
**9179 Shadduck Road**
**McKean, PA 16426**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1494
**Nonpriority creditor's name and mailing address**
**Christopher White**
**77 South washington st**
**Seattle, WA 98104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1495
**Nonpriority creditor's name and mailing address**
**Christopher wood**
**1201 birch tree ct**
**la habra, CA 90631**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1496
**Nonpriority creditor's name and mailing address**
**Christopher Xavier**
**944 21st Avenue North**
**Apartment 912**
**Nashville, TN 37208**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1497
**Nonpriority creditor's name and mailing address**
**Christos Christodoulou**
**347 eastcounty road**
**Rutland, MA 01543**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1498 **Nonpriority creditor's name and mailing address**
**Chu Yao Li**
**9912 Daybreak Gln**
**Parrish, FL 34219**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1499 **Nonpriority creditor's name and mailing address**
**Chuanhao Lin**
**2400 Pennsylvania Ave NW**
**Apt 411**
**Washington, DC 20037**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1500 **Nonpriority creditor's name and mailing address**
**Chuelmin Lim**
**12650 Popes Head Road**
**Clifton, VA 20124**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1501 **Nonpriority creditor's name and mailing address**
**Chuong Tran**
**2150 Monterey Hwy spc 55**
**San Jose, CA 95112**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1502 **Nonpriority creditor's name and mailing address**
**Chutikorn Thagoolsawat**
**4235 Americana Drive**
**Apt 11**
**Annandale, VA 22003**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1503 **Nonpriority creditor's name and mailing address**
**Ciara Ruano**
**10259 Tujunga Canyon Boulevard**
**Apt 108**
**Tujunga, CA 91042**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.150 4
**Nonpriority creditor's name and mailing address**
**Cindy Pham**
**2537 Carrolwood Rd.**
**NAPERVILLE, IL 60540**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.150 5
**Nonpriority creditor's name and mailing address**
**Cindy ThuyLinh Phan**
**4245 148th Ter N**
**Loxahatchee Groves, FL 33470**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.150 6
**Nonpriority creditor's name and mailing address**
**Cinna Phan**
**1635 Camile Pl**
**Santa Ana, CA 92703**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.150 7
**Nonpriority creditor's name and mailing address**
**Cinofila Jackson**
**5129 Park St**
**Panama City, FL 32404**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.150 8
**Nonpriority creditor's name and mailing address**
**Clara Kim**
**321 Tall Oak**
**Irvine, CA 92603**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.150 9
**Nonpriority creditor's name and mailing address**
**Clara Liu**
**11210 Still Hollow Drive**
**Frisco, TX 75035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1510
**Nonpriority creditor's name and mailing address**
**Clara Shim**
**777 E Valley Blvd**
**Apt 12**
**Alhambra, CA 91801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1511
**Nonpriority creditor's name and mailing address**
**Clarence Caeg**
**5704 Bender Ridge Drive**
**McKinney, TX 75071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1512
**Nonpriority creditor's name and mailing address**
**Claude Callahan**
**3046 Tressa Avenue**
**Lorain, OH 44052**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1513
**Nonpriority creditor's name and mailing address**
**Claudia Hernandez**
**111A Taylor St**
**Chapel Hill, TN 37034**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1514
**Nonpriority creditor's name and mailing address**
**Claudine Noel**
**9203 Nw 61st St**
**Tamarac, FL 33321**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1515
**Nonpriority creditor's name and mailing address**
**Claudiu Voichin**
**376 Washington St**
**Vernon Hills, IL 60061**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1516
**Nonpriority creditor's name and mailing address**
**Clayton Caver**
**6717 Macon Rd**
**Memphis, TN 38134**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1517
**Nonpriority creditor's name and mailing address**
**Clayton Green**
**8141 cairn**
**cordova, TN 38018**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1518
**Nonpriority creditor's name and mailing address**
**Cleotis Cobbins II**
**7145 E 69th Terrace**
**Kansas City, MO 64133**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1519
**Nonpriority creditor's name and mailing address**
**cleve baker**
**435 bond rd danielsville ga, 30633**
**DANIELSVILLE, GA 30633**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1520
**Nonpriority creditor's name and mailing address**
**Clifford Benion**
**11270 W. Campanula Dr.**
**Star, ID 83669**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1521
**Nonpriority creditor's name and mailing address**
**Clifford Pierre**
**1427 SE 8th Avenue**
**201**
**Deerfield Beach, FL 33441**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.152 2
**Nonpriority creditor's name and mailing address**
**Clifton Wolak**
**2640 Leavenworth St**
**Apt 201**
**San Francisco, CA 94133**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.152 3
**Nonpriority creditor's name and mailing address**
**Clinton Belt**
**4537 Poinciana St**
**Apt 1**
**Lauderdale by the Sea, FL 33308**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.152 4
**Nonpriority creditor's name and mailing address**
**Clinton Oka**
**994 Centennial Avenue**
**Baldwin, NY 11510**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.152 5
**Nonpriority creditor's name and mailing address**
**Clinton Tanner**
**116 maple grove lane**
**youngsville, LA 70592**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.152 6
**Nonpriority creditor's name and mailing address**
**Clinton Tanner**
**116 Maple Grove lane**
**Youngsville, LA 70592**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.152 7
**Nonpriority creditor's name and mailing address**
**Clyde Keller**
**3908 Swann Avenue**
**Tampa, FL 33609**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1528 **Nonpriority creditor's name and mailing address**
**coal kolivas**
**17609 Wildwood ln**
**Cleveland, OH 44119**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1529 **Nonpriority creditor's name and mailing address**
**Cody Fritts**
**500 Aspen St**
**Village Mills, TX 77663**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1530 **Nonpriority creditor's name and mailing address**
**Cody Hall**
**12645 County Road 194**
**Bluff Dale, TX 76433**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1531 **Nonpriority creditor's name and mailing address**
**Cody Koehn**
**825 2nd St W**
**Hardin, MT 59034**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1532 **Nonpriority creditor's name and mailing address**
**Cody Negri**
**3221 Enclave Xing**
**Greenwood, IN 46143**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1533 **Nonpriority creditor's name and mailing address**
**Cody Newell**
**703 Eagle St**
**Newberg, OR 97132**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1534 **Nonpriority creditor's name and mailing address**
**Cody Sturma**
**6485 w 76th place**
**Arvada, CO 80003**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1535 **Nonpriority creditor's name and mailing address**
**Cody Vance**
**13159 Iowa Ave Ne**
**Alliance, OH 44601**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1536 **Nonpriority creditor's name and mailing address**
**Colby Blevins**
**2 mont vernon drive**
**Londonderry, NH 03053**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1537 **Nonpriority creditor's name and mailing address**
**Colby McIntosh**
**8318 Longhorn Ridge Dr**
**Converse, TX 78109**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1538 **Nonpriority creditor's name and mailing address**
**colby webb**
**12611 Ragweed Street**
**San Diego, CA 92129**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1539 **Nonpriority creditor's name and mailing address**
**Cole Brayton**
**2369 rhomberg ave**
**Dubuque, IA 52001**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1540
**Nonpriority creditor's name and mailing address**
**cole campbell**
**1977 Auburn Lakes Dr**
**Rockledge, FL 32955**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1541
**Nonpriority creditor's name and mailing address**
**Cole Parker**
**450 Deerwood Court**
**Grafton, WI 53024**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1542
**Nonpriority creditor's name and mailing address**
**Colin Jones**
**538 Moss Patch Trail**
**Jasper, GA 30143**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1543
**Nonpriority creditor's name and mailing address**
**Colin McKeon**
**109 Fairview Road**
**Springfield, PA 19064**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1544
**Nonpriority creditor's name and mailing address**
**Colin McKeon**
**109 Fairview Road**
**Springfield, PA 19064**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1545
**Nonpriority creditor's name and mailing address**
**Colin Neal**
**113 Ontario Place**
**Holly Springs, NC 27540**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1546
**Nonpriority creditor's name and mailing address**
**Colin Tennery**
**1808 Oaklawn Dr**
**Mena, AR 71953**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1547
**Nonpriority creditor's name and mailing address**
**Colin Tennery**
**1808 Oaklawn Dr**
**Mena, AR 71953**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1548
**Nonpriority creditor's name and mailing address**
**Collin Hoang**
**130 S Custer Ave**
**Clawson, MI 48017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1549
**Nonpriority creditor's name and mailing address**
**Colton McMasters**
**7707 e 28th CT**
**Tulsa, OK 74129**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1550
**Nonpriority creditor's name and mailing address**
**Congxiang Hu**
**174 N WYOMING AVE**
**SOUTH ORANGE, NJ 07079**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1551
**Nonpriority creditor's name and mailing address**
**Conner Jessen**
**1310 East 1st Street**
**Redfield, SD 57469**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC**
Name

Case number (if known)

3.155 2

**Nonpriority creditor's name and mailing address**
**Conner Nesbit**
**351 Via El Chico**
**Redondo Beach, CA 90277**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.155 3

**Nonpriority creditor's name and mailing address**
**Connor Fortenberry**
**16303 Lakefield Place Dr**
**APT E**
**Wildwood, MO 63040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.155 4

**Nonpriority creditor's name and mailing address**
**Connor Grant**
**1123 Pompei Ln**
**Naples, FL 34103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.155 5

**Nonpriority creditor's name and mailing address**
**Connor Kastner**
**65 Loma Linda Drive**
**Cleveland, GA 30528**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.155 6

**Nonpriority creditor's name and mailing address**
**Connor Kastner**
**65 Loma Linda Drive**
**Cleveland, GA 30528**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.155 7

**Nonpriority creditor's name and mailing address**
**Connor Thaxton**
**1117 N Robinson Ave**
**Unit 108**
**Oklahoma City, OK 73103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1558
**Nonpriority creditor's name and mailing address**
**Connor Timerson**
**5809 Halifax Ave**
**Las Vegas, NV 89107**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1559
**Nonpriority creditor's name and mailing address**
**Conor Daly**
**2637 S Tennyson Way**
**Denver, CO 80219**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1560
**Nonpriority creditor's name and mailing address**
**Conrad Suen**
**4902 Canyon Sage Lane**
**Katy, TX 77494**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1561
**Nonpriority creditor's name and mailing address**
**Constance Owusu**
**7811 Bella Way**
**Arlington, TX 76001**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1562
**Nonpriority creditor's name and mailing address**
**cooper matsui**
**445 Holmwood Lane**
**Solana Beach, CA 92075**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1563
**Nonpriority creditor's name and mailing address**
**cooper matsui**
**445 Holmwood Lane**
**Solana Beach, CA 92075**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1564 **Nonpriority creditor's name and mailing address**
**Corbin Clapper**
**104 J T Drive**
**Shelby, NC 28150**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1565 **Nonpriority creditor's name and mailing address**
**Corey Breon**
**2147 West 1610 North**
**St. George, UT 84770**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1566 **Nonpriority creditor's name and mailing address**
**Corey Buford**
**1800 Villa Drive**
**Warrensburg, MO 64093**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1567 **Nonpriority creditor's name and mailing address**
**Corey Calhoun**
**416 stewart st**
**apt B**
**Portal, FL 30450**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1568 **Nonpriority creditor's name and mailing address**
**Corey Maust**
**Ssss**
**Gay, In**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1569 **Nonpriority creditor's name and mailing address**
**Corey Riley**
**5 Northwind Rd, Yonkers, NY 10710 US**
**Yonkers, NY 10710**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1570
**Nonpriority creditor's name and mailing address**
**Corey Wessel**
**2309 Walters Ave**
**Northbrook, IL 60062**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1571
**Nonpriority creditor's name and mailing address**
**Corey Wisdom**
**313 County Road 929**
**Bunker, MO 63629**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1572
**Nonpriority creditor's name and mailing address**
**Corey Wolford**
**1410 N 112th Plaza**
**#2717**
**Omaha, NE 68154**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1573
**Nonpriority creditor's name and mailing address**
**Corey Wolford**
**1410 N 112th Plaza**
**Apt 2717**
**Omaha, NE 68154**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1574
**Nonpriority creditor's name and mailing address**
**Cornelius Gilliam**
**74 Lucy St SE**
**Atlanta, GA 30312**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1575
**Nonpriority creditor's name and mailing address**
**Cortez Taylor**
**9422 Leadbrick St**
**Las Vegas, NV 89143**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1576
**Nonpriority creditor's name and mailing address**
**Cory Calaway**
**1427 S 41st Dr**
**Yuma, AZ 85364**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1577
**Nonpriority creditor's name and mailing address**
**Cory Janowski**
**3625 San Clemente Ave**
**Las Cruces, NM 88012**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1578
**Nonpriority creditor's name and mailing address**
**Cory Lebsack**
**rue abdellah aissa**
**201 James St N**
**Canda, KS 05000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1579
**Nonpriority creditor's name and mailing address**
**Cory Mars**
**1216 Saxon DR**
**Sparks, NV 89441**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1580
**Nonpriority creditor's name and mailing address**
**Cory Pearson**
**99 E Christley Lane**
**Elk Ridge, UT 84651**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1581
**Nonpriority creditor's name and mailing address**
**Cory Weaver**
**8716 Herr Rd.**
**Castalia, OH 44824-9252**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1582
**Nonpriority creditor's name and mailing address**
**Cory Whitsett**
**905 Pepperell Ct**
**Austin, TX 78753**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1583
**Nonpriority creditor's name and mailing address**
**Cory Williams**
**501 E Hopkins Ct**
**Gilbert, AZ 85295**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1584
**Nonpriority creditor's name and mailing address**
**Coskany Alvarado**
**1386 speers valley rd**
**Duffield, VA 24244**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1585
**Nonpriority creditor's name and mailing address**
**Coty Spence**
**889 Francisco Street**
**1106**
**Los Angeles, CA 90017**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1586
**Nonpriority creditor's name and mailing address**
**Courtenay Lia**
**57 Brick Pond Road**
**Middletown, NY 10940**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1587
**Nonpriority creditor's name and mailing address**
**COURTNEY kalinowski**
**8777 w frier drive**
**glendale, AZ 85305**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.1588** **Nonpriority creditor's name and mailing address**
**Craig Arthur**
**5 Kruisbessie, 5**
**Richardsbay, KZN 03900-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1589** **Nonpriority creditor's name and mailing address**
**Craig Arthur**
**5 Kruisbessie, 5**
**5**
**Richardsbay, KZN 03900-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1590** **Nonpriority creditor's name and mailing address**
**Craig Avellar**
**60 N Beretania St**
**#3508**
**HONOLULU, HI 96817**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1591** **Nonpriority creditor's name and mailing address**
**Craig Enjaian**
**42142 Mac Rae Drive**
**Sterling Heights, MI 48313**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1592** **Nonpriority creditor's name and mailing address**
**Craig Mccracken**
**60 Mccracken RD**
**Clearfield, PA 16830**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1593** **Nonpriority creditor's name and mailing address**
**Craig Tomlinson**
**41 Brownstone Way**
**111**
**Englewood, NJ 07631**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1594
**Nonpriority creditor's name and mailing address**
**Craig Williams**
**3131 couch pl**
**Flushing, NY 11369**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1595
**Nonpriority creditor's name and mailing address**
**Craig Zabokrtsky**
**419 N Scribner St**
**Endicott, NE 68350**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1596
**Nonpriority creditor's name and mailing address**
**Craig Zuchelkowski**
**33 Preston St**
**Depew, NY 14043-3209**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1597
**Nonpriority creditor's name and mailing address**
**Crisniel Soto**
**22 Keyes Dr**
**Peabody, MA 01960**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1598
**Nonpriority creditor's name and mailing address**
**Cristian Borbon**
**3760 100th st**
**Corona, NY 11368**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1599
**Nonpriority creditor's name and mailing address**
**Cristian Montoya**
**5906 66th ave**
**Riverdale, MD 20737**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1600
**Nonpriority creditor's name and mailing address**
**Cristian Montoya**
**5906 66th ave**
**Riverdale, MD 20737**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1601
**Nonpriority creditor's name and mailing address**
**Cristian Orellana**
**37-38 103rd St**
**Corona, NY 11368**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1602
**Nonpriority creditor's name and mailing address**
**cristian quintana**
**3805 22nd st sw**
**Lehigh acres, FL 33976**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1603
**Nonpriority creditor's name and mailing address**
**Cristian Sobrino**
**400 Northwest 112th Avenue**
**318**
**Miami, FL 33172**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1604
**Nonpriority creditor's name and mailing address**
**Cristian Villa**
**3313 s 16th ave**
**Yuma, AZ 85365**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1605
**Nonpriority creditor's name and mailing address**
**Cristina Paa**
**1640 Bassett Hound Dr.**
**Haslet, TX 76052**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC**
Name

Case number (if known)

3.1606

**Nonpriority creditor's name and mailing address**
**cristine nguyen**
**10378s redwood rd**
**south jordan**
**south jordan, UT 84095**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1607

**Nonpriority creditor's name and mailing address**
**CRYSTAL CRAWFORD**
**248 Union Ridge Rd.**
**Wartrace, TN 37183**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1608

**Nonpriority creditor's name and mailing address**
**Cu Phan**
**27842 Thackeray Ave**
**Hayward, CA 94544**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1609

**Nonpriority creditor's name and mailing address**
**Cuimei Wu**
**843 Washington St**
**Santa Clara, CA 95050**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1610

**Nonpriority creditor's name and mailing address**
**Cuong Le**
**Ngo 313 Truong Dinh, To 41 Tuong Mai, Ho**
**Hanoi 00084**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1611

**Nonpriority creditor's name and mailing address**
**Cuong Ngo**
**660 Short Oar Ct.**
**Sanford, FL 32771**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1612
**Nonpriority creditor's name and mailing address**
**Cuong Nguyen**
**10715 girvan lane**
**Richmond, TX 77407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1613
**Nonpriority creditor's name and mailing address**
**Curt Wolfer**
**3875 Geist Road**
**E461**
**Fairbanks, AK 99709**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1614
**Nonpriority creditor's name and mailing address**
**Curtis Epps**
**3501 Carlyle Dr**
**CHARLOTTE, NC 28208**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1615
**Nonpriority creditor's name and mailing address**
**Curtis James**
**27 Sunny Vista CT**
**Pittsboro, NC 27312**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1616
**Nonpriority creditor's name and mailing address**
**Curtis King**
**725 n 24th Street**
**Paducah, KY 42001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1617
**Nonpriority creditor's name and mailing address**
**Curtis Lo**
**7466 Hither Way**
**Sacramento, CA 95822**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1618
**Nonpriority creditor's name and mailing address**
**Curtis Sistrunk**
**1945 nightsong lane**
**Opelika, AL 36801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1619
**Nonpriority creditor's name and mailing address**
**Curtis Yip**
**166 Seneca Ave**
**Staten Island, FL 10301**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1620
**Nonpriority creditor's name and mailing address**
**CUU VO**
**7579 Belgian lion st**
**las vegas, NV 89139**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1621
**Nonpriority creditor's name and mailing address**
**Cynthia Aidoo**
**4030 Lyndale Ave**
**Baltimore, MD 21213**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1622
**Nonpriority creditor's name and mailing address**
**Cyril Nelson**
**6980 Rooks Ct**
**Apt 202**
**Frederick, MD 21703**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1623
**Nonpriority creditor's name and mailing address**
**Cyrus Eslami**
**643 East 11th St**
**5A**
**New York, NY 10009**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1624
**Nonpriority creditor's name and mailing address**
**D. McCann**
**416 SW 1st Avenue**
**2109**
**Fort Lauderdale, FL 33301**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1625
**Nonpriority creditor's name and mailing address**
**Dabin Jeon**
**6725 223rd pl**
**Oakland Gardens, NY 11374**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1626
**Nonpriority creditor's name and mailing address**
**Dakey Robinson**
**64 Lincoln ave**
**2G**
**new rochelle, NY 10801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1627
**Nonpriority creditor's name and mailing address**
**Dakota Gallery**
**38383 n lakeside pl**
**antioch, IL 60002**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1628
**Nonpriority creditor's name and mailing address**
**Dakota Garman**
**173 Manzana Ct Nw**
**Apt 1C**
**Grand Rapids, MI 49534**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1629
**Nonpriority creditor's name and mailing address**
**Dakota Nordgren**
**123 S Bailey St**
**Lowell, AR 72745**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.1630** **Nonpriority creditor's name and mailing address**
**Dale Cesario**
**2545 Spindlehill Drive Apt 4**
**unit 107**
**Cincinnati, Ohio 45230-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1631** **Nonpriority creditor's name and mailing address**
**Dale Isaacs**
**80 Herring Circle**
**Durban, KZN 04051-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1632** **Nonpriority creditor's name and mailing address**
**DALE MATNEY**
**120 holmes ave**
**SIKESTON, MO 63801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1633** **Nonpriority creditor's name and mailing address**
**Dale Min**
**318 N Main St**
**Milltown, NJ 08850**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1634** **Nonpriority creditor's name and mailing address**
**dale morris**
**10164 hart branch circle**
**orlando, FL 32832**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1635** **Nonpriority creditor's name and mailing address**
**Dale Vogel**
**1426 Kayla Pl., Unit 1**
**Harrisburg, SD 57032**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1636
**Nonpriority creditor's name and mailing address**
**Dale Yang**
**1214 Windsor Park Ct**
**Englewood, NJ 07631**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1637
**Nonpriority creditor's name and mailing address**
**Dallas Cloyd**
**2025 Clear Sky Court**
**Temple, TX 76502**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1638
**Nonpriority creditor's name and mailing address**
**Dallas Stanley**
**3215 Callaway Dr**
**Nederland, TX 77627**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1639
**Nonpriority creditor's name and mailing address**
**Dallas Walker**
**1212 Nuuanu Ave**
**Apt 1704**
**Honolulu, HI 96817**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1640
**Nonpriority creditor's name and mailing address**
**Dallen Tuddenham**
**650 N MILL RD**
**HEBER, UT 84032**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1641
**Nonpriority creditor's name and mailing address**
**Dalton Hewitt**
**2440 Peaceful Ct**
**Wildwood, MO 63011**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1642
**Nonpriority creditor's name and mailing address**
**Dalton Hewitt**
**2440 Peaceful Ct**
**Wildwood, MO 63011**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1643
**Nonpriority creditor's name and mailing address**
**Damian DeSena**
**1400 COombsville Rd**
**Napa, CA 94558**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1644
**Nonpriority creditor's name and mailing address**
**Damian Porter**
**2484 Andes Drive**
**Statesville, NC 28625**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1645
**Nonpriority creditor's name and mailing address**
**Damian Thao**
**1447 Avon St**
**La Crosse, WI 54603**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1646
**Nonpriority creditor's name and mailing address**
**Damien Ford**
**404 bourbon ln**
**NAPERVILLE, IL 60565**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1647
**Nonpriority creditor's name and mailing address**
**Damilola Adepitan**
**13418 Harrow Park Ln**
**Houston, TX 77049**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1648
**Nonpriority creditor's name and mailing address**
**Damon Arnold**
**127 Elm Street**
**ATHENS, PA 18810**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1649
**Nonpriority creditor's name and mailing address**
**Damon Brill**
**407 Nawata Place**
**Prospect Heights, IL 60070**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1650
**Nonpriority creditor's name and mailing address**
**Dan Duong**
**20706 Schoenborn St**
**Winnetka, CA 91306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1651
**Nonpriority creditor's name and mailing address**
**Dan Farren**
**7810 Hermitage Dr**
**Fredericksburg, VA 22407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1652
**Nonpriority creditor's name and mailing address**
**Dan Marburger**
**1526 Kennebeck Pl**
**Houston, TX 77077**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1653
**Nonpriority creditor's name and mailing address**
**Dan Murray**
**2916 N. Stowell Ave**
**Milwaukee, WI 53211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1654
**Nonpriority creditor's name and mailing address**
**Dan OShaughnessy**
**119 WEST STATE STREET**
**Apt A**
**GENEVA, IL 60134**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1655
**Nonpriority creditor's name and mailing address**
**Dan Truong**
**9075 Salmon Falls Dr**
**sacramento, CA 95826**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1656
**Nonpriority creditor's name and mailing address**
**Dan Wheeler**
**900 East Pecan Street**
**STE 300-174**
**Pflugerville, TX 78660**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1657
**Nonpriority creditor's name and mailing address**
**Dana Bray III**
**506 S. Spring Street**
**STE 13308 / SMB 46737**
**Los Angeles, CA 90013**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1658
**Nonpriority creditor's name and mailing address**
**Dana DeLouis**
**440 Curved Bay Trl**
**Ponte Vedra, FL 32081**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1659
**Nonpriority creditor's name and mailing address**
**DANA ORISTE**
**3920 Southwest 48th Avenue**
**Pembroke Park, FL 33023**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.1660** **Nonpriority creditor's name and mailing address**
**Danadin Guevara**
**5786 lone oak dr sw**
**5786**
**mableton, GA 30126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1661** **Nonpriority creditor's name and mailing address**
**Danadin guevara**
**5786 lone oak dr sw**
**mableton, GA 30126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1662** **Nonpriority creditor's name and mailing address**
**Dancel Bulosan**
**2331 Wilson St**
**Honolulu, HI 96819**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1663** **Nonpriority creditor's name and mailing address**
**Dane Dowell III**
**3832 SE 137th St**
**Summerfield, FL 34491**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1664** **Nonpriority creditor's name and mailing address**
**Daneisha Buggs**
**2809 Margaret Drive**
**Chesapeake, VA 23323**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1665** **Nonpriority creditor's name and mailing address**
**Danial Jaffry**
**201 s cedar ave**
**fullerton, CA 92833**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1666 **Nonpriority creditor's name and mailing address**
**Daniel Aguilar**
**13822 Buxley St**
**Houston, TX 77045**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1667 **Nonpriority creditor's name and mailing address**
**Daniel Andre**
**9755 Silver Sky PKWY**
**#305**
**Reno, NV 89506**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1668 **Nonpriority creditor's name and mailing address**
**Daniel Astrel**
**2644 Willowglen Circle**
**2644**
**Indianapolis, IN 46229**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1669 **Nonpriority creditor's name and mailing address**
**Daniel Bisic**
**7157 County Rd 277**
**Anna, TX 75409**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1670 **Nonpriority creditor's name and mailing address**
**Daniel Blagovisny**
**2337 Stuart Street**
**Brooklyn, NY 11229**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1671 **Nonpriority creditor's name and mailing address**
**Daniel Bui**
**17524 Eric Avenue**
**Cerritos, CA 90703**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1672

**Nonpriority creditor's name and mailing address**
**Daniel Bushman**
**19419 Winding Branch Dr**
**Katy, TX 77449**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.1673

**Nonpriority creditor's name and mailing address**
**Daniel Calvaruso**
**20347 Monteverdi Circle**
**Boca Raton, FL 33498**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.1674

**Nonpriority creditor's name and mailing address**
**Daniel Chao**
**2526 Great Silver Fir Alley**
**Chamblee, GA 30360**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.1675

**Nonpriority creditor's name and mailing address**
**Daniel Chavez**
**19810 ivyberry pl**
**montgomery village, MD 20886**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.1676

**Nonpriority creditor's name and mailing address**
**Daniel Chuaire**
**4272 Northwest 89th Avenue apt 102**
**102**
**Coral Springs, FL 33065**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.1677

**Nonpriority creditor's name and mailing address**
**Daniel Diosdado**
**5852 Farm to Market Rd 69**
**Dike, TX 75437**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1678
**Nonpriority creditor's name and mailing address**
**Daniel Dugas**
**401 E Pirate St**
**Longview, TX 75604**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1679
**Nonpriority creditor's name and mailing address**
**Daniel Duran**
**7901 E Roosevelt BLVD**
**Philadelphia, PA 19152**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1680
**Nonpriority creditor's name and mailing address**
**Daniel Ellwood**
**228 Foxglove Dr**
**Baden, PA 15005**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1681
**Nonpriority creditor's name and mailing address**
**Daniel Espinoza**
**4137 S 3920 W**
**West Valley, UT 84120**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1682
**Nonpriority creditor's name and mailing address**
**Daniel Espinoza**
**4137 S 3920 W**
**West Valley, UT 84120**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1683
**Nonpriority creditor's name and mailing address**
**Daniel Flores**
**22910 arbor cove lane**
**richmond, TX 77407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1684
**Nonpriority creditor's name and mailing address**
**Daniel Force**
**11917 Myrtle Rock Drive**
**Riverview, FL 33578**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1685
**Nonpriority creditor's name and mailing address**
**Daniel Garcia**
**1010 Armor Ave**
**Pasadena, TX 77502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1686
**Nonpriority creditor's name and mailing address**
**DANIEL GIBSON**
**3713 Kendall Rd**
**Melissa, TX 75454**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1687
**Nonpriority creditor's name and mailing address**
**Daniel Girdler**
**1210 Via Brigitte**
**Santa Barbara, CA 93111**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1688
**Nonpriority creditor's name and mailing address**
**Daniel Gonzalez**
**13426 Walnut St.**
**Whittier, CA 90602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1689
**Nonpriority creditor's name and mailing address**
**Daniel Gotvald**
**31335 Avenida Ximino**
**Cathedral City, CA 92234**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1690
**Nonpriority creditor's name and mailing address**
**Daniel Govea**
**413 Yvonne Dr**
**Rockwall, Tx 75032**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1691
**Nonpriority creditor's name and mailing address**
**Daniel Gray**
**6382 50th St**
**San Diego, CA 92120**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1692
**Nonpriority creditor's name and mailing address**
**Daniel Greenleaf**
**2121 E Warm Spring rd**
**2007**
**Las Vegas, NV 89119**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1693
**Nonpriority creditor's name and mailing address**
**Daniel Hamilton**
**1889 S Elk Way**
**Aurora, CO 80302**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1694
**Nonpriority creditor's name and mailing address**
**Daniel Hess**
**304 Palomino Lane**
**Celina, TX 75009**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1695
**Nonpriority creditor's name and mailing address**
**Daniel Hussey**
**818 Parkway Drive**
**Wheaton, IL 60187**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| 3.1696 | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Daniel Inskeep**<br>**2200 Stirling Rd**<br>**Bannockburn, IL 60015**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes |
| **Unknown** | |

| 3.1697 | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Daniel James**<br>**337 Barnhill Loop**<br>**Dripping Springs, TX 78620**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes |
| **Unknown** | |

| 3.1698 | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Daniel Kim**<br>**269 W Shore Dr**<br>**Marblehead, MA 01945**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes |
| **Unknown** | |

| 3.1699 | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Daniel Kim**<br>**9746 Kashmir Drive**<br>**SAN ANTONIO, TX 78251**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes |
| **Unknown** | |

| 3.1700 | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Daniel Kurlyandchik**<br>**2453 Claymont Dr**<br>**Troy, MI 48098**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes |
| **Unknown** | |

| 3.1701 | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Daniel Kwon**<br>**11692 Fountain Head Ct**<br>**Waldorf, MD 20602**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes |
| **Unknown** | |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.1702 | **Nonpriority creditor's name and mailing address**<br>**Daniel Le**<br>**36 Camelback Ct**<br>**Pleasant Hill, CA 94523**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1703 | **Nonpriority creditor's name and mailing address**<br>**Daniel Lechuga**<br>**428 W. Roosevelt rd**<br>**Donna, TX 78537**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1704 | **Nonpriority creditor's name and mailing address**<br>**Daniel Lunyou**<br>**5121 n 40th st, apt B215**<br>**B215**<br>**Phoenix, AZ 85018**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1705 | **Nonpriority creditor's name and mailing address**<br>**Daniel Maltz**<br>**3100 Cardinal Way**<br>**Abingdon, MD 21009**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1706 | **Nonpriority creditor's name and mailing address**<br>**Daniel Maris**<br>**21051 Kimberly Court**<br>**Lake Elsinore, CA 92532**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1707 | **Nonpriority creditor's name and mailing address**<br>**Daniel McCormick**<br>**7121 South Wenatchee Way**<br>**C**<br>**Aurora, CO 80016**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| 3.1708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Daniel McGuire**<br>**916 W College Pkwy**<br>**Chicago, IL 60608**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.1709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Daniel Melean**<br>**4626 Rhythm Rd**<br>**Kissimmee, FL 34746**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.1710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **daniel melean**<br>**4626 Rhythm Rd**<br>**Kissimmee, FL 34746**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.1711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Daniel Montesa**<br>**625 Georgetown Circle**<br>**Fayetteville, NC 28314**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.1712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Daniel Munoz**<br>**3851 sw 52nd Ave**<br>**208**<br>**Pembroke park, FL 33023**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.1713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Daniel Murray**<br>**1615 Shadow Brook Way**<br>**Alpharetta, GA 30005**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.1714

**Nonpriority creditor's name and mailing address**

**Daniel Nalazek**
**248 25th st unit 2066**
**Ellijay, GA 30540**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.1715

**Nonpriority creditor's name and mailing address**

**Daniel Nam**
**816 s agate st**
**anaheim, CA 92804**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.1716

**Nonpriority creditor's name and mailing address**

**Daniel Negvesky**
**5016 Darden Ave**
**Belle Isle, FL 32812-1103**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.1717

**Nonpriority creditor's name and mailing address**

**Daniel Nguyen**
**5998 Noumea St**
**Cypress, CA 90630**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.1718

**Nonpriority creditor's name and mailing address**

**Daniel Nguyen**
**1717 Ingersoll Street**
**PHILADELPHIA, PA 19121**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.1719

**Nonpriority creditor's name and mailing address**

**Daniel Nguyen**
**1717 Ingersoll Street**
**PHILADELPHIA, PA 19121**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1720
**Nonpriority creditor's name and mailing address**
**Daniel Nikiforov**
**124 Jason lane**
**Cumming, GA 30040**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1721
**Nonpriority creditor's name and mailing address**
**daniel oh**
**37 columbus ave**
**closter, NJ 07624**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1722
**Nonpriority creditor's name and mailing address**
**Daniel Ornelas**
**508 Tyrella Ave**
**Apt A**
**Mountain View, CA 94043**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1723
**Nonpriority creditor's name and mailing address**
**Daniel Pelepelin**
**138 Commodore Drive**
**Staten Island, NY 10309**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1724
**Nonpriority creditor's name and mailing address**
**Daniel Percy**
**1099 Sioux St**
**South Lake Tahoe, CA 96150**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1725
**Nonpriority creditor's name and mailing address**
**Daniel Pidancet**
**23610 Via Delfina**
**Valencia, CA 91355**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1726 **Nonpriority creditor's name and mailing address**
**Daniel Pollack**
**22020 nisqually rs**
**10**
**Apple valley, CA 92308**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1727 **Nonpriority creditor's name and mailing address**
**Daniel Rangel**
**146 sidney st E.**
**Saint paul, MN 55107**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1728 **Nonpriority creditor's name and mailing address**
**Daniel Richardson**
**8813 ne 16th way**
**Vancouver, WA 98664**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1729 **Nonpriority creditor's name and mailing address**
**Daniel Romero**
**1232 E willow St**
**Anaheim, CA 92805**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1730 **Nonpriority creditor's name and mailing address**
**Daniel Russell**
**4303 Lehigh Laural Ln**
**Decatur, GA 30034**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1731 **Nonpriority creditor's name and mailing address**
**Daniel Ryan**
**3385 County Road 464**
**Elgin, TX 78621**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1732
**Nonpriority creditor's name and mailing address**
**Daniel Sanchez**
**2159 white st**
**101**
**York, PA 17404**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1733
**Nonpriority creditor's name and mailing address**
**Daniel Seryani**
**5900 Center Drive**
**Los Angeles, CA 90045**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1734
**Nonpriority creditor's name and mailing address**
**Daniel Shaw**
**349 E Forestwood St**
**Morton, IL 61550**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1735
**Nonpriority creditor's name and mailing address**
**Daniel Smee**
**1 Sadowski St**
**East Brunswick, NJ 08816**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1736
**Nonpriority creditor's name and mailing address**
**daniel speer**
**6745 North Clark Street**
**4s**
**chicago, IL 60626**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1737
**Nonpriority creditor's name and mailing address**
**Daniel Trewella**
**10135 Montrachet Dr**
**Baton Rouge, LA 70817**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1738
**Nonpriority creditor's name and mailing address**
**Daniel Veksler**
**1234 E Becker Ln**
**Phoenix, AZ 85020**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1739
**Nonpriority creditor's name and mailing address**
**Daniel Vesper**
**11201 GEORGE RENFRO DR**
**Lillian, TX 76061**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1740
**Nonpriority creditor's name and mailing address**
**daniel vickery**
**5522 skyline dr**
**owensboro, KY 42301**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1741
**Nonpriority creditor's name and mailing address**
**Daniel Vo**
**2905 Lakeview Point**
**Fort Smith, AR 72903**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1742
**Nonpriority creditor's name and mailing address**
**Daniel Walker**
**155 Woodland Drive**
**Jonesborough, TN 37659**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1743
**Nonpriority creditor's name and mailing address**
**Daniel Wheeler**
**907 Parkcrest Ct**
**Pflugerville, TX 78660**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1744
**Nonpriority creditor's name and mailing address**
**Daniel Wilson**
**1003 Fallow Road**
**Mount Juliet, TN 37122**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1745
**Nonpriority creditor's name and mailing address**
**Daniel Witham**
**5040 Kinderston Rd**
**Holly Springs, NC 27540**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1746
**Nonpriority creditor's name and mailing address**
**Daniel Yoo**
**8042 Poplar Grove Ln**
**Powell, TN 37849**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1747
**Nonpriority creditor's name and mailing address**
**Daniel Zolman**
**1141 E Hatch Row**
**Saratoga Springs, UT 84045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1748
**Nonpriority creditor's name and mailing address**
**Daniela Botache**
**500 sheridan ave**
**Kenilworth, NJ 07033**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1749
**Nonpriority creditor's name and mailing address**
**Daniela Group**
**449 Ben Hur Rd Apt 1113**
**Baton Rouge, LA 70820**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1750
**Nonpriority creditor's name and mailing address**
**Danielle Bumber**
**1700 Tiltons Corner Road**
**Wall, FL 07719**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1751
**Nonpriority creditor's name and mailing address**
**Danielle Coscarelli**
**642 Mountainside dr**
**Waynesville, NC 28786**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1752
**Nonpriority creditor's name and mailing address**
**Danielly Costa**
**2100 4th st**
**Apartment C**
**San Rafael, CA 94901**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1753
**Nonpriority creditor's name and mailing address**
**Danika Geathers**
**4904 Wilkie Way NW**
**Acworth, GA 30102**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1754
**Nonpriority creditor's name and mailing address**
**DANIKLE DEFREC**
**calle candelabro primero centro numero 5**
**sevilla, FL 41006**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1755
**Nonpriority creditor's name and mailing address**
**Danko Yordanov**
**1750 N Bayshore Dr**
**Miami, FL 33132**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1756 **Nonpriority creditor's name and mailing address**
**Danny Cheng**
**91-24 43rd Avenue**
**APT1**
**Elmhurst, NY 11373**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1757 **Nonpriority creditor's name and mailing address**
**Danny Diaz**
**657 53rd st**
**Brooklyn, NY 11220**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1758 **Nonpriority creditor's name and mailing address**
**Danny Hoang**
**1212 Pitner Ave**
**EVANSTON, IL 60202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1759 **Nonpriority creditor's name and mailing address**
**Danny Lee**
**2700 Croton Rd**
**Apt**
**Melbourne, FL 32935**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1760 **Nonpriority creditor's name and mailing address**
**danny lei**
**954 W Thornton Ave**
**Hemet, CA 92543**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1761 **Nonpriority creditor's name and mailing address**
**danny lei**
**954 W Thornton Ave**
**Hemet, CA 92543**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.1762** **Nonpriority creditor's name and mailing address**
**Danny Lei**
**954 W thornton ave**
**hemet, CA 92543**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1763** **Nonpriority creditor's name and mailing address**
**Danny Mathew**
**521 Windy Knoll Dr**
**Murphy, TX 75094**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1764** **Nonpriority creditor's name and mailing address**
**danny nguyen**
**268 duffy court**
**san jose, CA 95116**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1765** **Nonpriority creditor's name and mailing address**
**danny pham**
**12691 jackson street**
**Garden Grove, CA 92841**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1766** **Nonpriority creditor's name and mailing address**
**Danny Solorzano Ayala**
**460 California st**
**2**
**Salinas, CA 93901**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1767** **Nonpriority creditor's name and mailing address**
**Danny Vo**
**2457 HARRIS TER, HARRISBURG, PA 17104**
**US**
**harrisburg, PA 17104**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1768
**Nonpriority creditor's name and mailing address**
**Dante Santoro**
**10207 Meredith cir**
**104**
**Burke, VA 22015**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1769
**Nonpriority creditor's name and mailing address**
**Danya Mohr**
**8034 22nd Avenue NW**
**Seattle, WA 98117**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1770
**Nonpriority creditor's name and mailing address**
**DAO DANG**
**N92W17455 APPLETON AVE**
**LOT 1**
**MENOMONEE FALLS, WI 53051**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1771
**Nonpriority creditor's name and mailing address**
**Daren Hampton**
**21985 Arbor Ln**
**Farmington Hills, MI 48336**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1772
**Nonpriority creditor's name and mailing address**
**Daren Lilly**
**29112 Azara St**
**Murrieta, CA 92563**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1773
**Nonpriority creditor's name and mailing address**
**Darian Pena**
**195-09 119th Ave**
**Saint Albans, NY 11412**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1774 **Nonpriority creditor's name and mailing address**
**Darin Voss**
**914 Boucher Ave**
**Annapolis, MD 21403**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1775 **Nonpriority creditor's name and mailing address**
**Darion Ruiz**
**367 Country Club Drive**
**Apartment 05**
**Simi Valley, CA 93065**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1776 **Nonpriority creditor's name and mailing address**
**Daris Rahman**
**84-39 130th St**
**Kew Gardens, NY 11415**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1777 **Nonpriority creditor's name and mailing address**
**Darius Brown**
**118 SAINT ANTHONY ST**
**GREENVILLE, MS 38701**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1778 **Nonpriority creditor's name and mailing address**
**Darius Thrower**
**47 Harmony Grove pkwy**
**Acworth, GA 30101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1779 **Nonpriority creditor's name and mailing address**
**Darius Webb**
**629 Mill Creek Trail**
**Jonesboro, GA 30238**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1780 **Nonpriority creditor's name and mailing address**
**Dariusz Boguski**
**125 Chestnut st.**
**Garfield, NJ 07026**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

3.1781 **Nonpriority creditor's name and mailing address**
**DARKHAN MUKTARBEK**
**20977 Uptown Ave**
**Apt 507**
**Boca Raton, FL 33428**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

3.1782 **Nonpriority creditor's name and mailing address**
**Darlene Albert**
**6109 NW 124TH Drive**
**Coral Springs, FL 33076**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

3.1783 **Nonpriority creditor's name and mailing address**
**darrel castellano**
**1459 chavez way**
**san jose, CA 95131**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

3.1784 **Nonpriority creditor's name and mailing address**
**Darrell Brunner**
**14301 S Birchdale Dr**
**Homer Glen, IL 60491**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

3.1785 **Nonpriority creditor's name and mailing address**
**Darrell James**
**344 cascade bend dr**
**Ruskin, FL 33570**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1786
**Nonpriority creditor's name and mailing address**
**Darrell welcome**
**3835 Cherry Ave**
**Long Beach, CA 90807**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1787
**Nonpriority creditor's name and mailing address**
**Darren Hall**
**1427 Tulane Drive**
**Richmond, TX 77406**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1788
**Nonpriority creditor's name and mailing address**
**Darren Ross**
**510 Lamp Post Ln**
**Camp Hill, PA 17011**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1789
**Nonpriority creditor's name and mailing address**
**Darren Tarrant**
**15861 Goliad Loop**
**Temple, TX 76502**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1790
**Nonpriority creditor's name and mailing address**
**Darrin McCormick**
**861 Cuba St**
**Toledo, OH 43615**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1791
**Nonpriority creditor's name and mailing address**
**Darryl Pearsall**
**149 christian chapel rd**
**Hampstead, NC 28443**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1792
**Nonpriority creditor's name and mailing address**
**darshak shah**
**21 apache way**
**westford, MA 01886**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1793
**Nonpriority creditor's name and mailing address**
**darshan ghimire**
**1442 Galaxy Dr**
**Beaumont, CA 92223**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1794
**Nonpriority creditor's name and mailing address**
**darshan patel**
**44 Lexington Rd**
**Monmouth Junction, FL 08852**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1795
**Nonpriority creditor's name and mailing address**
**dashaun stallworth**
**6 glenwood lane**
**HUNTINGTON, NY 11743**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1796
**Nonpriority creditor's name and mailing address**
**Dat Chau**
**50 3rd street**
**Colchester, VT 05446**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1797
**Nonpriority creditor's name and mailing address**
**DAT LE**
**12 Ho Xuan Huong, Tan An, Lagi, Binh Thu**
**VN 64106**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1798 **Nonpriority creditor's name and mailing address**
**Datiemudor Okori**
**13537 49th Street N**
**West palm beach, FL 33411**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1799 **Nonpriority creditor's name and mailing address**
**Dauntee Tinnin**
**38 Tonto Apache Reservation**
**Payson, AZ 85541**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1800 **Nonpriority creditor's name and mailing address**
**Dave Hibson**
**16627 Crystal Glade**
**San Antonio, TX 78247**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1801 **Nonpriority creditor's name and mailing address**
**Dave Jean-Phillippe**
**9327 Kings Hwy**
**1E**
**Brooklyn, NY 11212**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1802 **Nonpriority creditor's name and mailing address**
**David Aburto**
**445 E 55th St**
**Apt.5**
**Long Beach, CA 90805**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1803 **Nonpriority creditor's name and mailing address**
**David Alarcon**
**10918 Lazy Oaks Dr**
**San Antonio, TX 78217**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1804
**Nonpriority creditor's name and mailing address**
**David Almanza**
**789 N Tejon Ave**
**Colton, CA 92324**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1805
**Nonpriority creditor's name and mailing address**
**David Almquist**
**49 Lodgepole Pine Ln.**
**Waynesville, NC 28785**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1806
**Nonpriority creditor's name and mailing address**
**David Andersen**
**644 N Oaklawn Ave**
**Elmhurst, IL 60126**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1807
**Nonpriority creditor's name and mailing address**
**David Bailey**
**1310 southfield Rd**
**Evansville, IN 47715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1808
**Nonpriority creditor's name and mailing address**
**DAVID BAILEY**
**1310 southfield Rd**
**Evansville, IN 47715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1809
**Nonpriority creditor's name and mailing address**
**david Berube**
**1478 Ludlow Road**
**Ludlow, ME 04730**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1810
**Nonpriority creditor's name and mailing address**
**David Bierwert**
**7116 NAAKEA STREET**
**Honolulu, HI 96825**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1811
**Nonpriority creditor's name and mailing address**
**David Blackwell**
**207 Benson Dr**
**Travelers Rest, SC 29690**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1812
**Nonpriority creditor's name and mailing address**
**David Boakye-Danquah**
**7118 Hermiston**
**CHARLOTTE, NC 28273-0397**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1813
**Nonpriority creditor's name and mailing address**
**David Cabeceiras**
**36 pocono dr**
**Warwick, RI 02888**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1814
**Nonpriority creditor's name and mailing address**
**David Cantu**
**103 Grantham Dr.**
**San Antonio, TX 78218**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1815
**Nonpriority creditor's name and mailing address**
**David Chen**
**41-11 Judge Street**
**Elmhurst, NY 11373**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1816
**Nonpriority creditor's name and mailing address**
**DAVID CHIN**
**986 Natchez Dr**
**Walnut Creek, CA 94598**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1817
**Nonpriority creditor's name and mailing address**
**david cservenyak**
**221 nantucket ct**
**wilmington, NC 28412**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1818
**Nonpriority creditor's name and mailing address**
**David Daavettila**
**3300 124th street**
**Pleasant Prairie, WI 53158**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1819
**Nonpriority creditor's name and mailing address**
**David Dosier**
**17690 Oakwood Dr**
**Spring Lake, MI 49456**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1820
**Nonpriority creditor's name and mailing address**
**David Duey**
**1230 Oaks Edge Rd.**
**Tallahassee, FL 32317**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1821
**Nonpriority creditor's name and mailing address**
**David Dydson-Dzissah**
**11816 Boland Manor Drive**
**Germantown, MD 20876**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.1822** **Nonpriority creditor's name and mailing address**
**David Farrar**
**5224 E Iridium Way**
**San Tan Valley, AZ 85143**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1823** **Nonpriority creditor's name and mailing address**
**David Favela**
**7701 Eagle Lake Ave**
**Las Vegas, NV 89147**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1824** **Nonpriority creditor's name and mailing address**
**David Fingerhood**
**Po box 156**
**Philo, CA 95466**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1825** **Nonpriority creditor's name and mailing address**
**David Fontenot**
**1492 SINCLAIR AVE**
**CHATTANOOGA, TN 37408**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1826** **Nonpriority creditor's name and mailing address**
**David Francisco**
**1201 Sanders Ave NE**
**Fort Payne, AL 35967**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1827** **Nonpriority creditor's name and mailing address**
**David Fuentes**
**4701 Waterview Cir**
**Palm Springs, FL 33461**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1828
**Nonpriority creditor's name and mailing address**
**David George**
**7248 Montgomery Rd Apt 3b**
**Elkridge, FL 21075**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1829
**Nonpriority creditor's name and mailing address**
**David Gerringer**
**2516 Rio Lisbo Ct**
**Punta Gorda, FL 33950**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1830
**Nonpriority creditor's name and mailing address**
**David Hall**
**7508 RedBud Villas Court Unit B**
**Oklahoma City, OK 73169**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1831
**Nonpriority creditor's name and mailing address**
**David Hart**
**2312 Sunset Blvd**
**Steubenville, OH 43952**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1832
**Nonpriority creditor's name and mailing address**
**David Hartley**
**584 Galera Ln**
**Mount Pleasant, SC 29464**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1833
**Nonpriority creditor's name and mailing address**
**David Hays**
**5728 N Hemlock St**
**Spokane, WA 99205**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1834
**Nonpriority creditor's name and mailing address**
**David Henry**
**915 15th ST**
**Dickinson, TX 77539**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1835
**Nonpriority creditor's name and mailing address**
**David Henselman**
**28975 live oak circle**
**trabuco canyon, CA 92679**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1836
**Nonpriority creditor's name and mailing address**
**DAVID HIBSON**
**16627 Crystal Glade**
**San Antonio, TX 78247**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1837
**Nonpriority creditor's name and mailing address**
**David Ho**
**6903 Seascape Dr**
**Grand Prairie, TX 75054**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1838
**Nonpriority creditor's name and mailing address**
**David Hodge**
**2783 El Tivoli Dr**
**Dallas, TX 75211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1839
**Nonpriority creditor's name and mailing address**
**David Hoppe**
**877 AUGUSTA DR**
**OREGON, WI 53575**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1840
**Nonpriority creditor's name and mailing address**
**David Iago**
**2257 Hardin Bottom River Rd.**
**PO Box 320**
**Clifton, TN 38425**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

3.1841
**Nonpriority creditor's name and mailing address**
**David Jaber**
**25 Ellington lane**
**Fletcher, NC 28732**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

3.1842
**Nonpriority creditor's name and mailing address**
**David Johnson**
**-**
**-**
**-, - -**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

3.1843
**Nonpriority creditor's name and mailing address**
**David Johnson**
**4740 Glenn Pine Lane**
**Boynton Beach, FL 33436**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

3.1844
**Nonpriority creditor's name and mailing address**
**David Johnson**
**4740 Glenn Pine Lane**
**Boynton Beach, FL 33436**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

3.1845
**Nonpriority creditor's name and mailing address**
**David Kaplan**
**1778 E 21 st**
**brooklyn, NY 11229**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1846
**Nonpriority creditor's name and mailing address**
**David Knutson**
**26026 103rd Street NW**
**Zimmerman, MN 55398**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1847
**Nonpriority creditor's name and mailing address**
**David Krawchik**
**8009 Harper Rd**
**Hixson, TN 37343**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1848
**Nonpriority creditor's name and mailing address**
**David Kyeremeh**
**4409 Windflower Way**
**Bowie, MD 20720**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1849
**Nonpriority creditor's name and mailing address**
**David Lee**
**3210 Las Faldas Dr**
**Fullerton, CA 92835**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1850
**Nonpriority creditor's name and mailing address**
**David Lee**
**3210 Las Faldas Dr**
**Fullerton, CA 92835**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1851
**Nonpriority creditor's name and mailing address**
**David Lee**
**146 Monroe Center St NW**
**Apt 16C**
**Grand Rapids, MI 49503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1852
**Nonpriority creditor's name and mailing address**
**David Lemons**
**3131 N 84th Pl**
**Scottsdale, AZ 85251**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1853
**Nonpriority creditor's name and mailing address**
**david lemus**
**106 ne 24th ter**
**cape coral, FL 33909**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1854
**Nonpriority creditor's name and mailing address**
**David Lewis**
**2082 Whiteford Road**
**NA**
**Whiteford, MD 21160**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1855
**Nonpriority creditor's name and mailing address**
**David Lim**
**9524 Clocktower Lane**
**Columbia, MD 21046**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1856
**Nonpriority creditor's name and mailing address**
**David Lineberry**
**9 breezy Hill Ct**
**M**
**Cockeysville, MD 21030**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1857
**Nonpriority creditor's name and mailing address**
**David Littlebear**
**1036 foxhollow tr**
**canton, GA 30115**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1858
**Nonpriority creditor's name and mailing address**
**David Loetz**
**119 Alta Mesa Court**
**Moraga, CA 94556**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1859
**Nonpriority creditor's name and mailing address**
**David Maldonado**
**600 Red Oak AVE 619**
**Albany, CA 94706**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1860
**Nonpriority creditor's name and mailing address**
**David McCrum**
**3622 Anglebrook Ct**
**Toledo, OH 43611**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1861
**Nonpriority creditor's name and mailing address**
**David Mclaughlin**
**248 Westberry Circle**
**Tallmadge, OH 44278**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1862
**Nonpriority creditor's name and mailing address**
**David Medina**
**15816 Willow Dr**
**Fontana, CA 92337**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1863
**Nonpriority creditor's name and mailing address**
**David Mitchell**
**295 Grove st**
**Westwood, MA 02090**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1864
**Nonpriority creditor's name and mailing address**
**David Mitchell**
**295 grove st**
**Westwood, MA 02090**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1865
**Nonpriority creditor's name and mailing address**
**David Nadeau**
**11690 N Copeland Ln**
**Flagstaff, AZ 86004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1866
**Nonpriority creditor's name and mailing address**
**David Nathanson**
**6211 W NW Hwy**
**G103**
**Dallas, TX 75225**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1867
**Nonpriority creditor's name and mailing address**
**david ney**
**4938 hwy 49s**
**harrisburg, NC 28075**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1868
**Nonpriority creditor's name and mailing address**
**David Osborne**
**8126 Amarillo Drive**
**Indianapolis, IN 46237**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1869
**Nonpriority creditor's name and mailing address**
**David Padworny**
**117 West 15th St. 1FW**
**New York, NY 10011**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1870

**Nonpriority creditor's name and mailing address**
**David Pagan**
**92-759 palailai st**
**Kapolei, HI 96707**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1871

**Nonpriority creditor's name and mailing address**
**david park**
**515 w johnson dr**
**gilbert, AZ 85233**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1872

**Nonpriority creditor's name and mailing address**
**David Park**
**515 w johnson dr**
**gilbert, AZ 85233**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1873

**Nonpriority creditor's name and mailing address**
**David Patrushev**
**1909 104th ave E Unit y303**
**Edgewood, WA 98372**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1874

**Nonpriority creditor's name and mailing address**
**David Penn**
**4520 SW 103RD PL**
**OCALA, FL 34476**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1875

**Nonpriority creditor's name and mailing address**
**David Perez**
**130 Kenyon Dr**
**Vacaville, CA 95687**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1876 **Nonpriority creditor's name and mailing address**
**David Plese**
**21115 magnolia ln.**
**Elwood, IL 60421**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1877 **Nonpriority creditor's name and mailing address**
**David Powell**
**47 N Warbler Bend Cir**
**Spring, TX 77382**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1878 **Nonpriority creditor's name and mailing address**
**David Rehm**
**208 Three Islands BLVD**
**APT 304**
**Hallandale Beach, FL 33009**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1879 **Nonpriority creditor's name and mailing address**
**David Rugomwa**
**1859 w deanne st**
**Fayetteville, AR 72703**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1880 **Nonpriority creditor's name and mailing address**
**David Rundengan**
**27431 San Bernardino Ave**
**197**
**Redlands, CA 92374**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1881 **Nonpriority creditor's name and mailing address**
**David Ruvalcaba**
**1600 2nd st**
**Laporte, IN 46350**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1882
**Nonpriority creditor's name and mailing address**
**David Rytlewski**
**18455 Kenna DR**
**Clinton Township, MI 48035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1883
**Nonpriority creditor's name and mailing address**
**David Rytlewski**
**18455 Kenna Dr**
**Clinton Towmship, MI 48035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1884
**Nonpriority creditor's name and mailing address**
**David Samples**
**12215 Forsythe Drive**
**Austin, TX 78759**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1885
**Nonpriority creditor's name and mailing address**
**David Santos**
**192 Bunker Ave**
**2**
**Meriden, CT 06450**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1886
**Nonpriority creditor's name and mailing address**
**David Schanzlin**
**368 East. Main St**
**Fredonia, NY 14063**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1887
**Nonpriority creditor's name and mailing address**
**David Senor**
**112 Mill Acres Dr**
**Lynchburg, VA 24503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1888
**Nonpriority creditor's name and mailing address**
**David Slayback**
**2359 Cheshire Woods Rd**
**Toledo, OH 43617**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1889
**Nonpriority creditor's name and mailing address**
**David Sloan**
**2529 Rio Grande St.**
**37**
**Austin, TX 78705**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1890
**Nonpriority creditor's name and mailing address**
**David Smith**
**1700 Abigail Ln**
**Anna, TX 75409**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1891
**Nonpriority creditor's name and mailing address**
**David Soto**
**99 Tower Mustard Court**
**Henderson, NV 89002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1892
**Nonpriority creditor's name and mailing address**
**David Sovey**
**3234 Southford Manor Ln**
**Katy, TX 77494**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.1893
**Nonpriority creditor's name and mailing address**
**David St Lawrence**
**358 Anna Dora Way**
**Meridianville, AL 35759**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1894
**Nonpriority creditor's name and mailing address**
**DAVID SUDDUTH JR**
**19126 HWY 321**
**CLEVELAND, TX 77327**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1895
**Nonpriority creditor's name and mailing address**
**David Tejada**
**111 Bodem st**
**Modesto, CA 95350**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1896
**Nonpriority creditor's name and mailing address**
**David Terk**
**7061 NW 71ST TER**
**Parkland, FL 33067**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1897
**Nonpriority creditor's name and mailing address**
**David Thomas**
**140 Wildwood Drive**
**Granville, OH 43023**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1898
**Nonpriority creditor's name and mailing address**
**David Trinh**
**3226 Guillermo Pl**
**Hayward, CA 94542**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1899
**Nonpriority creditor's name and mailing address**
**David Trinh**
**2707 Glen Loman Way**
**San Jose, CA 95148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.1900** **Nonpriority creditor's name and mailing address**
**David Tze**
**7217 S 33rd Ln**
**Phoenix, AZ 85041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1901** **Nonpriority creditor's name and mailing address**
**david vallone**
**1111 Chesapeake Drive**
**Mansfield, TX 76063**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1902** **Nonpriority creditor's name and mailing address**
**David Vergara Chaverra**
**1930 Topanga Skyline dr**
**Topanga, CA 90290**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1903** **Nonpriority creditor's name and mailing address**
**David Yanez**
**156 Cannon Road**
**Freehold, NJ 07728**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1904** **Nonpriority creditor's name and mailing address**
**David Yu**
**4612 162nd St**
**Flushing, NY 11358-3641**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.1905** **Nonpriority creditor's name and mailing address**
**DAVID ZAJAC**
**48 BETHS AVE**
**UNIT 37**
**BRISTOL, CT 06010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1906
**Nonpriority creditor's name and mailing address**
**David Zamora**
**1760 n nellis blvd**
**Las vegas, NV 89115**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1907
**Nonpriority creditor's name and mailing address**
**Davin Chau**
**2912 E 29th St**
**Oakland, CA 94601**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1908
**Nonpriority creditor's name and mailing address**
**Davion Havior**
**145 Black Springs Road Ne**
**Lot a**
**Milledgeville, GA 31061**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1909
**Nonpriority creditor's name and mailing address**
**Davis Murphy**
**2520 Grey Paw Ct**
**Raleigh, NC 27603**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1910
**Nonpriority creditor's name and mailing address**
**Davis Mwangi**
**1904 Mesa Street**
**Bellevue, NE 68123**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1911
**Nonpriority creditor's name and mailing address**
**Dawensky Lindor**
**2687 Forest Ave**
**East Meadow, NY 11554**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1912
**Nonpriority creditor's name and mailing address**
**Dawson VanderLugt**
**254 Wing Ct**
**Northville, MI 48167**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1913
**Nonpriority creditor's name and mailing address**
**daymian mejia**
**10753 palms**
**Palms, CA 90034**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1914
**Nonpriority creditor's name and mailing address**
**daymian mejia**
**10753 palms**
**apt 4**
**Palms, CA 90034**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1915
**Nonpriority creditor's name and mailing address**
**Daymian Torres**
**15544 La Monde Street**
**Hacienda Heights, CA 91745**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1916
**Nonpriority creditor's name and mailing address**
**Dayquel Malave**
**4483 Foxtail Ln**
**Weston, FL 33331**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1917
**Nonpriority creditor's name and mailing address**
**Dayton Kidwell**
**217 East Saint Joe Road**
**Sellersburg, IN 47172**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1918
**Nonpriority creditor's name and mailing address**
**DDa Acton**
**1812 N. Oakhill Rd**
**Bethany, OK 73008**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1919
**Nonpriority creditor's name and mailing address**
**dddcs sdsdds**
**222**
**asddc**
**samoa, Samoa**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1920
**Nonpriority creditor's name and mailing address**
**Dean Lindberg**
**10400 ne 53rd Street**
**Vancouver, WA 98662**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1921
**Nonpriority creditor's name and mailing address**
**dean lindberg**
**10400 ne 53rd street, unit 44**
**vancouver, WA 98662**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1922
**Nonpriority creditor's name and mailing address**
**Dean Nagel**
**540 Newcastle Rd**
**New Lenox, IL 60451**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1923
**Nonpriority creditor's name and mailing address**
**Dean Seng**
**4013 E Hashknife Rd**
**Phoenix, AZ 85050**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1924
**Nonpriority creditor's name and mailing address**
**DeAndre Taylor**
**226 Woods Edge Drive**
**Shiloh, IL 62221**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1925
**Nonpriority creditor's name and mailing address**
**DeAndrea Boyd**
**15613 Florwood Ave**
**Lawndale, CA 90260**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1926
**Nonpriority creditor's name and mailing address**
**Deaun Harris**
**86 horizon vista blvd**
**Belen, NM 87002**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1927
**Nonpriority creditor's name and mailing address**
**Debasree Nanda**
**1303 275th Pl SE**
**Sammamish, WA 98075**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1928
**Nonpriority creditor's name and mailing address**
**Debi Stevens**
**7243 SW Capitol Hwy**
**Portland, OR 97219**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1929
**Nonpriority creditor's name and mailing address**
**Deborah Oluyori**
**5903 w Georgetown ln**
**Spokane, WA 99208**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1930
**Nonpriority creditor's name and mailing address**
**Deedy FANG**
**2218 North 2nd Avenue**
**Upland, CA 91784**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1931
**Nonpriority creditor's name and mailing address**
**Deep Patel**
**6309 Taylor Pond Lane**
**Bedford, MA 01730**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1932
**Nonpriority creditor's name and mailing address**
**Deepak Dhake**
**8555 Saturn St Apt 101**
**Los Angeles, CA 90035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1933
**Nonpriority creditor's name and mailing address**
**Deepak Dhake**
**8555 Saturn St Apt 101**
**Los Angeles, CA 90035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1934
**Nonpriority creditor's name and mailing address**
**Deepthi Kucharlapati**
**17211 Hindsight dr**
**cary, NC 27519**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1935
**Nonpriority creditor's name and mailing address**
**Deepti Reddy Garlapati**
**2618 236th ST SE**
**Bothell, WA 98021**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1936 **Nonpriority creditor's name and mailing address**
**Deih Vosika**
**679 Cook Ave E**
**Saint Paul, MN 55106**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1937 **Nonpriority creditor's name and mailing address**
**Deiondra Anthony**
**504 Joseph St**
**Slidell, LA 70458**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1938 **Nonpriority creditor's name and mailing address**
**Deison Demosthene**
**20500 Sw 118th Pl**
**Miami, FL 33177**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1939 **Nonpriority creditor's name and mailing address**
**DeJon King**
**628 Warren Glen rd**
**Bloomsbury, NJ 08804**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1940 **Nonpriority creditor's name and mailing address**
**Dekairius Harden**
**3661 Airport Blvd**
**Mobile, AL 36608**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1941 **Nonpriority creditor's name and mailing address**
**dellano robinson**
**3006 72nd street w**
**Lehigh Acres, FL 33971**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1942
**Nonpriority creditor's name and mailing address**
**Delon Brown**
**376 Al Gray Rd**
**Timberlake, NC 27583**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1943
**Nonpriority creditor's name and mailing address**
**Demetra Smith**
**1380 W 112th St**
**Apt 206**
**Cleveland, OH 44102**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1944
**Nonpriority creditor's name and mailing address**
**Demetrius Cotten**
**19061 walden st**
**202**
**Clinton Township, MI 48038**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1945
**Nonpriority creditor's name and mailing address**
**Demetrius Moore**
**524 Garrisonville Rd**
**Unit 355**
**Garrisonville, VA 22463**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1946
**Nonpriority creditor's name and mailing address**
**Demetrius Moore**
**524 Garrisonville Rd**
**#355**
**Garrisonville, VA 22463**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1947
**Nonpriority creditor's name and mailing address**
**Demin Zhuang**
**8 Morris circle**
**Wolcott, CT 06716**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1948
**Nonpriority creditor's name and mailing address**
**Demonte Campbell**
**522 armour st**
**Davidson, NC 28036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1949
**Nonpriority creditor's name and mailing address**
**Denilson Seraphin**
**401 Princeton ave**
**Rahway, NJ 07065**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1950
**Nonpriority creditor's name and mailing address**
**Denis Hamilton**
**2085 Village Lane**
**Solvang, CA 94643**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1951
**Nonpriority creditor's name and mailing address**
**Denis Thibeault**
**18 Ormond St**
**Worcester, MA 01609**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1952
**Nonpriority creditor's name and mailing address**
**Denise Anderson**
**25811 Interlechen Drive**
**Menifee, CA 92586**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1953
**Nonpriority creditor's name and mailing address**
**Denise jordan**
**801 Mitchell Drive**
**Vidalia, GA 30474**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1954
**Nonpriority creditor's name and mailing address**
**Deniz Manisali**
**6114 South Ainsworth Avenue**
**Tacoma, WA 98408**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1955
**Nonpriority creditor's name and mailing address**
**Dennie Vos**
**2821 Vuelta Grande Avenue**
**Long Beach, CA 90815**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1956
**Nonpriority creditor's name and mailing address**
**Dennie Williams**
**203 Se 11th ST**
**203 SE 11TH ST, BENTONVILLE, AR 72712, AR 72712**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1957
**Nonpriority creditor's name and mailing address**
**Dennis Archer**
**3175 Keller Lane**
**Oxford, NC 27565**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1958
**Nonpriority creditor's name and mailing address**
**Dennis Arciosa**
**3254 Ida Drive**
**Concord, CA 94519**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1959
**Nonpriority creditor's name and mailing address**
**Dennis Huang**
**3675 Meadow Ln**
**North Bergen, NJ 07047**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1960 **Nonpriority creditor's name and mailing address**
**Dennis Lam**
**400 Danimere Avenue**
**Arcadia, CA 91006**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1961 **Nonpriority creditor's name and mailing address**
**Dennis O'Dell**
**6845 Camarin Street**
**Coral Gables, FL 33146**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1962 **Nonpriority creditor's name and mailing address**
**Dennis Schuman**
**8340 Century Point Drive South**
**Jacksonville, FL 32216**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1963 **Nonpriority creditor's name and mailing address**
**Dennis Tran**
**4340 E Indian School Rd Ste 21-275**
**Phoenix, AZ 85018**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1964 **Nonpriority creditor's name and mailing address**
**Dennis Wood**
**610 West Spruce Street**
**139**
**SEQUIM, WA 98382**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1965 **Nonpriority creditor's name and mailing address**
**Dennis Wu**
**5110 Evergreen St**
**-**
**Bellaire, TX 77401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1966 **Nonpriority creditor's name and mailing address**
**Dennis Wu**
**5110 Evergreen St**
**Bellaire, TX 77401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1967 **Nonpriority creditor's name and mailing address**
**Denny Lee**
**3321 Sturbridge Ave**
**Easton, PA 18045**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1968 **Nonpriority creditor's name and mailing address**
**Denny Tran**
**938 glenshire ct**
**HERCULANEUM, MO 63048**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1969 **Nonpriority creditor's name and mailing address**
**Denver Nowicz**
**8630 West Avenida Del Sol**
**Peoria, AZ 85383**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1970 **Nonpriority creditor's name and mailing address**
**denys zhytariuk**
**110930 116th ave NE**
**apt 405**
**kirkland, WA 98033**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1971 **Nonpriority creditor's name and mailing address**
**Denzel Josh Directo**
**9439 Berkshire Ln**
**Vallejo, FL 94591**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.1972 | **Nonpriority creditor's name and mailing address**<br>**Dereck Moorley**<br>**5470 27th Ave. SW**<br>**Naples, FL 34116**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1973 | **Nonpriority creditor's name and mailing address**<br>**Derek Bales**<br>**959 7th Ave**<br>**Apt 8**<br>**Longview, WA 98632**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1974 | **Nonpriority creditor's name and mailing address**<br>**Derek Brown**<br>**777 E. Stella Lane**<br>**Apt. 252**<br>**Phoenix, AZ 85014**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1975 | **Nonpriority creditor's name and mailing address**<br>**derek brown**<br>**10 bryn mawr pl**<br>**yonkers, NY 10701**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1976 | **Nonpriority creditor's name and mailing address**<br>**Derek Cabrera**<br>**679 West 239 st**<br>**2L**<br>**Bronx, NY 10463**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1977 | **Nonpriority creditor's name and mailing address**<br>**Derek DeForrest**<br>**1611 West Crocus Dr**<br>**Radcliff, KY 40160**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1978
**Nonpriority creditor's name and mailing address**
**Derek Raabe**
**3318 N 18th Ave Apt 25**
**Phoenix, AZ 85015**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1979
**Nonpriority creditor's name and mailing address**
**Derek Schroeder**
**10314 Cactus Hills**
**San Antonio, TX 78254**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1980
**Nonpriority creditor's name and mailing address**
**Derek Siefarth**
**3416 Jericho Pl**
**Apopka, FL 32712**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1981
**Nonpriority creditor's name and mailing address**
**Derek West**
**8212 Tahona Drive**
**Silver Spring, MD 20903**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1982
**Nonpriority creditor's name and mailing address**
**Deric Buck**
**51 Wincrest drive**
**Queensbury, NY 12804**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1983
**Nonpriority creditor's name and mailing address**
**derick pinheiro**
**8 murray rd**
**malden, MA 02148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1984
**Nonpriority creditor's name and mailing address**
**Derrek Tran**
**9851 Bolsa Avenue, spc 164**
**Westminster, CA 92683**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**

Is the claim subject to offset? [x] No [ ] Yes

3.1985
**Nonpriority creditor's name and mailing address**
**derrick atkins**
**233 Topeka dr**
**PHOENIX, AZ 85027**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**

Is the claim subject to offset? [x] No [ ] Yes

3.1986
**Nonpriority creditor's name and mailing address**
**Derrick Bradford**
**4544 LaSalle Street**
**New Orleans, LA 70115**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**

Is the claim subject to offset? [x] No [ ] Yes

3.1987
**Nonpriority creditor's name and mailing address**
**Derrick Doumit**
**4207 Sarah Street**
**New Iberia, LA 70563**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**

Is the claim subject to offset? [x] No [ ] Yes

3.1988
**Nonpriority creditor's name and mailing address**
**Derrick Glenn**
**1801 US HIGHWAY 17 S**
**LOT 24**
**FORT MEADE, FL 33841**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**

Is the claim subject to offset? [x] No [ ] Yes

3.1989
**Nonpriority creditor's name and mailing address**
**Derrick Niu**
**6947 Carmelito Loop NE**
**Albuquerque, NM 87113**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**

Is the claim subject to offset? [x] No [ ] Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1990

**Nonpriority creditor's name and mailing address**
**Derrick Tran**
**515 E Dryden St**
**Glendale, CA 91207**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1991

**Nonpriority creditor's name and mailing address**
**Derrold Barry**
**911 harcourt ave.**
**F**
**Seaside, CA 93955-5340**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1992

**Nonpriority creditor's name and mailing address**
**desdria rodgers**
**5096 white oak**
**smyrna, GA 30080**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1993

**Nonpriority creditor's name and mailing address**
**DeShon Shepherd**
**2042 Crosby Drive**
**Forney, TX 75126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1994

**Nonpriority creditor's name and mailing address**
**Desman Ray**
**3406 Clarke RD**
**Memphis, TN 38115**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1995

**Nonpriority creditor's name and mailing address**
**Desmond Batiste**
**3256 Riverstone Dr**
**Augusta, GA 30907**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.1996 **Nonpriority creditor's name and mailing address**
**Dessalegn Cheru**
**1826 Wigglesworth Way**
**woodbridge, VA 22191**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1997 **Nonpriority creditor's name and mailing address**
**DEUNTE STEWART**
**2407 Shea Drive**
**Macon, GA 31206**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1998 **Nonpriority creditor's name and mailing address**
**Dev Hari**
**1465 Maravilloso Loop**
**Windermere, FL 34786**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.1999 **Nonpriority creditor's name and mailing address**
**Dev Hari**
**1465 Maravilloso Loop**
**Windermere, FL 34786**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2000 **Nonpriority creditor's name and mailing address**
**Dev Patel**
**24882 Summerwind**
**Dana Point, CA 92629**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2001 **Nonpriority creditor's name and mailing address**
**Dev Patel**
**3107 Rustic Charm Way**
**Knoxville, TN 37921**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2002
**Nonpriority creditor's name and mailing address**
**Devarta Monroe**
**134 Gibbs Rd**
**Maiden, NC 28650**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2003
**Nonpriority creditor's name and mailing address**
**Devean Garcia**
**9150 Heather Street**
**Rancho Cucamonga, CA 91701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2004
**Nonpriority creditor's name and mailing address**
**Devin Braga**
**60 Sherborne Street**
**East Taunton, MA 02718**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2005
**Nonpriority creditor's name and mailing address**
**Devin Brown**
**2137 NW 16TH PL**
**Cape Coral, FL 33993**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2006
**Nonpriority creditor's name and mailing address**
**Devin Burns**
**4105 Clapton Dr**
**Lancaster, SC 29720**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2007
**Nonpriority creditor's name and mailing address**
**Devin Hoang**
**788 Airlie Dr**
**Stone Mountain, GA 30083**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.2008** **Nonpriority creditor's name and mailing address**
**Devin Isufi**
**5009 Royal Lytham**
**Columbia, MO 65203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2009** **Nonpriority creditor's name and mailing address**
**Devin Koy**
**111 main street**
**San antonio, TX 78229**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2010** **Nonpriority creditor's name and mailing address**
**Devin Tripp**
**4322 Brightwood Dr**
**Houston, FL 77068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2011** **Nonpriority creditor's name and mailing address**
**Devon Kyle**
**7190 W Sunset Blvd**
**1424**
**Los Angeles, CA 90046**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2012** **Nonpriority creditor's name and mailing address**
**Devontay Dobbins**
**6160 mahaffey road**
**Unit 203**
**Fort Myers, FL 33966**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2013** **Nonpriority creditor's name and mailing address**
**Dewald Van den Berg**
**77 Van Zylstreet**
**Brandfort, FS 09400**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2014

**Nonpriority creditor's name and mailing address**
**Dewana Carter**
**4550 Tuscan Loon Dr**
**Tampa, FL 33619**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2015

**Nonpriority creditor's name and mailing address**
**Dewayne Thomas**
**112 Lancaster Ct**
**Gallatin, TN 37066**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2016

**Nonpriority creditor's name and mailing address**
**dewei zhang**
**25006 gingerbush lane**
**tomball, TX 77375**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2017

**Nonpriority creditor's name and mailing address**
**Dexter Battle**
**408 Oak Brook CT SE**
**Smyrna, GA 30082**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2018

**Nonpriority creditor's name and mailing address**
**Dexter Hogan**
**47 Bergen Street**
**Paterson, NJ 07522**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2019

**Nonpriority creditor's name and mailing address**
**dgiovany antoine**
**1326 tribune ave elmont new york**
**elmont, NY 11003**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2020
**Nonpriority creditor's name and mailing address**
**Dhanalekshmi Anandbabu**
**5809 Amphora ave**
**Mckinney, TX 75070**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2021
**Nonpriority creditor's name and mailing address**
**dhavindra ramasar**
**8772 126th st**
**richmondhill, NY 11418**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2022
**Nonpriority creditor's name and mailing address**
**dhawa lama**
**4144 76street**
**5G**
**elmhurst, NY 11373**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2023
**Nonpriority creditor's name and mailing address**
**Dhdhdhd Hdhdhdh**
**2094 lala land**
**Scherts, FL 78109**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2024
**Nonpriority creditor's name and mailing address**
**DHIRAJ singh thakuri**
**11407 Willow Green Cir**
**Manassas, VA 20109**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2025
**Nonpriority creditor's name and mailing address**
**Dhori Mato**
**11330 Lake Mandarin Circle East**
**Jacksonville, FL 32223**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2026 **Nonpriority creditor's name and mailing address**
**Dhruv Patel**
**209 Birchdale Ct**
**Simpsonville, SC 29681**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2027 **Nonpriority creditor's name and mailing address**
**Diana Arcila**
**3895 midway dr**
**305**
**San Diego, CA 92110**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2028 **Nonpriority creditor's name and mailing address**
**Diana Marquez**
**309 Hidden Ln**
**LAREDO, TX 78041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2029 **Nonpriority creditor's name and mailing address**
**Diana Paola Guzman Franchini**
**700 Cobia Dr**
**1127**
**Katy, TX 77494**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2030 **Nonpriority creditor's name and mailing address**
**Diana Powell**
**4001 Lakemont Drive**
**24B**
**Atlanta, GA 30337**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2031 **Nonpriority creditor's name and mailing address**
**diana smith**
**208 nevers ct**
**laredo, TX 78045**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.2032** **Nonpriority creditor's name and mailing address**
**Diana Wilde**
**1339 Trapp Lane**
**Winnetka, IL 60093**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2033** **Nonpriority creditor's name and mailing address**
**Dibekulu Mulu Birhan**
**5969 East Northwest Highway**
**Dallas, Texas 75231-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2034** **Nonpriority creditor's name and mailing address**
**dick requilman JR**
**8750 independence ave**
**106**
**canoga park, CA 91304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2035** **Nonpriority creditor's name and mailing address**
**dick requilman JR**
**8750 independence ave**
**106**
**canoga park, CA 91304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2036** **Nonpriority creditor's name and mailing address**
**Diego Garcia**
**234 Magnolia Drive**
**Princeton, TX 75407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2037** **Nonpriority creditor's name and mailing address**
**Diego Okonkwo**
**13006 atlantic ave**
**Rockville, MD 20851**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2038 **Nonpriority creditor's name and mailing address**
**Diego Zamora**
**2888 ala Ilima st**
**#1508**
**HONOLULU, HI 96818**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2039 **Nonpriority creditor's name and mailing address**
**Dilan Duenas**
**81600 Fred Waring Dr. Spc 2**
**Indio, CA 92201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2040 **Nonpriority creditor's name and mailing address**
**Dilip Reddy Suluguri**
**10230 BLACK LOCUST LN**
**CHARLOTTE, NC 28215-1106**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2041 **Nonpriority creditor's name and mailing address**
**Diljeet Dhillon**
**69 Hopkins Ave**
**Jersey City, New Jersey 07306-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2042 **Nonpriority creditor's name and mailing address**
**Dillaney Asekhauno**
**3005 Damsel Sauvage Ln**
**Lewisville, TX 75056**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2043 **Nonpriority creditor's name and mailing address**
**Dillon Tiberio**
**99 Moore st**
**Kingston, NY 12401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2044
**Nonpriority creditor's name and mailing address**
**Dimarco Larios**
**6012 CROWNPOINT DR NE**
**RIO RANCHO, NM 87144**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2045
**Nonpriority creditor's name and mailing address**
**Dimitrios Neos**
**1049**
**82nd Street**
**BROOKLYN, NY 11228**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2046
**Nonpriority creditor's name and mailing address**
**Dimitrios Neos**
**1049 82nd Street**
**BROOKLYN, NY 11228**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2047
**Nonpriority creditor's name and mailing address**
**Dimitrios Neos**
**1049 82nd Street**
**BROOKLYN, NY 11228**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2048
**Nonpriority creditor's name and mailing address**
**dimuth munasingha**
**3224 saddle brook ave**
**Tampa, FL 33618**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2049
**Nonpriority creditor's name and mailing address**
**Dinesh Kumar**
**103 spisso court**
**South plainfield, NJ 07080**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2050 **Nonpriority creditor's name and mailing address**
**Dinesh Kumar**
**103 spisso court**
**South plainfield, NJ 07080**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2051 **Nonpriority creditor's name and mailing address**
**Ding Ma**
**269 Bieber Drive**
**San Jose, CA 95123**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2052 **Nonpriority creditor's name and mailing address**
**Dingzhi Wang**
**2345 s atlantic blvd 1020**
**Monterey Park, CA 91754**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2053 **Nonpriority creditor's name and mailing address**
**Dino Galic**
**1207 Fain Dr**
**Saint Louis, MO 63125**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2054 **Nonpriority creditor's name and mailing address**
**Dipak Patel**
**2682 Collins Cove Avenue**
**Lawrenceville, GA 30043**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2055 **Nonpriority creditor's name and mailing address**
**Dipak Raikar**
**26 Jefferson Ave**
**3R**
**Jersey City, NJ 07306**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2056
**Nonpriority creditor's name and mailing address**
**Dipesh Patel**
**112 Mill Pond Rd**
**Roswell, GA 30076**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2057
**Nonpriority creditor's name and mailing address**
**Divya Vaitla**
**10243 Glean St**
**Frisco, TX 75035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2058
**Nonpriority creditor's name and mailing address**
**Divyang Patel**
**1828 Bayland St**
**Round Rock, TX 78664**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2059
**Nonpriority creditor's name and mailing address**
**Divyangi Patel**
**3 Peach Ct**
**Edison, NJ 08817**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2060
**Nonpriority creditor's name and mailing address**
**Dixon Christopher**
**13230 Amblewood Dr**
**Manassas, VA 20112**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2061
**Nonpriority creditor's name and mailing address**
**Djerry Dany BIEN AIME**
**Veita Deronvil 1467 Blue Hill Ave Apt 1**
**Veita Deronvil 1467 Blue Hill Ave Apt 1**
**Veita Deronvil 1467 Blue Hill Ave Apt 1, MA 02126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2062

**Nonpriority creditor's name and mailing address**
**djeumo urbain**
**501 yale ave**
**1 d**
**Baltimore, MD 21229**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2063

**Nonpriority creditor's name and mailing address**
**Djo-Mar Arios**
**91-1035 Hanapaa St**
**Kapolei, HI 96707**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2064

**Nonpriority creditor's name and mailing address**
**Dmitriy Lelyukh**
**1760 N Ridge Road**
**7102**
**mckinney, FL 75071**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2065

**Nonpriority creditor's name and mailing address**
**Dmitry Gorodov**
**175 Nellie Woods Lane**
**Apt 201**
**Oviedo, FL 33130**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2066

**Nonpriority creditor's name and mailing address**
**Do Nhu Nguyet**
**13311 sleepy creek meadows**
**Houston, TX 77083**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2067

**Nonpriority creditor's name and mailing address**
**Do Tuan Hung**
**Son Thuy, Thanh Thuy, Phu Tho**
**Phu Tho 35000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2068
**Nonpriority creditor's name and mailing address**
**Doan Hoang Minh Tran**
**432 Kellogg**
**Charlottesville, VA 22904**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2069
**Nonpriority creditor's name and mailing address**
**Doan Hoang Minh Tran**
**A2 C121 DN3 Ngoc Khanh**
**Hanoi, - 00010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2070
**Nonpriority creditor's name and mailing address**
**DOAN PHAN**
**1810 Sharon Walk Dr**
**Cumming, GA 30041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2071
**Nonpriority creditor's name and mailing address**
**DOAN PHAN**
**1810 Sharon Walk Dr**
**Cumming, GA 30041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2072
**Nonpriority creditor's name and mailing address**
**Domenik Gjeloshaj**
**42930 Corte Cabello**
**Temecula, CA 92592**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2073
**Nonpriority creditor's name and mailing address**
**dominic hernandez**
**435 redondo st**
**Tulare, CA 93274**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2074
**Nonpriority creditor's name and mailing address**
**Dominic Williams**
**20211 Sherman Way**
**APT 133**
**Winnetka, CA 91304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2075
**Nonpriority creditor's name and mailing address**
**Dominick Trent**
**828 Cathy Dr**
**BURLESON, TX 76028**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2076
**Nonpriority creditor's name and mailing address**
**Domoniqe Eason**
**7014 Heather Drive**
**Bryans Road, MD 20616**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2077
**Nonpriority creditor's name and mailing address**
**Don Dunlap**
**7008 Dove Point Lane**
**Hoschton, GA 30548**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2078
**Nonpriority creditor's name and mailing address**
**Don Hanson**
**3624 SW 29th Terrace**
**16E**
**Topeka, KS 66614**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2079
**Nonpriority creditor's name and mailing address**
**Don Lee**
**4116, Sardinia Way**
**Sardinia Way**
**Frisco, TX 75034**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2080
**Nonpriority creditor's name and mailing address**
**Don Tutton**
**4442 Malvern Hill Rd.**
**GRAND PRAIRIE, TX 75052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2081
**Nonpriority creditor's name and mailing address**
**Don Wheatfall**
**7523 Dry Stone Ln**
**RICHMOND, TX 77469**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2082
**Nonpriority creditor's name and mailing address**
**Donald Blackwell**
**1515 Bridgecrest Dr.**
**Unit 134**
**Antioch, TN 37013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2083
**Nonpriority creditor's name and mailing address**
**Donald Boling**
**3493 E GREENHILLS DR.**
**COTTONWOOD HEIGHTS, UT 84093**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2084
**Nonpriority creditor's name and mailing address**
**Donald Hanlon**
**1964 River Road**
**Unit67**
**Calverton, NY 11933**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2085
**Nonpriority creditor's name and mailing address**
**Donald Kuoch**
**5045 Adenmoor Avenue**
**Lakewood, CA 90713**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2086
**Nonpriority creditor's name and mailing address**
**Donald Kuoch**
**5045 Adenmoor Avenue**
**Lakewood, CA 90713**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2087
**Nonpriority creditor's name and mailing address**
**Donald Slater**
**916 S Springinsguth Rd**
**Schaumburg, IL 60193**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2088
**Nonpriority creditor's name and mailing address**
**Donald Tindell**
**414 Shande dr**
**WHITEHOUSE, TX 75791**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2089
**Nonpriority creditor's name and mailing address**
**DONALD WILLIAMS**
**568 wekiva bluff st**
**apopka, FL 32712**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2090
**Nonpriority creditor's name and mailing address**
**Donavan Mcnally**
**33284 avenue D**
**Yucaipa, CA 92399**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2091
**Nonpriority creditor's name and mailing address**
**Donavin Davis**
**2000 Duke St FL3**
**Alexandria, VA 22314**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2092
**Nonpriority creditor's name and mailing address**
**Donetha Smith**
**160 MCDOWELL RD**
**Gaffney, SC 29341**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2093
**Nonpriority creditor's name and mailing address**
**Dong Hoang**
**1212 Pitner Ave**
**Evanston, IL 60202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2094
**Nonpriority creditor's name and mailing address**
**Dong Le**
**611 N White Rd**
**San Jose, FL 95127**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2095
**Nonpriority creditor's name and mailing address**
**DONG ZHENG**
**512 B MONTAUK HWY**
**CNTER MORICHES, NY 11934**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2096
**Nonpriority creditor's name and mailing address**
**dongyun kim**
**23142 flora mure dr. Ashburn, VA**
**Ashburn, VA 20148-7054**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2097
**Nonpriority creditor's name and mailing address**
**Dongzi Huang**
**4902 134th Pl SE**
**Bellevue, FL 98006**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2098
**Nonpriority creditor's name and mailing address**
**Donley Sissom**
**2022 Spokane St.**
**Bellingham, WA 98229**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2099
**Nonpriority creditor's name and mailing address**
**Donna Mayo**
**16A Cambridge St**
**Belmont, MA 02478**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2100
**Nonpriority creditor's name and mailing address**
**Donny Dao**
**5906 Stanford Dr**
**Temple, TX 76502**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2101
**Nonpriority creditor's name and mailing address**
**DONNY-VIO LEONCE**
**26 erwin place**
**West Orange, NJ 07052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2102
**Nonpriority creditor's name and mailing address**
**Donny-Vio Leonce**
**26 ERWIN place**
**west orange, NJ 07052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2103
**Nonpriority creditor's name and mailing address**
**Donovan Condo**
**330 S Wells St, Apt 1005**
**60606**
**Chicago, IL 60606**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2104
**Nonpriority creditor's name and mailing address**
**Donovan Hardy**
**505 E St Louis St**
**Springfield, MO 65806**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2105
**Nonpriority creditor's name and mailing address**
**Donovan Spear**
**1349 oliver st**
**Bowling green ky, KY 42104**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2106
**Nonpriority creditor's name and mailing address**
**Donovan Ward**
**306 NW Somerset Circle**
**Port St Lucie, FL 34983**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2107
**Nonpriority creditor's name and mailing address**
**donshay clark**
**200 Calvery Way**
**McDonough, GA 30252**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2108
**Nonpriority creditor's name and mailing address**
**Donta Candler**
**15123 BROOKHURST ST**
**UNIT 178**
**Westminster, CA 92683**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2109
**Nonpriority creditor's name and mailing address**
**Dontavius Keaton**
**796 S Virginia St**
**Quincy, FL 32351**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2110 **Nonpriority creditor's name and mailing address**
**DonTre Jones**
**111 Allen St**
**Lampasas, TX 76550**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2111 **Nonpriority creditor's name and mailing address**
**Dontre Posey**
**81 Rivulet dr**
**Dallas, GA 30132**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2112 **Nonpriority creditor's name and mailing address**
**Doralee Fitzgerald**
**246 Whitethorn Ct**
**Ruckersville, VA 22968**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2113 **Nonpriority creditor's name and mailing address**
**Dorcas Carter**
**701-14th Street South**
**Pell City, AL 35128**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2114 **Nonpriority creditor's name and mailing address**
**DOREEN VODOTI**
**4 Sheffield Manor Court,**
**SILVER SPRING, MD 20904**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2115 **Nonpriority creditor's name and mailing address**
**Dorothy mansberry**
**126 hannah drive**
**Rutherfordton, NC 28139**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2116
**Nonpriority creditor's name and mailing address**
**Douber Sanchez**
**15772 sw 136th way**
**Miami, FL 33196**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2117
**Nonpriority creditor's name and mailing address**
**Doug Brooks**
**9310 Clifford Dr**
**White Plains, MD 20695**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2118
**Nonpriority creditor's name and mailing address**
**doug jarvi**
**23748 Highway Loc Rd**
**Calumet, MI 49913-9222**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2119
**Nonpriority creditor's name and mailing address**
**Douglas Iversen**
**13250 Rain Shadow Rd**
**6806 SVL**
**Spring Valley Lake, CA 92395**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2120
**Nonpriority creditor's name and mailing address**
**Douglas Kirk**
**22 W Evergreen Ave**
**Philadelphia, PA 19118**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2121
**Nonpriority creditor's name and mailing address**
**Douglas Putkowski**
**814 morrison avenue**
**Waterloo, IL 62298**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2122
**Nonpriority creditor's name and mailing address**
**Douglas Shuntich**
**983 Pinson Blvd**
**Rockledge, FL 32955**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2123
**Nonpriority creditor's name and mailing address**
**DOUGLAS SMITH**
**3916 N POTSDAM AVE**
**SIOUX FALLS, SD 57104**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2124
**Nonpriority creditor's name and mailing address**
**Doumick Baron Jr**
**210 Chase Ln**
**McDonough, GA 30253**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2125
**Nonpriority creditor's name and mailing address**
**Doyal Alexander**
**1121 Doc Holliday Dr**
**Anna, TX 75409**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2126
**Nonpriority creditor's name and mailing address**
**Drake Cardoza**
**12728 28th ave ne apt.203**
**Seattle, WA 98125**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2127
**Nonpriority creditor's name and mailing address**
**Dranreb Marquez**
**1226 Cloverbrook St.**
**Carson, CA 90745**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2128

**Nonpriority creditor's name and mailing address**
**Draper Mitchell**
**160 Madison Street**
**6e**
**New York, NY 10002**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2129

**Nonpriority creditor's name and mailing address**
**DreVan Anderson-Kaapa**
**5411 Debut Ave**
**Hope Mills, NC**
**Hope Mills, NC 28348**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2130

**Nonpriority creditor's name and mailing address**
**Drew Doumit**
**5808 Patoutville Rd**
**New Iberia, LA 70560**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2131

**Nonpriority creditor's name and mailing address**
**Drew McNeal King**
**4501 Greenwood St**
**Lincoln, NE 68504**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2132

**Nonpriority creditor's name and mailing address**
**Drew Moreno**
**566 Southampton Lane**
**League city, FL 77573**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2133

**Nonpriority creditor's name and mailing address**
**DREW ROMEO**
**46638 west main St**
**Northville, MI 48167**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2134
**Nonpriority creditor's name and mailing address**
**dsgdasg dagag**
**122331513**
**brooklyn, FL 11209**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2135
**Nonpriority creditor's name and mailing address**
**Duane Escalante**
**19046 Bruce B Downs Blvd**
**#1080**
**Tampa, FL 33647**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2136
**Nonpriority creditor's name and mailing address**
**Duc Bui**
**200 Pine Dr**
**Westwego, LA 70094**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2137
**Nonpriority creditor's name and mailing address**
**Duc Huy Ho**
**To 13, Mai Dong, Hoang Mai, Ha Noi**
**Ha Noi 00010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2138
**Nonpriority creditor's name and mailing address**
**Duc Le**
**21 Bancroft St**
**Auburn, MA 01501**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2139
**Nonpriority creditor's name and mailing address**
**Duc Nguyen**
**1001 Channel Dr**
**Lawrenceville, GA 30046**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2140
**Nonpriority creditor's name and mailing address**
**Duc Nguyen**
**1001 CHANNEL DR**
**LAWRENCEVILLE, GA 30046**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2141
**Nonpriority creditor's name and mailing address**
**Duc Nguyen**
**18211 Hanover Glen Ln**
**Richmond, TX 77407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2142
**Nonpriority creditor's name and mailing address**
**Duc Nguyen**
**18211 Hanover Glen Ln**
**Richmond, TX 77407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2143
**Nonpriority creditor's name and mailing address**
**Dumond Dorcius**
**5013 NE 2ND AVE**
**DEERFIELD BEACH, FL 33064**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2144
**Nonpriority creditor's name and mailing address**
**dung dao**
**31/4 tran van dang**
**phuong 9, quan 3**
**ho chi minh 72414**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2145
**Nonpriority creditor's name and mailing address**
**Duong Ho**
**725 Henson Farm Dr**
**Loganville, GA 30052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2146
**Nonpriority creditor's name and mailing address**
**Duong Nguyen**
**15527 Old Pond Cir**
**Noblesville, IN 46060**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2147
**Nonpriority creditor's name and mailing address**
**Duong Nguyen**
**46916 Vineyards Lane, Macomb, MI 48042 U**
**Macomb, MI 48042**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2148
**Nonpriority creditor's name and mailing address**
**DURAI RAMASAMY**
**13411 cain ln**
**Louisville, KY 40245**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2149
**Nonpriority creditor's name and mailing address**
**Dustin Brenden**
**726 South 11th Street**
**Norfolk, NE 68701**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2150
**Nonpriority creditor's name and mailing address**
**Dustin Drummond**
**3520 Long Drive**
**Minden, NV 89423**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2151
**Nonpriority creditor's name and mailing address**
**Dustin Lampert**
**1109 20th Ave S**
**Sartell, MN 56377**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2152
**Nonpriority creditor's name and mailing address**
**Dustin Miller**
**390 Tanyard Road**
**Greenville, SC 29609**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2153
**Nonpriority creditor's name and mailing address**
**dustin nguyen**
**1166 clayburn lane**
**san jose, CA 95121**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2154
**Nonpriority creditor's name and mailing address**
**Dustin Price**
**12159 Jennings Road**
**Linden, MI 48451**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2155
**Nonpriority creditor's name and mailing address**
**Dustin Sharpe**
**113 assembly way**
**Apt. 206**
**Mooresville, NC 28117**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2156
**Nonpriority creditor's name and mailing address**
**Dustin Smith**
**1330 Macedonia RD NW**
**Brookhaven, MS 39601**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2157
**Nonpriority creditor's name and mailing address**
**Dustin Steelsmith**
**7789 E Mountain Oak Dr**
**Nampa, ID 83687**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.2158 **Nonpriority creditor's name and mailing address**
**Duvaughn Swanston**
**327 71st Street**
**Guttenberg, NJ 07093**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2159 **Nonpriority creditor's name and mailing address**
**Duy Duong**
**2521 Pioneer Bluffs Rd**
**Balch Springs, TX 75181**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2160 **Nonpriority creditor's name and mailing address**
**Duy Nguyen**
**1247 Pine Creek Wy**
**Unit C**
**Concord, CA 94520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2161 **Nonpriority creditor's name and mailing address**
**Duy Quang Nguyen**
**39/121 Thai Ha Street**
**Hanoi 00010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2162 **Nonpriority creditor's name and mailing address**
**Duyet Bui**
**5414 Remington Dr**
**Garland, TX 75044**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2163 **Nonpriority creditor's name and mailing address**
**DUYLINH LE**
**101 Gardiner Rd**
**Quincy, MA 02169**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2164
**Nonpriority creditor's name and mailing address**
**DUYLINH LE**
**101 GARDINER RD**
**QUINCY, MA 02169**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2165
**Nonpriority creditor's name and mailing address**
**DWIGHT WILLIAMS**
**6810 Clinton Manor Drive**
**Clinton, MD 20735**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2166
**Nonpriority creditor's name and mailing address**
**Dyesno Elusme**
**413 North Pointe Dr**
**C8**
**Gainesville, GA 30501**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2167
**Nonpriority creditor's name and mailing address**
**Dylan Benson**
**8400 De Longpre Avenue**
**Apartment 213**
**West Hollywood, CA 90069**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2168
**Nonpriority creditor's name and mailing address**
**Dylan Carrillo-Olson**
**9344 Hanna Avenue**
**Los Angeles, CA 91311**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2169
**Nonpriority creditor's name and mailing address**
**Dylan Chadd**
**127 alachua ln**
**Albany, GA 31707**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.2170** **Nonpriority creditor's name and mailing address**
**Dylan Gunning**
**18208 181st circle south**
**boca raton, FL 33498**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2171** **Nonpriority creditor's name and mailing address**
**Dylan Hanks**
**1030 Shiflett Rd.**
**Adel, GA 31620**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2172** **Nonpriority creditor's name and mailing address**
**Dylan Jeppson**
**1973 W 775 N**
**Layton, FL 84041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2173** **Nonpriority creditor's name and mailing address**
**Dylan Lo**
**3235 Walnut Grove Ave**
**Rosemead, CA 91770**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2174** **Nonpriority creditor's name and mailing address**
**Dylan Peck**
**3711 Summitridge Dr**
**Atlanta, GA 30340**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2175** **Nonpriority creditor's name and mailing address**
**Dylan Quintana**
**8862 ramblestone street**
**littleton, CO 80129**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2176
**Nonpriority creditor's name and mailing address**
**Dzung Do**
**4392 VENTURA PLACE DR**
**dhdstl378@gmail.com**
**SAINT LOUIS, MO 63128**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2177
**Nonpriority creditor's name and mailing address**
**Dzung Do**
**225 Earlsfield lane**
**Saint Louis, MO 63125**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2178
**Nonpriority creditor's name and mailing address**
**earl holmes**
**157 belmont ave**
**1G**
**Brooklyn, NY 11212**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2179
**Nonpriority creditor's name and mailing address**
**Earl Patterson**
**3102 Bonifacio St**
**Concord, CA 94519**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2180
**Nonpriority creditor's name and mailing address**
**Earl Sadler**
**5433 Torresdale ave**
**Phila, PA 19124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2181
**Nonpriority creditor's name and mailing address**
**Earl Wright**
**325 Eutau Ct**
**Satellite Beach, FL 32937**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2182
**Nonpriority creditor's name and mailing address**
**Earl Young**
**1111 Army Navy Dr**
**Apt 600**
**Arlington, VA 22202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2183
**Nonpriority creditor's name and mailing address**
**Earnest Williamson**
**1475 Texas Street**
**Houston, TX 77002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2184
**Nonpriority creditor's name and mailing address**
**ebaney reeves**
**8776 schooner lane**
**pensacola, FL 32507**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2185
**Nonpriority creditor's name and mailing address**
**Ebrahim Al-basry**
**31323 Palomino Ranch Path**
**Fulshear, FL 77441**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2186
**Nonpriority creditor's name and mailing address**
**Ecerwv Coon**
**w13578 putnam ln**
**bowler, WI 54416**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2187
**Nonpriority creditor's name and mailing address**
**Ed Weathersbee**
**199 Tangerine Road**
**Eastman, Georgia 31023-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2188
**Nonpriority creditor's name and mailing address**
**Edd Marunenko**
**2333 Mostensen Ct**
**Elverta, CA 95626**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2189
**Nonpriority creditor's name and mailing address**
**Eddie Ambonisye**
**2500 Alpha CT E**
**Dekalb, IL 60115**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2190
**Nonpriority creditor's name and mailing address**
**EDDIE LOEWEN**
**907 nw ave g**
**seminole, TX 79360**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2191
**Nonpriority creditor's name and mailing address**
**Eddie Shaw**
**900 Lake Carolyn**
**Apt 550**
**Irving, TX 75039**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2192
**Nonpriority creditor's name and mailing address**
**Eddie Walker**
**1544 Jones Rd,**
**Sandersville, GA 31082**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2193
**Nonpriority creditor's name and mailing address**
**EDENS JOSEPH**
**520 MEADOW BEND DR**
**DAVENPORT, FL 33837**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2194
**Nonpriority creditor's name and mailing address**
**Eder Pretto**
**10478 San Pablo Ave El cerrito**
**San Francisco, CA 94530**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2195
**Nonpriority creditor's name and mailing address**
**Edgar Armenta**
**1403 W Alcott**
**Wichita, KS 67204**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2196
**Nonpriority creditor's name and mailing address**
**Edgar Betancourt**
**600 Bushytail Court**
**Frederick, MD 21703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2197
**Nonpriority creditor's name and mailing address**
**edgar davila**
**4021 sw 26th st**
**oklahoma city, OK 73108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2198
**Nonpriority creditor's name and mailing address**
**Edgar Eleccion**
**13838 Burrage Street**
**Eastvale, CA 92880-3044**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2199
**Nonpriority creditor's name and mailing address**
**Edgar Eleccion**
**13838 Burrage St**
**Eastvale, CA 92880**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.2200** **Nonpriority creditor's name and mailing address**
**Edgar Padilla**
**16282 E Main St**
**Apt 10G**
**Tustin, FL 92780**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2201** **Nonpriority creditor's name and mailing address**
**edgar perez**
**8841 sw 25 st**
**Miami, FL 33165**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2202** **Nonpriority creditor's name and mailing address**
**Edgard Rutayisire**
**255 Timber Ridge Ct**
**Joliet, IL 60431**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2203** **Nonpriority creditor's name and mailing address**
**Edilbek Kamalov**
**1727W Crystal ln**
**207**
**Mount prospect, IL 60056**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2204** **Nonpriority creditor's name and mailing address**
**Edison Abril**
**6361 TAMIAMI CANAL RD**
**MIAMI, FL 33126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2205** **Nonpriority creditor's name and mailing address**
**Edison Lam**
**309 N Holliston Ave.**
**#4**
**Pasadena, CA 91106**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2206 **Nonpriority creditor's name and mailing address**
**Edison Zhang**
**850 Front St Apt 324**
**850 Front St Apt 324**
**San Francisco, CA 94111**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2207 **Nonpriority creditor's name and mailing address**
**Edmund Yeargan**
**1255 Carter rd**
**Decatur, GA 30030**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2208 **Nonpriority creditor's name and mailing address**
**Edna Clerveaux**
**1905 Kingscreek Dr**
**1905 Kingscreek DR**
**Grove City, OH 43123**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2209 **Nonpriority creditor's name and mailing address**
**Edouard Angrand**
**5627 N 11th St**
**Philadelphia, PA 19141**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2210 **Nonpriority creditor's name and mailing address**
**Edouard Angrand**
**5627 N 11th St**
**Philadelphia, PA 19141**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2211 **Nonpriority creditor's name and mailing address**
**Edreese Andrews**
**126 w high st**
**Manheim, PA 17545**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2212
**Nonpriority creditor's name and mailing address**
**eduardo dubon**
**2901 central blvd**
**brownsville, TX 78520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2213
**Nonpriority creditor's name and mailing address**
**Eduardo Galindo**
**160 Carson Rd**
**Battle Mountain, FL 89820**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2214
**Nonpriority creditor's name and mailing address**
**Eduardo Hernandez**
**2092 CRANWORTH CR**
**SAN JOSE, CA 95121**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2215
**Nonpriority creditor's name and mailing address**
**Eduardo Hernandez**
**2092 CRANWORTH CR**
**SAN JOSE, CA 95121**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2216
**Nonpriority creditor's name and mailing address**
**Eduardo Rivera**
**3701 Myrtle Springs Road**
**Benbrook, TX 76116**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2217
**Nonpriority creditor's name and mailing address**
**Eduardo Rodriguez**
**12901 W. Jensen Ave**
**Kerman, California 93630-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2218

**Nonpriority creditor's name and mailing address**
**Eduardo Venegas**
**123 walnut st**
**port clinton, OH 43452**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2219

**Nonpriority creditor's name and mailing address**
**Eduardo Zamora**
**8200 Orchard Dr**
**Denver, FL 80221**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2220

**Nonpriority creditor's name and mailing address**
**Edvin Vartanian**
**6007 SONOMA STATION AVE**
**LAS VEGAS, NV 89139**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2221

**Nonpriority creditor's name and mailing address**
**Edward Aguirre**
**8571 NW 191 Street**
**Hialeah, FL 33015**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2222

**Nonpriority creditor's name and mailing address**
**Edward Bund**
**441 N Prospect Ave**
**Redondo Beach, CA 90277**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2223

**Nonpriority creditor's name and mailing address**
**Edward Cheung**
**7462 Hither way**
**Sacramento, CA 95822**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2224
**Nonpriority creditor's name and mailing address**
**Edward Conway**
**1455 Green Oak Rd**
**Vista, CA 92081-8738**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2225
**Nonpriority creditor's name and mailing address**
**Edward Di Rugeris**
**136 Upper Mountain Avenue**
**Montclair, NJ 07042**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2226
**Nonpriority creditor's name and mailing address**
**Edward Dobrowski**
**1 Arcturus Lane**
**Emigrant, MT 59027**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2227
**Nonpriority creditor's name and mailing address**
**Edward Dobrowski**
**1 Arcturus Lane**
**Emigrant, MT 59027**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2228
**Nonpriority creditor's name and mailing address**
**Edward Gannon**
**83 Sandy Lane**
**Meriden, CT 06450**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2229
**Nonpriority creditor's name and mailing address**
**Edward Goble**
**5621 Bonner Drive**
**Haltom City, TX 76148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.2230** **Nonpriority creditor's name and mailing address**
**Edward Gomez**
**28683 La Azteca**
**Laguna Niguel, CA 92656**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2231** **Nonpriority creditor's name and mailing address**
**Edward Hassick**
**29 Jade Lane**
**Phillipsburg, NJ 08865**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2232** **Nonpriority creditor's name and mailing address**
**Edward Hsiao**
**689 Endicott Dr.**
**Sunnyvale, CA 94087**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2233** **Nonpriority creditor's name and mailing address**
**Edward Kim**
**2149 Tierra Loma Drive**
**Diamond Bar, CA 91765**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2234** **Nonpriority creditor's name and mailing address**
**Edward Lee**
**460 BOUNDARY OAK WAY**
**WALNUT CREEK, CA 94598**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2235** **Nonpriority creditor's name and mailing address**
**Edward Nunez**
**4641 SW 1st Street**
**Miami, FL 33134**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2236
**Nonpriority creditor's name and mailing address**
**edward Robinson**
**5925 Terrace Oaks Lane**
**Fort Worth, TX 76112**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2237
**Nonpriority creditor's name and mailing address**
**edward Robinson**
**5925 Terrace Oaks Lane**
**Fort Worth, TX 76112**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2238
**Nonpriority creditor's name and mailing address**
**Edwin Amirian**
**4539 Cartina Way**
**El Dorado Hills, CA 95762**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2239
**Nonpriority creditor's name and mailing address**
**Edwin Barnes**
**258 Pink Granite Blvd**
**Dripping springs, TX 78620**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2240
**Nonpriority creditor's name and mailing address**
**Edwin Briones**
**28751 Tonya St**
**28751 Tonya St**
**Murrieta, ca 92563**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2241
**Nonpriority creditor's name and mailing address**
**Edwin Cape**
**120 E Wedgwood Dr**
**Yorktown, VA 23693-5507**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2242

**Nonpriority creditor's name and mailing address**
**Edwin Cruz**
**811 Bronx River Road**
**Apt. 2E**
**Yonkers, NY 10708**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2243

**Nonpriority creditor's name and mailing address**
**edwin dorval**
**7256 montereal path**
**lake worth, FL 33463**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2244

**Nonpriority creditor's name and mailing address**
**Edwin Mendoza**
**2 circle dr**
**palestine, TX 75801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2245

**Nonpriority creditor's name and mailing address**
**Edwin Ng**
**1509 Stardust Drive**
**West Covina, CA 91790**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2246

**Nonpriority creditor's name and mailing address**
**Edwin Oak**
**141 Cardinal**
**Irvine, CA 92618**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2247

**Nonpriority creditor's name and mailing address**
**Edwin Ortiz Gonzalez**
**4 Deer Run Drive**
**Ellington, CT 06029**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2248
**Nonpriority creditor's name and mailing address**
**edwin quezada**
**456 beach 40th st**
**10A**
**far rockaway, NY 11691**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2249
**Nonpriority creditor's name and mailing address**
**Edwin Shaw**
**4234 las brisas ct**
**irving, TX 75038**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2250
**Nonpriority creditor's name and mailing address**
**Edwin Sutirto**
**36 E Kerr St**
**Uniontown, PA 15401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2251
**Nonpriority creditor's name and mailing address**
**Edwin Thomas**
**664 Praderia Cir**
**Fremont, CA 94539**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2252
**Nonpriority creditor's name and mailing address**
**Edwin Urrieta**
**209 S El Molino Ave**
**Unit 2**
**Pasadena, CA 91101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2253
**Nonpriority creditor's name and mailing address**
**Edwin Vigil**
**12797 Raenette way**
**Moreno Valley, CA 92553**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2254
**Nonpriority creditor's name and mailing address**
**EFRAIN HERRERA MORA**
**38110 5th st East**
**APT 36**
**PALMDALE, CA 93550**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2255
**Nonpriority creditor's name and mailing address**
**Efrain Nicolas**
**896 co rd 95**
**Albertville, AL 35951**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2256
**Nonpriority creditor's name and mailing address**
**Eghe Uhakheme**
**9 E. Yale St.**
**Orlando, FL 32804**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2257
**Nonpriority creditor's name and mailing address**
**Eglath Naudet Massillon**
**7407 Springvale Dr**
**Louisville, KY 40241**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2258
**Nonpriority creditor's name and mailing address**
**Egzon Qukovci**
**3408 windyknoll dr**
**Lexington, KY 40515**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2259
**Nonpriority creditor's name and mailing address**
**Eh Doh**
**647 Oakland Ave**
**Kansas City, KS 66101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.2260** **Nonpriority creditor's name and mailing address**
**Ehsan Tariq**
**5504 overlook cir**
**white marsh, MD 21162**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2261** **Nonpriority creditor's name and mailing address**
**Eider Matos Alfaro**
**1670 Sardinia St SE**
**Palm Bay, FL 32909**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2262** **Nonpriority creditor's name and mailing address**
**ekta dudhatra**
**13720 ATLANTIS ST**
**APT 334**
**Herndon, VA 20171**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2263** **Nonpriority creditor's name and mailing address**
**El mehdi Hhdh**
**Jnxjn**
**Kndjjd**
**Jjdjdj, FL 48017**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2264** **Nonpriority creditor's name and mailing address**
**Elaine Ocampo**
**1655 Urbana Ln**
**Oxnard, CA 93030**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2265** **Nonpriority creditor's name and mailing address**
**Elaine Williams**
**501 E Hopkins Ct**
**Gilbert, AZ 85295**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2266
**Nonpriority creditor's name and mailing address**
**Elbert Reid III**
**5225 Longbranch Drive**
**169**
**Fayetteville, NC 28303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2267
**Nonpriority creditor's name and mailing address**
**Elbolsun Zhanybaev**
**2001 Plainview Ave**
**apt 1**
**Pittsburgh, PA 15226**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2268
**Nonpriority creditor's name and mailing address**
**Eldin Bukalo**
**757 Frost Rd**
**Waterbury, CT 06705**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2269
**Nonpriority creditor's name and mailing address**
**Elena Ward**
**5410 Richard Ave**
**Alexandria, LA 71302**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2270
**Nonpriority creditor's name and mailing address**
**Eli Grosz**
**Golders Green Rd**
**Lakewood, NJ 08701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2271
**Nonpriority creditor's name and mailing address**
**Eli McDermott-Amos**
**217 Sieger Rd**
**Kutztown, PA 19530**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2272
**Nonpriority creditor's name and mailing address**
**Eli Petersheim**
**1147 Robert Fulton Hwy**
**Quarryville, PA 17566**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2273
**Nonpriority creditor's name and mailing address**
**Eliane Goncalves Marques**
**3669 Ponderosa trl**
**Pinole, CA 94564**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2274
**Nonpriority creditor's name and mailing address**
**Elias Hernandez**
**3207 Buffalo Creek Cir**
**Royse City, FL 75189**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2275
**Nonpriority creditor's name and mailing address**
**Elias Notus**
**411 Norridgewock Street**
**Henderson, NV 89074**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2276
**Nonpriority creditor's name and mailing address**
**Elias Tsoukalis**
**2575 University Pkwy**
**405**
**Sarasota, FL 34243**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2277
**Nonpriority creditor's name and mailing address**
**Elieder Canosa Ledesma**
**3348 Briar Cliff Dr**
**Holiday, FL 34691**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2278
**Nonpriority creditor's name and mailing address**
**Eliezer Orellana**
**1788 N Acacia Ave**
**Rialto, CA 92376**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2279
**Nonpriority creditor's name and mailing address**
**Elijah Bowie**
**2659 Unbridled Ct**
**Powell, OH 43065**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2280
**Nonpriority creditor's name and mailing address**
**Elijah Brown**
**17137 E Evans Dr**
**Aurora, CO 80013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2281
**Nonpriority creditor's name and mailing address**
**Elijah Delaire**
**2249 w 26pl**
**Los Angeles, CA 90018**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2282
**Nonpriority creditor's name and mailing address**
**Elijah Jordan**
**4112 Yardley Ave N**
**Saint Petersburg, FL 33713**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2283
**Nonpriority creditor's name and mailing address**
**Elijah Norris**
**606 west maple st**
**Collinsville, OK 74021**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2284
**Nonpriority creditor's name and mailing address**
**Elijah Stanton**
**1902 Pinckney Court Apt B**
**KILLEEN, TX 76542**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2285
**Nonpriority creditor's name and mailing address**
**ELIJAH WILDE**
**1339 TRAPP LN**
**WINNETKA, IL 60093-1632**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2286
**Nonpriority creditor's name and mailing address**
**Elio Levy**
**1960 NW 175TH ST**
**MIAMI GARDENS, FL 33056**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2287
**Nonpriority creditor's name and mailing address**
**Eliyahu Ifrach**
**708 SHERWOOD ST**
**THE VILLAGES, FL 32162**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2288
**Nonpriority creditor's name and mailing address**
**Elizabeth Chatwind**
**4c Player Street**
**Pretoria, GP 00081**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2289
**Nonpriority creditor's name and mailing address**
**Elizabeth Colon**
**4760 W 9th Ave**
**Hialeah, FL 33012**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2290 **Nonpriority creditor's name and mailing address**
**Elizabeth Corey**
**3950 South Caudill Road**
**Palmer, AK 99645**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2291 **Nonpriority creditor's name and mailing address**
**Elizabeth Corpuz**
**11000 S. Eastern Avenue Apt 1516**
**Henderson, NV, NV 89052**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2292 **Nonpriority creditor's name and mailing address**
**ELIZABETH GATHONI**
**3526 PAIGEWOOD DR**
**PEARLAND, TX 77584**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2293 **Nonpriority creditor's name and mailing address**
**Elizabeth Wing**
**1515 E Fuller Dr**
**Holladay, UT 84124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2294 **Nonpriority creditor's name and mailing address**
**Elliko Eileen Jamdade**
**2515 Liberty St**
**Allentown, PA 18104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2295 **Nonpriority creditor's name and mailing address**
**Elliot Lombardo**
**2917 S Eugene Ln**
**Salt Lake City, UT 84115**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.2296

**Nonpriority creditor's name and mailing address**

**ellis jackson**
**4701 176th st sw A2**
**lynnwood, WA 98037**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.2297

**Nonpriority creditor's name and mailing address**

**Ellis Shropshire Jr**
**3035 Toms lane**
**Kodak, TN 37764**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.2298

**Nonpriority creditor's name and mailing address**

**Elson Wong**
**639 N 185th CT**
**Shoreline, WA 98133**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.2299

**Nonpriority creditor's name and mailing address**

**Elvens Athouriste**
**2022 Northeast 3rd Street**
**Boynton Beach, FL 33435**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.2300

**Nonpriority creditor's name and mailing address**

**Elver Morales**
**325 Greenlawn Dr**
**27203, NC 27203**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.2301

**Nonpriority creditor's name and mailing address**

**Elvin Saunders Jr**
**21185 Parc Dulles Sq**
**Apt 225**
**Sterling, VA 20166**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2302
**Nonpriority creditor's name and mailing address**
**Elvira Asylbaeva**
**400 w rand road, b303**
**Arlington Heights, IL 60004**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2303
**Nonpriority creditor's name and mailing address**
**Elvis Tucek**
**1537 Justice LN**
**Niles, MI 49120**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2304
**Nonpriority creditor's name and mailing address**
**Emanuel Avina**
**2211 S J ST**
**OXNARD, CA 93033**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2305
**Nonpriority creditor's name and mailing address**
**Emanuel Lewis**
**7003 Walkers Loop**
**San Antonio, FL 78233**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2306
**Nonpriority creditor's name and mailing address**
**emanuel pizano**
**955 country club drive**
**kankakee, IL 60901**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2307
**Nonpriority creditor's name and mailing address**
**Emanuel Solano**
**Hc 01Box 15735**
**Aguadilla, PR 00603**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.2308 | **Nonpriority creditor's name and mailing address**<br>**Emanuel Wall**<br>**71 Trotter Pl**<br>**Asheville, NC 28806**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2309 | **Nonpriority creditor's name and mailing address**<br>**Emenike Ojinmah**<br>**4925 S Vincennes Ave**<br>**1**<br>**CHICAGO, IL 60615**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2310 | **Nonpriority creditor's name and mailing address**<br>**Emerito Pinto**<br>**105 Heywood Ave**<br>**West Springfield, MA 01089**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2311 | **Nonpriority creditor's name and mailing address**<br>**Emil Dides**<br>**1620 Bardella DR**<br>**Leander, TX 78641**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2312 | **Nonpriority creditor's name and mailing address**<br>**Emil Skariah**<br>**564 Central Ave**<br>**River Vale, NJ 07675-5573**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2313 | **Nonpriority creditor's name and mailing address**<br>**Emili Lozanovski**<br>**3570 Babbs Road,**<br>**Apartment E**<br>**Nashport, OH 43830**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2314
**Nonpriority creditor's name and mailing address**
**emiliano villanueva**
**2601 stonybrook ave**
**merced, CA 95348**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2315
**Nonpriority creditor's name and mailing address**
**Emilio Chen**
**963 Overton Lea Rd**
**Nashville, TN 37220**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2316
**Nonpriority creditor's name and mailing address**
**Emilio Merisier**
**700 Toulon Drive**
**Poinciana, FL 34759**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2317
**Nonpriority creditor's name and mailing address**
**Emilio Merisier**
**700 Toulon Drive**
**Poinciana, FL 34759**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2318
**Nonpriority creditor's name and mailing address**
**Eminence South**
**2119 Pecan Ridge Dr**
**Forney, TX 75126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2319
**Nonpriority creditor's name and mailing address**
**Emmanuel Adegbola**
**2820 SONORA LANE**
**Mesquite, TX 75181**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2320 **Nonpriority creditor's name and mailing address**
**Emmanuel Adegbola**
**2820 SONORA LANE**
**Mesquite, TX 75181**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2321 **Nonpriority creditor's name and mailing address**
**Emmanuel Asangmbeng**
**15100 Joppa Place**
**Bowie, MD 20721**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2322 **Nonpriority creditor's name and mailing address**
**Emmanuel EGBUKUYOMI**
**2317 Greene St**
**Building 57, Apt 3**
**Hollywood, FL 33020**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2323 **Nonpriority creditor's name and mailing address**
**Emmanuel Franklin**
**460 Stone Shadow Dr**
**Blacklick, OH 43004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2324 **Nonpriority creditor's name and mailing address**
**Emmanuel Nwosu**
**1120 Saint Johns Place**
**505**
**Brooklyn, NY 11213**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2325 **Nonpriority creditor's name and mailing address**
**Emmanuel Pedroza**
**889 Madden St, Tontitown, AR 72762 US**
**Tontitown, AR 72762**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2326
**Nonpriority creditor's name and mailing address**
**Emon Rahman**
**1988 13th St NW**
**Winter Haven, FL 33881**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2327
**Nonpriority creditor's name and mailing address**
**Emre Sabuncuoglu**
**690 S Marengo Ave**
**Unit 2**
**Pasadena, CA 91106**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2328
**Nonpriority creditor's name and mailing address**
**Ene Busari**
**1206 Mondavi Ct**
**Crown Point, IN 46307**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2329
**Nonpriority creditor's name and mailing address**
**Enes OKSUZ**
**4359 S Fairfield Ave**
**Basement 1**
**Chicago, IL 60632**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2330
**Nonpriority creditor's name and mailing address**
**Enmanuel Pena**
**1180 pearl Tree Road**
**Deltona, FL 32725**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2331
**Nonpriority creditor's name and mailing address**
**Enoch rochester**
**1613 e 74th pl, Chicago Il 60649**
**Chicago, IL 60649**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2332
**Nonpriority creditor's name and mailing address**
**Enrique Barron**
**2981 Gulf to Bay Blvd**
**Apt 1334**
**Clearwater, FL 33759**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2333
**Nonpriority creditor's name and mailing address**
**Enrique Henriquez**
**1124 Sunderland ln**
**Fort Worth, TX 76134**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2334
**Nonpriority creditor's name and mailing address**
**Enrique Luque Rico**
**28 Eagle Point**
**Irvine, CA 92604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2335
**Nonpriority creditor's name and mailing address**
**Enrique Mandujano**
**12911 Galway St**
**201**
**Garden Grove, CA 92841**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2336
**Nonpriority creditor's name and mailing address**
**Enrique Monsevais**
**205 E Carol Avenue**
**Kingsville, TX 78363**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2337
**Nonpriority creditor's name and mailing address**
**Enrique Torres**
**4417 freer st**
**Detroit, MI 48210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2338
**Nonpriority creditor's name and mailing address**
**Enrique Vilchez**
**5307 Nw 90th Ave**
**Sunrise, FL 33351**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2339
**Nonpriority creditor's name and mailing address**
**Enrique Zamora**
**1020 loma verde dr**
**New Braunfels, TX 78130**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2340
**Nonpriority creditor's name and mailing address**
**Erasmo Partida**
**6025 Wildflower Way**
**Aubrey, TX 76227**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2341
**Nonpriority creditor's name and mailing address**
**Erby Lubin**
**236 High St**
**Monroe, NY 10950**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2342
**Nonpriority creditor's name and mailing address**
**Eriberto Perez Lopez**
**7600 Fairview Rd**
**Hollister, CA 95023**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2343
**Nonpriority creditor's name and mailing address**
**Eric Ahrens**
**3312 Echo Dells Ave**
**Stevens Point, WI 54481**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2344
**Nonpriority creditor's name and mailing address**
**Eric Armbruster**
**7932 SUTHERLAND CT**
**PASADENA, MD 21122**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2345
**Nonpriority creditor's name and mailing address**
**Eric Bifolck**
**14 Samuel Road**
**Chelmsford, MA 01824**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2346
**Nonpriority creditor's name and mailing address**
**Eric Birdsong**
**14269 Hunter CRK**
**El Paso, TX 79938**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2347
**Nonpriority creditor's name and mailing address**
**Eric Cruz**
**616 Purple Sage Trail**
**Mesquite, TX 75149**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2348
**Nonpriority creditor's name and mailing address**
**Eric Dong**
**15585 Tracy Street**
**San Lorenzo, CA 94580**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2349
**Nonpriority creditor's name and mailing address**
**Eric Evans**
**292 N Hillside Dr**
**Paw Paw, WV 25434**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2350
**Nonpriority creditor's name and mailing address**
**Eric Frishman**
**237 Willow Ave**
**Wayne, PA 19087**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2351
**Nonpriority creditor's name and mailing address**
**Eric Gilliam**
**1463 Sunnyside Lane**
**Emporia, VA 23847**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2352
**Nonpriority creditor's name and mailing address**
**Eric Glanzman**
**1921 Winslet Pl Apt 3D**
**Indianapolis, IN 46217**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2353
**Nonpriority creditor's name and mailing address**
**Eric Green**
**226 Brattice Dr**
**Midlothian, VA 23114**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2354
**Nonpriority creditor's name and mailing address**
**Eric Groenberg**
**615 Corona Ct**
**Vista, CA 92081**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2355
**Nonpriority creditor's name and mailing address**
**Eric Hamilton**
**3277 Hideaway Lane**
**Loganville, GA 30052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2356
**Nonpriority creditor's name and mailing address**
**Eric Hernandez**
**877 Cambridge Pl**
**Wheeling, IL 60090**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2357
**Nonpriority creditor's name and mailing address**
**Eric Houston**
**10444 US HIGHWAY 129**
**Live Oak, FL 32060**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2358
**Nonpriority creditor's name and mailing address**
**Eric Johnson**
**900 Klaby Meaux Road**
**Kaplan, LA 70548**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2359
**Nonpriority creditor's name and mailing address**
**Eric Kim**
**42-12 28th St**
**Long Island City, NY 11101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2360
**Nonpriority creditor's name and mailing address**
**Eric LaPatka**
**19655 Grover Street**
**Omaha, NE 68130**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2361
**Nonpriority creditor's name and mailing address**
**Eric Lazarian**
**245 Kelton St. Unit 12A**
**Allston, MA 02134**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2362

**Nonpriority creditor's name and mailing address**
**Eric Lewis-Gonzalez**
**955 N Orlando Ave**
**APT 441**
**Maitland, FL 32751**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2363

**Nonpriority creditor's name and mailing address**
**Eric Lewis-Gonzalez**
**955 N Orlando Ave**
**Apt 441**
**Maitland, FL 32751**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2364

**Nonpriority creditor's name and mailing address**
**Eric Lim**
**109 Villaggio Dr**
**Lafayette, LA 70508**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2365

**Nonpriority creditor's name and mailing address**
**Eric Martinez**
**205 Via Altos**
**Mesquite, TX 75150**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2366

**Nonpriority creditor's name and mailing address**
**Eric Morales**
**180 City Blvd W**
**Apt 207**
**Orange, CA 92868**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2367

**Nonpriority creditor's name and mailing address**
**Eric Paige**
**7268 Clear Range Ave**
**Las Vegas, NV 89178**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2368
**Nonpriority creditor's name and mailing address**
**Eric Peterson**
**866 E Birken St**
**Washington, UT 84780**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2369
**Nonpriority creditor's name and mailing address**
**Eric Ranadive**
**4923 8th ave apt d5**
**Brooklyn, FL 11220**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2370
**Nonpriority creditor's name and mailing address**
**Eric Schultz II**
**2027 SW Arnold Ave**
**Topeka, KS 66604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2371
**Nonpriority creditor's name and mailing address**
**Eric Steffel**
**11271 NW 73rd Ct**
**Chiefland, FL 32626**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2372
**Nonpriority creditor's name and mailing address**
**Eric Streller**
**6312 S Gregory Rd**
**El Reno, OK 73036**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2373
**Nonpriority creditor's name and mailing address**
**Eric Sturdivant**
**1345 Tumblerock Way**
**Loganvilee, GA 30052**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.2374 | **Nonpriority creditor's name and mailing address**<br>**Eric Tran**<br>**1940 West 6th Street**<br>**Brooklyn, NY 11223**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2375 | **Nonpriority creditor's name and mailing address**<br>**Eric Vongsay**<br>**2424 50TH AVE N**<br>**LOT 177**<br>**ST PETERSBURG, FL 33714**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2376 | **Nonpriority creditor's name and mailing address**<br>**Eric Waddell**<br>**8139 Emerald Forest Ct**<br>**Sanford, FL 32771**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2377 | **Nonpriority creditor's name and mailing address**<br>**Eric Willis**<br>**114 Cazier Dr**<br>**Middletown, DE 19709**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2378 | **Nonpriority creditor's name and mailing address**<br>**eric witges**<br>**319 buckington street**<br>**saint peters, MO 63376**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2379 | **Nonpriority creditor's name and mailing address**<br>**Eric Yang**<br>**6128 Hart Avenue**<br>**Temple City, CA 91780**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2380
**Nonpriority creditor's name and mailing address**
**Erica Onyewuchi**
**2044 HERITAGE PLACE**
**MORROW, GA 30260**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2381
**Nonpriority creditor's name and mailing address**
**Erich Laubscher**
**3 Schoongezicht Street**
**Greenway Rise**
**Somerset West, WC 07130**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2382
**Nonpriority creditor's name and mailing address**
**Erich Richardson**
**7082 Patton Rd**
**Deforest, WI 53532-1866**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2383
**Nonpriority creditor's name and mailing address**
**Erick Aduan**
**4250 Waterside Pointe Cir**
**Orlando, FL 32829**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2384
**Nonpriority creditor's name and mailing address**
**Erick Fabian Reyes Ruiz**
**34901 Oyster Bay Terrace**
**Fremont, CA 94555**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2385
**Nonpriority creditor's name and mailing address**
**Erick Gaona**
**3118 Glastonbury Dr**
**Pearland, TX 77581**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.2386

**Nonpriority creditor's name and mailing address**

**Erick Gomez**
**3020 Texas Ave**
**Kenner, LA 70065**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.2387

**Nonpriority creditor's name and mailing address**

**Erick Mendoza**
**3235 Heritage Trail Blvd**
**Apt 3309**
**Denton, TX 76201**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.2388

**Nonpriority creditor's name and mailing address**

**Erick Millien**
**1323 SEAVIEW**
**North Lauderdale, FL 33068**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.2389

**Nonpriority creditor's name and mailing address**

**erick santos**
**18 Portland Street**
**Lawrence, MA 01843**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.2390

**Nonpriority creditor's name and mailing address**

**Erick Valdez**
**131 Bristol Blvd**
**San Leandro, CA 94577**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.2391

**Nonpriority creditor's name and mailing address**

**Erik Crow**
**12022 Hartdale Ave**
**La Mirada, CA 90638**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.2392** **Nonpriority creditor's name and mailing address**
**erik lemus becerra**
**6908 w verde LN**
**phoenix, AZ 85033**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2393** **Nonpriority creditor's name and mailing address**
**Erik Mourin**
**15932 SW 64th Terrace**
**Miami, FL 33193**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2394** **Nonpriority creditor's name and mailing address**
**Erik Plunkett**
**4081 NC Hwy 42 S**
**Asheboro, NC 27205**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2395** **Nonpriority creditor's name and mailing address**
**Erik Scott**
**23406 Bolivar**
**Mission Viejo, CA 92691**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2396** **Nonpriority creditor's name and mailing address**
**Erika Ferretti**
**1442 SW 58th Ln**
**CAPE CORAL, FL 19335-1535**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2397** **Nonpriority creditor's name and mailing address**
**Erika Pflederer**
**1540 W Hood Ave**
**Chicago, IL 60660**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2398
**Nonpriority creditor's name and mailing address**
**Erin Willits**
**68-059 Waialua Beach Rd**
**A**
**Waialua, HI 96791**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2399
**Nonpriority creditor's name and mailing address**
**Erkinbek Sherov**
**1931 Prairie Sq Apt 107**
**Schaumburg, IL 60173**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2400
**Nonpriority creditor's name and mailing address**
**Ermek Zamirov**
**2761 Odlum dr**
**Schaumburg, IL 60194**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2401
**Nonpriority creditor's name and mailing address**
**Ernest Adjei**
**27 Garibaldi Ave**
**Newark, NJ 07114**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2402
**Nonpriority creditor's name and mailing address**
**Ernesto Fernandez**
**5828 tuckertown ln**
**Fayetteville, NC 28314**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2403
**Nonpriority creditor's name and mailing address**
**Ernesto Gonzalez**
**13829 Earpod Dr.**
**Orlando, FL 32828**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2404 **Nonpriority creditor's name and mailing address**
**Ernesto Ulloa**
**55 Haynes ln**
**A**
**Brownsville, TX 78521**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2405 **Nonpriority creditor's name and mailing address**
**Ernesto Zapata**
**2811 N Pine Island Rd.**
**Apt 304**
**SUNRISE, FL 33322**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2406 **Nonpriority creditor's name and mailing address**
**Errol Nelson**
**188 N 9th St**
**2**
**paterson, NJ 07522**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2407 **Nonpriority creditor's name and mailing address**
**erving farley**
**26 Breckenridge Ter**
**apt 1**
**Irvington, NJ 07111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2408 **Nonpriority creditor's name and mailing address**
**Erving Leyva**
**4715 E Alta Vista Rd**
**Phoenix, AZ 85042**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2409 **Nonpriority creditor's name and mailing address**
**Erwin Oscar**
**6197 Pinewood ave**
**Las Vegas, NV 89103**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.2410 | Nonpriority creditor's name and mailing address<br>**Erwin Urbano**<br>**1077 Mayfield Way**<br>**Suisun City, CA 94585**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2411 | Nonpriority creditor's name and mailing address<br>**Esai Palacios**<br>**3634 cherokee ave**<br>**San Diego, CA 92104**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2412 | Nonpriority creditor's name and mailing address<br>**Esau Dimas**<br>**213 Dartmouth Dr**<br>**Rockwall, TX 75032**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2413 | Nonpriority creditor's name and mailing address<br>**Eshan Samuel**<br>**1302 S Wiggins Ave**<br>**Springfield, IL 62704**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2414 | Nonpriority creditor's name and mailing address<br>**esmer ralda**<br>**ampayon**<br>**taligaman p5**<br>**manila, FL 63332**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2415 | Nonpriority creditor's name and mailing address<br>**Essa Desai**<br>**707 el dorado blvd**<br>**apt 1302**<br>**Houston, TX 77062**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.2416** Nonpriority creditor's name and mailing address
**Esteban Barista**
**36 Underhill Ave**
**Roosevelt, NY 11575**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2417** Nonpriority creditor's name and mailing address
**Esteban Lemus-Guiza**
**2604 9th Ave SE**
**Hickory, NC 28602**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2418** Nonpriority creditor's name and mailing address
**Esteban Minoso**
**3817 NW 17TH AVE**
**Miami, FL 33142**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2419** Nonpriority creditor's name and mailing address
**Estelle Williams**
**484 Martin St SE, Atlanta, GA 30312 US**
**Atlanta, GA 30312**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2420** Nonpriority creditor's name and mailing address
**Esther Juliet Nabeta**
**360 E 1st Street**
**456**
**Tustin, CA 92780**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2421** Nonpriority creditor's name and mailing address
**ESWARARAO PUDI**
**3991 SE 85TH AVE**
**HILLSBORO, OR 97123**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2422
**Nonpriority creditor's name and mailing address**
**ETHAN AHRENS**
**5458 Glenwood Ave**
**Stevens Point, WI 54482**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2423
**Nonpriority creditor's name and mailing address**
**Ethan Brodey**
**6421 Lakeshore Rd S**
**Canastota, NY 13032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2424
**Nonpriority creditor's name and mailing address**
**Ethan Chan**
**320 Tri City Road**
**Somersworth, NH 03878**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2425
**Nonpriority creditor's name and mailing address**
**Ethan Hall**
**2891 N Hobbs Creek Dr**
**Layton, UT 84040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2426
**Nonpriority creditor's name and mailing address**
**Ethan Keys**
**476 N oliver ave**
**Fayetteville, AR 72701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2427
**Nonpriority creditor's name and mailing address**
**Ethan Leib**
**1210 Whitney Ranch pkwy**
**unit 511**
**Rocklin, CA 95765**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.2428** **Nonpriority creditor's name and mailing address**
**ethan lindow**
**110 oakland springs**
**madison, AL 35756**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2429** **Nonpriority creditor's name and mailing address**
**Ethan Low**
**24 Colonial Way**
**New Providence, NJ 07974**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2430** **Nonpriority creditor's name and mailing address**
**Ethan Nguyen**
**11649 fairway dr**
**Irvington, AL 36544**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2431** **Nonpriority creditor's name and mailing address**
**Ethan Stafford**
**10328 Wildman Road**
**North East, PA 16428**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2432** **Nonpriority creditor's name and mailing address**
**eugene harris**
**16 e 5th street**
**102**
**tulsa, OK 74105**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2433** **Nonpriority creditor's name and mailing address**
**Eugene Herscher**
**1168 Brantley Estate Drive**
**Altamonte Springs, FL 32714**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2434
**Nonpriority creditor's name and mailing address**
**eugene martinez**
**4311 county rd 3841**
**san antonio, TX 78253**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2435
**Nonpriority creditor's name and mailing address**
**Eugene Taylor**
**2405 Minden way**
**Sacramento, CA 95835**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2436
**Nonpriority creditor's name and mailing address**
**Eugene van der Merwe**
**Bergrivier Street**
**Aerorand**
**Middelburg, MP 01055**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2437
**Nonpriority creditor's name and mailing address**
**Eugenia Addie-Noye**
**8126 Creek Street**
**Jonesboro, GA 30236**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2438
**Nonpriority creditor's name and mailing address**
**eugenio penalosa**
**3253 Boland Ct**
**N las vegas, NV 89032**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2439
**Nonpriority creditor's name and mailing address**
**Eun Myung**
**523 E GRAVES AVE**
**UNIT B**
**MONTEREY PARK, CA 91755-4101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2440

**Nonpriority creditor's name and mailing address**
**Eun Young Kim**
**17 Moonstone, irvine, CA 92602 US**
**irvine, CA 92602**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2441

**Nonpriority creditor's name and mailing address**
**Eva Digan**
**4895 E Russell Rd, Apt 318**
**Las Vegas, NV 89120**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2442

**Nonpriority creditor's name and mailing address**
**Evan Butler**
**14800 NW Cornell Rd**
**4G**
**Portland, OR 97229**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2443

**Nonpriority creditor's name and mailing address**
**Evan Cockrum**
**2443 highway 31 N**
**Beebe, AR 72012**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2444

**Nonpriority creditor's name and mailing address**
**Evan Corbett**
**16300 Old Emmitsburg Rd**
**Emmitsburg, MD 21727**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2445

**Nonpriority creditor's name and mailing address**
**Evan Dent**
**1554 Millersville Rd**
**Millersville, MD 21108**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2446
**Nonpriority creditor's name and mailing address**
**Evan Dyba**
**2551 South Williams Street**
**Denver, CO 80210**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2447
**Nonpriority creditor's name and mailing address**
**evan garcia**
**65 Shutter Lane**
**oyster bay, NY 11771**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2448
**Nonpriority creditor's name and mailing address**
**Evan Locke**
**3086 farmall st**
**bozeman, MT 59718**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2449
**Nonpriority creditor's name and mailing address**
**Evan Mendes**
**27 Afonso Way**
**Milliville, MA 01529**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2450
**Nonpriority creditor's name and mailing address**
**Evan Phillips**
**1219 Greenwood Dr**
**1219 Greenwood Dr**
**Wheaton, IL 60189**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2451
**Nonpriority creditor's name and mailing address**
**Evan Roberts**
**111 Allen St**
**Lampasas, TX 76550**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2452
**Nonpriority creditor's name and mailing address**
**Evan Sperling**
**2200 W San Angelo street**
**Apt 2076**
**Gilbert, AZ 85233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2453
**Nonpriority creditor's name and mailing address**
**Evan Tauber**
**22 Walnut Street**
**Apt 3B**
**Morgantown, WV 26505**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2454
**Nonpriority creditor's name and mailing address**
**Evel Dumilor**
**1100 sw 4th ave**
**2B**
**Delray beach, FL 33444**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2455
**Nonpriority creditor's name and mailing address**
**Evert Palmer**
**10419 Goosefoot Court NW**
**Concord, NC 28027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2456
**Nonpriority creditor's name and mailing address**
**everton silva**
**57 alexander st**
**greenwich, CT 06830**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2457
**Nonpriority creditor's name and mailing address**
**evgueni korobenko**
**7 concord dr**
**milford, DE 19963**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2458 **Nonpriority creditor's name and mailing address**
**Ezechiel Toussaint**
**4329 Mahogany run**
**winter haven, FL 33884**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2459 **Nonpriority creditor's name and mailing address**
**Ezra Arek**
**6010 Winding Bridge Dr**
**Jacksonville, FL 32277**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2460 **Nonpriority creditor's name and mailing address**
**EZRA REANG**
**48 BREED ST**
**Lynn, MA 01902**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2461 **Nonpriority creditor's name and mailing address**
**Faaiz Aftab**
**53 fox lane dixhills**
**dixhills, NY 11746**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2462 **Nonpriority creditor's name and mailing address**
**Fabian Reid**
**725 Wyona st**
**Brooklyn, NY 11207**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2463 **Nonpriority creditor's name and mailing address**
**Fabio Machado**
**340 nw 38th st**
**pompano beach, FL 33064**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2464 **Nonpriority creditor's name and mailing address**
**fabio meurer**
**111 lincoln ave**
**bridgeport, CT 06606**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2465 **Nonpriority creditor's name and mailing address**
**Fabrice Similien**
**234 clinton Ave**
**5**
**jersey city, NJ 07304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2466 **Nonpriority creditor's name and mailing address**
**Fabrice Similien**
**234 Clinton Avenue**
**Apt5**
**Jersey City, NJ 07304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2467 **Nonpriority creditor's name and mailing address**
**Fabricio Munoz**
**176 Dundee Ave**
**Paterson, NJ 07503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2468 **Nonpriority creditor's name and mailing address**
**fahad haroon**
**589 lawton bridge road**
**smyrna, GA 30082**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2469 **Nonpriority creditor's name and mailing address**
**FAHAD SHABBIR**
**2522 RENARD RD**
**GREENSBORO, NC 27406**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2470
**Nonpriority creditor's name and mailing address**
**Fahd Huter**
**2330 Newtown Ave**
**3CW**
**astoria, NY 11102**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2471
**Nonpriority creditor's name and mailing address**
**Fahriyor Mamadiyorov**
**1552 Englewood Court**
**Maineville, OH 45039**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2472
**Nonpriority creditor's name and mailing address**
**Faisal Malik**
**910 Buttonwood Terrace NE**
**Leesburg, VA 20176**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2473
**Nonpriority creditor's name and mailing address**
**Faisal Rahman**
**345 W 50 St Apt 3A**
**New York, NY 10019**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2474
**Nonpriority creditor's name and mailing address**
**Faiz Khan**
**16108 West Moss Loop**
**Cypress, TX 77433**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2475
**Nonpriority creditor's name and mailing address**
**Faiz Maredia**
**23511 Meyers Cove Rd**
**Richmond, TX 77469**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2476
**Nonpriority creditor's name and mailing address**
**Falender Henry**
**733 Milano Ave S**
**Lehigh Acres, FL 33974**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2477
**Nonpriority creditor's name and mailing address**
**Fall Kimber Phiseme**
**933 Laurel Drive**
**Lake Park apt H**
**West Palm Beach, FL 33403**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2478
**Nonpriority creditor's name and mailing address**
**Fargos Mameri**
**1 Traverse Des Alvergnes**
**Batiment B**
**Marseille, FL 13013**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2479
**Nonpriority creditor's name and mailing address**
**Faried Kakar**
**421 Vine Cliff St**
**Ruskin, FL 33570**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2480
**Nonpriority creditor's name and mailing address**
**faris h**
**10604 broken spoke**
**mckinney, TX 75072**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2481
**Nonpriority creditor's name and mailing address**
**faris had**
**10604 broken spoke**
**mckinney, TX 75072**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2482
**Nonpriority creditor's name and mailing address**
**Faris Hanna**
**225 Avocado Ave**
**El Cajon, CA 92020**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2483
**Nonpriority creditor's name and mailing address**
**Fatimah KAREEM**
**7118 SILVER MINE CROSSING**
**AUSTELL, GA 30168**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2484
**Nonpriority creditor's name and mailing address**
**Fausto Bale**
**91-202 Waakea Place**
**Unit F**
**Kapolei, HI 96707**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2485
**Nonpriority creditor's name and mailing address**
**Faye Louie**
**3309 Schooner Drive**
**Stockton, CA 95219**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2486
**Nonpriority creditor's name and mailing address**
**Fazal Sohail**
**4113 Troost Avenue,**
**Apartment #105**
**Kansas City, Missouri, MO 64110**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2487
**Nonpriority creditor's name and mailing address**
**Fazal Sohail**
**4113 Troost Avenue,**
**Apartment #105**
**Kansas City, Missouri, MO 64110**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2488 **Nonpriority creditor's name and mailing address**
**fdsf dfsa**
**q3432 2345**
**sedafds, FL 34787**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2489 **Nonpriority creditor's name and mailing address**
**febin raju**
**4931 hickory branch lane**
**sugarland texas, TX 77479**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2490 **Nonpriority creditor's name and mailing address**
**fefew fewfwe**
**fwewef**
**aefwaef, FL 26225**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2491 **Nonpriority creditor's name and mailing address**
**Felix Abreu**
**253 E142 Street**
**3H**
**Bronx, NY 10451**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2492 **Nonpriority creditor's name and mailing address**
**Felix Sanchez**
**801 A Street**
**APT 918**
**San Diego, CA 92101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2493 **Nonpriority creditor's name and mailing address**
**Feng Deng**
**230 N Nicholson Ave**
**E**
**Monterey Park, CA 91755**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2494
**Nonpriority creditor's name and mailing address**
**Fengfang Valentine**
**503 Crestmont Lane**
**Canton, GA 30114**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2495
**Nonpriority creditor's name and mailing address**
**Fenique Hoorn**
**Granaatbos street 16**
**Molla**
**Laingsburg, WC 06900**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2496
**Nonpriority creditor's name and mailing address**
**Feodor Rapadas**
**1501 S Beach Blvd H802**
**La Habra, CA 90631**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2497
**Nonpriority creditor's name and mailing address**
**ferdaus mirzai**
**1805 Blackburn rd**
**Apt G**
**glen allen, VA 23060**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2498
**Nonpriority creditor's name and mailing address**
**Fernanda Trevizan pereira**
**57 Alexander Street**
**greenwich, CT 06830**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2499
**Nonpriority creditor's name and mailing address**
**Fernando Escobar**
**16210 N 33rd PL**
**Phoenix, AZ 85032**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.250 0
**Nonpriority creditor's name and mailing address**
**Fernando Torales**
**5806 Kingsbury Rd**
**Palmdale, CA 93552**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.250 1
**Nonpriority creditor's name and mailing address**
**Fernando Villalobos Balcazar**
**1233 Essex St**
**Apt 8**
**San Diego, California 92103-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.250 2
**Nonpriority creditor's name and mailing address**
**Fidel Gomez**
**26 Guernsey Drive**
**New Windsor, NY 12553**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.250 3
**Nonpriority creditor's name and mailing address**
**FIDELIS PRASETYO**
**15716 San Jose Avenue, Chino Hills, CA,**
**Chino Hills, CA 91709**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.250 4
**Nonpriority creditor's name and mailing address**
**fil alcayde**
**35 manchester ln**
**fairfield, CA 94533**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.250 5
**Nonpriority creditor's name and mailing address**
**Filipe Yalikanacea**
**2431 River Plaza Drive**
**SACRAMENTO, CA 95833**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2506
**Nonpriority creditor's name and mailing address**
**FIONA LI**
**8655 Broadway**
**610**
**new york, NY 11373**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2507
**Nonpriority creditor's name and mailing address**
**Fire Firef**
**Alabama 55**
**44**
**Wall, FL 06789**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2508
**Nonpriority creditor's name and mailing address**
**Flavio Mikhail**
**1415 E Jane Ave**
**Arlington Heights, IL 60004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2509
**Nonpriority creditor's name and mailing address**
**Florence Anyango**
**1616 Oviedo Grove Cir Apt 16**
**OVIEDO, FL 32765-7194**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2510
**Nonpriority creditor's name and mailing address**
**Florentino Villaro**
**1217 Ahiahi Street**
**Honolulu, HI 96817**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2511
**Nonpriority creditor's name and mailing address**
**FNU SUSHEELA**
**716 Black Maple Court**
**Loganville, GA 30052**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2512
**Nonpriority creditor's name and mailing address**
**Fnu Yohanes**
**51 Lakepines**
**Irvine, CA 92620**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2513
**Nonpriority creditor's name and mailing address**
**FOMO Trading LLC**
**801 Kenwood Rd**
**Drexel Hill, PA 19026**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2514
**Nonpriority creditor's name and mailing address**
**FORD NGUYEN**
**326 KENTWOOD DR**
**MURPHY, TX 75094**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2515
**Nonpriority creditor's name and mailing address**
**Forrest Aydt**
**418 1/2 S Front St**
**Mankato, MN 56001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2516
**Nonpriority creditor's name and mailing address**
**Forrest Merritt**
**2142 Hannah Way**
**Rocklin, CA 95765**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2517
**Nonpriority creditor's name and mailing address**
**Forrest Ozbolt**
**3203 Cerro Vista St**
**Huntsville, AL 35805**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2518

**Nonpriority creditor's name and mailing address**
**Fortay Christopher**
**520 Todd CT**
**Greer, SC 29651**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2519

**Nonpriority creditor's name and mailing address**
**Fortune Addrah**
**13700 tree Leaf Court**
**Upper Marlboro, MD 20774**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2520

**Nonpriority creditor's name and mailing address**
**Francis Arcilla**
**2556 Fading Mist Dr**
**Las Vegas, NV 89142**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2521

**Nonpriority creditor's name and mailing address**
**Francis Dogbey**
**7236 Yellowstone Dr**
**Frisco, FL 75033**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2522

**Nonpriority creditor's name and mailing address**
**Francis Gonzales**
**166 Porter Avenue**
**Bergenfield, NJ 07621**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2523

**Nonpriority creditor's name and mailing address**
**Francis Jedlinski**
**16 Tall Woods Dr**
**Manalapan, NJ 07726**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2524
**Nonpriority creditor's name and mailing address**
**Francis Tin Lam**
**13772 Goldenwest st**
**# 620**
**Westminster, CA 92683**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2525
**Nonpriority creditor's name and mailing address**
**Francis Vancamper**
**919 east 123 ave**
**Apt B**
**Tampa, FL 33612**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2526
**Nonpriority creditor's name and mailing address**
**Francis X Brady III**
**111 Aster Drive**
**Horseheads, NY 14845**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2527
**Nonpriority creditor's name and mailing address**
**Francisco Frias**
**25403 Lancaster Pine Dr.**
**Spring, TX 77389**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2528
**Nonpriority creditor's name and mailing address**
**francisco hierro**
**555 west 43rd**
**6L**
**new york, NY 10036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2529
**Nonpriority creditor's name and mailing address**
**Francisco Rivias**
**538 Radiance Ave**
**San Antonio, TX 78218**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2530 **Nonpriority creditor's name and mailing address**
**Francisco Tomas**
**300 Sequoyah Dr Ne**
**193**
**Fort Payne, AL 35967**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2531 **Nonpriority creditor's name and mailing address**
**Francisco Tomas**
**300 sequoyah**
**Fort payne, AL 39566**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2532 **Nonpriority creditor's name and mailing address**
**Francisco Urtiaga**
**7557 Black Olive Avenue**
**Tamarac, FL 33321**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2533 **Nonpriority creditor's name and mailing address**
**Franck Celestin**
**1803 Dempster Street**
**Evanston, IL 60201**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2534 **Nonpriority creditor's name and mailing address**
**Franck Levrier**
**3042 Eaglet Loop**
**Orlando, FL 32837**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2535 **Nonpriority creditor's name and mailing address**
**FRANCKLIN CELESTIN**
**5840 14TH CT 60AV NW**
**Lauderhill, FL 33313**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2536

**Nonpriority creditor's name and mailing address**
**Francklin Saintsulne**
**84 walnut st**
**woodbury, NJ 08096**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2537

**Nonpriority creditor's name and mailing address**
**Franco Pacelli**
**576 Valley Rd, #311**
**Wayne, NJ 07470**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2538

**Nonpriority creditor's name and mailing address**
**Frank Cantu**
**11173 Ashcraft Loop**
**Unit A**
**Fort Campbell, Kentucky 42223-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2539

**Nonpriority creditor's name and mailing address**
**Frank Cantu**
**11173 Ashcraft Loop**
**Unit A**
**Fort Campbell, KY 42223**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2540

**Nonpriority creditor's name and mailing address**
**frank lisath**
**2250 Somersworth Dr**
**Columbus, OH 43219**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2541

**Nonpriority creditor's name and mailing address**
**Frank Montesano**
**12819 Shadow Run Boulevard**
**RIVERVIEW, FL 33569**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.2542 | **Nonpriority creditor's name and mailing address**<br>**Frankie Capote**<br>**12259 Pioneers Way**<br>**Orlando, FL 32832**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2543 | **Nonpriority creditor's name and mailing address**<br>**Franklin Heath-Quashie**<br>**2-22 Hartley Place**<br>**Fair Lawn, NJ 07410**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2544 | **Nonpriority creditor's name and mailing address**<br>**Franklin Rodriguez Colon**<br>**43 Park Avenue apt 3**<br>**apt 3**<br>**NEWARK, NJ 07104**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2545 | **Nonpriority creditor's name and mailing address**<br>**Franklin Tran**<br>**3708 Baldwin Ave**<br>**16**<br>**El Monte, CA 91731**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2546 | **Nonpriority creditor's name and mailing address**<br>**Fred Simanek**<br>**2956 Irongate Place**<br>**Thousand Oaks, CA 91362**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2547 | **Nonpriority creditor's name and mailing address**<br>**Fred White**<br>**25191 Golf lake Circle**<br>**Bonita Springs, FL 34135**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2548
**Nonpriority creditor's name and mailing address**
**Freddie Potochney**
**434 May st**
**Plano il, IL 60545**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2549
**Nonpriority creditor's name and mailing address**
**Freddie Resto**
**6224 Babby Ln**
**Panama City, FL 32404**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2550
**Nonpriority creditor's name and mailing address**
**Freddie Tarrant**
**170 Indian Village Road**
**Blue Ridge, GA 30513**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2551
**Nonpriority creditor's name and mailing address**
**freddricus reedy**
**2670 Briarberry Dr**
**2670**
**Vestavia, AL 35226**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2552
**Nonpriority creditor's name and mailing address**
**Freddy Hernandez**
**2801 Herron Circle**
**Snellville, GA 30039**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2553
**Nonpriority creditor's name and mailing address**
**Frederick Bankston**
**1808 Persimmon Ave**
**Metairie, LA 70001**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2554
**Nonpriority creditor's name and mailing address**
**Frederick Estep**
**2206 Griffin Dr**
**Copperas Cove, TX 76522**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2555
**Nonpriority creditor's name and mailing address**
**Frederick Jackson**
**1500 A Riverwood Lane**
**A**
**Roswell, GA 30075**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2556
**Nonpriority creditor's name and mailing address**
**Frederick Mary Lamenaire Jean Michaud**
**2250 NW 114th ave**
**Miami, FL 33192**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2557
**Nonpriority creditor's name and mailing address**
**Frederick McCollor**
**706 Augusta Road**
**Winslow, ME 04901**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2558
**Nonpriority creditor's name and mailing address**
**Frederico Junqueira**
**5111 Valley Oak Drive**
**Austin, TX 78731**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2559
**Nonpriority creditor's name and mailing address**
**Fredrick Rosser**
**112 Munn Ave**
**Teaneck, NJ 07666**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2560 **Nonpriority creditor's name and mailing address**
**Fritz Toussaint**
**6642 Hollis st**
**Philadelphia, PA 19138**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2561 **Nonpriority creditor's name and mailing address**
**Froylan Valdez**
**1405 Saint Gabrielle Ln**
**Apt 3102**
**Weston, FL 33326**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2562 **Nonpriority creditor's name and mailing address**
**FTT Automation**
**-**
**-**
**-, - -**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2563 **Nonpriority creditor's name and mailing address**
**FTT Test**
**1410 N 112th Plaza**
**#2717**
**Omaha, NE 68154**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2564 **Nonpriority creditor's name and mailing address**
**Futsum Kahsay**
**5649 Rockrose Lane**
**Princeton, TX 75407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2565 **Nonpriority creditor's name and mailing address**
**Future Trader400**
**4430 Highfield Drive**
**Cumming, FL 30041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2566 **Nonpriority creditor's name and mailing address**
**Fynn Good**
**480 Mint Lane**
**Ventura, CA 93001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2567 **Nonpriority creditor's name and mailing address**
**Gabriel DiDario**
**365 Lauderdale Drive**
**Lavallette, NJ 08735**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2568 **Nonpriority creditor's name and mailing address**
**Gabriel Fahl**
**209 Orchard Park Drive**
**Cary, NC 27513**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2569 **Nonpriority creditor's name and mailing address**
**Gabriel Ingle**
**510 S Buntin ST**
**KENNEWICK, WA 99336**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2570 **Nonpriority creditor's name and mailing address**
**Gabriel Lujan**
**12861 Rock Cliff Ave**
**El Paso, TX 79928**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2571 **Nonpriority creditor's name and mailing address**
**Gabriel Mourra**
**540 enclave circle west**
**Pembroke Pines, FL 33027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2572
**Nonpriority creditor's name and mailing address**
**Gabriel Nesbit**
**1966 SE Emerald Ct.**
**Stuart, FL 34997**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2573
**Nonpriority creditor's name and mailing address**
**Gabriel Quiros**
**62 Stegman Street**
**Apt 1**
**Jersey City, NJ 07305**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2574
**Nonpriority creditor's name and mailing address**
**Gabriel Roberts**
**425 Lakewood Drive**
**Grayson, KY 41143**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2575
**Nonpriority creditor's name and mailing address**
**Gabriel Robinson**
**1201 Fairington Village Dr**
**Lithonia, GA 30038**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2576
**Nonpriority creditor's name and mailing address**
**Gabriel Rodriguez**
**10490 Polo Lake Dr W, #208 Wellington, F**
**Wellington, FL 33414**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2577
**Nonpriority creditor's name and mailing address**
**Gabriel Saientz**
**1401 SW 52nd Way**
**Plantation, FL 33317**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2578
**Nonpriority creditor's name and mailing address**
**Gabriel Sanchez**
**2675 NE Lancaster St**
**5**
**Corvallis, Oregon 97330-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2579
**Nonpriority creditor's name and mailing address**
**Gabriel Santos**
**418 Campus St.**
**Kissimmee, FL 34747**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2580
**Nonpriority creditor's name and mailing address**
**Gabriel Schatz**
**120 South 5th Street**
**Unit 201**
**Nashville, TN 37206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2581
**Nonpriority creditor's name and mailing address**
**Gabriel Torres**
**20764 Plum Canyon Road**
**Santa Clarita, CA 91350**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2582
**Nonpriority creditor's name and mailing address**
**Gabriel Varela**
**1416 Spence Ave SE**
**Albuquerque, NM 87106**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2583
**Nonpriority creditor's name and mailing address**
**Gabriel Werman**
**140 Ashland St N**
**MN - Cambridge, MN 55008**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2584
**Nonpriority creditor's name and mailing address**
**Gabriele Cavasino**
**2901 Kelvington Dr**
**Orlando, CO 32810**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2585
**Nonpriority creditor's name and mailing address**
**Gagan Grewal**
**20410 Roslindale Drive**
**Ashburn, VA 20147**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2586
**Nonpriority creditor's name and mailing address**
**Gagarin Natarajan**
**2519 Waterbury Ln**
**Buffalo Grove, IL 60089**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2587
**Nonpriority creditor's name and mailing address**
**Gage Callahan**
**13 Oak Rd**
**Saint Augustine, FL 32080-5932**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2588
**Nonpriority creditor's name and mailing address**
**Gage Marriott**
**27433 245 ST**
**Maryville, MO 64468**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2589
**Nonpriority creditor's name and mailing address**
**Gage Marriott**
**27433 245th St**
**Maryville, MO 64468**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2590
**Nonpriority creditor's name and mailing address**
**Gajendra Chhipa**
**8 Serrell Drive**
**Montvale, NJ 07645**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2591
**Nonpriority creditor's name and mailing address**
**Gam Thi Kim Duong**
**22 Ngach 14 Ngo 124 Minh Khai**
**Hanoi 00010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2592
**Nonpriority creditor's name and mailing address**
**GAMA TSHABANGU**
**25 Tshiame A**
**18281 Kgabisi, Bluegumbosch, Phuthaditjh**
**Harrismith, FS 09880**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2593
**Nonpriority creditor's name and mailing address**
**Gamini Kithsiri**
**3546 40th Way North**
**St. Petersburg, FL 33713**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2594
**Nonpriority creditor's name and mailing address**
**Ganesan Elangovan**
**3016 Palominos Pass**
**Leander, TX 78641**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2595
**Nonpriority creditor's name and mailing address**
**Ganesh Kumar Subramanian**
**2705 Leisure Ln**
**Little Elm, TX 75068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2596
**Nonpriority creditor's name and mailing address**
**Ganesh Vallamsetty**
**256 windrose ct**
**newbury park, CA 91320**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2597
**Nonpriority creditor's name and mailing address**
**ganga lesthuruge**
**15401 plantation oaks dr**
**apt07**
**tampa, FL 33647**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2598
**Nonpriority creditor's name and mailing address**
**GANGAREDDY ADE**
**646 WEST ELLSWORTH AVE**
**MOUNTAIN HOUSE, CA 95391**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2599
**Nonpriority creditor's name and mailing address**
**Garet Hough**
**15310 Belle Rae Ct**
**Bakersfield, CA 93314**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2600
**Nonpriority creditor's name and mailing address**
**Garin Beste**
**1086 Aruba Circle**
**Charleston, SC 29412**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2601
**Nonpriority creditor's name and mailing address**
**Garland Jean-Charles**
**1849 Sedgwick ave**
**Bronx, NY 10453**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2602
**Nonpriority creditor's name and mailing address**
**Garnette Garricks**
**2758 Chaddsford Circle**
**Apt. 106**
**Oviedo, FL 32765**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2603
**Nonpriority creditor's name and mailing address**
**Garo Tchakmakian**
**431 e chevy chase apt 5**
**5**
**Glendale, CA 91205**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2604
**Nonpriority creditor's name and mailing address**
**Garret Kung**
**2112 N Eastern Ave**
**Los Angeles, CA 90032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2605
**Nonpriority creditor's name and mailing address**
**Garrett Jung**
**16828 State Highway 24 NW**
**Clearwater, MN 55320**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2606
**Nonpriority creditor's name and mailing address**
**Garrett Malkuch**
**3214 Corpus Ave**
**Wolfforth, TX 79382**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2607
**Nonpriority creditor's name and mailing address**
**Garrett Russell**
**312 Avenida Santa Barbara APT A**
**San Clemente, CA 92672**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2608
**Nonpriority creditor's name and mailing address**
**Garrick Guzman**
**5150 Royal Cypress Cir**
**Tampa, FL 33647**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2609
**Nonpriority creditor's name and mailing address**
**Garrison Jackson**
**5313 Mountain Garland Ln**
**North Las Vegas, NV 89081**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2610
**Nonpriority creditor's name and mailing address**
**Garrison Mays**
**106 East Tombigbee Street**
**18**
**Florence, AL 35630**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2611
**Nonpriority creditor's name and mailing address**
**Garrison Smith**
**11037 Retreat Avenue**
**110**
**Orlando, FL 32817**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2612
**Nonpriority creditor's name and mailing address**
**Gary Allen**
**113 E. High st**
**Troy, IL 62294**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2613
**Nonpriority creditor's name and mailing address**
**Gary Bailey**
**4240 Riverview Rd**
**Fort Myers, FL 33905**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.2614** Nonpriority creditor's name and mailing address
**GARY BENNETT**
**2981 MARINE GRASS DRIVE**
**WIMAUMA, FL 33598**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2615** Nonpriority creditor's name and mailing address
**Gary Brown**
**8526 Seasons Road**
**Streetsboro, Ohio 44241-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2616** Nonpriority creditor's name and mailing address
**Gary DeMattia**
**1211 E Poplar St**
**Davisville, WV 26142**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2617** Nonpriority creditor's name and mailing address
**Gary Genovese**
**320 136th Street**
**H**
**Ocean City, MD 21842**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2618** Nonpriority creditor's name and mailing address
**Gary Goglia**
**370 Mars Ave.**
**Jupiter, FL 33469**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2619** Nonpriority creditor's name and mailing address
**GARY Greco**
**43796 Bent Creek Terrace**
**Leesburg, VA 20176**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2620
**Nonpriority creditor's name and mailing address**
**Gary Greco**
**43796 Bent Creek Terrace**
**Leesburg, VA 20176**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2621
**Nonpriority creditor's name and mailing address**
**Gary Hughes**
**4017 Burwood Dr**
**Roanoke, TX 76262**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2622
**Nonpriority creditor's name and mailing address**
**gary hurlock**
**196 jamison ave**
**lake placid, FL 33852**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2623
**Nonpriority creditor's name and mailing address**
**Gary Kidd**
**2624 Avon Drive**
**Garland, TX 75041**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2624
**Nonpriority creditor's name and mailing address**
**Gary Lenz**
**123 Winnie Ave**
**Ravena, NY 12143**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2625
**Nonpriority creditor's name and mailing address**
**Gary mcguire**
**5344 traditions dr**
**Indianapolis, IN 46235**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2626 **Nonpriority creditor's name and mailing address**
**Gary Rutherford**
**702 Sedgwick Drive**
**Prairie Grove, AR 72753**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2627 **Nonpriority creditor's name and mailing address**
**Gary Stoddard**
**1615 27TH ST SE**
**Washington DC, DC 20020**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2628 **Nonpriority creditor's name and mailing address**
**Gary Surrency**
**6729 fathom rd**
**Stockton, CA 95219**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2629 **Nonpriority creditor's name and mailing address**
**Gary Wenke**
**2018 N. Sunridge Street**
**Wichita, KS 67235**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2630 **Nonpriority creditor's name and mailing address**
**Gary Zhang**
**78 Margaret Ave**
**San Francisco, CA 94112**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2631 **Nonpriority creditor's name and mailing address**
**Gaurav Darekar**
**696 s new hampshire ave**
**los angeles, CA 90005**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2632
**Nonpriority creditor's name and mailing address**
**Gaurav Shah**
**5 Michalik Drive**
**Sayreville, NJ 08872**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2633
**Nonpriority creditor's name and mailing address**
**Gavin Fudale**
**32228 South Roundhead Drive**
**Solon, OH 44139**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2634
**Nonpriority creditor's name and mailing address**
**Gavin Katsutani**
**3009 Ala Makahala Place**
**Apartment 210**
**Honolulu, HI 96818**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2635
**Nonpriority creditor's name and mailing address**
**Gavin Kircher**
**603 e ormsby ave**
**Louisville, KY 40203**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2636
**Nonpriority creditor's name and mailing address**
**Gavin Leach**
**763 Rosalie Way**
**Winter Springs, FL 32708**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2637
**Nonpriority creditor's name and mailing address**
**Gavin maceo**
**99 toronto ave**
**massapequa, NY 11758**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.2638** **Nonpriority creditor's name and mailing address**
**Gavin McBryde**
**4004 Lob Cove**
**Austin, TX 78730**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2639** **Nonpriority creditor's name and mailing address**
**Gavin McBryde**
**4004 Lob Cove**
**Austin, TX 78730**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2640** **Nonpriority creditor's name and mailing address**
**Gavin Nijjer**
**4275 Comet Circle**
**Union City, CA 94587**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2641** **Nonpriority creditor's name and mailing address**
**Gayanthika Pathiranage**
**6962 74th st circle e**
**bradenton, FL 34203**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2642** **Nonpriority creditor's name and mailing address**
**Gaylon Kennedy**
**2790 Stratford Ln SW**
**3121**
**Tumwater, WA 98512**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2643** **Nonpriority creditor's name and mailing address**
**Gefte DEBREUS**
**525 Newton Lake Drive Apt D 416**
**Collingswood, NJ 08107**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2644

**Nonpriority creditor's name and mailing address**
**Gelson Zangrandi**
**9128 revere st**
**House**
**Philadelphia, PA 19152**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2645

**Nonpriority creditor's name and mailing address**
**Gem Immanuel**
**2702 Bedford Ave**
**Raleigh, NC 27607**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2646

**Nonpriority creditor's name and mailing address**
**Gemin Pak**
**10711 8TH AVE NE UNIT 302**
**Unit 302**
**Seattle, WA 98125**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2647

**Nonpriority creditor's name and mailing address**
**Gene Ryou**
**104 E Louis Ave**
**Lake Forest, IL 60045**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2648

**Nonpriority creditor's name and mailing address**
**Genesis Clary**
**16044 Lawrence Place SE**
**Yelm, WA 98597**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2649

**Nonpriority creditor's name and mailing address**
**Genesis parkhotyuk**
**3412 royce ln**
**pasco, WA 99301**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2650

**Nonpriority creditor's name and mailing address**
**Gentry Russo**
**108 Caneview Drive**
**Broussard, LA 70518**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2651

**Nonpriority creditor's name and mailing address**
**Geoffrey vaughns**
**1715 sunflower ave**
**3**
**Glendora, CA 91740**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2652

**Nonpriority creditor's name and mailing address**
**George Abelley**
**6010 Winding Bridge Dr**
**Jacksonville, FL 32277**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2653

**Nonpriority creditor's name and mailing address**
**George Barbaressos**
**537 Heron Place, Cedar Lakes Estate**
**Maroeladal**
**Johannesburg, GP 02191**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2654

**Nonpriority creditor's name and mailing address**
**George Fotiadis**
**6433 w reynolds**
**haslett, MI 48840**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2655

**Nonpriority creditor's name and mailing address**
**George Hanna**
**4890 Sunroad Centrum ln**
**San Diego, CA 92123**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2656
**Nonpriority creditor's name and mailing address**
**George Harvey**
**3940 Broad ST STE 7 PMB 273**
**San Luis Obispo, CA 93401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2657
**Nonpriority creditor's name and mailing address**
**George k. Siaw**
**3418 Gaither Rd, Windsor Mill, MD**
**windsor mill, MD 21244**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2658
**Nonpriority creditor's name and mailing address**
**George King**
**909 Woodland Hills**
**Harlan, KY 40831**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2659
**Nonpriority creditor's name and mailing address**
**George Melillo**
**107 Bishop St**
**New Haven, CT 06511**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2660
**Nonpriority creditor's name and mailing address**
**George Mikhail Gomez**
**4057 Carol Bailey Ave**
**North Las Vegas, NV 89081**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2661
**Nonpriority creditor's name and mailing address**
**George Moore**
**913 Buckingham Road**
**Garner, NC 27529**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2662 **Nonpriority creditor's name and mailing address**
**George Morris**
**14 Burger RD**
**Apt 2**
**Petal, MS 39465**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2663 **Nonpriority creditor's name and mailing address**
**GEORGE NJUGUNA**
**1905 Thunder Ridge Way**
**Houston, TX 77089**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2664 **Nonpriority creditor's name and mailing address**
**George Rushforth**
**10697 Brookview Lane**
**San Diego, CA 92131**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2665 **Nonpriority creditor's name and mailing address**
**George Salas**
**1182 East Bonita Place**
**Casa Grande, AZ 85122**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2666 **Nonpriority creditor's name and mailing address**
**GEORGE SOURIVONG**
**26 4th Ave**
**Waterford, CT 06385**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2667 **Nonpriority creditor's name and mailing address**
**George Totari**
**17103 N Bay Rd**
**Sunny Isles Beach, FL 33160**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2668
**Nonpriority creditor's name and mailing address**
**George Velasquez**
**12151 Rain Slicker Place**
**Nokesville, VA 20181**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2669
**Nonpriority creditor's name and mailing address**
**Gerald Dunn jr**
**5369 Old Church Rd**
**Lancaster, SC 29720**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2670
**Nonpriority creditor's name and mailing address**
**Gerald Fernandez**
**130 Blue Ridge Dr**
**Apt D**
**Martinez, CA 94553**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2671
**Nonpriority creditor's name and mailing address**
**Gerald Gravo**
**PO Box 38**
**Gold Hill, OR 97525**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2672
**Nonpriority creditor's name and mailing address**
**Gerald Harmon**
**4 Risa Ct**
**newark, DE 19702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2673
**Nonpriority creditor's name and mailing address**
**Gerald Sather**
**4717 Clinton Ave S**
**Minneapolis, MN 55419**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2674

**Nonpriority creditor's name and mailing address**
**Geraldine Liban**
**4425 S Bernard Pl**
**Fort Mohave, AZ 86426**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2675

**Nonpriority creditor's name and mailing address**
**Gerard Anderson**
**611 Gwinnett square cir**
**Duluth, GA 30096**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2676

**Nonpriority creditor's name and mailing address**
**Gerard First**
**11134 Wortham Blvd**
**Houston, TX 77065**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2677

**Nonpriority creditor's name and mailing address**
**GERARDO Perez**
**6048 N Albany ave**
**apt 2**
**Chicago, IL 60659**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2678

**Nonpriority creditor's name and mailing address**
**German Becerra Acevedo**
**15200 Lakeside St**
**Sylmar, CA 91342**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2679

**Nonpriority creditor's name and mailing address**
**Gerrod Powell**
**6183 FIRESTONE RD**
**Jacksonville, FL 32244**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2680
**Nonpriority creditor's name and mailing address**
**Gersson Ojeda**
**67249 San Gabriel Cir. E.**
**Cathedral City, CA 92234**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2681
**Nonpriority creditor's name and mailing address**
**Gethro Joseph**
**7742 Chaterley Court**
**Indianapolis, IN 46214**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2682
**Nonpriority creditor's name and mailing address**
**Ghadeer Rahhal**
**11837 Mayfield Ave Apt 101**
**Los Angeles, CA 90049**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2683
**Nonpriority creditor's name and mailing address**
**Ghadeer Rahhal**
**11837 Mayfield Ave**
**Apt 101**
**Los Angeles, CA 90049**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2684
**Nonpriority creditor's name and mailing address**
**Ghadeer Rahhal**
**11837 Mayfield Ave Apt 101**
**Los Angeles, CA 90049**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2685
**Nonpriority creditor's name and mailing address**
**Gianfranco Gerbino**
**16320 NW 14th St.**
**Pembroke Pines, FL 33028**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2686
**Nonpriority creditor's name and mailing address**
**Giang Lam**
**13118 Wood Leaf Park**
**Tomball, TX 77375**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2687
**Nonpriority creditor's name and mailing address**
**gianmarco Gerbino**
**16320 nw 14 street**
**pembroke pines, FL 33028**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2688
**Nonpriority creditor's name and mailing address**
**Giao Bui**
**2882 MORNING POnd ln**
**Dickinson, TX 77539**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2689
**Nonpriority creditor's name and mailing address**
**Gideon Caranzo**
**514 SUN GROVE TRL**
**GEORGWTOWN, TX 78628**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2690
**Nonpriority creditor's name and mailing address**
**Gigliola Garcia**
**305 ocean ave**
**E3**
**Brooklyn, NY 11225**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2691
**Nonpriority creditor's name and mailing address**
**Gilbert Medina**
**1929 South Lehigh Drive**
**Deltona, FL 32738**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2692
**Nonpriority creditor's name and mailing address**
**Gilbert Sanchez**
**2309 Penn Ave SE**
**Albuquerque, NM 87106**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2693
**Nonpriority creditor's name and mailing address**
**Gilbert Simpson**
**83 Perry Street**
**Camilla, GA 31730**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2694
**Nonpriority creditor's name and mailing address**
**Gilliam Lard**
**807 Pendleton St**
**Radford, VA 24141**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2695
**Nonpriority creditor's name and mailing address**
**Gin Khup**
**2647 SE 160TH AVE**
**Portland, OR 97236**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2696
**Nonpriority creditor's name and mailing address**
**Gina Kang**
**9008 Laurel Street**
**Bellflower, CA 90706**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2697
**Nonpriority creditor's name and mailing address**
**Gina Rabago**
**722 Canadian Goose**
**San Antonio, TX 78245**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2698
**Nonpriority creditor's name and mailing address**
**Gina Shagi**
**118 Matthews Rd**
**Oakdale, NY 11769**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2699
**Nonpriority creditor's name and mailing address**
**Giovanne Biamby**
**20150 West Dixie Highway**
**23108**
**Miami, FL 33180**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2700
**Nonpriority creditor's name and mailing address**
**Giovanni Louis**
**360 24th ST NW**
**Apt 471**
**Winter Haven, FL 33880**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2701
**Nonpriority creditor's name and mailing address**
**Giri Rajulapalli**
**177 Hillcrest Dr**
**Springboro, OH 45066**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2702
**Nonpriority creditor's name and mailing address**
**Girindra Sharma**
**196 Terraine Street**
**San Jose, CA 95110**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2703
**Nonpriority creditor's name and mailing address**
**Giuseppe Speranza**
**53-01 32nd Avenue**
**4T**
**Queens, NY 11377**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2704
**Nonpriority creditor's name and mailing address**
**Gleb Nesmeyanov**
**47 Dove street**
**New Orleans, LA 70124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2705
**Nonpriority creditor's name and mailing address**
**Glen Sabo**
**2549 Maitland crossing way**
**Orlando, FL 32810**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2706
**Nonpriority creditor's name and mailing address**
**Glenda Escobar**
**765 Fall Ave**
**Uniondale, NY 11553**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2707
**Nonpriority creditor's name and mailing address**
**Glenn Dobson**
**12880 N Railway Ave**
**205**
**Rathdrum, ID 83858**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2708
**Nonpriority creditor's name and mailing address**
**Glenn Hawkins**
**2176 Brentwood Drive**
**Baton Rouge, LA 70809**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2709
**Nonpriority creditor's name and mailing address**
**Glenn Olsen**
**36006 Sutter St**
**PO Box 1966**
**Lucerne Valley, CA 92356**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2710
**Nonpriority creditor's name and mailing address**
**GLENN PARIS**
**444 N. El Camino Real Space 36**
**Encinitas, CA 92024**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2711
**Nonpriority creditor's name and mailing address**
**Glenn Shevach**
**221 Ashlar Way**
**Toms River, NJ 08753**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2712
**Nonpriority creditor's name and mailing address**
**Glori-Ann Camacho**
**3240 Moreno Avenue**
**San Jose, CA 95127**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2713
**Nonpriority creditor's name and mailing address**
**Glyn Norman**
**601 N Hale Ave**
**Fullerton, CA 92831-3516**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2714
**Nonpriority creditor's name and mailing address**
**Godavariben Jasani**
**23111 Dunlop Heights Terrace**
**Ashburn, VA 20148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2715
**Nonpriority creditor's name and mailing address**
**Goddard Robinson**
**125 Niblick Circle**
**Suffolk, VA 23434**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2716
**Nonpriority creditor's name and mailing address**
**Goddard Robinson**
**125 Niblick Circle**
**Suffolk, VA 23434**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2717
**Nonpriority creditor's name and mailing address**
**Godwin Alemoh**
**1714 walker ave apt D**
**Union, NJ 07083**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2718
**Nonpriority creditor's name and mailing address**
**Godwin Liang**
**6344 Avon Avenue**
**San Gabriel, CA 91775**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2719
**Nonpriority creditor's name and mailing address**
**Gokul Gillela**
**3310 SUFFOLK CREEK LN**
**KATY, TX 77494**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2720
**Nonpriority creditor's name and mailing address**
**Goob Goob**
**7304 Barry rd**
**Tampa, FL 33634**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2721
**Nonpriority creditor's name and mailing address**
**Gopal Shahu**
**3904 Ledyard St**
**west Lafayette, IN 47906**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2722
**Nonpriority creditor's name and mailing address**
**Gopalakrishna Kandimalla**
**2250 RAVENS RIDGE DR**
**CUMMING, GA 30041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2723
**Nonpriority creditor's name and mailing address**
**GOPI KRISHNA PONAMALA**
**144 Long Iron ct**
**West Columbia, SC 29172**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2724
**Nonpriority creditor's name and mailing address**
**Goran Sipka**
**260 Acorn Dr**
**Longwood, FL 32750**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2725
**Nonpriority creditor's name and mailing address**
**Gouththaman Subramaniyan**
**3270 Cydonia Court**
**Dublin, CA 94568**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2726
**Nonpriority creditor's name and mailing address**
**Graciela Caballero**
**12807 Telge Rd. Apt 1202**
**1202**
**Cypress, TX 77429**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2727
**Nonpriority creditor's name and mailing address**
**Graham Flagg**
**2961 Adobe Dr**
**Fort Collins, CO 80525**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2728
**Nonpriority creditor's name and mailing address**
**Graham Worthington**
**--**
**--, -- --**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2729
**Nonpriority creditor's name and mailing address**
**graham worthington**
**3201 eagle hall ln**
**summerville, SC 24986**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2730
**Nonpriority creditor's name and mailing address**
**Grant Hagen**
**128 Red Alder Court**
**Lexington, SC 29072**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2731
**Nonpriority creditor's name and mailing address**
**Grant Hill**
**6022 Sterling River Way**
**Niceville, FL 32578**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2732
**Nonpriority creditor's name and mailing address**
**Grant Kirik**
**136 Old Pond Road**
**Springboro, OH 45066**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2733
**Nonpriority creditor's name and mailing address**
**Grant Kuster**
**2917 Winsor Dr**
**209**
**Eau Claire, WI 54703**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2734
**Nonpriority creditor's name and mailing address**
**Grant Robin**
**13934 SW 90TH AVE**
**APT CC204**
**Miami, FL 33176**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2735
**Nonpriority creditor's name and mailing address**
**Grayson Moran**
**909 N Madison St**
**Arlington, VA 22205-1655**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2736
**Nonpriority creditor's name and mailing address**
**Greg Arslanian**
**2524 Lauderdale dr.**
**Henrico, VA 23233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2737
**Nonpriority creditor's name and mailing address**
**Greg Baugh**
**116 Lowes Foods Dr**
**Suite 191**
**Lewisville, NC 27023**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2738
**Nonpriority creditor's name and mailing address**
**Greg Cossaboon**
**57 Buck Rd**
**Monroeville, NJ 08343**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2739
**Nonpriority creditor's name and mailing address**
**Greg Naas**
**430 Couch Avenue**
**Kirkwood, MO 63122**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2740
**Nonpriority creditor's name and mailing address**
**Greg Naas**
**430 Couch Avenue**
**Kirkwood, MO 63122**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2741
**Nonpriority creditor's name and mailing address**
**Greg Orlowski**
**3930 Horseshoe Pike, Apt 24**
**Honey Brook, PA 19344**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2742
**Nonpriority creditor's name and mailing address**
**Greg Orlowski**
**3930 Horseshoe Pike, Apt 24**
**Honey Brook, PA 19344**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2743
**Nonpriority creditor's name and mailing address**
**Greg Thompson**
**31726 Carefree Dr**
**Parker, AZ 85344**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2744
**Nonpriority creditor's name and mailing address**
**Greg Waugh**
**555 SW 98th Lane**
**Ocala, FL 34476**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2745
**Nonpriority creditor's name and mailing address**
**Gregg Hawkins**
**415 Gartrell Street SE**
**Unit 2**
**Atlanta, GA 30312**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2746 **Nonpriority creditor's name and mailing address**
**Gregory Ballard**
**22123 Guston Hall Lane**
**Katy, TX 77449**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2747 **Nonpriority creditor's name and mailing address**
**Gregory Ballard**
**22123 Guston Hall Lane**
**Katy, TX 77449**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2748 **Nonpriority creditor's name and mailing address**
**Gregory Burger**
**6655 Lookout Rd**
**Apt 301**
**Boulder, CO 80301**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2749 **Nonpriority creditor's name and mailing address**
**Gregory Gamba**
**348 Millburn Ave**
**Suite 2**
**Millburn, NJ 07041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2750 **Nonpriority creditor's name and mailing address**
**Gregory Graf**
**16426 Rollingbrook Dr**
**Odessa, FL 33556**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2751 **Nonpriority creditor's name and mailing address**
**Gregory Graham**
**3269 Four M Cir.**
**Kodak, TN 37764**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2752
**Nonpriority creditor's name and mailing address**
**Gregory Haas**
**126 American Way**
**Downingtown, PA 19335**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2753
**Nonpriority creditor's name and mailing address**
**Gregory Iain Maynard**
**1 Rosewood Road**
**17 Broadwoods estate**
**Sandton, GP 02021**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2754
**Nonpriority creditor's name and mailing address**
**Gregory Jockers**
**2135 Stonehaven**
**New Braunfels, TX 78130**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2755
**Nonpriority creditor's name and mailing address**
**Gregory Piedt**
**220 Hickory Corner Drive**
**maryville, TN 37804**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2756
**Nonpriority creditor's name and mailing address**
**Gregory Portner**
**3108 NW Kinyon Ave.**
**Lawton, OK 73505**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2757
**Nonpriority creditor's name and mailing address**
**gregory schenck**
**8 Cicada Drive**
**Mechanicsburg, PA 17050**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2758

**Nonpriority creditor's name and mailing address**
**Gregory Schult**
**721 Newquay Ct**
**Las Vegas, NV 89178**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2759

**Nonpriority creditor's name and mailing address**
**Gregory Warmkessel**
**1021 Christina Dr**
**Leesport, PA 19533**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2760

**Nonpriority creditor's name and mailing address**
**Gricelia Amil**
**230 east 63 st**
**hialeah, FL 33013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2761

**Nonpriority creditor's name and mailing address**
**Grishma Patel**
**5 Story pl**
**Robbinsville, NJ 08691**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2762

**Nonpriority creditor's name and mailing address**
**gsdgfds sdfgdsfg**
**13 sdgfdsgf lane**
**mckinney, FL 65654**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2763

**Nonpriority creditor's name and mailing address**
**Guerline Perard-Mondelis**
**163-37 130th Avenue**
**13D**
**Jamaica, NY 11434**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2764
**Nonpriority creditor's name and mailing address**
**Guermon Ambroise**
**667 southland ln**
**Orange Park, FL 32065**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2765
**Nonpriority creditor's name and mailing address**
**GUI CI HU**
**3518 stichman ave**
**baldwin park, CA 91706**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2766
**Nonpriority creditor's name and mailing address**
**guillermo covarrubia**
**4400 nw 79th ave**
**509**
**doral, FL 33166**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2767
**Nonpriority creditor's name and mailing address**
**Gunnar McGill**
**95 N Aqua Crossing Apt 6 Fayetteville Ar**
**FAYETTEVILLE, AR 72701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2768
**Nonpriority creditor's name and mailing address**
**Gunnar Moffitt**
**1252 W. Edgewood Circle**
**Coeur d'Alene, ID 83815**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2769
**Nonpriority creditor's name and mailing address**
**Guofeng Wu**
**770 Sacramento St**
**San Francisco, CA 94108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2770
**Nonpriority creditor's name and mailing address**
**GUOHAO JIN**
**15039 Redwood Valley Lane**
**Charlotte, NC 28277**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2771
**Nonpriority creditor's name and mailing address**
**Guosheng Fu**
**506 Raintree Cir**
**Coppell, TX 75019**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2772
**Nonpriority creditor's name and mailing address**
**Guriqbal Singh**
**12245 Alondra Blvd**
**Apt 20**
**Norwalk, CA 90650**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2773
**Nonpriority creditor's name and mailing address**
**Gurkiret Singh**
**1314 heberling st**
**Palm bay, FL 32907**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2774
**Nonpriority creditor's name and mailing address**
**Gursimran Kaur**
**729 Panorama Ridge**
**Mount Vernon, WA 98273**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2775
**Nonpriority creditor's name and mailing address**
**Gustav Pelser**
**13 Abingdon rd**
**Umtentwini**
**Portshepstone, KZN 04235-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2776
**Nonpriority creditor's name and mailing address**
**Gustavo Garibay**
**11156 Pala pl**
**Jurupa Valley, CA 91752-1730**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2777
**Nonpriority creditor's name and mailing address**
**Gustavo Olmos**
**5189 Buchanan Road**
**Delray Beach, FL 33484**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2778
**Nonpriority creditor's name and mailing address**
**Guy Van Natta**
**13 Sulphur Springs Drive**
**Greenville, SC 29617**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2779
**Nonpriority creditor's name and mailing address**
**Guydson Jean**
**628 eastmoor Dr**
**Springfield, OH 45505**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2780
**Nonpriority creditor's name and mailing address**
**Ha Hoang**
**16206 Kintyre Point Rd**
**Houston, TX 77095**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2781
**Nonpriority creditor's name and mailing address**
**ha khuu**
**10532 molama cir**
**Garden Grove, CA 92840**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2782
**Nonpriority creditor's name and mailing address**
**Ha Le**
**305 Coty Way**
**San Jose, Ca 95136**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2783
**Nonpriority creditor's name and mailing address**
**Ha Nee Pyon**
**22430 Oxford Lane**
**Santa Clarita, CA 91350**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2784
**Nonpriority creditor's name and mailing address**
**Ha Nguyen**
**2889 Saint Giles Ct**
**High point, NC 27262**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2785
**Nonpriority creditor's name and mailing address**
**Ha Tran**
**2915 brant Dr**
**Mobile, AL 36695**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2786
**Nonpriority creditor's name and mailing address**
**Habeebuddin Syed**
**3457 73rd Street**
**Jackson Heights, NY 11372**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2787
**Nonpriority creditor's name and mailing address**
**Haddy Jean-Pierre**
**1506 Firewheel Drive**
**Wesley Chapel, FL 33543**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2788
**Nonpriority creditor's name and mailing address**
**Hafeez Malik**
**14917 Bajada Rd**
**Manor, TX 78653**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2789
**Nonpriority creditor's name and mailing address**
**Hafid Khallaf**
**Worth**
**Baton Rouge, LA 70810**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2790
**Nonpriority creditor's name and mailing address**
**Hai Dinh**
**1088 constitution ct**
**Cookeville, FL 38501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2791
**Nonpriority creditor's name and mailing address**
**Hai Tran**
**1723 oak glen dr**
**wylie, TX 75098**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2792
**Nonpriority creditor's name and mailing address**
**Haider Faris**
**18242 n 42nd ave**
**Glendale, AZ 85308**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2793
**Nonpriority creditor's name and mailing address**
**Haiyan Chen**
**9272 Kristina Cir**
**Clarence Center, NY 14032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2794

**Nonpriority creditor's name and mailing address**
**Hakeem Lewis**
**28 West 123rd Street**
**New York City, NY 10027**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2795

**Nonpriority creditor's name and mailing address**
**Haksung Moon**
**1352 N Mako Ln**
**Anaheim, CA 92801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2796

**Nonpriority creditor's name and mailing address**
**Haley Nguyen**
**5806 sterling pl, midland, TX 79707 US**
**Other, TX 79707**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2797

**Nonpriority creditor's name and mailing address**
**Hamed Golestanifar**
**11 Redtail Ct**
**West Chester, PA 19382**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2798

**Nonpriority creditor's name and mailing address**
**Hamilton Bolay**
**8237 Mura Drive**
**Plano, TX 75025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2799

**Nonpriority creditor's name and mailing address**
**Hammam Abdallah**
**8604 oaks way**
**Louisville, KY 40299**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2800
**Nonpriority creditor's name and mailing address**
**Hamp Gaston**
**312 East Jasper Street**
**Brandon, MS 39042-4001**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2801
**Nonpriority creditor's name and mailing address**
**Hamza Seddiki**
**115 vine st.**
**metairie, La 70005**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2802
**Nonpriority creditor's name and mailing address**
**Hamzah Gheith**
**9732 English Pine Ct**
**Windermere, FL 34786**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2803
**Nonpriority creditor's name and mailing address**
**Han Lambuu**
**1647 W Pine Cone Cir**
**Layton, UT 84041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2804
**Nonpriority creditor's name and mailing address**
**Han Le**
**8811 Granary Gate Ln**
**Richmond, TX 77407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2805
**Nonpriority creditor's name and mailing address**
**Han Phyo**
**111 Pembroke Rd**
**Concord, NH 03301**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2806
**Nonpriority creditor's name and mailing address**
**handle miller**
**2690 nw 62 terrace**
**sunrise, FL 33313**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2807
**Nonpriority creditor's name and mailing address**
**Hang Do**
**931 Branham Ln**
**Apt D**
**San Jose, CA 95136**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2808
**Nonpriority creditor's name and mailing address**
**hang nguyen**
**14580 ontario dr**
**Westminster, CA 92683**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2809
**Nonpriority creditor's name and mailing address**
**Hang Nguyen**
**14580 Ontario Dr**
**Westminster, CA 92683**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2810
**Nonpriority creditor's name and mailing address**
**Hang Nguyen**
**2518 Paden Birch Dr**
**Lawrenceville, GA 30044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2811
**Nonpriority creditor's name and mailing address**
**Hang Tran**
**No 02 LK2-17 Khu Dat Dich Vu Doc Bun 1**
**La Khe Ha Dong**
**Hanoi, HN 00010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2812
**Nonpriority creditor's name and mailing address**
**Hang Yang**
**2411 Mount Healy Ct.**
**Katy, TX 77493**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2813
**Nonpriority creditor's name and mailing address**
**HANH NGUYEN**
**7064 SW 184th Pl**
**Beaverton, OR 97007**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2814
**Nonpriority creditor's name and mailing address**
**Hanh-Nguyen To**
**767 Iberis Way**
**Tracy, CA 95376**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2815
**Nonpriority creditor's name and mailing address**
**Haniel Alvarez**
**7740 183A Toll Road**
**737**
**Leander, TX 78641**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2816
**Nonpriority creditor's name and mailing address**
**Hanniel Joseph**
**PO box 46554**
**Tampa, FL 33646**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2817
**Nonpriority creditor's name and mailing address**
**Hannifa Ramcharitar**
**160 Capitol Ave**
**Williston Park, NY 11596**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2818
**Nonpriority creditor's name and mailing address**
**Hans artica madge**
**2890 BRIGHTON BLVD**
**UNIT 337**
**DENVER, CO 80216**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2819
**Nonpriority creditor's name and mailing address**
**Hans Fenderson**
**4739 Geraldine Lane**
**NY, NY 10016**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2820
**Nonpriority creditor's name and mailing address**
**Hansel Payano**
**2214 house st**
**houston, TX 77502**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2821
**Nonpriority creditor's name and mailing address**
**Hansen Castellanos**
**6929 Pershing Rd**
**Stickney, IL 60402**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2822
**Nonpriority creditor's name and mailing address**
**Hanumanthrao Raguthu**
**15270 voss road**
**230**
**sugarland, TX 77492**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2823
**Nonpriority creditor's name and mailing address**
**Hao Nguyen**
**13222 Ascot Glen**
**Houston, TX 77082**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2824
**Nonpriority creditor's name and mailing address**
**Haochen Yan**
**2111Richmond Highway**
**Arlington, VA 22202**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2825
**Nonpriority creditor's name and mailing address**
**Haoyue Guo**
**1853 Dapplegrey Lane**
**Austin, TX 78727**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2826
**Nonpriority creditor's name and mailing address**
**HARE KRISHNA MITRA**
**915 S Bluff St**
**A**
**St George, UT 84770**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2827
**Nonpriority creditor's name and mailing address**
**Hari Chanda**
**2400 Rachel Ter Apt 24**
**Pine Brook, NJ 07058**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2828
**Nonpriority creditor's name and mailing address**
**Hari Gorak**
**7110 Calistoga Ln**
**Dublin, CA 94568**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2829
**Nonpriority creditor's name and mailing address**
**Hari Papajani**
**2015 21 Street**
**Astoria, NY 11105**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2830
**Nonpriority creditor's name and mailing address**
**Haritha Ganna**
**19232 briarbrook dr**
**Tampa, FL 33647**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2831
**Nonpriority creditor's name and mailing address**
**Harkirat Singh**
**26 Drew Avenue**
**Floral Park, NY 11001**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2832
**Nonpriority creditor's name and mailing address**
**harmeet randhawa**
**20 chanticleer ct**
**huntington, NY 11743**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2833
**Nonpriority creditor's name and mailing address**
**Harnek Saini**
**7140 Kirigin Way**
**Gilroy, CA 95020**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2834
**Nonpriority creditor's name and mailing address**
**Harold Altvater**
**111 Atlantic Ave**
**508**
**boston, MA 02110**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2835
**Nonpriority creditor's name and mailing address**
**Harold Braynon**
**2003 West 17th Court**
**Apt 328**
**Riviera Beach, FL 33404**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2836
**Nonpriority creditor's name and mailing address**
**Harold Dix**
**725 Coleman Boulevard**
**Apt 431**
**Mount Pleasant, SC 29464**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2837
**Nonpriority creditor's name and mailing address**
**Harold Rodriguez**
**2477 w 9 ln**
**Hialeah, FL 33010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2838
**Nonpriority creditor's name and mailing address**
**harold tran**
**4446 oceanridge drive**
**Huntington Beach, CA 92649**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2839
**Nonpriority creditor's name and mailing address**
**Haroon Samnani**
**11411 Sunburst Marble Road**
**Riverview, FL 33579**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2840
**Nonpriority creditor's name and mailing address**
**Harrison Allen**
**60 calhoun st**
**d**
**Charleston, SC 29708**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2841
**Nonpriority creditor's name and mailing address**
**Harrison Allen**
**60 calhoun st**
**D**
**Charleston, SC 29401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2842
**Nonpriority creditor's name and mailing address**
**Harrison Ballard**
**3019 coppola way**
**rockledge, FL 32955**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2843
**Nonpriority creditor's name and mailing address**
**Harrison Franks**
**2100 Country Club Lane**
**Little Rock, AR 72207**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2844
**Nonpriority creditor's name and mailing address**
**Harry Chau**
**539 Evergreen Ave**
**Daly City, CA 94014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2845
**Nonpriority creditor's name and mailing address**
**Harry Glaspy**
**208 Deer Creek Trail**
**Walhalla, SC 29691**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2846
**Nonpriority creditor's name and mailing address**
**Harry Kinney**
**82129 Standing Oak Drive**
**Charlotte, NC 28278**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2847
**Nonpriority creditor's name and mailing address**
**Harry Oliveros**
**41 W Hawaii St**
**Kahului, FL 96732**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2848
**Nonpriority creditor's name and mailing address**
**Harry Young**
**3232 N37th St**
**Apt 115**
**Phoenix, AZ 85018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2849
**Nonpriority creditor's name and mailing address**
**Harsh Patel**
**12 Veronica Way**
**Windsor Locks, CT 06096**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2850
**Nonpriority creditor's name and mailing address**
**Harsh Patel**
**795 S Interstate Hwy 35 E**
**Waxahachie, TX 75165**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2851
**Nonpriority creditor's name and mailing address**
**Harsha Alagesan**
**5385 Parkford Cir**
**Granite Bay, CA 95746-6699**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2852
**Nonpriority creditor's name and mailing address**
**Harshal Joshi**
**117 Malvern Hill Ln**
**Morrisville, NC 27560**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2853
**Nonpriority creditor's name and mailing address**
**Harsharanveer Singh**
**2788 Reserve St**
**Manteca, CA 95337**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.2854

**Nonpriority creditor's name and mailing address**
**HARUKO DOERSCHLAG**
**213 MCGARITY**
**Kyle, TX 78640**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2855

**Nonpriority creditor's name and mailing address**
**HARVEY Gilliam**
**8516 South Throop Street**
**2**
**Chicago, IL 60620**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2856

**Nonpriority creditor's name and mailing address**
**Haseeb Ibrahim**
**5838**
**Timbertrail**
**Plainfield, IL 60586**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2857

**Nonpriority creditor's name and mailing address**
**Hasmukh Patel**
**2376 Creek Bank Dr**
**Columbus, IN 47201**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2858

**Nonpriority creditor's name and mailing address**
**Hau Bui**
**1708 WILLOW BLUFF DRIVE**
**PFLUGERVILLE, TX 78660**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2859

**Nonpriority creditor's name and mailing address**
**hau kaltz**
**9261 Brady Ct**
**Redford, MI 48239**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2860
**Nonpriority creditor's name and mailing address**
**Hau Nguyen**
**194 Obert drive**
**San Jose, CA 95136**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2861
**Nonpriority creditor's name and mailing address**
**Hau Tran**
**300 Eastcote Dr**
**atlanta, GA 30350**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2862
**Nonpriority creditor's name and mailing address**
**Hau Tran**
**300 Eastcote Dr**
**Atlanta, GA 30350**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2863
**Nonpriority creditor's name and mailing address**
**hayden dodson**
**7292 west fuller lane**
**tishomingo, OK 73460**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2864
**Nonpriority creditor's name and mailing address**
**Hayden Mckay**
**16300 Old Emmitsburg Rd**
**Emmitsburg, MD 21727**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2865
**Nonpriority creditor's name and mailing address**
**Hayden Pitts**
**8476 Kington Way**
**Cypress, CA 90630**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC**
Name

Case number (if known)

3.2866
**Nonpriority creditor's name and mailing address**
**Hayden Tankersley**
**1801 Piper**
**Tracy, CA 95304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2867
**Nonpriority creditor's name and mailing address**
**Hayk Sargsyan**
**3021 Brighton 13th St**
**D6**
**Brooklyn, NY 11235**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2868
**Nonpriority creditor's name and mailing address**
**haytham khalil**
**2064 Westboro ln**
**Manteca, CA 95336**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2869
**Nonpriority creditor's name and mailing address**
**Heang Seang**
**PO Box 113**
**Lummi Island, WA 98262**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2870
**Nonpriority creditor's name and mailing address**
**Heath Blackwell**
**9474 COUNTY ROAD 50**
**FYFFE, AL 35971**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2871
**Nonpriority creditor's name and mailing address**
**Heaven Hawkins**
**206 Woodlake Drive**
**Summerville, SC 29485**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2872
**Nonpriority creditor's name and mailing address**
**Heber Guillen**
**PO Box 12446**
**Miami, FL 33101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2873
**Nonpriority creditor's name and mailing address**
**HECTOR CORIA**
**1252 S ALCOTT ST**
**DENVER, CO 80219**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2874
**Nonpriority creditor's name and mailing address**
**Hector Ezzidio**
**6204 Manning way**
**Fort Pierce, FL 34951**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2875
**Nonpriority creditor's name and mailing address**
**Hector Gonzalez**
**611 Cascade Falls Drive**
**Weston, FL 33327**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2876
**Nonpriority creditor's name and mailing address**
**hector lopez**
**cerro largo 938**
**montevideo, UY-MO 12000-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2877
**Nonpriority creditor's name and mailing address**
**Hector Mota**
**950 Daylight Circle, Apt 116**
**LAKE MARY, FL 32746**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2878
**Nonpriority creditor's name and mailing address**
**Hector Robles**
**1230 NE 134th St**
**North Miami, FL 33161**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2879
**Nonpriority creditor's name and mailing address**
**Hector Romero**
**2551 Worden St**
**San Diego, CA 92110**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2880
**Nonpriority creditor's name and mailing address**
**hector sanz**
**186 floyd st**
**belleville, NJ 07109**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2881
**Nonpriority creditor's name and mailing address**
**Hector Tejeda**
**803 Maywood St**
**Escondido, CA 92027**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2882
**Nonpriority creditor's name and mailing address**
**hee sin**
**2302 red oak ln**
**richardson, TX 75082**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2883
**Nonpriority creditor's name and mailing address**
**HEIDI TAIT**
**818 Leith Avenue**
**Waukegan, IL 60085**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2884
**Nonpriority creditor's name and mailing address**
**Heinrich Steenkamp**
**3603 M Avenue**
**Kearney, NE 68847**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2885
**Nonpriority creditor's name and mailing address**
**Helder Pimenta**
**3 Galloway Rd Apt 28**
**Apt 28**
**Merrimack, NH 03054**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2886
**Nonpriority creditor's name and mailing address**
**Hellen Mehari**
**2485 S Decatur St**
**Denver, CO 80013**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2887
**Nonpriority creditor's name and mailing address**
**Helmut Wilhelm**
**4423 Holbrook Ave**
**Erie, PA 16511**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2888
**Nonpriority creditor's name and mailing address**
**Hemal Patel**
**8 louise burg sq**
**Unit 7**
**Nashua, FL 03060**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2889
**Nonpriority creditor's name and mailing address**
**Hemlal Pandey**
**11244 Hyde Pointe Ct**
**Charlotte, NC 28262**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2890
**Nonpriority creditor's name and mailing address**
**Hendi Valentino**
**8712 Kelso Terrace**
**Gaithersburg, MD 20877**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2891
**Nonpriority creditor's name and mailing address**
**Hendrik Venter**
**120 Vorster rd**
**Marister**
**Benoni, GP 01500**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2892
**Nonpriority creditor's name and mailing address**
**Hengzhi Chen**
**15207 Ranger Rd**
**San Leandro, CA 94579**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2893
**Nonpriority creditor's name and mailing address**
**henk venter**
**850 veda street**
**preotia, GP 00182**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2894
**Nonpriority creditor's name and mailing address**
**Henry Knapp**
**3124 North Rosa parks Way**
**Portland, OR 97217**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2895
**Nonpriority creditor's name and mailing address**
**Henry Kremerov**
**1012 Ave K**
**Apt 3B**
**Brooklyn, NY 11230**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2896
**Nonpriority creditor's name and mailing address**
**Henry Kumala**
**10355 Paradise Blvd**
**Unit 114**
**Treasure Island, FL 33706**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2897
**Nonpriority creditor's name and mailing address**
**Henry Leverette**
**4800 Printers Way**
**2054**
**Frisco, TX 75033**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2898
**Nonpriority creditor's name and mailing address**
**HENRY NGUYEN**
**11392 MIDWICK PL**
**GARDEN GROVE, CA 92840**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2899
**Nonpriority creditor's name and mailing address**
**henry soares**
**33 college lane**
**North Dartmouth, MA 02747**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2900
**Nonpriority creditor's name and mailing address**
**Henry Stefanac**
**1141 Amesbury Ct Apt 305**
**Clover, SC 29710**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2901
**Nonpriority creditor's name and mailing address**
**Henry Vo**
**3318 Ridgecross Dr**
**Rockwall, TX 75087**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2902
**Nonpriority creditor's name and mailing address**
**Hermison Lopes**
**1315 BEDFORD ST**
**FALL RIVER, MA 02723**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2903
**Nonpriority creditor's name and mailing address**
**Herrick Chang**
**12226 Hartsook Street**
**Valley Village, CA 91607-3055**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2904
**Nonpriority creditor's name and mailing address**
**Hetalkumar Patel**
**202 Ambriance Dr**
**Burr ridge, IL 60527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2905
**Nonpriority creditor's name and mailing address**
**Hicham Rani**
**1203 Tartarian court**
**Brentwood, CA 94513**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2906
**Nonpriority creditor's name and mailing address**
**Hiedi Omier**
**3970 SW 72nd Way**
**Davie, FL 33314**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2907
**Nonpriority creditor's name and mailing address**
**Hien Nguyen**
**K466/19 Nguyen Tri Phuong**
**Da Nang 50000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.2908 | **Nonpriority creditor's name and mailing address**<br>**Hiep Nguyen**<br>**6136 Raleigh st**<br>**Arvada, CO 80003**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2909 | **Nonpriority creditor's name and mailing address**<br>**hiep Nguyen**<br>**6136 raleigh st**<br>**Arvada, CO 80003**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2910 | **Nonpriority creditor's name and mailing address**<br>**HIEP NGUYEN**<br>**2402 Corte Seville SE**<br>**RIO RANCHO, NM 87124**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2911 | **Nonpriority creditor's name and mailing address**<br>**Hiep Tram**<br>**1148 Brown Hill Ct**<br>**Henderson, NV 89011**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2912 | **Nonpriority creditor's name and mailing address**<br>**Hieu Ly**<br>**7042 64th st n**<br>**pinellas park, FL 33781**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2913 | **Nonpriority creditor's name and mailing address**<br>**Himanshu Jagdish Patil**<br>**851 Geraldine St**<br>**Livermore, CA 94550**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2914
**Nonpriority creditor's name and mailing address**
**Hinesh Narotam**
**424 Loomis Street**
**Elizabeth, NJ 07206**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2915
**Nonpriority creditor's name and mailing address**
**Hiral Patel**
**7616 Saddle Trail Lane**
**Charlotte, NC 28269**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2916
**Nonpriority creditor's name and mailing address**
**HIRENKUMAR PATEL**
**45 MAGELLAN WAY**
**FRANKLIN PARK, NJ 08823**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2917
**Nonpriority creditor's name and mailing address**
**Hirsi Mohamed**
**455 snelling ave n**
**401**
**Saint Paul, MN 55104**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2918
**Nonpriority creditor's name and mailing address**
**Hitesh Narsing**
**54 Jefferson Ave,**
**Apt BSTN**
**White Plains, NY 10606**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2919
**Nonpriority creditor's name and mailing address**
**Hitesh Patel**
**2104 Cades Cove Way**
**DeLand, FL 32720**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC**
Name

Case number (if known)

3.2920

**Nonpriority creditor's name and mailing address**
**hjvbchgdfkhg ughhgckhjgjfvhj**
**kl;jgh87vjhvjkhgv**
**-**
**Mississauga, ON L5W 2X7**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.2921

**Nonpriority creditor's name and mailing address**
**Ho Chi Chris Cheung**
**1117 W 16th St**
**Unit E**
**Houston, TX 77008**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.2922

**Nonpriority creditor's name and mailing address**
**Hoa Dang**
**6038 westbourne pl**
**Centreville, VA 20120**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.2923

**Nonpriority creditor's name and mailing address**
**hoa nguyen**
**1829 Avashire lane**
**-**
**Knoxville, TN 37931**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.2924

**Nonpriority creditor's name and mailing address**
**Hoa Nguyen**
**402 Concord Dr**
**Clinton, MS 39056**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.2925

**Nonpriority creditor's name and mailing address**
**Hoa Tran**
**10185 Bonser Ave**
**Garden Grove, CA 92840**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2926

**Nonpriority creditor's name and mailing address**
**Hoa Van**
**7481 Edinger Ave**
**Unit 114**
**Huntington Beach, CA 92647**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2927

**Nonpriority creditor's name and mailing address**
**Hoai Duc Nguyen**
**2823 AMBERGATE RD**
**WINTER PARK, FL 32792**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2928

**Nonpriority creditor's name and mailing address**
**Hoan Hoang**
**4101 Mead Lake Ct, Brownsville TX 78520**
**Brownsville, TX 78520**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2929

**Nonpriority creditor's name and mailing address**
**Hoang Dang**
**10226 N Laurel Branch Dr**
**Houston, TX 77064**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2930

**Nonpriority creditor's name and mailing address**
**Hoang Duy Le**
**416 Avenida Arboles**
**San Jose, CA 95123**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2931

**Nonpriority creditor's name and mailing address**
**Hoang Khanh Le**
**1542 E Mesquite St**
**Gilbert, AZ 85296**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2932 **Nonpriority creditor's name and mailing address**
**HOANG KHI QUYEN**
**114 nguyen du street, buontrap town, kro**
**Daklak province, Daklak province 00063-0**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2933 **Nonpriority creditor's name and mailing address**
**Hoang Le**
**416 Avenida Arboles**
**San Jose, CA 95123**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2934 **Nonpriority creditor's name and mailing address**
**Hoang Le xuan**
**746 tr ng chinh, tan hung thu n, q**
**Ho chi minh 00070**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2935 **Nonpriority creditor's name and mailing address**
**Hoang Pham**
**13126 Crescent Manor Ln**
**Houston, TX 77072**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2936 **Nonpriority creditor's name and mailing address**
**Hoang Thi Minh**
**TDP Trung Tam**
**Thi Tran Bac Ly, Hiep Hoa**
**Bac Giang 00023**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2937 **Nonpriority creditor's name and mailing address**
**Hoang Tran**
**Vinh Tri, Yen Tri, Y Yen**
**Nam Dinh, - 00042**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2938
**Nonpriority creditor's name and mailing address**
**Hoang Trinh**
**4824 w 135th ST**
**Hawthorne, CA 90250**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2939
**Nonpriority creditor's name and mailing address**
**Hoang Vu Nguyen**
**11248 20th ave S**
**SEATTLE, WA 98168**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2940
**Nonpriority creditor's name and mailing address**
**Hoanghai Pham**
**19419 lake hollow ln**
**Houston, TX 77085**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2941
**Nonpriority creditor's name and mailing address**
**Hoc Nguyen**
**3821 Stonyrun Circle**
**Louisville, KY 40220**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2942
**Nonpriority creditor's name and mailing address**
**Holden Henderson**
**2403 SE 180th CT**
**Vancouver, WA 98683**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2943
**Nonpriority creditor's name and mailing address**
**Holden Kelly**
**8349 Pelican ln se**
**Port orchard, WA 98367**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2944
**Nonpriority creditor's name and mailing address**
**Holguy Rinchet**
**2230 Lake Worth Rd**
**Lake Worth Beach, FL 33461**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2945
**Nonpriority creditor's name and mailing address**
**Hollie Le**
**20357 Century Blvd., unit o**
**germantown, MD 20874**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2946
**Nonpriority creditor's name and mailing address**
**Holly Shivery**
**1801 N Flagler Drive**
**416**
**West Palm Beach, FL 33407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2947
**Nonpriority creditor's name and mailing address**
**Holly Vickers**
**13128 Jupiter Hills Court`**
**Orlando, FL 32828**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2948
**Nonpriority creditor's name and mailing address**
**Holly Yoo**
**8526 PEDIGO RD**
**Powell, TN 37849**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2949
**Nonpriority creditor's name and mailing address**
**Hong Luu**
**2015 Tyler St**
**Union, NJ 07083-5317**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.2950** **Nonpriority creditor's name and mailing address**
**HONG NGO**
**1439 Summer Glow avenue**
**Henderson, NV 89012**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2951** **Nonpriority creditor's name and mailing address**
**Hong ngoc Truong**
**200 Avery Glenn Way**
**Fuquay-Varina, FL 27526**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2952** **Nonpriority creditor's name and mailing address**
**HONG PHUC PHAN**
**704 putter green way s**
**saint john, FL 32259**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2953** **Nonpriority creditor's name and mailing address**
**Hong Vo**
**11 mystic valley ct**
**Spring, Texas 77381-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2954** **Nonpriority creditor's name and mailing address**
**Hongchuan Tan**
**1 Lenape Lane**
**Old Tappan, NJ 07675**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.2955** **Nonpriority creditor's name and mailing address**
**HOON CHOO**
**4201 Topanga Canyon Blvd**
**SPC 160**
**Woodland Hills, CA 91364**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2956
**Nonpriority creditor's name and mailing address**
**Hop Nguyen Duc**
**Chu Van An**
**Vinh 43000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2957
**Nonpriority creditor's name and mailing address**
**Hope Topping**
**5021 NW 17th Ct**
**Lauderhill, FL 33313**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2958
**Nonpriority creditor's name and mailing address**
**Howard Alvarez**
**13195 Winsford Ln**
**Fort Myers, FL 33966**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2959
**Nonpriority creditor's name and mailing address**
**Hssjsn Sjensje**
**6969**
**New York, NY 13392**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2960
**Nonpriority creditor's name and mailing address**
**Hua Yang**
**3316 Long Meadow Ct.**
**West Bloomfield, MI 48324**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2961
**Nonpriority creditor's name and mailing address**
**Huan Nguyen**
**20225 Bothell Everett Hwy**
**APT #2316**
**Bothell, WA 98012**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2962
**Nonpriority creditor's name and mailing address**
**Hubert Schonknecht**
**170 East Northwest Hwy Apt D**
**DES PLAINES, IL 60016**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2963
**Nonpriority creditor's name and mailing address**
**HUE VO**
**868 S MARY AVE**
**SUNNYVALE, California 94087-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2964
**Nonpriority creditor's name and mailing address**
**Hugh Hinton**
**242 Martha Anne Dr**
**SHREVEPORT, LA 71115**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2965
**Nonpriority creditor's name and mailing address**
**Hugh Reid**
**7851 Shoals Dr**
**Apt D**
**Orlando, FL 32817**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2966
**Nonpriority creditor's name and mailing address**
**Hugo Gomez**
**26515 Paseo San Gabriel**
**San Juan Capistrano, CA 92675**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2967
**Nonpriority creditor's name and mailing address**
**Huilin Wang**
**17 Sauk Creek Cir**
**madison, WI 53717**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2968 **Nonpriority creditor's name and mailing address**
**Huiquan Zhao**
**2218 N Second Avenue**
**Upland, CA 91784**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2969 **Nonpriority creditor's name and mailing address**
**HUIQUAN ZHAO**
**2218 N. Second Avenue**
**Upland, CA 91784**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2970 **Nonpriority creditor's name and mailing address**
**Humphrey Musita**
**5531 Four Winds Dr**
**Arlington, TX 76018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2971 **Nonpriority creditor's name and mailing address**
**Humza Sehbai**
**13804 Appaloosa Ct.**
**North Potomac, Maryland 20878-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2972 **Nonpriority creditor's name and mailing address**
**HUNG do**
**7106 Silverleaf Oak Rd**
**Elkridge, MD 21075**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2973 **Nonpriority creditor's name and mailing address**
**Hung Nguyen**
**2328 Greenway dr**
**Gautier, MS 39553**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2974
**Nonpriority creditor's name and mailing address**
**hung nguyen**
**618 N Lucas dr**
**Grapevine, TX 75061**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2975
**Nonpriority creditor's name and mailing address**
**Hung Nguyen**
**6307 Oakmont Creek Drive**
**Spring, TX 77379**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2976
**Nonpriority creditor's name and mailing address**
**Hung Van**
**728 Promenade Pl**
**Ste 308**
**Virginia Beach, VA 23462**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2977
**Nonpriority creditor's name and mailing address**
**Hunter Campbell**
**296 Route 171**
**6**
**Woodstock, CT 06281**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2978
**Nonpriority creditor's name and mailing address**
**hunter duehart**
**8889 lower thomaston rd**
**Lizella, GA 31052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2979
**Nonpriority creditor's name and mailing address**
**hunter duehart**
**8889 lower thomaston rd**
**Lizella, GA 31052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2980
**Nonpriority creditor's name and mailing address**
**Hunter Hebert**
**4 Johnsons court**
**Milton, VT 05488**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2981
**Nonpriority creditor's name and mailing address**
**Hunter Kaszas**
**65855 Kenilworth RD**
**Lakeville, IN 46536**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2982
**Nonpriority creditor's name and mailing address**
**Hunter Oomen**
**140 w michigan st**
**walkerville, MI 49459**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2983
**Nonpriority creditor's name and mailing address**
**Hunter Williams**
**17239 Shavano Ranch Dr**
**San Antonio, TX 78257**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2984
**Nonpriority creditor's name and mailing address**
**Hunter Yeary**
**2133 Ridgecliff Dr**
**Keller, TX 76248**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2985
**Nonpriority creditor's name and mailing address**
**Huong Nguyen**
**3895 kauai dr**
**San jose, CA 95111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2986
**Nonpriority creditor's name and mailing address**
**Huong Pham**
**4 Livoli Ave**
**Braintree, MA 02184**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2987
**Nonpriority creditor's name and mailing address**
**Huu Quoc Nguyen**
**4400 Boone Rd**
**Apt 190**
**Houston, TX 77072**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2988
**Nonpriority creditor's name and mailing address**
**Huu Tan Nguyen**
**1600 2ND AVE**
**Apt 1908**
**Seattle, WA 98101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2989
**Nonpriority creditor's name and mailing address**
**Huu Tri Dang**
**4541 Renaissance Dr Apt 433**
**San Jose, CA 95134**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2990
**Nonpriority creditor's name and mailing address**
**Huy Le**
**6200 TRAVO WAY**
**ELK GROVE, CA 95757**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2991
**Nonpriority creditor's name and mailing address**
**Huy Nguyen**
**13501 Iowa St**
**Westminster, CA 92683**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2992
**Nonpriority creditor's name and mailing address**
**Huy Nguyen**
**118 Porter Parkway**
**Fruitland, MD 21826**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2993
**Nonpriority creditor's name and mailing address**
**Huy Nguyen**
**17908 Stefano Drive**
**Pflugerville, TX 78660**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2994
**Nonpriority creditor's name and mailing address**
**Huy Pham**
**62 Linton St**
**South Portland, ME 04106**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2995
**Nonpriority creditor's name and mailing address**
**huy pham**
**2500 Centennial rd lot 33**
**bismarck, north dakota 58503-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2996
**Nonpriority creditor's name and mailing address**
**huy pham**
**373 Wayside Dr**
**Beavercreek, OH 45440**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2997
**Nonpriority creditor's name and mailing address**
**huy stephen nguyen**
**71 lake thoreau rd**
**Hattiesburg, MS 39402**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.2998

**Nonpriority creditor's name and mailing address**
**Huy Tran**
**123 Belshire Dr**
**Greer, SC 29650**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.2999

**Nonpriority creditor's name and mailing address**
**Huy Tran**
**6032 Coral Berry Road**
**Hanahan, south carolina 29410-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.3000

**Nonpriority creditor's name and mailing address**
**Huy Trinh**
**2500 arnold mill road**
**Lawrenceville, GA 30044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.3001

**Nonpriority creditor's name and mailing address**
**huy trinh**
**2500 arnold mill rd lawrenceville Ga 300**
**Lawrenceville, GA 30044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.3002

**Nonpriority creditor's name and mailing address**
**Huy Vo**
**12466 S Compass Ave**
**Plainfield, IL 60585**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.3003

**Nonpriority creditor's name and mailing address**
**HUYEN NGUYEN**
**1415 Saddleback Rd**
**York, PA 17408**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3004
**Nonpriority creditor's name and mailing address**
**Huyen Ton Nu Minh Tran**
**51/18 Nguyen Hong, 1 ward, Go Vap distri**
**Ho Chi Minh**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3005
**Nonpriority creditor's name and mailing address**
**Huyen Tran**
**2619 Rutherford way**
**Charleston, SC 29414**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3006
**Nonpriority creditor's name and mailing address**
**Huynh Ba Khoi**
**J93 CC Sinh Loi, KDC Trung Son, Binh Hun**
**Ho Chi Minh 00070**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3007
**Nonpriority creditor's name and mailing address**
**Hwa-Chow Hsu**
**650 Castro St., Ste 120**
**PMB 95180**
**Mountain View, CA 94041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3008
**Nonpriority creditor's name and mailing address**
**Hy Vo**
**953 Volans Dr**
**Loveland, CO 80537**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3009
**Nonpriority creditor's name and mailing address**
**Hy Vo**
**953 Volans Dr**
**Loveland, CO 80537**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3010 **Nonpriority creditor's name and mailing address**
**Hyun Kim**
**8110 Levity Pl.**
**Manassas, VA 20111**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3011 **Nonpriority creditor's name and mailing address**
**I'Zayah Griffin**
**133 Red Robin Road**
**Durham, NC 27703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3012 **Nonpriority creditor's name and mailing address**
**IAN AGUILAN**
**5023 BONNIE DOON LANE**
**LAS VEGAS, NV 89141**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3013 **Nonpriority creditor's name and mailing address**
**Ian Donaldson**
**6 ELIZABETH ST**
**Kingston, NY 12401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3014 **Nonpriority creditor's name and mailing address**
**Ian Donaldson**
**6 Elizabeth St**
**Kingston, NY 12401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3015 **Nonpriority creditor's name and mailing address**
**Ian Empey**
**6749 Triston Way**
**Montgomery, AL 36116**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3016
**Nonpriority creditor's name and mailing address**
**Ian Garcia**
**5281 Pavia Dr**
**Saint Cloud, FL 34771**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.3017
**Nonpriority creditor's name and mailing address**
**ian mitchell**
**19850 NW Dixie Mt rd**
**North Plains, OR 97133**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.3018
**Nonpriority creditor's name and mailing address**
**Ian Muiruri**
**2511 W. 31st**
**Lawrence, KS 66062**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.3019
**Nonpriority creditor's name and mailing address**
**Ian Palma**
**4247 Collis Ave**
**LOS ANGELES, CA 90032**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.3020
**Nonpriority creditor's name and mailing address**
**Ian Pena**
**6 1/2 Victoria Court**
**Haverhill, MA 01832**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.3021
**Nonpriority creditor's name and mailing address**
**Ian Quinn**
**308 Sibley St**
**Carver, MN 55315**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3022
**Nonpriority creditor's name and mailing address**
**Ian Stephenson**
**40 Mountainview Ave**
**Mount Arlington, NJ 07856-1133**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3023
**Nonpriority creditor's name and mailing address**
**Ian Williams**
**6434 Mimosa Ln**
**Dallas, TX 75230**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3024
**Nonpriority creditor's name and mailing address**
**Ibraham Ann**
**25211 119th pl se**
**Kent, WA 98030**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3025
**Nonpriority creditor's name and mailing address**
**Ibrahim Abdulkawi**
**6221 N. Harding Ave**
**Chicago, IL 60659**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3026
**Nonpriority creditor's name and mailing address**
**Ibrahim Abdulkawi**
**6221 N. Harding Ave**
**Chicago, IL 60659**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3027
**Nonpriority creditor's name and mailing address**
**Ibrahima Diallo**
**2600 S Muhlfeld St**
**1260 Croton Loop 5B Brooklyn NY 11239**
**Philadelphia, PA 19142**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3028
**Nonpriority creditor's name and mailing address**
**Iengthean Sovann**
**1534 N Moorpark Rd #501**
**Thousand Oaks, CA 91360**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3029
**Nonpriority creditor's name and mailing address**
**iesha Rogers**
**121 Rolling Way**
**Peekskill, NY 10566**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3030
**Nonpriority creditor's name and mailing address**
**Ignacio Breijo**
**Rafael Pastoriza 1550**
**Montevideo, UY-MO 11300-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3031
**Nonpriority creditor's name and mailing address**
**Ignacio Gutierrez**
**1009 W. Chestnut Ave**
**Santa Ana, CA 92703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3032
**Nonpriority creditor's name and mailing address**
**Ijaz Muhammad**
**255-257 North Road**
**Chelmsford, MA 01824**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3033
**Nonpriority creditor's name and mailing address**
**Ilian Ramirez**
**2071 Harrison Ave**
**San Diego, CA 92113**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3034 **Nonpriority creditor's name and mailing address**
**ilir elezaj**
**307 Sunset Blvd**
**West Cape May, NJ 08204**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3035 **Nonpriority creditor's name and mailing address**
**Illya Bakken**
**9395 245th st e**
**Lakeville, MN 55044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3036 **Nonpriority creditor's name and mailing address**
**Ilyas Omarkhel**
**13568 Lavender Mist Ln**
**Centreville, VA 20120**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3037 **Nonpriority creditor's name and mailing address**
**Ilyas Omarkhel**
**13568 Lavender Mist Ln**
**Centreville, VA 20120**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3038 **Nonpriority creditor's name and mailing address**
**Ilyas Omarkhel**
**13568 Lavender Mist Ln**
**Centreville, VA 22311**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3039 **Nonpriority creditor's name and mailing address**
**Immanuel Gangte**
**7704 Blackbird Lane**
**Elkridge, MD 21075**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.3040** **Nonpriority creditor's name and mailing address**
**Imran Mohd**
**3675 Partridge Path**
**Apt 6**
**Ann Arbor, MI 48108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.3041** **Nonpriority creditor's name and mailing address**
**Imran Mohd**
**3675 Partridge Path**
**Apt 6**
**Ann Arbor, MI 48108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.3042** **Nonpriority creditor's name and mailing address**
**India Martin**
**753 WAGON TRAIL RD**
**RIDGEWAY, VA 24148**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.3043** **Nonpriority creditor's name and mailing address**
**Indumathi Ravichandiran**
**5170 Red River Ave SW**
**Wyoming, MI 49418**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.3044** **Nonpriority creditor's name and mailing address**
**Ingrid Tsai**
**9215 190th Street**
**Apt 3**
**Hollis, NY 11423**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.3045** **Nonpriority creditor's name and mailing address**
**INNOCENT NDUKWE**
**6106 Colgate lane**
**matteson, IL 60443**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3046
**Nonpriority creditor's name and mailing address**
**Intikhab Rehman**
**42269 Riggins Ridge Terrace**
**Brambleton, VA 20148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3047
**Nonpriority creditor's name and mailing address**
**Ira Eles**
**18800 NW Rock Creek Circle**
**Apt 167**
**Portland, OR 97229**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3048
**Nonpriority creditor's name and mailing address**
**Ira Feintuch**
**1985 S Ocean Dr**
**Apt 7Q**
**Hallandale Beach, FL 33009**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3049
**Nonpriority creditor's name and mailing address**
**Irene Doleman**
**18409 Edinboro Ave**
**Maple Heights, OH 44137**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3050
**Nonpriority creditor's name and mailing address**
**Irina Mikolajczyk**
**23 Gates Lane**
**Northborough, MA 01532**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3051
**Nonpriority creditor's name and mailing address**
**Isaac Choi**
**989 W Aspen Ct**
**Palatine, IL 60067**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3052
**Nonpriority creditor's name and mailing address**
**Isaac Fearing**
**7948 Somerset Road**
**Woodbury, MN 55125-2344**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3053
**Nonpriority creditor's name and mailing address**
**Isaac Frankel**
**2 judith ln**
**Monsey, NY 10952**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3054
**Nonpriority creditor's name and mailing address**
**Isaac Gines**
**189 Eagle Harbor Way**
**Daytona Beach, FL 32124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3055
**Nonpriority creditor's name and mailing address**
**isaac keiran**
**4407 Hopson Rd**
**APT 1215**
**morrisville, NC 27560**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3056
**Nonpriority creditor's name and mailing address**
**Isaac Leihy**
**915 Magnolia Crst**
**San Antonio, TX 78251**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3057
**Nonpriority creditor's name and mailing address**
**Isaac Orta**
**2716 W Nassau St**
**Tampa, FL 33607**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3058
**Nonpriority creditor's name and mailing address**
**Isaac Stotts**
**1251 W Sigurd Cir.**
**Wasilla, AK 99654**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3059
**Nonpriority creditor's name and mailing address**
**Isaac Suffren**
**3039 Nowitzki Way**
**Dallas, TX 75219**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3060
**Nonpriority creditor's name and mailing address**
**Isai Nolasco**
**27571 Villa Avenue**
**Highland, CA 92346**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3061
**Nonpriority creditor's name and mailing address**
**Isai Rosas**
**3060 Viana Dr**
**Palmdale, CA 93550**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3062
**Nonpriority creditor's name and mailing address**
**Isaiah Billing**
**33506 Lanes Valley rd**
**La Crescent, MN 55947**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3063
**Nonpriority creditor's name and mailing address**
**Isaiah Copeland**
**51 webbs Ln**
**P1**
**Dover, DE 19904**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3064
**Nonpriority creditor's name and mailing address**
**Isaiah George**
**22477 Zurich Dr**
**Tehachapi, CA 93561**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.3065
**Nonpriority creditor's name and mailing address**
**Isaiah Scott-DeShields**
**225 Wayne Ave**
**Narberth, PA 19072**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.3066
**Nonpriority creditor's name and mailing address**
**Ishaan Patel**
**2226 North Columbus Street, Arlington, V**
**arlington, VA 22207**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.3067
**Nonpriority creditor's name and mailing address**
**Ishwar Balliram**
**8961 SW 223 Lane**
**Cutler Bay, FL 33190**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.3068
**Nonpriority creditor's name and mailing address**
**Isiah Gilliam**
**105 Cameron Dr**
**Slippery Rock, PA 16057**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.3069
**Nonpriority creditor's name and mailing address**
**Iskender Toktobaev**
**2540 Crooked Creek Rd**
**303 apartment**
**Schaumburg, IL 60173**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3070 **Nonpriority creditor's name and mailing address**
**ISMAEL MOUHAB**
**11821 Stoney Ridge Way**
**Rancho Cordova, CA 95742**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3071 **Nonpriority creditor's name and mailing address**
**Ismail Akanbi**
**1600 North Summit Avenue**
**Apt. 3323**
**Lewisville, TX 75077**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3072 **Nonpriority creditor's name and mailing address**
**Ismail Guder**
**870 s Colorado blvd #1153**
**Denver, CO 80246**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3073 **Nonpriority creditor's name and mailing address**
**Israel Cuevas**
**1928 Shadow Trl**
**Plano, TX 75075**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3074 **Nonpriority creditor's name and mailing address**
**Israel Lazo**
**1211 N Rancho Ave**
**Colton, CA 92324**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3075 **Nonpriority creditor's name and mailing address**
**ISRAEL MARQUEZ**
**180 BLACK ROCK AVE**
**NEW BRITAIN, CT 06052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3076
**Nonpriority creditor's name and mailing address**
**Israel Martinez**
**212 Crest Ave**
**Elk Grove Village, IL 60007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3077
**Nonpriority creditor's name and mailing address**
**Istalkher Wright**
**11419 Forest View Dr**
**Williams, IN 47470**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3078
**Nonpriority creditor's name and mailing address**
**Ituriel Gutierrez-Chapa**
**1531 Range Field**
**San Antonio, TX 78245**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3079
**Nonpriority creditor's name and mailing address**
**Iva Lesperance Charles**
**62 Bush Avenue**
**Staten Island, NY 10303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3080
**Nonpriority creditor's name and mailing address**
**Ivan Mercado**
**13619 Fanshaw Ave**
**Paramount, CA 90723**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3081
**Nonpriority creditor's name and mailing address**
**Ivan Romero Jr**
**24 Daniel Lane**
**Kinnelon, NJ 07405**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3082
**Nonpriority creditor's name and mailing address**
**Ivan Shao**
**9117 35th ave**
**Jackson Heights, NY 11372**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3083
**Nonpriority creditor's name and mailing address**
**Ivan Varbanov**
**9218 Miramonte**
**Irvine, CA 92618**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3084
**Nonpriority creditor's name and mailing address**
**Ivaylo Peytchev**
**6269 Woodbury Dr**
**Boca Raton, FL 33433**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3085
**Nonpriority creditor's name and mailing address**
**Ivelin Ivanov**
**105 settlers lane**
**Hyannis, MA 02601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3086
**Nonpriority creditor's name and mailing address**
**Ivo Lesperance**
**62 Bush avenue**
**171 harbor rd**
**Staten Island, NY 10303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3087
**Nonpriority creditor's name and mailing address**
**Izzac Gray**
**115 Creed Way**
**New Tazewell, TN 37825**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC**
Name

Case number (if known)

3.3088
**Nonpriority creditor's name and mailing address**
**J lee Dayklee**
**5500 Douglas dr N**
**Apt 315**
**crystal, MN 55429**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3089
**Nonpriority creditor's name and mailing address**
**J'Gai Starks**
**1302 West St**
**honesdale, PA 18431**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3090
**Nonpriority creditor's name and mailing address**
**Ja Y. Lee**
**5 Stone Road**
**Plainview, NY 11803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3091
**Nonpriority creditor's name and mailing address**
**Jaafar Ibrahim**
**8259 n octavia**
**Niles, IL 60714**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3092
**Nonpriority creditor's name and mailing address**
**Jabriel King**
**3823 N EWING AVE**
**KANSAS CITY, MO 64117**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3093
**Nonpriority creditor's name and mailing address**
**Jacel Martin**
**3519 N 107th Dr**
**Avondale, AZ 85392**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3094
**Nonpriority creditor's name and mailing address**
**Jack Daniels**
**124 Neeley Lane**
**New Bern, NC 28560**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3095
**Nonpriority creditor's name and mailing address**
**Jack Gooper**
**Sesame street**
**210**
**Austin, TX 73301**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3096
**Nonpriority creditor's name and mailing address**
**jack gourdet**
**5936 castor ave**
**philadelphia, PA 19149**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3097
**Nonpriority creditor's name and mailing address**
**Jack Kuzia**
**57 Standley Street**
**Beverly, MA 01915**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3098
**Nonpriority creditor's name and mailing address**
**Jack Lenz**
**22263 Jasmine Way**
**Rogers, MN 55374**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3099
**Nonpriority creditor's name and mailing address**
**Jack Liu**
**6055 69th PL**
**Maspeth, NY 11378**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3100
**Nonpriority creditor's name and mailing address**
**Jack Peterson**
**3206 Oak Hollow dr. SE**
**Grand Rapids, MI 49546**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3101
**Nonpriority creditor's name and mailing address**
**Jack Reeves**
**1854 Magnolia Fruit Dr**
**Dumfries, VA 22026**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3102
**Nonpriority creditor's name and mailing address**
**Jack Taylor**
**118 Gibson Ln**
**Corpus Christi, TX 78406**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3103
**Nonpriority creditor's name and mailing address**
**Jackie Carlos**
**620 S V Ave**
**Apt G**
**National City, CA 91950**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3104
**Nonpriority creditor's name and mailing address**
**Jackie Mcclellan**
**28 Capricorn Ct**
**Rockville, MD 20855**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3105
**Nonpriority creditor's name and mailing address**
**Jackqueline Truong**
**21111 ASHFORK DR**
**KATY, TX 77449**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3106
**Nonpriority creditor's name and mailing address**
**Jackson Bakerink**
**2559 Clark Tower Rd**
**Winterset, IA 50273**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3107
**Nonpriority creditor's name and mailing address**
**Jackson Nguyen**
**2151 Golden Dew Cir**
**San Jose, CA 95121**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3108
**Nonpriority creditor's name and mailing address**
**Jackson Nguyen**
**2151 Golden Dew Cir**
**San Jose, FL 95121**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3109
**Nonpriority creditor's name and mailing address**
**Jackson Shockley**
**240 S 200 W**
**Apt 2**
**Springville, UT 84663**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3110
**Nonpriority creditor's name and mailing address**
**Jacky Pierre**
**14150 NW 17th Ave**
**Opa-Locka, FL 33054**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3111
**Nonpriority creditor's name and mailing address**
**Jaco Viljoen**
**3B Sole Sands**
**Meerensee, KZN 03901-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3112
**Nonpriority creditor's name and mailing address**
**Jacob Altshuler**
**2116 1/2 Hillhurst ave**
**Los Angeles, CA 90027**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3113
**Nonpriority creditor's name and mailing address**
**Jacob Belprez**
**46079 Meadow Ln**
**Macomb, mi 48044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3114
**Nonpriority creditor's name and mailing address**
**Jacob Biasetti**
**14 Nostrum Rd**
**Norwalk, CT 06850**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3115
**Nonpriority creditor's name and mailing address**
**Jacob Biletski**
**2613 187th Street East**
**Tacoma, WA 98445**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3116
**Nonpriority creditor's name and mailing address**
**Jacob Bradtmueller**
**3132 West Burke Street**
**Tampa, FL 33614**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3117
**Nonpriority creditor's name and mailing address**
**Jacob Britt**
**229 Glenlivet Way**
**El Paso, TX 79928**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3118
**Nonpriority creditor's name and mailing address**
**jacob brown**
**3610**
**Moline, IL 61265**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3119
**Nonpriority creditor's name and mailing address**
**jacob brubaker**
**20760 rosedale dr**
**Clinton Township, MI 48036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3120
**Nonpriority creditor's name and mailing address**
**Jacob Clause**
**45922 Champion Court**
**Indio, CA 92201**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3121
**Nonpriority creditor's name and mailing address**
**Jacob Cormican**
**23245 OAK PRAIRIE CIR**
**SORRENTO, FL 32776**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3122
**Nonpriority creditor's name and mailing address**
**Jacob DeDominicis**
**635 Pinewood Dr**
**Conroe, TX 77385**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3123
**Nonpriority creditor's name and mailing address**
**Jacob Fink**
**81 Cutler Road**
**Needham, MA 02492**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3124
**Nonpriority creditor's name and mailing address**
**JACOB FRIESEN**
**552 PR 308 H**
**SEMINOLE, TX 79360**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3125
**Nonpriority creditor's name and mailing address**
**Jacob Geissler**
**27096 North Jacqueline Court**
**Athol, ID 83801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3126
**Nonpriority creditor's name and mailing address**
**Jacob Her**
**5924 Goddard St**
**Shawnee, KS 66203**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3127
**Nonpriority creditor's name and mailing address**
**jacob lewis**
**1219 minnesota rd lot 58**
**port huron, MI 48060**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3128
**Nonpriority creditor's name and mailing address**
**Jacob Merkley**
**20461 E Sonoqui Blvd**
**Queen Creek, AZ 85142**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3129
**Nonpriority creditor's name and mailing address**
**Jacob Noles**
**133 Rob Roy Road**
**LaGrange, GA 30240**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3130
**Nonpriority creditor's name and mailing address**
**Jacob Oligario**
**1189 Vista Verde Dr**
**Roseville, CA 95747**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3131
**Nonpriority creditor's name and mailing address**
**Jacob Rasoul**
**6518 Silver Fox rd**
**Charlotte, NC 28270**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3132
**Nonpriority creditor's name and mailing address**
**Jacob Schelonka**
**3660 W 46TH ST**
**INDIANAPOLIS, IN 46228**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3133
**Nonpriority creditor's name and mailing address**
**Jacob Sharp**
**1004 Wild Ivy Trail**
**Franklin, IN 46131**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3134
**Nonpriority creditor's name and mailing address**
**Jacob Short**
**9613 SE 6TH ST**
**MIDWEST CITY, OK 73130**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3135
**Nonpriority creditor's name and mailing address**
**Jacob Struble**
**416 Main St Apt 16**
**Wallingford, CT 06492**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3136
**Nonpriority creditor's name and mailing address**
**Jacob Tibbetts**
**9835 15th Pl SE**
**Lake Stevens, WA 98258**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3137
**Nonpriority creditor's name and mailing address**
**Jacob Wells**
**5922 US HWY 61 67**
**Imperial, MO 63052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3138
**Nonpriority creditor's name and mailing address**
**Jacob West**
**16621 S 32nd pl**
**Phoenix, AZ 85048**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3139
**Nonpriority creditor's name and mailing address**
**Jacob Yang**
**2305 E SANTA ANA AVE**
**Fresno, CA 93726**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3140
**Nonpriority creditor's name and mailing address**
**Jacqueline Artigas**
**4901 W Summerfield Dr**
**Highland, UT 84003**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3141
**Nonpriority creditor's name and mailing address**
**Jacqueline Garcia Nunez**
**3560 E Avenue R12**
**Palmdale, CA 93550**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3142
**Nonpriority creditor's name and mailing address**
**Jacqueline Labra**
**918 NW 204th Street**
**Miami Gardens, FL 33169**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3143
**Nonpriority creditor's name and mailing address**
**Jacquelyn Pineda**
**3981 Dupont Parkway**
**Townsend, DE 19734**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3144
**Nonpriority creditor's name and mailing address**
**Jacques Meyer**
**1 Saltrock Road**
**E8 The Saxony**
**Ballito, KZN 04420-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3145
**Nonpriority creditor's name and mailing address**
**Jadacus Santos**
**10147 Boca Entrada Blvd #218**
**Boca Raton, FL 33428**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3146
**Nonpriority creditor's name and mailing address**
**jaden alvarez**
**1233 abberton dr**
**orlando, FL 32837**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3147
**Nonpriority creditor's name and mailing address**
**Jaden Bryant**
**330 Independence Blvd**
**Newport, NC 28570**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3148
**Nonpriority creditor's name and mailing address**
**Jaden Clark**
**2164 Greencrest Circle**
**Alpharetta, GA 30004**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3149
**Nonpriority creditor's name and mailing address**
**Jaden Davis**
**P.O Box 374**
**Manchester, CA 95459**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3150
**Nonpriority creditor's name and mailing address**
**jaden wilson**
**584 Camp Akiba Rd**
**Stroudsburg, PA 18360**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3151
**Nonpriority creditor's name and mailing address**
**Jadon Coleman**
**778 s 860 e**
**C113**
**American Fork, UT 84003**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3152
**Nonpriority creditor's name and mailing address**
**Jae Chang**
**10261 Wembley Cir**
**Westminster, CA 92683**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3153
**Nonpriority creditor's name and mailing address**
**Jaeden Rebok**
**26246, Quantico Creek Road**
**Hebron, MD 21830**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3154
**Nonpriority creditor's name and mailing address**
**Jaewoo Lee**
**1724 1/2 s bonnie brae st**
**Los Angeles, CA 90006**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3155
**Nonpriority creditor's name and mailing address**
**Jagar Reed**
**1440**
**E Broadway Rd**
**Tempe, AZ 85282**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3156
**Nonpriority creditor's name and mailing address**
**Jahanzeb Khandwala**
**8325 Mango Ave**
**Morton Grove, IL 60053**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3157
**Nonpriority creditor's name and mailing address**
**Jahir Simon**
**1513 Lilac Breeze Cir**
**Las Vegas, NV 89108-0820**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3158
**Nonpriority creditor's name and mailing address**
**jahkiem lowe**
**8820 ave j**
**brooklyn, NY 11236**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3159
**Nonpriority creditor's name and mailing address**
**Jahmawry Porter**
**9591 west elm lane**
**Miramar, FL 33025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3160 **Nonpriority creditor's name and mailing address**
**Jahmawry Porter**
**9591 west elm lane**
**Miramar, FL 33025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3161 **Nonpriority creditor's name and mailing address**
**Jahzell Ramirez**
**600 Hinksey Drive**
**1114**
**Myrtle Beach, SC 29588**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3162 **Nonpriority creditor's name and mailing address**
**Jahzhseed Hancock**
**729 HOWARD AVE**
**Brooklyn, NY 11212**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3163 **Nonpriority creditor's name and mailing address**
**Jaiden Dennis**
**58 Pine Manor Dr**
**Ponte Vedra, FL 32081**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3164 **Nonpriority creditor's name and mailing address**
**Jaime Ariel Arita Romero**
**23 delaney avenue**
**watsonville, CA 95076**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3165 **Nonpriority creditor's name and mailing address**
**Jaime Bernal**
**2449 81ST Street**
**2FL**
**East Elmhurst, NY 11370**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.3166** **Nonpriority creditor's name and mailing address**
**Jaime Bohl**
**912 Autumn Royal Lane**
**Las Vegas, NV 89144**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3167** **Nonpriority creditor's name and mailing address**
**Jaime Justo**
**30612 Wind Walker Way**
**Menifee, CA 92584**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3168** **Nonpriority creditor's name and mailing address**
**Jaime Lara**
**10039 Radio Rd**
**Houston, TX 77075**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3169** **Nonpriority creditor's name and mailing address**
**JAIME MARTINEZ**
**2430 Manchester Ln**
**Lancaster, TX 75134-1985**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3170** **Nonpriority creditor's name and mailing address**
**Jaime Mendoza**
**2045 N Apple Ave**
**Rialto, CA 92377**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3171** **Nonpriority creditor's name and mailing address**
**Jaime Saez Ewertz**
**1060 E Horseshoe Dr**
**Chandler Arizona, AZ 85249**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3172
**Nonpriority creditor's name and mailing address**
**Jaime Villa**
**1228 E KENWOOD AVE**
**Anaheim, CA 92805**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3173
**Nonpriority creditor's name and mailing address**
**Jairus Saunders**
**16856 Aberdeen Drive**
**Romulus, MI 48174**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3174
**Nonpriority creditor's name and mailing address**
**Jaisimha Seelam**
**5691 Chorleywood Ln**
**Wesley Chapel, FL 33545**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3175
**Nonpriority creditor's name and mailing address**
**JaJuan Barr**
**58 woodstown rd apt 208**
**Mullica Hill, NJ 08062**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3176
**Nonpriority creditor's name and mailing address**
**Jake Bogart**
**482 Marion Road**
**145 D**
**Oshkosh, WI 54901**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3177
**Nonpriority creditor's name and mailing address**
**Jake Matty**
**9904 Bradley Russell Ct**
**Charlotte, NC 28214**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.3178 | Nonpriority creditor's name and mailing address<br>**Jake Rayner**<br>**7629 SE 13th Ave**<br>**Portland, OR 97202**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3179 | Nonpriority creditor's name and mailing address<br>**Jake Rivera**<br>**305 west baker rd**<br>**312**<br>**Baytown, TX 77521**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3180 | Nonpriority creditor's name and mailing address<br>**Jake Russell**<br>**9778 Oxford Cir**<br>**Powell, OH 43065**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3181 | Nonpriority creditor's name and mailing address<br>**Jaleel Johnson**<br>**742 Mount Whitney Cir**<br>**Corona, CA 92879**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3182 | Nonpriority creditor's name and mailing address<br>**Jaleel Johnson**<br>**742 Mount Whitney Cir**<br>**Corona, CA 92879**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3183 | Nonpriority creditor's name and mailing address<br>**Jaleel Richardson**<br>**432 Cider Mill Dr**<br>**Middleville, MI 49333**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.3184

**Nonpriority creditor's name and mailing address**

**Jaleesa Brown**
**150-45 116th Drive**
**Jamaica, NY 11434**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3185

**Nonpriority creditor's name and mailing address**

**Jalen Smith**
**PO BOX 23783**
**ST PETERSBURG, FL 33742**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3186

**Nonpriority creditor's name and mailing address**

**Jalin Childs**
**821 Hill Top Road**
**Hampton, FL 30228**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3187

**Nonpriority creditor's name and mailing address**

**Jamal Accra**
**1069 E periwinkle way**
**Gilbert, AZ 85297**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3188

**Nonpriority creditor's name and mailing address**

**JAMAL JOHNSON**
**15326 AGUILA PASS**
**MORENO VALLEY, CA 92555**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3189

**Nonpriority creditor's name and mailing address**

**Jamal Massengale**
**4142 30th Street**
**Detroit, MI 48210**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3190
**Nonpriority creditor's name and mailing address**
**Jamelle Kent**
**1201 windy lane**
**Baytown, TX 77520**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3191
**Nonpriority creditor's name and mailing address**
**Jamelle kent**
**1201 Windy Ln**
**Baytown, TX 77520**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3192
**Nonpriority creditor's name and mailing address**
**James Aquino**
**4909 Hunter Hill Ter**
**Glen Allen, VA 23059**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3193
**Nonpriority creditor's name and mailing address**
**James Aquino**
**4909 Hunter Hill Ter**
**Glen Allen, VA 23059**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3194
**Nonpriority creditor's name and mailing address**
**James Ayers**
**3122 EVANS AVE**
**NAVARRE, FL 32566**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3195
**Nonpriority creditor's name and mailing address**
**James Brawner**
**2527 Kingsley Ln**
**oklahoma city, OK 73128**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.3196** **Nonpriority creditor's name and mailing address**
**james brubaker**
**9845 national pk**
**big pool, MD 21711**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3197** **Nonpriority creditor's name and mailing address**
**JAMES BYERS**
**PSC 400 BOX 5953**
**APO, AP 96273**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3198** **Nonpriority creditor's name and mailing address**
**James Carmody**
**5070 Ripp Rd**
**Sturgeon Bay, WI 54235**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3199** **Nonpriority creditor's name and mailing address**
**James Cochran**
**70 Lauren Overlook**
**Newnan, GA 30263**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3200** **Nonpriority creditor's name and mailing address**
**JAMES DENNIS**
**58 E PIPERSGREEN**
**SPRING, TX 77382**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3201** **Nonpriority creditor's name and mailing address**
**James Derrick**
**7118 Sutton pl**
**Fairview, TN 37062**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3202
**Nonpriority creditor's name and mailing address**
**James Drayton**
**1012 Pembroke Ave**
**lansdowne, PA 19050**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3203
**Nonpriority creditor's name and mailing address**
**James Duchelde Jean**
**1380 S Elmhurst rd**
**Mount Prospect, IL 60056**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3204
**Nonpriority creditor's name and mailing address**
**James Gault**
**2001 Hartford Path**
**The Villages, FL 32162**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3205
**Nonpriority creditor's name and mailing address**
**James Grady**
**10309 Chester Drive**
**Carmel, IN 46032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3206
**Nonpriority creditor's name and mailing address**
**James Griggs**
**109 scenic stream circle**
**crawfordville, FL 32327**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3207
**Nonpriority creditor's name and mailing address**
**James Hampton**
**48 Jefferson St**
**apt.4**
**Westfield, MA 01085**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3208
**Nonpriority creditor's name and mailing address**
**james haughton**
**75 paul lane**
**childersburg, AL 35044**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3209
**Nonpriority creditor's name and mailing address**
**James Holmes**
**130 Wygenwood Ln.**
**Terre Haute, IN 47803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3210
**Nonpriority creditor's name and mailing address**
**James Holzer**
**11030 Sherwood Ridge Dr**
**Houston, TX 77043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3211
**Nonpriority creditor's name and mailing address**
**James Howard**
**2686 S Gilpin St**
**Denver, CO 80210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3212
**Nonpriority creditor's name and mailing address**
**James Jackson**
**25910 Meadow Dr.**
**Pioneer, CA 95666**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3213
**Nonpriority creditor's name and mailing address**
**James Jameson**
**800 Figueroa St.**
**Los Angeles, CA 90210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3214

**Nonpriority creditor's name and mailing address**
**James Jason**
**53 Deer Path**
**Buffalo, Ny 14224**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3215

**Nonpriority creditor's name and mailing address**
**James Johnson Sr**
**1340 Stratton Place Dr Apt A**
**Chattanooga, TN 37421**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3216

**Nonpriority creditor's name and mailing address**
**James Jones**
**1 Maplebrooke Ct**
**Troy, IL 62294**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3217

**Nonpriority creditor's name and mailing address**
**James Katehakis**
**31 Beaver run Drive**
**Savannah, GA 31419**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3218

**Nonpriority creditor's name and mailing address**
**James Kolonusz**
**104 Apple Ave, Suite 3**
**Dothan, AL 36303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3219

**Nonpriority creditor's name and mailing address**
**James Kwon**
**14347 Musgrove Farm Ct**
**Glenwood, MD 21738**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3220 **Nonpriority creditor's name and mailing address**
**James Lee**
**804 Joe Yenni**
**19**
**Kenner, LA 70065-4870**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3221 **Nonpriority creditor's name and mailing address**
**James Littleton**
**227 N McPherson St**
**Fort Bragg, CA 95437**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3222 **Nonpriority creditor's name and mailing address**
**James Liu**
**1017 Meadow Breeze Lane**
**Sarasota, FL 34240**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3223 **Nonpriority creditor's name and mailing address**
**James Maraldo**
**5581 SE 140th ave**
**Portland, OR 97236**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3224 **Nonpriority creditor's name and mailing address**
**James McCully**
**25095 Belmont Ct**
**Perrysburg, OH 43551**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3225 **Nonpriority creditor's name and mailing address**
**James Mcmurtrey**
**8100 Epperson Mill Rd**
**Millington, TN 38053**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3226
**Nonpriority creditor's name and mailing address**
**James Moorehead**
**3922 NE 22nd PL**
**Cape Coral, FL 33909**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3227
**Nonpriority creditor's name and mailing address**
**James Newton**
**1566 Valley Rd**
**Apt 205**
**Oconomowoc, WI 53066**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3228
**Nonpriority creditor's name and mailing address**
**James Outley**
**1031 1/2 McClardy Road**
**Clarksville, TN 37042**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3229
**Nonpriority creditor's name and mailing address**
**James Perrotti**
**8150 Old Sunridge Drive**
**Manlius, NY 13104**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3230
**Nonpriority creditor's name and mailing address**
**James Polidori**
**400 SW 1st Ave, Apt 2608**
**Fort Lauderdale, FL 33301**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3231
**Nonpriority creditor's name and mailing address**
**James Polidori**
**400 SW 1st Ave**
**Apt 2608**
**Fort Lauderdale, FL 33301**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3232
**Nonpriority creditor's name and mailing address**
**James Shenberger**
**3010 N Barton Lp**
**Post Falls, ID 83854**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3233
**Nonpriority creditor's name and mailing address**
**James Shenberger**
**3010 N Barton Lp**
**Post Falls, ID 83854**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3234
**Nonpriority creditor's name and mailing address**
**James SImmons**
**3224 Moorewood Dr**
**Nashville, TN 37207**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3235
**Nonpriority creditor's name and mailing address**
**james slay**
**26110 richards rd**
**spring, TX 77386**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3236
**Nonpriority creditor's name and mailing address**
**James Stevens**
**1649 KALAEPAA DRIVE**
**HONOLULU, HI 96819**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3237
**Nonpriority creditor's name and mailing address**
**James Stivers**
**3 Horizon Court**
**Whispering Pines, NC 28327**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3238
**Nonpriority creditor's name and mailing address**
**James Tambling**
**166 Sausal Dr**
**Portola Valley, CA 94028**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3239
**Nonpriority creditor's name and mailing address**
**James Thomas**
**PO Box 393**
**Poway, CA 92074**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3240
**Nonpriority creditor's name and mailing address**
**James Vinson**
**927 Valhalla Drive**
**Jonesboro, AR 72401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3241
**Nonpriority creditor's name and mailing address**
**James Wan**
**James Street**
**Florida, FL 32013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3242
**Nonpriority creditor's name and mailing address**
**James Williams**
**29694 Castlewood Drive**
**Menifee, CA 92584**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3243
**Nonpriority creditor's name and mailing address**
**James Yost**
**8308 Sinclair Mill Road**
**Manassas, VA 20112**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.3244** **Nonpriority creditor's name and mailing address**
**Jamichael Dawson**
**1836 Roswell St**
**Apt 4205**
**Smyrna, GA 30080**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.3245** **Nonpriority creditor's name and mailing address**
**Jamie Gadd**
**2727 Morning Leaf Ct**
**Spring, TX 77388**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.3246** **Nonpriority creditor's name and mailing address**
**Jamie Malacara**
**10062 royal lane**
**157**
**Dallas, TX 75238**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.3247** **Nonpriority creditor's name and mailing address**
**Jamie Miller**
**1150 Garner Ave**
**Schenectady, NY 12309-5706**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.3248** **Nonpriority creditor's name and mailing address**
**Jamie Robinson**
**4901 Murrayhill Rd**
**Charlotte, NC 28210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.3249** **Nonpriority creditor's name and mailing address**
**Jamil Huffman**
**375 oxford drive**
**Fairborn, OH 45324**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3250
**Nonpriority creditor's name and mailing address**
**Jamil Johnson**
**264 Maple Valley Dr**
**Collierville, TN 38017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3251
**Nonpriority creditor's name and mailing address**
**Jamil Walker**
**3204 Central Ave NE**
**Washington, DC 20018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3252
**Nonpriority creditor's name and mailing address**
**Jamshid Nusraty**
**11205 trippon court**
**North Potomac, MD 20878**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3253
**Nonpriority creditor's name and mailing address**
**Jan Krivocheia**
**487 Boynton Ave**
**Unit 1**
**San Jose, CA 95117**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3254
**Nonpriority creditor's name and mailing address**
**Jan Mora Rodriguez**
**2034 Torchwood Dr**
**Orlando, FL 32828**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3255
**Nonpriority creditor's name and mailing address**
**Jan Mora Rodriguez**
**2034 Torchwood Dr**
**Orlando, FL 32828**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.3256**

**Nonpriority creditor's name and mailing address**
**Janae Mack**
**626 grove st**
**Winter Haven, FL 33881**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3257**

**Nonpriority creditor's name and mailing address**
**Janak Kalaria**
**10506 Stansfield Road**
**Laurel, MD 20723**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3258**

**Nonpriority creditor's name and mailing address**
**Janakiram Ponnam**
**50677 federal blvd**
**canton, MI 48188**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3259**

**Nonpriority creditor's name and mailing address**
**Janani Viverjitha Manoharan**
**1710 Highland Cir**
**Fairfield, CA 94534**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3260**

**Nonpriority creditor's name and mailing address**
**Jane Arek**
**6010 WINDING BRIDGE DR**
**JACKSONVILLE, FL 32277**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3261**

**Nonpriority creditor's name and mailing address**
**Janel Shyver**
**123 Linden Ct**
**Dover, DE 19901**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3262
**Nonpriority creditor's name and mailing address**
**JANESH SHANKAR**
**5040 Allington St**
**Street Address 2**
**Lakewood, CA 90712**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3263
**Nonpriority creditor's name and mailing address**
**Janet Jordan**
**4112 Yardley Ave North, Saint Petersburg**
**St.Petersburg, FL 33713**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3264
**Nonpriority creditor's name and mailing address**
**Janet Madriaga**
**12204 hoop ct**
**Bristow, VA 20136**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3265
**Nonpriority creditor's name and mailing address**
**Janol Wright**
**422 N Michigan Ave**
**Kenilworth, NJ 07033**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3266
**Nonpriority creditor's name and mailing address**
**Jansen Jones**
**1609 Canal Ave**
**Greenville, MS 38701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3267
**Nonpriority creditor's name and mailing address**
**Janysh Kulmatov**
**35 Cobbler lane**
**US**
**Schaumburg, IL 60173**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3268
**Nonpriority creditor's name and mailing address**
**Janzyn Andre**
**PSC 37 Box 2761**
**Apo, AE 09459**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3269
**Nonpriority creditor's name and mailing address**
**Jaran Iwane**
**94-1258 Halelaukoa Dr**
**Waipahu, HI 96797**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3270
**Nonpriority creditor's name and mailing address**
**Jared Adams**
**23862 E Alabama Dr**
**Aurora, CO 80018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3271
**Nonpriority creditor's name and mailing address**
**Jared Jodon**
**54 Bridle path lane**
**Bluffton, SC 29910**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3272
**Nonpriority creditor's name and mailing address**
**Jared Lancon**
**11931 Hackney Ct**
**Haslet, TX 76052**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3273
**Nonpriority creditor's name and mailing address**
**Jared Landrum**
**235 CHESTER LEE ST**
**LAROSE, LA 70373**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3274 **Nonpriority creditor's name and mailing address**
**Jared Landrum**
**235 CHESTER LEE ST**
**LAROSE, LA 70373**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3275 **Nonpriority creditor's name and mailing address**
**Jared Lutwyche**
**24 Paulding lane**
**Crompond, NY 10517**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3276 **Nonpriority creditor's name and mailing address**
**Jared Marchand**
**32 New Westminster Rd**
**Hubbardston, MA 01452**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3277 **Nonpriority creditor's name and mailing address**
**Jared Minear**
**14252 Uxbridge St**
**Westminster, CA 92683**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3278 **Nonpriority creditor's name and mailing address**
**Jared Nyangenyo**
**22842 SW 88 PL**
**Cutler Bay, FL 33190**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3279 **Nonpriority creditor's name and mailing address**
**Jared Postal**
**391 Deer Blvd**
**Avon, CO 81620**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3280
**Nonpriority creditor's name and mailing address**
**Jared Prewitt**
**6043 Whisper Ridge Lane**
**Corryton, TN 37721**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3281
**Nonpriority creditor's name and mailing address**
**Jared Zaetz**
**4911 NE 19th Ave Apt 1**
**Fort Lauderdale, FL 33308**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3282
**Nonpriority creditor's name and mailing address**
**Jarel Ellis**
**1507 Witchhazel Cir**
**Gambrills, MD 21054-1364**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3283
**Nonpriority creditor's name and mailing address**
**Jarod Mcmanus**
**3818 west 157 street**
**lawndale, CA 90260**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3284
**Nonpriority creditor's name and mailing address**
**Jarod Reddy**
**94 Nordale Road**
**Newlands West, KZN 04037-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3285
**Nonpriority creditor's name and mailing address**
**Jaron Christensen Vavalis**
**16965 NW Bernietta Court**
**Portland, OR 97229**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3286 **Nonpriority creditor's name and mailing address**
**Jaron Gao**
**503 Boulevard SE**
**Atlanta, GA 30312**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3287 **Nonpriority creditor's name and mailing address**
**Jaron Peters**
**1501 sawgrass lane**
**Portsmouth, VA 23703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3288 **Nonpriority creditor's name and mailing address**
**Jaron Sherrill**
**9 Treasure Hills Lane**
**1724**
**Conway, AR 72032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3289 **Nonpriority creditor's name and mailing address**
**JARRAD WEINHOLD**
**1605 Twin Oaks Circle**
**OVIEDO, FL 32765**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3290 **Nonpriority creditor's name and mailing address**
**Jarred Williams**
**1777 Venice lane**
**apt 236**
**Miami, FL 33181**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3291 **Nonpriority creditor's name and mailing address**
**Jarret Jordahl**
**635 Indigo Ave**
**Alden, IA 50006**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3292
**Nonpriority creditor's name and mailing address**
**Jarrett Jenkins**
**334 Locust Street**
**Apt 1**
**West Hempstead, NY 11552**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3293
**Nonpriority creditor's name and mailing address**
**Jarrod Brummett**
**1400 E Van Buren St**
**Janesville, WI 53545**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3294
**Nonpriority creditor's name and mailing address**
**Jasanjot Singh Sandhu**
**5105 Silvery Jewel Ln**
**Bakersfield, CA 93313**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3295
**Nonpriority creditor's name and mailing address**
**Jase Barron**
**807 East Clayton St.**
**Cuero, TX 77954**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3296
**Nonpriority creditor's name and mailing address**
**Jasjit Singh**
**10011 SAND DOLLAR DR, HOUSTON, TX 77065-**
**Houston, TX 77065**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3297
**Nonpriority creditor's name and mailing address**
**Jasmin Harper**
**13 Hawthorne St**
**Springfield, MA 01105**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3298
**Nonpriority creditor's name and mailing address**
**Jasmine June**
**14007 May Mist**
**San Antonio, TX 78253**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3299
**Nonpriority creditor's name and mailing address**
**Jason Almeida**
**2133 Saint Augusta Ln.**
**Hawthorne, CA 90250**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3300
**Nonpriority creditor's name and mailing address**
**Jason Angel**
**100 Spothorse Lane**
**Marshall, NC 28753**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3301
**Nonpriority creditor's name and mailing address**
**Jason Arcaina**
**363 deanne lane**
**Daly city, CA 94014**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3302
**Nonpriority creditor's name and mailing address**
**Jason Arthur**
**247 Staysail Drive**
**Joppa, MD 21085**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3303
**Nonpriority creditor's name and mailing address**
**Jason Barnes**
**6464 Honey Grove Apt207**
**apt 207**
**Colorado Springs, CO 80923**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3304 **Nonpriority creditor's name and mailing address**
**Jason Bennet**
**1234**
**Miami, Florida 12345-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3305 **Nonpriority creditor's name and mailing address**
**Jason boykin**
**11601 BROOKSTONE DR**
**OCEAN SPRINGS, MS 39564**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3306 **Nonpriority creditor's name and mailing address**
**Jason Broadway**
**340 Canyon Drive**
**Altamont, TN 37301**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3307 **Nonpriority creditor's name and mailing address**
**Jason BROCK**
**51 Grass Fields Drive**
**Barnardsville, NC 28709**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3308 **Nonpriority creditor's name and mailing address**
**Jason Burke**
**7525 8th Street NW**
**Washington, DC 20012**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3309 **Nonpriority creditor's name and mailing address**
**Jason Carnevale**
**3508 Venezia View**
**Leander, TX 78641**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3310 **Nonpriority creditor's name and mailing address**
**jason ceremuga**
**218 SPRING ST**
**SOUTH SALEM, NY 10590**
**South Salem, NY 10590**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3311 **Nonpriority creditor's name and mailing address**
**Jason Crosby**
**1112 Leesburg Drive**
**Leland, NC 28451**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3312 **Nonpriority creditor's name and mailing address**
**Jason Daly**
**10308 Wolftrap Drive**
**Austin, TX 78749**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3313 **Nonpriority creditor's name and mailing address**
**Jason Deng**
**40 Bourneside Street, #2**
**Boston, MA 02124**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3314 **Nonpriority creditor's name and mailing address**
**Jason Deng**
**40 Bourneside Street, #2**
**Boston, MA 02124**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3315 **Nonpriority creditor's name and mailing address**
**Jason Do**
**504 Union St**
**Piscataway, NJ 08854**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3316
**Nonpriority creditor's name and mailing address**
**Jason Doan**
**3101 kiskadee ct**
**Mckinney, TX 75071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3317
**Nonpriority creditor's name and mailing address**
**Jason Duchatelier**
**6421 Rock Creek Dr**
**Lake Worth, FL 33467**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3318
**Nonpriority creditor's name and mailing address**
**Jason Ellingson**
**2610 200th avenue**
**PO Box 84**
**Deer Park, WI 54007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3319
**Nonpriority creditor's name and mailing address**
**Jason Gatewood**
**1010 Yorkmont Ridge Lane**
**634**
**Charlotte, NC 28217**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3320
**Nonpriority creditor's name and mailing address**
**Jason Guidry**
**7310 Foster league**
**Richmond, TX 77406**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3321
**Nonpriority creditor's name and mailing address**
**Jason Haas**
**6711 Stearns Street**
**Houston, TX 77021**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3322
**Nonpriority creditor's name and mailing address**
**Jason Hebert**
**10 big oak ln**
**Wildwood, FL 34786**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3323
**Nonpriority creditor's name and mailing address**
**Jason Hebert**
**10 big oak ln**
**Wildwood, FL 34786**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3324
**Nonpriority creditor's name and mailing address**
**Jason Ho**
**605 Maple Crest Dr**
**Lawrenceville, GA 30044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3325
**Nonpriority creditor's name and mailing address**
**Jason Hoang**
**746 Kirkwall Pl**
**Milpitas, CA 95035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3326
**Nonpriority creditor's name and mailing address**
**Jason Hood**
**2463 Silver Blossom Ln**
**Henderson, NV 89052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3327
**Nonpriority creditor's name and mailing address**
**Jason Jansen**
**114 Andes Ave**
**Geneva, NY 14456**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3328
**Nonpriority creditor's name and mailing address**
**Jason Klinck**
**401 South Street**
**Graham, TX 76450**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3329
**Nonpriority creditor's name and mailing address**
**Jason Leisering**
**290 Andover L**
**West Palm Beach, FL 33417**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3330
**Nonpriority creditor's name and mailing address**
**Jason Ma**
**54 Rutgers Street**
**APT 4F**
**New York, NY 10002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3331
**Nonpriority creditor's name and mailing address**
**Jason Mailo**
**845 Ala Lilikoi St**
**#5**
**Honolulu, HI 96818**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3332
**Nonpriority creditor's name and mailing address**
**Jason McDonald**
**2231 Hallowell Rd**
**Litchfield, ME 04350**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3333
**Nonpriority creditor's name and mailing address**
**Jason McKay**
**5753 Hwy 85 North**
**6221**
**CRESTVIEW, FL 32536**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3334
**Nonpriority creditor's name and mailing address**
**Jason Meadows**
**4608 Wolf Ridge Way**
**Fort Worth, TX 76244**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3335
**Nonpriority creditor's name and mailing address**
**jason nachman**
**3005 rogers drive**
**falls church, VA 22042**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3336
**Nonpriority creditor's name and mailing address**
**Jason Nguyen**
**3565 S Heritage Ave**
**Boise, ID 83709**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3337
**Nonpriority creditor's name and mailing address**
**Jason Nitsos**
**29 Wren Dr**
**Hilton Head Island, SC 29928**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3338
**Nonpriority creditor's name and mailing address**
**Jason Pallone**
**37 Belleaire Ave**
**Lynn, MA 01904**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3339
**Nonpriority creditor's name and mailing address**
**Jason Purcell**
**116 Spring Brk**
**Cibolo, TX, TX 78108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3340
**Nonpriority creditor's name and mailing address**
**Jason Purvis**
**108 Honeysuckle Rd**
**Kingsland, GA 31548**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3341
**Nonpriority creditor's name and mailing address**
**Jason Quinn**
**985 N 2000 E**
**St. George, UT 84770**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3342
**Nonpriority creditor's name and mailing address**
**Jason Quiroz**
**196 millar ave**
**San Jose, CA 95127**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3343
**Nonpriority creditor's name and mailing address**
**Jason Robinson**
**9870 Nix Lane**
**Fairhope, AL 36532**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3344
**Nonpriority creditor's name and mailing address**
**Jason Roby**
**3980 County Road 64**
**DeGraff, OH 43318**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3345
**Nonpriority creditor's name and mailing address**
**Jason Salazar**
**9500 Vintage Port Way**
**Sacramento, CA 95829**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3346
**Nonpriority creditor's name and mailing address**
**Jason Sam Fong**
**94-035 Kuahelani ave**
**121**
**Mililani, HI 96789**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3347
**Nonpriority creditor's name and mailing address**
**Jason Simmonds**
**3643 Basanite Avenue**
**Ontario, CA 91761**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3348
**Nonpriority creditor's name and mailing address**
**Jason Snyder**
**3221 W Empedrado st**
**Unit A**
**Tampa, FL 33629**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3349
**Nonpriority creditor's name and mailing address**
**Jason Stamps**
**3109 Earle Drive**
**Benton, AR 72019**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3350
**Nonpriority creditor's name and mailing address**
**Jason Tengco**
**1039 Stonehedge Dr**
**GLENDORA, CA 91740**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3351
**Nonpriority creditor's name and mailing address**
**Jason Tran**
**706 S Halliday St**
**Anaheim, CA 92804**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.3352 | **Nonpriority creditor's name and mailing address**<br>**Jason Trichel**<br>**111 Aubree Circle**<br>**West Monroe, LA 71291**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3353 | **Nonpriority creditor's name and mailing address**<br>**Jason Ulloa**<br>**3841 SW Chicopee ST**<br>**Port St Lucie, FL 34953**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3354 | **Nonpriority creditor's name and mailing address**<br>**Jason Ulloa**<br>**3841 SW Chicopee ST**<br>**Port St Lucie, FL 34953**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3355 | **Nonpriority creditor's name and mailing address**<br>**JASON VILLARREAL**<br>**3012 san francisco**<br>**laredo, TX 78040**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3356 | **Nonpriority creditor's name and mailing address**<br>**Jason Vu**<br>**1027 Nathan Mauldin Dr**<br>**Lawrenceville, GA 30043**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3357 | **Nonpriority creditor's name and mailing address**<br>**Jason Vu**<br>**205 hickory ln**<br>**Pekin, IL 61554**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3358
**Nonpriority creditor's name and mailing address**
**Jason Webb**
**5220 Hedgewood Dr**
**APT 617**
**Midland, MI 48640**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3359
**Nonpriority creditor's name and mailing address**
**Jason Wimer**
**1601 Parkridge Cir, apartment 275, Croft**
**Crofton, MD 21114**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3360
**Nonpriority creditor's name and mailing address**
**Jason Woo**
**428 Willapa Lane**
**Diamond Bar, CA 91765**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3361
**Nonpriority creditor's name and mailing address**
**Jaspal Singh**
**7801 Rushmore ave NE**
**Lacey, WA 98516**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3362
**Nonpriority creditor's name and mailing address**
**Jastej Dhaliwal**
**89 stoneham drive**
**Delran, NJ 08075**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3363
**Nonpriority creditor's name and mailing address**
**Jatinder Rai**
**527 Silver Maple Drive**
**Hercules, CA 94547**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3364
**Nonpriority creditor's name and mailing address**
**Jatwind Payton**
**1460 Angus Dr**
**Harvey, LA 70058**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3365
**Nonpriority creditor's name and mailing address**
**javari olivas**
**115 w carby rd**
**Hosuton, TX 77037**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3366
**Nonpriority creditor's name and mailing address**
**javari olivas**
**115 w carby rd**
**Hosuton, TX 77037**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3367
**Nonpriority creditor's name and mailing address**
**Javier Alatorre**
**4009 Beacon Pointe Ln**
**Dickinson, FL 77539**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3368
**Nonpriority creditor's name and mailing address**
**Javier Haro**
**10218 S. Burl Ave.**
**Lennox, CA 90304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3369
**Nonpriority creditor's name and mailing address**
**Javion Mitchell**
**8100 SW 22nd St**
**Apt 205**
**North Lauderdale, FL 33068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3370
**Nonpriority creditor's name and mailing address**
**Jawad Abdullah**
**2728 parkerridge dr**
**independence, KY 41051**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3371
**Nonpriority creditor's name and mailing address**
**Jawad Javed**
**1197 Shadow Dr**
**Troy, MI 48085**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3372
**Nonpriority creditor's name and mailing address**
**Jawan Robinson**
**636 5th Avenue**
**Williamsport, PA 17701**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3373
**Nonpriority creditor's name and mailing address**
**Jaxon Potter**
**1228 Carston Court**
**Farmington, UT 84025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3374
**Nonpriority creditor's name and mailing address**
**Jaxon Potter**
**1228 Carston Court**
**Farmington, UT 84025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3375
**Nonpriority creditor's name and mailing address**
**Jay Gallo**
**732 NE 10th Ave.**
**Boynton Beach, FL 33435**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3376
**Nonpriority creditor's name and mailing address**
**Jay Piniella**
**11709 N Rome Ave**
**Tampa, 33612, FL 33612**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3377
**Nonpriority creditor's name and mailing address**
**Jay Vyas**
**1 Tantum CT**
**Bordentown, NJ 08505**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3378
**Nonpriority creditor's name and mailing address**
**Jay weno**
**9404 Bald Hill Lane**
**brooklyn, NY 11228**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3379
**Nonpriority creditor's name and mailing address**
**Jayaraj Perumal**
**72 Frazer Fir Rd**
**South Windsor, CT 06074**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3380
**Nonpriority creditor's name and mailing address**
**Jayb Heacock**
**458 Matilda Ln**
**Jacksonville, FL 32216**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3381
**Nonpriority creditor's name and mailing address**
**Jaydeep kapuriya**
**13740 Endeavour Drive**
**APT#201**
**Herndon, VA 20171**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3382
**Nonpriority creditor's name and mailing address**
**Jaylan Jones**
**6080 se 84th ave**
**104**
**Portland, OR 97266**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3383
**Nonpriority creditor's name and mailing address**
**Jaylen Jennings**
**219 9th Ave**
**Oakland, CA 94606**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3384
**Nonpriority creditor's name and mailing address**
**Jaylie Do**
**4401 Buena Vista Ln**
**McKinney, TX 75070**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3385
**Nonpriority creditor's name and mailing address**
**Jazmine Jones**
**8612 8th Avenue**
**2**
**Inglewood, FL 90305**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3386
**Nonpriority creditor's name and mailing address**
**Jean Jean Baptiste**
**1414 Westchester dr N**
**West Palm Beach, FL 33417**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3387
**Nonpriority creditor's name and mailing address**
**jean kad**
**546 agte**
**atnnh, FL 32501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3388
**Nonpriority creditor's name and mailing address**
**Jean Max Paul Point du jour**
**45 rocco st**
**b1**
**Roselle, NJ 07109**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3389
**Nonpriority creditor's name and mailing address**
**Jean Pierre Chica**
**10900 sw 104 st**
**304**
**miami, FL 33176**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3390
**Nonpriority creditor's name and mailing address**
**Jean Wilnader Lucien**
**84,cassidy Ave South-Dennis , Massachuse**
**South-Dennis, MA 02660**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3391
**Nonpriority creditor's name and mailing address**
**Jeanne Lyons**
**218 Branchview Dr**
**Columbia, SC 29229**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3392
**Nonpriority creditor's name and mailing address**
**Jeanpaul nunez**
**3010 sandstone circle**
**Saint Cloud, FL 34772**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3393
**Nonpriority creditor's name and mailing address**
**jeanpaul saincila**
**122 hackett blvd**
**same**
**albany, NY 12209**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3394

**Nonpriority creditor's name and mailing address**
**Jeehyun Hebert**
**35 Jefferson Dr**
**Lexington, MA 02420**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3395

**Nonpriority creditor's name and mailing address**
**Jeff Alvarez**
**PO Box 573**
**BONITA, CA 91908**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3396

**Nonpriority creditor's name and mailing address**
**jeff andersen**
**2395 Delaware Ave #148**
**Santa Cruz, CA 95060**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3397

**Nonpriority creditor's name and mailing address**
**Jeff Basch**
**7420 Hillsboro Drive**
**Canton, MI 48187**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3398

**Nonpriority creditor's name and mailing address**
**Jeff Berger**
**723 Cliff St**
**Ortonville, MN 56278-1105**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3399

**Nonpriority creditor's name and mailing address**
**Jeff Berry**
**787 Tanbark Dr.**
**Dimondale, MI 48821**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3400 **Nonpriority creditor's name and mailing address**
**Jeff Brown**
**325 S 200 E Apt 18**
**Saint George, UT 84770**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3401 **Nonpriority creditor's name and mailing address**
**Jeff Conley**
**178 124TH AVE**
**SHELBYVILLE, MI 49344**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3402 **Nonpriority creditor's name and mailing address**
**Jeff Dolan**
**4045 Druids Glen Dr**
**Leland, NC 28451**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3403 **Nonpriority creditor's name and mailing address**
**Jeff Fernandez**
**12090 sw 250th terr**
**homestead, FL 33032**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3404 **Nonpriority creditor's name and mailing address**
**Jeff Gustaveson**
**6024 Sweet Cherry Drive**
**Sparks, NV 89436**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3405 **Nonpriority creditor's name and mailing address**
**Jeff Howell**
**4021B E Tanager Ln**
**Mead, WA 99021**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3406
**Nonpriority creditor's name and mailing address**
**Jeff Lin**
**7809 Southtown Ctr #351**
**Bloomington, MN 55431**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3407
**Nonpriority creditor's name and mailing address**
**Jeff Magdaleno**
**461 North Euclid Avenue**
**206**
**Pasadena, CA 91101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3408
**Nonpriority creditor's name and mailing address**
**Jeff Michelot**
**716 Hampton Court**
**Harrisburg, PA 17112**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3409
**Nonpriority creditor's name and mailing address**
**Jeff Pauley**
**2333 Dartmouth Ln**
**Crofton, MD 21114**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3410
**Nonpriority creditor's name and mailing address**
**Jeff Pewitt**
**1031 Fred White Blvd**
**Portland, TN 37148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3411
**Nonpriority creditor's name and mailing address**
**Jeff Pewitt**
**585 White Road**
**Portland, TN 37148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3412
**Nonpriority creditor's name and mailing address**
**Jeff Wade**
**24 sycamore street**
**Melville, NY 11747**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3413
**Nonpriority creditor's name and mailing address**
**Jefferson Fernandez**
**3363 W 106th Ter**
**Miami, FL 33018**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3414
**Nonpriority creditor's name and mailing address**
**Jeffery Lipscomb**
**2828 Village Green Dr.**
**Apt B3**
**Aurora, IL 60504**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3415
**Nonpriority creditor's name and mailing address**
**Jeffery Mitchell**
**194 rainbow dr**
**9441**
**Livingston, TX 77399**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3416
**Nonpriority creditor's name and mailing address**
**Jeffery Ward**
**10220 Driftwood Hills Dr**
**Jacksonville, FL 32221**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3417
**Nonpriority creditor's name and mailing address**
**Jeffery Ward**
**10220 Driftwood Hills Dr**
**Jacksonville, FL 32221**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3418 **Nonpriority creditor's name and mailing address**
**Jeffrey BancroftBillings**
**245 Magnolia Park Trail**
**Sanford, FL 32773**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3419 **Nonpriority creditor's name and mailing address**
**Jeffrey Boateng**
**901 Raad Court**
**Fort Washington, MD 20744**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3420 **Nonpriority creditor's name and mailing address**
**Jeffrey Cooper**
**1314 N Airline Ave**
**Gramercy, FL 70052**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3421 **Nonpriority creditor's name and mailing address**
**Jeffrey Cooper**
**1314 N Airline Ave**
**Gramercy, FL 70052**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3422 **Nonpriority creditor's name and mailing address**
**Jeffrey Daddario**
**2876 W 53rd Ave**
**Unit 304**
**Denver, CO 80221**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3423 **Nonpriority creditor's name and mailing address**
**Jeffrey Davis**
**311**
**Londonberry Drive**
**Dothan, AL 36303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3424
**Nonpriority creditor's name and mailing address**
**Jeffrey DeMayo**
**208 Wayland St**
**North Haven, CT 06473-4354**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3425
**Nonpriority creditor's name and mailing address**
**Jeffrey Hahr**
**1453 Greystone Dr**
**Pensacola, FL 32514**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3426
**Nonpriority creditor's name and mailing address**
**Jeffrey Harbaugh**
**1501 Sutherland Crescent**
**Northlake, TX 76247**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3427
**Nonpriority creditor's name and mailing address**
**Jeffrey Harris**
**810 S College Road**
**Lafayette, LA 70503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3428
**Nonpriority creditor's name and mailing address**
**Jeffrey Lee**
**1011 N Troost Ave**
**Olathe, KS 66061**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3429
**Nonpriority creditor's name and mailing address**
**Jeffrey Lor**
**1048 Dixieanne Ave**
**Apt 32**
**Sacramento, CA 95815**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3430
**Nonpriority creditor's name and mailing address**
**Jeffrey Magliola**
**1d Cay Hbr**
**Key largo, FL 33037**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3431
**Nonpriority creditor's name and mailing address**
**Jeffrey Martinez**
**11508 Oakrise Rd**
**New Kent, VA 23124**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3432
**Nonpriority creditor's name and mailing address**
**Jeffrey Masucci**
**18 hawthorne rd**
**windham, NH 03087**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3433
**Nonpriority creditor's name and mailing address**
**Jeffrey Mayes**
**38259 E Horseshoe Dr**
**Clinton Township, MI 48036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3434
**Nonpriority creditor's name and mailing address**
**Jeffrey Panella**
**88 Yarmouth Road**
**Norwood, MA 02062**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3435
**Nonpriority creditor's name and mailing address**
**Jeffrey Prachick**
**5947 Spring Bow**
**San Antonio, TX 78247**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3436
**Nonpriority creditor's name and mailing address**
**Jeffrey Prince**
**12195 23rd St NW**
**Watford City, ND 58854-9269**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3437
**Nonpriority creditor's name and mailing address**
**Jeffrey Richard**
**P O Box 1272**
**Campton, NH 03223**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3438
**Nonpriority creditor's name and mailing address**
**Jeffrey Solberg**
**18 Glenoble Ct**
**Oak Brook, IL 60523**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3439
**Nonpriority creditor's name and mailing address**
**Jeffrey Sparks**
**1825 Grove Field Lane**
**Marietta, GA 30064**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3440
**Nonpriority creditor's name and mailing address**
**Jeffrey Wilde**
**613 PEPPERBUSH CT**
**WILMINGTON, DE 19808**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3441
**Nonpriority creditor's name and mailing address**
**Jeffrey Wolf**
**11087 Whirlwind Rd**
**Dodge City, KS 67801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3442
**Nonpriority creditor's name and mailing address**
**Jeffrey Zorbo**
**172 Fuller Rd**
**Battle Creek, MI 49015**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3443
**Nonpriority creditor's name and mailing address**
**Jeffter Louzada**
**135 sterling st**
**Apt 4**
**West boylston, MA 01583**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3444
**Nonpriority creditor's name and mailing address**
**JEFFTER LOUZADA**
**135 STERLING ST**
**APT 4**
**WEST BOYLSTON, MA 01583**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3445
**Nonpriority creditor's name and mailing address**
**Jehan Tillekeratne**
**21150 Boccaccio Ct**
**Moreno Valley, CA 92557**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3446
**Nonpriority creditor's name and mailing address**
**Jekway Hale**
**4105 Kenora Dr**
**Atlanta, GA 30331**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3447
**Nonpriority creditor's name and mailing address**
**Jelani Haynes**
**12024 Ancient Spring Drive**
**Louisville, KY 40245**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3448
**Nonpriority creditor's name and mailing address**
**Jelani Simon**
**570 Ocean Ave apt 4D**
**Brooklyn, NY 11226**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3449
**Nonpriority creditor's name and mailing address**
**Jelani Simon**
**570 Ocean Ave**
**4D**
**Brooklyn, NY 11226**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3450
**Nonpriority creditor's name and mailing address**
**Jelese Dixon**
**227-05 135th Ave**
**Laurelton, NY 11413**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3451
**Nonpriority creditor's name and mailing address**
**Jenise Brown**
**2208 W 8th St**
**514**
**Los Angeles, CA 90057**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3452
**Nonpriority creditor's name and mailing address**
**Jenish Jariwala**
**771 Turquoise Ave**
**Ventura, CA 93004**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3453
**Nonpriority creditor's name and mailing address**
**JENNIFER ALVAREZ**
**5075 Niagara Ave**
**21**
**San Diego, CA 92107**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3454
**Nonpriority creditor's name and mailing address**
**Jennifer brown**
**215 E CHESTNUT ST**
**APT 6**
**Fort Bragg, CA 95437**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3455
**Nonpriority creditor's name and mailing address**
**Jennifer Franklin**
**8275 East Bell Road**
**2202**
**Scottsdale, AZ 85260**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3456
**Nonpriority creditor's name and mailing address**
**Jennifer Ghione**
**514 S robin rd**
**Wichita, KS 67209**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3457
**Nonpriority creditor's name and mailing address**
**Jennifer Harris**
**104-24 94th ave**
**Ozone Park, NY 11416**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3458
**Nonpriority creditor's name and mailing address**
**Jennifer Holmes**
**1392 Eden Rd**
**Awendaw, SC 29429**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3459
**Nonpriority creditor's name and mailing address**
**Jennifer Hotard**
**307 Albert St**
**New Iberia, LA 70560**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3460
**Nonpriority creditor's name and mailing address**
**Jennifer Joseph**
**13 maple st**
**Weymouth, MA 02189**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3461
**Nonpriority creditor's name and mailing address**
**Jennifer Ndiaye**
**603 Marble Falls Ct**
**Arlington, TX 76002**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3462
**Nonpriority creditor's name and mailing address**
**Jennifer Pokrzywinski**
**22691 RED FOX DR**
**LAKEVILLE, MN 55044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3463
**Nonpriority creditor's name and mailing address**
**Jennifer Robertson**
**6703 Old Chesterbrook Rd**
**McLean, VA 22101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3464
**Nonpriority creditor's name and mailing address**
**JENNIFFER SALLOUT**
**14959 SE STANHOPE RD**
**CLACKAMAS, OR 97015**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3465
**Nonpriority creditor's name and mailing address**
**jenny ancheta**
**1400 pensacola st. apt. 602**
**honolulu, HI 96822**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3466 **Nonpriority creditor's name and mailing address**
**Jenny Chim**
**1555 Jasper Ave**
**Chula Vista, CA 91911**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3467 **Nonpriority creditor's name and mailing address**
**Jenny Corey**
**4417 Majestic Bluff Dr S**
**Jacksonville, FL 32225**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3468 **Nonpriority creditor's name and mailing address**
**Jeoffrey Lambujon**
**16922 Dalgety Ct**
**Richmond, TX 77407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3469 **Nonpriority creditor's name and mailing address**
**Jered Brown**
**198 S Sharp St**
**Poseyville, IN 47633**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3470 **Nonpriority creditor's name and mailing address**
**Jerel Brown**
**1627 71st Street**
**Darien, IL 60561**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3471 **Nonpriority creditor's name and mailing address**
**Jeremiah Aulenbach**
**178 Chateau Dr**
**Mohnton, PA 19540**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3472
**Nonpriority creditor's name and mailing address**
**Jeremiah Hutchins**
**1311 Cheryl DR**
**Kernersville, NC 27284**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3473
**Nonpriority creditor's name and mailing address**
**Jeremiah Jensen**
**17219 150th St NW**
**Gig Harbor, WA 98329**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3474
**Nonpriority creditor's name and mailing address**
**jeremiah moore**
**1333 Oakpatch Rd**
**122**
**Eugene, OR 97402**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3475
**Nonpriority creditor's name and mailing address**
**Jeremiah Rosenthal**
**12411 West Fielding Circle**
**Apt 4434**
**Los Angeles, CA 90094**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3476
**Nonpriority creditor's name and mailing address**
**Jeremiah Siddle**
**1516 Hyacinth Ct**
**Charlotte, NC 28215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3477
**Nonpriority creditor's name and mailing address**
**Jeremiah w**
**1394**
**cnoapw, FL 23494**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.3478** **Nonpriority creditor's name and mailing address**
**Jeremie Patrick**
**1933 Robindale Ave**
**Lancaster, PA 17601**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3479** **Nonpriority creditor's name and mailing address**
**Jeremy Alvarez**
**6141 metrowest blvd**
**Unit 102**
**Orlando, FL 32835**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3480** **Nonpriority creditor's name and mailing address**
**Jeremy Andrews**
**105 la vista st**
**Longview, TX 75601**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3481** **Nonpriority creditor's name and mailing address**
**Jeremy Andrews**
**105 la vista st.**
**longview, TX 75601**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3482** **Nonpriority creditor's name and mailing address**
**Jeremy Brown**
**21218 NE 61st ST**
**Redmond, WA 98053**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3483** **Nonpriority creditor's name and mailing address**
**Jeremy Doucet**
**525 WEST CLOVER PARK DR**
**Fort Worth, TX 76140**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3484
**Nonpriority creditor's name and mailing address**
**Jeremy Gomes**
**1041 S Citrus Ave**
**Los Angeles, CA 90019-1641**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3485
**Nonpriority creditor's name and mailing address**
**Jeremy Grantham**
**43607 an 44th Ln**
**Phoenix, AZ 85087**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3486
**Nonpriority creditor's name and mailing address**
**Jeremy Grantham**
**43607 N 44th Ln**
**Phoenix, AZ 85087**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3487
**Nonpriority creditor's name and mailing address**
**Jeremy Harris**
**4260 SE Cove Lake Circle**
**#101**
**Stuart, FL 34997**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3488
**Nonpriority creditor's name and mailing address**
**Jeremy Hernandez**
**2531 azalea st**
**Pueblo, CO 81005**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3489
**Nonpriority creditor's name and mailing address**
**Jeremy Hubnik**
**649 bunker hill rd**
**Fate, TX 75189**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3490
**Nonpriority creditor's name and mailing address**
**Jeremy Hunt**
**3226 Kansas St**
**Oakland, CA 94602**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3491
**Nonpriority creditor's name and mailing address**
**Jeremy Ilang-Ilang**
**4307 Jacinto Dr**
**Fremont, CA 94536**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3492
**Nonpriority creditor's name and mailing address**
**Jeremy Jocson**
**24927 Diadon Dr**
**HAYWARD, CA 94544**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3493
**Nonpriority creditor's name and mailing address**
**Jeremy Martin**
**236 Red Oak Dr. East**
**E**
**Sunnyvale, CA 94086**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3494
**Nonpriority creditor's name and mailing address**
**Jeremy McGrane**
**74 gebig rd**
**nottingham, NH 03290**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3495
**Nonpriority creditor's name and mailing address**
**Jeremy Melker**
**3518 Santiago Way**
**Naples, FL 34105**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.3496

**Nonpriority creditor's name and mailing address**
**Jeremy Metrejon**
**2345 Martin Dr**
**Florissant, MO 63033**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.3497

**Nonpriority creditor's name and mailing address**
**Jeremy Michaels**
**6 Pine Valley Rd**
**Rotonda West, FL 33947**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.3498

**Nonpriority creditor's name and mailing address**
**Jeremy Payne**
**28338 glenwood**
**Inkster, MI 48141**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.3499

**Nonpriority creditor's name and mailing address**
**Jeremy Payne**
**28338 glenwood**
**Inkster, MI 48141**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.3500

**Nonpriority creditor's name and mailing address**
**Jeremy Pitts**
**3399 Queensbury Drive**
**Columbus, IN 47203**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.3501

**Nonpriority creditor's name and mailing address**
**Jeremy Ramos**
**3751 S Nellis Blvd**
**SPC 218**
**Las Vegas, NV 89121**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3502
**Nonpriority creditor's name and mailing address**
**jeremy Rivera**
**95-185 Waimakua Drive**
**Mililani, HI 96789**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3503
**Nonpriority creditor's name and mailing address**
**Jeremy Stager**
**12138 Creek Preserve Drive**
**RIVERVIEW, FL 33579**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3504
**Nonpriority creditor's name and mailing address**
**Jeremy Tan**
**85 W Atlantic Ave**
**Alameda, CA 94501**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3505
**Nonpriority creditor's name and mailing address**
**Jeremy Trahan**
**2702 Wisdom Dr**
**Deer Park, TX 77536**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3506
**Nonpriority creditor's name and mailing address**
**Jeremy Tulley**
**4213 Terrace Street**
**Apt. A**
**Oakland, CA 94611**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3507
**Nonpriority creditor's name and mailing address**
**Jeriko Josheua Tomas**
**402 First Street**
**Middlesex, NJ 08846**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3508
**Nonpriority creditor's name and mailing address**
**Jerimiah Jalil Scott**
**10663 garners ferry rd**
**Eastover, SC 29044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3509
**Nonpriority creditor's name and mailing address**
**Jermaine Bryant**
**15 Sprayberry rd**
**unit 17**
**Newnan, GA, GA 30263**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3510
**Nonpriority creditor's name and mailing address**
**Jermaine Grubb**
**11350 Springfield blvd**
**Queens Village, NY 11429**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3511
**Nonpriority creditor's name and mailing address**
**Jermaine Grubb**
**113-50 springfield Blvd**
**Queens village, NY 11429**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3512
**Nonpriority creditor's name and mailing address**
**Jermaine Williams**
**830 W. Village Parkway**
**Litchfield Park, AZ 85340**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3513
**Nonpriority creditor's name and mailing address**
**JEROKIMUS Fernandes**
**5560 Old Field Lane**
**Long Grove, IL 60047**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3514
**Nonpriority creditor's name and mailing address**
**JEROKIMUS FERNANDES**
**5560 Old Field Lane**
**Long Grove, IL 60047**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3515
**Nonpriority creditor's name and mailing address**
**Jerome Mahabeer**
**100 Trumbull St. Apt 201**
**Hartford, CT 06103**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3516
**Nonpriority creditor's name and mailing address**
**JEROME McCrae**
**15 Broadacres Drive**
**Apt 227**
**Clementon, NJ 08021**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3517
**Nonpriority creditor's name and mailing address**
**Jeromy Kimbrough**
**7904 Underwood Dr**
**Amarillo, TX 79121**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3518
**Nonpriority creditor's name and mailing address**
**Jerquan Swanagan**
**830 Bartlett Rd Apt.17**
**US**
**Memphis, TN 38122**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3519
**Nonpriority creditor's name and mailing address**
**Jerry Ballard**
**2 Fanewood Drive**
**New Windsor, NY 12553**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3520
**Nonpriority creditor's name and mailing address**
**Jerry Burrows**
**15010 Victory Blvd Unit 202**
**Van Nuys, CA 91411**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3521
**Nonpriority creditor's name and mailing address**
**Jerry Grant**
**4623 Selhurst Dr**
**Fort Mill, SC 29707**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3522
**Nonpriority creditor's name and mailing address**
**jERRY hAND**
**4706 Stearns Hill Rd**
**Waltham, MA 02451**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3523
**Nonpriority creditor's name and mailing address**
**Jerry Luther**
**5734 S GUITAR PL**
**BOISE, ID 83709**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3524
**Nonpriority creditor's name and mailing address**
**Jerry Mullet**
**5082 State Route 515**
**Sugarcreek, OH 44681**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3525
**Nonpriority creditor's name and mailing address**
**Jerryf Hernandez**
**272 Lexington Ave**
**Paterson, NJ 07502**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3526
**Nonpriority creditor's name and mailing address**
**Jesiel Montalvo**
**12439 Blacksmith Dr**
**101**
**Orlando, FL 32837**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3527
**Nonpriority creditor's name and mailing address**
**Jesse Coyer**
**4403 Montalvo St.**
**San Diego, CA 92107**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3528
**Nonpriority creditor's name and mailing address**
**Jesse Kozazcki**
**342 S Elmont Dr**
**Apache Junction, AZ 85120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3529
**Nonpriority creditor's name and mailing address**
**Jesse Mejia**
**3680 Monroe at**
**Riverside, CA 92504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3530
**Nonpriority creditor's name and mailing address**
**Jesse Myers**
**6471 high sierra ave**
**las vegas, NV 89156**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3531
**Nonpriority creditor's name and mailing address**
**Jesse Neal**
**347 Pine Lake Cir**
**Vernon Hills, IL 60061**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3532
**Nonpriority creditor's name and mailing address**
**jesse ozar**
**730 s marengo ave**
**unit 8**
**pasadena, CA 91106**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3533
**Nonpriority creditor's name and mailing address**
**Jesse Rith**
**1313 S Oakhaven Dr**
**Anaheim, CA 92804**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3534
**Nonpriority creditor's name and mailing address**
**Jesse Ritorto**
**6924 N GREELEY AVE**
**Portland, OR 97217**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3535
**Nonpriority creditor's name and mailing address**
**Jesse Slater**
**540 main st**
**Clinton, MA 01510**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3536
**Nonpriority creditor's name and mailing address**
**Jesse Thai**
**1901 Worthington Circle**
**Santa clara, CA 95050**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3537
**Nonpriority creditor's name and mailing address**
**jessee boyd**
**1036 Cummings St**
**Abingdon, VA 24211, VA 24211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3538
**Nonpriority creditor's name and mailing address**
**jessica barboza**
**111 lincoln ave**
**bridgeport, CT 06606**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3539
**Nonpriority creditor's name and mailing address**
**Jessica Bennett**
**2908 Lynn Ave**
**Apt 4b**
**Fort Wayne, IN 46805**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3540
**Nonpriority creditor's name and mailing address**
**Jessica Bischoff**
**7920 S Pear Tree Cir**
**Sandy, UT 84094**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3541
**Nonpriority creditor's name and mailing address**
**Jessica Kifer**
**503 S KENWOOD AVE**
**BALTIMORE, MD 21224-3819**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3542
**Nonpriority creditor's name and mailing address**
**Jessica McGlynn**
**1714 SW Waterfall Blvd**
**Palm City, FL 34990**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3543
**Nonpriority creditor's name and mailing address**
**Jessica Stevenson**
**93 Haywood St**
**Spring Lake, NC 28390**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3544
**Nonpriority creditor's name and mailing address**
**Jessica Sutirto**
**Po box 61 108 Brownfield Road**
**Uniontown, PA 15416**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3545
**Nonpriority creditor's name and mailing address**
**Jessica Terrazas**
**367 Shannon st**
**Blythe, CA 92225**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3546
**Nonpriority creditor's name and mailing address**
**Jessica Woodhouse**
**703 SE 70th Avenue**
**Portland, OR 97215**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3547
**Nonpriority creditor's name and mailing address**
**jessie rodriguez**
**po box 6489**
**anaheim, CA 92816**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3548
**Nonpriority creditor's name and mailing address**
**Jesua Bello**
**1003 wisconsin St.**
**San Francisco, CA 94107**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3549
**Nonpriority creditor's name and mailing address**
**Jesus Manzano-Armenta**
**7525 Cantura Dr.**
**DALLAS, TX 75217**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3550
**Nonpriority creditor's name and mailing address**
**Jesus Medina**
**270 2nd St N**
**Stevens Point, WI 54481**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3551
**Nonpriority creditor's name and mailing address**
**JESUS MENDEZ**
**2660 ALMONDWOOD LOOP**
**APT 315**
**ORLANDO, FL 32821**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3552
**Nonpriority creditor's name and mailing address**
**Jesus Reyna Cruz**
**7701 E Hwy 191**
**Apt 718**
**Odessa, TX 79762**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3553
**Nonpriority creditor's name and mailing address**
**Jesus Sanchez**
**9319 Nalini Ct**
**Santee, CA 92071**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3554
**Nonpriority creditor's name and mailing address**
**Jesus Sanchez**
**4727 Mirage Bay Cir**
**Fort Myers, FL 33966**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3555
**Nonpriority creditor's name and mailing address**
**Jesus Sanchez Ortiz**
**2300 Lazy Hollow Dr**
**Apt 355D**
**Houston, TX 77063**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3556
**Nonpriority creditor's name and mailing address**
**Jet Le**
**4816 LONOKE LN**
**Jonesboro, AR 72404**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3557
**Nonpriority creditor's name and mailing address**
**Jethro Germar**
**2490 Ross St**
**Hampshire, IL 60140**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3558
**Nonpriority creditor's name and mailing address**
**Jewaun Washington**
**7655 Washington Ave**
**Houston, TX 77007-4707**
**Houston, TX 77007**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3559
**Nonpriority creditor's name and mailing address**
**Jewaun Washington**
**7655 Washington Ave**
**Houston, TX 77007**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3560
**Nonpriority creditor's name and mailing address**
**Jhan Butler**
**Stone Street**
**New York, NY 10080**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3561
**Nonpriority creditor's name and mailing address**
**jhanoy jones**
**1920 north congress**
**apt 201**
**west palm beach, FL 33401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.3562 | **Nonpriority creditor's name and mailing address**<br>**Jhessica Arango**<br>**675 86th Street**<br>**Apt F9**<br>**Brooklyn, NY 11228**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3563 | **Nonpriority creditor's name and mailing address**<br>**Jhoan Ramirez**<br>**8320 sands point blvd**<br>**209m**<br>**tamarac, FL 33321**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3564 | **Nonpriority creditor's name and mailing address**<br>**JHON GERMOSEN**<br>**852 State Route 94**<br>**Blairstown, NJ 07825**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3565 | **Nonpriority creditor's name and mailing address**<br>**Jhonatan Batista**<br>**96 orleans st**<br>**Lowell, MA 01850**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3566 | **Nonpriority creditor's name and mailing address**<br>**ji j**<br>**76**<br>**iloi, FL 32118**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3567 | **Nonpriority creditor's name and mailing address**<br>**Jibran Khandwala**<br>**8325 Mango Ave**<br>**Morton Grove, IL 60053**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3568
**Nonpriority creditor's name and mailing address**
**Jie Geng**
**109 Edwards Falls Lane**
**Manlius, NY 13104**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3569
**Nonpriority creditor's name and mailing address**
**Jie Wei**
**2226 61st**
**Brooklyn, NY 11204**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3570
**Nonpriority creditor's name and mailing address**
**Jie Zhu**
**4108 Fair Meadows Dr**
**Plano, TX 75024**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3571
**Nonpriority creditor's name and mailing address**
**Jieming Wang**
**13939 Dove Canyon Way**
**Rancho Cucamonga, CA 91739**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3572
**Nonpriority creditor's name and mailing address**
**Jieun Jeon**
**9755 High Water Ct**
**Burke, VA 22015**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3573
**Nonpriority creditor's name and mailing address**
**Jigar Patel**
**5622 MARIE CT**
**ORLANDO, FL 32818**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.3574** **Nonpriority creditor's name and mailing address**
**Jigna Darji**
**702 Stafford Spring Ave**
**Stafford, TX 77477**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3575** **Nonpriority creditor's name and mailing address**
**JIHANE BOUTTAN**
**29427 BARKER MEADOW LN**
**Katy, TX 77494**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3576** **Nonpriority creditor's name and mailing address**
**Jiho Rhee**
**24711 Magic Mountain Pkwy**
**Apt 2334**
**Valencia, CA 91355**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3577** **Nonpriority creditor's name and mailing address**
**JIju Thomas**
**535 whitney oaks lane**
**stafford, TX 77477**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3578** **Nonpriority creditor's name and mailing address**
**Jill Vizcayno**
**2144 N Nagle Ave**
**Chicago, IL 60707**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3579** **Nonpriority creditor's name and mailing address**
**Jillian Ebron**
**611 Dairy Ashford Rd**
**Houston, TX 77079**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3580 **Nonpriority creditor's name and mailing address**
**Jim Schames**
**123 Fake Street**
**Orlando, FL 92853**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3581 **Nonpriority creditor's name and mailing address**
**Jim Williams**
**99 Macombs Place #268**
**new york, NY 10039**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3582 **Nonpriority creditor's name and mailing address**
**Jimmy Aquino**
**205 14TH ST**
**2R**
**HOBOKEN, NJ 07030**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3583 **Nonpriority creditor's name and mailing address**
**Jimmy George**
**633 CAMP GROUND RD**
**Columbia, SC 29203**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3584 **Nonpriority creditor's name and mailing address**
**Jimmy Lao**
**3921 supreme court**
**Turlock, CA 95382**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3585 **Nonpriority creditor's name and mailing address**
**Jimmy Lei**
**1491 SUNNYDALE AVE**
**510**
**SAN FRANCISCO, CA 94134**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.3586** **Nonpriority creditor's name and mailing address**
**Jimmy Li**
**6209 W Megan**
**chandler, AZ 85226**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3587** **Nonpriority creditor's name and mailing address**
**jimmy nguyen**
**3621 quarry avenue**
**anoka, MN 55303**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3588** **Nonpriority creditor's name and mailing address**
**Jimmy Olivares**
**11309 elmhurst dr.**
**Norwalk, CA 90650**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3589** **Nonpriority creditor's name and mailing address**
**jimmy olivares**
**11309 Elmhurst Dr.**
**Norwalk, CA 90650**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3590** **Nonpriority creditor's name and mailing address**
**Jimmy singh Multani**
**177-38 145th drive**
**jamaica, NY 11434**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3591** **Nonpriority creditor's name and mailing address**
**Jimmy Ta**
**15182 Leeds Cir**
**Westminster, CA 92683**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.3592** **Nonpriority creditor's name and mailing address**
**jimmy tran**
**216 REGAL CT**
**HERCULANEUM, MO 63048**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3593** **Nonpriority creditor's name and mailing address**
**Jimmy Tran**
**216 regal ct**
**Herculaneum, MO 63048**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3594** **Nonpriority creditor's name and mailing address**
**Jimmy Vu**
**14161 PLEASANT ST**
**GARDEN GROVE, CA 92843**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3595** **Nonpriority creditor's name and mailing address**
**Jimmy Ye**
**20831 30th ave**
**Bayside, NY 11360**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3596** **Nonpriority creditor's name and mailing address**
**Jinal Shah**
**26850 US Highway 380 E**
**Apt.406**
**Aubrey, TX 76227**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.3597** **Nonpriority creditor's name and mailing address**
**JING HONG**
**575 N 18TH STREET**
**SAN JOSE, CA 95112**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3598
**Nonpriority creditor's name and mailing address**
**Jing Xia**
**24368 Sunnycrest Ct**
**Diamond Bar, CA 91765**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3599
**Nonpriority creditor's name and mailing address**
**jinyun li**
**217 Newark Ave,**
**106**
**Jersey City, NJ 07302**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3600
**Nonpriority creditor's name and mailing address**
**Jiri Vetyska**
**105 Pony Soldier Rd**
**Sedona, AZ 86336**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3601
**Nonpriority creditor's name and mailing address**
**JirMichael Walker**
**3224 Zion St**
**Little Rock, AR 72204**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3602
**Nonpriority creditor's name and mailing address**
**Jitendu Samanta**
**2256 Merion Pond**
**Woodstock, MD 21163**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3603
**Nonpriority creditor's name and mailing address**
**Jiwon Park**
**4772 GUADALAJARA WAY**
**BUENA PARK, CA 90621**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3604
**Nonpriority creditor's name and mailing address**
**Joan Nevedal**
**2526 Delaware Rd**
**Deltona, FL 32738**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3605
**Nonpriority creditor's name and mailing address**
**JOAN ODIGIE**
**1299 ROBIN DR**
**CAROL STREAM, IL 60188**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3606
**Nonpriority creditor's name and mailing address**
**Joann Peebles**
**2711 Accomac Street**
**Saint Louis, MO 63104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3607
**Nonpriority creditor's name and mailing address**
**joanna Columbia**
**1456 Redfren Ave**
**Baltimore, MD 21211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3608
**Nonpriority creditor's name and mailing address**
**Joaquin Barboza**
**1148 County Road 4106**
**US**
**Kaufman, TX 75142**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3609
**Nonpriority creditor's name and mailing address**
**Job Sylvain**
**2616 Dudley Drive E**
**Apt H**
**West Palm Beach3, FL 33415**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3610 **Nonpriority creditor's name and mailing address**
**Jobnel Odenier**
**47 oak hill ter**
**Fayetteville, GA 30215**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3611 **Nonpriority creditor's name and mailing address**
**joe derrick**
**9600 south harpeth rd**
**Nashville, TN 37221**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3612 **Nonpriority creditor's name and mailing address**
**Joe Diggins**
**1605 4th ave SE**
**Austin, MN 55912**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3613 **Nonpriority creditor's name and mailing address**
**Joe Shaw**
**8 Nottingham road**
**Stutterheim, EC 04930**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3614 **Nonpriority creditor's name and mailing address**
**Joe Shaw**
**8 Nottingham road**
**Stutterheim, EC 04930**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3615 **Nonpriority creditor's name and mailing address**
**Joe Swaba**
**133 Stream Crossing**
**Cibolo, TX 78108**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

3.3616
**Nonpriority creditor's name and mailing address**
**joe weinstein**
**77 Adams st**
**308**
**quincy, MA 02169**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

3.3617
**Nonpriority creditor's name and mailing address**
**Joel Beninghove Jr**
**5032 Mechanicsville Tpke**
**Mechanicsville, VA 23111**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

3.3618
**Nonpriority creditor's name and mailing address**
**Joel Blakesley**
**11738 Secluded Ridge dr**
**Byron, MI 48418**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

3.3619
**Nonpriority creditor's name and mailing address**
**Joel Freiburger**
**302 Chesterfield Ave**
**Glen Ellyn, IL 60137**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

3.3620
**Nonpriority creditor's name and mailing address**
**JOEL HACKSHAW**
**2058 BAGPIPE LN**
**WALDORF, MD 20601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

3.3621
**Nonpriority creditor's name and mailing address**
**Joel Justo**
**4242 Spring Street**
**#35**
**La Mesa, CA 91941**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3622 **Nonpriority creditor's name and mailing address**
**Joel Mathew**
**616 Carlls Path**
**Deer Park, NY 11729**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3623 **Nonpriority creditor's name and mailing address**
**Joel Mclaughlin**
**660 18th ave**
**Coos bay, OR 97420**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3624 **Nonpriority creditor's name and mailing address**
**Joel Viloria**
**6 Goodwin Circle**
**Sacramento, CA 95823**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3625 **Nonpriority creditor's name and mailing address**
**Joel Viloria**
**6 Goodwin Circle**
**Sacramento, CA 95823**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3626 **Nonpriority creditor's name and mailing address**
**Joel Whitney**
**68 Redwood Drive**
**Hagerstown, MD 21740**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3627 **Nonpriority creditor's name and mailing address**
**Joey Morgan**
**723 E APPLERIDGE**
**NIXA, MO 65714**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3628
**Nonpriority creditor's name and mailing address**
**Joey Morgan**
**723 E APPLERIDGE**
**NIXA, MO 65714**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3629
**Nonpriority creditor's name and mailing address**
**Joey Wachter**
**15233 152nd Ave**
**Spring Lake, MI 49456**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3630
**Nonpriority creditor's name and mailing address**
**Joey Zaret**
**7231 East Latham Street**
**Scottsdale, AZ 85257**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3631
**Nonpriority creditor's name and mailing address**
**Johan Morales**
**1568 CR 3517**
**Quinlan, TX 75474**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3632
**Nonpriority creditor's name and mailing address**
**Johan Ramirez**
**237 Carroll St**
**Paterson, NJ 07501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3633
**Nonpriority creditor's name and mailing address**
**John Abernathy**
**18 Road 3 South**
**Cartersville, GA 30120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3634
**Nonpriority creditor's name and mailing address**
**John Amore**
**64-27 71st**
**Middle Village, NY 11379**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3635
**Nonpriority creditor's name and mailing address**
**John Aribon**
**1231 NE 207th St.**
**Miami, FL 33179**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3636
**Nonpriority creditor's name and mailing address**
**John Barlow**
**513 S 6th Street**
**Griffin, GA 30224**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3637
**Nonpriority creditor's name and mailing address**
**John Benedetti**
**1479 S FEDERAL HWY**
**Boynton Beach, FL 33435**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3638
**Nonpriority creditor's name and mailing address**
**John Bergeron**
**1317 Pioneer Rd**
**Bogalusa, LA 70427**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3639
**Nonpriority creditor's name and mailing address**
**John Bertram**
**1015 Main St**
**Shelbyville, KY 40065**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC**
Name

Case number (if known)

3.3640

**Nonpriority creditor's name and mailing address**
**John Braswell**
**4812 Addie Ln**
**Fayetteville, NC 28306**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3641

**Nonpriority creditor's name and mailing address**
**JOHN BRATTON JR**
**437 S MASON ST APT H**
**H**
**HARRISONBURG, VA 22801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3642

**Nonpriority creditor's name and mailing address**
**john buju**
**2014 nugent dr**
**mansfield, TX 76063**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3643

**Nonpriority creditor's name and mailing address**
**JOHN BUTCHERINE**
**908 AUBREE LN**
**Rocklin, CA 95765**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3644

**Nonpriority creditor's name and mailing address**
**John Cannon**
**1216 Berwick Valley Lane**
**Cary, NC 27513**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3645

**Nonpriority creditor's name and mailing address**
**John Carrillo**
**4543 S Montana Dr**
**Chandler, AZ 85248-2719**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3646
**Nonpriority creditor's name and mailing address**
**John Castro**
**410 Logan Jacob Ln**
**Reno, NV 89503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3647
**Nonpriority creditor's name and mailing address**
**John Cooper**
**9482 129th Drive**
**Live Oak, FL 32060**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3648
**Nonpriority creditor's name and mailing address**
**John Corrales**
**14241 Sw 126th Path**
**Miami, FL 33186**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3649
**Nonpriority creditor's name and mailing address**
**John Crimmins**
**3949 Ralph St S**
**Seaford, FL 11783**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3650
**Nonpriority creditor's name and mailing address**
**John D'Auria**
**400 South Hoop Pole rd**
**Guilford, CT 06437**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3651
**Nonpriority creditor's name and mailing address**
**John Dean**
**1422 Kings Hwy**
**DALLAS, TX 75208**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3652
**Nonpriority creditor's name and mailing address**
**John Delao**
**1824 Kings Row**
**Slidell, LA 70461**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3653
**Nonpriority creditor's name and mailing address**
**John Delgado**
**18425 Castillo Rd**
**La Mesa, NM 88044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3654
**Nonpriority creditor's name and mailing address**
**John Dennis**
**1120 Pomelo St**
**Davenport, FL 33837**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3655
**Nonpriority creditor's name and mailing address**
**John Doe**
**110e wilson**
**Portland, FL 33139**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3656
**Nonpriority creditor's name and mailing address**
**John Eidson**
**109 briton way**
**GREENVILLE, SC 29615**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3657
**Nonpriority creditor's name and mailing address**
**John Engelbert**
**182 Sunnyside Rd**
**Nichols, NY 13812**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3658
**Nonpriority creditor's name and mailing address**
**John Faissal**
**27216 ford road**
**Dearborn Heights, FL 48127**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3659
**Nonpriority creditor's name and mailing address**
**John Ferris**
**22278 Highway 29**
**Elmore City, OK 73433**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3660
**Nonpriority creditor's name and mailing address**
**John Gonzalez**
**15961 SW 142nd Ter**
**Miami, FL 33196**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3661
**Nonpriority creditor's name and mailing address**
**John Grasty**
**18 Hard Rdg**
**Waynesville, NC 28786**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3662
**Nonpriority creditor's name and mailing address**
**John Hamill**
**2600 W 410 RD**
**Adair, OK 74330**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3663
**Nonpriority creditor's name and mailing address**
**John Hanna**
**4890 Sunroad Centrum Ln**
**APT 501**
**San Diego, CA 92123**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3664
**Nonpriority creditor's name and mailing address**
**John Hardwicke**
**13106 cedar crossing dr**
**Midlothian, VA 23114**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3665
**Nonpriority creditor's name and mailing address**
**John Hardy**
**24791 Three Springs Rd**
**Hemet, CA 92545**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3666
**Nonpriority creditor's name and mailing address**
**John Harnage**
**28 Violet Road**
**Kings Park, NY 11754**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3667
**Nonpriority creditor's name and mailing address**
**John Jimenez**
**157 Charles Boulevard**
**Valley Cottage, NY 10989**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3668
**Nonpriority creditor's name and mailing address**
**John King**
**1449 Haynes Avenue**
**Barberton, OH 44203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3669
**Nonpriority creditor's name and mailing address**
**John Koufopoulos**
**118 Watson Lane**
**Ludlow, MA 01056**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3670 **Nonpriority creditor's name and mailing address**
**John Krull**
**625 N Wheeler St**
**Griffith, IN 46319**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3671 **Nonpriority creditor's name and mailing address**
**John Kushner**
**2343 hamilton rd**
**Okemos, MI 48864**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3672 **Nonpriority creditor's name and mailing address**
**john lawrence**
**3423 Alamosa Dr**
**Cincinnati, OH 45251**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3673 **Nonpriority creditor's name and mailing address**
**John Layton**
**501 N venice Blvd**
**Apt 10**
**Venice, CA 90291**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3674 **Nonpriority creditor's name and mailing address**
**John Lee**
**3518 Hickory Grove Lane**
**Frisco, TX 75033**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3675 **Nonpriority creditor's name and mailing address**
**john liu**
**500 Miller ave trlr #105**
**trlr #105**
**north las vegas, NV 89030**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3676
**Nonpriority creditor's name and mailing address**
**John Lo**
**1463 Pinto Dr NW**
**Isanti, MN 55040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3677
**Nonpriority creditor's name and mailing address**
**John Lutzkanin**
**19329 Autumn Chase Ct.**
**Land O Lakes, FL 34638**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3678
**Nonpriority creditor's name and mailing address**
**John Ly**
**3708 Baldwin Avenue**
**Apt 8**
**El Monte, CA 91731**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3679
**Nonpriority creditor's name and mailing address**
**John Maher**
**821 e sheridan st**
**phoenix, AZ 85006**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3680
**Nonpriority creditor's name and mailing address**
**John McCall**
**1230 Middlebrook Drive**
**Pensacola, FL 32506**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3681
**Nonpriority creditor's name and mailing address**
**John McKamey**
**6959 SE 62nd Ct**
**Trenton, FL 32693**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3682
**Nonpriority creditor's name and mailing address**
**john mehalak**
**239 lapla road**
**kingston, NY 12401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3683
**Nonpriority creditor's name and mailing address**
**john miller**
**3111 marathon cir**
**anchorage, AK 99515**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3684
**Nonpriority creditor's name and mailing address**
**John Mohan**
**1418 W Wickham Cir C**
**Delray Beach, FL 33445**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3685
**Nonpriority creditor's name and mailing address**
**John Molina**
**10198 Dormer Way**
**Elk Grove, CA 95757**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3686
**Nonpriority creditor's name and mailing address**
**JOHN MORAN**
**1903 Goldrush st**
**Vancleave, MS 39565**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3687
**Nonpriority creditor's name and mailing address**
**John Nguyen**
**8632 ELVIRA AVE**
**WESTMINSTER, CA 92683**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3688 **Nonpriority creditor's name and mailing address**
**John Oh**
**175 N Harbor Dr**
**APT 214**
**Chicago, IL 60601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3689 **Nonpriority creditor's name and mailing address**
**John Osborne**
**102 NE Country Meadow LN**
**Ankeny, IA 50021**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3690 **Nonpriority creditor's name and mailing address**
**john palmer**
**35 w wetmore**
**tucson, AZ 85705**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3691 **Nonpriority creditor's name and mailing address**
**John Palmer**
**Spruce dr**
**Pi box 113**
**Norwood, CO 81423**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3692 **Nonpriority creditor's name and mailing address**
**John Panackal**
**2304 malden park dr**
**buford, GA 30519**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3693 **Nonpriority creditor's name and mailing address**
**John Paul Valera**
**6001 Persimmon Ln.**
**Royse City, TX 75189**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3694
**Nonpriority creditor's name and mailing address**
**John Quile**
**2 Round Rock Ct**
**Trophy Club, TX 76262**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.3695
**Nonpriority creditor's name and mailing address**
**John Quinn**
**4919 E. Acoma Drive**
**Scottsdale, AZ 85254**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.3696
**Nonpriority creditor's name and mailing address**
**John Ravandi**
**1951 Hunter Rd Apt 8206**
**San Marcos, TX 78666**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.3697
**Nonpriority creditor's name and mailing address**
**John Rey Litonjua**
**299 saint francis blvd**
**DALY CITY, California 94015-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.3698
**Nonpriority creditor's name and mailing address**
**John Richard Uychiat**
**21824 Petworth Ct**
**Ashburn, VA 20147**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.3699
**Nonpriority creditor's name and mailing address**
**John Rife**
**6 Cirrus Drive Apt 6308**
**ASHLAND, MA 01721**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3700 **Nonpriority creditor's name and mailing address**
**John Roberts**
**5256 Crawley Rd**
**Hartshorne, OK 74547**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3701 **Nonpriority creditor's name and mailing address**
**John Roias**
**50 Malcolm street**
**Cranston, RI 02910**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3702 **Nonpriority creditor's name and mailing address**
**John Rowton**
**14601 Woodcreek Drive**
**Little Rock, AR 72211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3703 **Nonpriority creditor's name and mailing address**
**John S**
**657 MAHOGANY DR**
**EL CAJON, CA 92019-2628**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3704 **Nonpriority creditor's name and mailing address**
**John Samson**
**91-1082 Nihopeku St.**
**Kapolei, HI 96707**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3705 **Nonpriority creditor's name and mailing address**
**John Saparito**
**2025 Zumbehl Road**
**Sutie 63**
**Saint Charles, MO 63303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3706
**Nonpriority creditor's name and mailing address**
**JOHN SIERRA**
**234 Concho Dr**
**Henderson, NV 89015**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3707
**Nonpriority creditor's name and mailing address**
**John Smith**
**551 APOSTLE DR, HENDERSON, NV 89002**
**HENDERSON, NV 89002**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3708
**Nonpriority creditor's name and mailing address**
**John Sourignavong**
**8850 Snow Owl Loop**
**Missouri City, TX 77459**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3709
**Nonpriority creditor's name and mailing address**
**john southern**
**388 ike monhollen rd**
**corbin, KY 40701**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3710
**Nonpriority creditor's name and mailing address**
**John Stevenson Maceus**
**17568 Hamlin Blvd**
**House**
**Loxahatchee, FL 33470**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3711
**Nonpriority creditor's name and mailing address**
**John Tarantino**
**1 belvidere road**
**Glen rock, NJ 07452**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3712
**Nonpriority creditor's name and mailing address**
**John Tiliacos**
**2992 Timberline RD**
**Marietta, GA 30062**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3713
**Nonpriority creditor's name and mailing address**
**John Trotter**
**2742 Beaulah Drive**
**Murfreesboro, TN 37128**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3714
**Nonpriority creditor's name and mailing address**
**John Vincent Valdrez**
**2620 41st street South**
**Fargo, ND 58104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3715
**Nonpriority creditor's name and mailing address**
**John Voo**
**123 s federal**
**Pompano, FL 33064**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3716
**Nonpriority creditor's name and mailing address**
**John Wallace**
**45 WOODBRIAR DR**
**Santa Rosa Beach, FL 32459**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3717
**Nonpriority creditor's name and mailing address**
**John Wallace**
**3279 Shadow Ridge Court**
**Morrow, OH 45152**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3718
**Nonpriority creditor's name and mailing address**
**John Weddle**
**3763 Anuhea St.**
**Honolulu, HI 96816**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3719
**Nonpriority creditor's name and mailing address**
**John Wendell Louis**
**20065 ne 3rd ct**
**miami, FL 33179**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3720
**Nonpriority creditor's name and mailing address**
**John Whitehead**
**3375 E 36th Ave**
**Denver, FL 80205**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3721
**Nonpriority creditor's name and mailing address**
**John Wilkeson**
**129 E LAKE MARY AVE**
**LAKE MARY, FL 32746-3013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3722
**Nonpriority creditor's name and mailing address**
**John Williams**
**3513 Pinehill Way**
**Antelope, CA 95843**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3723
**Nonpriority creditor's name and mailing address**
**John Wong**
**218 Deepwood Dr**
**Cheshire, CT 06410**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3724
**Nonpriority creditor's name and mailing address**
**John Zembrzuski**
**70 Richmond Street**
**Bristol, RI 02809**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3725
**Nonpriority creditor's name and mailing address**
**John-Michael Mendez**
**3310 Nostrand Avenue**
**Brooklyn, NY 11229**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3726
**Nonpriority creditor's name and mailing address**
**Johnattan jesus Alcantara urena**
**22 Seifert St**
**Garfield, NJ 07026**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3727
**Nonpriority creditor's name and mailing address**
**Johnnie Chavers**
**187 bromley road**
**Henryville, PA 18332**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3728
**Nonpriority creditor's name and mailing address**
**Johnny Cadavid**
**34 Saxon St**
**Fall River, MA 02720**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3729
**Nonpriority creditor's name and mailing address**
**Johnny Gomez**
**500 Harbour Place Drive**
**1105**
**Tampa, FL 33602**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3730
**Nonpriority creditor's name and mailing address**
**Johnny Hoang**
**14301 Clayton Rd**
**San Jose, CA 95127**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3731
**Nonpriority creditor's name and mailing address**
**Johnny Laim**
**1437 Floribunda Ave #4**
**Burlingame, CA 94010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3732
**Nonpriority creditor's name and mailing address**
**Johnny Lee**
**1449 Powell St**
**San Francisco, CA 94133**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3733
**Nonpriority creditor's name and mailing address**
**johnny lien**
**13835 Chilcot St**
**Baldwin Park, CA 91706-1422**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3734
**Nonpriority creditor's name and mailing address**
**Johnny Marc**
**6110 Twyckenham Dr**
**Lawrence, IN 46234**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3735
**Nonpriority creditor's name and mailing address**
**Johnny Nguyen**
**9637 kingsridge dr**
**Lakeland, TN 38002**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3736
**Nonpriority creditor's name and mailing address**
**Johnny Olson**
**3480 S 82nd St**
**Apt 3**
**Omaha, NE 68124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3737
**Nonpriority creditor's name and mailing address**
**Johnny Pham**
**14852 Givens Pl**
**Westminster, CA 92683**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3738
**Nonpriority creditor's name and mailing address**
**Johnny Phompadith**
**5408 SE 64th Ave**
**Portland, OR 97206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3739
**Nonpriority creditor's name and mailing address**
**Johnny Phompadith**
**5408 SE 64th Ave**
**Portland, OR 97206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3740
**Nonpriority creditor's name and mailing address**
**Johnny Rajphoumy**
**955 W President George Bush Hwy**
**7111**
**Richardson, TX 75080**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3741
**Nonpriority creditor's name and mailing address**
**Johnsley Jean**
**21 newtowne ct, cambridge, MA, 02139**
**Cambridge, MA 02139**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3742
**Nonpriority creditor's name and mailing address**
**Johnson Joy**
**2206 Kristina Way**
**Deer Park, TX 77536**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3743
**Nonpriority creditor's name and mailing address**
**Johny Huynh**
**9306 Croom Rd**
**Upper Marlboro, MD 20772**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3744
**Nonpriority creditor's name and mailing address**
**Jolie Nguyen**
**1514 St Malo St S**
**West Covina, CA 91790**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3745
**Nonpriority creditor's name and mailing address**
**Jolie Tennant**
**7410 Carmon Dr**
**Olive Branch, MS 38654**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3746
**Nonpriority creditor's name and mailing address**
**Jomari Gonzales**
**207 W Lawler Ave**
**Chamberlain, SD 57325**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3747
**Nonpriority creditor's name and mailing address**
**Jommy Alvarez**
**218 Abbott St**
**Lawrence, MA 01843**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3748
**Nonpriority creditor's name and mailing address**
**JOMON NADUKKUDIYIL**
**1208 Willowdale Ln**
**Irving, FL 75063-4476**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3749
**Nonpriority creditor's name and mailing address**
**JOMON NADUKKUDIYIL**
**1208 Willowdale Ln**
**Irving, TX 75063-4476**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3750
**Nonpriority creditor's name and mailing address**
**Jon Blevins**
**502 west river rd #9**
**hooksett, NH 03106**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3751
**Nonpriority creditor's name and mailing address**
**Jon Francis**
**3577 West Delap Road**
**Ellettsville, IN 47429**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3752
**Nonpriority creditor's name and mailing address**
**Jon Jiang**
**2977 Nighthawk CT**
**Mason, OH 45040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3753
**Nonpriority creditor's name and mailing address**
**Jon Pippert**
**4211 Manorfield Dr**
**Seabrook, TX 77586**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3754
**Nonpriority creditor's name and mailing address**
**jon Stone**
**7342 Tennessee Ave**
**Fairchild AFB, WA 99011**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3755
**Nonpriority creditor's name and mailing address**
**Jonah Goldberg**
**255 Soundview Avenue**
**White Plains, NY 10606**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3756
**Nonpriority creditor's name and mailing address**
**Jonah Goldberg**
**255 Soundview Ave**
**White Plains, NY 10606**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3757
**Nonpriority creditor's name and mailing address**
**jonas Gibson**
**4911 SW Beaverton Hillsdale HWY**
**Unit B**
**Portland, OR 97221**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3758
**Nonpriority creditor's name and mailing address**
**Jonas Johnson**
**6145 105th St NW**
**Maple Lake, MN 55358**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3759
**Nonpriority creditor's name and mailing address**
**Jonas Kublickas**
**147 Clay Street**
**Quincy, MA 02170**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3760
**Nonpriority creditor's name and mailing address**
**Jonas Lee Tacmo**
**1204 Halyard Drive**
**Santa Rosa, CA 95401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3761
**Nonpriority creditor's name and mailing address**
**Jonas Manno**
**3673 seven hills road**
**castro valley, CA 94546**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3762
**Nonpriority creditor's name and mailing address**
**Jonatas Chan**
**39471 Cozumel Ct**
**Murrieta, CA 92563**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3763
**Nonpriority creditor's name and mailing address**
**Jonathan Ai**
**8031 George Willing Ave**
**Pasadena, MD 21122**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3764
**Nonpriority creditor's name and mailing address**
**Jonathan Anderson**
**3969 Adams street**
**M242**
**Carlsbad, CA 92008**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3765
**Nonpriority creditor's name and mailing address**
**jonathan askew**
**6936**
**cincinnati, OH 45248**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3766
**Nonpriority creditor's name and mailing address**
**Jonathan blevins**
**502 west river rd, 9**
**Hooksett, NH 03106**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3767
**Nonpriority creditor's name and mailing address**
**Jonathan Brown**
**8075 NW 107th Ave**
**Apt 813**
**Doral, FL 33178**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3768
**Nonpriority creditor's name and mailing address**
**Jonathan Brown**
**8075 NW 107th Ave**
**Apt 813**
**Doral, FL 33178**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3769
**Nonpriority creditor's name and mailing address**
**Jonathan Burrell**
**3013 Woodhurst Ct**
**Gastonia, NC 28056**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3770
**Nonpriority creditor's name and mailing address**
**JONATHAN CZERWINSKI**
**8901 North Saint Clair Avenue**
**Kansas City, MO 64154**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3771
**Nonpriority creditor's name and mailing address**
**Jonathan Darrohn**
**89 country spring circle**
**Kaysville, UT 84037**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3772
**Nonpriority creditor's name and mailing address**
**Jonathan Deschine**
**PO BOX 23837**
**TEMPE, AZ 85285**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3773
**Nonpriority creditor's name and mailing address**
**Jonathan Dills**
**5008 hyde park dr**
**Indian trail, NC 28079**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3774
**Nonpriority creditor's name and mailing address**
**Jonathan Dodd**
**349 Alani Pl**
**Wailuku, HI 96793**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3775
**Nonpriority creditor's name and mailing address**
**Jonathan Dukes**
**5900 nw 6th ave**
**209**
**Miami, FL 33127**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3776
**Nonpriority creditor's name and mailing address**
**Jonathan DuVall**
**6922 E. Summerside Ct**
**Bel Aire, KS 67226**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3777
**Nonpriority creditor's name and mailing address**
**Jonathan E Campbell**
**19715 plummer st**
**Chatsworth, CA 91311**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3778
**Nonpriority creditor's name and mailing address**
**Jonathan Espinosa**
**10778 emmord loop**
**Corpus christi, TX 78410**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3779
**Nonpriority creditor's name and mailing address**
**Jonathan Everett**
**904 Peacock Dr. SW**
**Albuquerque, NM 87121**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3780
**Nonpriority creditor's name and mailing address**
**Jonathan Fenimore**
**511 E 6th St**
**Dallas, TX 75203**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3781
**Nonpriority creditor's name and mailing address**
**Jonathan Garcia**
**4504 W Spruce St**
**Unit 609**
**Tampa, Florida, FL 33607**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3782
**Nonpriority creditor's name and mailing address**
**Jonathan Garcia**
**5415 walnut ave**
**Hammond, IN 46320**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3783
**Nonpriority creditor's name and mailing address**
**JONATHAN GUABA**
**13 HEATH STREET**
**EVERETT, MA 02149**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3784

**Nonpriority creditor's name and mailing address**
**Jonathan Hang**
**3825 Mapleshade LN**
**APT 5117**
**Plano, TX 75075**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3785

**Nonpriority creditor's name and mailing address**
**Jonathan He**
**1710 Woodcliff Way NE**
**Atlanta, GA 30329**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3786

**Nonpriority creditor's name and mailing address**
**jonathan johnson**
**12024 cobblestone forest circle s**
**jacksonville, FL 32225**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3787

**Nonpriority creditor's name and mailing address**
**Jonathan Jones**
**4 Kirkoswald Ln**
**Bella Vista, AR 72715**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3788

**Nonpriority creditor's name and mailing address**
**Jonathan Kreps**
**4116 FAIRFAX CENTER CREEK DR**
**FAIRFAX, VA 22030**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3789

**Nonpriority creditor's name and mailing address**
**Jonathan Lasley**
**10033 W. Pierson Rd.**
**Flushing, MI 48433**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3790
**Nonpriority creditor's name and mailing address**
**Jonathan Lindsay**
**1000 S BROADWAY**
**UNIT 115**
**Denver, CO 80209**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3791
**Nonpriority creditor's name and mailing address**
**Jonathan McCann**
**17 Berkshire A**
**West Palm Beach FL**
**West Palm Beach, FL 33417**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3792
**Nonpriority creditor's name and mailing address**
**Jonathan Moffitt**
**1117 Rip Steele Rd**
**Columbia, TN 38401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3793
**Nonpriority creditor's name and mailing address**
**Jonathan Nguyen**
**9725 OLIVE ST**
**Temple City, CA 91780**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3794
**Nonpriority creditor's name and mailing address**
**Jonathan Peck**
**1710 Timbers Drive**
**Irving, TX 75061**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3795
**Nonpriority creditor's name and mailing address**
**Jonathan Perez**
**24609 Virginia Dogwood Place**
**Aldie, VA 20105**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3796 **Nonpriority creditor's name and mailing address**
**Jonathan Phelps**
**2808 Coal Oil**
**Killeen, TX 76549**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3797 **Nonpriority creditor's name and mailing address**
**Jonathan Pryor**
**419 E Dunedin Rd**
**columbus, OH 43214**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3798 **Nonpriority creditor's name and mailing address**
**Jonathan Ruiz**
**7 D'Amato Drive**
**Island Park, NY 11558**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3799 **Nonpriority creditor's name and mailing address**
**Jonathan Schneider**
**85 Barnsbee Ln.**
**6043, CT 06238**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3800 **Nonpriority creditor's name and mailing address**
**Jonathan See**
**2014 E Timber Hill Pl**
**Springfield, MO 65804**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3801 **Nonpriority creditor's name and mailing address**
**Jonathan Shockey**
**502 Nightingale Lane**
**Red Oak, TX 75154**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3802
**Nonpriority creditor's name and mailing address**
**Jonathan Stone**
**550 W Daisy Pl**
**3**
**Coal City, IL 60416**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3803
**Nonpriority creditor's name and mailing address**
**jonathan to**
**54 maria dr**
**albany, NY 12211**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3804
**Nonpriority creditor's name and mailing address**
**Jonathan Ulfig**
**81 Goshen Church Road**
**Stanford, KY 40484**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3805
**Nonpriority creditor's name and mailing address**
**Jonathan Villanueva**
**2535 Wilbur St**
**Dallas, TX 75233**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3806
**Nonpriority creditor's name and mailing address**
**Jonathan Wagner**
**401 Crystal Place**
**Seal Beach, CA 90740**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3807
**Nonpriority creditor's name and mailing address**
**Jonathan Waingold**
**33 Go Way Rd**
**Waynesville, NC 28785**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3808 **Nonpriority creditor's name and mailing address**
**Jonathan Willbanks**
**200 Linda Ln**
**Carrollton, GA 30117**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3809 **Nonpriority creditor's name and mailing address**
**Jonathan Yoakum**
**6716 SR 56**
**Coalmont, TN 37313**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3810 **Nonpriority creditor's name and mailing address**
**Jonathon Flores**
**8019 state highway 61 N**
**Hankamer, TX 77560**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3811 **Nonpriority creditor's name and mailing address**
**Jonathon General**
**3169 Wild Iris**
**New Braunfels, TX 78130**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3812 **Nonpriority creditor's name and mailing address**
**Jone Nakautoga**
**561 Marla Drive**
**American Canyon, CA 94503**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3813 **Nonpriority creditor's name and mailing address**
**Jonn Eidem**
**214 S 199th St.**
**Elkhorn, NE 68022**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3814
**Nonpriority creditor's name and mailing address**
**Jonnatan Velasquez**
**5200 Chicago Ave**
**T10**
**Riverside, CA 92507**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3815
**Nonpriority creditor's name and mailing address**
**Jonny Camera**
**61 Justice St**
**Piscataway, NJ 08854**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3816
**Nonpriority creditor's name and mailing address**
**Jonny Tesfahun**
**5802 s k st**
**Tacoma, WA 98408**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3817
**Nonpriority creditor's name and mailing address**
**Joohee Nguyen**
**861 Portwalk Pl**
**Redwood City, CA 94065**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3818
**Nonpriority creditor's name and mailing address**
**JORDAN A BRYANT-SMITH**
**9028 South Cregier Avenue**
**Chicago, IL 60617**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3819
**Nonpriority creditor's name and mailing address**
**Jordan Cohen**
**1431 Vian Avenue**
**Hewlett, NY 11557**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.3820 | **Nonpriority creditor's name and mailing address**<br>**Jordan Downton**<br>**416 SE Timbercreek Ln**<br>**Lees Summit, MO 64063**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3821 | **Nonpriority creditor's name and mailing address**<br>**Jordan Ellsworth**<br>**8808 N New World Dr**<br>**Glendale, AZ 85302**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3822 | **Nonpriority creditor's name and mailing address**<br>**Jordan Espinosa**<br>**9360 sw 102ct**<br>**Miami, FL 33176**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3823 | **Nonpriority creditor's name and mailing address**<br>**Jordan Fontanilla**<br>**11319 Palm Street**<br>**Cerritos, FL 90703**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3824 | **Nonpriority creditor's name and mailing address**<br>**JORDAN GUTIERREZ**<br>**190 S VIRGIL AVE**<br>**LOS ANGELES, CA 90004**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3825 | **Nonpriority creditor's name and mailing address**<br>**Jordan Gutierrez**<br>**2615 E Sugarcane Dr**<br>**Apt 5209**<br>**Weslaco, TX 78599**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3826
**Nonpriority creditor's name and mailing address**
**Jordan Harmon**
**3258 upsala vw**
**colorado springs, CO 80906**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3827
**Nonpriority creditor's name and mailing address**
**Jordan Johnson**
**4788 Peerless Street**
**Baton Rouge, LA 70811**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3828
**Nonpriority creditor's name and mailing address**
**Jordan King**
**25 Peppermill Drive**
**Madison, FL 39110**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3829
**Nonpriority creditor's name and mailing address**
**Jordan Kitchen**
**2004 baldwin place**
**clarksville, TN 37043**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3830
**Nonpriority creditor's name and mailing address**
**Jordan Kleinman**
**567 Flushing Ave. #402**
**Brooklyn, FL 11206**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3831
**Nonpriority creditor's name and mailing address**
**Jordan McKinney**
**4725 rockcastle drive**
**Columbus, OH 43229**
**Columbus, OH 43229**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3832

**Nonpriority creditor's name and mailing address**
**Jordan Neethling**
**3 Fountains Estate**
**Philadelphia**
**Cape Town, WC 07600**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3833

**Nonpriority creditor's name and mailing address**
**Jordan Neri**
**7777 shannon Ave**
**dublin, CA 94568**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3834

**Nonpriority creditor's name and mailing address**
**Jordan Palmer**
**18847 S Mayford Ave**
**Sahuarita, AZ 85629**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3835

**Nonpriority creditor's name and mailing address**
**Jordan Pepper**
**13714 General Geary Court**
**Fredericksburg, VA 22407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3836

**Nonpriority creditor's name and mailing address**
**Jordan Quinn**
**6143 S Newark Way**
**Englewood, CO 80111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3837

**Nonpriority creditor's name and mailing address**
**jordan rodriguez**
**3313 coconut grove road**
**Land O' Lakes, FL 34639**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3838
**Nonpriority creditor's name and mailing address**
**Jordan Soares**
**94-449 mulehu st**
**Mililani, HI 96789**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3839
**Nonpriority creditor's name and mailing address**
**Jordan Vargas**
**1595 Hillsborough St**
**Chula Vista, CA 91913**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3840
**Nonpriority creditor's name and mailing address**
**Jordan Walode**
**675 Monmouth Street**
**227**
**Jersey City, NJ 07310**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3841
**Nonpriority creditor's name and mailing address**
**Jordan Willingham**
**1155 W SWAN ST**
**STEPHENVILLE, TX 76401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3842
**Nonpriority creditor's name and mailing address**
**Jordani Vasquez**
**406 W 23rd St**
**Lumberton, NC 28358-2859**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3843
**Nonpriority creditor's name and mailing address**
**Jorden Rivas**
**2517 Chuparosa CT**
**4B**
**Harlingen, TX 78550**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3844
**Nonpriority creditor's name and mailing address**
**Jordi McCormack**
**81 Hidden Field Ln**
**New Hill, NC 27562**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3845
**Nonpriority creditor's name and mailing address**
**Jordin Brown**
**19 Plainview Drive**
**Coraopolis, PA 15108**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3846
**Nonpriority creditor's name and mailing address**
**Jordon Lee**
**12503 Tulip Tree Terrace**
**Clarksburg, MD 20871**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3847
**Nonpriority creditor's name and mailing address**
**Jordon Peterson**
**13651 Cedar Creek Lane**
**Silver Spring, MD 20904**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3848
**Nonpriority creditor's name and mailing address**
**JORGE CAMARA**
**110 COLUMBIA ST**
**10 D**
**NEW YORK, NY 10002**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3849
**Nonpriority creditor's name and mailing address**
**Jorge Dino**
**10135 Rare Opal St**
**Las Vegas, NV 89141**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3850
**Nonpriority creditor's name and mailing address**
**Jorge Ebrat**
**6901 Northwest 179th Street**
**Apt 103**
**Hialeah, FL 33015**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3851
**Nonpriority creditor's name and mailing address**
**Jorge Garcia**
**2207 N Magdelena PL**
**Casa Grande, AZ 85122**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3852
**Nonpriority creditor's name and mailing address**
**jorge garcia**
**8900 research park**
**1001**
**spring, TX 77381**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3853
**Nonpriority creditor's name and mailing address**
**Jorge Garcilazo**
**18385 Babcock rd**
**514**
**San Antonio, TX 78255**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3854
**Nonpriority creditor's name and mailing address**
**Jorge Jordan**
**1835 NW 64th Way**
**Margate, FL 33063**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3855
**Nonpriority creditor's name and mailing address**
**Jorge Lavoy**
**700 SW 62nd**
**Gainesville, FL 32607**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3856
**Nonpriority creditor's name and mailing address**
**Jorge Limon**
**8568 Cord Ave**
**Pico Rivera, CA 90660**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3857
**Nonpriority creditor's name and mailing address**
**jorge moreno**
**11923 167th St**
**Artesia, CA 90701**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3858
**Nonpriority creditor's name and mailing address**
**Jorge Pereira**
**Carlos Roldan sn**
**El Tesoro, UY-MA 20000-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3859
**Nonpriority creditor's name and mailing address**
**Jorge Torres**
**3082 Villa Ave**
**4A**
**Bronx, NY 10468**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3860
**Nonpriority creditor's name and mailing address**
**Jorge Velasco Lira**
**5736 Market Street lot 24**
**lot 24**
**Wilmington, NC 28405**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3861
**Nonpriority creditor's name and mailing address**
**Jorge Zayas**
**169 Howard Ave**
**2r**
**Brooklyn, NY 11233**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3862
**Nonpriority creditor's name and mailing address**
**Jose Alvarado**
**10843 NW 9th Court**
**Plantation, FL 33324**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3863
**Nonpriority creditor's name and mailing address**
**Jose Anguiano**
**4627 Robertson Rd**
**Fort Worth, TX 76135**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3864
**Nonpriority creditor's name and mailing address**
**Jose Barajas**
**2911 Ragland Ct**
**Bakersfield, CA 93311**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3865
**Nonpriority creditor's name and mailing address**
**Jose Benitez**
**7738 S KENTON AVE**
**CHICAGO, IL 60652**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3866
**Nonpriority creditor's name and mailing address**
**Jose Breton**
**19221 ne**
**510**
**Miami, FL 33179**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3867
**Nonpriority creditor's name and mailing address**
**Jose Carlos**
**18962 Nw 62nd Ave**
**106**
**hialeah, FL 33015**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.3868** **Nonpriority creditor's name and mailing address**
**jose casanovas**
**5252 LAMONE LN**
**AVE MARIA, FL 34342**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.3869** **Nonpriority creditor's name and mailing address**
**jose chen**
**10600 s gessner rd**
**apt 47**
**houston, TX 77071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.3870** **Nonpriority creditor's name and mailing address**
**Jose Colon**
**725 MCKINLEY STREET**
**HAZLETON, PA 18201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.3871** **Nonpriority creditor's name and mailing address**
**Jose Colon**
**725 MCKINLEY ST**
**Hazleton, PA 18201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.3872** **Nonpriority creditor's name and mailing address**
**Jose CRUZ**
**8625 Hickory St**
**Apt 2117**
**Frisco, TX 75034**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.3873** **Nonpriority creditor's name and mailing address**
**jose david lopez**
**679 loughborough dr**
**merced, CA 95348**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3874
**Nonpriority creditor's name and mailing address**
**Jose Durand**
**73 Glenmore Avenue**
**Central Islip, NY 11722**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3875
**Nonpriority creditor's name and mailing address**
**Jose Fernandez**
**11733nw 11 st**
**Pembroke pines, FL 33026**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3876
**Nonpriority creditor's name and mailing address**
**Jose Filho**
**7027 Calvert st**
**7027 Calvert st**
**philadelphia, PA 19149**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3877
**Nonpriority creditor's name and mailing address**
**Jose Flores**
**103 Argo run**
**Ingram, TX 78025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3878
**Nonpriority creditor's name and mailing address**
**Jose Fuste**
**11205 E Anderson St**
**Sugar Creek, MO 64054**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3879
**Nonpriority creditor's name and mailing address**
**Jose Gonzalez**
**10 Doroteo St.**
**Rio Grande City, TX, TX 78582**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3880

**Nonpriority creditor's name and mailing address**
**jose hernandez**
**581 Spring rd**
**unit 58**
**Moorpark, CA 93021**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3881

**Nonpriority creditor's name and mailing address**
**Jose Jaramillo**
**7800 Pasadena Blvd**
**Apt 307**
**Pembroke Pines, FL 33024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3882

**Nonpriority creditor's name and mailing address**
**jose medina**
**2101 Sterling Palms Court, apt 203**
**Brandon, FL 33511**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3883

**Nonpriority creditor's name and mailing address**
**Jose Medina**
**4907 Terrapin Blvd**
**Saint Cloud, FL 34771**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3884

**Nonpriority creditor's name and mailing address**
**Jose Mendoza**
**1011 Rosemarie Lane**
**Apt 40**
**Stockton, CA 95207**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3885

**Nonpriority creditor's name and mailing address**
**Jose Mendoza**
**1011 Rosemarie Lane**
**Apt 40**
**Stockton, CA 95207**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.3886

**Nonpriority creditor's name and mailing address**

**Jose Modesto**
**8647 11th Street**
**San Joaquin, CA 93660**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.3887

**Nonpriority creditor's name and mailing address**

**Jose Nunez**
**3435 giles pl**
**5D**
**bronx, FL 10463**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.3888

**Nonpriority creditor's name and mailing address**

**Jose Ocasio**
**4063 north jennings road**
**Haines City, FL 33844**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.3889

**Nonpriority creditor's name and mailing address**

**jose oliveros**
**10330 laxton st**
**orlando, FL 32824**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.3890

**Nonpriority creditor's name and mailing address**

**Jose Ortiz**
**272 roanoke st**
**Roanoke St**
**Woodbridge, Nj 07095**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.3891

**Nonpriority creditor's name and mailing address**

**Jose Pelagio**
**10910 W Davis Lane**
**Avondale, AZ 85323**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3892 **Nonpriority creditor's name and mailing address**
**Jose Pina**
**1292 Cascades Avenue**
**Davenport, FL 33837**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3893 **Nonpriority creditor's name and mailing address**
**Jose Quinones**
**416 Sweet Shrub Ct NW**
**Concord, NC 28027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3894 **Nonpriority creditor's name and mailing address**
**JOSE RAMOS**
**1391 E Coconino Dr**
**Chandler, AZ 85249**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3895 **Nonpriority creditor's name and mailing address**
**jose rangel**
**5419 West 85th Street**
**Burbank, IL 60459**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3896 **Nonpriority creditor's name and mailing address**
**Jose Reyes**
**56 Michael Dr**
**Warwick, RI 02889**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3897 **Nonpriority creditor's name and mailing address**
**Jose Rojas**
**12117 Hillside Avenue**
**Queens, NY 11418**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.3898 | **Nonpriority creditor's name and mailing address**<br>**Jose Rosa**<br>**1105 3rd Ave East**<br>**Unit 1205**<br>**Bradenton, FL 34208**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3899 | **Nonpriority creditor's name and mailing address**<br>**jose rubin**<br>**635 saint francis blvd**<br>**daly city, CA 94015**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3900 | **Nonpriority creditor's name and mailing address**<br>**jose salazar**<br>**400 Laurel Road**<br>**Athens, TX 75751**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3901 | **Nonpriority creditor's name and mailing address**<br>**Jose Sanchez**<br>**713 golden sands place**<br>**San Diego, CA 92154**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3902 | **Nonpriority creditor's name and mailing address**<br>**Jose Suarez**<br>**1256 WAVERLY PL B10**<br>**ELIZABETH, NJ 07208**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3903 | **Nonpriority creditor's name and mailing address**<br>**Jose Tello**<br>**1456 Santa Victoria Road**<br>**3**<br>**Chula Vista, CA 91913**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3904
**Nonpriority creditor's name and mailing address**
**Joselo Quezada buret**
**121 N Anthracite St**
**Shamokin, PA 17872**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3905
**Nonpriority creditor's name and mailing address**
**Joseph Abraham**
**12 Talon Dr**
**Crawfordville, FL 32327**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3906
**Nonpriority creditor's name and mailing address**
**Joseph Abreu**
**491 groom st**
**Perth Amboy, NJ 08861**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3907
**Nonpriority creditor's name and mailing address**
**Joseph Baltzer**
**21881 E Calle De Flores**
**Queen Creek, AZ 85142**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3908
**Nonpriority creditor's name and mailing address**
**JOSEPH Barricelli**
**76 Brigham Hill Rd**
**Essex Junction, VT 05452**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3909
**Nonpriority creditor's name and mailing address**
**Joseph Bernardini**
**4767 Lorece Ave**
**Memphis, TN 38117**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3910
**Nonpriority creditor's name and mailing address**
**joseph Bovona**
**112 Pebblebrook Way**
**Temple, GA 30179**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3911
**Nonpriority creditor's name and mailing address**
**joseph Bovona**
**112 Pebblebrook Way**
**Temple, GA 30179**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3912
**Nonpriority creditor's name and mailing address**
**Joseph Carbajal Jr**
**5562 Meinhardt Road**
**Westminster, CA 92683**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3913
**Nonpriority creditor's name and mailing address**
**Joseph Carlton**
**11927 N 107th E Place**
**Collinsville, OK 74021**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3914
**Nonpriority creditor's name and mailing address**
**Joseph Castellani**
**10504 Wystone Ave**
**Porter ranch, CA 91326**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3915
**Nonpriority creditor's name and mailing address**
**JOSEPH CATER**
**1601 e tulpehocken st**
**phila, PA 19138**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3916
**Nonpriority creditor's name and mailing address**
**Joseph Cotterell**
**10780 S Saratoga Drive**
**Hollywood, FL 33026**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3917
**Nonpriority creditor's name and mailing address**
**Joseph Daleo**
**33 Glen Rd**
**Wayne, NJ 07470**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3918
**Nonpriority creditor's name and mailing address**
**Joseph Daleo**
**33 Glen Rd**
**Wayne, NJ 07470**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3919
**Nonpriority creditor's name and mailing address**
**Joseph Davenport**
**1117 10th Ave SE**
**Decatur, AL 35601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3920
**Nonpriority creditor's name and mailing address**
**Joseph Debons**
**1859 Port Carlow Pl**
**Newport Beach, CA 92660**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3921
**Nonpriority creditor's name and mailing address**
**Joseph Dougherty**
**2113 Timberdale Drive**
**Edmond, OK 73034**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3922
**Nonpriority creditor's name and mailing address**
**Joseph Frias**
**473 Canyon Trail**
**Carol Stream, IL 60188**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3923
**Nonpriority creditor's name and mailing address**
**Joseph Gentile**
**417 Plumtree Rd**
**Springfield, MA 01118**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3924
**Nonpriority creditor's name and mailing address**
**Joseph Hansen**
**332 Hilltop Avenue**
**Owatonna, MN 55060**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3925
**Nonpriority creditor's name and mailing address**
**Joseph Havelka**
**511 Walnut Glen Rd.**
**McAlester, FL 74501**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3926
**Nonpriority creditor's name and mailing address**
**Joseph Impellizeri**
**69 Dakota Dr**
**Hopewell Junction, NY 12533**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3927
**Nonpriority creditor's name and mailing address**
**Joseph Jackson**
**3211 Pine Haven Rd**
**Tyler, TX 75702**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.3928 **Nonpriority creditor's name and mailing address**

**Joseph Jonville**
**3501 Serene Hills Dr**
**Austin, TX 78738**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.3929 **Nonpriority creditor's name and mailing address**

**Joseph Karanja**
**1271 PO Box**
**South Bend, IN 46624**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.3930 **Nonpriority creditor's name and mailing address**

**Joseph Key**
**733 Whirlaway Circle**
**knoxville, TN 37923**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.3931 **Nonpriority creditor's name and mailing address**

**Joseph KONOPINSKI**
**33 Greenwood Drive**
**Oak Ridge, NJ 07438**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.3932 **Nonpriority creditor's name and mailing address**

**Joseph Krawecki**
**895 S Jensen Rd**
**Vestal, NY 13850**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.3933 **Nonpriority creditor's name and mailing address**

**Joseph Lenti II**
**414 Carey Way**
**Orlando, FL 32825**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3934
**Nonpriority creditor's name and mailing address**
**Joseph Longarello**
**12240 Lark Sparrow Rd.**
**Brooksville, FL 34614**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

3.3935
**Nonpriority creditor's name and mailing address**
**joseph macalino**
**1825 n las palmas**
**331**
**Los angeles, CA 90028**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

3.3936
**Nonpriority creditor's name and mailing address**
**joseph Macalino**
**1522 Gordon St**
**Los Angeles, FL 90028**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

3.3937
**Nonpriority creditor's name and mailing address**
**Joseph Mangiamele**
**9 AUBURN ST**
**UNIT 2**
**CHARLESTOWN, MA 02129-1705**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

3.3938
**Nonpriority creditor's name and mailing address**
**Joseph Marcelus**
**5886 Grey Heron Drive**
**Winter Haven, FL 33881**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

3.3939
**Nonpriority creditor's name and mailing address**
**Joseph Marciano**
**160 Wilson Ave**
**Glenside, PA 19038**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3940
**Nonpriority creditor's name and mailing address**
**Joseph Mazzone**
**6 Sunny Side Pk**
**Saugus, MA 01906**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3941
**Nonpriority creditor's name and mailing address**
**joseph mcculloch**
**21650 centerbrook court**
**grosse pointe oods, MI 48236**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3942
**Nonpriority creditor's name and mailing address**
**Joseph Miranda**
**6449 Raven Spring St**
**Las Vegas, NV 89148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3943
**Nonpriority creditor's name and mailing address**
**Joseph Mueller**
**122 W Main st**
**Fl2**
**West Dundee, IL 60118**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3944
**Nonpriority creditor's name and mailing address**
**Joseph Olberding**
**4800 Southwest 20th Terrace**
**Topeka, KS 66604**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3945
**Nonpriority creditor's name and mailing address**
**Joseph Pallivathuckal**
**8282 Benthaven Pl**
**Frisco, TX 75035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3946

**Nonpriority creditor's name and mailing address**
**joseph peleg**
**851 ne 1st avenue**
**2812**
**miami, FL 33132**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3947

**Nonpriority creditor's name and mailing address**
**Joseph Pieragowski**
**315 Maine Ave**
**Staten Island, NY 10314**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3948

**Nonpriority creditor's name and mailing address**
**Joseph Rash**
**12791 Dunks Ferry Road, Philadelphia, PA**
**Philadelphia, PA 19154**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3949

**Nonpriority creditor's name and mailing address**
**Joseph Schneider**
**113 Old Stafford Road**
**Tolland, CT 06084**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3950

**Nonpriority creditor's name and mailing address**
**Joseph Simoldoni**
**10508 daysville rd**
**walkersville, MD 21793**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3951

**Nonpriority creditor's name and mailing address**
**Joseph stevenson**
**334 East Painted Way**
**Clayton, NC 27527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3952
**Nonpriority creditor's name and mailing address**
**Joseph Tran**
**1917 Paru Street**
**Alameda, CA 94501**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3953
**Nonpriority creditor's name and mailing address**
**joseph ugarte**
**14727 Grobie pond ln**
**centreville, VA 20120**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3954
**Nonpriority creditor's name and mailing address**
**Joseph Velez**
**3952 E New Hope Way**
**Las Vegas, NV 89110**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3955
**Nonpriority creditor's name and mailing address**
**Joseph Willette**
**3904 NE 9th Ave**
**Cape Coral, FL 33909**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3956
**Nonpriority creditor's name and mailing address**
**Joseph Wyrostek**
**1186 Shawford Way**
**Elgin, FL 60120**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3957
**Nonpriority creditor's name and mailing address**
**Josh Lash**
**354 fairfield ct**
**elyria, OH 44035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3958
**Nonpriority creditor's name and mailing address**
**Josh O'Connor**
**8305 Emerald Isle Ave.**
**Las Vegas, NV 89128**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3959
**Nonpriority creditor's name and mailing address**
**josh sanchez**
**238 wilshire ave**
**Daly City, CA 94015**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3960
**Nonpriority creditor's name and mailing address**
**Josh Scrivner**
**12534 Swansea Dr**
**Parker, CO 80134**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3961
**Nonpriority creditor's name and mailing address**
**Josh Veldkamp**
**4617 146th Ave.**
**Holland, MI 49423**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3962
**Nonpriority creditor's name and mailing address**
**Josh Veldman**
**2156 Lagerwey Circle**
**Lynden, WA 98264**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3963
**Nonpriority creditor's name and mailing address**
**Josh Weiss**
**13973 Midland Rd**
**San Diego, CA 92064**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3964
**Nonpriority creditor's name and mailing address**
**Josh Wu**
**2519 tamora ave**
**South El Monte, CA 91733**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3965
**Nonpriority creditor's name and mailing address**
**Joshua Adams**
**3130 Oakcliff rd nw**
**Atlanta, GA 30311**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3966
**Nonpriority creditor's name and mailing address**
**Joshua Bahl**
**141 CENTER SCHOOL RD**
**PERKASIE, PA 18944**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3967
**Nonpriority creditor's name and mailing address**
**Joshua Boerger**
**21637 Visnaw St**
**Saint Clair Shores, MI 48081**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3968
**Nonpriority creditor's name and mailing address**
**Joshua Boland**
**120 Foster Road**
**South Windsor, CT 06074**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3969
**Nonpriority creditor's name and mailing address**
**Joshua Bond**
**111 2nd st**
**chalmette, LA 70043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3970
**Nonpriority creditor's name and mailing address**
**Joshua Box**
**22490 Snow Powder Ter**
**Brambleton, VA 20148-8077**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3971
**Nonpriority creditor's name and mailing address**
**Joshua Broome**
**710 N. Lemon Avenue, Unit 361**
**Sarasota, FL 34236**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3972
**Nonpriority creditor's name and mailing address**
**Joshua Davis**
**407 E ESTHER ST**
**LONG BEACH, CA 90813-1913**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3973
**Nonpriority creditor's name and mailing address**
**Joshua Dingus**
**107 Ford Ln**
**Big Rock, TN 37023**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3974
**Nonpriority creditor's name and mailing address**
**joshua duran**
**5346 south talman**
**chicago, IL 60632**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3975
**Nonpriority creditor's name and mailing address**
**Joshua Evans**
**14747 S Homestead Dr**
**Olathe, KS 66062**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3976
**Nonpriority creditor's name and mailing address**
**Joshua Fong**
**9014 Safflower Court**
**Mechanicsville, VA 23116**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3977
**Nonpriority creditor's name and mailing address**
**Joshua Fong**
**9014 Safflower Court**
**Mechanicsville, VA 23116**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3978
**Nonpriority creditor's name and mailing address**
**Joshua Green**
**3536 Tenley Place**
**Owings, MD 20736**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3979
**Nonpriority creditor's name and mailing address**
**Joshua Hash**
**24345 Palomino Way**
**Tehachapi, CA 93561**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3980
**Nonpriority creditor's name and mailing address**
**Joshua Herron**
**6035 Makely Dr**
**Fairfax Station, VA 22039**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3981
**Nonpriority creditor's name and mailing address**
**Joshua Holmes**
**13815 Hebron Ln**
**Upper Marlboro, MD 20774**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3982
**Nonpriority creditor's name and mailing address**
**Joshua Jagesar**
**122-19 111th ave south ozone park**
**2a**
**Queens, NY 11420**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3983
**Nonpriority creditor's name and mailing address**
**Joshua Jagesar**
**12219 111th Ave South Ozone Park**
**2a**
**Queens, NY 11420**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3984
**Nonpriority creditor's name and mailing address**
**Joshua Jenkins**
**2801 Pennsylvania Avenue SE**
**106**
**Washington, DC 20020**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3985
**Nonpriority creditor's name and mailing address**
**Joshua Jones**
**4405 Bellview Ln**
**Duluth, GA 30097**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3986
**Nonpriority creditor's name and mailing address**
**joshua jones**
**100 wexford ct**
**CHARLOTTE, NC 28210**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3987
**Nonpriority creditor's name and mailing address**
**joshua jones**
**100 wexford ct**
**CHARLOTTE, NC 28210**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3988
**Nonpriority creditor's name and mailing address**
**Joshua Lasley**
**10033 West Pierson Rd**
**Flushing, MI 48433**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3989
**Nonpriority creditor's name and mailing address**
**Joshua Lindow**
**435 Steven Blvd**
**Richmond Heights, OH 44143**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3990
**Nonpriority creditor's name and mailing address**
**Joshua Magana**
**3667 W Uva Ln**
**San Bernardino, CA 92407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3991
**Nonpriority creditor's name and mailing address**
**Joshua Massih**
**11 Grove St**
**APT 8**
**West Hartford, CT 06110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3992
**Nonpriority creditor's name and mailing address**
**Joshua Mee**
**1522 Silver Sunset Dr**
**Henderson, NV 89052**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3993
**Nonpriority creditor's name and mailing address**
**JOSHUA MICHAEL MCCAFFREY**
**516 NE 85th St**
**seattle, WA 98115**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.3994
**Nonpriority creditor's name and mailing address**
**Joshua Miller**
**1568 John Galt dr**
**lebanon, TN 37087**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3995
**Nonpriority creditor's name and mailing address**
**Joshua Miller**
**1568 John Galt Dr**
**Lebanon, TN 37087**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3996
**Nonpriority creditor's name and mailing address**
**Joshua Morales**
**400 Marion Pugh Dr**
**College Station, TX 77840**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3997
**Nonpriority creditor's name and mailing address**
**Joshua Olree**
**1506 Harlan Dr**
**Searcy, AR 72143**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3998
**Nonpriority creditor's name and mailing address**
**joshua parry**
**1336 E Murphys Ln**
**Salt Lake City, UT 84106**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.3999
**Nonpriority creditor's name and mailing address**
**Joshua Ranciato**
**3303 Anderson Pike**
**Signal Mountain, CT 37377**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4000
**Nonpriority creditor's name and mailing address**
**Joshua Reid**
**1412 Carolina st.**
**Midland, MI 48642**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4001
**Nonpriority creditor's name and mailing address**
**Joshua Richie**
**759 Jefferson Blvd**
**Jefferson, GA 30549**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4002
**Nonpriority creditor's name and mailing address**
**Joshua Sarafian**
**2245 elmsford point**
**sanford, FL 32771**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4003
**Nonpriority creditor's name and mailing address**
**Joshua Schuler**
**3951 Wabash St**
**Fort Collins, CO 80526**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4004
**Nonpriority creditor's name and mailing address**
**Joshua Silva**
**302 Division St**
**Lamar, CO 81052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4005
**Nonpriority creditor's name and mailing address**
**Joshua Snell**
**107 Lansing Dr Nw**
**Kennesaw, GA 30144**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4006
**Nonpriority creditor's name and mailing address**
**Joshua Song**
**101 Glen Ave**
**Paramus, NJ 07652**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4007
**Nonpriority creditor's name and mailing address**
**Joshua Stevens**
**20117 Livorno Way**
**Porter Ranch, CA 91326**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4008
**Nonpriority creditor's name and mailing address**
**Joshua Stout**
**303 Austin Dr.**
**Princeton, NC 27569**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4009
**Nonpriority creditor's name and mailing address**
**Joshua Suhr**
**140 Wyncrest Dr**
**Butler, PA 16001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4010
**Nonpriority creditor's name and mailing address**
**Joshua Van Buckley**
**4970 Windsor Downs Drive**
**Decatur, GA 30035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4011
**Nonpriority creditor's name and mailing address**
**Joshua Villarreal**
**2325 lancaster dr**
**Grand Prairie, TX 75052**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4012
**Nonpriority creditor's name and mailing address**
**Joshua Weiss**
**4016 Gresham St**
**E3**
**San Diego, FL 92109**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4013
**Nonpriority creditor's name and mailing address**
**Joshua Zeolla**
**70 alstead hill road**
**Gilsum, NH 03448**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4014
**Nonpriority creditor's name and mailing address**
**Joshua Zhang**
**18445 Santar St**
**Rowland Heights, CA 91748**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4015
**Nonpriority creditor's name and mailing address**
**Josiah Daniel**
**621 S Main**
**Paris, TX 75460**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4016
**Nonpriority creditor's name and mailing address**
**josiah lewis**
**8607 Idyllic pl.**
**mckinney, TX 75071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4017
**Nonpriority creditor's name and mailing address**
**Josiah Saatzer**
**43360 Corte Rialto**
**Temecula, CA 92592**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4018
**Nonpriority creditor's name and mailing address**
**Josif Mihai**
**2302 Monarch Terrace Drive**
**Katy, TX 77494**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4019
**Nonpriority creditor's name and mailing address**
**Josud Benitez**
**9705 Kisconko Rd**
**Fort Washington, MD 20744**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4020
**Nonpriority creditor's name and mailing address**
**josue joseph**
**6155 Fenton St**
**Arvada, CO 80003**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4021
**Nonpriority creditor's name and mailing address**
**JOVAN MALIK**
**1739 SANTA CLARA TRCE**
**Clover, SC 29710**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4022
**Nonpriority creditor's name and mailing address**
**Jovanni Mata**
**108 S Espana Dr**
**Laredo, TX 78043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4023
**Nonpriority creditor's name and mailing address**
**Jovanny Yanez**
**9201 61st dr ne**
**marysville, WA 98270**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4024 **Nonpriority creditor's name and mailing address**
**Juan Alonso - Delgadillo**
**30924 Birchwood St**
**Westland, MI 48186**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4025 **Nonpriority creditor's name and mailing address**
**Juan Benitez**
**6386 Meandering Woods Ct**
**Frederick, MD 21701**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4026 **Nonpriority creditor's name and mailing address**
**Juan Bracho**
**11208 avery station loop 78717**
**Austin, TX 78717**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4027 **Nonpriority creditor's name and mailing address**
**Juan Castro**
**6711 Dayridge Ln**
**Houston, TX 77048**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4028 **Nonpriority creditor's name and mailing address**
**Juan Enriquez**
**6175 Wandering Willow Dr**
**Wesley Chapel, FL 33545**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4029 **Nonpriority creditor's name and mailing address**
**Juan Escobar**
**19860 W Dixie Hwy**
**Apt 1307**
**Miami, FL 33180**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.4030

**Nonpriority creditor's name and mailing address**

**juan felipe rojas andrade**
**3701 Massanutten ct**
**virginia beach, VA 23453**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.4031

**Nonpriority creditor's name and mailing address**

**Juan Felix**
**8415 Watson Cir**
**House**
**Crystal Lake, IL 60014**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.4032

**Nonpriority creditor's name and mailing address**

**Juan Fernandez**
**460 Forest Park Blvd Apt #123 Oxnard Ca,**
**Oxnard, CA 93036**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.4033

**Nonpriority creditor's name and mailing address**

**Juan Gabriel**
**20375 Rocca Way**
**Bend, OR 97702**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.4034

**Nonpriority creditor's name and mailing address**

**Juan Gomez**
**3420 SW 87 AVE**
**MIAMI, FL 33165**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.4035

**Nonpriority creditor's name and mailing address**

**Juan Gutierrez**
**1120 Madeira Key Way**
**Orlando, FL 32824**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4036 **Nonpriority creditor's name and mailing address**
**Juan Jaramillo**
**3729 94th st**
**Jackson Heights, NY 11372**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4037 **Nonpriority creditor's name and mailing address**
**Juan Luis Rivera**
**12538 Tamaron Dr**
**Texas City, TX 77568**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4038 **Nonpriority creditor's name and mailing address**
**Juan Manuel Torres Garcia**
**8010 Welchwood Drive**
**Indianapolis, IN 46260**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4039 **Nonpriority creditor's name and mailing address**
**Juan Mendoza**
**5919 Tugboat Lane**
**Stockton, CA 95219**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4040 **Nonpriority creditor's name and mailing address**
**Juan Miguel**
**2030 14th st**
**Sacramento, CA 95811**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4041 **Nonpriority creditor's name and mailing address**
**Juan Miguel Gonzalez**
**17 Brighton Dr**
**Vallejo, CA 94591**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4042
**Nonpriority creditor's name and mailing address**
**Juan Ochoa**
**38 Nellie Street**
**Select**
**Providence, FL 02904**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4043
**Nonpriority creditor's name and mailing address**
**Juan Ochoa**
**38 Nellie Street**
**Select**
**Providence, RI 02904**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4044
**Nonpriority creditor's name and mailing address**
**Juan pablo Morales giraldo**
**117 Grand St**
**1**
**Mamaroneck, NY 10543**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4045
**Nonpriority creditor's name and mailing address**
**Juan Perez**
**5320 sw 129th Avenue**
**Miramar, FL 33027**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4046
**Nonpriority creditor's name and mailing address**
**Juan Ramirez**
**1215 Garnet St**
**Calexico, CA 92231**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4047
**Nonpriority creditor's name and mailing address**
**Juan Rodriguez**
**1401 Desert Ridge Ave**
**North Las Vegas, NV 89031**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4048
**Nonpriority creditor's name and mailing address**
**Juan Salgado**
**1668 MONTGOMERY ST**
**RAHWAY, NJ 07065**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4049
**Nonpriority creditor's name and mailing address**
**Juan Santiago Martinez**
**2191 Rock Dr**
**Kissimmee, FL 34759**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4050
**Nonpriority creditor's name and mailing address**
**Juan Suarez**
**106 River Watch Drive**
**Greenville, SC 29605**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4051
**Nonpriority creditor's name and mailing address**
**Juan Valentin Diaz Lemus**
**351 North J Street**
**Dinuba, CA 93618**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4052
**Nonpriority creditor's name and mailing address**
**Juan-Orens Danho**
**8510 Laverne Drive**
**Adelphi, MD 20783**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4053
**Nonpriority creditor's name and mailing address**
**juanluis bermudez**
**87 hockey puck way**
**Benson, NC 27504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4054

**Nonpriority creditor's name and mailing address**
**Judah Dyson**
**4352 texas street**
**2**
**San Diego, CA 92104**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4055

**Nonpriority creditor's name and mailing address**
**Jude Franklin**
**1580 East 19th Street**
**Apt 5a**
**Brooklyn, NY 11230**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4056

**Nonpriority creditor's name and mailing address**
**Jude Ortega**
**6723 Shelter Lane**
**Las Vegas, NV 89103**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4057

**Nonpriority creditor's name and mailing address**
**Judee Kweh**
**4250 Woodridge parkway**
**Unit 1099**
**Porter, TX 77365**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4058

**Nonpriority creditor's name and mailing address**
**JUDITH CHAMBERS**
**14641 222nd street**
**Springfield Gardens, NY 11413**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4059

**Nonpriority creditor's name and mailing address**
**Judith DeSmet**
**2717 HIGHLAND AVE S**
**APT 910**
**BIRMINGHAM, AL 35205-1725**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4060
**Nonpriority creditor's name and mailing address**
**Judner Antoine**
**7643 Gate Pkwy**
**104814**
**Jacksonville, FL 32256**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4061
**Nonpriority creditor's name and mailing address**
**Judy Le**
**45 - 1117 Kamehameha Hwy suite 101**
**kaneohe, Hawaii 96744-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4062
**Nonpriority creditor's name and mailing address**
**JUDY MILLER**
**405 PEACHTREE STREET**
**HEADLAND, AL 36345**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4063
**Nonpriority creditor's name and mailing address**
**Jujhar Singh**
**9977 darrow park dr**
**Apt 114A**
**TWINSBURG, OH 44087**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4064
**Nonpriority creditor's name and mailing address**
**Jules-Woody Francois**
**13288 195th St.**
**Jim Falls, WI 54748**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4065
**Nonpriority creditor's name and mailing address**
**Jules-Woody Francois**
**13288 195th St.**
**Jim Falls, WI 54748**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4066
**Nonpriority creditor's name and mailing address**
**Julian Achez**
**641 N. Topanga cyn blvd**
**Topanga, CA 90290**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4067
**Nonpriority creditor's name and mailing address**
**Julian Debernardis**
**904 cabra st**
**Lincoln, CA 95648**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4068
**Nonpriority creditor's name and mailing address**
**Julian Gottlieb**
**6810 SW 65th St**
**Miami, FL 33143**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4069
**Nonpriority creditor's name and mailing address**
**Julian Kim**
**44 Sherman Ave**
**Apt 2B**
**Jersey City, NJ 07307**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4070
**Nonpriority creditor's name and mailing address**
**Julian Luna**
**16034 Raywood Dr**
**Channelview, TX 77530**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4071
**Nonpriority creditor's name and mailing address**
**julian perez**
**1357 Nw 14 Ct**
**Boca Raton, FL 33486**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.4072**
**Nonpriority creditor's name and mailing address**
**Julian Prakansa**
**549 w fisher ave**
**philadelphia, PA 19120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.4073**
**Nonpriority creditor's name and mailing address**
**Julian Smith**
**4235 Nortth clarissa street**
**Philadelphia, PA 19140**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.4074**
**Nonpriority creditor's name and mailing address**
**Julian Thompson**
**5141 S. Drexel Avenue**
**Unit B**
**Chicago, IL 60615**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.4075**
**Nonpriority creditor's name and mailing address**
**julian williams**
**9999 summerbreeze dr, apt 806**
**sunrise, FL 33322**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.4076**
**Nonpriority creditor's name and mailing address**
**julian williams**
**9999 summerbreeze dr, apt 806**
**sunrise, FL 33322**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.4077**
**Nonpriority creditor's name and mailing address**
**Julie Ho**
**2707 Carmen Court**
**Pinole, CA 94564**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4078
**Nonpriority creditor's name and mailing address**
**Julie Nguyen**
**5612 Saratoga Circle**
**Rocklin, CA 95765**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4079
**Nonpriority creditor's name and mailing address**
**Julien Barajas**
**2911 Ragland Ct**
**Bakersfield, CA 93311**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4080
**Nonpriority creditor's name and mailing address**
**Julien Louisuis**
**110 Pond View Ln**
**Seaford, DE 19973**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4081
**Nonpriority creditor's name and mailing address**
**Juliette Rossi**
**16558 NE 26 ave**
**Unit 3F**
**North Miami, FL 33160**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4082
**Nonpriority creditor's name and mailing address**
**Julio Auciello**
**938 hedges**
**Corona, CA 92878**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4083
**Nonpriority creditor's name and mailing address**
**Julio Auciello**
**938 Hedges**
**Corona, CA 92878**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4084
**Nonpriority creditor's name and mailing address**
**Julio Friman**
**350 West 77th St**
**Apt 203**
**Hialeah, FL 33014**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4085
**Nonpriority creditor's name and mailing address**
**Julio Lebron Vargas**
**14927 Yorkshire Run Dr**
**Orlando, FL 32828**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4086
**Nonpriority creditor's name and mailing address**
**Julio Ovalle**
**12062 Turnleaf Av**
**Whittier, CA 90602**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4087
**Nonpriority creditor's name and mailing address**
**Julius Day**
**401 Dexter Avenue**
**Birmingham, AL 35213**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4088
**Nonpriority creditor's name and mailing address**
**Julius Javier**
**12020 Southern Highlands Pkwy**
**Apt 1015**
**Las Vegas, NV 89141**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4089
**Nonpriority creditor's name and mailing address**
**Jun You**
**2395 Pullman Way**
**Hummelstown, PA 17036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4090 **Nonpriority creditor's name and mailing address**
**Juneseo Lee**
**6018 South Willow Way**
**Greenwood Village, CO 80111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4091 **Nonpriority creditor's name and mailing address**
**JUNG SEO**
**9725 KNOLLCREST BLVD**
**ALPHARETTA, GA 30022**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4092 **Nonpriority creditor's name and mailing address**
**Junior Virgile**
**30740 sonnet glen dr**
**Wesley chapel, FL 33543**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4093 **Nonpriority creditor's name and mailing address**
**Juno Jenty**
**3021 NW 35th Ave**
**C101**
**Lauderdale Lakes, FL 33311**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4094 **Nonpriority creditor's name and mailing address**
**Juriel Williams**
**5357 Coltman loop**
**Las Vegas, NV 89115**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4095 **Nonpriority creditor's name and mailing address**
**Justice Blair**
**500 S Congress Ave, Apt 136**
**Apt 136**
**Austin, TX 78704**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4096
**Nonpriority creditor's name and mailing address**
**Justin Baker**
**11708 W 57th Place**
**Arvada, CO 80002**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4097
**Nonpriority creditor's name and mailing address**
**Justin Biggs**
**328 E Clay Ln**
**Lehi, UT 84043**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4098
**Nonpriority creditor's name and mailing address**
**Justin Breske**
**2106 S Mary Beth Ave**
**Sioux Falls, SD 57106**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4099
**Nonpriority creditor's name and mailing address**
**Justin Carol**
**135 N Kenwood St**
**Burbank, CA 91505**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4100
**Nonpriority creditor's name and mailing address**
**Justin Cheung**
**60 Newton Street**
**San Francisco, FL 94112**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4101
**Nonpriority creditor's name and mailing address**
**Justin Coelho**
**27636 YNEZ RD**
**L7 #313**
**Temecula, CA 92591**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4102 **Nonpriority creditor's name and mailing address**
**Justin Covington**
**15 Palisade Avenue**
**Apt 225**
**Jersey City, NJ 07306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4103 **Nonpriority creditor's name and mailing address**
**Justin De Peralta**
**1608 Prairieview blvd**
**Bolingbrook, IL 60490**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4104 **Nonpriority creditor's name and mailing address**
**Justin Deruy**
**8321 Twilight Ln**
**Lenexa, KS 66219**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4105 **Nonpriority creditor's name and mailing address**
**Justin Dunn**
**1614 New Haven Point Lane**
**West Palm Beach, FL 33411**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4106 **Nonpriority creditor's name and mailing address**
**JUSTIN ECKERT**
**103 Beaufort Road**
**Bloomsbury, NJ 08804**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4107 **Nonpriority creditor's name and mailing address**
**Justin Edkins**
**609 NE Nantucket St**
**Bremerton, WA 98310**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4108
**Nonpriority creditor's name and mailing address**
**Justin Eiker**
**19359 Winged Foot Cir**
**Porter Ranch, CA 91326**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.4109
**Nonpriority creditor's name and mailing address**
**Justin Fattorosi**
**4434 Carriage Oak Ln**
**Orange Park, FL 32065**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.4110
**Nonpriority creditor's name and mailing address**
**Justin Garrett**
**2107 Eagle Talon Circle**
**Fleming Island, FL 32003**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.4111
**Nonpriority creditor's name and mailing address**
**Justin Gerace**
**100 Crisfield Ave**
**Buffalo, NY 14206**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.4112
**Nonpriority creditor's name and mailing address**
**Justin Guidroz**
**122 NW Outlook Vista Dr.**
**Bend, OR 97703**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.4113
**Nonpriority creditor's name and mailing address**
**Justin Hartzler**
**15471 Culebra Rd**
**Victorville, CA 92394**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4114 **Nonpriority creditor's name and mailing address**
**Justin Hernandez**
**5112 Rugby Rd**
**Virginia Beach, VA 23464**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4115 **Nonpriority creditor's name and mailing address**
**Justin Howard**
**625 S 1st St**
**Mount Horeb, WI 53572**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4116 **Nonpriority creditor's name and mailing address**
**Justin Josiah Ayon-Ayon**
**12803 New Providence Street**
**Las Vegas, NV 89141**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4117 **Nonpriority creditor's name and mailing address**
**Justin Jung**
**5588 Bridge Pointe Dr**
**Alpharetta, GA 30005**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4118 **Nonpriority creditor's name and mailing address**
**JUSTIN KAO**
**3380 CORTE PANORAMA**
**CARLSBAD, CA 92009**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4119 **Nonpriority creditor's name and mailing address**
**Justin Kellogg**
**2317 south pleasant valley rd**
**317**
**Austin, TX 78741**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.4120** **Nonpriority creditor's name and mailing address**
**Justin Kennard**
**3518 ADMIRALTY CT**
**BELLE ISLE, FL 32812**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.4121** **Nonpriority creditor's name and mailing address**
**Justin Ketcham**
**416 Princeton Drive**
**Costa Mesa, CA 92626**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.4122** **Nonpriority creditor's name and mailing address**
**Justin King**
**16517 Howard St**
**APT E**
**Fort Polk, LA 71459**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.4123** **Nonpriority creditor's name and mailing address**
**Justin King**
**322 Rainwood re**
**Conway, SC 29526**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.4124** **Nonpriority creditor's name and mailing address**
**Justin King**
**322 Rainwood rd**
**Conway, SC 29526**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.4125** **Nonpriority creditor's name and mailing address**
**Justin Kuruvilla**
**430 roxborough ave**
**Philadelphia, PA 19128**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4126
**Nonpriority creditor's name and mailing address**
**justin le**
**3401 alberghini st**
**sacramento, CA 95838**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4127
**Nonpriority creditor's name and mailing address**
**Justin Lecus**
**211 Anniston Ct**
**Cary, NC 27519**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4128
**Nonpriority creditor's name and mailing address**
**Justin Legaspi**
**17701 Avalon Blvd**
**269**
**Carson, CA 90746**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4129
**Nonpriority creditor's name and mailing address**
**justin magner**
**12 mail coach dr**
**wilton, CT 06897**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4130
**Nonpriority creditor's name and mailing address**
**Justin Miller**
**1807 Rolling Green Curv**
**Mendota Heights, MN 55118**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4131
**Nonpriority creditor's name and mailing address**
**JUSTIN NGUYEN**
**104 SAMRIDGE CV**
**GEORGETOWN, TX 78626**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4132
**Nonpriority creditor's name and mailing address**
**Justin Parker**
**7001 wolflin Ave apt 1019**
**amarillo, TX 79106**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4133
**Nonpriority creditor's name and mailing address**
**Justin Parker**
**7001 WOLFLIN AVE APT 1019**
**APT 1019**
**amarillo, TX 79106**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4134
**Nonpriority creditor's name and mailing address**
**justin Rodrigues Schoeman**
**95 Springbok Road**
**Johannesburg South, GP 02053**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4135
**Nonpriority creditor's name and mailing address**
**Justin Rose**
**1201 Pine Haven Dr.**
**Apt. 5101**
**Raleigh, NC 27607**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4136
**Nonpriority creditor's name and mailing address**
**Justin Rupkey**
**1236 Woodside Dr**
**Arnold, MO 63010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4137
**Nonpriority creditor's name and mailing address**
**Justin Salas**
**7539 Cezanne Ct**
**Sun Valley, NV 89433**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4138 **Nonpriority creditor's name and mailing address**
**Justin Santos**
**12044 5th Avenue**
**Queens, NY 11370**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4139 **Nonpriority creditor's name and mailing address**
**JUSTIN SCHWARTZBERG**
**172 W Georgianna Dr**
**Richboro, PA 18954**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4140 **Nonpriority creditor's name and mailing address**
**Justin Sienkiewicz**
**49 N Benton St**
**Palatine, IL 60067**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4141 **Nonpriority creditor's name and mailing address**
**Justin Smith**
**11811 Gary Street**
**Garden Grove, CA 92840**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4142 **Nonpriority creditor's name and mailing address**
**Justin Tang**
**6237 N Springfield Ave**
**Chicago, IL 60659**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4143 **Nonpriority creditor's name and mailing address**
**Justin Taylor**
**1839 CATAWBA AVE**
**CHARLOTTE, NC 28205**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4144
**Nonpriority creditor's name and mailing address**
**Justin Taylor**
**1839 CATAWBA AVE**
**CHARLOTTE, NC 28205**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4145
**Nonpriority creditor's name and mailing address**
**Justin Turner**
**3600 s kings hwy**
**texarkana, TX 75501**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4146
**Nonpriority creditor's name and mailing address**
**Justin Williams**
**2316 67th Ave NE**
**Tacoma, WA 98422**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4147
**Nonpriority creditor's name and mailing address**
**Juwon Bang**
**9210 Bloomfield ave.**
**Cypress, CA 90630**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4148
**Nonpriority creditor's name and mailing address**
**jyoron cogdell**
**128 cacciola pl**
**westfield, NJ 07090**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4149
**Nonpriority creditor's name and mailing address**
**K Khan**
**240 N 27th St**
**Spearfish, SD 57783**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4150
**Nonpriority creditor's name and mailing address**
**Kaaron Gillett**
**1314 N 89th East Ave**
**Unit 107**
**TULSA, OK 74115**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4151
**Nonpriority creditor's name and mailing address**
**KABIRU MUSTAFA**
**1270 Harvey Mitchell Pkwy S**
**421**
**College Station, TX 77840**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4152
**Nonpriority creditor's name and mailing address**
**Kadeem Dukes**
**122 Runyon Ave**
**Somerset, NJ 08873**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4153
**Nonpriority creditor's name and mailing address**
**kaden Graybill**
**2878 lincoln ave**
**altadena, CA 91001**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4154
**Nonpriority creditor's name and mailing address**
**Kadin Lahti**
**517 staudaher st**
**Bozeman, MT 59715**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4155
**Nonpriority creditor's name and mailing address**
**Kaelan Laurence**
**6200 HOLLYWOOD BLVD**
**LOS ANGELES, CA 90028**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4156
**Nonpriority creditor's name and mailing address**
**Kahmari Shipley**
**1624 Sherbourne St**
**Winter Garden, FL 34787**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4157
**Nonpriority creditor's name and mailing address**
**Kai Liu**
**3871 Stewart Avenue**
**Baldwin Park, CA 91706**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4158
**Nonpriority creditor's name and mailing address**
**Kaimkaran Maharaj**
**10102 Stansfield RD**
**Laurel, MD 20723**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4159
**Nonpriority creditor's name and mailing address**
**Kaiwen Lo**
**12124 Saratoga Sunnyvale rd**
**Saratoga, CA 95070**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4160
**Nonpriority creditor's name and mailing address**
**Kalai Kandasamy**
**6530 Running Cedar Lane**
**Manassas, VA 20112**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4161
**Nonpriority creditor's name and mailing address**
**Kaleb Neeble**
**711 Stratford Dr**
**Washington, IL 61571**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4162 **Nonpriority creditor's name and mailing address**
**Kaleb Neeble**
**712 Stratford Dr**
**Washinngton, IL 61571**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4163 **Nonpriority creditor's name and mailing address**
**Kalila Jones**
**6 Addison Pl**
**Dover, NH 03820**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4164 **Nonpriority creditor's name and mailing address**
**Kalpana Bacon**
**3319 Debra Ct**
**Ellicott City, MD 21042**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4165 **Nonpriority creditor's name and mailing address**
**Kalyan Juluri**
**16652 Maybrook Dr**
**Belton, MO 64012**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4166 **Nonpriority creditor's name and mailing address**
**Kamaljit Singh**
**826 Lawrence St**
**Elmont, FL 11003**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4167 **Nonpriority creditor's name and mailing address**
**Kameron Griffiths**
**102 Ashwood Way**
**Easley, SC 29640**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4168
**Nonpriority creditor's name and mailing address**
**Kamil Trzaska**
**9 Chestnut St**
**Plymouth Meeting, PA 19462**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4169
**Nonpriority creditor's name and mailing address**
**Kamilla Abraham**
**9707 72nd Rd.**
**Forest Hills, NY 11375**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4170
**Nonpriority creditor's name and mailing address**
**Kamir Bowen**
**4425 Baldpate Court**
**Raleigh, NC 27616**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4171
**Nonpriority creditor's name and mailing address**
**Kamlendra Pandey**
**5638 Soft Shell Dr**
**Lancaster, SC 29720**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4172
**Nonpriority creditor's name and mailing address**
**Kamran Taherpour**
**304 santa barbara**
**irvine, CA 92606**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4173
**Nonpriority creditor's name and mailing address**
**Kamren Belk**
**311 Paxton Ave**
**Calumet City, IL 60409**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4174

**Nonpriority creditor's name and mailing address**
**Kamren Belk**
**311 Paxton Ave**
**Calumet City, IL 60409**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4175

**Nonpriority creditor's name and mailing address**
**Kamron Lyons**
**3805 Park Royal Lane**
**Antioch, TN 37013**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4176

**Nonpriority creditor's name and mailing address**
**Kannappan Ramu**
**13751 El Toro Road**
**Frisco, TX 75035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4177

**Nonpriority creditor's name and mailing address**
**Kanwal Kaushal**
**10204 Altavista Ave**
**Apt # 105**
**TAMPA, FL 33647**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4178

**Nonpriority creditor's name and mailing address**
**Kanwen Xu**
**1908 margot place**
**San Jose, CA 95125**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4179

**Nonpriority creditor's name and mailing address**
**Kanwen Xu**
**1908 margot place**
**San Jose, CA 95125**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4180
**Nonpriority creditor's name and mailing address**
**kara prempeh**
**2949 chinkapin oak ln**
**woodbridge, VA 22191**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4181
**Nonpriority creditor's name and mailing address**
**Kareem Flannings**
**1117 Walden Glen Ln**
**Evans, GA 30809**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4182
**Nonpriority creditor's name and mailing address**
**Kareem Ibrahim**
**5921 San Remo Way**
**Yorba Linda, CA 92887**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4183
**Nonpriority creditor's name and mailing address**
**Karekezi Harelimana**
**6103 Rita Balance**
**San Antonio, TX 78253**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4184
**Nonpriority creditor's name and mailing address**
**Karekin Arabatlian**
**5150 Hidalgo St**
**Houston, TX 77063**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4185
**Nonpriority creditor's name and mailing address**
**Karekin Arabatlian**
**3007 Rockarbor DR**
**Houston, TX 77063**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4186
**Nonpriority creditor's name and mailing address**
**Karen Bridges**
**330 Buckthorn Lane**
**Hillside, IL 60162**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4187
**Nonpriority creditor's name and mailing address**
**Karen Fellers-Hansen**
**18201 Collridge Drive**
**Tampa, FL 33647-2912**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4188
**Nonpriority creditor's name and mailing address**
**Karen Lopez Garcia**
**108 basil ct**
**LAWRENCEVILE, GA 30043**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4189
**Nonpriority creditor's name and mailing address**
**Karen Roces**
**PSC 1005 BOX 11288**
**FPO, AA 34009**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4190
**Nonpriority creditor's name and mailing address**
**Kari Schweinhart**
**1707 Dieterlen Road**
**Henryville, IN 47126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4191
**Nonpriority creditor's name and mailing address**
**karina b ocasio negron**
**36 fairfield ave**
**3D**
**norwalk, CT 06854**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4192
**Nonpriority creditor's name and mailing address**
**Karina Iglecias**
**255 N Lamb Blvd, Unit F, Las Vegas, NV,**
**Las Vegas, NV 89110**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4193
**Nonpriority creditor's name and mailing address**
**Karita Kirk-Williams**
**23219 Stringtown Rd #245**
**Clarksburg, MD 20871**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4194
**Nonpriority creditor's name and mailing address**
**karl arjun**
**134 sebastian lane**
**plymouth meeting, PA 19462**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4195
**Nonpriority creditor's name and mailing address**
**Karl De Leus**
**2559 Fish ave**
**New York, NY 10469**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4196
**Nonpriority creditor's name and mailing address**
**Karl Portner**
**4573 John Sandling Rd**
**Franklinton, NC 27525**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4197
**Nonpriority creditor's name and mailing address**
**Karl Roberts**
**2212 Loursaunt Dr**
**Mobile, AL 36617**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4198
**Nonpriority creditor's name and mailing address**
**Karma Drukpa**
**2875 38th ave**
**Oakland, CA 94619**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4199
**Nonpriority creditor's name and mailing address**
**karthik munnangi reddy**
**155 Tulane way**
**Tallahassee, FL 32317**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4200
**Nonpriority creditor's name and mailing address**
**Karthikeya Thota**
**30745 Cedar Creek Dr**
**Farmington Hills, MI 48336**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4201
**Nonpriority creditor's name and mailing address**
**Karthikeyan Seetharaman**
**21 Scherer Ct**
**Lawrenceville, NJ 08648**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4202
**Nonpriority creditor's name and mailing address**
**Kartik Patel**
**520 W. Ashford Ln**
**Arlington Heights, IL 60004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4203
**Nonpriority creditor's name and mailing address**
**KARUNA VYAS**
**19232 OLD SPANISH RD**
**TAMPA, FL 33647**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4204
**Nonpriority creditor's name and mailing address**
**Kasem Bajwa**
**12205 Piney Meetinghouse Rd**
**Potomac, MD 20854**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4205
**Nonpriority creditor's name and mailing address**
**Kasey Bennett**
**4406 Meadow Breeze Ct**
**Mansfield, TX 76063**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4206
**Nonpriority creditor's name and mailing address**
**Kasey Shoquist**
**553 Omaha Rd**
**Hudson, WI 54016**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4207
**Nonpriority creditor's name and mailing address**
**Kason Xayavong**
**3103 39th st**
**San diego, CA 92105**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4208
**Nonpriority creditor's name and mailing address**
**Kathleen Irwin**
**8081 Garfield Ave**
**APT 26**
**Huntington Beach, CA 92646**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4209
**Nonpriority creditor's name and mailing address**
**Kathleen Nguyen**
**1817 central park loop**
**morrow, GA 30260**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4210
**Nonpriority creditor's name and mailing address**
**Kathrine Pendleton**
**214 Cody Court**
**Clarksville, TN 37043**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4211
**Nonpriority creditor's name and mailing address**
**Kathryn McGinnis**
**8440 John R St**
**Detroit, MI 48202**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4212
**Nonpriority creditor's name and mailing address**
**Kathy Junfola**
**605 Tortola St**
**Wiliamstown, NJ 08094**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4213
**Nonpriority creditor's name and mailing address**
**kathy luu**
**6718 riding wind dr**
**corpus christi, TX 78414**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4214
**Nonpriority creditor's name and mailing address**
**Katie Ho**
**14202 hope st**
**Garden grove, CA 92840**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4215
**Nonpriority creditor's name and mailing address**
**Katie Pearson**
**225 Saint Edward Lane**
**Florissant, MO 63033**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4216
**Nonpriority creditor's name and mailing address**
**Katrina Ann Barton**
**135 Old Spanish Trail**
**Alabaster, AL 35007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4217
**Nonpriority creditor's name and mailing address**
**Katy Nguyen**
**2402 Merriman St**
**Port Neches, TX 77651**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4218
**Nonpriority creditor's name and mailing address**
**kaushik hatti**
**5211 Sw 133rd Ave**
**Miramar, FL 33027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4219
**Nonpriority creditor's name and mailing address**
**kaushik hatti**
**5211 Sw 133rd Ave**
**Miramar, FL 33027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4220
**Nonpriority creditor's name and mailing address**
**Kaustubh Jagtap**
**14418 Foolish Pleasure Rd, Boyds**
**Boyds, MD 20841**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4221
**Nonpriority creditor's name and mailing address**
**kavitha thandi pandurangan**
**45342 sedra ct**
**novi, MI 48375**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4222
**Nonpriority creditor's name and mailing address**
**Kay Khine**
**944 East 6th St**
**Bethlehem, PA 18015**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4223
**Nonpriority creditor's name and mailing address**
**Kay Thi Truong**
**6307 Oakmont Creek Court**
**Spring, TX 77379**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4224
**Nonpriority creditor's name and mailing address**
**Kay Williams**
**982 Bergeron Place**
**Atlanta, GA 30328**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4225
**Nonpriority creditor's name and mailing address**
**Kayla Turner**
**2015 Delores Street**
**Cahokia, IL 62206**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4226
**Nonpriority creditor's name and mailing address**
**Kaylie Hutson-Ly**
**7411 S 101st Ave**
**LaVista, NE 68128**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4227
**Nonpriority creditor's name and mailing address**
**Kazong Lo**
**1463 pinto dr nw**
**Isanti, MN 55040**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4228 **Nonpriority creditor's name and mailing address**
**Ke Zhou**
**375 S End ave**
**33L**
**New York, NY 10280**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4229 **Nonpriority creditor's name and mailing address**
**Keanu Kapoi-Halemano**
**87-204 Kahau**
**23**
**Waianae, Hawaii 96792-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4230 **Nonpriority creditor's name and mailing address**
**kebba sanneh**
**2418 Greenside Ct**
**Austell, GA 30106**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4231 **Nonpriority creditor's name and mailing address**
**Keegan Mente**
**225 1st Ave N**
**1200**
**Saint Petersburg, FL 33701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4232 **Nonpriority creditor's name and mailing address**
**keerthi ravi**
**8602 valley ranch pkwy w**
**2001**
**Irving, TX 75063**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4233 **Nonpriority creditor's name and mailing address**
**Keerthi Ravi**
**8602 Valley Ranch Pkwy W**
**Apt - 2001**
**Irving, TX 75063**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4234
**Nonpriority creditor's name and mailing address**
**Keinun-Lee Robertson**
**634 Aberdeen Road**
**Hampton, VA 23661**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4235
**Nonpriority creditor's name and mailing address**
**Keith Albrecht**
**1088 Oakwood Rd.**
**Newport, MN 55055**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4236
**Nonpriority creditor's name and mailing address**
**Keith Clark**
**750 71st Ave N**
**Saint Petersburg, FL 33702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4237
**Nonpriority creditor's name and mailing address**
**Keith Crews**
**448 Saratoga Ave**
**APT 105**
**SAN JOSE, CA 95129**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4238
**Nonpriority creditor's name and mailing address**
**Keith Daugherty**
**304 Greenbriar Street**
**Brandon, MS 39047**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4239
**Nonpriority creditor's name and mailing address**
**KEITH DSOUZA**
**1234 Capitol Ave.**
**San Francisco, CA 94112**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4240
**Nonpriority creditor's name and mailing address**
**Keith Gale**
**PO Box 551**
**Cedar City, UT 84721**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4241
**Nonpriority creditor's name and mailing address**
**Keith Golliday**
**259 Friendship Umc RD**
**Cochran, GA 31014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4242
**Nonpriority creditor's name and mailing address**
**Keith Jones**
**110 Avondale Avenue**
**Jackson, MI 49203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4243
**Nonpriority creditor's name and mailing address**
**Keith Kerwin**
**229 BANDON DRIVE**
**New Bern, NC 28562**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4244
**Nonpriority creditor's name and mailing address**
**Keith Mcright**
**5316 Acorn Ct**
**League City, FL 77573**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4245
**Nonpriority creditor's name and mailing address**
**keith sewell**
**3175 quarry road**
**mount juliet, TN 37122**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4246
**Nonpriority creditor's name and mailing address**
**Keith Smith**
**2061 Orangery Dr**
**Franklin, TN 37064**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4247
**Nonpriority creditor's name and mailing address**
**Keith Wade**
**2690 Red Fox Road**
**tryon, NC 28782**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4248
**Nonpriority creditor's name and mailing address**
**Keizer Alves**
**51A James Street Unit 3**
**Montclair, NJ 07042**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4249
**Nonpriority creditor's name and mailing address**
**Kejvi Hysi**
**4026**
**Lionheart**
**Jacksonville, FL 32216**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4250
**Nonpriority creditor's name and mailing address**
**Kelcy Perkins**
**4126 Honeysuckle Dr.**
**Zachary, LA 70791**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4251
**Nonpriority creditor's name and mailing address**
**Kellen Krahn**
**W249S7980 Center Dr.**
**Mukwonago, WI 53149**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4252
**Nonpriority creditor's name and mailing address**
**Kelley Jones**
**1380 new hope rd**
**atlanta, GA 30331**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4253
**Nonpriority creditor's name and mailing address**
**Kelli Lazalier**
**13225 Quarterhorse Drive**
**Grass Valley, CA 95949**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4254
**Nonpriority creditor's name and mailing address**
**Kellie Newton**
**404 Savalla Blvd**
**Farmington, NY 14425**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4255
**Nonpriority creditor's name and mailing address**
**kelly carlson**
**620 mason lane**
**lake in the hills, IL 60156**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4256
**Nonpriority creditor's name and mailing address**
**Kelly Le**
**25802 Prairestone Dr**
**Laguna Hills, CA 92653**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4257
**Nonpriority creditor's name and mailing address**
**Kelly Marlin**
**965 Ashburn Way**
**Swedesboro, NJ 08085**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4258 **Nonpriority creditor's name and mailing address**
**KELLY NGUYEN**
**7576 Mansion cir**
**B**
**Mason, OH 45040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4259 **Nonpriority creditor's name and mailing address**
**Kelly Thomas**
**2162 Hickory Crest Drive**
**Memphis, TN 38119**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4260 **Nonpriority creditor's name and mailing address**
**Kelvin Castro**
**1907 Breckenridge Dr**
**Harvey, FL 70058**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4261 **Nonpriority creditor's name and mailing address**
**Kelvin Collett**
**288 JC Osborne blvd**
**Hyden, KY 41749**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4262 **Nonpriority creditor's name and mailing address**
**Kelvin Quach**
**15602 BRIARBANK ST**
**LA PUENTE, CA 91744**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4263 **Nonpriority creditor's name and mailing address**
**Kelvin Ramirez**
**2127 NW 45th St**
**Miami, FL 33142**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4264
**Nonpriority creditor's name and mailing address**
**Kelvon Lee**
**20423 Flatiron Dr**
**Humble, TX 77338**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4265
**Nonpriority creditor's name and mailing address**
**Ken Ashraph**
**18022 Rock Shelf Drive, Cypress, TX, USA**
**CYPRESS, TX 77429**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4266
**Nonpriority creditor's name and mailing address**
**KEN KU**
**167 KATHLEEN DR**
**WEST SAINT PAUL, MN 55118**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4267
**Nonpriority creditor's name and mailing address**
**Ken Lirette**
**6717 ROLLING MEADOWS DR , Apt1418**
**Sparks, NV 89436**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4268
**Nonpriority creditor's name and mailing address**
**Ken Lu**
**21 Hillsview St**
**Canton, MA 02021**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4269
**Nonpriority creditor's name and mailing address**
**KEN NGUYEN**
**460 Goodwin Dr**
**Richardson, TX 75081**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| 3.4270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **ken tran**<br>**20351 stagg st**<br>**winnetka, CA 91306**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Kenan Barends**<br>**17 Affodil Street**<br>**Wellington**<br>**Wellington, WC 07655**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Kenan Turan**<br>**6058 Mendocino Dr**<br>**Apt 1033**<br>**Dallas, TX 75248**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Kenaz Coqk**<br>**1156 Grove street**<br>**Irvington, NJ 07111**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Kendal Beard**<br>**12401 South Winchester Avenue**<br>**Calumet Park, IL 60827**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Kendal Davis**<br>**5422 Balerna St**<br>**Spring, TX 77373**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4276

**Nonpriority creditor's name and mailing address**
**Kendall Johnson**
**3935 East Front Street**
**GRANTVILLE, KS 66429**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4277

**Nonpriority creditor's name and mailing address**
**KENDRA BRUMBLE**
**315 VALLIE LN**
**WILMINGTON, NC 28412**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4278

**Nonpriority creditor's name and mailing address**
**Kendric Selders**
**13959 darilyn dr**
**Baton Rouge, LA 70816**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4279

**Nonpriority creditor's name and mailing address**
**Kenford Wiltshire**
**P.O Box 950255**
**Lake Mary, FL 32795**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4280

**Nonpriority creditor's name and mailing address**
**Kennedy Tizeh soh mufor**
**14231 Clayton St**
**Rockville, MD 20853**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4281

**Nonpriority creditor's name and mailing address**
**Kenneth Asanga**
**9406 limestone ranch ln**
**Richmond, TX 77407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC**
Name
Case number (if known)

3.4282
**Nonpriority creditor's name and mailing address**
**Kenneth Blocker**
**100 Abbeywalk lane**
**Columbia, SC 29229**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4283
**Nonpriority creditor's name and mailing address**
**Kenneth Chung**
**6487 mount palomar ave**
**Las Vegas, NV 89139**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4284
**Nonpriority creditor's name and mailing address**
**Kenneth Derrick**
**2829 Shampy St**
**West Columbia, SC 29170**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4285
**Nonpriority creditor's name and mailing address**
**Kenneth Dor**
**2038 NW 141st Ave**
**Pembroke Pines, FL 33028**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4286
**Nonpriority creditor's name and mailing address**
**Kenneth Fenton**
**5301 Ka Haku Rd**
**Princeville, HI 96722**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4287
**Nonpriority creditor's name and mailing address**
**KENNETH FIELDING**
**634 sclaters ford rd**
**palmyra, VA 22963**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4288 **Nonpriority creditor's name and mailing address**
**Kenneth Forbes**
**12 Caswell Ave**
**Methuen, MA 01844-4804**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4289 **Nonpriority creditor's name and mailing address**
**Kenneth Lee**
**11017 Crest Mist Circle**
**Raleigh, NC 27613**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4290 **Nonpriority creditor's name and mailing address**
**Kenneth Li**
**18 Gary Lane**
**North Easton, MA 02356**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4291 **Nonpriority creditor's name and mailing address**
**Kenneth Mattuck**
**955 Colony Lane**
**Hoffman Estates, IL 60192**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4292 **Nonpriority creditor's name and mailing address**
**Kenneth Ogles**
**28862 Cherrywood**
**Flatrock, MI 48134**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4293 **Nonpriority creditor's name and mailing address**
**kenneth okin**
**701 pasadena avenue s.**
**2**
**saint petersburg, FL 33707**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4294
**Nonpriority creditor's name and mailing address**
**Kenneth Robinson**
**24200 Walnut St.**
**56**
**Torrance, CA 90501**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4295
**Nonpriority creditor's name and mailing address**
**Kenneth Roth**
**13448 E Creek Rd**
**Darien, WI 53114**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4296
**Nonpriority creditor's name and mailing address**
**Kenneth Saulnier**
**1885 Shore Dr S**
**532**
**South Pasadena, FL 33707**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4297
**Nonpriority creditor's name and mailing address**
**Kenneth Tran**
**17177 w red fox rd**
**Surprise, AZ 85387**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4298
**Nonpriority creditor's name and mailing address**
**Kenneth Truth**
**55 Ludwig Lane**
**Staten Island, NY 10303**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4299
**Nonpriority creditor's name and mailing address**
**Kenneth Yue**
**18088 Camdenhurst Drive**
**Gainesville, VA 20155**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4300 **Nonpriority creditor's name and mailing address**
**Kenny Chung**
**519 Borden ave**
**Long Island City, NY 11101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4301 **Nonpriority creditor's name and mailing address**
**Kenny Leung**
**11814 Monogram Ave**
**Granada Hills, CA 91344**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4302 **Nonpriority creditor's name and mailing address**
**Kenny Wei**
**112 Bay 38th Street**
**2**
**Brooklyn, NY 11214**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4303 **Nonpriority creditor's name and mailing address**
**Kenny Yu**
**46-12 162nd St**
**Flushing, NY 11358-3641**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4304 **Nonpriority creditor's name and mailing address**
**Kenny Zang**
**8807 Cheviot Rd**
**Cincinnati, OH 45251**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4305 **Nonpriority creditor's name and mailing address**
**kens ritch dorval**
**7256 montereal path**
**lake worth, FL 33463**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4306
**Nonpriority creditor's name and mailing address**
**Kenson Seraphin**
**3380 Fred George Rd unit 818**
**Tallahassee, FL 32303-2186**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4307
**Nonpriority creditor's name and mailing address**
**Kent Andre**
**511 Oakmont Dr.**
**Vermillion, SD 57069**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4308
**Nonpriority creditor's name and mailing address**
**Kent Phan**
**4957 Souza Dr**
**Las Vegas, NV 89146**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4309
**Nonpriority creditor's name and mailing address**
**Kent Sanders**
**37661 W 196th St**
**Rayville, MO 64084**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4310
**Nonpriority creditor's name and mailing address**
**Kent Wolfe**
**376 Gillespie St.**
**Pine Bush, NY 12566**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4311
**Nonpriority creditor's name and mailing address**
**Kenya Sullivan**
**11500 Potomac Town Place**
**Ste 100225**
**Woodbridge, VA 22191**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4312
**Nonpriority creditor's name and mailing address**
**Keon Allen**
**4838 Tortuga Drive**
**West Palm Beach, FL 33407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4313
**Nonpriority creditor's name and mailing address**
**Keon Mcghee**
**6250 Palm Trace Landings Dr**
**Apt. 109**
**Davie, FL 33314**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4314
**Nonpriority creditor's name and mailing address**
**keoni picollo**
**67-196 kuhi st**
**waialua, HI 96791**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4315
**Nonpriority creditor's name and mailing address**
**Kerri Smith**
**80 Lincoln St #2**
**Mt Clemens, MI 48043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4316
**Nonpriority creditor's name and mailing address**
**Kerry King**
**3221 Crested Moss Avenue**
**North Las Vegas, NV 89081**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4317
**Nonpriority creditor's name and mailing address**
**Kerry Smith**
**621 Erwin Rd**
**Sanford, NC 27330**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4318
**Nonpriority creditor's name and mailing address**
**Kettelene Louisme**
**1805 woodhaven Dr**
**Fort wayne, IN 46819**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4319
**Nonpriority creditor's name and mailing address**
**Keven Doan**
**13500 w preserve blvd**
**burnsville, MN 55337**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4320
**Nonpriority creditor's name and mailing address**
**Kevin Armbruster**
**2002 Cottage Oak ln**
**Colleyville, TX 76034**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4321
**Nonpriority creditor's name and mailing address**
**Kevin Banks**
**1401 circle terrace blvd**
**Columbia Heights, MN 55421**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4322
**Nonpriority creditor's name and mailing address**
**kevin banze**
**528 abington dr**
**greensburg, PA 15601**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4323
**Nonpriority creditor's name and mailing address**
**Kevin Beard**
**857 Shevlin Drive**
**El Cerrito, CA 94530**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4324
**Nonpriority creditor's name and mailing address**
**Kevin Bockman**
**539 W COMMERCE ST #6818**
**DALLAS, TX 75208**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4325
**Nonpriority creditor's name and mailing address**
**Kevin Cao**
**1205 Cypress St**
**SPC 8**
**San Dimas, CA 91773**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4326
**Nonpriority creditor's name and mailing address**
**Kevin Cortese**
**2100 N Ursula St**
**324**
**Aurora, CO 80045**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4327
**Nonpriority creditor's name and mailing address**
**kevin dinzey**
**6720 centerline dr.**
**charlotte, NC 28278**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4328
**Nonpriority creditor's name and mailing address**
**Kevin Donnelly**
**836 Thompson st**
**Schenectady, NY 12306**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4329
**Nonpriority creditor's name and mailing address**
**Kevin Fonseca**
**PO BOX 1135**
**WOODBRIDGE, CA 95242**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4330
**Nonpriority creditor's name and mailing address**
**Kevin Fretz**
**45 Rayron Cir**
**Naugatuck, CT 06770**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4331
**Nonpriority creditor's name and mailing address**
**Kevin Gordon**
**4101 NW Expressway**
**#16155**
**Oklahoma City, OK 73116**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4332
**Nonpriority creditor's name and mailing address**
**Kevin Hawat**
**2640 S University Dr**
**Davie, FL 33328**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4333
**Nonpriority creditor's name and mailing address**
**Kevin Higgins**
**508 SE 7TH AVE**
**CAPE CORAL, FL 33990**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4334
**Nonpriority creditor's name and mailing address**
**Kevin Hope**
**3880 Garden View Drive**
**218**
**Grand Forks, ND 58201**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4335
**Nonpriority creditor's name and mailing address**
**kevin jahng**
**300 West 122nd St #5G**
**New York, NY 10027**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4336
**Nonpriority creditor's name and mailing address**
**Kevin Kaznica**
**3902 Brian Court**
**Hamburg, NY 14075**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.4337
**Nonpriority creditor's name and mailing address**
**Kevin King**
**17823 netherby ln**
**Richmond, TX 77407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.4338
**Nonpriority creditor's name and mailing address**
**Kevin Koletic**
**30-33 33 st**
**4f**
**Astoria, NY 11102**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.4339
**Nonpriority creditor's name and mailing address**
**Kevin Krebs**
**12800 NE Salmon Creek Ave**
**Unit 101**
**Vancouver, WA 98686**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.4340
**Nonpriority creditor's name and mailing address**
**Kevin Lam**
**3134 Orange St**
**San Jose, CA 95127**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.4341
**Nonpriority creditor's name and mailing address**
**Kevin Lim**
**1200 Sugar Land Court**
**Lawrenceville, GA 30043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4342
**Nonpriority creditor's name and mailing address**
**Kevin Liu**
**200 Airport Blvd**
**South San Francisco, CA 94080**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4343
**Nonpriority creditor's name and mailing address**
**Kevin Magnusson**
**519 W 3650 N**
**Pleasant View, UT 84414**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4344
**Nonpriority creditor's name and mailing address**
**kevin mercer**
**65 rockwood circle**
**26c**
**middletown, NY 10940**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4345
**Nonpriority creditor's name and mailing address**
**kevin Mercer**
**65 rockwood gardens**
**Apt 26c**
**Middletown, NY 12550**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4346
**Nonpriority creditor's name and mailing address**
**Kevin Nguyen**
**5644 Panorama Drive**
**Whittier, CA 90601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4347
**Nonpriority creditor's name and mailing address**
**Kevin nguyen**
**1383 bellavista dr**
**walnut, CA 91789**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4348
**Nonpriority creditor's name and mailing address**
**Kevin Nguyen**
**11226 siamese ln**
**Sugar Land, TX 77478**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4349
**Nonpriority creditor's name and mailing address**
**kevin robinson**
**11409 flora spring dr**
**riverview, FL 33579**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4350
**Nonpriority creditor's name and mailing address**
**KEVIN SANTANA**
**728 PROMENADE PL**
**VIRGINIA BEACH, VA 23462**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4351
**Nonpriority creditor's name and mailing address**
**Kevin Simpson**
**552 Green Oaks Lane, Apt 307**
**Westfield, IN 46074**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4352
**Nonpriority creditor's name and mailing address**
**Kevin Simpson**
**552 Green Oaks Lane**
**Apt 307**
**Westfield, IN 46074**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4353
**Nonpriority creditor's name and mailing address**
**Kevin Stallard**
**7403 La Mantanza**
**San Diego, CA 92127**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4354
**Nonpriority creditor's name and mailing address**
**Kevin Straw**
**361 Northwood Drive**
**Lexington, KY 40505**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4355
**Nonpriority creditor's name and mailing address**
**Kevin Striever**
**10120 Irvington Blvd Apt 9**
**Houston, TX 77076**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4356
**Nonpriority creditor's name and mailing address**
**Kevin Trinh**
**629 E Main St**
**309**
**Richmond, VA 23220**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4357
**Nonpriority creditor's name and mailing address**
**Kevin Tu**
**310 Crescent Village Cir**
**Unit 1489**
**San Jose, CA 95134**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4358
**Nonpriority creditor's name and mailing address**
**Kevin Van Kuren**
**1119 Longbrook Rd**
**Lutherville, MD 21093**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4359
**Nonpriority creditor's name and mailing address**
**Kevin Wagner**
**1103 W Huron St**
**Tucson, AZ 85745**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4360
**Nonpriority creditor's name and mailing address**
**kevin yung**
**150 dahill road**
**brooklyn, NY 11218**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4361
**Nonpriority creditor's name and mailing address**
**Keylen Philyaw**
**1600 Harden St**
**Columbia, SC 29204**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4362
**Nonpriority creditor's name and mailing address**
**Keyur Patel**
**1003 Towamencin Ave**
**Apt F204**
**Lansdale, PA 19446**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4363
**Nonpriority creditor's name and mailing address**
**Kha Ton**
**111 N Black Horse Pike**
**Mount Ephraim, NJ 08059**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4364
**Nonpriority creditor's name and mailing address**
**Khai Nguyen**
**4421 Pacific Coast Hwy**
**Apt E104**
**Torrance, CA 90505**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4365
**Nonpriority creditor's name and mailing address**
**Khai Tran**
**2200 Den Helder Drive**
**Modesto, CA 95356**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4366
**Nonpriority creditor's name and mailing address**
**Khalid Abdul**
**5591 Victoria Dr**
**West Bloomfield, MI 48322**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4367
**Nonpriority creditor's name and mailing address**
**Khalid Syed**
**406 mozart ct**
**wheaton, IL 60189**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4368
**Nonpriority creditor's name and mailing address**
**Kham Johnson**
**2 Manchester Lane**
**Pittstown, NJ 08867**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4369
**Nonpriority creditor's name and mailing address**
**khang huynh**
**5938 154th PL.**
**Flushing, NY 11355**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4370
**Nonpriority creditor's name and mailing address**
**Khang Nguyen**
**10439 Acacia Forest Trl**
**Houston, TX 77089**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4371
**Nonpriority creditor's name and mailing address**
**Khang Tran**
**8442 indigo harbor**
**Las vegas, NV 89117**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4372
**Nonpriority creditor's name and mailing address**
**Khang Tran**
**3212 lariat ln**
**garland, TX 75042**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4373
**Nonpriority creditor's name and mailing address**
**Khanh Bingham**
**4986 Millican Dr**
**Pearland, TX 77584**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4374
**Nonpriority creditor's name and mailing address**
**khanh bui**
**13859 W Sarano Terr**
**Litchfield Park, AZ 85340**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4375
**Nonpriority creditor's name and mailing address**
**Khanh Nguyen**
**12755 Hazel Ave.**
**Garden Grove, CA 92841**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4376
**Nonpriority creditor's name and mailing address**
**Khanh Pham**
**11101 CAIN HARVEST DR**
**AUSTIN, TX 78754-5978**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4377
**Nonpriority creditor's name and mailing address**
**KHANH SCRIMSHER**
**PO Box 1233**
**Petersburg, AK 99833**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4378
**Nonpriority creditor's name and mailing address**
**KHANH TRAN**
**16714 BUSHARD ST**
**FOUNTAIN VALLEY, CA 92708**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4379
**Nonpriority creditor's name and mailing address**
**khanh tran**
**1200 montgomery st**
**WICHITA FALLS, TX 76302**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4380
**Nonpriority creditor's name and mailing address**
**khanh Tran**
**1623 Carl D Silver Pkwy**
**Fredericksburg, VA 22401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4381
**Nonpriority creditor's name and mailing address**
**Khanh Van**
**15918 Talala Trail**
**Cypress, TX 77433**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4382
**Nonpriority creditor's name and mailing address**
**Khanh Vo**
**5719 East 550 Road**
**Rose, OK 74364**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4383
**Nonpriority creditor's name and mailing address**
**Khayci Riem**
**9422 Mckinley Ave E**
**Tacoma, WA 98445**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4384
**Nonpriority creditor's name and mailing address**
**Khiari Mitchell**
**2011 Spring Mist Dr**
**Arlington, TX 76011**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4385
**Nonpriority creditor's name and mailing address**
**Khiem Doan**
**45188 Ambition St**
**Unit 403**
**Fremont, CA 94538**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4386
**Nonpriority creditor's name and mailing address**
**khin htwe**
**162 Irvington Street**
**Daly City, CA 94014**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4387
**Nonpriority creditor's name and mailing address**
**Khoa Ho**
**12715 Westpark Dr**
**Houston, TX 77082-5323**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4388
**Nonpriority creditor's name and mailing address**
**khoa huynh**
**11416 day camp Ln**
**austin, TX 78754**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4389
**Nonpriority creditor's name and mailing address**
**Khoa Trab**
**1433 Maier Dr**
**Pflugerville, FL 78660**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4390
**Nonpriority creditor's name and mailing address**
**khoa tran**
**1433 maier drive**
**pflugerville, TX 78660**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4391
**Nonpriority creditor's name and mailing address**
**khoa tran**
**1433 maier drive**
**pflugerville, TX 78660**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4392
**Nonpriority creditor's name and mailing address**
**KHOI VIET NGUYEN**
**108 SHELLBARK DR**
**MCDONOUGH, GA 30252**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4393
**Nonpriority creditor's name and mailing address**
**Khuong Nguyen**
**124 124th Ln NW**
**Coon Rapids, MN 55448**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4394
**Nonpriority creditor's name and mailing address**
**Khushwinder Randhawa**
**31717 Sedgefield Oval**
**Solon, OH 44139**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4395
**Nonpriority creditor's name and mailing address**
**Khuyen Nguyen**
**7833 Byrds Nest Pass**
**Annandale, VA 22003**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4396 **Nonpriority creditor's name and mailing address**
**Kian Blows**
**Livingston Road**
**Windsor Park**
**Cape Town, WC 07570**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4397 **Nonpriority creditor's name and mailing address**
**KIAN YIP TAN**
**15560 WESTMINSTER WAY N**
**APT 631**
**SHORELINE, WA 98133**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4398 **Nonpriority creditor's name and mailing address**
**Kiana McNulty**
**7592 Winged Foot Dr**
**Fort Myers, FL 33967**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4399 **Nonpriority creditor's name and mailing address**
**Kieu Giang To**
**615 Moon Place Rd**
**Lawrenceville, GA 30044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4400 **Nonpriority creditor's name and mailing address**
**Kieu Hung Yen Ly**
**2256 W Valdina Ave**
**Anaheim, CA 92801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4401 **Nonpriority creditor's name and mailing address**
**kiko aloguin**
**312 afga, 312 afga**
**afga, FL 23411**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4402
**Nonpriority creditor's name and mailing address**
**Killian Fortman**
**7776 Old House Rd**
**Pasadena, MD 21122**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4403
**Nonpriority creditor's name and mailing address**
**Kim Chi Dang**
**2775 Achillea Way**
**Marietta, GA 30064**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4404
**Nonpriority creditor's name and mailing address**
**Kim Cole**
**2609 Reed Ave**
**Melbourne, FL 32901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4405
**Nonpriority creditor's name and mailing address**
**Kim Habimana**
**20773 N 91st Dr**
**Peoria, AZ 85382**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4406
**Nonpriority creditor's name and mailing address**
**KIM HAMPTON**
**2808 MAPLE DR**
**MESQUITE, TX 75150**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4407
**Nonpriority creditor's name and mailing address**
**Kim San Goh**
**269 Osgood Ave**
**Staten island, NY 10304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4408 **Nonpriority creditor's name and mailing address**
**Kim thanh Doan**
**2703 Peartree Ln**
**San Jose, CA 95121**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4409 **Nonpriority creditor's name and mailing address**
**Kimberly Annis**
**2100 Carr St**
**Palatka, FL 32177**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4410 **Nonpriority creditor's name and mailing address**
**Kimberly Jones**
**418 Pamela Rd**
**Duarte, CA 91010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4411 **Nonpriority creditor's name and mailing address**
**Kimberly Kerr**
**151 south munn ave**
**East Orange, NJ 07018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4412 **Nonpriority creditor's name and mailing address**
**Kimberly Rowell**
**4659 Eventing Street**
**Lake Worth, FL 33467**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4413 **Nonpriority creditor's name and mailing address**
**Kimberly Royster**
**1703 Hargrove dr**
**Mcleansville, NC 27301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.4414 **Nonpriority creditor's name and mailing address**
**KIMOANH DANG**
**3406 Chieri Pl**
**SAN JOSE, CA 95148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4415 **Nonpriority creditor's name and mailing address**
**King Arthur Dilay**
**1112 West 223rd Street**
**Torrance, CA 90502**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4416 **Nonpriority creditor's name and mailing address**
**Kingston Iheme**
**117-31 226th st**
**Cambria Heights, NY 11411**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4417 **Nonpriority creditor's name and mailing address**
**Kinh Vo**
**2337 Rockland Cir.**
**High Point, NC 27265**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4418 **Nonpriority creditor's name and mailing address**
**Kio Tran**
**1791 127th Avenue Northeast**
**Blaine, MN 55449**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4419 **Nonpriority creditor's name and mailing address**
**Kip Coon**
**3220 Goose Ln**
**McKinney, TX 75071**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4420
**Nonpriority creditor's name and mailing address**
**Kiran Govani**
**4620 Hereford Ct**
**Cumming, FL 30041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4421
**Nonpriority creditor's name and mailing address**
**Kirby Huber**
**1129 Stone Trail Dr**
**Plano, TX 75023**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4422
**Nonpriority creditor's name and mailing address**
**Kiritkumar Patel**
**7365 Royal Portrush Dr**
**Solon, OH 44139**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4423
**Nonpriority creditor's name and mailing address**
**Kirk Bazile**
**812 concord rd**
**Glen Mills, PA 19342**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4424
**Nonpriority creditor's name and mailing address**
**Kirk Rhoden**
**7003 Waldo Circle**
**Labelle, FL 33935**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4425
**Nonpriority creditor's name and mailing address**
**kishen patel**
**8019 woodhollow dr**
**baytown, TX 77521**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4426
**Nonpriority creditor's name and mailing address**
**Kishore Ramaraju**
**18311 Licola Meadow Ln**
**richmond, TX 77407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4427
**Nonpriority creditor's name and mailing address**
**Kishore Ramaraju**
**18311 Licola Meadow Ln**
**Richmond, TX 77407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4428
**Nonpriority creditor's name and mailing address**
**kislaya kanan**
**34489 Winslow Terrace**
**Fremont, CA 94555**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4429
**Nonpriority creditor's name and mailing address**
**kk aa**
**aa**
**ny, ND 10031**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4430
**Nonpriority creditor's name and mailing address**
**Ko Chuan Su**
**2125 Bryant Street**
**Unit 113**
**San Francisco, CA 94110**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4431
**Nonpriority creditor's name and mailing address**
**Kobiljon Mardonov**
**1909 Quentin Rd**
**2b**
**Brooklyn, NY 11229**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4432
**Nonpriority creditor's name and mailing address**
**Kody Bartkus**
**190 Center Depot Rd**
**Charlton, MA 01507**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4433
**Nonpriority creditor's name and mailing address**
**Kokou Detse**
**2768 Wrangler ct**
**Waldorf, MD 20603**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4434
**Nonpriority creditor's name and mailing address**
**kolawole Agunbiade**
**7039 s may street**
**chicago, IL 60621**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4435
**Nonpriority creditor's name and mailing address**
**Kolawole Balogun**
**7987 Dawson Ln**
**Douglasville, GA 30134**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4436
**Nonpriority creditor's name and mailing address**
**Kolbi williams**
**437 Pruett Rd**
**dickson, TN 37055**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4437
**Nonpriority creditor's name and mailing address**
**Kolby Walker**
**1717 Barnwood Trace**
**Celina, TX 75009**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4438

**Nonpriority creditor's name and mailing address**
**KONG UMARU**
**14 VIA AMISTOSA**
**Apt F**
**RANCHO SANTA MARGARITA, CA 92688**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4439

**Nonpriority creditor's name and mailing address**
**Kongmy Chayhane**
**400 Denton Ln**
**South Elgin, IL 60177**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4440

**Nonpriority creditor's name and mailing address**
**Kory Pritchett**
**4342 Shining Armor Lane**
**West Lafayette, IN 47906**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4441

**Nonpriority creditor's name and mailing address**
**Kory Turkow**
**725 Fairview Ter**
**Verona, WI 53593**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4442

**Nonpriority creditor's name and mailing address**
**Kostandinos Tsoukalis**
**135 Harmony Brass Castle Rd**
**Washington, NJ 07882**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4443

**Nonpriority creditor's name and mailing address**
**Kou Her**
**5610 ALICIA AVE**
**OLIVEHURST, CA 95961**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4444 **Nonpriority creditor's name and mailing address**
**Kou Lao**
**1740 South Ave**
**Sacramento, CA 95838**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4445 **Nonpriority creditor's name and mailing address**
**Kranthi Valle**
**10035 River Rock Dr**
**Roswell, GA 30076**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4446 **Nonpriority creditor's name and mailing address**
**Kris Chai**
**260 Queen Victoria Ave**
**Saint Johns, FL 32259**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4447 **Nonpriority creditor's name and mailing address**
**Krish Patel**
**301 Gregory St**
**Apt 6**
**Aurora, IL 60504**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4448 **Nonpriority creditor's name and mailing address**
**Krishna Khalasi**
**333 s main st**
**Red bluff, CA 96080**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4449 **Nonpriority creditor's name and mailing address**
**Krishna Patel**
**5792 River Birch Dr**
**Hoffman Estates, IL 60192**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4450
**Nonpriority creditor's name and mailing address**
**Krishnamurthy Janakiraman**
**320 Lena circle**
**chapel hill, NC 27516**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4451
**Nonpriority creditor's name and mailing address**
**Kristian Fossler**
**240 Natoma Station Dr.**
**Apt.89**
**Folsom, CA 95630**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4452
**Nonpriority creditor's name and mailing address**
**Kristian Hargrove**
**31581 Blue Passing Loop**
**Wesley Chapel, FL 33545**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4453
**Nonpriority creditor's name and mailing address**
**Kristian Morell**
**11440 sw 252 terr**
**Miami, FL 33032**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4454
**Nonpriority creditor's name and mailing address**
**Kristin Jensen**
**621 Matagual Drive**
**Vista, CA 92081**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4455
**Nonpriority creditor's name and mailing address**
**Kristina Balayan**
**7431 Zonal Ave**
**Las Vegas, NV 89131**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4456
**Nonpriority creditor's name and mailing address**
**Kristina Rossi**
**3526 Bertrand Ave**
**Dallas, TX 75210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4457
**Nonpriority creditor's name and mailing address**
**Kristine Ramos**
**9016 N WASHINGTON DR. APT 1E**
**Apt 1E**
**Des Plaines, IL 60016**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4458
**Nonpriority creditor's name and mailing address**
**Kristle Henry**
**11214 Oyster Creek Road**
**Jacksonville, FL 32218**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4459
**Nonpriority creditor's name and mailing address**
**Kruti Shah**
**21 Apache Way**
**Westford, MA 01886**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4460
**Nonpriority creditor's name and mailing address**
**Krystal Fuentes**
**5325 sailfish st**
**Orlando, FL 32812**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4461
**Nonpriority creditor's name and mailing address**
**Krystyn Bullard**
**2231 5th st**
**Owings, MD 20736**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4462
**Nonpriority creditor's name and mailing address**
**Ksawery Surdel**
**5016 12th Ave**
**Brooklyn, NY 11219**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4463
**Nonpriority creditor's name and mailing address**
**Kuang Lei**
**341 south Main Street**
**Star, ID 83669**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4464
**Nonpriority creditor's name and mailing address**
**Kul Singh**
**8934 Harding Avenue**
**Surfside, FL 33154**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4465
**Nonpriority creditor's name and mailing address**
**Kulvinder Singh**
**2502 Brierfield Dr**
**Monroe, LA 71201**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4466
**Nonpriority creditor's name and mailing address**
**Kulwinder Singh**
**5054 Turnberry Lane**
**Columbus, GA 31909**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4467
**Nonpriority creditor's name and mailing address**
**Kumaran Pitchai**
**13173 Cantrece Ln**
**Cerritos, CA 90703**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4468
**Nonpriority creditor's name and mailing address**
**kumiko chance**
**2029 Coldwater Canyon Drive**
**Beverly Hills, CA 90210**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4469
**Nonpriority creditor's name and mailing address**
**Kumiko Kajiyama**
**4057 Branciforte Drive**
**Santa Cruz, CA 95065**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4470
**Nonpriority creditor's name and mailing address**
**Kumud Rangaraj**
**300 Canonero Ct**
**Alpharetta, GA 30004**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4471
**Nonpriority creditor's name and mailing address**
**Kun Yu**
**104 W Elms Rd**
**Killeen, TX 76542**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4472
**Nonpriority creditor's name and mailing address**
**Kunal Bagga**
**55 Hearthstone Drive**
**South Windsor, CT 06074**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4473
**Nonpriority creditor's name and mailing address**
**kunal desai**
**1986 scenic gulf drive**
**unit 2**
**miramar beach, FL 32550**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4474
**Nonpriority creditor's name and mailing address**
**Kunal Kishnani**
**54 Roosevelt Drive**
**Woodridge, NJ 07075**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4475
**Nonpriority creditor's name and mailing address**
**Kurt Ellington**
**1416 W Roberts Ave**
**FRESNO, CA 93711**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4476
**Nonpriority creditor's name and mailing address**
**Kurt Galle**
**3610 Landings Way Drive APT 104**
**Tampa, FL 33624**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4477
**Nonpriority creditor's name and mailing address**
**Kurt Kohler**
**215 8th ave**
**Safety harbor, FL 34695**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4478
**Nonpriority creditor's name and mailing address**
**Kurtis Nelson**
**7220 Starflower Drive**
**Citrus Heights, CA 95621**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4479
**Nonpriority creditor's name and mailing address**
**Kurtis Spurlock**
**204 Westwood 4th Ave**
**Mcminnville, TN 37110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4480
**Nonpriority creditor's name and mailing address**
**Kushtrim Demaj**
**663 white plains rd**
**eastchester, NY 10709**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4481
**Nonpriority creditor's name and mailing address**
**Kwabena djokoto**
**2232 cascadia ct**
**st augustine, FL 32092**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4482
**Nonpriority creditor's name and mailing address**
**KWABENA OKRAH**
**937 N Van Dorn Street**
**Apt 200**
**Alexandria, VA 22304**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4483
**Nonpriority creditor's name and mailing address**
**Kweifong Lee**
**370 Monroe**
**Irvine, CA 92620**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4484
**Nonpriority creditor's name and mailing address**
**Kwok Leung**
**212 La Cruz ave**
**Millbrae, CA 94030**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4485
**Nonpriority creditor's name and mailing address**
**Kwok Liu**
**76-15 169th St**
**Fresh Meadows, NY 11366**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC**
Name

Case number (if known)

3.4486

**Nonpriority creditor's name and mailing address**
**Kwon Yoo**
**2997 Flagstaff Dr**
**Jurupa Valley, CA 92509**
**Jurupa Valley, CA 92509**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4487

**Nonpriority creditor's name and mailing address**
**Kyle Adams**
**254 N Spring Creek Pkwy**
**Apt 2**
**Providence, UT 84332**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4488

**Nonpriority creditor's name and mailing address**
**Kyle Burkey**
**5625 Hartfield Downs Dr**
**Charlotte, NC 28269**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4489

**Nonpriority creditor's name and mailing address**
**Kyle Campbell**
**4201 Simcoe Lane**
**APT 529**
**Louisville, KY 40241**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4490

**Nonpriority creditor's name and mailing address**
**Kyle Chambers**
**5322 Kingsmill Rd**
**Friendswood, TX 77546**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4491

**Nonpriority creditor's name and mailing address**
**Kyle Chan**
**15 Bush Rd**
**HILLSBOROUGH, NJ 08844**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.4492** **Nonpriority creditor's name and mailing address**
**Kyle Christopher Walker**
**1324 sw stonecreek dr**
**blue springs, MO 64015**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4493** **Nonpriority creditor's name and mailing address**
**Kyle Feikert**
**230 South Seacat Road**
**Bucklin, KS 67834**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4494** **Nonpriority creditor's name and mailing address**
**Kyle Gruel**
**11524 S Brentwood Dr**
**Olathe, KS 66061**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4495** **Nonpriority creditor's name and mailing address**
**Kyle Harrison**
**1992 Sagerock Dr**
**Castle Pines, CO 80108**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4496** **Nonpriority creditor's name and mailing address**
**Kyle Hedman**
**1823 highwood Ave**
**Pekin, IL 61554**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4497** **Nonpriority creditor's name and mailing address**
**Kyle Hedman**
**1823 highwood ave**
**Pekin, IL 61554**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4498 **Nonpriority creditor's name and mailing address**
**Kyle Hermann**
**7600 MCGEE ST**
**Kansas City, MO 64114**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4499 **Nonpriority creditor's name and mailing address**
**kyle idziak**
**35148 newport dr**
**New baltimore, MI 48047**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4500 **Nonpriority creditor's name and mailing address**
**Kyle Kumar**
**9902 Copa Cabana Court**
**Bakersfield, CA 93312**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4501 **Nonpriority creditor's name and mailing address**
**Kyle Lamban**
**12977 SPRING RAIN RD**
**Jacksonville, FL 32258**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4502 **Nonpriority creditor's name and mailing address**
**Kyle Lentz**
**508 East 13th Street**
**Spencer, IA 51301**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4503 **Nonpriority creditor's name and mailing address**
**Kyle Martin**
**4714 w 159th st**
**Lawndale, CA 90260**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4504

**Nonpriority creditor's name and mailing address**
**Kyle Norton**
**212 S Winchester Ln**
**Hubert, NC 28539**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4505

**Nonpriority creditor's name and mailing address**
**Kyle Rhine**
**915 Mendocino Ave**
**APT #14**
**Santa Rosa, CA 95401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4506

**Nonpriority creditor's name and mailing address**
**Kyle Saffell**
**205 Nairn St**
**Fayetteville, NC 28311**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4507

**Nonpriority creditor's name and mailing address**
**Kyle Smith**
**11811 Gary Street**
**Garden Grove, CA 92840**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4508

**Nonpriority creditor's name and mailing address**
**Kyle Tedder**
**3616 faberge way**
**Sacramento, CA 95826**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4509

**Nonpriority creditor's name and mailing address**
**Kyle Tyler**
**1183 E Belmont Ave**
**Phoenix, AK 85020**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4510 **Nonpriority creditor's name and mailing address**
**Kylicisonn Gezira**
**8841 Sky Vista Ct**
**Orlando, FL 32818**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4511 **Nonpriority creditor's name and mailing address**
**Kylie Barker**
**20672 State line rd**
**edwardsburg, MI 49112**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4512 **Nonpriority creditor's name and mailing address**
**Kylie Nguyen**
**4327 46th ST**
**San diego, CA 92115**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4513 **Nonpriority creditor's name and mailing address**
**kyrell smitheal**
**13387 chimayo st**
**victorville, CA 92392**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4514 **Nonpriority creditor's name and mailing address**
**Kyung Hahm**
**615 W Stewart**
**Puyallup, WA 98371**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4515 **Nonpriority creditor's name and mailing address**
**La Nguyen**
**No 03-LK3-09 Doc Bun 1 Van Khe**
**La Khe Ha Dong**
**Hanoi, Hanoi 00010-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4516
**Nonpriority creditor's name and mailing address**
**Lakshmi Boppana**
**1459 e palatine road**
**palatine, IL 60074**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4517
**Nonpriority creditor's name and mailing address**
**Lakshmipathi Uppanapalli**
**13908 ne 9th place**
**A03**
**Bellevue, WA 98005**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4518
**Nonpriority creditor's name and mailing address**
**Lakshmipathi Uppanapalli**
**13908 ne 9th place**
**A03**
**Bellevue, WA 98005**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4519
**Nonpriority creditor's name and mailing address**
**Lakshmipathi Uppanapalli**
**13908 NE 9th place**
**Bellevue, AP 98005**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4520
**Nonpriority creditor's name and mailing address**
**Lam Baccam**
**4869 Purdue Dr**
**Boynton Beach, FL 33436**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4521
**Nonpriority creditor's name and mailing address**
**Lam Bui**
**9652 West Hazard Ave, Apt B**
**Apt B**
**Westminster, CA 92683**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.4522**
**Nonpriority creditor's name and mailing address**
**LAM DAO**
**5869 Pine Rd**
**NORCROSS, GA 30340**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

**3.4523**
**Nonpriority creditor's name and mailing address**
**LAM HA**
**7201 Rochester Court**
**Bakersfield, CA 93311**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

**3.4524**
**Nonpriority creditor's name and mailing address**
**Lam Nguyen**
**94-217 kikepa place**
**Waipahu, HI 96797**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

**3.4525**
**Nonpriority creditor's name and mailing address**
**Lam Nhi Dang**
**2309 Bernese Ln**
**Fort Worth, TX 76131**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

**3.4526**
**Nonpriority creditor's name and mailing address**
**Lamair Dunkley**
**503 Saginaw ave**
**Calumet City, IL 60409**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

**3.4527**
**Nonpriority creditor's name and mailing address**
**Lamine Doumbia**
**5026 kendall sta**
**acworth, GA 30102**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4528
**Nonpriority creditor's name and mailing address**
**Lamngern Keonakhone**
**907 Windsor Ct**
**Sterling, VA 20164**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4529
**Nonpriority creditor's name and mailing address**
**Lamont Harris**
**2602 Leclaire St**
**Davenport, IA 52803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4530
**Nonpriority creditor's name and mailing address**
**Lance Horton**
**133 N Bluff PL**
**Athens, GA 30607**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4531
**Nonpriority creditor's name and mailing address**
**Lance Hupfeld**
**607 Starlit Sky Court**
**Willis, TX 77318**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4532
**Nonpriority creditor's name and mailing address**
**Lance Ladia**
**2537 SW 12 PL**
**Cape Coral, FL 33914**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4533
**Nonpriority creditor's name and mailing address**
**Lance Miller**
**1323 S Crossings Ct**
**San Angelo, FL 76904**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4534
**Nonpriority creditor's name and mailing address**
**Lance Williams**
**1027 Steelechase Ln**
**Hanahan, SC 29410**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4535
**Nonpriority creditor's name and mailing address**
**Landen Matlock**
**4000 SW Chase Cir**
**#303**
**Bentonville, AR 72713**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4536
**Nonpriority creditor's name and mailing address**
**Landes Wren**
**2708 Stone Creek Drive**
**Shreveport, LA 71106**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4537
**Nonpriority creditor's name and mailing address**
**Landes Wren**
**1725 Harvey Mitchell Pkwy S Unit 612**
**College Station, TX 77840**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4538
**Nonpriority creditor's name and mailing address**
**Landon Nichols**
**2496 highway 11**
**Mansfield, GA 30055**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4539
**Nonpriority creditor's name and mailing address**
**Landon Phillips**
**306 sunny brooke dr**
**grayson, KY 41143**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4540
**Nonpriority creditor's name and mailing address**
**Lang Nguyen**
**12506 Leader St**
**Houston, TX 77072**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4541
**Nonpriority creditor's name and mailing address**
**Laquisha Freeman**
**2096 Rydal cir**
**Roseville, CA 95747**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4542
**Nonpriority creditor's name and mailing address**
**Laresa Cooper**
**150 Inspiration Dr**
**Apt 4206**
**Weatherford, TX 76087**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4543
**Nonpriority creditor's name and mailing address**
**LaRhonda Fulcher**
**8303 Counts Massie Rd**
**202**
**Little Rock, AR 72113**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4544
**Nonpriority creditor's name and mailing address**
**Larry Burns Jr**
**261 preakness ave**
**Paterson, NJ 07502**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4545
**Nonpriority creditor's name and mailing address**
**Larry Hudson**
**Old Alabama**
**3662**
**Thomaston, GA 30286**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4546 **Nonpriority creditor's name and mailing address**
**Larry Mamaril**
**1344 Belmont Dr.**
**Merced, CA 95348**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4547 **Nonpriority creditor's name and mailing address**
**Larry Nguyen**
**1439 Sierra Creek Way**
**San Jose, CA 95132**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4548 **Nonpriority creditor's name and mailing address**
**Larry Wilkes**
**13 Goose Neck Ln, gooseneck**
**SICKLERVILLE, NJ 08081**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4549 **Nonpriority creditor's name and mailing address**
**Lars Myrgren**
**123 G St**
**Williamston, SC 29697**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4550 **Nonpriority creditor's name and mailing address**
**Lasard Velez**
**850 Post Rd. 8214**
**Warwick, RI 02888**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4551 **Nonpriority creditor's name and mailing address**
**LaShawn Cox**
**4547 South Vincennes Avenue**
**Chicago, IL 60653**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.4552

**Nonpriority creditor's name and mailing address**
**Lashawn Malloy**
**40 Memorial Highway**
**Apt. 12K**
**New Rochelle, NY 10801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4553

**Nonpriority creditor's name and mailing address**
**LaTeeFha Arnold**
**8920 E Bedell St**
**Wichita, KS 67207**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4554

**Nonpriority creditor's name and mailing address**
**LaTience Burroughs**
**6883 Ennis Dr**
**Brownsburg, IN 46112**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4555

**Nonpriority creditor's name and mailing address**
**LaToya McLean**
**110 Summit Street**
**East Orange, NJ 07017**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4556

**Nonpriority creditor's name and mailing address**
**LaToya McLean**
**110 Summit Street**
**East Orange, NJ 07017**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4557

**Nonpriority creditor's name and mailing address**
**Latron Washington**
**1310 st johns place**
**1c**
**Brooklyn, NY 11213**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4558 **Nonpriority creditor's name and mailing address**
**Laughton Williams**
**11380 Moore Drive**
**Manassas, VA 20111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4559 **Nonpriority creditor's name and mailing address**
**Laura Padron**
**5806 Felicia st**
**Houston, TX 77091**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4560 **Nonpriority creditor's name and mailing address**
**Laura Phan**
**14066 W Cypress St**
**Goodyear, FL 85395**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4561 **Nonpriority creditor's name and mailing address**
**Laura Resolute**
**7150 HAMILTON BLVD UNIT 32**
**TREXLERTOWN, PA 18087**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4562 **Nonpriority creditor's name and mailing address**
**Lauren Albury**
**81 Stockyard Rd**
**Statesboro, GA 30458**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4563 **Nonpriority creditor's name and mailing address**
**Lauren Bolden**
**703 Washington Ave**
**Apt 204**
**Towson, MD 21204**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4564
**Nonpriority creditor's name and mailing address**
**Lauren Truett**
**4005 Lake Mary Rd**
**#24**
**Flagstaff, AZ 85250-6306**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4565
**Nonpriority creditor's name and mailing address**
**Laurenz Lagarde**
**1942 rosenelfe circle**
**san jose, CA 95148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4566
**Nonpriority creditor's name and mailing address**
**Laurian Kimolo**
**13023 Woodcutter Cir**
**Germantown, MD 20876**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4567
**Nonpriority creditor's name and mailing address**
**LAVONDIA BUCEY**
**355 KENWOOD AVE**
**AKRON, OH 44313**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4568
**Nonpriority creditor's name and mailing address**
**Lawee Sherif**
**10174 Ascot Circle**
**Huntington Beach, CA 92646**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4569
**Nonpriority creditor's name and mailing address**
**Lawrence Allen**
**3331 Primrose Willow Dr**
**Saint Cloud, FL 34773**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4570 **Nonpriority creditor's name and mailing address**
**Lawrence Dirienzo**
**5 Blackborne Drive**
**Elkton, MD 21921**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4571 **Nonpriority creditor's name and mailing address**
**Lawrence Jiang**
**2111 bayshore blvd**
**San francisco, CA 94134**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4572 **Nonpriority creditor's name and mailing address**
**Lawrence Nel**
**70 Summerville Blouberg st Noordheuwel**
**Krugersdorp, GP 01739**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4573 **Nonpriority creditor's name and mailing address**
**Lawrence Pendley**
**203 Pierce Laws Rd**
**Jonesborough, TN 37659**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4574 **Nonpriority creditor's name and mailing address**
**Lawrence Watson**
**3800 Park St**
**Apt 116**
**Grove City, OH 43123**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4575 **Nonpriority creditor's name and mailing address**
**Lawrie Boakye Yiadom**
**8559 Richmond Highway**
**202**
**Alexandria, VA 22309**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.4576**
**Nonpriority creditor's name and mailing address**
**Lawrie Boakye-Yiadom**
**8559 Richmond Hwy Apt 202, Alexandria, V**
**Alexandria, VA 22309**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4577**
**Nonpriority creditor's name and mailing address**
**Layla Almisri**
**17 Clinton Street**
**Bloomfield, NJ 07003**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4578**
**Nonpriority creditor's name and mailing address**
**LE HUY HOANG**
**96/86B Phan Dinh Phung, P02, Phu Nhuan**
**Ho Chi Minh 00070**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4579**
**Nonpriority creditor's name and mailing address**
**Leah Gryboski**
**714 Ice House Drive**
**Mountain Top, FL 18707**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4580**
**Nonpriority creditor's name and mailing address**
**LEDERRIOUS COLEMAN**
**3 appletree sq**
**N/A**
**Bloomington, mn 55425**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4581**
**Nonpriority creditor's name and mailing address**
**Ledonte Love**
**134**
**Community Rd**
**Saint Pauls, NC 28384**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4582
**Nonpriority creditor's name and mailing address**
**ledonte love**
**134 community rd**
**saint pauls, NC 28384**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4583
**Nonpriority creditor's name and mailing address**
**Lee Borrego**
**11008 Lipizzan Ave SW Albuquerque, NM 87**
**Albuquerque, NM 87121**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4584
**Nonpriority creditor's name and mailing address**
**Lee Glassford**
**6220 Se Ivon**
**Portland, OR 97206**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4585
**Nonpriority creditor's name and mailing address**
**Lee Sparks**
**5209 NW 117TH ST**
**OKLAHOMA CITY, OK 73162**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4586
**Nonpriority creditor's name and mailing address**
**Leena Vengadasalam**
**1200 NE Miami Gardens Dr #1021**
**Miami, FL 33179**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4587
**Nonpriority creditor's name and mailing address**
**LEEROY VILJOEN**
**5 8th Avenue Tafelsig**
**Mitchells Plain**
**Cape Town, WC 07785**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4588

**Nonpriority creditor's name and mailing address**
**Leeshonne Farrow**
**101 Victoria Drive**
**Eatontown, NJ 07724**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4589

**Nonpriority creditor's name and mailing address**
**Lei Buggy**
**2880 La Grange Cir**
**Boulder, CO 80305**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4590

**Nonpriority creditor's name and mailing address**
**Leigh Franklin**
**2814 Calle Cadiz**
**Henderson, NV 89044**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4591

**Nonpriority creditor's name and mailing address**
**Leigh Miller**
**1795 Arrow Wood Ct**
**Reno, NV 89521**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4592

**Nonpriority creditor's name and mailing address**
**Leighton Wood**
**9708 Verdun Cr**
**Indian Land, SC 29707**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4593

**Nonpriority creditor's name and mailing address**
**Leilani Silver**
**54-396 Union Mill Road PMB 881**
**Kapaau, HI 96755**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4594
**Nonpriority creditor's name and mailing address**
**Leissa Jean-Gilles**
**2054 Nostrand ave**
**Apt D2**
**brooklyn, NY 11210**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

3.4595
**Nonpriority creditor's name and mailing address**
**Leissa Jean-Gilles**
**2054 Nostrand av**
**D2**
**Brooklyn, NY 11210**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

3.4596
**Nonpriority creditor's name and mailing address**
**Lejeune Bauvil**
**11218 Dormer way**
**Orlando, FL 32837**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

3.4597
**Nonpriority creditor's name and mailing address**
**lekeri darthard**
**112 w 9th st**
**Panama city, FL 32401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

3.4598
**Nonpriority creditor's name and mailing address**
**Leland Boone**
**1152 Killington Arch**
**Chesapeake, VA 23320**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

3.4599
**Nonpriority creditor's name and mailing address**
**Lennie Martinez**
**6212 Edwards Dr.**
**Broad Run, VA 20137**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4600
**Nonpriority creditor's name and mailing address**
**Lenz Belias**
**13568 Koinonia Dr**
**NAPLES, FL 34114-8766**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4601
**Nonpriority creditor's name and mailing address**
**Leo Christopoulos**
**1407 Margate Dr.**
**Buffalo Grove, IL 60089**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4602
**Nonpriority creditor's name and mailing address**
**Leo Hernandez**
**8430 City Lights Dr**
**aliso viejo, CA 92656**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4603
**Nonpriority creditor's name and mailing address**
**Leon Ison**
**105 Gordon Drive**
**Lebanon, TN 37087**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4604
**Nonpriority creditor's name and mailing address**
**Leon King**
**295 NE Ivanhoe Blvd**
**Apt 421**
**Orlando, FL 32804**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4605
**Nonpriority creditor's name and mailing address**
**leonard johnson**
**3685 Robin lane**
**Eagan, MN 55122**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4606
**Nonpriority creditor's name and mailing address**
**Leonardo Dionicio**
**60 Arnoldale Rd**
**West Hartford, CT 06119**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4607
**Nonpriority creditor's name and mailing address**
**Leonardo Figueroa Vazquez**
**2006 Stonemont Ct**
**Allen, TX 75013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4608
**Nonpriority creditor's name and mailing address**
**LEONARDO HERNANDEZ**
**1321 S PARTON ST**
**SANTA ANA, CA 92707**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4609
**Nonpriority creditor's name and mailing address**
**Leonardo Nguyen**
**3020 San Frando Dr**
**Arlington, TX 76010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4610
**Nonpriority creditor's name and mailing address**
**Leonardo Ruiz**
**6304 friars road #231**
**231**
**San Diego, CA 92108**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4611
**Nonpriority creditor's name and mailing address**
**Leonardo Zepeda**
**1047 Calle Escarpada**
**Bonita, CA 91902**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4612
**Nonpriority creditor's name and mailing address**
**leonel tejada**
**9610 37th Ave**
**D1**
**Corona, NY 11368**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4613
**Nonpriority creditor's name and mailing address**
**LEQUAN CARPENTER**
**4622 PARK GRANADA**
**APT 79**
**CALABASAS, CA 91302**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4614
**Nonpriority creditor's name and mailing address**
**Leroy Woodard Jr**
**1827 Haverford Dr.**
**Allen, TX 75013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4615
**Nonpriority creditor's name and mailing address**
**Leroy Yoder**
**11969 western Rd**
**apple creek, OH 44606**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4616
**Nonpriority creditor's name and mailing address**
**les collier**
**80 bay walk ct**
**Miramar beach, FL 32550**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4617
**Nonpriority creditor's name and mailing address**
**Leslie Braff**
**9101 Veronica Drive**
**Huntington Beach, CA 92646**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4618
**Nonpriority creditor's name and mailing address**
**Leslie Devilliers**
**9327 Canyon Wren Ct**
**Highlands Ranch, CO 80126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4619
**Nonpriority creditor's name and mailing address**
**Leslie Nguyen**
**3130 Dashiell Rd**
**Falls Church, VA 22042**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4620
**Nonpriority creditor's name and mailing address**
**lesly dervil**
**10238 magnolia hills dr**
**jacksonville, FL 32210**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4621
**Nonpriority creditor's name and mailing address**
**Lester Bulosan**
**9661 Violet Dr**
**Orlando, FL 32824**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4622
**Nonpriority creditor's name and mailing address**
**Lester Miller**
**5223 County Road 314**
**Millersburg, OH 44654**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4623
**Nonpriority creditor's name and mailing address**
**Leudys Ochoa**
**114 Flirtation Walk**
**114**
**Louisville, KY 40219**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4624
**Nonpriority creditor's name and mailing address**
**Levi Martinez**
**9097 Lanning Ln**
**Brighton, MI 48116**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4625
**Nonpriority creditor's name and mailing address**
**Lewi Glenis**
**1827 Ridge Rd Apt 15**
**Chatham, IL 62629**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4626
**Nonpriority creditor's name and mailing address**
**Lewis Johnson III**
**7321 74th St**
**Lubbock, TX 79424**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4627
**Nonpriority creditor's name and mailing address**
**Lewis Otieno**
**8626 Glascock Lane**
**Houston, TX 77064**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4628
**Nonpriority creditor's name and mailing address**
**Ley Belias**
**3565 31st AVE NE**
**Naples, FL 34120**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4629
**Nonpriority creditor's name and mailing address**
**Liam Carroll**
**11163 aqua vista st**
**102**
**Noth Hollywood, FL 91602**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4630 **Nonpriority creditor's name and mailing address**
**Liam Santos**
**109 Van Der Bijl Street**
**Thabazimbi, LP 00380**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4631 **Nonpriority creditor's name and mailing address**
**Liana Santos**
**239 S Commonwealth Avenue**
**#7**
**Los Angeles, CA 90004**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4632 **Nonpriority creditor's name and mailing address**
**Liethy Cuellar**
**4854 NW 7th St APT 504, Miami, FL 33126**
**Miami, FL, FL 33126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4633 **Nonpriority creditor's name and mailing address**
**Lieu Tran**
**4816 Cumberland Cir**
**Carrollton, TX 75010-4366**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4634 **Nonpriority creditor's name and mailing address**
**lilian phan**
**1210 edgar dr**
**102**
**glendale heights, IL 60139**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4635 **Nonpriority creditor's name and mailing address**
**Lilin Wang**
**24 Ridgecrest Ter #11**
**Boston, MA 02132**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4636
**Nonpriority creditor's name and mailing address**
**Lillian Phan**
**1210 Edgar Ct**
**Apt 102**
**Glendale Heights, IL 60139**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4637
**Nonpriority creditor's name and mailing address**
**Lily Garza**
**3400 Kingsborough ave**
**Mcallen, TX 78504**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4638
**Nonpriority creditor's name and mailing address**
**LILY WANG**
**75 W 5TH AVE APT 223**
**Apt 223**
**SAN MATEO, CA 94402**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4639
**Nonpriority creditor's name and mailing address**
**Linda Khoza**
**Stand no 137**
**Nelspruit, MP 01331**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4640
**Nonpriority creditor's name and mailing address**
**Linda Lin**
**150 Market St**
**443**
**Milpitas, CA 95035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4641
**Nonpriority creditor's name and mailing address**
**Lindsey Montague**
**27918 N 66th Ln**
**Phoenix, AZ 85083**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.4642**
**Nonpriority creditor's name and mailing address**
**LINH DANG**
**So 2 ngo 69A, ngach 131/3 Hoang Van Thai**
**Ha Noi 00010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

**3.4643**
**Nonpriority creditor's name and mailing address**
**Linh Dang Khanh Nguyen**
**8117 Horizon Lake DR, las vegas, NV 8912**
**las vegas, NV 89128**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

**3.4644**
**Nonpriority creditor's name and mailing address**
**LINH HUA**
**10611 sennit ave**
**garden grove, CA 92843**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

**3.4645**
**Nonpriority creditor's name and mailing address**
**Linh Huynh**
**7989 Blue Brook Dr**
**Las Vegas, NV 89147**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

**3.4646**
**Nonpriority creditor's name and mailing address**
**linh nguyen**
**8117 horizon lake**
**lasvegas, NV 89128**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

**3.4647**
**Nonpriority creditor's name and mailing address**
**Linh Nguyen**
**1305 E chocolate ave**
**apt 1**
**hershey, PA 17033**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

---

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4648
**Nonpriority creditor's name and mailing address**
**Linh Nguyen**
**9 City Pl**
**Nashville, TX 37209**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4649
**Nonpriority creditor's name and mailing address**
**Linh Tran**
**1623 Carl D Silver Pkwy**
**Fredericksburg, VA 22401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4650
**Nonpriority creditor's name and mailing address**
**Lino De Santiago**
**2341 Broken Wheel Lane, New Braunfels, T**
**New Braunfels, TX 78130**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4651
**Nonpriority creditor's name and mailing address**
**Lionel Dorsey**
**10505 Willow Run Court**
**Laplata, MD 20646**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4652
**Nonpriority creditor's name and mailing address**
**Lionel Ramos**
**1813 Suffolk Ave**
**Westchester, IL 60154**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4653
**Nonpriority creditor's name and mailing address**
**Liren Wu**
**838 Cinnabar St**
**APT 118**
**San Jose, CA 95126**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| 3.4654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Lisa Alden**<br>**12620 Morrison St**<br>**Valley Village, CA 91607**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Lisa Duong**<br>**6437 129th Ave SE**<br>**Bellevue, WA 98006**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Lisvaldo Duran**<br>**11 Valley Trail**<br>**Monroe, NY 10950**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Liubou Ushakova**<br>**1976 Church Avenue**<br>**Scotch Plains, NJ 07076**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Liuming Zhang**<br>**155 SAN LEON**<br>**IRVINE, CA 92606**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Lizzie Holland**<br>**225 Bob drive**<br>**Jena, LA 71342**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4660
**Nonpriority creditor's name and mailing address**
**Lloyd Harvey**
**393 DURMIRE DR**
**JONESBORO, GA 30236**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4661
**Nonpriority creditor's name and mailing address**
**loan do**
**1810 Se Cutter lane**
**vancouver, WA 98661**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4662
**Nonpriority creditor's name and mailing address**
**Loan Le**
**8793 Saint John Dr**
**Garden Grove, CA 92844**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4663
**Nonpriority creditor's name and mailing address**
**Loan Vu**
**14231 Fm 1464 Rd 13105**
**Apt**
**Sugar Land, TX 77498**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4664
**Nonpriority creditor's name and mailing address**
**Loc Tran**
**13541 burgundy dr**
**vancleave, MS 39565**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4665
**Nonpriority creditor's name and mailing address**
**Logan Dulmus**
**69 Wellington Street**
**North East, PA 16428**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4666
**Nonpriority creditor's name and mailing address**
**Logan Duran**
**7573n 250w**
**Bryant, IN 47326**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4667
**Nonpriority creditor's name and mailing address**
**Logan Gove**
**68 Parker Rd**
**Pittston, ME 04345**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4668
**Nonpriority creditor's name and mailing address**
**Logan Gruber**
**604 Pleasant View Street**
**Wauwatosa, WI 53226**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4669
**Nonpriority creditor's name and mailing address**
**Logan Huebsch**
**20109 Sherri Ln**
**Fort Dodge, IA 50501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4670
**Nonpriority creditor's name and mailing address**
**Logan Pourner**
**708 South H**
**Wellington, KS 67152**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4671
**Nonpriority creditor's name and mailing address**
**Logan Rozeboom**
**5662 Montpelier Drive, Tuscaloosa, AL, U**
**Tuscaloosa, AL 35405**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4672

**Nonpriority creditor's name and mailing address**
**Loganathan Sundaram**
**270 Baldwin Road Apt J2 Parsipanny NJ 07**
**Parsippany, NJ 07054**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4673

**Nonpriority creditor's name and mailing address**
**Loi Mai**
**2107 Barr Rd**
**Wilmington, DE 19808**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4674

**Nonpriority creditor's name and mailing address**
**Loisel Nicolet Flores**
**16700 Saintsbury Glen**
**12**
**San Diego, CA 92127**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4675

**Nonpriority creditor's name and mailing address**
**Long Tran**
**630 N Taylor St**
**Wake Forest, NC 27587**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4676

**Nonpriority creditor's name and mailing address**
**Long Truong**
**1579 3rd ave**
**Newport, MN 55055**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4677

**Nonpriority creditor's name and mailing address**
**Lor Lee**
**36404 S 4205 Road**
**Inola, OK 74036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4678
**Nonpriority creditor's name and mailing address**
**Lor Lee**
**36404 S 4205 Road**
**Inola, OK 74036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4679
**Nonpriority creditor's name and mailing address**
**Lor Lee**
**36404 S 4205 Road**
**Inola, OK 74036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4680
**Nonpriority creditor's name and mailing address**
**Loren Richey**
**22576 HighCroft Terrace**
**Ashburn, VA 20148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4681
**Nonpriority creditor's name and mailing address**
**lorena black**
**7477 Findhorn Dr**
**Reno, NV 89506**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4682
**Nonpriority creditor's name and mailing address**
**lorence flowers**
**81 Orchard street**
**apt 1**
**Auburn, NY 13021**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4683
**Nonpriority creditor's name and mailing address**
**Lorenzo Paz**
**6873 moonlit dr**
**Delray beach, FL 33446**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4684
**Nonpriority creditor's name and mailing address**
**Lori Goff**
**3650 Enso Way**
**Jacksonville, FL 32224**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4685
**Nonpriority creditor's name and mailing address**
**Lorraine Rolon**
**31490 Pear Blossom**
**Murrieta, CA 92563**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4686
**Nonpriority creditor's name and mailing address**
**Lorrie Ho**
**4736 Fendyke Ave**
**Rosemead, CA 91770-1217**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4687
**Nonpriority creditor's name and mailing address**
**Louis Barbarisi**
**10 Thomas Street**
**New Providence, NJ 07974**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4688
**Nonpriority creditor's name and mailing address**
**Louis Delaplain**
**2014 W 27th Ter.**
**Apt. 1**
**Lawrence, KS 66046**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4689
**Nonpriority creditor's name and mailing address**
**Louis Dong**
**17913 ash st**
**Fountain valley, CA 92708**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4690
**Nonpriority creditor's name and mailing address**
**Louis John Sakellaris**
**20 Coppola Court**
**Clifton, NJ 07013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4691
**Nonpriority creditor's name and mailing address**
**Louis Maxwell**
**3768 Rambling Rose Court**
**Orlando, FL 32808**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4692
**Nonpriority creditor's name and mailing address**
**Louis Muscarella**
**2211 Vero Beach Lane**
**West Palm Beach, FL 33411**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4693
**Nonpriority creditor's name and mailing address**
**louis perez**
**6609 emerald lake dr**
**miramar, FL 33023**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4694
**Nonpriority creditor's name and mailing address**
**Louis Ruth**
**2711 w price ave**
**tampa, FL 33611**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4695
**Nonpriority creditor's name and mailing address**
**louis sozio**
**1754 w11th street**
**brooklyn, NY 11223**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4696
**Nonpriority creditor's name and mailing address**
**Louise Allen**
**30 Corte Pino**
**Santa Rosa Beach, FL 32459**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4697
**Nonpriority creditor's name and mailing address**
**Lovie DAndrea**
**10028 Rylee Court, Belvidere, IL, USA**
**BELVIDERE, IL 61008**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4698
**Nonpriority creditor's name and mailing address**
**Lovita Henriquez**
**60 Yereance Avenue Apt 3**
**Clifton, NJ 07011**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4699
**Nonpriority creditor's name and mailing address**
**Lowell Pointer**
**177 Education Boulevard**
**Ladson, SC 29456**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4700
**Nonpriority creditor's name and mailing address**
**Luca Birga**
**142 19 Barclay ave,**
**Flushing, NY 11355**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4701
**Nonpriority creditor's name and mailing address**
**Lucas Anderson**
**38 Sand Star Lane**
**Henderson, NV 89011**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.470 2
**Nonpriority creditor's name and mailing address**
**Lucas George**
**4085 E CR 1000 N**
**Pittsboro, IN 46167**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.470 3
**Nonpriority creditor's name and mailing address**
**Lucas Kennard**
**26128 German Mill road**
**Franklin, MI 48025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.470 4
**Nonpriority creditor's name and mailing address**
**Lucas Leung**
**813 Normandy Trace Rd**
**Tampa, FL 33602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.470 5
**Nonpriority creditor's name and mailing address**
**Lucas Lu**
**9413 Gladsome Path**
**Manor, TX 78653**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.470 6
**Nonpriority creditor's name and mailing address**
**Lucas Lu**
**9413 Gladsome Path**
**Manor, TX 78653**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.470 7
**Nonpriority creditor's name and mailing address**
**Lucas Monforte Silva**
**46445 Glen Pointe Dr**
**Shelby Township, MI 48315**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4708
**Nonpriority creditor's name and mailing address**
**Lucas Weakland**
**4075 Briarwood Dr**
**Jeannette, PA 15644**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4709
**Nonpriority creditor's name and mailing address**
**Luciana Galloway**
**13104 Upland Meadow Ct**
**Fort Worth, TX, TX 76244**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4710
**Nonpriority creditor's name and mailing address**
**Luciana Vitiello**
**916 San Pablo Ave**
**D**
**Albany, CA 94030**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4711
**Nonpriority creditor's name and mailing address**
**lucienne nguyen**
**12123 coral sea ct ne**
**blaine, MN 55448**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4712
**Nonpriority creditor's name and mailing address**
**Lucyanne Ndungu**
**15 Booth RD SW**
**Apt i 6**
**Marietta, GA 30008**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4713
**Nonpriority creditor's name and mailing address**
**Luddarius Refuse**
**3730 NW 207th Terrace**
**N/A**
**Miami Gardens, FL 33169**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4714 **Nonpriority creditor's name and mailing address**
**Ludobert Beauchamps**
**beauchamps41@gmail.com**
**Fort Lauderdale, FL 33311**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4715 **Nonpriority creditor's name and mailing address**
**Ludovico Gomes**
**78 Hobson Ave**
**Pawtucket, RI 02860**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4716 **Nonpriority creditor's name and mailing address**
**LUEL WOLDEMARIAM**
**4478 sweet stone pl**
**Las Vegas, NV 89147**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4717 **Nonpriority creditor's name and mailing address**
**Luis A Ramos Romero**
**5 Pandora dr**
**Brentwood, NY 11717**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4718 **Nonpriority creditor's name and mailing address**
**Luis Alfredo Diaz Delduca**
**12209 pantar st**
**orlando, FL 32837**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4719 **Nonpriority creditor's name and mailing address**
**Luis Alvarado**
**808 E Lisa Lane**
**Apopka, FL 32703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4720

**Nonpriority creditor's name and mailing address**
**Luis Amaro**
**2339 Pettingell Way**
**Spring, TX 77373**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4721

**Nonpriority creditor's name and mailing address**
**Luis Arias**
**PO BOX 5456**
**San Antonio, TX 79766**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4722

**Nonpriority creditor's name and mailing address**
**Luis Blanco**
**625 E 34 ST**
**Hileah, FL 33013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4723

**Nonpriority creditor's name and mailing address**
**Luis Casas**
**1937 Wildwood St**
**West Covina, CA 91791**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4724

**Nonpriority creditor's name and mailing address**
**Luis Contreras**
**441 Lewis St**
**Hammond, IN 46320**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4725

**Nonpriority creditor's name and mailing address**
**Luis Diaz**
**3631 Fountain Dr**
**3**
**Louisville, KY 40218**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.4726** **Nonpriority creditor's name and mailing address**
**Luis Enrique Bocanegra**
**591 Hart Str**
**1**
**Brooklyn, NY 11221**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4727** **Nonpriority creditor's name and mailing address**
**Luis Escalona**
**2301 REDWING DR**
**Denton, FL 76205**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4728** **Nonpriority creditor's name and mailing address**
**Luis Espinosa**
**PO Box 61652**
**Las Vegas, NV 89160**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4729** **Nonpriority creditor's name and mailing address**
**Luis Euceda**
**9595 Fontainebleau Blvd**
**806**
**Miami, FL 33172**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4730** **Nonpriority creditor's name and mailing address**
**Luis Flores**
**15 marvin rd**
**Bay shore, NY 11706**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4731** **Nonpriority creditor's name and mailing address**
**Luis ivan Silva ramirez**
**1105 walnut st**
**Jourdanton, TX 78026**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4732
**Nonpriority creditor's name and mailing address**
**Luis Leiva**
**6941 Compton Ln S**
**Naples, FL 34104**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4733
**Nonpriority creditor's name and mailing address**
**Luis Luna**
**4918 alee ln**
**Stockton, CA 95206**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4734
**Nonpriority creditor's name and mailing address**
**Luis Martell**
**48 Norton Road**
**New Britain, CT 06053**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4735
**Nonpriority creditor's name and mailing address**
**Luis Martinez**
**23602 fairport harbor ln**
**RICHMOND, TX 77407-2888**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4736
**Nonpriority creditor's name and mailing address**
**Luis Mejia**
**25672 Via Del Rey**
**San Juan Capistrano, CA 92675**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4737
**Nonpriority creditor's name and mailing address**
**Luis Montenegro**
**Calle de llas Flores**
**Uria, UY-CA 02465-4332**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4738
**Nonpriority creditor's name and mailing address**
**Luis Morales**
**510 Highland St**
**Longwood, FL 32750**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4739
**Nonpriority creditor's name and mailing address**
**Luis Mota**
**3126 N 34th St**
**Phoenix, AZ 85018**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4740
**Nonpriority creditor's name and mailing address**
**Luis Munoz**
**4086 n hughes**
**Fresno, FL 93705**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4741
**Nonpriority creditor's name and mailing address**
**Luis Quintuna**
**2460 32ND ST**
**2A**
**Astoria, NY 11102**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4742
**Nonpriority creditor's name and mailing address**
**Luis Reyes**
**2421 N Major Ave**
**Chicago, IL 60639**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4743
**Nonpriority creditor's name and mailing address**
**luis rincon**
**22 walker street**
**paterson, NJ 07501**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4744 **Nonpriority creditor's name and mailing address**
**Luis Servin**
**14 Sanctuary Cove**
**San Antonio, TX 78257**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4745 **Nonpriority creditor's name and mailing address**
**Luisjano Tafili**
**8125 S Wildwood Dr**
**Oak Creek, WI 53154**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4746 **Nonpriority creditor's name and mailing address**
**Lukasz Furman**
**7513 Farmingdale Dr**
**304**
**Darien, IL 60561**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4747 **Nonpriority creditor's name and mailing address**
**Luke Arnold**
**1655 Prairieview Lane**
**Greenfield, IN 46140**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4748 **Nonpriority creditor's name and mailing address**
**Luke Kuenning**
**2676 E Otero Pl**
**Unit 12**
**Centennial, CO 80122**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4749 **Nonpriority creditor's name and mailing address**
**Luke Nguyen**
**422 Chickadee Street**
**Crestview, FL 32539**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.4750

**Nonpriority creditor's name and mailing address**
**Luke Seaton**
**903 Connor Avenue East**
**Saint Paul, MN 55109**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4751

**Nonpriority creditor's name and mailing address**
**Luke Shinsato**
**7113 NAPA VALLEY DRIVE**
**FRISCO, TX 75035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4752

**Nonpriority creditor's name and mailing address**
**Ly Ly**
**552 University Rd**
**Santa Barbara, CA 93106**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4753

**Nonpriority creditor's name and mailing address**
**Ly Ngo**
**82c kim chau , dray bhang , cu kuin**
**Daklak 00063-6661**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4754

**Nonpriority creditor's name and mailing address**
**LyDarrius Smith**
**9512 STAFF LN**
**Las Vegas, NV 89178**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4755

**Nonpriority creditor's name and mailing address**
**Lydia Chan**
**27 Kingwood Road**
**Oakland, CA 94619**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4756
**Nonpriority creditor's name and mailing address**
**LYDIA IDIR**
**4619 W 149TH ST**
**LAWNDALE, CA 90260-1233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4757
**Nonpriority creditor's name and mailing address**
**Lydiah Kimaru**
**6295 mustang meadows pt**
**apt 301**
**Colorado Springs, CO 80922**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4758
**Nonpriority creditor's name and mailing address**
**Lydie Thomas**
**1524 Fountain Street**
**Alameda, CA 94501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4759
**Nonpriority creditor's name and mailing address**
**Lynford Stauffer**
**105 Linden Grove Rd**
**New Holland, PA 17558**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4760
**Nonpriority creditor's name and mailing address**
**Lynn Chavez**
**15344 W Pierson St**
**Goodyear, AZ 85395**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4761
**Nonpriority creditor's name and mailing address**
**Lynn Chavez**
**15344 W Pierson St**
**Goodyear, AZ 85395**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.4762** **Nonpriority creditor's name and mailing address**
**Lynne Zheng**
**32-33 Leavitt Street**
**Flushing, NY 11354**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4763** **Nonpriority creditor's name and mailing address**
**Lyrana Hughes**
**548 Monroe Street**
**1**
**Brooklyn, NY 11221**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4764** **Nonpriority creditor's name and mailing address**
**lyuis Tomas**
**161 gentry**
**193**
**Fort Payne, AL 35967**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4765** **Nonpriority creditor's name and mailing address**
**mack pherson beaubrun**
**17216 NE 4th Pl**
**north miami beach, FL 33162**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4766** **Nonpriority creditor's name and mailing address**
**Mackenson Descartes**
**118 Southeast 9th Avenue**
**Boynton Beach, FL 33435**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4767** **Nonpriority creditor's name and mailing address**
**Macklendess Carius**
**924 N Magnolia ave ste 202**
**Orlando, FL 32803**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4768
**Nonpriority creditor's name and mailing address**
**Madan Kovur**
**155 Granite Ln**
**Chester Springs, PA 19425**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4769
**Nonpriority creditor's name and mailing address**
**Madhavi Paidipalli**
**10304 Milkweed Ct**
**Frisco, TX 75035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4770
**Nonpriority creditor's name and mailing address**
**madhu Bastakoti**
**3400 varsity drive**
**APT 1812**
**tyler, TX 75701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4771
**Nonpriority creditor's name and mailing address**
**Madison Lewis**
**233 Clark Ave, Apt 22**
**Yuba City, CA 95991**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4772
**Nonpriority creditor's name and mailing address**
**Madison Webb**
**7414 S 25th Ln**
**Phoenix, AZ 85041**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4773
**Nonpriority creditor's name and mailing address**
**Magdiel Adames**
**5948 Mathias Way**
**Buford, GA 30518**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4774
**Nonpriority creditor's name and mailing address**
**magere taalamu**
**1622 Pennsylvania Ave**
**San Diego, CA 92103**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4775
**Nonpriority creditor's name and mailing address**
**Maggie Huang**
**121 East 22nd Street,**
**APT N905**
**New York, NY 10010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4776
**Nonpriority creditor's name and mailing address**
**Magnus Rodriguez Escalante**
**7980 Camino Tassajara**
**Pleasanton, CA 94588**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4777
**Nonpriority creditor's name and mailing address**
**Mahbub Choudhury**
**3808 Birchwood Ave**
**Skokie, IL 60076**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4778
**Nonpriority creditor's name and mailing address**
**Mahbub Choudhury**
**3808 Birchwood Ave**
**Skokie, IL 60076**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4779
**Nonpriority creditor's name and mailing address**
**Mahdi Alhamadani**
**4204 WISTERIA LANDING CIR**
**UNIT 204**
**Louisville, KY 40218**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4780 **Nonpriority creditor's name and mailing address**
**Mahdi Osman**
**330 Carnegie Drive**
**Milpitas, CA 95035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4781 **Nonpriority creditor's name and mailing address**
**Mahendra Kumar Eswarappa**
**2067 Kettering Rd**
**Hoffman Estates, IL 60169**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4782 **Nonpriority creditor's name and mailing address**
**Mahesh Donkena**
**5909 NW Reynolds St**
**Bentonville, AR 72713**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4783 **Nonpriority creditor's name and mailing address**
**Mahesh Jagiah**
**12470 Pebblestone ct**
**Fort Myers, FL 33913**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4784 **Nonpriority creditor's name and mailing address**
**Mahesh Jaiswal**
**55 Laurelton Ave**
**Selden, NY 11784**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4785 **Nonpriority creditor's name and mailing address**
**Mahesh Kumar Bachhu**
**3133 west springs dr**
**apt f**
**Ellicott City, MD 21043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4786
**Nonpriority creditor's name and mailing address**
**Mahidhar Miriyala**
**813 Haybeck Lane**
**Apex, NC 27523**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4787
**Nonpriority creditor's name and mailing address**
**Mahir Abrar**
**7355 Owens Ct**
**Hollywood, FL 33024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4788
**Nonpriority creditor's name and mailing address**
**Mahmoud Alsaifi**
**330 Prine Place**
**APT 2302**
**Charlotte, NC 28213**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4789
**Nonpriority creditor's name and mailing address**
**Mahmoud Hassan**
**2239 78 st**
**3c**
**East elmhurst, NY 11370**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4790
**Nonpriority creditor's name and mailing address**
**mahmudul hasan**
**149 s palmer dr**
**Bolingbrook, IL 60490**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4791
**Nonpriority creditor's name and mailing address**
**Mai Hoang**
**5651 Tiverton Cir**
**Westminster, CA 92683**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4792
**Nonpriority creditor's name and mailing address**
**Mai Tran Nguyen**
**33076 Fuhrmann Dr**
**Sterling Heights, MI 48310**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4793
**Nonpriority creditor's name and mailing address**
**Mai-Anh Do**
**9811 Orange Ave**
**Anaheim, CA 92804**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4794
**Nonpriority creditor's name and mailing address**
**Maichor Fay**
**8836 Inisheer Way**
**Sacramento, CA 95828**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4795
**Nonpriority creditor's name and mailing address**
**Maikol Gutierrez**
**12101 Steeple Way Blvd**
**3003**
**Houston, FL 77065**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4796
**Nonpriority creditor's name and mailing address**
**maikol gutierrez**
**12101 Steeple Way Boulevard**
**Jersey Village, TX 77065**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4797
**Nonpriority creditor's name and mailing address**
**Makarand Chitnis**
**Frisco, TX,75035**
**Frisco, TX 75035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4798
**Nonpriority creditor's name and mailing address**
**Makgatho Mokoditoa**
**1A aalywn street Florapark**
**Tzaneen, LP 00850**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4799
**Nonpriority creditor's name and mailing address**
**Maksat Isamatov**
**2935 Rutland Cir**
**unit 104**
**Naperville, IL 60564**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4800
**Nonpriority creditor's name and mailing address**
**Malachi VerWys**
**307 Aurora St**
**Grand Rapids, MI 49507**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4801
**Nonpriority creditor's name and mailing address**
**Maleik Gibson Nelson**
**15 Zinzendorf pl**
**Palm Coast, FL 32164**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4802
**Nonpriority creditor's name and mailing address**
**Malik Macon**
**939 homewood Ave**
**Mishawaka, IN 46544**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4803
**Nonpriority creditor's name and mailing address**
**Malur Waheed**
**6635 Leytonstone Blvd**
**West Bloomfield, MI 48322**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4804
**Nonpriority creditor's name and mailing address**
**Maman Bachir Maman Idi**
**18720 dunkirk dr**
**queens, NY 11412**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4805
**Nonpriority creditor's name and mailing address**
**MAN HUA CHOU**
**409 Linda Ave**
**Piedmont, CA 94611**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4806
**Nonpriority creditor's name and mailing address**
**Manasa Marupudi**
**1530 winshire cv**
**Alpharetta, GA 30004**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4807
**Nonpriority creditor's name and mailing address**
**Manasa Ranjitha Alla**
**2251 Jenna Ln**
**Prosper, TX 75078**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4808
**Nonpriority creditor's name and mailing address**
**manasseh owusu**
**1101 shelmire ave**
**philadelphia, PA 19111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4809
**Nonpriority creditor's name and mailing address**
**Manh Linh Tran**
**239 nguyen ngoc vu**
**Ha noi 00010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4810
**Nonpriority creditor's name and mailing address**
**Manh Pham**
**612 De La Thanh**
**Ha Noi 10000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4811
**Nonpriority creditor's name and mailing address**
**Manh Tran**
**4905 iris ave**
**Apt 616**
**Fort wayne, IN 48625**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4812
**Nonpriority creditor's name and mailing address**
**Manish Barbhaya**
**1138 Buckingham Dr, Carol Stream IL 6018**
**Carol Stream, IL 60188**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4813
**Nonpriority creditor's name and mailing address**
**manish kachchhara**
**3213 stoneburg ct apt f**
**greensboro, FL 27409**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4814
**Nonpriority creditor's name and mailing address**
**manish kachchhara**
**3213 stoneburg ct apt f**
**greensboro, NC 27409**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4815
**Nonpriority creditor's name and mailing address**
**manish kachchhara**
**3213 stoneburg ct apt f**
**greensboro, NC 27409**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4816
**Nonpriority creditor's name and mailing address**
**Manish Varma**
**1110 Fragile Sail Ct**
**Katy, TX 77494**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4817
**Nonpriority creditor's name and mailing address**
**Manivannan Krishnan**
**1302 Parkaire Xing**
**Marietta, GA 30068**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4818
**Nonpriority creditor's name and mailing address**
**Manju Shahu**
**3904 Ledyard St**
**West Lafayette, IN 47906**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4819
**Nonpriority creditor's name and mailing address**
**Manjunatha Palavallli Venkatanna**
**16932 Rayen St**
**Northridge, CA 91343**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4820
**Nonpriority creditor's name and mailing address**
**Manmadha Rao Rangala**
**616 Fiesta Circle**
**Irving, TX 75063**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4821
**Nonpriority creditor's name and mailing address**
**MANOJKUMAR MARATHE**
**1715 SANDERSTED RD**
**WINSTON-SALEM, NC 27103**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4822
**Nonpriority creditor's name and mailing address**
**MANPREET SINGH**
**2500 Knights rd**
**Apt 46-3**
**Bensalem, PA 19020**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4823
**Nonpriority creditor's name and mailing address**
**Mansha Thapa**
**1169 Stillwater Pond Dr**
**Conroe, TX 77304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4824
**Nonpriority creditor's name and mailing address**
**Mansoor Nassiri**
**39430 Civic Center Dr**
**213**
**Fremont, CA 94538**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4825
**Nonpriority creditor's name and mailing address**
**Manu Sha**
**123 Fake St**
**winter garden, FL 34787**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4826
**Nonpriority creditor's name and mailing address**
**Manuel Alba**
**615 NE 115th St**
**Biscayne Park, FL 33161**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4827
**Nonpriority creditor's name and mailing address**
**Manuel Aquino**
**29 Town Farm Road**
**Westminster, MA 01473**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4828

**Nonpriority creditor's name and mailing address**
**Manuel Cisneros**
**308 main street**
**Cape May Court House, NJ 08210**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4829

**Nonpriority creditor's name and mailing address**
**Manuel Ortiz-Urvina**
**2330 carnation ct**
**Port orchard, WA 98366**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4830

**Nonpriority creditor's name and mailing address**
**Manuel Paredes**
**5757 south staples**
**Apt 518 building 5**
**Corpus Christi, TX 78415**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4831

**Nonpriority creditor's name and mailing address**
**Manuel Salas Rodriguez**
**22734 Castleton Creek Ct**
**Katy, TX 77450**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4832

**Nonpriority creditor's name and mailing address**
**Manuel Vaca**
**500 West Columbus Street**
**107**
**Bakersfield, CA 93301**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4833

**Nonpriority creditor's name and mailing address**
**MANUEL VEGA**
**18918 RARE OAK TRACE**
**HOUSTON, TX 77084**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4834
**Nonpriority creditor's name and mailing address**
**Manvir Kailey**
**2308 N Old hicks RD**
**1**
**palatine, IL 60074**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4835
**Nonpriority creditor's name and mailing address**
**Mara Cespedes Hernandez**
**5310 ivanhoe**
**Detroit, MI 48204**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4836
**Nonpriority creditor's name and mailing address**
**Marah-divina Pagdanganan**
**5625 grandmother hat st**
**north las vegas, NV 89081**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4837
**Nonpriority creditor's name and mailing address**
**Marc Aana**
**50 Carmel Ct**
**Roseburg, OR 97471**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4838
**Nonpriority creditor's name and mailing address**
**Marc Aana**
**50 Carmel Ct**
**Roseburg, OR 97471**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4839
**Nonpriority creditor's name and mailing address**
**Marc Call**
**7713 N Butterfield Rd**
**Eagle Mountain, UT 84005**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4840
**Nonpriority creditor's name and mailing address**
**marc clerveaux**
**3318 atherton ridge lane**
**Houston, TX 77047**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4841
**Nonpriority creditor's name and mailing address**
**Marc edouard Saint hubert**
**749 scotland rd**
**Apt 2a**
**Orange, NJ 07050**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4842
**Nonpriority creditor's name and mailing address**
**Marc edouard Saint hubert**
**749 scotland rd**
**Unit2a**
**Orange, NJ 07050**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4843
**Nonpriority creditor's name and mailing address**
**Marc Francois**
**3460 NW 5th Place**
**Fort Lauderdale, FL 33311**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4844
**Nonpriority creditor's name and mailing address**
**Marc McClain**
**224 Candlewood Pl, SAINT MARYS, OH, 4588**
**Saint Marys, OH 45885**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4845
**Nonpriority creditor's name and mailing address**
**Marc Sievers**
**801 morse ave**
**Sacramento, CA 95864-4921**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4846

**Nonpriority creditor's name and mailing address**
**Marc Ward**
**10204 W Mission Ln**
**SUN CITY, AZ 85351**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4847

**Nonpriority creditor's name and mailing address**
**Marc-arthur Laguerre**
**524 Alabama ave**
**Apt J**
**Salisbury, MD 21801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4848

**Nonpriority creditor's name and mailing address**
**marcel van der walt**
**11 penny lane**
**stellenbosch, WC 07600**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4849

**Nonpriority creditor's name and mailing address**
**marcela vaca**
**21318 berry vine st**
**tomball, TX 77375**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4850

**Nonpriority creditor's name and mailing address**
**Marceline DESIR**
**18 N 13th St**
**Harrisburg, PA 17103**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4851

**Nonpriority creditor's name and mailing address**
**Marcia Caballero**
**496 Grayson Ln**
**Lake Dallas, TX 75065**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4852
**Nonpriority creditor's name and mailing address**
**Marcia Layne**
**2219 Two Trail Dr**
**Spring, TX 77373**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4853
**Nonpriority creditor's name and mailing address**
**Marcio Pinheiro**
**1709 Whitehall Dr. Apt 201**
**Davie, FL 33324**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4854
**Nonpriority creditor's name and mailing address**
**Marckenson Adonis**
**125 Pond St**
**Billerica, MA 01821**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4855
**Nonpriority creditor's name and mailing address**
**Marco de Vos**
**1010 Periwinkle Ct**
**Celebration, FL 34747**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4856
**Nonpriority creditor's name and mailing address**
**Marco Magana**
**727 Spruce St**
**Aurora, IL 60506**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4857
**Nonpriority creditor's name and mailing address**
**marco portillo**
**104 LAC BARRE CT**
**LULING, LA 70070**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4858 **Nonpriority creditor's name and mailing address**
**Marcos Cortez**
**4833 County Road 101**
**Robstown, TX 78380**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4859 **Nonpriority creditor's name and mailing address**
**Marcum Davis**
**9399 Wade Blvd**
**Apt 12308**
**Frisco, FL 75035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4860 **Nonpriority creditor's name and mailing address**
**Marcus Blalock**
**2193 Lafayette Rd**
**Rocky Face, GA 30740**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4861 **Nonpriority creditor's name and mailing address**
**Marcus Breckenridge**
**19520 One Norman Boulevard APT O**
**Cornelius, NC 28031**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4862 **Nonpriority creditor's name and mailing address**
**Marcus Howard**
**1516 S Wabash Ave, Apt 705**
**Chicago, IL 60605**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4863 **Nonpriority creditor's name and mailing address**
**Marcus Laflergrey**
**47 W 18th st, New York, NY 10011**
**New york, CA 10001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4864
**Nonpriority creditor's name and mailing address**
**Marcus Michel**
**8816 South Ridgeland Ave**
**Chicago, IL 60617**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4865
**Nonpriority creditor's name and mailing address**
**Marcus Miller**
**807 Gobin Dr**
**Carlisle, PA 17013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4866
**Nonpriority creditor's name and mailing address**
**Marcus Olson**
**421 Lynn rd**
**taylors, SC 29687**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4867
**Nonpriority creditor's name and mailing address**
**Marcus Velazquez**
**6134 N 112 St**
**Milwaukee, WI 53225**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4868
**Nonpriority creditor's name and mailing address**
**Marcus Wintermute**
**1012 Nw 71st Ct**
**Kansas City, MO 64118**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4869
**Nonpriority creditor's name and mailing address**
**Marcus Zinnerman**
**6483 Aspen Ln**
**Hueytown, AL 35023**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4870
**Nonpriority creditor's name and mailing address**
**Marek Waltos**
**2636 N New England Ave**
**Chicago, IL 60707**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4871
**Nonpriority creditor's name and mailing address**
**Maretta Shaw**
**100 Riverdale Woods Circle**
**Ofallon, MO 63366**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4872
**Nonpriority creditor's name and mailing address**
**Margaret Tran**
**2401 Whittier Dr. #D**
**Frederick, MD 21702**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4873
**Nonpriority creditor's name and mailing address**
**Margil Ranpariya**
**145 lebrun cir**
**buffalo, NY 14226**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4874
**Nonpriority creditor's name and mailing address**
**Margo Farranto**
**205 Wellington Road**
**Syracuse, NY 13214**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4875
**Nonpriority creditor's name and mailing address**
**maria artigas**
**23144 Post Gardens Way**
**apt 505**
**Boca Raton, FL 33433**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4876
**Nonpriority creditor's name and mailing address**
**maria artigas**
**23144 Post Gardens Way**
**apt 505**
**Boca Raton, FL 33433**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4877
**Nonpriority creditor's name and mailing address**
**Maria Chamale**
**14161 Raven Street**
**Los Angeles, CA 91342**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4878
**Nonpriority creditor's name and mailing address**
**Maria France**
**4956 MOntair avenue**
**Lakewood, CA 90712**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4879
**Nonpriority creditor's name and mailing address**
**Maria Gonzales**
**18902 Watson Ave**
**Cerritos, CA 90703**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4880
**Nonpriority creditor's name and mailing address**
**Maria Luong**
**24463 Charles Dr**
**Brownstown, MI 48183**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4881
**Nonpriority creditor's name and mailing address**
**MARIA TORUNO**
**2503 Kansas Ave.**
**Kenner, LA 70062**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4882
**Nonpriority creditor's name and mailing address**
**Marian Kavaldzhiev**
**14930 88th St Apt 1j**
**Howard Beach, NY 11414**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4883
**Nonpriority creditor's name and mailing address**
**Marie Chery**
**8116 kilpatrick Ave**
**unit 1**
**skokie, IL 60076**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4884
**Nonpriority creditor's name and mailing address**
**Marie Desire**
**1109 Culloden Ct**
**Abingdon, MD 21009**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4885
**Nonpriority creditor's name and mailing address**
**Marie Simmons**
**13309 Eddinburgh Ln**
**5**
**Laurel, MD 20708**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4886
**Nonpriority creditor's name and mailing address**
**MARIE UDOLISA**
**5300 Berkeley Knoll Circle**
**apt 208**
**richmond, TX 77407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4887
**Nonpriority creditor's name and mailing address**
**Marie-Carmel Joseph**
**529 East 22nd Street,**
**APT 5E**
**Brooklyn,, NY 11226**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC**
Name
Case number (if known)

3.4888
**Nonpriority creditor's name and mailing address**
**Marieange Cayo**
**129 Amherst Avenue**
**Waltham, MA 02451**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4889
**Nonpriority creditor's name and mailing address**
**Marietou Yao**
**1251 WILCREST DR**
**Apt 39**
**Houston, TX 77042**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4890
**Nonpriority creditor's name and mailing address**
**Mariia Davydova**
**3611 S Sterling Ave**
**Tampa, FL 33629**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4891
**Nonpriority creditor's name and mailing address**
**Marika Henley**
**6515 Darlington Ct Cumming, GA 3004**
**Cumming, GA 30040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4892
**Nonpriority creditor's name and mailing address**
**Marilou Adina**
**10408 trailing dalea ave**
**Las vegas, NV 89135**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4893
**Nonpriority creditor's name and mailing address**
**Marilyn Tran**
**7241 Sunbreeze Dr**
**Huntington Beach, CA 92647**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4894 **Nonpriority creditor's name and mailing address**
**Marina Vershkov**
**3680 Begonia Way**
**Alpharetta, FL 30004**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4895 **Nonpriority creditor's name and mailing address**
**Mario Chan**
**17035 Glenfold Drive**
**Hacienda Heights, CA 91745**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4896 **Nonpriority creditor's name and mailing address**
**Mario Del Frate**
**29518 Ryder Cup Lane**
**Tehachapi, CA 93561**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4897 **Nonpriority creditor's name and mailing address**
**Mario Escamilla**
**747 Echo Valley Road**
**Prunedale, CA 93907**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4898 **Nonpriority creditor's name and mailing address**
**Mario Garcia**
**2207 Glen Helen Cir.**
**Carrollton, TX 75007**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4899 **Nonpriority creditor's name and mailing address**
**Mario Ibarra**
**10545 Acacia Lane**
**Santa Fe Springs, CA 90670**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4900
**Nonpriority creditor's name and mailing address**
**Mario Jensen**
**4210 E 100th Ave**
**Lot 624**
**Thornton, CO 80229**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4901
**Nonpriority creditor's name and mailing address**
**mario Juarez**
**201 Northwood dr**
**bb3**
**atlanta, GA 30342**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4902
**Nonpriority creditor's name and mailing address**
**Mario Lopez**
**2800 Peninsula Rd**
**214**
**Oxnard, CA 93035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4903
**Nonpriority creditor's name and mailing address**
**mario martinez**
**15622 Pine Avenue**
**Fontana, CA 92335**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4904
**Nonpriority creditor's name and mailing address**
**mario martinez**
**1631 Virginia Ave**
**Everett, WA 98201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4905
**Nonpriority creditor's name and mailing address**
**Mario Ortiz**
**8421 Londonderry Lane**
**Dallas, TX 75228**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4906
**Nonpriority creditor's name and mailing address**
**mario rivas**
**1129 s willowbrook ave**
**compton, CA 90220**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4907
**Nonpriority creditor's name and mailing address**
**Mario Sarino**
**10104 Yellow Canary Ave**
**Las Vegas, NV 89117**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4908
**Nonpriority creditor's name and mailing address**
**mario surien**
**70 Byron ave**
**brockton, MA 02301**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4909
**Nonpriority creditor's name and mailing address**
**Mario Tran**
**713 York View Dr.**
**Auburn, GA 30011**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4910
**Nonpriority creditor's name and mailing address**
**Mario Wongshue**
**105 E 16TH ST**
**3K**
**BROOKLYN, NY 11226**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.4911
**Nonpriority creditor's name and mailing address**
**Marissa Roberts**
**3112 Woonsocket St**
**Springfield, OH 45503**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4912
**Nonpriority creditor's name and mailing address**
**Maritza Santana**
**1969 Downs ct**
**Lake Mary, FL 32746**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4913
**Nonpriority creditor's name and mailing address**
**Mark Junior**
**4423 nw cir**
**orlando, FL 33123**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4914
**Nonpriority creditor's name and mailing address**
**Mark Anthony Lopez**
**20494 sw premier ct**
**Aloha, OR 97003**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4915
**Nonpriority creditor's name and mailing address**
**Mark Avery**
**452 Penguin Dr**
**Satellite Beach, FL 32937**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4916
**Nonpriority creditor's name and mailing address**
**Mark Barajas**
**23824 Twin Pines Ln**
**Diamond Bar, CA 91765**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4917
**Nonpriority creditor's name and mailing address**
**Mark Barajas**
**23824 Twin Pines Lane**
**Diamond Bar, CA 91765**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4918

**Nonpriority creditor's name and mailing address**
**Mark Biedler**
**2120 Jones Road**
**Winchester, VA 22602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4919

**Nonpriority creditor's name and mailing address**
**Mark Carganilla**
**3798 Steve Lillie Circle**
**Stockton, CA 95206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4920

**Nonpriority creditor's name and mailing address**
**Mark Carganilla**
**3798 Steve Lillie Circle**
**Stockton, CA 95206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4921

**Nonpriority creditor's name and mailing address**
**Mark Ciolino**
**48 Schill Ave**
**Kenner, LA 70065**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4922

**Nonpriority creditor's name and mailing address**
**Mark Dawn**
**1231 forest hill dr**
**Harriman, TN 37748**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4923

**Nonpriority creditor's name and mailing address**
**mark dawson**
**603 ne 72nd ter**
**gladstone, MO 64118**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4924 **Nonpriority creditor's name and mailing address**
**Mark Dean**
**3953 Summerstone Dr**
**Columbus, OH 43230**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4925 **Nonpriority creditor's name and mailing address**
**Mark Ellis**
**13503 Navigate Point Ln**
**Houston, TX 77044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4926 **Nonpriority creditor's name and mailing address**
**Mark Etheridge**
**10001 Winter Sun Ln**
**Knoxville, TN 37922**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4927 **Nonpriority creditor's name and mailing address**
**Mark Galbo**
**2252 McNary Way**
**Woodland, CA 95776**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4928 **Nonpriority creditor's name and mailing address**
**Mark Hellickson**
**651 Dell St**
**Solana Beach, CA 92075**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4929 **Nonpriority creditor's name and mailing address**
**Mark Horner**
**N/A**
**Oakland, FL 34787**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4930 **Nonpriority creditor's name and mailing address**
**Mark Jones**
**1608 oviedo grove cir**
**#17**
**Oviedo, FL 32765**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4931 **Nonpriority creditor's name and mailing address**
**Mark Jones**
**2984 Mallard dr.**
**Lebanon, TN 37090**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4932 **Nonpriority creditor's name and mailing address**
**Mark Keller**
**213 Tather Dr**
**Martinsburg, WV 25405**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4933 **Nonpriority creditor's name and mailing address**
**Mark Kennedy**
**8 Elm Hill Ln**
**Duxbury, MA 02332**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4934 **Nonpriority creditor's name and mailing address**
**Mark Kitili**
**737 SW 109th Ave, Miami**
**Miami, FL 33174**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4935 **Nonpriority creditor's name and mailing address**
**Mark Kolpek**
**3419 N. 60th St**
**Omaha, NE 68104-3403**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.4936

**Nonpriority creditor's name and mailing address**

**Mark Lagrisola**
**3250 Barnett Ave**
**APT 2218**
**SAN DIEGO, CA 92110**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.4937

**Nonpriority creditor's name and mailing address**

**Mark Lavin**
**39 Haywood St**
**B**
**Greenfield, MA 01301**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.4938

**Nonpriority creditor's name and mailing address**

**Mark Lum**
**676 Johanna Ave Apt 1, Sunnyvale, CA 940**
**Sunnyvale, CA 94085**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.4939

**Nonpriority creditor's name and mailing address**

**Mark Medina**
**335 sutter ave**
**Apt12F**
**Brooklyn, NY 11212**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.4940

**Nonpriority creditor's name and mailing address**

**MARK MITCHELL**
**8120 SW 22ND STREET**
**APT B301**
**NORTH LAUDERDALE, FL 33068**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.4941

**Nonpriority creditor's name and mailing address**

**mark morales**
**11357 begonia rd**
**Adelanto, CA 92301**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4942
**Nonpriority creditor's name and mailing address**
**Mark Moskowitz**
**1000 The American Road**
**Apt 404**
**Morris Plains, NJ 07950**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4943
**Nonpriority creditor's name and mailing address**
**Mark Nagle**
**3557 Traemore Drive**
**Valparaiso, IN 46385**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4944
**Nonpriority creditor's name and mailing address**
**Mark Nelson**
**5346 PINE WOOD HILLS CT**
**SPRING, TX 77386**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4945
**Nonpriority creditor's name and mailing address**
**Mark Ross**
**2427 Emerson Ln**
**Naperville, IL 60540**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4946
**Nonpriority creditor's name and mailing address**
**Mark Rummel**
**8301 NW 160 th street**
**Edmond, OK 73013**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4947
**Nonpriority creditor's name and mailing address**
**Mark Simpson**
**12616 McFeron Road**
**POWAY, CA 92064-3634**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.4948** **Nonpriority creditor's name and mailing address**
**Mark Smith**
**11923 236th St**
**Cambria Heights, NY 11411**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4949** **Nonpriority creditor's name and mailing address**
**Mark Sullivan**
**12 Wainwright Street**
**Washington, MO 63090**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4950** **Nonpriority creditor's name and mailing address**
**Mark Thomas**
**1206 Wellington dr**
**Clearwater, FL 33764**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4951** **Nonpriority creditor's name and mailing address**
**Mark Tsaruk**
**1658 Cherry Blossom Ter**
**Lake Mary, FL 32746**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4952** **Nonpriority creditor's name and mailing address**
**Mark Waters**
**8537 E INDIGO ST**
**MESA, AZ 85207**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4953** **Nonpriority creditor's name and mailing address**
**Marlo Rey Diamante**
**5812 Queens Blvd**
**Apt 6O**
**Woodside, NY 11377-7776**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4954
**Nonpriority creditor's name and mailing address**
**Marlon Del Rosario**
**1055 w 187th place**
**gardena, CA 90248**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4955
**Nonpriority creditor's name and mailing address**
**Marlon Fernando**
**3334 Mary St.**
**Glendale, CA 91214**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4956
**Nonpriority creditor's name and mailing address**
**Marlon Gokim**
**5212 Toulouse Dr**
**La Palma, CA 90623**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4957
**Nonpriority creditor's name and mailing address**
**Marlon Myers**
**14119 Austin Hollow Ct**
**Houston, TX 77044**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4958
**Nonpriority creditor's name and mailing address**
**Marlon Ramos**
**33 Montauk Ave**
**Brentwood, NY 11717**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4959
**Nonpriority creditor's name and mailing address**
**Marlon Robinson**
**5 Rosehill Oavl**
**APT405**
**Spring Valley, NY 10977**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC**
Name

Case number (if known)

3.4960
**Nonpriority creditor's name and mailing address**
**Marlon Ten Fah**
**154 wimbledon lake dr**
**Plantation, FL 33324**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4961
**Nonpriority creditor's name and mailing address**
**Marnisha Andre**
**13330 nw 1st ave**
**Miami, FL 33168**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4962
**Nonpriority creditor's name and mailing address**
**Marquez Johnson**
**5025 Wembley Central Lane**
**Apt. 5114**
**Charlotte, NC 28213**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4963
**Nonpriority creditor's name and mailing address**
**Marquis Howard**
**709 Melrose ave**
**Chula Vista, CA 91910**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4964
**Nonpriority creditor's name and mailing address**
**Marquis Howard**
**709 Melrose ave**
**Chula Vista, CA 91910**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4965
**Nonpriority creditor's name and mailing address**
**marquise williams**
**4028 Eric Drive**
**Heartland, TX 75126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.4966** **Nonpriority creditor's name and mailing address**
**Marquita Brewster**
**1219 Windmill Dr.**
**`**
**Meridian, MS 39305**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4967** **Nonpriority creditor's name and mailing address**
**Marquita Richardson**
**9310 Silver Charm Dr**
**Randallstown, MD 21133**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4968** **Nonpriority creditor's name and mailing address**
**Martha Njeri**
**1025 Preston Rd, Apt 4009**
**4009**
**Plano, TX 75093**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4969** **Nonpriority creditor's name and mailing address**
**Martha Zulay Sayago**
**2061 NW 81st ave**
**PEMBROKE PINES, FL 33024**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4970** **Nonpriority creditor's name and mailing address**
**Martin Adel**
**3130 Belmont Way**
**Celina, TX 75009**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.4971** **Nonpriority creditor's name and mailing address**
**Martin Lewandowski**
**1503 w Elm**
**Holiday Hills, IL 60051**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4972
**Nonpriority creditor's name and mailing address**
**Martin Morales**
**3220 Grayhouse Ln**
**Stockton, CA 95206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4973
**Nonpriority creditor's name and mailing address**
**Martin Pena**
**613 vista sunrise ln**
**Blythe, CA 92225**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4974
**Nonpriority creditor's name and mailing address**
**Martin Suarez**
**15 Hope Drive**
**Millstone, NJ 08510**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4975
**Nonpriority creditor's name and mailing address**
**Martin Williamson**
**1216 FIRED BRICK DR**
**LEBANON, IL 62254**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4976
**Nonpriority creditor's name and mailing address**
**Martin Won**
**192 Westervelt Pl**
**Lodi, NJ 07644**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4977
**Nonpriority creditor's name and mailing address**
**Martin Yordanov**
**156 SCULLY DR**
**Schaumburg, IL 60193**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4978 **Nonpriority creditor's name and mailing address**
**Marvin Clark**
**115 wildwood**
**Rockport, TX 78382**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4979 **Nonpriority creditor's name and mailing address**
**Marvin Lotsah**
**3784 university Drive NW**
**928**
**Huntsville, AL 35816**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4980 **Nonpriority creditor's name and mailing address**
**Marvin Medina**
**99 157 Mikalemi St, Aiea, HI 96701 US**
**Aiea, HI 96701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4981 **Nonpriority creditor's name and mailing address**
**Marvin Oraha**
**980 Crabtree Lane**
**Des Plaines, IL 60016**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4982 **Nonpriority creditor's name and mailing address**
**Marvin Santos**
**743 Brentwood pl**
**743 brentwood pl**
**Redlands, CA 92373**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4983 **Nonpriority creditor's name and mailing address**
**Marvin Schoen**
**8503 144th Ave. E**
**puyallup, WA 98372**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4984

**Nonpriority creditor's name and mailing address**
**Mary Dillard**
**410 Arlington Meadows Drive**
**Fisherville, KY 40023**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4985

**Nonpriority creditor's name and mailing address**
**MARY HAYES**
**23710 RIMINI COURT**
**RICHMOND, TX 77406**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4986

**Nonpriority creditor's name and mailing address**
**Mary Muchungi**
**609 Brook Dr**
**Anna, TX 75409**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4987

**Nonpriority creditor's name and mailing address**
**Mary Solberg**
**12 Yorkshire Woods**
**Oak Brook, IL 60523**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4988

**Nonpriority creditor's name and mailing address**
**Masato Nicol**
**2 River Oak Road**
**Barrington, RI 02806**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4989

**Nonpriority creditor's name and mailing address**
**Masayoshi Konno**
**11505 Pace Bend Ct**
**Gibsonton, FL 33534**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4990
**Nonpriority creditor's name and mailing address**
**Masked People**
**364 Michigan**
**Schenectady, NY 12305**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4991
**Nonpriority creditor's name and mailing address**
**mason champness**
**1579 orchard rd**
**gardnerville, NV 89410**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4992
**Nonpriority creditor's name and mailing address**
**mason kloeber**
**7145 reading rd**
**1409**
**Rosenberg, TX 77471**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4993
**Nonpriority creditor's name and mailing address**
**MASON MATTHEWS**
**61563 Newberry Dr.**
**Bend, OR, OR 97702**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4994
**Nonpriority creditor's name and mailing address**
**Mason Medeiros**
**1301 Tonopah St**
**Apt 314**
**Reno, NV 89509**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4995
**Nonpriority creditor's name and mailing address**
**Mason Small**
**796 Clearview Avenue, Unit 2**
**Pittsburgh, PA 15205**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.4996
**Nonpriority creditor's name and mailing address**
**Mateo Serna**
**12827 Madera Canyon Ln**
**Tomball, TX 77377**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4997
**Nonpriority creditor's name and mailing address**
**Mathew Belote**
**20816 Yale st.**
**Saint Clair Shores, MI 48081**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4998
**Nonpriority creditor's name and mailing address**
**mathews ninan**
**9105 W Flamingo Rd**
**Apt 2075**
**las vegas, NV 89147**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4999
**Nonpriority creditor's name and mailing address**
**MATIWOS KAFEL**
**12039 VEIRS MILL RD**
**APT301**
**SILVER SPRING, MD 20906**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5000
**Nonpriority creditor's name and mailing address**
**Matt Broadway**
**3125 Drumcliff Drive**
**1415**
**Matthews, NC 28105**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5001
**Nonpriority creditor's name and mailing address**
**Matt bruhn**
**7075 currie farm drive**
**haymarket, VA 20169**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5002
**Nonpriority creditor's name and mailing address**
**Matt Chappell**
**1247 E 1750 N**
**Payson, UT 84651**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5003
**Nonpriority creditor's name and mailing address**
**Matt Dutton**
**4103 angling lane**
**spring, TX 77386**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5004
**Nonpriority creditor's name and mailing address**
**Matt Hughes**
**3122 Mahan Dr**
**Ste 801-260**
**TALLAHASSEE, FL 32308**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5005
**Nonpriority creditor's name and mailing address**
**Matt LePiane**
**2453 Oregon City Blvd.**
**West Linn, OR 97068**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5006
**Nonpriority creditor's name and mailing address**
**Matt Maciejowski**
**4200 NW 73RD WAY**
**CORAL SPRINGS, FL 33065**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5007
**Nonpriority creditor's name and mailing address**
**matt tidwell**
**876 Lee Dr**
**Bedford, TX 76022**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5008
**Nonpriority creditor's name and mailing address**
**Matt Williams**
**1511 Durham Dr**
**Washington, IL 61571**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5009
**Nonpriority creditor's name and mailing address**
**Matteo Agostine**
**40 Sedgwick Dr**
**Englewood, CO 80113**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5010
**Nonpriority creditor's name and mailing address**
**Matthew Abelson**
**117 Benvenue Street**
**Wellesley, MA 02482**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5011
**Nonpriority creditor's name and mailing address**
**Matthew Armstrong**
**143-45 230th St**
**Laurelton, NY 11413**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5012
**Nonpriority creditor's name and mailing address**
**MATTHEW BEJARANO**
**1703 GOLDEN RIDGE DR**
**PLAINFIELD, IL 60586**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5013
**Nonpriority creditor's name and mailing address**
**Matthew Bickerstaff**
**868 S MARY AVE**
**Sunnyvale, CA 94087**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5014
**Nonpriority creditor's name and mailing address**
**Matthew Bobjak**
**18714 Condrey Ct**
**Tomball, TX 77377**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5015
**Nonpriority creditor's name and mailing address**
**Matthew Bochnewich**
**75 Central Ave**
**New Hyde Park, NY 11040**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5016
**Nonpriority creditor's name and mailing address**
**MATTHEW BOLDEN**
**404 E 73st**
**3**
**new york, NY 10021**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5017
**Nonpriority creditor's name and mailing address**
**Matthew Boswell**
**54 Riverferry Way**
**Rochester, NY 14608**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5018
**Nonpriority creditor's name and mailing address**
**Matthew Carroll**
**3646 Good Luck Rd**
**Aynor, SC 29511**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5019
**Nonpriority creditor's name and mailing address**
**Matthew Cole**
**9420 GOLDSMITH LN**
**MINT HILL, NC 28227**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5020
**Nonpriority creditor's name and mailing address**
**Matthew Cooley**
**5865 WIND CAVE LN**
**JACKSONVILLE, FL 32258-5187**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5021
**Nonpriority creditor's name and mailing address**
**Matthew Cruz**
**6218 Sea Amber Lane, Apollo Beach, FL 33**
**Apollo Beach, FL 33572**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5022
**Nonpriority creditor's name and mailing address**
**Matthew Curtin**
**6055 South Hawks Hollow Court**
**Tucson, AZ 85747**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5023
**Nonpriority creditor's name and mailing address**
**Matthew Dicola**
**5 Skipjack Ln.**
**Savannah, GA 31411**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5024
**Nonpriority creditor's name and mailing address**
**Matthew Fontana**
**13704 SWEETWATER COVE PL**
**TAMPA, FL 33613**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5025
**Nonpriority creditor's name and mailing address**
**Matthew Geisler**
**124 N Ardsley Lane**
**Rocky Point, NC 28457**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5026
**Nonpriority creditor's name and mailing address**
**Matthew Gonzalez**
**14597 Palm St**
**Adelanto, CA 92301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5027
**Nonpriority creditor's name and mailing address**
**Matthew Gray**
**2301 Baily Ray Avenue**
**Imperial, CA 92251**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5028
**Nonpriority creditor's name and mailing address**
**Matthew Hanson**
**4622 COLONY RD**
**P**
**CHARLOTTE, NC 28226**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5029
**Nonpriority creditor's name and mailing address**
**Matthew Hardy**
**166 Spyglass Lane**
**Anderson, SC 29625**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5030
**Nonpriority creditor's name and mailing address**
**Matthew Harrell**
**7612 LIMEBURY CT**
**TAMPA, FL 33625**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5031
**Nonpriority creditor's name and mailing address**
**Matthew Hays**
**117 Sycamore Rd**
**Collierville, TN 38017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5032
**Nonpriority creditor's name and mailing address**
**Matthew Huss**
**13833 Dominica Dr**
**Seminole, FL 33776**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5033
**Nonpriority creditor's name and mailing address**
**Matthew Huss**
**13833 dominica dr**
**Seminole, FL 33776**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5034
**Nonpriority creditor's name and mailing address**
**Matthew Kelly**
**27614 Linden Ridge Ln**
**Fulshear, TX 77441**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5035
**Nonpriority creditor's name and mailing address**
**Matthew Knapp**
**624 Paraiso Ave**
**Spring Valley, CA 91977**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5036
**Nonpriority creditor's name and mailing address**
**Matthew Knapp**
**2412 Red Arrow Trail**
**Fitchburg, WI 53711**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5037
**Nonpriority creditor's name and mailing address**
**Matthew LaRocco**
**845 Luther Rd**
**East Greenbush, NY 12061**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5038
**Nonpriority creditor's name and mailing address**
**Matthew Legare**
**117 MERLOT ST**
**MILLERSVILLE, MD 21108**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5039
**Nonpriority creditor's name and mailing address**
**Matthew Lenz**
**6816 Cassini Ave**
**Las Cruces, NM 88012**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5040
**Nonpriority creditor's name and mailing address**
**Matthew Ludka**
**9180 Spanish Moss Way**
**Unit 922**
**Bonita Springs, FL 34135**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5041
**Nonpriority creditor's name and mailing address**
**Matthew Lyon**
**3520 Golden Bell Ct**
**Heath, TX 75126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5042
**Nonpriority creditor's name and mailing address**
**Matthew Martinez**
**15228 Anaconda St**
**Whittier, CA 90603**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5043
**Nonpriority creditor's name and mailing address**
**Matthew Meuschke**
**37363 N Gary Rd.**
**Apt. 2044**
**Queen creek, AZ 85142**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5044

**Nonpriority creditor's name and mailing address**
**Matthew Mewborn**
**415 Charlie Ormond Rd**
**Snow Hill, NC 28580**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5045

**Nonpriority creditor's name and mailing address**
**Matthew Mihlon**
**200 E Washington Avew**
**Fairfield, IA 52556**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5046

**Nonpriority creditor's name and mailing address**
**Matthew Moniz**
**6 Claire Avenue**
**Mansfield, MA 02048**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5047

**Nonpriority creditor's name and mailing address**
**Matthew Moniz**
**6 Claire Avenue**
**Mansfield, MA 02048**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5048

**Nonpriority creditor's name and mailing address**
**Matthew Moreno**
**4755 Peninsula Point Dr**
**Unit A**
**Seaside, CA 93955**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5049

**Nonpriority creditor's name and mailing address**
**Matthew Munson**
**5545 Savoy Drive**
**Lake In The Hills, IL 60156**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5050
**Nonpriority creditor's name and mailing address**
**Matthew Oakey**
**1100 Solitude Trail**
**Unit 1114**
**Reno, NV 89523**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5051
**Nonpriority creditor's name and mailing address**
**Matthew Pearce**
**25819 Anderby Lane**
**Chantilly, VA 20152**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5052
**Nonpriority creditor's name and mailing address**
**Matthew Radacz**
**12380 Benton Harbor dr s**
**Jacksonville, FL 32225**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5053
**Nonpriority creditor's name and mailing address**
**Matthew Reyes**
**1612 43rd Avenue**
**Unit 2**
**Stone Park, IL 60165**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5054
**Nonpriority creditor's name and mailing address**
**Matthew Robertson**
**222 village walk**
**Exton, PA 19341**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5055
**Nonpriority creditor's name and mailing address**
**Matthew Robinson**
**126 N Chandler Ave**
**Monterey Park, California 91754-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5056
**Nonpriority creditor's name and mailing address**
**Matthew Romaniello**
**133 Bart Road**
**Monroe, CT 06468**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5057
**Nonpriority creditor's name and mailing address**
**Matthew Scharte**
**705 Remington St**
**202**
**Fort Collins, CO 80524**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5058
**Nonpriority creditor's name and mailing address**
**Matthew Schneider**
**96 White Oak Dr**
**Colbert, GA 30628**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5059
**Nonpriority creditor's name and mailing address**
**Matthew Shockey**
**809 Hormeyer Street**
**Clinton, MO 64735**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5060
**Nonpriority creditor's name and mailing address**
**Matthew Simpson**
**2411 89th St**
**Lubbock, TX 79423**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5061
**Nonpriority creditor's name and mailing address**
**Matthew Socaciu**
**4141 W Newland Dr**
**West Bloomfield, MI 48323**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5062
**Nonpriority creditor's name and mailing address**
**Matthew Sunstedt**
**1647 Oakhorne Dr**
**Harbor City, CA 90710**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5063
**Nonpriority creditor's name and mailing address**
**Matthew Thomas**
**14098 cahaba road**
**Jacksonville, FL 32224**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5064
**Nonpriority creditor's name and mailing address**
**Matthew Thornsbury**
**6962 Zerkle Rd**
**Springfield, OH 45502**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5065
**Nonpriority creditor's name and mailing address**
**Matthew Torres**
**25216 168th pl se**
**Covington, WA 98042**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5066
**Nonpriority creditor's name and mailing address**
**Matthew Trillo**
**409 N Yale Dr**
**Garland, TX 75042**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5067
**Nonpriority creditor's name and mailing address**
**matthew wardlow**
**4377 scarlet loop**
**wesley chapel, FL 33544**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5068 **Nonpriority creditor's name and mailing address**
**Matthew Warner**
**4114 Hickox Rd**
**Rowlett, TX 75089**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.5069 **Nonpriority creditor's name and mailing address**
**Matthew Weeks**
**214 Monarch Trail**
**Broomfield, CO 80020**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.5070 **Nonpriority creditor's name and mailing address**
**Matthew Werts**
**1921 Stoney Chase Dr**
**Lawrenceville, GA 30044**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.5071 **Nonpriority creditor's name and mailing address**
**Matvey Knysh**
**827 NW 10th AVE**
**Camas, WA 98607**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.5072 **Nonpriority creditor's name and mailing address**
**Maureen Croyle**
**222 S Palmway**
**Lake Worth, FL 33460**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.5073 **Nonpriority creditor's name and mailing address**
**Maurice Gates**
**16592 Washougal River Road**
**Washougal, WA 98671**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5074
**Nonpriority creditor's name and mailing address**
**Maurice Grant**
**6802 Irene ct**
**Bowie, MD 20720**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5075
**Nonpriority creditor's name and mailing address**
**Maurice Mack**
**30 corte Pino**
**Santa Rosa Beach, FL 32459**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5076
**Nonpriority creditor's name and mailing address**
**Maurice Scott**
**100 Ashcroft Drive**
**Jacksonville, NC 28546**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5077
**Nonpriority creditor's name and mailing address**
**Mauricio Goulart Dias**
**26 Bent Ave**
**Port Chester, NY 10573**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5078
**Nonpriority creditor's name and mailing address**
**Mauricio Navarro**
**14682 Purdy street**
**Midway City, CA 92655**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5079
**Nonpriority creditor's name and mailing address**
**Mauriese Davis**
**805 Plentywood Ct**
**Raleigh, NC 27615**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5080
**Nonpriority creditor's name and mailing address**
**Max McClure**
**3822 running ranch**
**San antonio, TX 78261**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5081
**Nonpriority creditor's name and mailing address**
**Max Shaffer**
**4117 caerleon cir**
**Bentonville, AR 72713**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5082
**Nonpriority creditor's name and mailing address**
**Max Shut**
**4200 Brooke Ct Unit 806**
**San Diego, CA 92122**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5083
**Nonpriority creditor's name and mailing address**
**MAX W LITUS**
**5342 FALLING WATER DR**
**ORLANDO, FL 32818**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5084
**Nonpriority creditor's name and mailing address**
**Maximilian Oehlschlager**
**8812 White Rock Lane**
**Argyle, TX 76226**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5085
**Nonpriority creditor's name and mailing address**
**Maxwell Staran**
**5430 N 180th Ave**
**Elkhorn, NE 68022**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5086

**Nonpriority creditor's name and mailing address**
**maykel negron**
**2310 w 53 st**
**2310**
**hialeah, FL 33016**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5087

**Nonpriority creditor's name and mailing address**
**Mazharkhan Pathan**
**6280 Diamondback Dr**
**Salisbury, MD 21801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5088

**Nonpriority creditor's name and mailing address**
**Maziar Shafiei**
**3062 Serenity Ln**
**Naperville, IL 60564**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5089

**Nonpriority creditor's name and mailing address**
**MC LEVY SAINT ELOI**
**4521 SAN FELIPE ST**
**HOUSTON, TX 77027**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5090

**Nonpriority creditor's name and mailing address**
**McKahl Hansen**
**13369 S Trestle Ln**
**Riverton, UT 84065**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5091

**Nonpriority creditor's name and mailing address**
**Mckinley Peavyhouse**
**2543 Northrup Falls Rd**
**Jamestown, TN 38556**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.509 2
**Nonpriority creditor's name and mailing address**
**Md Akhtar Hossain**
**21 Moore Rd**
**Westford, FL 01886**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.509 3
**Nonpriority creditor's name and mailing address**
**MD AMRAN SIDDIQUI**
**765 MONTAGUE EXPY APT 469**
**MILPITAS, CA 95035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.509 4
**Nonpriority creditor's name and mailing address**
**Md Ferdous**
**8914 34TH AVE APT 4F**
**4F**
**Jackson heights, NY 11372**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.509 5
**Nonpriority creditor's name and mailing address**
**Md Islam**
**387 ocean parkway**
**Apt 3G**
**Brooklyn, NY 11218**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.509 6
**Nonpriority creditor's name and mailing address**
**Md Islam Rahi**
**9916 191st St**
**Queens, NY 11423**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.509 7
**Nonpriority creditor's name and mailing address**
**Mederbek Sagyn uulu**
**493 canterbury tr**
**roselle, IL 60172**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5098
**Nonpriority creditor's name and mailing address**
**Meetkumar Patel**
**260 Ballantyne Common Cir**
**Apt 104**
**Hendersonville, NC 28792**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5099
**Nonpriority creditor's name and mailing address**
**Megan Damron**
**-**
**-**
**-, - -**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5100
**Nonpriority creditor's name and mailing address**
**Megan Dieu**
**14923 Honeymoon Bridge Lane**
**Sugar Land, TX 77498**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5101
**Nonpriority creditor's name and mailing address**
**Megan Haney**
**8712 Yellow Aster Road**
**Knoxville, TN 37931**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5102
**Nonpriority creditor's name and mailing address**
**Mehmet Yesilbas**
**11 Birch Hill Road**
**Agawam, MA 01001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5103
**Nonpriority creditor's name and mailing address**
**Mehul Mehta**
**756 Hazel way**
**Denver, NC 28037**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5104
**Nonpriority creditor's name and mailing address**
**Mehul Patel**
**42206 Winning Glory Drive**
**Aldie, VA 20105**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5105
**Nonpriority creditor's name and mailing address**
**Mei Ling Ho**
**710 Summerwind Way**
**Suwanee, GA 30024**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5106
**Nonpriority creditor's name and mailing address**
**Mekhroj Turaev**
**11866 atlin dr**
**Orlando, FL 32837**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5107
**Nonpriority creditor's name and mailing address**
**Melissa Stevens**
**2501 Bent Oak Pl**
**Adrian, MI 49221**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5108
**Nonpriority creditor's name and mailing address**
**Melissa Younglove**
**2436 S. Luster Ave.**
**Springfield, MO 65804**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5109
**Nonpriority creditor's name and mailing address**
**Melissa Younglove**
**2436 S. Luster Ave.**
**Springfield, MO 65804**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5110 **Nonpriority creditor's name and mailing address**
**melkis nunez**
**14445 alistar manor dr**
**wimauma, FL 33598**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5111 **Nonpriority creditor's name and mailing address**
**Melody Holmes**
**824 Cella Street**
**Memphis, TN 38114**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5112 **Nonpriority creditor's name and mailing address**
**Melvin Perdomo**
**1 Lindner Ct**
**Lawrence, MA 01841**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5113 **Nonpriority creditor's name and mailing address**
**Melvin Severino**
**337 TYNGSBORO RD APT 23**
**DRACUT, MA 01826**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5114 **Nonpriority creditor's name and mailing address**
**MELVIN SILVERIO**
**18 WARREN AVE**
**LINCOLN, RI 02865-3519**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5115 **Nonpriority creditor's name and mailing address**
**Melvin Vongvay**
**3611 Butternut Drive**
**158**
**Holland, Michigan 49424-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5116
**Nonpriority creditor's name and mailing address**
**Mency Nazarian**
**243 N Isabel St**
**Apt 8**
**Glendale, CA 91206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5117
**Nonpriority creditor's name and mailing address**
**Menelik Rowe**
**2713 W. Chase**
**Chicago, IL 60645**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5118
**Nonpriority creditor's name and mailing address**
**Meng Moua**
**6634 Ramshorn Drive**
**Deforest, WI 53532**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5119
**Nonpriority creditor's name and mailing address**
**Mercedes Martinez**
**134 W 44th St**
**Hialeah, FL 33012**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5120
**Nonpriority creditor's name and mailing address**
**Mercy Mujabi**
**1902 Palo Duro Dr**
**Odessa, TX 79762**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5121
**Nonpriority creditor's name and mailing address**
**Merhawi Asfha**
**2485 S decatur st**
**Denver, CO 80219**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5122

**Nonpriority creditor's name and mailing address**
**Mervyn Cabio**
**19238 Seabiscuit Stable Trl**
**Tomball, TX 77377**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5123

**Nonpriority creditor's name and mailing address**
**Messiah L**
**5207 burr pl**
**Seffner, FL 33584**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5124

**Nonpriority creditor's name and mailing address**
**Metilet Jean Jacques**
**912 South 16th Street**
**Haines City, FL 33844**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5125

**Nonpriority creditor's name and mailing address**
**Mi Do**
**701 Center Ridge Dr**
**APT 913**
**Austin, TX 78753**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5126

**Nonpriority creditor's name and mailing address**
**Mia Le**
**45804 Klamath court**
**House**
**temecula, CA 92592-2891**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5127

**Nonpriority creditor's name and mailing address**
**Micah Jackson**
**2097 E Washington St STE 1-E**
**Colton, CA 92324**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5128
**Nonpriority creditor's name and mailing address**
**Micah Lee**
**29 Charles Pl**
**Old Tappan, NJ 07675**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5129
**Nonpriority creditor's name and mailing address**
**Micah Morrison**
**2020 Callaway Park Pl**
**Thompsons Station, TN 37179**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5130
**Nonpriority creditor's name and mailing address**
**Micah Nowack**
**1088 Boller RD**
**Potlatch, ID 83855**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5131
**Nonpriority creditor's name and mailing address**
**Michael A Palmer**
**3685 santa marcella ave**
**US**
**las cruces, NM 88012**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5132
**Nonpriority creditor's name and mailing address**
**Michael A. Russo**
**623 Vanderbilt St**
**Brooklyn, NY 11218**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5133
**Nonpriority creditor's name and mailing address**
**MICHAEL ABAD**
**114 Meadow Run Cir**
**COPPELL, TX 75019**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.5134** **Nonpriority creditor's name and mailing address**
**Michael Abalos**
**109 Mountainview Road**
**Mount laurel, NJ 08054**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5135** **Nonpriority creditor's name and mailing address**
**Michael Aponte**
**5018 Moss Mill Rd**
**Egg Harbor City, NJ 08215**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5136** **Nonpriority creditor's name and mailing address**
**Michael Baladad**
**12301 Covello St.**
**North Hollywood, CA 91605**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5137** **Nonpriority creditor's name and mailing address**
**Michael Baquiran**
**1436 Canvas Drive**
**6**
**Chula Vista, CA 91913**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5138** **Nonpriority creditor's name and mailing address**
**Michael Bartolo**
**101 burchwood dr**
**macon, GA 31220**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5139** **Nonpriority creditor's name and mailing address**
**Michael Bean**
**11812 Scarecrow Ln**
**Orlando, FL 32821**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5140
**Nonpriority creditor's name and mailing address**
**Michael Beckwith**
**15092 Uplander St NW**
**Andover, MN 55304**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5141
**Nonpriority creditor's name and mailing address**
**Michael Belt**
**234 Brandon Road**
**Baltimore, MD, MD 21212**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5142
**Nonpriority creditor's name and mailing address**
**Michael Belt**
**234 Brandon Road**
**Baltimore, MD, MD 21212**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5143
**Nonpriority creditor's name and mailing address**
**Michael Belza**
**7246 Laramie avenue**
**Las Vegas, NV 89113**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5144
**Nonpriority creditor's name and mailing address**
**Michael Belza**
**1130 university rd**
**315 c**
**las vegas, NV 89119**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5145
**Nonpriority creditor's name and mailing address**
**Michael Bertram**
**8218 Mason rd**
**Sandusky, OH 44870**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5146

**Nonpriority creditor's name and mailing address**
**Michael Bodin-Lenoir**
**15118 Cimarron Ave**
**Rosemount, MN 55068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.5147

**Nonpriority creditor's name and mailing address**
**Michael Boles**
**4110 Halibut Point Road**
**P.O. Box 2194**
**Sitka, AK 99835**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.5148

**Nonpriority creditor's name and mailing address**
**Michael Boschen**
**98 Paulding Lane**
**Crompond, NY 10517**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.5149

**Nonpriority creditor's name and mailing address**
**Michael Burton**
**160 whitehead Dr**
**Covington, GA 30016**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.5150

**Nonpriority creditor's name and mailing address**
**Michael Call**
**70 Caballero Ct.**
**Ormond Beach, FL 32174**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.5151

**Nonpriority creditor's name and mailing address**
**Michael Chen**
**10324 Wateridge Cir**
**283**
**San Diego, CA 92121**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5152
**Nonpriority creditor's name and mailing address**
**Michael Chow**
**616 20th Street**
**220**
**San Francisco, CA 94107**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5153
**Nonpriority creditor's name and mailing address**
**MICHAEL CLEMENTS**
**1605 LEE TURNER RD**
**CLEVELAND, TX 77328**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5154
**Nonpriority creditor's name and mailing address**
**Michael Cohs**
**6211 Dunewood St**
**Portage, IN 46368**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5155
**Nonpriority creditor's name and mailing address**
**Michael Cohs**
**3080 Parkwood Place**
**Crown Point, IN 46307**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5156
**Nonpriority creditor's name and mailing address**
**michael crooks**
**200 Biscayne Boulevard**
**3913**
**Miami, FL 33131**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5157
**Nonpriority creditor's name and mailing address**
**Michael Dao**
**13207 NE 92nd Way**
**Redmond, WA 98052**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5158
**Nonpriority creditor's name and mailing address**
**Michael Farr**
**2180 Shadowood Pkwy**
**Atlanta, GA 30339**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5159
**Nonpriority creditor's name and mailing address**
**Michael Foy**
**6435 Birchview Dr**
**Saginaw, MI 48609**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5160
**Nonpriority creditor's name and mailing address**
**Michael French**
**5417 Stonewood Dr**
**Smyrna, TN 37167**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5161
**Nonpriority creditor's name and mailing address**
**Michael Friedman**
**1716 Saint Georges Rd**
**Dresher, PA 19025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5162
**Nonpriority creditor's name and mailing address**
**Michael Garozzo**
**21 Rock Cliff PL**
**White Plains, NY 10603**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5163
**Nonpriority creditor's name and mailing address**
**Michael Goldsmith**
**809 S 75th St**
**Broken Arrow, FL 74014**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5164
**Nonpriority creditor's name and mailing address**
**Michael Griffis**
**7898 James Austin Rd**
**Willow Spring, NC 27592**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5165
**Nonpriority creditor's name and mailing address**
**Michael Grummer**
**1951 Dorchester Ave**
**ALGONQUIN, IL 60102**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5166
**Nonpriority creditor's name and mailing address**
**Michael Haseley**
**8241 Turret Dr.**
**Blacklick, OH 43004**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5167
**Nonpriority creditor's name and mailing address**
**Michael Hawkins**
**223 Crescent NE**
**Grand Rapids, MI 49503**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5168
**Nonpriority creditor's name and mailing address**
**Michael Heines**
**4602 E Wind River Dr**
**Idaho Falls, ID 83401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5169
**Nonpriority creditor's name and mailing address**
**Michael Heiser**
**16201 Hesperian Blvd**
**Apt 145**
**San Lorenzo, CA 94580**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5170
**Nonpriority creditor's name and mailing address**
**Michael Herndon**
**2945 Harper Valley Dr**
**Atlanta, GA 30349**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5171
**Nonpriority creditor's name and mailing address**
**michael hogsett**
**1807 DORCHESTER DRIVE**
**NICHOLS HILLS, OK 73120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5172
**Nonpriority creditor's name and mailing address**
**Michael Hollis**
**5152 Mustang Rd**
**Alvin, TX 77511**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5173
**Nonpriority creditor's name and mailing address**
**michael hunt**
**5504 122nd. st. #B**
**Lubbock, TX 79424**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5174
**Nonpriority creditor's name and mailing address**
**Michael Huynh**
**25520 118 TH PL SE**
**Kent, WA 98030**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5175
**Nonpriority creditor's name and mailing address**
**Michael Jackson**
**13014 Sherman Way**
**71**
**North Hollywood, CA 91605**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.5176** **Nonpriority creditor's name and mailing address**
**MICHAEL JACKSON**
**255 GREEN VIEW RD**
**MOYOCK, NC 27958**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5177** **Nonpriority creditor's name and mailing address**
**Michael Jackson**
**11771 MIRA LAGO BLVD APT 1234**
**1234**
**Dallas, TX 75234**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5178** **Nonpriority creditor's name and mailing address**
**Michael Johnson**
**1638 Old England Loop**
**Sanford, FL 32771**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5179** **Nonpriority creditor's name and mailing address**
**Michael Johnson**
**108 Telemann Ln**
**Oak Ridge, TN 37830**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5180** **Nonpriority creditor's name and mailing address**
**Michael Jone**
**4006 Bryant Ct**
**Cypress, CA 90630**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5181** **Nonpriority creditor's name and mailing address**
**Michael Jones**
**7501 Hawkins Creamery Road**
**Laytonsville, MD 20882**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5182 **Nonpriority creditor's name and mailing address**
**Michael Jones**
**227 TRI CITY RD**
**SOMERSWORTH, NH 03878-1326**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5183 **Nonpriority creditor's name and mailing address**
**Michael Kaseman**
**178 RICHPIEN RD**
**Fort Walton Beach, FL 32547**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5184 **Nonpriority creditor's name and mailing address**
**Michael Klyce**
**813 Rebel Dr**
**Tuscumbia, AL 35674**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5185 **Nonpriority creditor's name and mailing address**
**Michael Koenig**
**1100 Havenbrook Drive**
**Tracy, CA 95376**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5186 **Nonpriority creditor's name and mailing address**
**Michael Kolpin**
**302 Red Wing Court**
**Versailles, KY 40383**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5187 **Nonpriority creditor's name and mailing address**
**Michael Koshivas**
**10023 Addison Way**
**APT 8411**
**Seminole, FL 33772**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5188
**Nonpriority creditor's name and mailing address**
**Michael Lang**
**124 Pergola Pl**
**Ormond Beach, FL 32174**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5189
**Nonpriority creditor's name and mailing address**
**Michael Lee**
**1138 Loxley Pl.**
**Walnut, CA 91789**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5190
**Nonpriority creditor's name and mailing address**
**Michael Lewthwaite**
**28843 Elmwood St**
**Garden City, MI 48135**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5191
**Nonpriority creditor's name and mailing address**
**Michael Lippe**
**9 nome drive**
**Woodbury, NY 11797**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5192
**Nonpriority creditor's name and mailing address**
**Michael Logan**
**1732 Shenandoah Road**
**Florence, AL 35630**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5193
**Nonpriority creditor's name and mailing address**
**Michael Lott**
**8100 U.S. 98**
**Apt 1304**
**Pensacola, FL 32506**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5194
**Nonpriority creditor's name and mailing address**
**Michael Lounsbury**
**4 Roseland Ct**
**Clifton Park, NY 12065**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5195
**Nonpriority creditor's name and mailing address**
**Michael Maloney**
**2781 n parkwood ln**
**Wichita, KS 67220**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5196
**Nonpriority creditor's name and mailing address**
**MICHAEL MALONEY**
**2781 N PARKWOOD LN**
**Wichita, KS 67220**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5197
**Nonpriority creditor's name and mailing address**
**Michael Mango**
**1254 hollywood avenue**
**Bronx, NY 10465**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5198
**Nonpriority creditor's name and mailing address**
**Michael Maraya**
**5800 Mia Skye St**
**Las Vegas, NV 89148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5199
**Nonpriority creditor's name and mailing address**
**Michael Martin**
**210 Southburn Drive**
**Hendersonville, TN 37075**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5200
**Nonpriority creditor's name and mailing address**
**Michael Maupin**
**30390 Madison Ave**
**Warren, MI 48093**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5201
**Nonpriority creditor's name and mailing address**
**michael mayenschein**
**35w912 Rock Glen Lane**
**St. Charles, IL 60175**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5202
**Nonpriority creditor's name and mailing address**
**Michael McCall**
**4551 Donald Ave**
**San Diego, CA 92117-3817**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5203
**Nonpriority creditor's name and mailing address**
**Michael McCarville**
**4025 N SAWYER AVE**
**Chicago, IL 60618**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5204
**Nonpriority creditor's name and mailing address**
**Michael McDonald**
**W166N9082 Grand Ave, MENOMONEE FALL**
**APT 4**
**MENOMONEE FALLS, WI 53051**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5205
**Nonpriority creditor's name and mailing address**
**Michael McIntyre**
**1901 Dunhillway**
**wall, NJ 07719**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5206
**Nonpriority creditor's name and mailing address**
**Michael McKay**
**35 Beaver Ave**
**Whiting, NJ 08759**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5207
**Nonpriority creditor's name and mailing address**
**Michael McLean**
**121 COTTER AVE**
**Staten Island, NY 10306**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5208
**Nonpriority creditor's name and mailing address**
**Michael Michael Ortiz**
**2015 Boston Post Rd**
**Westbrook, CT 06498**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5209
**Nonpriority creditor's name and mailing address**
**Michael Michel**
**8816 South Ridgeland Avenue, Chicago, IL**
**Chicago, IL 60617**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5210
**Nonpriority creditor's name and mailing address**
**Michael Migliori**
**8 Back Bay Court**
**Reading, MA 01867**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5211
**Nonpriority creditor's name and mailing address**
**MICHAEL MITCHELL**
**PO BOX 80011**
**PORTLAND, OR 97280**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5212
**Nonpriority creditor's name and mailing address**
**Michael Moeller**
**2807 Crest Drive**
**Carlsbad, CA 92008**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5213
**Nonpriority creditor's name and mailing address**
**Michael Monforte**
**20803 LAKE TALIA BLVD**
**Land O Lakes, FL 34638**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5214
**Nonpriority creditor's name and mailing address**
**Michael Moossa**
**209 Clark St**
**worcester, MA 01606**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5215
**Nonpriority creditor's name and mailing address**
**Michael Morris**
**1224 S. Jefferson**
**Spokane, WA 99204**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5216
**Nonpriority creditor's name and mailing address**
**Michael Murphy**
**1206 Meadowgate dr**
**Allen, TX 75002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5217
**Nonpriority creditor's name and mailing address**
**Michael Nattrass**
**212 Durant Street**
**Cookeville, TN 38506**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5218
**Nonpriority creditor's name and mailing address**
**Michael Nave**
**4615 Cocina Ln**
**Palmdale, CA 93551**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5219
**Nonpriority creditor's name and mailing address**
**Michael New**
**2539 TRIANA CIRCLE**
**HENDERSON, NV 89074**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5220
**Nonpriority creditor's name and mailing address**
**Michael Nijimbere**
**1702 Jacquelin Street**
**Richmond, Virginia 23220-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5221
**Nonpriority creditor's name and mailing address**
**Michael Parks**
**501 Marbella Ln, D312**
**Sanford, FL 32771**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5222
**Nonpriority creditor's name and mailing address**
**Michael Parmley**
**113 Robinwood Dr**
**Whitehouse, TX 75791**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5223
**Nonpriority creditor's name and mailing address**
**Michael Parmley**
**113 Robinwood Dr**
**Whitehouse, TX 75791**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5224
**Nonpriority creditor's name and mailing address**
**Michael Pichon**
**56 brownstone way**
**201**
**englewood, NJ 07631**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5225
**Nonpriority creditor's name and mailing address**
**Michael Ptashuk**
**2801 N Hayden Pkwy**
**926**
**Roseville, CA 95747**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5226
**Nonpriority creditor's name and mailing address**
**Michael Reid**
**8175 Summerset Dr**
**8187M**
**Colorado Springs, CO 80920**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5227
**Nonpriority creditor's name and mailing address**
**Michael Richard**
**35885 Homer Graham Rd**
**Walker, LA 70785**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5228
**Nonpriority creditor's name and mailing address**
**Michael Richardson**
**31002 harvest meadow ln**
**spring, TX 77386**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5229
**Nonpriority creditor's name and mailing address**
**Michael Rivera**
**13975 E Hay Bale Trail**
**Vail, AZ 85641**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5230
**Nonpriority creditor's name and mailing address**
**Michael Roberto**
**1963 Catalina Dr.**
**Santa Cruz, CA 95062**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5231
**Nonpriority creditor's name and mailing address**
**Michael Rodriguez**
**2629 Tamera ct**
**Apopka, FL 32712**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5232
**Nonpriority creditor's name and mailing address**
**Michael Romanowski**
**7 Cove Ct**
**Glenwood, NJ 07418**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5233
**Nonpriority creditor's name and mailing address**
**Michael Romero**
**3145 castle dr**
**Sulphur, LA 70665**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5234
**Nonpriority creditor's name and mailing address**
**Michael Rybarski**
**33 Aspinwall Ave**
**5**
**Brookline, MA 02446**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5235
**Nonpriority creditor's name and mailing address**
**Michael Saldana**
**2611 Garden Hill Dr**
**Apt 101**
**Raleigh, NC 27614**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.5236

**Nonpriority creditor's name and mailing address**
**Michael SAM FONG**
**P.O.Box 2208**
**KIHEI, HI 96753**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.5237

**Nonpriority creditor's name and mailing address**
**Michael Savage**
**1825 Figures Ave**
**Columbia, TN 38401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.5238

**Nonpriority creditor's name and mailing address**
**Michael Schlitt**
**112 Glen Haven Ln**
**Franklin, TN 37069**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.5239

**Nonpriority creditor's name and mailing address**
**Michael Sherer**
**1604 Miracle Mile**
**Springfield, OH 45503**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.5240

**Nonpriority creditor's name and mailing address**
**Michael Siemer**
**6701 Gables Way**
**Johnston, IA 50131**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.5241

**Nonpriority creditor's name and mailing address**
**Michael Simms**
**2355 Thomas Avenue**
**APT 2009**
**Dallas, TX 75201**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5242
**Nonpriority creditor's name and mailing address**
**Michael Siow**
**PO Box 239**
**Keaau, HI 96749**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5243
**Nonpriority creditor's name and mailing address**
**Michael Smiechowski**
**1400 Hampden Blvd**
**Reading, PA 19604**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5244
**Nonpriority creditor's name and mailing address**
**Michael Smith**
**13106 Hampton Circle**
**Goshen, KY 40026**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5245
**Nonpriority creditor's name and mailing address**
**Michael Socks**
**241 Solar Dr**
**Walkersville, MD 21793**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5246
**Nonpriority creditor's name and mailing address**
**Michael Solberg**
**1147 Wenonah Ave**
**Oak Park, IL 60304**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5247
**Nonpriority creditor's name and mailing address**
**Michael Soliven**
**435 W Center St Promenade**
**#402**
**Anaheim, CA 92805**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5248
**Nonpriority creditor's name and mailing address**
**Michael Solomon**
**6630 Neddy Avenue**
**West Hills, CA 91307**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5249
**Nonpriority creditor's name and mailing address**
**Michael Stone**
**54 N Rocky Point Cir**
**Spring, TX 77389**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5250
**Nonpriority creditor's name and mailing address**
**Michael Sweeney**
**735 Scenic Drive**
**Harleysville, PA 19438**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5251
**Nonpriority creditor's name and mailing address**
**Michael Syslo**
**15390 La Rocca Drive**
**Morgan Hill, CA 95037**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5252
**Nonpriority creditor's name and mailing address**
**Michael Todd**
**11600 Winery Road**
**Wadesville, IN 47638**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5253
**Nonpriority creditor's name and mailing address**
**MIchael Tomlinson**
**108 White Branch Ct**
**Fort Mill, SC 29715**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5254
**Nonpriority creditor's name and mailing address**
**Michael Trevino**
**2244 Trenton St**
**Saginaw, MI 48602**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5255
**Nonpriority creditor's name and mailing address**
**Michael Trevino**
**2244 Trenton St**
**Saginaw, MI 48602**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5256
**Nonpriority creditor's name and mailing address**
**Michael Tuba**
**20465 crosslin rd**
**Earlsboro, OK 74840**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5257
**Nonpriority creditor's name and mailing address**
**Michael Valloe**
**1111 Chesapeake Dr**
**Mansfield, TX 76063**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5258
**Nonpriority creditor's name and mailing address**
**Michael Van**
**7280 Black Oak Dr**
**Walls, MS 38680**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5259
**Nonpriority creditor's name and mailing address**
**Michael Walton**
**4631 Ivywood dr sw**
**Atlanta, GA 30331**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5260
**Nonpriority creditor's name and mailing address**
**Michael Wang**
**5654 Loma Ave**
**UNIT B**
**TEMPLE CITY, CA 91780**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5261
**Nonpriority creditor's name and mailing address**
**Michael Washington**
**155 canvasback lane**
**bloomingdale, IL 60108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5262
**Nonpriority creditor's name and mailing address**
**Michael Wiatrak**
**154 Ocean Ave**
**Breezy Point, NY 11697**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5263
**Nonpriority creditor's name and mailing address**
**Michael Wichrowski**
**58 Avery Dr N**
**Center Moriches, NY 11934**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5264
**Nonpriority creditor's name and mailing address**
**Michael Williams**
**14731 Forest Lodge Drive**
**Houston, TX 77070**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5265
**Nonpriority creditor's name and mailing address**
**Michael Wilson**
**6914 Pine Ridge Drive**
**Saint Louis, MO 63121**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5266
**Nonpriority creditor's name and mailing address**
**Michael Wyskiel**
**8225 Harvey Logan Drive**
**Colorado Springs, CO 80908**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5267
**Nonpriority creditor's name and mailing address**
**Michael Zhuang**
**18 Beach St**
**Quincy, MA 02170**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5268
**Nonpriority creditor's name and mailing address**
**Michael-Kenneth Fox**
**5719 Lewis Rd**
**Gastonia, NC 28052**
**Gastonia, NC 28052**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5269
**Nonpriority creditor's name and mailing address**
**MICHAELA DAVIS**
**2108 Hamilton St**
**Franklinton, LA 70438**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5270
**Nonpriority creditor's name and mailing address**
**MICHAELA DAVIS**
**2108 Hamilton St**
**Franklinton, LA 70438**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5271
**Nonpriority creditor's name and mailing address**
**Michaela Upchurch**
**5717 Misty Hill Cv**
**Austin, TX 78759**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.527 2

**Nonpriority creditor's name and mailing address**
**Micheal Bingham**
**101 spade leaf blvd**
**325**
**Hendersonville, TN 37075**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.527 3

**Nonpriority creditor's name and mailing address**
**Micheal Minvan**
**1300 central st#306**
**Evanston, IL 60201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.527 4

**Nonpriority creditor's name and mailing address**
**Micheal Murphy**
**1305 Diamond Dr**
**St. Paul, TX 75098**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.527 5

**Nonpriority creditor's name and mailing address**
**MICHEL GHALY**
**385 KENNEDY BLVD**
**Bayonne, NJ 07002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.527 6

**Nonpriority creditor's name and mailing address**
**Michelet Senat**
**107 William street**
**Long Island/Farmingdale, NY 11735**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.527 7

**Nonpriority creditor's name and mailing address**
**Michelle Collins**
**15615 JERICHO DR**
**ODESSA, FL 33556**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5278
**Nonpriority creditor's name and mailing address**
**Michelle Evans**
**4037 Phelan Road, STE A 181**
**PHELAN, CA 92371**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5279
**Nonpriority creditor's name and mailing address**
**Michelle Hay**
**1073 Stratford Ct**
**Loveland, OH 45140**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5280
**Nonpriority creditor's name and mailing address**
**MICHELLE QUIJIJE**
**3066 BRIGHTON 4TH**
**APT 305**
**BROOKLYN, NY 11235**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5281
**Nonpriority creditor's name and mailing address**
**Michelle Villanueva**
**3282 sellman loop**
**castle rock, CO 80109**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5282
**Nonpriority creditor's name and mailing address**
**Micheno Cirius**
**6062 wauconda way east**
**Lake worth, FL 33463**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5283
**Nonpriority creditor's name and mailing address**
**Micky Hom**
**141-16 85th rd**
**Briarwood, NY 11435**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5284
**Nonpriority creditor's name and mailing address**
**Midway Divany Louis**
**134McEntire Ln sw apt E17 Decatur**
**Decature, AL 35603**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5285
**Nonpriority creditor's name and mailing address**
**Miesha Woodard**
**1847 Haverford Dr**
**Allen, FL 75013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5286
**Nonpriority creditor's name and mailing address**
**Miguel Contreras**
**3745 West Vermont Ave**
**Phoenix, AZ 85019**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5287
**Nonpriority creditor's name and mailing address**
**Miguel Ferreira**
**845 Nordahl Road**
**Apto A**
**San Marcos, CA 92069**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5288
**Nonpriority creditor's name and mailing address**
**Miguel Flores**
**5128 70th St**
**woodside, NY 11377**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5289
**Nonpriority creditor's name and mailing address**
**Miguel Gonzalez**
**6611 Sunview Dr**
**CHARLOTTE, NC 28210**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5290
**Nonpriority creditor's name and mailing address**
**Miguel Jaramillo**
**42 Harris St**
**Pawtucket, RI 02861**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5291
**Nonpriority creditor's name and mailing address**
**Miguel Manzo**
**5050 Laguna blvd**
**112**
**Elk grove, CA 95758**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5292
**Nonpriority creditor's name and mailing address**
**miguel melendez**
**7611 Linda place**
**philadelphia, PA 19111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5293
**Nonpriority creditor's name and mailing address**
**Miguel Nogueras**
**3234 W. Haddon Ave**
**Chicago, IL 60651**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5294
**Nonpriority creditor's name and mailing address**
**Miguel Osorio**
**19 East russell street**
**Clifton, NJ 07011**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5295
**Nonpriority creditor's name and mailing address**
**Miguel Osorio**
**19 East russell street**
**Clifton, NJ 07011**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5296
**Nonpriority creditor's name and mailing address**
**Miguel Perez**
**11367 SW 158 PL**
**MIAMI, FL 33196**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5297
**Nonpriority creditor's name and mailing address**
**MIGUEL TOIMIL**
**212 GINGER LN**
**TORRINGTON, CT 06790**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5298
**Nonpriority creditor's name and mailing address**
**Miguel Villalobos**
**12093 W Overland Rd**
**Apt 103**
**Boise, ID 83709**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5299
**Nonpriority creditor's name and mailing address**
**Mihai Abadi**
**18250 n cave creek rd**
**Phoenix, AZ 85032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5300
**Nonpriority creditor's name and mailing address**
**Mihai Nistoroiu**
**1287 Big Bend Crossing Dr.**
**Valley Park, MO 63088**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5301
**Nonpriority creditor's name and mailing address**
**mihir patoliya**
**213 Deacon shuttack Way**
**Westborough, MA 01581**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5302
**Nonpriority creditor's name and mailing address**
**Mihir Trivedi**
**16503 Avaranche Way**
**ROUND ROCK, TX 78681**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5303
**Nonpriority creditor's name and mailing address**
**Mik Webber**
**8642 Bluebird Ct**
**WEST CHESTER, OH 45069**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5304
**Nonpriority creditor's name and mailing address**
**Mikael Tan**
**3916 N POTSDAM AVE**
**APT 1794**
**Sioux Falls, SD 57104**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5305
**Nonpriority creditor's name and mailing address**
**Mikail Zahir**
**10917 Snow Rd**
**Parma Heights, OH 44130**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5306
**Nonpriority creditor's name and mailing address**
**Mike Antoine**
**827 N Brannick Ave**
**Los Angeles, CA 90063**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5307
**Nonpriority creditor's name and mailing address**
**Mike Corona**
**706 Lafayette ave**
**Buffalo, NY 14222**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5308 **Nonpriority creditor's name and mailing address**
**Mike Georgopoulos**
**17142 W Diana Ave**
**Waddell, FL 85355**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5309 **Nonpriority creditor's name and mailing address**
**Mike Johnson**
**3640Helms rd.**
**Lancaster, SC 29720**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5310 **Nonpriority creditor's name and mailing address**
**mike khodabakhshi**
**8508 Jumilla Avenue**
**None**
**Winnetka, CA 91306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5311 **Nonpriority creditor's name and mailing address**
**Mike Louissaint**
**3131 Creek Dr SE**
**2A**
**Kentwood, MI 49512**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5312 **Nonpriority creditor's name and mailing address**
**Mike Malaca**
**373 Bartlett Lane**
**Vacaville, CA 95687**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5313 **Nonpriority creditor's name and mailing address**
**Mike Nam**
**209 Garden View Way**
**Rockville, MD 20850**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| 3.5314 | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Mike Perdue**<br>**11263 N Pennsylvania Ave**<br>**Kansas City, MO 64155**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.5315 | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Mike Turner**<br>**2626 Octavia St**<br>**4**<br>**oakland, CA 94619**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.5316 | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Mike Urann**<br>**559 n Harris st**<br>**spokane, WA 99205**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.5317 | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Mikhail Mashkevich**<br>**2637 east 22nd st**<br>**Brooklyn, NY 11235**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.5318 | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Mikoto Wollner**<br>**6918 NE Hancock ST**<br>**PORTLAND, OR 97213**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.5319 | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Miles Dyer**<br>**4350 Earlyview Ct**<br>**Colorado Springs, CO 80916**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5320
**Nonpriority creditor's name and mailing address**
**Miles Hood**
**1167 Linden Cir**
**Beecher, IL 60401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5321
**Nonpriority creditor's name and mailing address**
**Miles Louie**
**7554 192nd street**
**Fresh Meadows, NY 11366**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5322
**Nonpriority creditor's name and mailing address**
**Miley Singleton**
**1462 N Battin**
**Wichita, KS 67208**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5323
**Nonpriority creditor's name and mailing address**
**Millenia Kitikul**
**11474 Euclid Avenue**
**APT 232**
**Cleveland, OH 44106**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5324
**Nonpriority creditor's name and mailing address**
**Miller Clingaman**
**121 Rustic Pines Dr**
**Lufkin, TX 75904**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5325
**Nonpriority creditor's name and mailing address**
**Milton Creighton**
**1423 Plantation Ln**
**Tuscaloosa, AL 35405**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5326
**Nonpriority creditor's name and mailing address**
**Milton Ocampo**
**1655 Urbana Ln.**
**Oxnard, CA 93030**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5327
**Nonpriority creditor's name and mailing address**
**Min Jun Park**
**938 Hawkins Creek Dr**
**Jefferson, GA 30549**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5328
**Nonpriority creditor's name and mailing address**
**MIN LIU**
**1130 WILLOW RDG**
**ATHENS, GA 30606**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5329
**Nonpriority creditor's name and mailing address**
**Mina Nabi**
**2961 rising eagle CT**
**WOODBRIDGE, VA 22191**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5330
**Nonpriority creditor's name and mailing address**
**Mindaugas Malisauskas**
**425 Utah Ave S**
**Golden Valley, MN 55426**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5331
**Nonpriority creditor's name and mailing address**
**Mindaugas Smatauskas**
**2533 Braddock Drive**
**Naperville, IL 60565**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5332
**Nonpriority creditor's name and mailing address**
**Mindy Tran**
**2710 Apollo Drive**
**San Jose, CA 95121**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5333
**Nonpriority creditor's name and mailing address**
**Mindy Tran**
**8053 Monaco St., n/a**
**STANTON, CA 90680**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5334
**Nonpriority creditor's name and mailing address**
**Ming Yuan**
**32 Morrell St**
**West Roxbury, MA 02132**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5335
**Nonpriority creditor's name and mailing address**
**Mingyue Gu**
**4142 24th st**
**Long Island City, NY 11101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5336
**Nonpriority creditor's name and mailing address**
**Minh Huy Huynh**
**828 SW 125th ST**
**Seattle, WA 98146**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5337
**Nonpriority creditor's name and mailing address**
**Minh Le**
**11931 Eagle Island Ln**
**Houston, TX 77034**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5338 **Nonpriority creditor's name and mailing address**
**MINH NGUYEN**
**8011 Expectation Dr**
**San Antonio, TX 78254**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5339 **Nonpriority creditor's name and mailing address**
**Minh Nhat Phan**
**8158 Pond brook way**
**Elk Grove, CA 95758-8036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5340 **Nonpriority creditor's name and mailing address**
**MINH TRAN**
**13790 ONIEDA DR UNIT 105-B1**
**DELRAY BEACH, FL 33446**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5341 **Nonpriority creditor's name and mailing address**
**Minh Tran**
**311 Ashmont Street**
**Boston, MA 02124**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5342 **Nonpriority creditor's name and mailing address**
**Minh Tri Nguyen**
**P23B B12 Kim Lien, Dong Da**
**Hanoi, na 10000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5343 **Nonpriority creditor's name and mailing address**
**Minh Tri Vo**
**66/74D Lanh Binh Thang**
**Ward 13 District 11**
**Ho Chi Minh city 00070**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5344
**Nonpriority creditor's name and mailing address**
**Minh Truong**
**5444 Maisel way**
**San Diego, CA 92115**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5345
**Nonpriority creditor's name and mailing address**
**minh van oyama**
**8024 Paseo Aliso**
**Carlsbad, CA, CA 92009**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5346
**Nonpriority creditor's name and mailing address**
**MINHCHAU LE**
**12680 BRIAGLEN LOOP**
**UNIT B**
**STANTON, CA 90680**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5347
**Nonpriority creditor's name and mailing address**
**MinhTam Pham**
**2759 Autumn Breeze**
**Grand Prairie, TX 75052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5348
**Nonpriority creditor's name and mailing address**
**MINHTAM PHAM**
**2759 Autumn Breeze**
**Grand Prairie, TX 75052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5349
**Nonpriority creditor's name and mailing address**
**Mintian Du**
**2830 Cane Field Drive**
**Sugar Land, TX 77479**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5350
**Nonpriority creditor's name and mailing address**
**Mir Hassaan Talpur**
**734 INTERNATIONAL BLVD**
**HOUSTON, TX 77024**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5351
**Nonpriority creditor's name and mailing address**
**MIRAN SHIN**
**954 South Kenmore Avenue**
**APT 4**
**Los Angeles, CA 90006**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5352
**Nonpriority creditor's name and mailing address**
**Miriam Padron**
**9820 Sheridan St**
**204**
**Pembroke Pines, FL 33024**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5353
**Nonpriority creditor's name and mailing address**
**Mirnoff Dorlens Belfort**
**17820 Murdock Circle**
**Apt 103**
**Port Charlotte, FL 33948**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5354
**Nonpriority creditor's name and mailing address**
**misael gutierrez**
**21 DOUGLAS GROVE RD**
**henderson, NV 89052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5355
**Nonpriority creditor's name and mailing address**
**misael gutierrez**
**21 DOUGLAS GROVE RD**
**henderson, NV 89052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5356
**Nonpriority creditor's name and mailing address**
**Misty Stacy**
**455 nighway branch**
**Delbarton, WV 25670**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5357
**Nonpriority creditor's name and mailing address**
**Mitch Litam**
**4503 Azalea Ln**
**North Olmsted, OH 44070**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5358
**Nonpriority creditor's name and mailing address**
**mitcheal gardnee**
**shan**
**zdjdd**
**newyork, DE 73733**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5359
**Nonpriority creditor's name and mailing address**
**Mitchell Cokewell**
**2778 Saint Andrews Boulevard**
**Tarpon Springs, FL 34688**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5360
**Nonpriority creditor's name and mailing address**
**Mitchell Lavnick**
**87 Columbia Heights**
**Apt. 35**
**Brooklyn, NY 11201**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5361
**Nonpriority creditor's name and mailing address**
**Mitchell Moeller**
**10 Encinal**
**Foothill Ranch, CA 92610**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5362
**Nonpriority creditor's name and mailing address**
**Mitchell Monos**
**4932 Bullis Farm Road**
**Apt 315**
**Eau Claire, WI 54701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5363
**Nonpriority creditor's name and mailing address**
**Mitchell Sanchez**
**9561 Fontainebleau Boulevard**
**308**
**Miami, FL 33172**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5364
**Nonpriority creditor's name and mailing address**
**Mitchell Yang**
**11746 Bergamo Ct**
**Las Vegas, NV 89183**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5365
**Nonpriority creditor's name and mailing address**
**mitil patel**
**91-10 214th Street**
**queens village, NY 11428**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5366
**Nonpriority creditor's name and mailing address**
**Moataz Kamel**
**170 Rainbow Dr**
**#7094**
**Livingston, TX 77399**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5367
**Nonpriority creditor's name and mailing address**
**Moe Alramadan**
**3446 westgate dr**
**Greenville, NC 27834**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5368
**Nonpriority creditor's name and mailing address**
**Mohahmmad yaseen Wardag**
**6711 hornwood Dr**
**Houston, TX 77074**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5369
**Nonpriority creditor's name and mailing address**
**Mohamed Achraf MAGOUH**
**1817 Allanwood Rd**
**louisville, KY 40214**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5370
**Nonpriority creditor's name and mailing address**
**Mohamed Ahmad**
**2559 Cottonwood dr**
**Troy, MI 48083**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5371
**Nonpriority creditor's name and mailing address**
**Mohamed Barrack**
**2500 knights rd**
**6606**
**Bensalem, PA 19020**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5372
**Nonpriority creditor's name and mailing address**
**Mohamed Eissa**
**3310 Boniface Pkwy**
**Apt #24**
**Anchorage, AK 99504**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5373
**Nonpriority creditor's name and mailing address**
**Mohamed Himed**
**230 foerst glen dr**
**Oxford, MS 38655**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5374
**Nonpriority creditor's name and mailing address**
**Mohamed Jerbi**
**415 N 1St Street**
**Apt 413**
**Minneapolis, MN 55401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5375
**Nonpriority creditor's name and mailing address**
**Mohammad Faraj**
**26 Walford Way**
**Boston, MA 02129**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5376
**Nonpriority creditor's name and mailing address**
**Mohammad Ghulam Nabizada**
**8560 niles center rd**
**Skokie, IL 60077**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5377
**Nonpriority creditor's name and mailing address**
**Mohammad Mahmoud**
**2401 Canary Grass Ln**
**Prosper, TX 75078**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5378
**Nonpriority creditor's name and mailing address**
**Mohammad Said**
**801 Kenwood Rd**
**Drexel Hill, PA 19026**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5379
**Nonpriority creditor's name and mailing address**
**Mohammad Shahnawaz**
**10951 Stone Canyon Rd**
**Apt 190**
**Dallas, TX 75230**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5380

**Nonpriority creditor's name and mailing address**
**Mohammad Turaab**
**27 Holland Ave**
**Colonie, NY 12205**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5381

**Nonpriority creditor's name and mailing address**
**Mohammed Al-Tamimi**
**42244 Trotwood Ct**
**Canton, MI 48187**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5382

**Nonpriority creditor's name and mailing address**
**Mohammed Hyder**
**139 Waldron Ave**
**Staten Island, NY 10301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5383

**Nonpriority creditor's name and mailing address**
**Mohammed Miahjee**
**26 Speedwell St.**
**Dorchester, MA 02122**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5384

**Nonpriority creditor's name and mailing address**
**Mohammed Uddin**
**1571 Live Oak Dr**
**West Palm Beach, FL 33415**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5385

**Nonpriority creditor's name and mailing address**
**mohammed zahed**
**184 North Rose Blossom Lane**
**Anaheim, CA 92807**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5386
**Nonpriority creditor's name and mailing address**
**MOHANAPRIYA LOGANATHAN**
**2254 MERION POND**
**WOODSTOCK, MD 21163**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5387
**Nonpriority creditor's name and mailing address**
**Mohanned Ibrahim**
**2877 Fall Oaks Place**
**Herndon, VA 20171**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5388
**Nonpriority creditor's name and mailing address**
**Mohit Gupta**
**687 Mt Carmel Dr**
**Claremont, CA 91711**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5389
**Nonpriority creditor's name and mailing address**
**Mohmadali Momin**
**20 Pinnacle Shores**
**Newnan, GA 30265**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5390
**Nonpriority creditor's name and mailing address**
**Mohmadbilal Sabusa**
**26 S. Arbor Shrs**
**Newnan, GA 30265**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5391
**Nonpriority creditor's name and mailing address**
**Mohmedkamil Momin**
**1603 Ringold Street**
**Guntersville, AL 35976**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5392
**Nonpriority creditor's name and mailing address**
**Moises Abouganem**
**4275 NW ST CNL**
**Miami, FL 33126-1432**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5393
**Nonpriority creditor's name and mailing address**
**Moises Rodriguez**
**11625 Ottawa Ave**
**Orlando, FL 32837**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5394
**Nonpriority creditor's name and mailing address**
**Moises Sun Labial**
**1341 Fig Ct**
**National City, CA 91950**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5395
**Nonpriority creditor's name and mailing address**
**Mok Kim**
**321 Tall Oak**
**Irvine, CA 92603**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5396
**Nonpriority creditor's name and mailing address**
**Momin Khalid**
**715 Duncan Pl**
**Leesburg, VA 20175**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5397
**Nonpriority creditor's name and mailing address**
**Monica Graham**
**24226 Bower St, Corona, CA 92883 US**
**Corona, CA 92883**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5398
**Nonpriority creditor's name and mailing address**
**Monica Nelson**
**4014 9th St NE, Unit 2**
**Washington, DC 20017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5399
**Nonpriority creditor's name and mailing address**
**Monique Mai**
**29802 Macintosh Ln**
**New Hudson, MI 48165**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5400
**Nonpriority creditor's name and mailing address**
**Monirak Ngy**
**321 2ND ST**
**Geneva, FL 32732**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5401
**Nonpriority creditor's name and mailing address**
**MONIS ASLAM**
**4288 LAKE SHORE DR**
**WACO, TX 76710**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5402
**Nonpriority creditor's name and mailing address**
**Monise Gonzalez**
**13829 earpod dr**
**Orlando, FL 32828**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5403
**Nonpriority creditor's name and mailing address**
**Monroe Yohey**
**1775 US HIGHWAY 1 S #1058**
**St Augustine, FL 32084**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5404
**Nonpriority creditor's name and mailing address**
**Monterrius Battle**
**1934 Jasmine Dr**
**Lancaster, FL 75146**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5405
**Nonpriority creditor's name and mailing address**
**Montique Williams**
**PO BOX 200**
**Brandon, FL 33509**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5406
**Nonpriority creditor's name and mailing address**
**Morgan Cox**
**3222 Oakdale Rd**
**Hapeville, GA 30354**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5407
**Nonpriority creditor's name and mailing address**
**MORGAN PHAM**
**15972 Commonthwealth PL**
**WESTMINSTER, CA 92683**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5408
**Nonpriority creditor's name and mailing address**
**Morgwinn Whitlow**
**20 Springbok Street**
**Lime Acres, NC 08410**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5409
**Nonpriority creditor's name and mailing address**
**Morris Nelson**
**1318-C Belsly Blvd**
**Suite C**
**Moorhead, MN 56560**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5410
**Nonpriority creditor's name and mailing address**
**Morris Onyewuchi**
**2044 HERITAGE PLACE**
**MORROW, GA 30260**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5411
**Nonpriority creditor's name and mailing address**
**Morris Onyewuchi**
**2044 HERITAGE PLACE**
**MORROW, GA 30260**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5412
**Nonpriority creditor's name and mailing address**
**Moses Besonf**
**40 emory street**
**Brockton, MA 02301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5413
**Nonpriority creditor's name and mailing address**
**Mouhammad Bah**
**115 Lincoln Ave**
**Collingdale, Pennsylvania 19023-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5414
**Nonpriority creditor's name and mailing address**
**Moulin Lalaji**
**1121 quail dove dr**
**Little elm, TX 75068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5415
**Nonpriority creditor's name and mailing address**
**mounica bathini**
**65 monica way**
**monmouth jn, NJ 08852**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5416
**Nonpriority creditor's name and mailing address**
**Moussa Maouche**
**5960 Shisler ST**
**FL 2**
**Philadelphia, PA 19149**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5417
**Nonpriority creditor's name and mailing address**
**Moussa Samassa**
**120 Menahan St.**
**Brooklyn, NY 11221**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5418
**Nonpriority creditor's name and mailing address**
**Mozes Hoch**
**44 garden terrace**
**Springvalley, NY 10977**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5419
**Nonpriority creditor's name and mailing address**
**MSV LOGISTICS LLC**
**3504 N Rd 84**
**PASCO, WA 99301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5420
**Nonpriority creditor's name and mailing address**
**Mubarak Mahmood**
**31 McCulloch Dr**
**Dix Hills, NY 11746**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5421
**Nonpriority creditor's name and mailing address**
**Mubashir Majoka**
**357 Norran Dr**
**Rochester, NY 14609**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.5422** Nonpriority creditor's name and mailing address
**Muhammad Ashraf**
**6115 Emberwood Falls Dr**
**Katy, TX 77494**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**3.5423** Nonpriority creditor's name and mailing address
**Muhammad Bilal**
**106 Palermo Street**
**Central Islip, NY 11722**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**3.5424** Nonpriority creditor's name and mailing address
**Muhammad Iqbal**
**4443 Bishop Road**
**House 4443**
**Macon/Georgia, GA 31206**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**3.5425** Nonpriority creditor's name and mailing address
**muhammad jawed**
**1118 coventry LN**
**bolingbrook, IL 60440**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**3.5426** Nonpriority creditor's name and mailing address
**Muhammad Kanteh**
**1608 East-West Hwy**
**Apt 345**
**Silver Spring, MD 20910**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**3.5427** Nonpriority creditor's name and mailing address
**Muhammad Khan**
**12233 3rd Street NE**
**Blaine, MN 55434**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5428
**Nonpriority creditor's name and mailing address**
**Muhammad Mujeeb**
**1711 Edgemore ave**
**Sacramento, CA 95835**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5429
**Nonpriority creditor's name and mailing address**
**Muhammad Qasim**
**55 juniper st**
**Farmingdale**
**New York City, NY 11735**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5430
**Nonpriority creditor's name and mailing address**
**Muhammad Rizvi**
**2033 Lilyana lane**
**Plainfield, IL 60586**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5431
**Nonpriority creditor's name and mailing address**
**Mujaahid Mainor**
**2040 Prout Farm Road**
**POTTSTOWN, PA 19464**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5432
**Nonpriority creditor's name and mailing address**
**Mukesh Kumar**
**4970 Canal Dr**
**Lake Worth, FL 33463**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5433
**Nonpriority creditor's name and mailing address**
**Mumtaza Abdullah**
**53 Danbury Street SW**
**Washington, DC 20032**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5434
**Nonpriority creditor's name and mailing address**
**Murad Bappi**
**10514 scenic hollow dr**
**Riverview, FL 33578**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5435
**Nonpriority creditor's name and mailing address**
**Murilo Pereira**
**224 Oxford Hill Ln**
**Havertown, PA 19083**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5436
**Nonpriority creditor's name and mailing address**
**Murlisa Lindsey**
**254 Meandering Drive**
**Lebanon, TN 37090**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5437
**Nonpriority creditor's name and mailing address**
**Murphy NITHIKAN**
**1206 MEADOWGATE DR**
**Allen, TX 75002**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5438
**Nonpriority creditor's name and mailing address**
**Mursaleen Shah**
**167-15 Hillside Avenue**
**Jamaica, NY 11432**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5439
**Nonpriority creditor's name and mailing address**
**Murugesh Prabhu**
**4100 Tour Trace**
**Land O Lakes, FL 34638**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.5440** **Nonpriority creditor's name and mailing address**
**Mustafa Al**
**819 Wooded Heights ln**
**Magnolia, TX 77354**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5441** **Nonpriority creditor's name and mailing address**
**Mustafa Melih Kasti**
**3037 Robin Road**
**Plano, TX 75075**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5442** **Nonpriority creditor's name and mailing address**
**muthaiya ramachandran**
**9881 hyde glen ct**
**charlotte, NC 28262**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5443** **Nonpriority creditor's name and mailing address**
**Mutiu Kolapo**
**19614 Kendal Bend Trl.**
**CYPRESS, TX 77429**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5444** **Nonpriority creditor's name and mailing address**
**Mutsi Mosoeu**
**22 Hennie Street**
**Kempton Park, GP 01618**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5445** **Nonpriority creditor's name and mailing address**
**Muzna Jabeen**
**2625 cumberland trail**
**Balch springs, TX 75181**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5446
**Nonpriority creditor's name and mailing address**
**Mychael McKay**
**3146 PORTSMOUTH AVE**
**APT 2**
**CINCINNATI, OH 45208**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5447
**Nonpriority creditor's name and mailing address**
**Mykal Brown**
**6719 Overlook Drive**
**Fort Myers, FL 33919**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5448
**Nonpriority creditor's name and mailing address**
**Myles Harris**
**4700 Tanglebriar Dr.**
**Charlotte, NC 28208**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5449
**Nonpriority creditor's name and mailing address**
**Myrlene Time**
**1036 SW Di Lido Ln**
**Port Saint Lucie, FL 34953**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5450
**Nonpriority creditor's name and mailing address**
**myrlene Time**
**1036 SW Di Lido Ln**
**Port Saint Lucie, FL 34953**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5451
**Nonpriority creditor's name and mailing address**
**Myung Woods**
**35109 Hwy 79**
**space 40**
**Warner Springs, CA 92086**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.5452**
**Nonpriority creditor's name and mailing address**
**Nabor Barron III**
**807 E Clayton St**
**Cuero, TX 77954**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.5453**
**Nonpriority creditor's name and mailing address**
**Nader Mohsen**
**533 Mill Rd**
**Staten Island, NY 10306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.5454**
**Nonpriority creditor's name and mailing address**
**Naeem Abdullah**
**2728 Parkerridge Dr**
**Independence, KY 41051**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.5455**
**Nonpriority creditor's name and mailing address**
**Nagaraju Jammidiguntla**
**4638,Vasari St**
**Dublin, CA 94568**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.5456**
**Nonpriority creditor's name and mailing address**
**Nagarjun Veerannagari**
**11023 Hayden falls dr**
**Richmond, TX 77406**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.5457**
**Nonpriority creditor's name and mailing address**
**Nagendra Srinivas**
**13102 Cool Meadow Dr**
**Frisco, TX 75035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5458
**Nonpriority creditor's name and mailing address**
**Nahom Hagos**
**2521 Delmar Drive**
**Plano, TX 75075**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5459
**Nonpriority creditor's name and mailing address**
**Nahuel Malpartida**
**360 W Hubbard street**
**Apt 2801**
**Chicago, IL 60654**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5460
**Nonpriority creditor's name and mailing address**
**NAI CHEUNG**
**1120 Bristol Pike**
**Bensalem, PA 19020**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5461
**Nonpriority creditor's name and mailing address**
**Naiete Ernesto**
**332 vezi section phola location**
**332**
**Witbank, MP 02233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5462
**Nonpriority creditor's name and mailing address**
**najeeb ahmed**
**100 sw 69th ter**
**pembroke pines, FL 33023**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5463
**Nonpriority creditor's name and mailing address**
**Najeeb Akhtar**
**1809 Social Dr Apt 1123**
**Pflugerville, TX 78660**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5464 **Nonpriority creditor's name and mailing address**
**Nam Tran**
**14132 Purdy Street**
**Westminster, CA 92683**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5465 **Nonpriority creditor's name and mailing address**
**Nam Tran**
**284 Baywood Dr**
**Newport Beach, CA 92660**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5466 **Nonpriority creditor's name and mailing address**
**Namitha Hemachandran**
**40 Newport Pkwy**
**Jersey city, NY 07310**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5467 **Nonpriority creditor's name and mailing address**
**Nan Chen**
**4147 Aristotle Dr**
**El Dorado Hills, CA 95762**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5468 **Nonpriority creditor's name and mailing address**
**Nana Brobbey**
**4523 Everstone Crk**
**San Antonio, TX 78251**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5469 **Nonpriority creditor's name and mailing address**
**Nancy Kieu**
**11874 85th St**
**Largo, FL 33773**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.5470 | **Nonpriority creditor's name and mailing address**<br>**Nancy Qian**<br>**8456 Timber Trail**<br>**OH, OH 44141**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.5471 | **Nonpriority creditor's name and mailing address**<br>**Naol Yadeta**<br>**31150 NICE AVE**<br>**MENTONE, CA 92359**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.5472 | **Nonpriority creditor's name and mailing address**<br>**Naomi Abaga**<br>**9329 Pan Ridge Road**<br>**Parkville, MD 21234**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.5473 | **Nonpriority creditor's name and mailing address**<br>**Narayanan Magudapathy**<br>**2814 Sandberry Dr**<br>**Kingwood, TX 77345**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.5474 | **Nonpriority creditor's name and mailing address**<br>**Narek Hayrapetyan**<br>**1524 Colina Drive**<br>**Glendale, CA 91208**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.5475 | **Nonpriority creditor's name and mailing address**<br>**narendranath gogineni**<br>**11306 softbreeze ct**<br>**pearland, TX 77584**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5476

**Nonpriority creditor's name and mailing address**
**Naresh Kotadiya**
**904 S Pugh St**
**Apt 1**
**State College, PA 16801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5477

**Nonpriority creditor's name and mailing address**
**Naresh Reddy Vemula**
**21622 Marguerite Parkway**
**#86**
**Mission Viejo, CA 92692**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5478

**Nonpriority creditor's name and mailing address**
**Naresh Reddy Vemula**
**21622 Marguerite Parkway**
**#86**
**Mission Viejo, CA 92692**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5479

**Nonpriority creditor's name and mailing address**
**Nashra Shamim**
**1506 northridge dr**
**US**
**carrolton, TX 75006**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5480

**Nonpriority creditor's name and mailing address**
**Nasif Sufian**
**16 croft rd**
**Poughkeepsie, NY 12603**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5481

**Nonpriority creditor's name and mailing address**
**Nasrullah Mohammadi**
**48 Plymouth Street**
**48**
**Everett, MA 02149**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5482
**Nonpriority creditor's name and mailing address**
**Nasser AlRifai**
**109 Lukens Dr**
**Unit C-1052**
**New Castle, DE 19720**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5483
**Nonpriority creditor's name and mailing address**
**Nasser AlRifai**
**109 Lukens Dr**
**Unit C-1052**
**New Castle, FL 19720**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5484
**Nonpriority creditor's name and mailing address**
**Natalia Duque**
**39878 Vineland Pl**
**Cherry Valley, FL 92223**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5485
**Nonpriority creditor's name and mailing address**
**natalia mendoza**
**230 fairview lane**
**davidson, NC 28036**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5486
**Nonpriority creditor's name and mailing address**
**Natalia Ngoc Le**
**10728 W San Juan Ave**
**Phoenix, AZ 85037**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5487
**Nonpriority creditor's name and mailing address**
**Natalie Espinoza**
**5221 Wood Avenue**
**South Gate, CA 90280**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5488 **Nonpriority creditor's name and mailing address**
**Natasha Gerdes**
**6060 NW 92ND AVE**
**TAMARAC, FL 33321**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5489 **Nonpriority creditor's name and mailing address**
**Nathalie Juste**
**229 Route 202**
**Apartment 5A**
**Pomona, NY 10970**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5490 **Nonpriority creditor's name and mailing address**
**Nathalie Saint-Juste**
**5207 Buttonwood Ct**
**Tamarac, FL 33319**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5491 **Nonpriority creditor's name and mailing address**
**Nathan Akpan**
**1581 Wallin Bradley Dr**
**3202**
**Round Rock, TX 78665**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5492 **Nonpriority creditor's name and mailing address**
**Nathan Bargas**
**10626 Ne Sacramento St**
**Portland, OR 97220**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5493 **Nonpriority creditor's name and mailing address**
**Nathan Bernadskii**
**1407 MUSEUM ROAD BEATY WEST**
**1201-2**
**Gainesville, FL 32612-1101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5494

**Nonpriority creditor's name and mailing address**
**Nathan Chen**
**20554 Missionary Ridge St**
**Walnut, CA 91789**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5495

**Nonpriority creditor's name and mailing address**
**Nathan Cooksey**
**770 Lakewood Ct**
**Highland Village, TX 75077**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5496

**Nonpriority creditor's name and mailing address**
**NATHAN CZERWINSKI**
**95 TORONITA AVE**
**PITTSFIELD, MA 01201**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5497

**Nonpriority creditor's name and mailing address**
**Nathan Dehmler**
**517 Airport Way**
**STE P**
**Monterey, CA 93940**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5498

**Nonpriority creditor's name and mailing address**
**Nathan Diller**
**220 Maple Lakes Dr**
**Cataula, GA 31804**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5499

**Nonpriority creditor's name and mailing address**
**Nathan Gbedemah**
**513 S Damen Ave**
**Apt 1802**
**Chicago, IL 60612**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC**
Name

Case number (if known)

3.5500
**Nonpriority creditor's name and mailing address**
**Nathan Hizon**
**914 T St.**
**#4**
**Sacramento, CA 95811**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5501
**Nonpriority creditor's name and mailing address**
**Nathan Jensen**
**7726 46th Place West**
**Mukilteo, WA 98275**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5502
**Nonpriority creditor's name and mailing address**
**Nathan Laughlin**
**1104 NW 190th Pl**
**Edmond, OK 73012**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5503
**Nonpriority creditor's name and mailing address**
**Nathan Mai**
**2508 Waterford Glen Circle**
**Roseville, CA 95747**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5504
**Nonpriority creditor's name and mailing address**
**NATHAN NANJI**
**354 Northampton Way**
**Middletown, DE 19709**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5505
**Nonpriority creditor's name and mailing address**
**Nathan Nguyen**
**2300 Ruth Ct**
**West Covina, CA 91792**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5506
**Nonpriority creditor's name and mailing address**
**Nathan Nguyen**
**2300 Ruth Court**
**West Covina, CA 91792**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5507
**Nonpriority creditor's name and mailing address**
**Nathan Orange**
**4010 Minnetonka Dr**
**Linden, MI 48451**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5508
**Nonpriority creditor's name and mailing address**
**nathan talmadge**
**6101 rosalind ave, richmond, CA 94805 US**
**Richmond, CA 94805**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5509
**Nonpriority creditor's name and mailing address**
**Nathan Vander Roest**
**2466 Jostaberry Way**
**Odenton, MD 21113**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5510
**Nonpriority creditor's name and mailing address**
**Nathan Williams**
**3717 Hotze Rd**
**Salem, IL 62881**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5511
**Nonpriority creditor's name and mailing address**
**Nathan Xiong**
**4567 E Robinson Ave**
**Fresno, CA 93726**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5512
**Nonpriority creditor's name and mailing address**
**Nathan Yoder**
**701 N Dooly St**
**Montezuma, GA 31063**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5513
**Nonpriority creditor's name and mailing address**
**Nathanael Simon**
**99 Flint St**
**Somerville, MA 02145**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5514
**Nonpriority creditor's name and mailing address**
**Nathanial Feather**
**2250 MCGREGOR BLVD 1319**
**1319**
**Fort Myers, FL 33901**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5515
**Nonpriority creditor's name and mailing address**
**Nathaniel Brown**
**1701 Park Central Dr**
**Apt 812**
**McKinney, TX 75069**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5516
**Nonpriority creditor's name and mailing address**
**Nathaniel Effang**
**4016 KingStreamLanye**
**Chester, VA 23831**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5517
**Nonpriority creditor's name and mailing address**
**Nathaniel Loria**
**3225 W. Division St. FL 1**
**Chicago, IL 60651**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5518
**Nonpriority creditor's name and mailing address**
**Nathaniel Loria**
**3225 W. Division St.**
**#1**
**Chicago, IL 60651**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5519
**Nonpriority creditor's name and mailing address**
**Nathaniel Luby**
**2112 McDowell Ave**
**Jourdanton, TX 78026**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5520
**Nonpriority creditor's name and mailing address**
**nathaniel megginson**
**205 Arnage Dr**
**HUTTO, TX 78634-2338**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5521
**Nonpriority creditor's name and mailing address**
**Nathaniel Timmerman**
**7308 Forest ave**
**Apt b**
**Cincinnati, OH 45231**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5522
**Nonpriority creditor's name and mailing address**
**Nathaniel Townsend**
**380 Woodside Dr**
**Batavia, OH 45103**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5523
**Nonpriority creditor's name and mailing address**
**Nathaniel Vasquez West**
**7646 Branston**
**San Antonio, TX 78250**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5524
**Nonpriority creditor's name and mailing address**
**nathaniel white**
**18631 parama creek trail**
**katy, TX 77449**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5525
**Nonpriority creditor's name and mailing address**
**Nathnael Solomon**
**12929 Sugarloaf chapel dr**
**clarksburg, MD 20871**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5526
**Nonpriority creditor's name and mailing address**
**nathon najera**
**764 old hwy 15**
**ecru, MS 38841**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5527
**Nonpriority creditor's name and mailing address**
**Natia Harris**
**11504 Carriage Crossing Dr**
**Upper Marlboro, MD 20772**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5528
**Nonpriority creditor's name and mailing address**
**Natnael kassie**
**40 Middlefield pl**
**Tonopah complex**
**washoe valley, NV 89704**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5529
**Nonpriority creditor's name and mailing address**
**Navaraj Aryal**
**9044 Silsby Dr**
**Fort Worth, TX 76244**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5530
**Nonpriority creditor's name and mailing address**
**NAVEED SARWARI**
**16 RAPIDAN DR**
**STAFFORD, VA 22556**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5531
**Nonpriority creditor's name and mailing address**
**Navin Chopra**
**6774 East Running Deer Trail**
**SCOTTSDALE, AZ 85266**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5532
**Nonpriority creditor's name and mailing address**
**Navindra Ramdass**
**3003 BLAKELY DR**
**ORLANDO, FL 32835**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5533
**Nonpriority creditor's name and mailing address**
**Navindra Ramdass**
**3003 Blakely Dr**
**Orlando, FL 32835**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5534
**Nonpriority creditor's name and mailing address**
**Nawzad Ahmed**
**12515 SE 296 Way**
**Auburn, WA 98092**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5535
**Nonpriority creditor's name and mailing address**
**Nay Aung**
**7301 E AMARILLO BLVD**
**AMARILLO, TEXAS 79107-7835**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5536
**Nonpriority creditor's name and mailing address**
**Nayef Malik**
**2535 Northern Great White Ct**
**Katy, TX 77449**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5537
**Nonpriority creditor's name and mailing address**
**Nazario Ragonton**
**124 Kaiemi St**
**Kahului, HI 96732**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5538
**Nonpriority creditor's name and mailing address**
**Nazeer Zaheer Pasha**
**5855 hillbrook pl**
**dublin, CA 94568**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5539
**Nonpriority creditor's name and mailing address**
**Nazim Thawer**
**1609 STEVENS STREET**
**3**
**Houston, TX 77026**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5540
**Nonpriority creditor's name and mailing address**
**nddsdnd dndndggdgndn**
**hdhdfhdhdhd 12sgsg gggg**
**dfhdhdhd, FL 10001**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5541
**Nonpriority creditor's name and mailing address**
**Neal Bakker**
**708 Sundrop Dr**
**Little Elm, TX 75068**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5542
**Nonpriority creditor's name and mailing address**
**Neel Goyal**
**15 Wynwood Dr**
**Parsippany, NJ 07054**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5543
**Nonpriority creditor's name and mailing address**
**Neel Patel**
**1961B Middlesex ST**
**Lowell, MA 01851**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5544
**Nonpriority creditor's name and mailing address**
**Neelima Vanamala**
**1204 hidden ridge**
**Apt 3014**
**Irving, TX 75038**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5545
**Nonpriority creditor's name and mailing address**
**Neeraj Joshi**
**1716 Hazelnut Lane**
**Milpitas, California 95035-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5546
**Nonpriority creditor's name and mailing address**
**Neerav Jain**
**25 Walnut Ave.**
**APT 111**
**Clark, NJ 07066**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5547
**Nonpriority creditor's name and mailing address**
**Neetha Surendra Nayak**
**870 Carriage Rd**
**Pittsburgh, PA 15220**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5548
**Nonpriority creditor's name and mailing address**
**NEHA JOMON**
**5040 Calhoun Rd #601C**
**Houston, TX 77004**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5549
**Nonpriority creditor's name and mailing address**
**neha kachchhara**
**3213 stoneburg ct**
**greensboro, NC 27409**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5550
**Nonpriority creditor's name and mailing address**
**Neha Kadu**
**24 Beacon Way**
**Apt 1705**
**Jersey City, NJ 07304**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5551
**Nonpriority creditor's name and mailing address**
**Neha Khurana**
**1109 Post Oak Pl**
**Westlake, TX 76262**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5552
**Nonpriority creditor's name and mailing address**
**Nehaal Ahmed**
**9515 Gross Point Rd**
**Unit A**
**Skokie, IL 60076**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5553
**Nonpriority creditor's name and mailing address**
**nehemias serrano**
**6747 Carnelian st**
**Jurupa Valley, CA 91752**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5554
**Nonpriority creditor's name and mailing address**
**Nehemie Jacques**
**6154 westfall rd**
**lake worth, FL 33463**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5555
**Nonpriority creditor's name and mailing address**
**Neil Bamba**
**300 Palmcrest Dr**
**Apt 170**
**Daly City, CA 94015**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5556
**Nonpriority creditor's name and mailing address**
**neil camenker**
**7763 East Camleback**
**#238**
**scottsdale, AZ 85251**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5557
**Nonpriority creditor's name and mailing address**
**Neil Cubbison**
**PO Box 231099**
**ENCINITAS, CA 92023**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5558
**Nonpriority creditor's name and mailing address**
**Neil Kamzan Miranda**
**91-1065 Lanakoi St**
**Kapolei, HI 96707**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5559
**Nonpriority creditor's name and mailing address**
**Neil Rischall**
**201 Allen Street**
**10018**
**New York, NY 10002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.5560 | **Nonpriority creditor's name and mailing address**<br>**Neil Turner**<br>**475 Ruth St**<br>**Bridgeport, CT 06606**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.5561 | **Nonpriority creditor's name and mailing address**<br>**Neil Walker**<br>**7920 Avenida Navidad**<br>**#141**<br>**San Diego, CA 92122**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.5562 | **Nonpriority creditor's name and mailing address**<br>**Nelida Cosme**<br>**10208 Shenandoah St**<br>**El Paso, TX 79924**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.5563 | **Nonpriority creditor's name and mailing address**<br>**Nelly Le**<br>**2421 MANGULAR AVE**<br>**Corona, CA 92882**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.5564 | **Nonpriority creditor's name and mailing address**<br>**Nelly Marisol Sayago**<br>**7851 Davie Rd Ext 1210**<br>**Holliwood, FL 33024**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.5565 | **Nonpriority creditor's name and mailing address**<br>**Nelson Barahona**<br>**8209 Colfax st**<br>**Detroit, MI 48204**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5566
**Nonpriority creditor's name and mailing address**
**Nelson Doan**
**14551 Pleasant St.**
**GARDEN GROVE, CA 92843**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5567
**Nonpriority creditor's name and mailing address**
**Nelson Eymael**
**266 Fraxinella St**
**Encinitas, CA 92024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5568
**Nonpriority creditor's name and mailing address**
**Nelson Murillo**
**60 lincoln ave**
**Stamford, CT 06902**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5569
**Nonpriority creditor's name and mailing address**
**Nelson Norman**
**509 Center road**
**Fort Myers, FL 33907**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5570
**Nonpriority creditor's name and mailing address**
**Nelson Rosa**
**22 Auburn St**
**Woburn, MA 01801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5571
**Nonpriority creditor's name and mailing address**
**Nephi Jahn**
**3736 Loma Adriana Dr**
**El Paso, TX 79938-1235**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5572
**Nonpriority creditor's name and mailing address**
**Nestor Ibarra**
**5068 n river fringe dr**
**tucson, AZ 85704**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5573
**Nonpriority creditor's name and mailing address**
**nestor ibarra**
**5068 n river fringe dr**
**Tucson, AZ 85704**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5574
**Nonpriority creditor's name and mailing address**
**Nevasca Powell**
**14010 Wyandotte DR SW**
**Huntsville, AL 35803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5575
**Nonpriority creditor's name and mailing address**
**neveda rajkumar**
**1147 FTELEY AVE**
**2F**
**Bronx, NY 10472**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5576
**Nonpriority creditor's name and mailing address**
**Neville Oyiti**
**244 Biscayne Blvd, 1909**
**Miami, FL 33132**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5577
**Nonpriority creditor's name and mailing address**
**nevin joplin**
**1506 s i35 frontage rd**
**apt 3922**
**san marcos, TX 78666**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5578
**Nonpriority creditor's name and mailing address**
**NEWTON REYNOLDS**
**200 LESLIE DR APT 816**
**HALLANDLE BCH, FL 33009**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5579
**Nonpriority creditor's name and mailing address**
**Nga Huynh**
**582 Mountain Home Drive**
**San Jose, CA 95136**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5580
**Nonpriority creditor's name and mailing address**
**nga truong thi my**
**g24 xuan binh**
**Long Khanh,, Dong Nai 76000-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5581
**Nonpriority creditor's name and mailing address**
**ngan ho**
**509 Trade Wind PL Unit 103**
**#103**
**Chesapeake, VA 23323**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5582
**Nonpriority creditor's name and mailing address**
**Ngan Quach**
**14202 Silversand Ct**
**Houston, TX 77044**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5583
**Nonpriority creditor's name and mailing address**
**NGAN VU**
**1100 E Ross ave**
**ALHAMBRA, CA 91801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5584
**Nonpriority creditor's name and mailing address**
**Nghi Tran**
**216 carriage dr**
**Carol stream, IL 60188**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5585
**Nonpriority creditor's name and mailing address**
**Nghia Ho**
**200 Solitaire Avenue**
**Lafayette, LA 70508**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5586
**Nonpriority creditor's name and mailing address**
**Nghia Nguyen**
**431 Tuscano Ln**
**Biloxi, MS 39531**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5587
**Nonpriority creditor's name and mailing address**
**Nghia Nguyen**
**145E Cu Xa Cuu Long Phuong 22 Quan Binh**
**TPHCM 70000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5588
**Nonpriority creditor's name and mailing address**
**NGO DUC NAM**
**HIEP HOA**
**TRUNG TAM, BAC LY**
**BAC GIANG, - 00023**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5589
**Nonpriority creditor's name and mailing address**
**Ngoan Tran**
**6780 Westwick dr**
**Westwick Dr**
**HOUSTON, TX 77072**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5590 **Nonpriority creditor's name and mailing address**
**Ngoc Huong Chau**
**2987 HOLIDAY COURT**
**MORGAN HILL, CA 95037**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5591 **Nonpriority creditor's name and mailing address**
**Ngoc Nguyen**
**4421 Pacific Coast Hwy**
**Apt E104**
**Torrance, CA 90505**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5592 **Nonpriority creditor's name and mailing address**
**NgocLan Dang**
**630 S Knott Ave Unit 19**
**Anaheim, CA 92804**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5593 **Nonpriority creditor's name and mailing address**
**Nguyen Dang`**
**2525 SW Thrid Ave APT #1207**
**Miami, CA 33129**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5594 **Nonpriority creditor's name and mailing address**
**Nguyen Dang`**
**2525 SW Thrid Ave APT #1207**
**Miami, CA 33129**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5595 **Nonpriority creditor's name and mailing address**
**NGUYEN DUC KHANH**
**BE VAN DAN, PHUOC LONG, NHA TRANG, KHANH**
**NHA TRANG 00065**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5596
**Nonpriority creditor's name and mailing address**
**Nguyen Manh Cuong**
**Dong Thinh, Yen Lap, Phu Tho**
**Phu Tho 00035-1000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5597
**Nonpriority creditor's name and mailing address**
**Nguyen Thanh Vinh**
**371 Nguyen Cao, Vo Cuong, Bac Ninh**
**Bac Ninh 16000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5598
**Nonpriority creditor's name and mailing address**
**NGUYEN THI CAO PHUONG**
**200 Quang Trung**
**Ha Dong 00010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5599
**Nonpriority creditor's name and mailing address**
**nguyen xuan bach**
**g24 xuan binh,khu pho 2**
**long khanh 76000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5600
**Nonpriority creditor's name and mailing address**
**Nha-Truc Nguyen**
**1801 Chinaberry Dr**
**Oldsmar, FL 34677**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5601
**Nonpriority creditor's name and mailing address**
**Nhan Le**
**2601 Cross Oak Places**
**Mckinney, TX 75071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5602
**Nonpriority creditor's name and mailing address**
**Nhan Nguyen**
**51 Edgell Drive**
**Framingham, MA 01701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5603
**Nonpriority creditor's name and mailing address**
**NHAT NGUYEN**
**7414 ALLEN PINES LN**
**CYPRESS, TX 77433**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5604
**Nonpriority creditor's name and mailing address**
**Nhat Phan**
**3407 Norwich RD**
**Fort Mill, SC 29715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5605
**Nonpriority creditor's name and mailing address**
**Nhat Phan**
**3407 Norwich RD**
**Fort Mill, SC 29715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5606
**Nonpriority creditor's name and mailing address**
**Nhi Dang**
**11250 puckett River dr**
**Cypress, TX 77433**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5607
**Nonpriority creditor's name and mailing address**
**Nhi Ngo**
**31/4 tran van dang**
**P9,q3**
**Ho chi minh 72414**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5608 **Nonpriority creditor's name and mailing address**
**NHI NGUYEN**
**7821 23rd**
**WESTMINSTER, CA 92683**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5609 **Nonpriority creditor's name and mailing address**
**Nhi Nguyen**
**55 Palmwell Way**
**San Jose, CA 95138**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5610 **Nonpriority creditor's name and mailing address**
**Nhi Quang**
**2266 Sleepy hollow Ave**
**Hayward, CA 94545**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5611 **Nonpriority creditor's name and mailing address**
**NHIEN NGUYEN**
**830 St Kitts CT**
**SAN JOSE, CA 95127**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5612 **Nonpriority creditor's name and mailing address**
**Nhung Nguyen**
**2240 wildwood dr**
**Shakopee, MN 55379**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5613 **Nonpriority creditor's name and mailing address**
**Ni Nyoman Ayu Malini Zuelke**
**1425 Aster Ct**
**Winter Park, FL 32792**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5614
**Nonpriority creditor's name and mailing address**
**Nicco Bair**
**8761 elgin circle**
**Huntington Beach, CA 92646**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5615
**Nonpriority creditor's name and mailing address**
**Nicholas Barber**
**1937 Brown School Rd**
**Saint Joseph, MI 49085**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5616
**Nonpriority creditor's name and mailing address**
**Nicholas Billington**
**1563 Cricket Club Cir**
**Apt 108**
**Orlando, FL 32828**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5617
**Nonpriority creditor's name and mailing address**
**Nicholas Bodmer**
**11084 N Hydrus Ave.**
**Oro Valley, AZ 85742**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5618
**Nonpriority creditor's name and mailing address**
**Nicholas Crouse**
**49 taylor ave**
**102**
**Bethel, CT 06801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5619
**Nonpriority creditor's name and mailing address**
**Nicholas Davila**
**191 Beech Rd**
**Eliot, ME 03903**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5620
**Nonpriority creditor's name and mailing address**
**Nicholas De Cespedes**
**2821 Bigleaf Maple Dr**
**Ocoee, FL 34761**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5621
**Nonpriority creditor's name and mailing address**
**Nicholas Gambone**
**26 Salem Ridge Drive**
**Huntington, NY 11743**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5622
**Nonpriority creditor's name and mailing address**
**Nicholas Garidzhuk**
**325 S biscayne blvd**
**Miami, FL 33131**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5623
**Nonpriority creditor's name and mailing address**
**Nicholas Huber**
**16818 Chalet Ct**
**Chesterfield, VA 23832**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5624
**Nonpriority creditor's name and mailing address**
**Nicholas Huckleberry**
**8988 lincolnshire blvd**
**strongsville, OH 44149**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5625
**Nonpriority creditor's name and mailing address**
**Nicholas Johnson**
**1925 Hillside Drive**
**Gwynn Oak, MD 21207**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5626 **Nonpriority creditor's name and mailing address**
**Nicholas Kahng**
**9511 Burgee Pl**
**Frederick, MD 21704**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5627 **Nonpriority creditor's name and mailing address**
**Nicholas Lemp**
**4517 Dow Ln**
**Lake Worth, FL 33463**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5628 **Nonpriority creditor's name and mailing address**
**Nicholas Magnasco**
**4744 willowbrook dr.**
**Mentor, OH 44060**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5629 **Nonpriority creditor's name and mailing address**
**Nicholas Markovich**
**375 NW Oakmont Way**
**Bremerton, WA 98311**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5630 **Nonpriority creditor's name and mailing address**
**Nicholas McHenry**
**903 Powers Road**
**Woodstock, IL 60098**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5631 **Nonpriority creditor's name and mailing address**
**Nicholas Miller**
**950 E 3rd St**
**1505**
**Los Angeles, CA 90013**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5632
**Nonpriority creditor's name and mailing address**
**Nicholas Miller**
**631 67th St.**
**Downers Grove, IL 60516**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5633
**Nonpriority creditor's name and mailing address**
**Nicholas Munro Tavormina**
**349 campus cove**
**wilmington, NC 28403**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5634
**Nonpriority creditor's name and mailing address**
**Nicholas Ochoa**
**2835 S Paseo Loma**
**Mesa, AZ 85202**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5635
**Nonpriority creditor's name and mailing address**
**Nicholas Patras**
**11 Bosworth St**
**Staten Island, NY 10310**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5636
**Nonpriority creditor's name and mailing address**
**Nicholas Rodriguez**
**239 Seminole Dr**
**Paducah, KY 42001**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5637
**Nonpriority creditor's name and mailing address**
**Nicholas Salvato**
**30 Exeter Ave**
**Manchester, NH 03103**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5638
**Nonpriority creditor's name and mailing address**
**Nicholas Sorasavong**
**9778 Otis Dr**
**Westminster, CO 80021**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5639
**Nonpriority creditor's name and mailing address**
**Nicholas Stott**
**8085 knight lane, Gainesville, GA 30506**
**Gainesville, GA 30506**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5640
**Nonpriority creditor's name and mailing address**
**Nicholas Taggart**
**19 Main St**
**East Hampton, CT 06424**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5641
**Nonpriority creditor's name and mailing address**
**Nicholas TRUE**
**2948 Sego Pl**
**San Diego, CA 92123**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5642
**Nonpriority creditor's name and mailing address**
**nicholas vega**
**789 Saddlewood Blvd**
**LAKELAND, FL 33809**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5643
**Nonpriority creditor's name and mailing address**
**Nicholas Ventimiglia**
**520 WALKER DR**
**Apt 39**
**Mountain View, CA 94043**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5644
**Nonpriority creditor's name and mailing address**
**Nicholas Wong**
**12105 Kerrwood Street**
**El Monte, CA 91732**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5645
**Nonpriority creditor's name and mailing address**
**Nicholaus Mayab**
**7758 Lawrence 1050**
**La Russell, MO 64848**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5646
**Nonpriority creditor's name and mailing address**
**Nick Crane**
**203 south main street**
**Alpine, UT 84004**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5647
**Nonpriority creditor's name and mailing address**
**Nick Giacalone**
**1363 Taft St**
**San Luis Obispo, CA 93405**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5648
**Nonpriority creditor's name and mailing address**
**nick hoey**
**607 Issaquena trl**
**Central, SC 29630**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5649
**Nonpriority creditor's name and mailing address**
**Nick Padovani**
**8108 Landing Ln**
**MOON TWP, PA 15108**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5650
**Nonpriority creditor's name and mailing address**
**Nick Parsons**
**1292 US Highway 20 S**
**Worland, WY 82401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5651
**Nonpriority creditor's name and mailing address**
**Nick Sells**
**404 SE Sells Dr**
**Shelton, WA 98584**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5652
**Nonpriority creditor's name and mailing address**
**Nick Shepherd**
**1348 Normandy Lane**
**Bartlett, IL 60103**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5653
**Nonpriority creditor's name and mailing address**
**Nick Tommarello**
**5427 RIDGEDALE AVE**
**DALLAS, TX 75206**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5654
**Nonpriority creditor's name and mailing address**
**Nickolas Christodoulou**
**59 E Virginia Blvd**
**Jamestown, NY 14701**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5655
**Nonpriority creditor's name and mailing address**
**Nicolas Blagovisny**
**2337 stuart street**
**Brooklyn, NY 11229**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5656 **Nonpriority creditor's name and mailing address**
**Nicolas Christensen**
**4151 N Traverse Mtn Blvd**
**Apt 3-201**
**Lehi, UT 84043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5657 **Nonpriority creditor's name and mailing address**
**Nicolas de la Kethulle**
**920 N Kings Rd**
**Apt 326**
**Los Angeles, CA 90069**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5658 **Nonpriority creditor's name and mailing address**
**Nicolas Say**
**147 Pointe Dr.**
**Brea, CA 92821**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5659 **Nonpriority creditor's name and mailing address**
**Nicolas Trinephi**
**25896 greenbank**
**Lake Forest, CA 92630**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5660 **Nonpriority creditor's name and mailing address**
**Nicolas Vera**
**2517 rustic oak ln**
**ocoee, FL 34761**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5661 **Nonpriority creditor's name and mailing address**
**Nicole Ballew**
**2700 Neilson Way**
**1335**
**Santa Monica, CA 90405**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5662
**Nonpriority creditor's name and mailing address**
**Nicole Cotter**
**3032 Bristol Creek Dr**
**Apt# 111**
**Morrisville, NC 27560**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5663
**Nonpriority creditor's name and mailing address**
**Nicole Harmel**
**3975 Willow Springs Road**
**Burton, TX 77835**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5664
**Nonpriority creditor's name and mailing address**
**Nicole Harrison**
**260 Cagney Ln**
**217**
**Newport Beach, CA 92663**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5665
**Nonpriority creditor's name and mailing address**
**nicole pickel**
**13318 W. Heiden Circle**
**Lake Bluff, IL 60044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5666
**Nonpriority creditor's name and mailing address**
**Nicole Rojas**
**3435 compass ln se**
**106**
**Port orchard, WA 98366**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5667
**Nonpriority creditor's name and mailing address**
**Nicole Soto-Ortega**
**1040 w 33rd pl**
**Hialeah, FL 33012**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5668 **Nonpriority creditor's name and mailing address**
**Nicul Harkison**
**345 West Pebble Creek Ln**
**Orange, CA 92865**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5669 **Nonpriority creditor's name and mailing address**
**Nigel Bigbee**
**10679 E ottoman dr**
**Tucson, AZ 85747**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5670 **Nonpriority creditor's name and mailing address**
**Nigel Pierre**
**2326 City Lights Drive**
**AlisoViejo, CA 92656**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5671 **Nonpriority creditor's name and mailing address**
**Nigel Roy**
**2415 2nd Ave**
**Unit 726**
**Seattle, WA 98121**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5672 **Nonpriority creditor's name and mailing address**
**Nii Amartey**
**2925 silverthorn dr**
**charlotte, NC 28273**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5673 **Nonpriority creditor's name and mailing address**
**Nikhil Patel**
**9165 Arbor Glen Street**
**Las Vegas, NV 89123**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5674 **Nonpriority creditor's name and mailing address**
**Niki Coleman**
**71 Flora Lake Cir**
**Saint Augustine, FL 32095**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5675 **Nonpriority creditor's name and mailing address**
**Nikolas Caballero**
**496 Grayson Lane**
**Lake Dallas, TX 75065**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5676 **Nonpriority creditor's name and mailing address**
**Nikolay Prokopchuk**
**613 Water st**
**West Sacramento, CA 95605**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5677 **Nonpriority creditor's name and mailing address**
**Nikolay Shanin**
**1768 E Plata Way**
**Sandy, UT 84093**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5678 **Nonpriority creditor's name and mailing address**
**Nikoles Manriquez**
**12407 Camellia Glade Ln**
**Houston, TX 77044**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5679 **Nonpriority creditor's name and mailing address**
**Nilay Patel**
**1801 West Addison Street**
**Apt 3E**
**Chicago, IL 60613**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5680
**Nonpriority creditor's name and mailing address**
**Nina Nguyen**
**867 Napa Street**
**Carol Stream, IL 60188**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5681
**Nonpriority creditor's name and mailing address**
**Nina Stephens**
**205 Eagle Point Court**
**WACO, TX 76705**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5682
**Nonpriority creditor's name and mailing address**
**Ning Wang**
**65 Bay St**
**Apt 3908**
**Jersey City, NJ 07302**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5683
**Nonpriority creditor's name and mailing address**
**Nir Ventura**
**108 COUNTRY GREENS AVE**
**Las Vegas, NV 89148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5684
**Nonpriority creditor's name and mailing address**
**Nirav Patel**
**42979 Tippman PL**
**Chantilly, VA 20152**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5685
**Nonpriority creditor's name and mailing address**
**Nishant Aggarwal**
**10717 Blake GDNS**
**Mckinney, TX 75072**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5686 **Nonpriority creditor's name and mailing address**
**Nitesh Rathod**
**10935 Fountaingrove Dr**
**Charlotte, NC 28262**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5687 **Nonpriority creditor's name and mailing address**
**Nithin Mallya**
**3886 Stanley Blvd**
**Pleasanton, CA 94566**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5688 **Nonpriority creditor's name and mailing address**
**Nitin Anant Murchite**
**100 Pulido Rd**
**Danville, CA 94256**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5689 **Nonpriority creditor's name and mailing address**
**Nitin Paudel**
**1531 Monks Ave apt 9**
**Mankato, MN 56001**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5690 **Nonpriority creditor's name and mailing address**
**Nkosane Jackson**
**565 Valley Loop Road**
**Fairburn, GA 30213**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5691 **Nonpriority creditor's name and mailing address**
**Noah Crites**
**43283 Camino Caruna**
**Temecula, CA 92592**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5692

**Nonpriority creditor's name and mailing address**
**Noah Crites**
**43283 Camino Caruna**
**Temecula, CA 92592**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5693

**Nonpriority creditor's name and mailing address**
**Noah Doak**
**58-042 Maika Pl**
**Haleiwa, Hawaii 96712-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5694

**Nonpriority creditor's name and mailing address**
**Noah Dupuis**
**1478 Courtableau Rd**
**Port Barre, FL 70577**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5695

**Nonpriority creditor's name and mailing address**
**noah godsey**
**434 North High Street**
**Chillicothe, OH 45601**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5696

**Nonpriority creditor's name and mailing address**
**Noah Lowe**
**92 Homestead Dr**
**Lititz, PA 17543**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5697

**Nonpriority creditor's name and mailing address**
**noah tempski**
**14170 pacific point pl**
**203**
**delray beach, FL 33484**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.5698** **Nonpriority creditor's name and mailing address**
**Noe Diaz**
**950 Platinum Ave**
**Lathrop, CA 95330**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5699** **Nonpriority creditor's name and mailing address**
**Noel Barraza**
**4540 barnett rd**
**wichita falls, TX 76310**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5700** **Nonpriority creditor's name and mailing address**
**Noel Kelman**
**1214 Park Terrace Court**
**Lake Havasu City, AZ 86404**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5701** **Nonpriority creditor's name and mailing address**
**Noel Osorio Vazquez**
**2328 W. Morten Avenue**
**Phoenix, FL 85021**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5702** **Nonpriority creditor's name and mailing address**
**Noel Perrone**
**526 Faulkner Drive**
**Hackettstown, NJ 07840**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5703** **Nonpriority creditor's name and mailing address**
**NOEL ROSA**
**2640 Carrickton Cir**
**ORLANDO, FL 32824-4228**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5704
**Nonpriority creditor's name and mailing address**
**Noel Tardiel**
**1033 Bayshore Av**
**Bayshore, NY 11706**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5705
**Nonpriority creditor's name and mailing address**
**Nong Vang**
**1335 Grand Street NE**
**Minneapolis, MN 55413**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5706
**Nonpriority creditor's name and mailing address**
**Noor Bakry**
**2074 West Adams Boulevard**
**Apt 3**
**LOS ANGELES, California 90018-2037**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5707
**Nonpriority creditor's name and mailing address**
**Noorkhayr Masiyah**
**10634 S. Wilton Pl**
**Los Angeles, CA 90047**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5708
**Nonpriority creditor's name and mailing address**
**Nor Sherpa**
**927 Beryl Street**
**San Diego, CA 92109**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5709
**Nonpriority creditor's name and mailing address**
**Nora Church**
**8013 Lago Mist Way**
**Wesley Chapel, FL 33545**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.5710** **Nonpriority creditor's name and mailing address**
**Nora Church**
**8013 Lago Mist Way**
**Wesley Chapel, FL 33545**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5711** **Nonpriority creditor's name and mailing address**
**Norma Johnson**
**15202 Wimberly Park Dr**
**Houston, TX 77049**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5712** **Nonpriority creditor's name and mailing address**
**Norman Frazier**
**379 Dupage Dr**
**Bolingbrook, IL 60440**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5713** **Nonpriority creditor's name and mailing address**
**Norman Ragland**
**1919 Grey Eagle St.**
**Henderson, NV 89074**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5714** **Nonpriority creditor's name and mailing address**
**Norman Yau**
**327 Central Ave**
**Alameda, CA 94501**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5715** **Nonpriority creditor's name and mailing address**
**Norris Taylor**
**41 Schermerhorn Street**
**Brooklyn, NY 11201**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5716
**Nonpriority creditor's name and mailing address**
**Nosakhare Eke**
**8638 N Wayne Ave**
**Kansas City, MO 64155**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5717
**Nonpriority creditor's name and mailing address**
**Noushad Mamun**
**1850 old main st**
**Houston, TX 77030**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5718
**Nonpriority creditor's name and mailing address**
**noushad mamun**
**1850 old main st**
**houston, TX 77030**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5719
**Nonpriority creditor's name and mailing address**
**Nowshath Noorullah**
**660 Santa rosa hills Dr**
**Katy, TX 77493**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5720
**Nonpriority creditor's name and mailing address**
**Nrip Singh**
**2101 HIghcourt Ln**
**203**
**Herndon, VA 20170**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5721
**Nonpriority creditor's name and mailing address**
**Ntxawm Yajnomnpis**
**57 Georgetown Drive 10**
**Framingham, MA 01702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5722
**Nonpriority creditor's name and mailing address**
**Nurul Vartanian**
**6007 SONOMA STATION AVENUE**
**Las Vegas, NV 89139**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5723
**Nonpriority creditor's name and mailing address**
**O'Neill Chambers**
**5201 alligator lake road**
**Saint Cloud, FL 34772**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5724
**Nonpriority creditor's name and mailing address**
**octar dorcent**
**1247 SUMMER SPRINGS DRIVE**
**MIDDLEBURG, FL 32068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5725
**Nonpriority creditor's name and mailing address**
**Odane Griffiths**
**60 Orange Street**
**CENTRAL ISLIP, NY 11722**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5726
**Nonpriority creditor's name and mailing address**
**Oishik Test**
**test**
**test, AK 65464**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5727
**Nonpriority creditor's name and mailing address**
**Oishik Test**
**2 St. James Road**
**New York, NY 71210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5728 **Nonpriority creditor's name and mailing address**
**Oishik Test dsacvsdc**
**2 St. James Road**
**--**
**New York, FL 71210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5729 **Nonpriority creditor's name and mailing address**
**OJEVWE OMENE**
**1760 CRESTVIEW LN**
**Erie, CO 80516**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5730 **Nonpriority creditor's name and mailing address**
**Olajide Alakija**
**59 Waterford Drive**
**Wheatley Heights, NY 11798**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5731 **Nonpriority creditor's name and mailing address**
**Olajumoke Olayemi**
**30922 south creek way**
**Fulshear, TX 77441**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5732 **Nonpriority creditor's name and mailing address**
**Olayemi Ajayi**
**6711 greenspring avenue**
**Baltimore, MD 21209**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5733 **Nonpriority creditor's name and mailing address**
**Oleg Danilov**
**14261 Misty Meadow Ln**
**Houston, TX 77079**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5734
**Nonpriority creditor's name and mailing address**
**Olga Rubalcava**
**5911 Steve St**
**Riverside, CA 92509**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5735
**Nonpriority creditor's name and mailing address**
**Olisa Iweanya**
**5910 Deep South drive**
**Katy, TX 77449**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5736
**Nonpriority creditor's name and mailing address**
**OLISA UZOEGWU**
**549 PAVONIA AVENUE**
**JERSEY CITY, NJ 07306**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5737
**Nonpriority creditor's name and mailing address**
**Oliver Mullins**
**5753 Greene Road 443**
**Marmaduke, AR 72443**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5738
**Nonpriority creditor's name and mailing address**
**Olivier Vang**
**6100 48th Ave**
**7206**
**Sacramento, CA 95828**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5739
**Nonpriority creditor's name and mailing address**
**Ollie Hales**
**10107 Glen Autumn Road**
**Raleigh, NC 27617**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5740
**Nonpriority creditor's name and mailing address**
**Olufemi Oyediran**
**4445 washington st**
**Apt 206**
**kansas city, MO 64111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5741
**Nonpriority creditor's name and mailing address**
**Olufemi Oyediran**
**4445 washington st**
**Apt 206**
**kansas city, MO 64111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5742
**Nonpriority creditor's name and mailing address**
**Olusola Abitogun**
**354 Great Beds Ct**
**Perth Amboy, NJ 08861**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5743
**Nonpriority creditor's name and mailing address**
**Oluwamayowa Otusanya**
**3909 e shore rd**
**miramar, FL 33023**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5744
**Nonpriority creditor's name and mailing address**
**Oluwatosin Sobowale**
**11526 Stewart Lane**
**B1**
**Silver Spring, MD 20904**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5745
**Nonpriority creditor's name and mailing address**
**Oluwatoyosi Shitta-Bey**
**2400 Tilson Forest Dr**
**Decatur, GA 30032**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5746 **Nonpriority creditor's name and mailing address**
**Omar Castro**
**1969 downs ct**
**Lake Mary, FL 32746**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5747 **Nonpriority creditor's name and mailing address**
**Omar Echeverria**
**531 Pleasanton Way**
**San Antonio, TX 78221**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5748 **Nonpriority creditor's name and mailing address**
**Omar Hassan**
**2079 32nd st**
**#C1**
**Astoria, NY 11105**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5749 **Nonpriority creditor's name and mailing address**
**Omar Hernandez**
**9724 Northwest 127th Street**
**Hialeah Gardens, FL 33018**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5750 **Nonpriority creditor's name and mailing address**
**Omar Larios**
**30651 Lakeview Ave**
**Nuevo, CA 92567**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5751 **Nonpriority creditor's name and mailing address**
**Omar Lugo**
**170 mayflower road**
**Springfield, MA 01118**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5752
**Nonpriority creditor's name and mailing address**
**OMAR MAHMOOD**
**31 Mcculloch Dr**
**Dix Hills, FL 11746**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5753
**Nonpriority creditor's name and mailing address**
**OMAR MANSOUR**
**16 Ivanhoe**
**Irvine, CA 92602**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5754
**Nonpriority creditor's name and mailing address**
**Omar Paulino**
**13 Lindsley Pl**
**East Orange, NJ 07018**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5755
**Nonpriority creditor's name and mailing address**
**Omar Rivas**
**353 N Desplaines St**
**Apt 807**
**Chicago, IL 60661**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5756
**Nonpriority creditor's name and mailing address**
**Omar Salama**
**13121 Plum lake circle**
**#none**
**Minneola, FL 34715**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5757
**Nonpriority creditor's name and mailing address**
**Omar Shaker**
**2637 state route 207**
**Campbell Hall, NY 10916**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5758
**Nonpriority creditor's name and mailing address**
**Omari Dotson**
**1510 Riverchase Blvd**
**Nashville, TN 37115**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5759
**Nonpriority creditor's name and mailing address**
**OMOFUMA AKHIGBE**
**4843 35th Ave South**
**Minneapolis, MN 55417**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5760
**Nonpriority creditor's name and mailing address**
**one two**
**123 main st**
**salt lake city, UT 84332**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5761
**Nonpriority creditor's name and mailing address**
**Oneal Hughes**
**2120 Mapes Ave**
**Bronx, NY 10460**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5762
**Nonpriority creditor's name and mailing address**
**Oreste Antoine**
**4751 NE 2nd Way**
**Deerfield, FL 33064**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5763
**Nonpriority creditor's name and mailing address**
**Orlando Garcia**
**13321 SW 26th Terrace**
**Miami, FL 33175**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5764
**Nonpriority creditor's name and mailing address**
**orlando gonzalez**
**14571 sw 155 st**
**MIAMI, FL 33177**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5765
**Nonpriority creditor's name and mailing address**
**Orquidea Lamas**
**15442 sw 163rd st**
**Miami, FL 33187**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5766
**Nonpriority creditor's name and mailing address**
**Orvil Nunez**
**191 E Parkview Dr.**
**Shirley, NY 11967**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5767
**Nonpriority creditor's name and mailing address**
**Osamudiame West-Idahosa**
**12 Hillside Park**
**Apt 1**
**Malden, MA 02148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5768
**Nonpriority creditor's name and mailing address**
**Oscar Aparicio**
**39150 Sundale dr**
**apt 12**
**FREMONT, CA 94538**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5769
**Nonpriority creditor's name and mailing address**
**Oscar Casallas**
**61 Dunlap St**
**Salem, MA 01970**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5770
**Nonpriority creditor's name and mailing address**
**Oscar Grisson**
**1301 W. Eagle Pass Rd**
**Salt flat, TX 79847**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5771
**Nonpriority creditor's name and mailing address**
**Oscar Hernandez**
**2905 Eastover Dr**
**Odessa, TX 79762**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5772
**Nonpriority creditor's name and mailing address**
**Oscar Lopez**
**1830 north pecos road**
**las vegas, NV 89115**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5773
**Nonpriority creditor's name and mailing address**
**Oscar Mendez**
**6003 bear track ln**
**Pasadena, TX 77505**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5774
**Nonpriority creditor's name and mailing address**
**Oscar Pacheco**
**51 W Neptune St**
**2**
**Lynn, MA 01905**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5775
**Nonpriority creditor's name and mailing address**
**Oscar Rhodes**
**767 Piper Boulevard**
**Detroit, MI 48215**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5776

**Nonpriority creditor's name and mailing address**
**Oscar Rojas Soto**
**661 S Elmhurst Ave**
**Oakland, CA 94603**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5777

**Nonpriority creditor's name and mailing address**
**Oscar Rojas Soto**
**661 S Elmhurst Ave**
**Oakland, CA 94603**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5778

**Nonpriority creditor's name and mailing address**
**Oscar Sanchez Perez**
**877 N Quatar St**
**Aurora, CO 80018**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5779

**Nonpriority creditor's name and mailing address**
**Oscar Vasquez**
**880 sandringham st**
**King city, CA 93930**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5780

**Nonpriority creditor's name and mailing address**
**Osizemete Okpetu**
**10415 Middlerose Ln**
**Houston, TX 77070**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5781

**Nonpriority creditor's name and mailing address**
**Osman Makhdoom**
**184 Linden Ave**
**Verona, NJ 07044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5782
**Nonpriority creditor's name and mailing address**
**Osvaldo Cerrillo**
**1544 Oconnor Ave**
**Lincoln Park, MI 48146**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5783
**Nonpriority creditor's name and mailing address**
**Osvaldo Medina**
**4239 White Sands Ave**
**Las Vegas, NV 89121**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5784
**Nonpriority creditor's name and mailing address**
**Osvaldo Perez**
**2360 pinyon jay dr**
**Colorado Springs, CO 80951**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5785
**Nonpriority creditor's name and mailing address**
**Otis Havior**
**145 Black Springs RD Ne**
**Milledgeville, GA 31061**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5786
**Nonpriority creditor's name and mailing address**
**Ovidiu Zirbo**
**2526 W Brisa Dr**
**Phoenix, AZ 85085**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5787
**Nonpriority creditor's name and mailing address**
**Owen Ash**
**133 summer st**
**Medway, MA 02053**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5788
**Nonpriority creditor's name and mailing address**
**Pablo Blanco**
**140 west 174th st**
**#7C**
**bronx, NY 10453**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5789
**Nonpriority creditor's name and mailing address**
**PABLO CALDERON**
**48549 Gammon Ct, Apt 2**
**Fort Hood, TX 76544**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5790
**Nonpriority creditor's name and mailing address**
**pablo escandon**
**40-57 Junction Blvd**
**New York, NY 11368**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5791
**Nonpriority creditor's name and mailing address**
**Pablo Gonzalez**
**4312 OAK TREE LN**
**Williamsburg, VA 23188**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5792
**Nonpriority creditor's name and mailing address**
**Padmaja Ramadas**
**3110 Peachtree Cir**
**Davie, FL 33328**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5793
**Nonpriority creditor's name and mailing address**
**PADMAVATHI RAVULAPALLI**
**4220 BROOKSIDE OAKS**
**OWINGS MILLS, MD 21117**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5794

**Nonpriority creditor's name and mailing address**
**Padmavathi Yenugula**
**9527 Pillory Dr**
**Frisco, TX 75035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5795

**Nonpriority creditor's name and mailing address**
**palden sherpa**
**4242 80th st**
**APT 4D**
**new york, NY 11373**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5796

**Nonpriority creditor's name and mailing address**
**Palmer Mitchell**
**137 Timberlake Dr. Fayetteville, NC 2831**
**Fayetteville, NC 28314**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5797

**Nonpriority creditor's name and mailing address**
**Pamela Carter**
**15 Middlewood Dr**
**Wenham, MA 01984**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5798

**Nonpriority creditor's name and mailing address**
**Pamela Mutengezanwa**
**5197 Miami Hills Drive**
**Milford, OH 45150**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5799

**Nonpriority creditor's name and mailing address**
**Panagiotis Kefalidis**
**9169 Rally Spring Loop**
**Wesley Chapel, FL 33545**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5800
**Nonpriority creditor's name and mailing address**
**Pancras Ennuson**
**115 Audino**
**Apt F**
**Rochester, NY 14624**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5801
**Nonpriority creditor's name and mailing address**
**Pao Xiong**
**57 Georgetown Drive Apt 10**
**Framingham, MA 01702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5802
**Nonpriority creditor's name and mailing address**
**Paola Escobar**
**585 Cesar Chavez St**
**soledad, CA 93960**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5803
**Nonpriority creditor's name and mailing address**
**Paolo Lapuz**
**7625 Garden Way Dr**
**Sherwood, AR 72120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5804
**Nonpriority creditor's name and mailing address**
**Parimal Patel**
**286 Robin Rd. Se**
**Marietta, GA 30067**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5805
**Nonpriority creditor's name and mailing address**
**Parker Duffy**
**351 evergreen lake rd hudson Il**
**hudson, IL 61748**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5806 **Nonpriority creditor's name and mailing address**
**Parker Fairbanks**
**PO BOX 578936**
**Modesto, CA 95357**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5807 **Nonpriority creditor's name and mailing address**
**Parker Lewis**
**529 Remington Rd**
**Celina, TX 75009**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5808 **Nonpriority creditor's name and mailing address**
**Parker Newell**
**12413 stoneybrook station pkwy**
**Huntersville, NC 28078**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5809 **Nonpriority creditor's name and mailing address**
**Parminder Singh**
**363 Palmetto Dr**
**Easton, PA 18045**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5810 **Nonpriority creditor's name and mailing address**
**Partap Rai**
**7028 kendale drive**
**Harrisburg, PA 17111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5811 **Nonpriority creditor's name and mailing address**
**Parteek Mehta**
**3412 Merrimac Drive**
**San Jose, CA 95117**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5812
**Nonpriority creditor's name and mailing address**
**Parth Desai**
**116 Mustard**
**Irvine, CA 92618**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

3.5813
**Nonpriority creditor's name and mailing address**
**Parth Patel**
**265 McFarlane Rd**
**Woodbridge Township, NJ 07067**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

3.5814
**Nonpriority creditor's name and mailing address**
**Parvathy Gopakumar**
**104 Turnpike RD**
**APT 2412**
**Chelmsford, MA 01824**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

3.5815
**Nonpriority creditor's name and mailing address**
**Parvathy Gopakumar**
**104 Turnpike RD APT 2412**
**Chelmsford, MA 01824**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

3.5816
**Nonpriority creditor's name and mailing address**
**PASCAL KABORE**
**4 3RD AVE S, GLEN BURNIE, MD 21061 US**
**Glen Burnie, MD 21061**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

3.5817
**Nonpriority creditor's name and mailing address**
**PAT LANE**
**5645 S Zante Way**
**AURORA, CO 80015**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

---

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5818
**Nonpriority creditor's name and mailing address**
**Patricia Rogers**
**6505 Cady Drive**
**Louisville, KY 40258**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5819
**Nonpriority creditor's name and mailing address**
**Patricia Shane**
**12101 Steeple Way Blvd**
**Houston, TX 77065**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5820
**Nonpriority creditor's name and mailing address**
**Patricia Warren**
**459 Olivadi Way**
**Sacramento, CA 95834**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5821
**Nonpriority creditor's name and mailing address**
**patrick amasinde**
**7637 BELLINGHAM RD**
**FORT WORTH, TX 76179-2166**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5822
**Nonpriority creditor's name and mailing address**
**Patrick Antoon**
**6510 Skyline Dr.**
**Texarkana, AR 71854**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5823
**Nonpriority creditor's name and mailing address**
**PATRICK AURELIO**
**352 West 46th St**
**5C**
**New York, NY 10036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5824
**Nonpriority creditor's name and mailing address**
**Patrick Aurelio**
**352 West 46th St.**
**Apt. 5C**
**New York, NY 10036**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5825
**Nonpriority creditor's name and mailing address**
**Patrick Bingham**
**869 Maury St**
**Memphis, TN 38107**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5826
**Nonpriority creditor's name and mailing address**
**Patrick Boehler**
**2716 Morning Glory Rd**
**Fort Collins, CO 80526**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5827
**Nonpriority creditor's name and mailing address**
**Patrick Fay**
**109 N Riding Drive**
**Moorestown, NJ 08057**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5828
**Nonpriority creditor's name and mailing address**
**Patrick Franks**
**707 Grandhaven Way**
**Winter Garden, FL 34787**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5829
**Nonpriority creditor's name and mailing address**
**Patrick Guinto-Salmo**
**224 tulip lane**
**Freehold, NJ 07728**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5830 **Nonpriority creditor's name and mailing address**
**Patrick Kelly**
**1253 W Jade Dr**
**Fortvillie, IN 46040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5831 **Nonpriority creditor's name and mailing address**
**Patrick Mazeris**
**4039 Manzanita Dr**
**San Jose, CA 95117**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5832 **Nonpriority creditor's name and mailing address**
**Patrick Menchavez**
**77 Heights Ave**
**Fair Lawn, NJ 07410**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5833 **Nonpriority creditor's name and mailing address**
**Patrick Murray**
**2205 Pebble Beach Dr**
**Lawrenceville, GA 30043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5834 **Nonpriority creditor's name and mailing address**
**Patrick Page**
**345 leslie lane**
**Uniondale, NY 11553**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5835 **Nonpriority creditor's name and mailing address**
**Patrick Paulsen**
**5520 Highway 30 west**
**THE DALLES, OR 97058**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5836

**Nonpriority creditor's name and mailing address**
**patrick sims**
**1224 Evergreen Dr**
**Richardson, TX 75080**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5837

**Nonpriority creditor's name and mailing address**
**Patrick Stanford**
**1200 E Old Settlers Blvd APT 1208**
**Round Rock, TX 78664**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5838

**Nonpriority creditor's name and mailing address**
**Patrick Stewart**
**16026 Silver Valley Dr**
**Houston, TX 77084**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5839

**Nonpriority creditor's name and mailing address**
**patrick sustal**
**392 miriam street**
**daly city, CA 94014**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5840

**Nonpriority creditor's name and mailing address**
**Patrick Swinnea**
**15315 Palomino Trail N**
**Stillwater, MN 55082**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5841

**Nonpriority creditor's name and mailing address**
**Patrick Thanteraphong**
**14821 Sherman Way**
**Unit 11**
**Van Nuys, CA 91405**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5842
**Nonpriority creditor's name and mailing address**
**patrick Wieland**
**2940 NE 19TH ST**
**POMPANO BEACH, FL 33062**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5843
**Nonpriority creditor's name and mailing address**
**Patsakon Lamsakul**
**14297 Lynn Rd**
**Apple Valley, CA 92307**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5844
**Nonpriority creditor's name and mailing address**
**Paul Antonevich**
**4653 S Stratford Oaks Dr**
**Macon, GA 31210**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5845
**Nonpriority creditor's name and mailing address**
**Paul Bartoszek**
**2018 Medical Center Parkway B121**
**Suite B 121**
**Murfreesboro, TN 37129**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5846
**Nonpriority creditor's name and mailing address**
**Paul bath**
**7708 Shadowcreek Terrace**
**Springfield, VA 22153**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5847
**Nonpriority creditor's name and mailing address**
**paul blacano**
**3402 brockwood ct.**
**apt.C**
**henrico, VA 23294**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.5848** **Nonpriority creditor's name and mailing address**
**paul blacano**
**3402 brockwood ct.**
**apt.C**
**henrico, VA 23294**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5849** **Nonpriority creditor's name and mailing address**
**Paul Brown**
**2972 Charlevoix Street**
**The villages, FL 32163**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5850** **Nonpriority creditor's name and mailing address**
**Paul Casto**
**4317 Canadian River Drive**
**Prosper, TX 75078**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5851** **Nonpriority creditor's name and mailing address**
**Paul Clement**
**6993 carey lane north**
**maple grove, MN 55369**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5852** **Nonpriority creditor's name and mailing address**
**Paul DAllas**
**7516 Woodside Ln**
**Apt. #21**
**Lorton, VA 22079**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.5853** **Nonpriority creditor's name and mailing address**
**Paul Dupuis**
**8758 Park Kolbe Lane**
**Houston, TX 77080**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.585 4
**Nonpriority creditor's name and mailing address**
**Paul Flores**
**43185 fish rock rd**
**Gualala, CA 95445**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.585 5
**Nonpriority creditor's name and mailing address**
**Paul Gilbert**
**5075 Sparwood Ct**
**MELBOURNE, FL 32934**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.585 6
**Nonpriority creditor's name and mailing address**
**Paul Harris**
**3785 Holly Springs Drive**
**Corona, CA 92881**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.585 7
**Nonpriority creditor's name and mailing address**
**Paul Hord**
**244 Dixie Blvd.**
**Delray Beach, FL 33444**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.585 8
**Nonpriority creditor's name and mailing address**
**Paul Magcalas**
**1826 N Raymond Ave**
**Pasadena, CA 91103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.585 9
**Nonpriority creditor's name and mailing address**
**Paul Manning**
**2951 Christenson Lane**
**Onalaska, WI 54650**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5860
**Nonpriority creditor's name and mailing address**
**Paul Maurice Nsoa Nyoga**
**6264 Jackstaff Dr**
**Fort worth, TX 76179**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5861
**Nonpriority creditor's name and mailing address**
**Paul Miville**
**23651 SW 122 Avenue**
**Homestead, FL 33032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5862
**Nonpriority creditor's name and mailing address**
**Paul Nguyen**
**5940 Ember Glen Dr**
**Haltom City, TX 76137**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5863
**Nonpriority creditor's name and mailing address**
**Paul Osorio**
**Hacienda el castillo**
**cali, CA 33315**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5864
**Nonpriority creditor's name and mailing address**
**Paul Pavlyuk**
**28 Sycamore dr**
**Old Bridge, NJ 08857**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5865
**Nonpriority creditor's name and mailing address**
**PAUL PIRO**
**545 CUMMINGS LN**
**COTTONTOWN, TN 37048**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5866
**Nonpriority creditor's name and mailing address**
**Paul Sass**
**203 Grant Ave**
**Highland Park, NJ 08904**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5867
**Nonpriority creditor's name and mailing address**
**Paul Scodova**
**2000 Mallory Lane**
**Suite 130-82**
**Franklin, TN 37067**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5868
**Nonpriority creditor's name and mailing address**
**Paul Silhavy**
**19128 Cicerone Ct**
**New Caney, TX 77357**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5869
**Nonpriority creditor's name and mailing address**
**Paul Singer**
**95 sprague ave**
**staten island, NY 10307**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5870
**Nonpriority creditor's name and mailing address**
**PAUL SULNE**
**799 Lyons Ave**
**Irvington,, NJ 07111**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5871
**Nonpriority creditor's name and mailing address**
**Paul Test**
**2 St. James Road**
**New York, NY 71210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5872

**Nonpriority creditor's name and mailing address**
**Paul Wilderman**
**3323 McCue Road**
**#815**
**Houston, TX 77056**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5873

**Nonpriority creditor's name and mailing address**
**Paula Curtis-Carter**
**3 Pinewood Ave**
**Saratoga Springs, NY 12866**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5874

**Nonpriority creditor's name and mailing address**
**Pauline Mburu**
**7511 Greenwood Ave North**
**Unit 4254**
**Seattle, WA 98103**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5875

**Nonpriority creditor's name and mailing address**
**Paulino Mabjaia**
**Ansell road**
**Johannesburg, GP 02197**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5876

**Nonpriority creditor's name and mailing address**
**Paulo Junior**
**2040 Ashley river rd**
**511**
**Charleston, SC 29407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5877

**Nonpriority creditor's name and mailing address**
**Paulo Santiago**
**7191 Harbor Heights Cir**
**Orlando, FL 32835**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5878
**Nonpriority creditor's name and mailing address**
**pavan kumar nallamalli**
**13619 Legacy Cir APT B**
**herndon, VA 20171**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5879
**Nonpriority creditor's name and mailing address**
**Pavan Kumar Surabi**
**4452 NW CHANTICLEER DRIVE,**
**U02**
**PORTLAND, OR 97229**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5880
**Nonpriority creditor's name and mailing address**
**Pavan Mantripragada**
**2861 Executive Dr**
**210**
**clearwater, FL 33762**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5881
**Nonpriority creditor's name and mailing address**
**Pavan Mantripragada**
**2861 Excutive Dr**
**clearwater, FL 33762**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5882
**Nonpriority creditor's name and mailing address**
**Pavlos Pavli**
**237 oxford rd Glenashligh**
**204**
**Johannesburg, GP 02190**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5883
**Nonpriority creditor's name and mailing address**
**Pavol Masiar**
**307 Hampton Ct**
**West Chester, PA 19380**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5884
**Nonpriority creditor's name and mailing address**
**Pawandeep Kaur**
**8964 Beryl Creek Way**
**Elk Grove, CA 95758**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5885
**Nonpriority creditor's name and mailing address**
**Pawankumar Manikonda**
**11 Bright Holw**
**Irvine, CA 92618**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5886
**Nonpriority creditor's name and mailing address**
**Pawel Boczek**
**7225 Hollywood Boulevard**
**418**
**Los Angeles, CA 90046**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5887
**Nonpriority creditor's name and mailing address**
**Pawel Grunt**
**2015 S. Finley Rd.**
**Apt 703**
**Lombard, IL 60148**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5888
**Nonpriority creditor's name and mailing address**
**Pedro Contreras**
**114 Sheila Dr**
**West Monroe, LA 71291**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5889
**Nonpriority creditor's name and mailing address**
**Pedro Esteves**
**80 chambers street**
**Newark, NJ 07105**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5890
**Nonpriority creditor's name and mailing address**
**Pedro Olozagaste**
**7979 Calico Street**
**San Diego, CA 92126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.5891
**Nonpriority creditor's name and mailing address**
**Pedro Rodriguez**
**5025 D St**
**Philadelphia, PA 19129**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.5892
**Nonpriority creditor's name and mailing address**
**Peem Lorvidhaya**
**3827 Farr Oak Circle**
**Fairfax, VA 22030**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.5893
**Nonpriority creditor's name and mailing address**
**Pelumi Adelowokan**
**lag**
**8 abdulazeez farouq**
**La, AK 23401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.5894
**Nonpriority creditor's name and mailing address**
**Peng Zhao**
**233 N. Magnolia Ave.**
**Monrovia, CA 91016**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.5895
**Nonpriority creditor's name and mailing address**
**Perry Kesse**
**3384 Ravinia Cir**
**Aurora, IL 60504**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5896
**Nonpriority creditor's name and mailing address**
**Petar Mircheski**
**11359 Rhode Island St**
**Crown Point, IN 46307**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5897
**Nonpriority creditor's name and mailing address**
**pete garcia**
**po box 578**
**Glendale, AZ 85311**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5898
**Nonpriority creditor's name and mailing address**
**Peter Chan**
**4730 59th Street Apt 12D**
**Apt 12D**
**Woodside, NY 11377**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5899
**Nonpriority creditor's name and mailing address**
**Peter DiNovo**
**1285 Lindenwood Drive**
**Tarpon Springs, FL 34688**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5900
**Nonpriority creditor's name and mailing address**
**PETER DLUCIO**
**25007 ACACIA LN**
**LAGUNA HILLS, CA 92653**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5901
**Nonpriority creditor's name and mailing address**
**Peter Gichuki**
**1245 Almondwood Dr**
**Antioch, CA 94509**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5902 **Nonpriority creditor's name and mailing address**
**Peter Gray**
**6147 E Seneca Street**
**Inverness, FL 34452**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5903 **Nonpriority creditor's name and mailing address**
**Peter Grossman**
**15 c kaimao st**
**Paia, HI 96779**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5904 **Nonpriority creditor's name and mailing address**
**Peter Hansen**
**6732 W Coal Mine Avenue**
**Littleton, CO 80123**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5905 **Nonpriority creditor's name and mailing address**
**Peter Hoang**
**921 S Almansor St**
**ALHAMBRA, CA 91801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5906 **Nonpriority creditor's name and mailing address**
**Peter Ivey**
**203 Upper Grassy Hill Rd**
**WOODBURY, CT 06798**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5907 **Nonpriority creditor's name and mailing address**
**Peter Kakos**
**1755 N Landfair St**
**Anaheim, CA 92806**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5908
**Nonpriority creditor's name and mailing address**
**peter kim**
**1395 s carl st**
**anaheim, CA 92806**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5909
**Nonpriority creditor's name and mailing address**
**Peter LORAM**
**2 PALM COURT, WELGEMEENDT STREET gARDENS**
**CAPE TOWN, WC 08001**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5910
**Nonpriority creditor's name and mailing address**
**Peter Melody**
**1891 W. Woodland Rd.**
**Saratoga Springs, UT 84045**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5911
**Nonpriority creditor's name and mailing address**
**peter nguyen**
**11250 tesota loop st**
**corona, CA 92883**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5912
**Nonpriority creditor's name and mailing address**
**Peter Nguyen**
**1365 Cuciz Ln.**
**Milpitas, CA 95035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5913
**Nonpriority creditor's name and mailing address**
**Peter Ofori Nuamah**
**10300 New Hampshire Ave**
**Silver Spring, MD 20903**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5914
**Nonpriority creditor's name and mailing address**
**Peter Paul Pancipanci**
**9400 Mclennan Ave**
**Northridge, CA 91343**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5915
**Nonpriority creditor's name and mailing address**
**Peter Said**
**7331 Douglas Cir**
**La Palma, CA 90623**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5916
**Nonpriority creditor's name and mailing address**
**Peter Tep**
**8960 Cynthia Street**
**Apt 201**
**West Hollywood, CA 90069**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5917
**Nonpriority creditor's name and mailing address**
**Petlar Ngwengang**
**3403 learning tree ln**
**Rosenberg, TX 77471**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5918
**Nonpriority creditor's name and mailing address**
**Petru Ciloci**
**2230 Valley view pkwy unit 321**
**unit 321**
**EL Dorado Hills, CA 95762**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5919
**Nonpriority creditor's name and mailing address**
**Peyton Caldwell**
**2545 Gladiola**
**Conway, AR 72034**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5920
**Nonpriority creditor's name and mailing address**
**Peyton Nichols**
**2140 N Richards Dr**
**Albany, IN 47320**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5921
**Nonpriority creditor's name and mailing address**
**Phan Tran**
**3600 Camille Ave.**
**Conyers, GA 30013**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5922
**Nonpriority creditor's name and mailing address**
**Phanindra Babu Golla**
**7990 baymeadows rd e unit 918**
**jacksonville, FL 32256**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5923
**Nonpriority creditor's name and mailing address**
**Phanith Keo**
**2014 FLAMENCO ST**
**Katy, TX 77493**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5924
**Nonpriority creditor's name and mailing address**
**Phara Keo**
**2014 Flamenco St**
**Katy, TX 77493**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5925
**Nonpriority creditor's name and mailing address**
**Phat Duy Nguyen**
**24481 Jeronimo Ln**
**Lake Forest, CA 92630**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5926
**Nonpriority creditor's name and mailing address**
**phat Ly**
**4102 cedargate ct**
**fort collins, CO 80526**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5927
**Nonpriority creditor's name and mailing address**
**Phat To**
**9 timber creek cir**
**shawnee, OK 74804**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5928
**Nonpriority creditor's name and mailing address**
**Phat To**
**9 Timber Creek Cir**
**Shawnee, OK 74804**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5929
**Nonpriority creditor's name and mailing address**
**Phat Trenh**
**1157 E Kingsley Ave**
**Pomona, CA 91767**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5930
**Nonpriority creditor's name and mailing address**
**Phat Trenh**
**1157 E Kingsley Ave**
**Pomona, CA 91767**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5931
**Nonpriority creditor's name and mailing address**
**Phi Pham**
**8791 PALOS VERDES AVE**
**Westminster, CA 92683**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5932
**Nonpriority creditor's name and mailing address**
**Phi Tran**
**4390 van dyke ave**
**Van Dyke**
**San Diego, CA 92105**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5933
**Nonpriority creditor's name and mailing address**
**Phil Fanguy**
**48 NEELD LN**
**ASTON, PA 19014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5934
**Nonpriority creditor's name and mailing address**
**Phil Korir**
**8624 Greylag St**
**Blacklick, OH 43004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5935
**Nonpriority creditor's name and mailing address**
**Philip Arena**
**11 high st**
**Mantua, NJ 08051**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5936
**Nonpriority creditor's name and mailing address**
**philip constant**
**31-54 30th street**
**long island city, NY 11106**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5937
**Nonpriority creditor's name and mailing address**
**Philip De Leon**
**1501 E Elma Privado**
**Ontario, CA 91764**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5938 **Nonpriority creditor's name and mailing address**
**Philip Grey**
**7386 VILLAGE SQUARE DR**
**Suite 2612**
**Castle Pines, CO 80108**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5939 **Nonpriority creditor's name and mailing address**
**Philip Naylor**
**2108 Springstead Street**
**Las Vegas, NV 89134**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5940 **Nonpriority creditor's name and mailing address**
**philip onobun**
**2425**
**Bell St**
**Houston, TX 77003**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5941 **Nonpriority creditor's name and mailing address**
**Philip Test**
**911 Whatsyouremergenc**
**FirePolice, FL 32830**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5942 **Nonpriority creditor's name and mailing address**
**Philip Traxler**
**6721 Patrick Lane**
**Plano, TX 75024**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5943 **Nonpriority creditor's name and mailing address**
**Phillip Bess**
**5350 Pinehurst Park DR. Apt 1003**
**Charlotte, NC 28211**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5944
**Nonpriority creditor's name and mailing address**
**Phillip Choisser**
**10s361 Hampshire Ln E**
**Willowbrook, IL 60527**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5945
**Nonpriority creditor's name and mailing address**
**Phillip Cooper**
**11 Deer Trace Rd**
**Fayetteville, TN 37334**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5946
**Nonpriority creditor's name and mailing address**
**Phillip Davis**
**30430 Orchard Place Ln**
**Fulshear, TX 77423-0140**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5947
**Nonpriority creditor's name and mailing address**
**Phillip Maletta**
**1078 Graystone Rd.**
**Holland, MI 49423**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5948
**Nonpriority creditor's name and mailing address**
**Phillip Phyffer**
**3416 Gale Avenue**
**Long Beach, CA 90810**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5949
**Nonpriority creditor's name and mailing address**
**Phillip Welch**
**2539 carrollton ave**
**indianapolis6, IN 46205**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5950
**Nonpriority creditor's name and mailing address**
**Philo Reitzel**
**388 Blackberry Inn Rd**
**Weaverville, NC 28787**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5951
**Nonpriority creditor's name and mailing address**
**Philo Reitzel**
**388 Blackberry Inn Rd**
**Weaverville, NC 28787**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5952
**Nonpriority creditor's name and mailing address**
**Phirith Pheak**
**2020 24th ST SE**
**Rochester, MN 55904**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5953
**Nonpriority creditor's name and mailing address**
**Phong Hoang Nguyen**
**11169 Bryant rd**
**El Monte, CA 91731**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5954
**Nonpriority creditor's name and mailing address**
**phong huynh**
**78 stoneview dr sw**
**lilburn, GA 30047**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5955
**Nonpriority creditor's name and mailing address**
**Phong Le**
**Nghia Dong Residential Group**
**Cam Duc Town, Cam Lam District, Khanh Ho**
**57000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5956
**Nonpriority creditor's name and mailing address**
**Phong Lr**
**376 Truong Chinh**
**Cam Duc 57000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5957
**Nonpriority creditor's name and mailing address**
**Phong Nguyen**
**9539 Capitan ct**
**Riverside, CA 92508**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5958
**Nonpriority creditor's name and mailing address**
**Phong To**
**2323 FAIRWIND DR**
**APT 214**
**HOUSTON, TX 77062-6248**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5959
**Nonpriority creditor's name and mailing address**
**Phong Tran**
**921 Medina Dr. Arlington**
**Arlington, TX 76017-6565**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5960
**Nonpriority creditor's name and mailing address**
**Phong Vuong**
**3476 golf dr**
**San jose, CA 95127**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5961
**Nonpriority creditor's name and mailing address**
**Phu Bui**
**5 MILLER ST**
**PITTSTON, PA 18640**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC**
Name

Case number (if known)

3.5962

**Nonpriority creditor's name and mailing address**
**Phu Le**
**13521 James Avenue South**
**BURNSVILLE, MN 55337**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5963

**Nonpriority creditor's name and mailing address**
**Phu Nguyen**
**809 8th St.**
**Argyle, TX 76226**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5964

**Nonpriority creditor's name and mailing address**
**Phu Nguyen**
**6584 SKYLEMAR TRL, CENTREVILLE, VA 20121**
**CENTREVILLE, VA 20121**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5965

**Nonpriority creditor's name and mailing address**
**Phuc Giap**
**9210 Hamlet Ave S**
**Cottage Grove, MN 55016**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5966

**Nonpriority creditor's name and mailing address**
**Phuc Tran**
**204 Antigua Cir**
**Sunset, LA 70584**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5967

**Nonpriority creditor's name and mailing address**
**Phuong Ha**
**4552 Dodds Mills Dr**
**Haymarket, VA 20169**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5968
**Nonpriority creditor's name and mailing address**
**Phuong Le**
**8433 74th pl ne**
**Marysville, WA 98270**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5969
**Nonpriority creditor's name and mailing address**
**PHUONG NGUYEN**
**530 Windsor Drive**
**Lincoln, NE 68528**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5970
**Nonpriority creditor's name and mailing address**
**phuong tao**
**6117 modena**
**temple, TX 76502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5971
**Nonpriority creditor's name and mailing address**
**Phuongdung Tran**
**6022 workers dr**
**O**
**Brooklyn, MD 21225**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5972
**Nonpriority creditor's name and mailing address**
**Phurba Lama**
**824 Avenue C**
**C2**
**Bayonne, NJ 07002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.5973
**Nonpriority creditor's name and mailing address**
**Piermichelysee Joseph Guillaume**
**1193 Front St**
**Uniondale, NY 11553**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5974
**Nonpriority creditor's name and mailing address**
**Pierre Antoine Junior Larosiliere**
**1803 Dempster Street**
**Evanston, IL 60201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5975
**Nonpriority creditor's name and mailing address**
**Pierre Jackson Chery**
**2666 Columbus Avenue**
**North Bellmore, NY 11710**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5976
**Nonpriority creditor's name and mailing address**
**Pierre Joseph**
**3716 SW 3rd St**
**Fort Lauderdale, FL 33312**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5977
**Nonpriority creditor's name and mailing address**
**Pierre Kersaint**
**986 SOMERSBY**
**North Salt Lake, UT 84054**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5978
**Nonpriority creditor's name and mailing address**
**Pierre Lionel Francois**
**3407 E 86th st**
**Indianapois, IN 46077**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5979
**Nonpriority creditor's name and mailing address**
**Pierre Lionel Francois**
**4127 shady oak Dr, Apt C**
**Indianapolis, IN 46235**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5980
**Nonpriority creditor's name and mailing address**
**Pin Lu**
**7650 Euro Dr**
**D206**
**Midvale, UT 84047**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5981
**Nonpriority creditor's name and mailing address**
**Pin Lu**
**7650 Euro Dr**
**D206**
**Midvale, UT 84047**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5982
**Nonpriority creditor's name and mailing address**
**Pinesh Panchal**
**190 Wellington cir**
**gurnee, IL 60031**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5983
**Nonpriority creditor's name and mailing address**
**Pinki Mann**
**1729 Gosnell Rd**
**APT 103**
**Vienna, VA 22182**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5984
**Nonpriority creditor's name and mailing address**
**Piotr Kwidzinski**
**1501 Harvest Loop**
**Folsom, CA 95630**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5985
**Nonpriority creditor's name and mailing address**
**Piyush Patel**
**21262 Lorca Circle**
**Huntington Beach, CA 92648**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5986
**Nonpriority creditor's name and mailing address**
**poetry robison**
**4318 s dover**
**wichita, KS 67216**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5987
**Nonpriority creditor's name and mailing address**
**Pola Aguib**
**3080 Brookview Forest Dr**
**Nashville, TN 37211**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5988
**Nonpriority creditor's name and mailing address**
**Pom Kop**
**3816 E John l ave**
**Kingman, AZ 86409**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5989
**Nonpriority creditor's name and mailing address**
**Prachi Patel**
**8010 N I35**
**Austin, TX 78753**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5990
**Nonpriority creditor's name and mailing address**
**Pradeep Chand Lohanda Subramanian**
**39 Woodbridge Ave**
**Metuchen, NJ 08840**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5991
**Nonpriority creditor's name and mailing address**
**Pradeep Chevuri**
**13517 Bluebell Drive**
**Little Elm, TX 75068**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5992
**Nonpriority creditor's name and mailing address**
**Pradeep Krishnappa**
**5208 Alacon Ct**
**DUBLIN, CA 94568**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5993
**Nonpriority creditor's name and mailing address**
**Pradeep Reddy Bayyapu**
**1613 Geranium ln**
**Geranium ln**
**Celina, TX 75009**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5994
**Nonpriority creditor's name and mailing address**
**Pragnit Thakor**
**3668 Via Fatina Ave**
**Henderson, NV 89052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5995
**Nonpriority creditor's name and mailing address**
**Prahlad Rimal**
**6755 centerview ct**
**Liberty Township, OH 45044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5996
**Nonpriority creditor's name and mailing address**
**PRAMOD AVARADI**
**1862 NW 141 Avenue**
**Pembroke Pines, FL 33028**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5997
**Nonpriority creditor's name and mailing address**
**Pramod Patvari**
**50 denise dr**
**Edison, NJ 08820**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.5998
**Nonpriority creditor's name and mailing address**
**Pranay Patel**
**5 Zelkova Run**
**Moorestown, NJ 08057**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5999
**Nonpriority creditor's name and mailing address**
**Praneeth Kumar Kasani**
**53 Milford Rd**
**Chester Springs, PA 19425**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6000
**Nonpriority creditor's name and mailing address**
**Pranhuti Suri**
**4208 Mark Twain Blvad**
**Flower Mound, TX 75022**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6001
**Nonpriority creditor's name and mailing address**
**Prasad Mogili**
**2115 Rilman Cir**
**Cumming, GA 30041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6002
**Nonpriority creditor's name and mailing address**
**Prasanna Chari**
**715 scotland way**
**Wylie, TX 75098**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6003
**Nonpriority creditor's name and mailing address**
**Prasanna Chari**
**715 Scotland Way**
**Wylie, TX 75098**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6004
**Nonpriority creditor's name and mailing address**
**Prasanth Sondi**
**1265 UPLAND DRIVE**
**Tooele, UT 84074**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6005
**Nonpriority creditor's name and mailing address**
**Prasanth Sondi**
**1265 Upland Dr**
**Tooele, UT 84074**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6006
**Nonpriority creditor's name and mailing address**
**PRASHANT BALAN**
**12370 ALAMEDA TRACE CIR**
**APT 423**
**AUSTIN, TX 78727**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6007
**Nonpriority creditor's name and mailing address**
**Prashant Joshi**
**5716 103rd Ave N**
**Minneapolis, MN 55443**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6008
**Nonpriority creditor's name and mailing address**
**PRASHANT VADNERE**
**4537 E BADGER WAY**
**PHOENIX, AZ 85044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6009
**Nonpriority creditor's name and mailing address**
**Prashant Waghela**
**3604 Acropolis Way**
**Plano, TX 75074**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6010 **Nonpriority creditor's name and mailing address**
**Prashanth Thalaharla**
**647 Guenevere Dr**
**Pittsburgh, PA 15237**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6011 **Nonpriority creditor's name and mailing address**
**Prateek Parekh**
**206 Grayson Ter**
**San Jose, CA 95126-4817**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6012 **Nonpriority creditor's name and mailing address**
**Prateek Parekh**
**206 Grayson Ter**
**San Jose, CA 95126-4817**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6013 **Nonpriority creditor's name and mailing address**
**pratik amarkotia**
**922 magnolia blossom ct**
**sykesville, MD 21784**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6014 **Nonpriority creditor's name and mailing address**
**Praveen Bojja**
**2982 Church St**
**Bettendorf, IA 52722**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6015 **Nonpriority creditor's name and mailing address**
**PRAVEEN KUMAR LOKAM**
**24 JONES ST APT 530**
**NEWARK, NJ 07103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6016
**Nonpriority creditor's name and mailing address**
**Praveen Perike**
**5721 Billet St**
**Apt 103**
**New Market, MD 21774**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6017
**Nonpriority creditor's name and mailing address**
**Praveena Yellala**
**7 Hollow Ridge Dr**
**Nashua, NH 03062**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6018
**Nonpriority creditor's name and mailing address**
**premitkumar patel**
**209 birchdale ct**
**SIMPSONVILLE, SC 29681**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6019
**Nonpriority creditor's name and mailing address**
**premnath bagahiagari**
**11887 harvest cove trail**
**FRISCO, TX 75035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6020
**Nonpriority creditor's name and mailing address**
**Presten Agbeyibor**
**209 Donnybrook lane**
**Townson, MD 21204**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6021
**Nonpriority creditor's name and mailing address**
**Preston Blakely**
**620 Deborah Jane Dr**
**C**
**Pittsburgh, PA 15239**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6022
**Nonpriority creditor's name and mailing address**
**Preston Chen**
**3776 Fairfax Way**
**South San Francisco, CA 94080**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6023
**Nonpriority creditor's name and mailing address**
**Preston Toor**
**396 Mallorn Lane**
**Montgomery, TX 77316**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6024
**Nonpriority creditor's name and mailing address**
**preston wong**
**5918 milana dr**
**eastvale, CA 92880**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6025
**Nonpriority creditor's name and mailing address**
**preston wong**
**5918 milana dr**
**eastvale, CA 92880**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6026
**Nonpriority creditor's name and mailing address**
**Primitivo Gallegos**
**32483 Limitless Pl**
**Wesley Chapel, FL 33545**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6027
**Nonpriority creditor's name and mailing address**
**Prince Hossain**
**1438 Zerega Ave**
**Bronx, NY 10462**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6028
**Nonpriority creditor's name and mailing address**
**prince patel**
**709 saint mark rd**
**taylors, SC 29687**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6029
**Nonpriority creditor's name and mailing address**
**prince patel**
**709 saint mark rd**
**taylors, SC 29687**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6030
**Nonpriority creditor's name and mailing address**
**Priscilla Tran**
**705 153rd PL SW**
**Lynnwood, WA 98087**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6031
**Nonpriority creditor's name and mailing address**
**Pritesh Agrawal**
**1432 Summit Way**
**Mechanicsburg, PA 17050**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6032
**Nonpriority creditor's name and mailing address**
**Priyanka Patel**
**3717 Genesee Dr**
**Philadelphia, PA 19154**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6033
**Nonpriority creditor's name and mailing address**
**Prudvi Jampana**
**1533 Raspberry CT**
**Edison, NJ 08817**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6034
**Nonpriority creditor's name and mailing address**
**Punit Patel**
**10 Village St Apt 46**
**Easton, MD 21601**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6035
**Nonpriority creditor's name and mailing address**
**Purnachandr YALAVARTHY**
**5206 belvedere dr**
**PARKER, TX 75002**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6036
**Nonpriority creditor's name and mailing address**
**Purnachandra Rao Ravulapalli**
**22626 NE Inglewood Hill Rd Apt 811, Samm**
**Sammamish, WA 98074**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6037
**Nonpriority creditor's name and mailing address**
**Purnachandrarao Purugulla**
**2493 Gelding lane**
**Frisco, TX 75036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6038
**Nonpriority creditor's name and mailing address**
**Pushpa Nyaupane**
**3716 Tranquil Lane**
**Austin, TX 78728**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6039
**Nonpriority creditor's name and mailing address**
**Qi Gu**
**11108 Lismore Lane**
**Matthews, NC 28105**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.6040** **Nonpriority creditor's name and mailing address**
**Qi Liang Chen**
**12105 Pacific Ave Apt 1**
**Los Angeles, CA 90066**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6041** **Nonpriority creditor's name and mailing address**
**QIANG XIE**
**1907 HERING AVE**
**BRONX, NY 10461**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6042** **Nonpriority creditor's name and mailing address**
**QI Aiksks**
**11232 bmore road**
**Baltimore, MD 21202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6043** **Nonpriority creditor's name and mailing address**
**Quade Tate**
**213 Grant St**
**Chesapeake, VA 23320**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6044** **Nonpriority creditor's name and mailing address**
**Quade Tate**
**213 Grant St**
**Chesapeake, VA 23320**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6045** **Nonpriority creditor's name and mailing address**
**Quan Le**
**10562 chamberlain Ave**
**Anaheim, CA 92804**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6046
**Nonpriority creditor's name and mailing address**
**Quang Che**
**11246 Hendon Ln Houston Texas 77072**
**Houston, TX 77072**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6047
**Nonpriority creditor's name and mailing address**
**Quang Hoa Nguyen**
**Xom 4 Sai Khe, Sai Son**
**Quoc Oai**
**Hanoi**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6048
**Nonpriority creditor's name and mailing address**
**Quang Hung Le**
**D51, Rio Vista, Phuoc Long B Ward, Thu D**
**Ho Chi Minh City 00100**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6049
**Nonpriority creditor's name and mailing address**
**Quang Tran**
**10015 Canright Way**
**San Diego, CA 92126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6050
**Nonpriority creditor's name and mailing address**
**Queen Banor**
**16228 Lozano Street**
**Unit 7**
**Fontana, CA 92336**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6051
**Nonpriority creditor's name and mailing address**
**Queen Banor**
**16228 Lozano Street**
**Unit 7**
**Fontana, FL 92336**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6052
**Nonpriority creditor's name and mailing address**
**Quentin Evans**
**4121 Castell Dr**
**Fort Wayne, IN 46835**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6053
**Nonpriority creditor's name and mailing address**
**Quentin Miles**
**5454 Shaker Heights Lane**
**Raleigh, NC 27613**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6054
**Nonpriority creditor's name and mailing address**
**Quin OShaughnessy**
**119 West state st**
**Geneva, IL 60134**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6055
**Nonpriority creditor's name and mailing address**
**Quincy Babin**
**2878 lincoln ave**
**altadena, CA 91001**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6056
**Nonpriority creditor's name and mailing address**
**Quincy Babin**
**2878 Lincoln Avenue**
**Altadena, CA 91001**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6057
**Nonpriority creditor's name and mailing address**
**Quinn Lindeen**
**414 Birch Hill Drive**
**Sugar Land, TX 77479**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6058
**Nonpriority creditor's name and mailing address**
**Quinn Mazza**
**235 westlake ctr #366**
**daly city, CA 94014**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6059
**Nonpriority creditor's name and mailing address**
**Quoc Duy Duong**
**2855 Senter Rd**
**108**
**San Jose, CA 95111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6060
**Nonpriority creditor's name and mailing address**
**Quoc Quang Nong**
**Le hong phong**
**295/17**
**Nha Trang 00065-1740**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6061
**Nonpriority creditor's name and mailing address**
**Quy Tran**
**12914 Ridge Bank Lane**
**Houston, TX 77041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6062
**Nonpriority creditor's name and mailing address**
**Quyen Nguyen**
**525 Barnsley Cove**
**Fort Wayne, IN 46845**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6063
**Nonpriority creditor's name and mailing address**
**Quynh Duong**
**131 VILLAGE CENTER BLVD**
**Unit 3302**
**Myrtle Beach, SC 29579**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6064
**Nonpriority creditor's name and mailing address**
**Qyon Reeves**
**4545 N Lincoln Blvd**
**Oklahoma City, OK 73105**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6065
**Nonpriority creditor's name and mailing address**
**Raafia Fatima**
**801N Federal St, Apt 1134**
**Chandler, AZ 85226**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6066
**Nonpriority creditor's name and mailing address**
**Raafia Fatima**
**801N Federal St**
**Apt 1134**
**Chandler, AZ 85226**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6067
**Nonpriority creditor's name and mailing address**
**Raaghul Subramani**
**4713 Flat Bastion Dr**
**Raleigh, NC 27610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6068
**Nonpriority creditor's name and mailing address**
**Rachel Driver**
**3230 SW Perkins Ave**
**Apt 112**
**Pendleton, OR 97801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6069
**Nonpriority creditor's name and mailing address**
**Rachel Hein**
**10 Pine Lane**
**Irvington, NY 10533**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC**
Name
Case number (if known)

3.6070
**Nonpriority creditor's name and mailing address**
**Rachel Tooley**
**530 E Paces Ferry Rd. NE**
**#1208**
**Atlanta, GA 30305**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.6071
**Nonpriority creditor's name and mailing address**
**Rachell Hunt**
**2712 MAYBROOK HOLLOW LANE**
**HOUSTON, TX 77047**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.6072
**Nonpriority creditor's name and mailing address**
**Rachitha Onkar**
**808 N Lincoln Avenue**
**Apt 3 Urbana, Illinois**
**Urbana, Illioiis, IL 61801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.6073
**Nonpriority creditor's name and mailing address**
**Radaphon Souvandy**
**6047 Rochelle Drive**
**Fort Worth, TX 76123**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.6074
**Nonpriority creditor's name and mailing address**
**Radha Devani**
**9830 Belmont St**
**Apt 142**
**Bellflower, CA 90706**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.6075
**Nonpriority creditor's name and mailing address**
**Radhika Sathyakumar**
**90 Marc Drive**
**South Brunswick Township, NJ 08810**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6076
**Nonpriority creditor's name and mailing address**
**Radoslav Vachev**
**8307 25th Ave**
**Kenosha, WI 53143**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6077
**Nonpriority creditor's name and mailing address**
**Raeesh Vahora**
**235 Kirkwood Ln**
**Aurora, IL 60504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6078
**Nonpriority creditor's name and mailing address**
**Raeesh Vahora**
**235 Kirkwood Ln**
**Aurora, IL 60504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6079
**Nonpriority creditor's name and mailing address**
**Rafael A Corral**
**2903 West New Haven Avenue**
**#601**
**West Melbourne, FL 32904**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6080
**Nonpriority creditor's name and mailing address**
**Rafael Abreu**
**285 Bering ln**
**Summerville, SC 29486**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6081
**Nonpriority creditor's name and mailing address**
**Rafael Aguilar**
**401 W 52nd St**
**Apt 5F**
**New York, NY 10019**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6082
**Nonpriority creditor's name and mailing address**
**Rafael Arias**
**250 Hill Road**
**Orofino, ID 83544**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6083
**Nonpriority creditor's name and mailing address**
**Rafael Arias**
**250 Hill Road**
**Orofino, ID 83544**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6084
**Nonpriority creditor's name and mailing address**
**Rafael Artigas**
**4901 W Summerfield Dr**
**Highland, UT 84003**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6085
**Nonpriority creditor's name and mailing address**
**Rafael Ely**
**711 Arrowhead Trail**
**Cedar Park, TX 78613**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6086
**Nonpriority creditor's name and mailing address**
**Rafael Junio DeLima**
**1240 WRIGTH AVE**
**RICHMOND, CA 94804**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6087
**Nonpriority creditor's name and mailing address**
**Rafael Sanchez**
**2826 Peery Ave**
**Kansas City, MO 64127**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6088
**Nonpriority creditor's name and mailing address**
**Rafael Tru**
**3841 Harrison Ave**
**BROOKFIELD, IL 60513**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6089
**Nonpriority creditor's name and mailing address**
**Rafael Urdaneta**
**11205 NW 73RD ST**
**Doral, FL 33178**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6090
**Nonpriority creditor's name and mailing address**
**Rafael Van Hetten**
**87 Bragaw Ave**
**Newark, NJ 07112**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6091
**Nonpriority creditor's name and mailing address**
**Rafael Vargas**
**6 reenstra ct**
**Paterson, NJ 07522**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6092
**Nonpriority creditor's name and mailing address**
**rafal paruch**
**3927 N. Oriole AVE**
**chicago, IL 60634**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6093
**Nonpriority creditor's name and mailing address**
**Rafal Paruch**
**3927 n. Oriole Ave**
**Chicago, IL 60634**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6094
**Nonpriority creditor's name and mailing address**
**Rafal Ziolkowski**
**11122 77 Rd**
**Forest Hills, NY 11375**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6095
**Nonpriority creditor's name and mailing address**
**Rafaury Baez**
**7743 warwick st.**
**Detroit, MI 48228**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6096
**Nonpriority creditor's name and mailing address**
**Rafay Tai**
**6422 oak burl ct**
**Sugar Land, TX 77479**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6097
**Nonpriority creditor's name and mailing address**
**Rafiul Asif**
**3809 Thousand Oaks Cir**
**Salt Lake City, UT 84124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6098
**Nonpriority creditor's name and mailing address**
**Raghu Chukkapalli**
**1400 Sandy Bottom Dr NW**
**Concord, NC 28027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6099
**Nonpriority creditor's name and mailing address**
**Raghuvaran Reddy Julakanti**
**112 Basalt Ridge Dr**
**Holly Springs, NC 27540**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6100
**Nonpriority creditor's name and mailing address**
**Rah Gz**
**1822 13th st**
**Sacramento, CA 95811**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6101
**Nonpriority creditor's name and mailing address**
**Rahat Khalique**
**106-03 177th ST. 1st FL**
**Jamaica, NY 11433**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6102
**Nonpriority creditor's name and mailing address**
**Rahul Popli**
**30 Luminosa**
**Lake Forest, CA 92630**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6103
**Nonpriority creditor's name and mailing address**
**Rahul Raja**
**3207 Buckley Road**
**Suite 111**
**North Chicago, IL 60064**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6104
**Nonpriority creditor's name and mailing address**
**RAHUL RAO**
**508 E AVENUE J UNIT C**
**GRAND PRAIRIE, TX 75050**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6105
**Nonpriority creditor's name and mailing address**
**Raj Gourav**
**4510 Forsyth Pl**
**Indian Land, SC 29707**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6106
**Nonpriority creditor's name and mailing address**
**RAJ JAKKANI**
**829 Expedition Way**
**Round Rock, TX 78665**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6107
**Nonpriority creditor's name and mailing address**
**Raj kakadia**
**2600 East Renner Road**
**Apt 148**
**Richardson, TX 75082**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6108
**Nonpriority creditor's name and mailing address**
**Raj Sajankila**
**60 DAVIDS CT**
**DAYTON, NJ 08810**
**DAYTON, NJ 08810**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6109
**Nonpriority creditor's name and mailing address**
**Raj Sitapara**
**4250 Campus Dr NE**
**Lacey, WA 98516**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6110
**Nonpriority creditor's name and mailing address**
**Raj Tajale**
**2218 menard st**
**303**
**St. Louis, MO 63104**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6111
**Nonpriority creditor's name and mailing address**
**RAJA ALAPARTHI**
**793 QUARTER HORSE LANE**
**FRISCO, TX 75036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6112
**Nonpriority creditor's name and mailing address**
**Raja Mani**
**2139 Naplechase Crest Dr**
**Spring, TX 77373**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6113
**Nonpriority creditor's name and mailing address**
**Rajanikant Maru**
**3161 Sunridge Heights Parkway**
**Apt 2103**
**Henderson, NV 89052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6114
**Nonpriority creditor's name and mailing address**
**Rajansher Khehra**
**4 Polo Rd**
**Massapequa, NY 11758**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6115
**Nonpriority creditor's name and mailing address**
**Rajasekaran Kandhasamy**
**11014 Corner Stone Lane**
**Monrovia, MD 21770**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6116
**Nonpriority creditor's name and mailing address**
**Rajasekhar Maddike**
**13283 tall grass trl**
**Frisco, TX 75035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6117
**Nonpriority creditor's name and mailing address**
**Rajasekhar Maddike**
**13283 tall grass trl**
**Frisco, TX 75035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6118
**Nonpriority creditor's name and mailing address**
**Rajashekar Sirimulla**
**9253 CAPE VERDE DR**
**SEFFNER, FL 33584**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6119
**Nonpriority creditor's name and mailing address**
**Rajeev kumar Kurakula**
**457 Duggins pt**
**Apex, NC 27523**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6120
**Nonpriority creditor's name and mailing address**
**Rajendra Movva**
**2251 Jenna Ln**
**Prosper, TX 75078**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6121
**Nonpriority creditor's name and mailing address**
**Rajendra Tota**
**10025 Mamillion dr**
**HUNTERSVILLE, NC 28078**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6122
**Nonpriority creditor's name and mailing address**
**Rajesh Arora**
**14337 Harvest Moon Road**
**Boyds, MD 20841**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6123
**Nonpriority creditor's name and mailing address**
**rajesh jaladi**
**5504 North Dublin Ranch Drive**
**Dublin, CA 94568**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6124

**Nonpriority creditor's name and mailing address**
**Rajesh Jasani**
**23111 Dunlop Heights Terrace**
**Ashburn, VA 20148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6125

**Nonpriority creditor's name and mailing address**
**Rajesh Kannan Ethiraj**
**711 Greymoor Pl**
**southlake, TX 76092**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6126

**Nonpriority creditor's name and mailing address**
**Rajesh pingili**
**17900 Ridgewood Pl**
**Round Hill, VA 20141**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6127

**Nonpriority creditor's name and mailing address**
**Rajesh Singh**
**2 Ailanthus Court**
**Wildwood, MO 63005**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6128

**Nonpriority creditor's name and mailing address**
**Rajesh Vijayan**
**5170 Red River Ave SW**
**Wyoming, MI 49418**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6129

**Nonpriority creditor's name and mailing address**
**Rajeshwar Hanmiah**
**2840 East River Road**
**Grand Island, NY 14072**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6130 **Nonpriority creditor's name and mailing address**
**Rajiv Ramroop**
**260 Saint Cloud Ave**
**260 Saint Cloud Ave, NJ 07052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6131 **Nonpriority creditor's name and mailing address**
**Rajkumar Kakadia**
**2600 East Renner Road**
**Apt 148**
**Richardson, TX 75082**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6132 **Nonpriority creditor's name and mailing address**
**RAJNEEL ANAND**
**3435 routier rd**
**125**
**sacramento, CA 95827**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6133 **Nonpriority creditor's name and mailing address**
**Rajpartap Singh**
**9514 Merrimont Trace Cir**
**Bristow, VA 20136**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6134 **Nonpriority creditor's name and mailing address**
**Rakesh Chaudhary**
**206 east oates rd**
**104**
**Garland, TX 75043**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6135 **Nonpriority creditor's name and mailing address**
**Rakesh Somasundaram**
**70 Oakhurst Lane**
**Mount Laurel, NJ 08054**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6136
**Nonpriority creditor's name and mailing address**
**Rakhman Salmanov**
**10B Tulip Street**
**Cos Cob, CT 06807**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6137
**Nonpriority creditor's name and mailing address**
**Ralf Cesar**
**205 S Front St**
**Lewisburg, PA 17837**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6138
**Nonpriority creditor's name and mailing address**
**Ralph Bray**
**PO Box 8**
**Broken Bow, OK 74728**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6139
**Nonpriority creditor's name and mailing address**
**Ralph Graceffa**
**22 Frankie Ln**
**Cumberland, ME 04021**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6140
**Nonpriority creditor's name and mailing address**
**Ralph Thompson**
**300**
**APT 827**
**PLANO, TX 75023**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6141
**Nonpriority creditor's name and mailing address**
**Ralph Trotman**
**2875 Crescent Parkway**
**apt 1185**
**Atlanta, GA 30339**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6142
**Nonpriority creditor's name and mailing address**
**Ram Bishwokarma**
**5013 Caryn Court**
**Alexandria, VA 22312**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6143
**Nonpriority creditor's name and mailing address**
**Rama Silwal**
**11244 hyde pointe ct**
**Charlotte, NC 28262**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6144
**Nonpriority creditor's name and mailing address**
**Ramachandra Kapilavayi**
**1068 Lake Forest Dr**
**Weddington, NC 28104**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6145
**Nonpriority creditor's name and mailing address**
**ramakrishna maguluri**
**2320 Avonleigh Drive**
**Cumming, GA 30041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6146
**Nonpriority creditor's name and mailing address**
**Ramakrishna Rachuru**
**18965 64th Ave N**
**Maple Grove, MN 55311**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6147
**Nonpriority creditor's name and mailing address**
**Rambabu Akula**
**29 Corbel Dr**
**Greer, SC 29650**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6148
**Nonpriority creditor's name and mailing address**
**Rambabu Akula**
**29 Corbel Dr**
**Greer, SC 29650**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6149
**Nonpriority creditor's name and mailing address**
**Ramendher Busireddy**
**516 Samaritan Dr**
**Keller, TX 76248**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6150
**Nonpriority creditor's name and mailing address**
**Ramendher Busireddy**
**516 Samaritan Dr**
**Keller, TX 76248**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6151
**Nonpriority creditor's name and mailing address**
**Ramesh Pitchaiah**
**1001 oregon way**
**Milpitas, CA 95035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6152
**Nonpriority creditor's name and mailing address**
**Ramie Heo**
**294 Hickory Hedge Dr**
**Ballwin, MO 63021**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6153
**Nonpriority creditor's name and mailing address**
**Ramil Ali**
**723 N Dekalb Street**
**Philadelphia, NY 19104**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6154
**Nonpriority creditor's name and mailing address**
**Ramil Jimenez**
**380 KNICKERBOCKER RD**
**APT 2A**
**DUMONT, NJ 07628**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6155
**Nonpriority creditor's name and mailing address**
**Ramil Rillo**
**8623 Napa Landing**
**Boerne, TX 78015**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6156
**Nonpriority creditor's name and mailing address**
**Ramon Bejarano**
**3265 Westridge Dr**
**Las Cruces, NM 88005**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6157
**Nonpriority creditor's name and mailing address**
**RAMON ESPARZA**
**516 n 7th St**
**DONNA, TX 78537**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6158
**Nonpriority creditor's name and mailing address**
**ramon soto**
**3077 Preston Way**
**Bridgeville, PA 15017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6159
**Nonpriority creditor's name and mailing address**
**Ramses Nemb Katta**
**15339 Keystone Bend Ln**
**Houston, TX 77429**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6160
**Nonpriority creditor's name and mailing address**
**Ramya Mahendran**
**1025 Baldwin Avenue**
**402**
**Waukegan, IL 60085**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6161
**Nonpriority creditor's name and mailing address**
**Rana Ali**
**8605 60THH RD**
**1C**
**Elmhurst, NY 11373**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6162
**Nonpriority creditor's name and mailing address**
**Rana Hassan**
**191 Robby Lane**
**Manhasset Hills, NY 11040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6163
**Nonpriority creditor's name and mailing address**
**Randal Hajner**
**11808 Fan Tail Lane**
**Orlando, FL 32827**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6164
**Nonpriority creditor's name and mailing address**
**Randall Cleary**
**108 Basalyga Street**
**Jessup, PA 18434**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6165
**Nonpriority creditor's name and mailing address**
**Randall McCullough**
**8090 Keowee School Rd.**
**Seneca, SC 29672**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6166 **Nonpriority creditor's name and mailing address**
**Randy Mctizic**
**1020 Isenberg Street**
**Honolulu, HI 96826**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6167 **Nonpriority creditor's name and mailing address**
**Randy Rogers**
**25892 Nimes Court**
**Mission Viejo, CA 92692**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6168 **Nonpriority creditor's name and mailing address**
**Rani Kour**
**2500 Knights Rd**
**Apt 46-03**
**Bensalem, PA 19020**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6169 **Nonpriority creditor's name and mailing address**
**Ranjith dharanikota**
**9893 Derbyshire Dr**
**Frisco, TX 75035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6170 **Nonpriority creditor's name and mailing address**
**Ranuga Naotunne**
**120 holiday dr**
**Ardmore, OK 73044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6171 **Nonpriority creditor's name and mailing address**
**Raonak Ahmad**
**1913 Sadler Drive SE**
**Smyrna, GA 30080**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6172
**Nonpriority creditor's name and mailing address**
**Raphael Enriquez**
**110 E Ridge Ln**
**Payson, AZ 85541**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6173
**Nonpriority creditor's name and mailing address**
**Raphael Machin**
**9472 SW 77 AVE**
**APT P6**
**Miami, FL 33156**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6174
**Nonpriority creditor's name and mailing address**
**Raphiel Pichardo**
**834 Redwood Ave**
**Reading, PA 19610**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6175
**Nonpriority creditor's name and mailing address**
**Raquel Valencia**
**435 Cherry Vista Dr**
**Perris, CA 92571**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6176
**Nonpriority creditor's name and mailing address**
**Rasaq Akinwunmi**
**462 Olienhout Close, Savannah Country Es**
**462**
**Pretoria, GP 00081**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6177
**Nonpriority creditor's name and mailing address**
**Rashard Garrett**
**5825 COUNTRY VALLEY LN**
**FORT WORTH, TX 76179**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6178
**Nonpriority creditor's name and mailing address**
**Rashaun Walker**
**601 Old Brass Dr**
**Columbia, SC 29229**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6179
**Nonpriority creditor's name and mailing address**
**Rashedah Dishman**
**2929 Watson Blvd**
**ste 106**
**Warner Robins, GA 31088**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6180
**Nonpriority creditor's name and mailing address**
**Rasheedah Minor**
**6608 N Western Ave #275**
**#275**
**Oklahoma City, OK 73116**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6181
**Nonpriority creditor's name and mailing address**
**Rashida Simmons**
**2849 Dallas Street**
**323**
**Kennesaw, GA 30144**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6182
**Nonpriority creditor's name and mailing address**
**RASHMI RAGHUKUMAR**
**600 suntree lane**
**606**
**Pleasant hill, CA 94523**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6183
**Nonpriority creditor's name and mailing address**
**RASHMI RAGHUKUMAR**
**600 suntree lane**
**606**
**Pleasant hill, CA 94523**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6184 **Nonpriority creditor's name and mailing address**
**Ratanachai Surarith**
**545 E. San Jose Ave.**
**Apt 207**
**Burbank, CA 91501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6185 **Nonpriority creditor's name and mailing address**
**Raul Arenas**
**4401 Hickory Tree RD**
**PLANO, TX 75180**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6186 **Nonpriority creditor's name and mailing address**
**Raul Garcia**
**310 S SCHUERBACH RD**
**MISSION, TX 78572**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6187 **Nonpriority creditor's name and mailing address**
**Raul Martinez**
**10901 Linwood Ct**
**La Porte, TX 77571**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6188 **Nonpriority creditor's name and mailing address**
**Raul Rivera-Rivera**
**87 Park Ave**
**Boonton, NJ 07005**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6189 **Nonpriority creditor's name and mailing address**
**Raul Vasquez**
**11419 S New Hampshire Ave**
**#6**
**Los Angeles, CA 90044**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.6190 **Nonpriority creditor's name and mailing address**
**ravi chandra reddy matavalam**
**7739 La Haye Dr**
**Irving, TX 75063**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6191 **Nonpriority creditor's name and mailing address**
**Ravi Dyavanapelli**
**10243 GLEAN ST**
**FRISCO, TX 75035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6192 **Nonpriority creditor's name and mailing address**
**RAVI POTTAPINJARA**
**33 Hempstead Dr**
**Newark, DE 19702**
**Newark, DE 19702**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6193 **Nonpriority creditor's name and mailing address**
**Ravikiran Thummalapenta**
**5729 Demi Sec Dr**
**McKinney, TX 75070**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6194 **Nonpriority creditor's name and mailing address**
**RAVINDER THOTA**
**280 Idaho Street**
**Paramus, NJ 07652**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6195 **Nonpriority creditor's name and mailing address**
**Ray Bishun**
**3935 51st Street**
**3C**
**Woodside, NY 11377**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6196

**Nonpriority creditor's name and mailing address**
**Ray Cogswell**
**2556 Parkdale Ave**
**Simi Valley, CA 93063**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6197

**Nonpriority creditor's name and mailing address**
**Ray Hutson**
**13813 Bianca Ct**
**Pickerington, OH 43147**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6198

**Nonpriority creditor's name and mailing address**
**Ray Jackson**
**4909 Ruby Crest Court**
**Santa Maria, CA 93455**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6199

**Nonpriority creditor's name and mailing address**
**Ray Lovell**
**17825 w 1000 n rd**
**reddick, IL 60961**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6200

**Nonpriority creditor's name and mailing address**
**Ray Maldonado**
**4202 N 86th Drive**
**Phoenix, AZ 85037**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6201

**Nonpriority creditor's name and mailing address**
**Ray Soriano**
**17768 W Watson Lane**
**Surprise, AZ 85388**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6202 **Nonpriority creditor's name and mailing address**
**Ray Stanley Harris III**
**2078 2nd Avenue**
**7A**
**New york, NY 10029**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6203 **Nonpriority creditor's name and mailing address**
**rayanah lizardo**
**3500 data dr**
**apt 198**
**rancho cordova, CA 95670**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6204 **Nonpriority creditor's name and mailing address**
**Rayhan Rizqi**
**7627 E Onyx Ct**
**Scottsdale, AZ 85258**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6205 **Nonpriority creditor's name and mailing address**
**Raymond Bennett**
**44 west 39th street**
**Green Girl Printing**
**New York, NY 10018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6206 **Nonpriority creditor's name and mailing address**
**Raymond Diaz**
**1114 Hudson Dr**
**Mansfield, TX 76063**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6207 **Nonpriority creditor's name and mailing address**
**Raymond Dickens**
**240 Nestor Court**
**ROSWELL, GA 30076-3555**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6208
**Nonpriority creditor's name and mailing address**
**Raymond Espinosa**
**19418 11TH PL S**
**DES MOINES, WA 98148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6209
**Nonpriority creditor's name and mailing address**
**raymond estrada**
**329 Autry Drive**
**Burleson, TX 76028**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6210
**Nonpriority creditor's name and mailing address**
**Raymond Ferretti**
**124 Glory Maple Ln**
**DOWNINGTOWN, PA 19335-1535**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6211
**Nonpriority creditor's name and mailing address**
**Raymond Fladung**
**980 S Ames St**
**Lakewood, CO 80226-4816**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6212
**Nonpriority creditor's name and mailing address**
**Raymond Lin**
**146-38 59 ave**
**Flushing, NY 11355**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6213
**Nonpriority creditor's name and mailing address**
**Raymond Neal**
**2393 Page st**
**Ringgold, LA 71068**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6214
**Nonpriority creditor's name and mailing address**
**Raymond Ng**
**3935 Bresee Ave**
**Baldwin Park, CA 91706**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6215
**Nonpriority creditor's name and mailing address**
**Raymond Shian**
**7431 Zonal Ave**
**Las Vegas, NV 89131**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6216
**Nonpriority creditor's name and mailing address**
**Raymond Summar**
**1505 Summer Lane**
**Decatur, AL 35601**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6217
**Nonpriority creditor's name and mailing address**
**Raymond Wright**
**3611 SW 39TH Ave**
**West Park, FL 33022**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6218
**Nonpriority creditor's name and mailing address**
**Rayyan Khan**
**21111 Caddo Heights St**
**Richmond, TX 77407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6219
**Nonpriority creditor's name and mailing address**
**reagan mendoza**
**1419 Ashwood Drive**
**Martinez, CA 94553**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6220
**Nonpriority creditor's name and mailing address**
**Rebeca Cojocari**
**79 Wind Stone Dr**
**Asheville, NC 28804**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6221
**Nonpriority creditor's name and mailing address**
**rebeca gilling**
**275 NW 40th street**
**MIAMI, FL 33127**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6222
**Nonpriority creditor's name and mailing address**
**Rebecca Lauderdale**
**608 South 34th Avenue**
**Hattiesburg, MS 39402**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6223
**Nonpriority creditor's name and mailing address**
**REBECCA PRUDHOMME**
**1875 PINE GROVE ROAD**
**KEITHVILLE, LA 71047**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6224
**Nonpriority creditor's name and mailing address**
**REBECCA QIU**
**37 Mulberry Lane**
**Holmdel, NJ 07733**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6225
**Nonpriority creditor's name and mailing address**
**Reed Malcolm**
**944 Sunburst Lane**
**Altoona, IA 50009**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| 3.6226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Reema Singh**<br>**1921 Napa Valley Dr**<br>**Waxhaw, NC 28173**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Reena Shamirpet**<br>**Clear Haven**<br>**Coppell, TX 75019**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Reginald Deligent**<br>**2101 Southwest 32nd Terrace**<br>**Fort Lauderdale, FL 33312**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Reginaldo dos santos**<br>**523 bruce avenue, stratford, CT 06615 US**<br>**stratford, CT 06615**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Rein Ochotorena**<br>**69 E Stevenson**<br>**Glendale Heights, IL 60139**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Reinaldo Fevry**<br>**5660 W Villa Theresa Drive**<br>**Glendale, AZ 85308**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6232
**Nonpriority creditor's name and mailing address**
**Remy Maurice**
**430 W Hanover St**
**Trenton, NJ 08618**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6233
**Nonpriority creditor's name and mailing address**
**Remy Phaophongsavath**
**628 McLellan Dr**
**South san francisco, CA 94080**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6234
**Nonpriority creditor's name and mailing address**
**Ren Gong**
**9545 Oviedo St**
**San Diego, CA 92129**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6235
**Nonpriority creditor's name and mailing address**
**Renata Waltos**
**6518 Palo Verde Drive**
**Rockford, IL 61114**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6236
**Nonpriority creditor's name and mailing address**
**Renato Alvesmagalhaes**
**940 NW Fresco Way**
**#107**
**Jensen Beach, FL 34957**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6237
**Nonpriority creditor's name and mailing address**
**RENATO MIRANDA DE CARVALHO MELO**
**1900 Blue Oaks Blvd, 1224**
**1224**
**Roseville, CA 95747**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6238 **Nonpriority creditor's name and mailing address**
**Rene Rosa**
**347 pink azalea ter se**
**leesburg, VA 20175**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6239 **Nonpriority creditor's name and mailing address**
**Rene Villegas**
**1212 E Juarez**
**Pharr, TX 78577**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6240 **Nonpriority creditor's name and mailing address**
**Reneisha Brown-Lewis**
**8551 Deer Chase Drive**
**317**
**Riverview, FL 33578**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6241 **Nonpriority creditor's name and mailing address**
**Revanth Bobba**
**10789 Deerfield Trail**
**Kalamazoo, MI 49009**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6242 **Nonpriority creditor's name and mailing address**
**Rey Del Rosario**
**7041 Rogers Street**
**Las Vegas, NV 89118**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6243 **Nonpriority creditor's name and mailing address**
**Reya Long**
**8811 Rainesville Ln**
**Houston, TX 77075**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6244
**Nonpriority creditor's name and mailing address**
**REYDORF DAVIDSON**
**3751 OLIVILLE AVE 3, BRONX, NY 10467 US 3**
**Bronx, NY, NY 10467**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6245
**Nonpriority creditor's name and mailing address**
**Reynald Oliveros**
**15826 terrace dr**
**Oak Forest, IL 60452**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6246
**Nonpriority creditor's name and mailing address**
**REZA SADAT ABHARI**
**14600 ANTIETAM CT**
**SILVER SPRING, MD 20905**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6247
**Nonpriority creditor's name and mailing address**
**Reza Zadegan**
**2009 Verde Lane,**
**GREENSBORO, NC 27455-1290**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6248
**Nonpriority creditor's name and mailing address**
**Rezwan Choudhury**
**8050 Kenton Avenue**
**1S**
**Skokie, IL 60076**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6249
**Nonpriority creditor's name and mailing address**
**Rheden Hernandez**
**12572 Oak Knoll Road Apt E13**
**E13**
**Poway, CA 92064**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6250
**Nonpriority creditor's name and mailing address**
**Rhenell Hernandez**
**10272 Antrim way**
**San diego, CA 92126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6251
**Nonpriority creditor's name and mailing address**
**Ricardo Baez**
**47 Saint James Street**
**Apt B**
**Roxbury, MA 02119**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6252
**Nonpriority creditor's name and mailing address**
**Ricardo Cadet**
**9011 Avenue L**
**Brooklyn, NY 11236**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6253
**Nonpriority creditor's name and mailing address**
**Ricardo Lopez**
**83581 denver ave**
**Apt 240**
**indio, CA 92201**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6254
**Nonpriority creditor's name and mailing address**
**Ricardo Moodie**
**403 Swawel Avenue**
**Oudtshoorn, WC 06625**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6255
**Nonpriority creditor's name and mailing address**
**Ricardo Muller**
**1040 NE 151 TER**
**North Miami Beach, FL 33162**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6256
**Nonpriority creditor's name and mailing address**
**Ricardo Samson**
**91-1082 Nihopeku St.**
**Kapolei, HI 96707**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6257
**Nonpriority creditor's name and mailing address**
**Ricardo Zapata**
**2001 Meadow View Dr**
**San Marcos, TX 78666**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6258
**Nonpriority creditor's name and mailing address**
**richard beneilezer**
**5947 valkieth dr**
**houston, TX 77096**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6259
**Nonpriority creditor's name and mailing address**
**Richard Bennett**
**40823 HWY 133**
**Paonia, CO 81428**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6260
**Nonpriority creditor's name and mailing address**
**Richard Cervarich**
**3606 West Cortland Street**
**Chicago, IL 60647**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6261
**Nonpriority creditor's name and mailing address**
**Richard Cheng**
**2704 Parsons Boulevard**
**3D**
**Flushing, NY 11354**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6262 **Nonpriority creditor's name and mailing address**
**Richard Cheng**
**2704 Parsons Blvd**
**3D**
**Flushing, NY 11354**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6263 **Nonpriority creditor's name and mailing address**
**Richard Dupre**
**710 Reagan Heights**
**Apt 101**
**Colorado Springs, CO 80921**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6264 **Nonpriority creditor's name and mailing address**
**Richard Finley**
**2725 Pavich Dr**
**Council Bluffs, IA 51501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6265 **Nonpriority creditor's name and mailing address**
**Richard Foo**
**2888 Swanee Lane**
**Fairfax, VA 22031**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6266 **Nonpriority creditor's name and mailing address**
**Richard Harper**
**2701 Owens Rd SW**
**Conyers, GA 30094**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6267 **Nonpriority creditor's name and mailing address**
**Richard Ho**
**9305 Old Frederick Rd**
**Ellicott City, MD 21042**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6268
**Nonpriority creditor's name and mailing address**
**Richard Huynh**
**5938 154th Pl**
**Flushing, NY 11355**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6269
**Nonpriority creditor's name and mailing address**
**Richard Jara**
**3930 Sherbourne Drive, Independence, KY,**
**Independence, KY 41051**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6270
**Nonpriority creditor's name and mailing address**
**Richard McGuire**
**321 Pond St**
**Boston, MA 02130**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6271
**Nonpriority creditor's name and mailing address**
**richard morales**
**3862 39th st**
**apt 2**
**san diego, CA 92105**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6272
**Nonpriority creditor's name and mailing address**
**Richard Oliveira**
**1740 gertie avenue**
**Salt lake City, UT 84116**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6273
**Nonpriority creditor's name and mailing address**
**Richard Owens**
**1200 Courtland Ave**
**Florence, SC 29505**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6274
**Nonpriority creditor's name and mailing address**
**Richard Redruello**
**14531 SW 93rd Terr**
**Miami, FL 33186**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6275
**Nonpriority creditor's name and mailing address**
**Richard Schoville**
**814 S Gammon Rd**
**Unit 3**
**Madison, WI 53719**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6276
**Nonpriority creditor's name and mailing address**
**Richard Stone**
**8501 nw 24 ct**
**Sunrise, FL 33322**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6277
**Nonpriority creditor's name and mailing address**
**Richard Stype**
**650 S Lowell St**
**Apt 229**
**Portland, OR 97239**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6278
**Nonpriority creditor's name and mailing address**
**Richard Tracy**
**18252 Holland House Loop**
**Land O Lakes, FL 34638**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6279
**Nonpriority creditor's name and mailing address**
**Richard Tsu**
**2174 E Wellington Ave**
**Santa Ana, CA 92701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6280
**Nonpriority creditor's name and mailing address**
**Richard Ullmann**
**3079 Kelly Street**
**Scottdale, GA 30079**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6281
**Nonpriority creditor's name and mailing address**
**RICHARD VASQUEZ**
**4121 E PUEBLO AV**
**MESA, AZ 85206**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6282
**Nonpriority creditor's name and mailing address**
**Richard Versales**
**333 E. Fairview Ave.**
**103**
**Glendale, CA 91207**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6283
**Nonpriority creditor's name and mailing address**
**RICHARD WALDEN**
**9940 E. TUMBLEWEED AVE**
**MESA, AZ 85212-9147**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6284
**Nonpriority creditor's name and mailing address**
**Richard Williams**
**2257 ALASKA AVE**
**PROVO, UT 84606**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6285
**Nonpriority creditor's name and mailing address**
**Richard Wira**
**2008 Mossberg Dr**
**Plano, TX 75023**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6286
**Nonpriority creditor's name and mailing address**
**Richard Young**
**911 Bridgeway Circle**
**EL SOBRANTE, CA 94803**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6287
**Nonpriority creditor's name and mailing address**
**richard zhang**
**1418 aldine st**
**philadelphia, PA 19111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6288
**Nonpriority creditor's name and mailing address**
**Richard Zhou**
**27651 Panola Place Ln**
**Fulshear, TX 77441**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6289
**Nonpriority creditor's name and mailing address**
**Richardo Louise Corpuz**
**29 N 28Th St**
**APT 25E**
**Las Vegas, NV 89101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6290
**Nonpriority creditor's name and mailing address**
**Richpal Singh**
**1945 Peachbluff dr**
**duluth, GA 30097**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6291
**Nonpriority creditor's name and mailing address**
**rick dubois**
**97 Thomas Street**
**Bloomfield, NJ 07003**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6292
**Nonpriority creditor's name and mailing address**
**Ricky Bonds**
**1817 woodridge circle**
**hickroy, NC 28602**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6293
**Nonpriority creditor's name and mailing address**
**Ricky HO**
**13611 Hamlin St.**
**VALLEY GLEN, CA 91401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6294
**Nonpriority creditor's name and mailing address**
**Ricky Savanna**
**13609 Anthem Ave**
**Euless, TX 76040**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6295
**Nonpriority creditor's name and mailing address**
**Ricky Sease**
**125 Morningwalk Ln SW, Huntsville, AL 35**
**Huntsville, AL 35824**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6296
**Nonpriority creditor's name and mailing address**
**Ricky Yim**
**936 Hart St.**
**Brooklyn, NY 11237**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6297
**Nonpriority creditor's name and mailing address**
**Rigaud Durandisse**
**48 Robin RD**
**Westboro, MA 01581**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6298
**Nonpriority creditor's name and mailing address**
**Ripal Patel**
**77 brookside drive**
**Glendale Heights, IL 60139**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6299
**Nonpriority creditor's name and mailing address**
**Rishi Sheth**
**5 Shady Tree Lane**
**Colts Neck, NJ 07722**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6300
**Nonpriority creditor's name and mailing address**
**RITESH NAIK**
**10842 CAMINO RUIZ**
**D**
**SAN DIEGO, CA 92126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6301
**Nonpriority creditor's name and mailing address**
**Rithvik Krishna**
**141 Stanford Court**
**Irvine, CA 92612**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6302
**Nonpriority creditor's name and mailing address**
**Ritika Bhandari**
**347 W Brush Pl**
**Mountain House, CA 95391**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6303
**Nonpriority creditor's name and mailing address**
**Ritzson Desire**
**25 Old millstone Dr**
**Unit 32**
**East Windsor, NJ 08520**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6304
**Nonpriority creditor's name and mailing address**
**Riya Desai**
**338 tappan st**
**Boston, MA 02445**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6305
**Nonpriority creditor's name and mailing address**
**Rizqi Indrawan**
**7627 E Onyx Ct**
**Scottsdale, AZ 85258**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6306
**Nonpriority creditor's name and mailing address**
**Roan van der Merwe**
**DIxon Road**
**Brettenwood Garden Estate Unit 122**
**Witbank, MP 01043**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6307
**Nonpriority creditor's name and mailing address**
**rob swanson**
**5036 Mills Canyon Rd.**
**Entait, WA 98822**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6308
**Nonpriority creditor's name and mailing address**
**Robbie Savage jr**
**67 lathrop rd**
**uncasville, Connecticut 06382-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6309
**Nonpriority creditor's name and mailing address**
**Robby Fowler**
**1407 PRINCETON AV LONGVIEW TX 75601**
**Longview, TX 75601**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6310

**Nonpriority creditor's name and mailing address**
**Robby Im**
**42 E Ruby Ave**
**B**
**Palisades Park, NJ 07650**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6311

**Nonpriority creditor's name and mailing address**
**Robby Mercier**
**15399 ne 6th ave**
**A111**
**Miami, FL 33162**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6312

**Nonpriority creditor's name and mailing address**
**Roberline Louis**
**7124 Colony club drive**
**Lake worth, FL 33463**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6313

**Nonpriority creditor's name and mailing address**
**Robert Abad**
**7201 Zest St**
**San Diego, CA 92139**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6314

**Nonpriority creditor's name and mailing address**
**robert aguirre**
**19336 De Marco Road**
**Riverside, CA 92508**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6315

**Nonpriority creditor's name and mailing address**
**Robert Anania**
**51 Berkshire Way**
**Westbrook, ME 04092**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6316
**Nonpriority creditor's name and mailing address**
**Robert Andersen**
**90 Harp Ln.**
**Sayville, NY 11782**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6317
**Nonpriority creditor's name and mailing address**
**Robert Baca**
**11104 Canton Ave**
**Lubbock, TX 79423**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6318
**Nonpriority creditor's name and mailing address**
**Robert Banks**
**3722 Deerfield Street**
**High Point, NC 27265**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6319
**Nonpriority creditor's name and mailing address**
**Robert Brown**
**1371 Marilyn Ct**
**Hollister, CA 95023**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6320
**Nonpriority creditor's name and mailing address**
**Robert Calderon**
**1299 Knox Court**
**Unit 223**
**Denver, CO 80204**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6321
**Nonpriority creditor's name and mailing address**
**Robert Campbell**
**500 St Michael Drive**
**Space D-41**
**Texarkana, TX 75503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6322
**Nonpriority creditor's name and mailing address**
**Robert Carpenter**
**13533 Snooze Lane**
**Mint Hill, FL 28227**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6323
**Nonpriority creditor's name and mailing address**
**Robert Chin**
**253 SW 2nd Ct**
**Deerfield Beach, FL 33441**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6324
**Nonpriority creditor's name and mailing address**
**Robert Choroszewski**
**3638 N Newcastle Ave**
**Chicago, IL 60634**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6325
**Nonpriority creditor's name and mailing address**
**Robert Colling**
**217 West Circle Dr**
**Russellville, AR 72801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6326
**Nonpriority creditor's name and mailing address**
**Robert Cooper**
**1377 West Smoke Tree Ave**
**San Tan Valley, AZ 85140**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6327
**Nonpriority creditor's name and mailing address**
**Robert Costa**
**640 Boston Ave**
**Unit 503**
**Medford, MA 02155**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6328 **Nonpriority creditor's name and mailing address**
**Robert Dizon**
**14340 w 9 Mile Rd**
**Oak Park, MI 48237**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6329 **Nonpriority creditor's name and mailing address**
**Robert Dobes**
**2027 Artesia Blvd**
**Apt F**
**Torrance, CA 90504**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6330 **Nonpriority creditor's name and mailing address**
**ROBERT EASON**
**4310 CINDY RD**
**Lakeland, FL 33810-5443**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6331 **Nonpriority creditor's name and mailing address**
**ROBERT EGGLESTON**
**3151 Crystal Drive**
**PO BOX 439**
**Beulah, MI 49617-0439**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6332 **Nonpriority creditor's name and mailing address**
**Robert Ellison**
**1332 Dan Fowler Rd**
**Dahlonega, GA 30533**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6333 **Nonpriority creditor's name and mailing address**
**Robert Essex**
**133 Connemara Drive**
**Granville, OH 43023**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6334
**Nonpriority creditor's name and mailing address**
**Robert Fowler**
**PO Box 11181**
**Conway, AR 72034**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6335
**Nonpriority creditor's name and mailing address**
**Robert Freisner**
**1850 Rugged Trl**
**Midlothian, TX 76065**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6336
**Nonpriority creditor's name and mailing address**
**Robert Gagnon**
**2315 Stone Creek Trl**
**Billings, MT 59106**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6337
**Nonpriority creditor's name and mailing address**
**Robert Gasper**
**6413 Partlow Rd**
**Spotsylvania, VA 22551**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6338
**Nonpriority creditor's name and mailing address**
**Robert Gates**
**4740 Dundee Rd**
**Jacksonville, FL 32210**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6339
**Nonpriority creditor's name and mailing address**
**Robert Gates**
**841 oak ridge road**
**saint augustine, FL 32086**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6340 **Nonpriority creditor's name and mailing address**
**Robert Gatson**
**9227 Hemphill Drive**
**Fort Wayne, IN 46819**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6341 **Nonpriority creditor's name and mailing address**
**Robert Harp**
**1049 Edenbrooke Circle**
**Anderson, SC 29621**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6342 **Nonpriority creditor's name and mailing address**
**Robert Hartzell**
**2593 Montreal ST**
**Jacksonville, FL 32233**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6343 **Nonpriority creditor's name and mailing address**
**Robert Hayden**
**938 Southernside Lane**
**O FALLON, MO 63368**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6344 **Nonpriority creditor's name and mailing address**
**Robert Hernandez**
**176 N Colorado st**
**Casa Grande, AZ 85122**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6345 **Nonpriority creditor's name and mailing address**
**Robert Herrera**
**417 N Carolina St**
**Houston, TX 77029**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6346
**Nonpriority creditor's name and mailing address**
**Robert Huizar**
**525 Alabama Dr**
**Lone Pine, CA 93545**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6347
**Nonpriority creditor's name and mailing address**
**Robert Ibarra**
**16115 South Post Road**
**Oklahoma City, OK 73165**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6348
**Nonpriority creditor's name and mailing address**
**Robert Lee**
**1201 PARKS AVE**
**Virginia Beach, VA 23451**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6349
**Nonpriority creditor's name and mailing address**
**Robert Levy**
**2 N 6th Pl**
**Apt 26G**
**Brooklyn, NY 11249**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6350
**Nonpriority creditor's name and mailing address**
**Robert Little**
**397 Elford grove rd**
**jonesville, SC 29353**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6351
**Nonpriority creditor's name and mailing address**
**Robert Liu**
**4910 Maricopa St.**
**Torrance, CA 90503**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6352
**Nonpriority creditor's name and mailing address**
**Robert Logan**
**10615 Vista Camino**
**Lakeside, CA 92040**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6353
**Nonpriority creditor's name and mailing address**
**Robert Ly**
**7173 S Durango Dr**
**Unit 111**
**Las Vegas, NV 89113**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6354
**Nonpriority creditor's name and mailing address**
**Robert Maierle**
**41467 Olivet Drive**
**Sterling Heights, MI 48313**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6355
**Nonpriority creditor's name and mailing address**
**Robert Masuda**
**7171 Galli Ct**
**San jose, CA 95129**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6356
**Nonpriority creditor's name and mailing address**
**Robert Masuda**
**7171 galli court**
**San Jose, CA 95129**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6357
**Nonpriority creditor's name and mailing address**
**Robert Means**
**7804 North 147th East Avenue**
**Owasso, OK 74055**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6358
**Nonpriority creditor's name and mailing address**
**Robert Melkonyan**
**18420 Hastings Way**
**Porter Ranch, CA 91326**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6359
**Nonpriority creditor's name and mailing address**
**Robert Menchen**
**2960 Pineridge Avenue**
**Cincinnati, OH 45208**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6360
**Nonpriority creditor's name and mailing address**
**ROBERT MILEAGE**
**109 Cordoba Ct**
**Goose Creek, SC 29445**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6361
**Nonpriority creditor's name and mailing address**
**Robert Necco**
**3521 Roanoke Street**
**Seaford, NY 11783**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6362
**Nonpriority creditor's name and mailing address**
**Robert Nogueira**
**518 Buxton St**
**North Smithfield, RI 02896**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6363
**Nonpriority creditor's name and mailing address**
**Robert Ouano**
**3150 E Ray Rd**
**Apt 336**
**Gilbert, AZ 85296**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6364 **Nonpriority creditor's name and mailing address**
**Robert Padron**
**6868 N Concord Ln**
**Niles, IL 60714**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6365 **Nonpriority creditor's name and mailing address**
**Robert Padron**
**6868 North Concord Lane**
**Niles, IL 60714**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6366 **Nonpriority creditor's name and mailing address**
**ROBERT PARDY**
**9713 RIDGEFOREST DRIVE**
**CHARLOTTE, NC 28277**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6367 **Nonpriority creditor's name and mailing address**
**Robert Pauley**
**1104 Goldenaster Ct**
**Celebration, FL 34747**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6368 **Nonpriority creditor's name and mailing address**
**Robert Pelletier**
**21515 Dunrobin Way**
**Yorba Linda, CA 92887**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6369 **Nonpriority creditor's name and mailing address**
**Robert Plunkett**
**18 SPRING LANE**
**YARDLEY, PA 19067**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6370
**Nonpriority creditor's name and mailing address**
**Robert Plunkett**
**18 Spring Lane**
**Yardley, PA 19067**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6371
**Nonpriority creditor's name and mailing address**
**Robert Post**
**12 Randall St**
**Adams, MA 01220**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6372
**Nonpriority creditor's name and mailing address**
**Robert Powell**
**108 Green Rd**
**Riegelwood, NC 28456**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6373
**Nonpriority creditor's name and mailing address**
**Robert Radziwon**
**302 Emory Rd.**
**Mineola, NY 11501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6374
**Nonpriority creditor's name and mailing address**
**ROBERT ROESKE**
**1050 E 10th ave**
**Blythe, CA 92225**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6375
**Nonpriority creditor's name and mailing address**
**Robert Rutter**
**317 4th Street South #309**
**La Crosse, WI 54601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6376
**Nonpriority creditor's name and mailing address**
**Robert Rutter**
**319 4th St. So.**
**Suite 309**
**La Crosse, WI 54601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6377
**Nonpriority creditor's name and mailing address**
**Robert Schoonover**
**15301 72nd St NE**
**Otsego, MN 55330**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6378
**Nonpriority creditor's name and mailing address**
**Robert Scott**
**13 W.Biddle Street**
**West Chester, PA 19380**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6379
**Nonpriority creditor's name and mailing address**
**Robert Scott**
**129 W. Union Street**
**West Chester, PA 19382**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6380
**Nonpriority creditor's name and mailing address**
**Robert Shaw**
**1736 E Elm Street**
**New Albany, IN 47150**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6381
**Nonpriority creditor's name and mailing address**
**Robert Sibila**
**348 Locust St N**
**Canal Fulton, OH 44614**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6382
**Nonpriority creditor's name and mailing address**
**Robert Sibila**
**348 Locust St N**
**Canal Fulton, OH 44614**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6383
**Nonpriority creditor's name and mailing address**
**Robert Silfies**
**625 ScotchGate Ter**
**Deland, FL 32724**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6384
**Nonpriority creditor's name and mailing address**
**Robert Singley**
**15122 SW Barcelona Way**
**Beaverton, OR 97007**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6385
**Nonpriority creditor's name and mailing address**
**Robert Staton**
**218 point hope lane**
**Hendersonville, NC 28792**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6386
**Nonpriority creditor's name and mailing address**
**Robert Taylor Anderson**
**8932 W 140th**
**2D**
**Orland Park, IL 60462**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6387
**Nonpriority creditor's name and mailing address**
**Robert Thomas**
**CMR 411 Box 5664**
**APO, AE 09112**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6388
**Nonpriority creditor's name and mailing address**
**Robert Thomas**
**1632 Regal Cove Ct**
**Kissimmee, FL 34744**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6389
**Nonpriority creditor's name and mailing address**
**Robert Vang**
**1100 4th Street**
**SAINT PAUL PARK, MN 55071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6390
**Nonpriority creditor's name and mailing address**
**Robert Walter**
**8802 Aubrey Ln**
**Richmond, TX 77469**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6391
**Nonpriority creditor's name and mailing address**
**Robert Waltos**
**6518 Palo Verde Drive**
**Rockford, IL 61114**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6392
**Nonpriority creditor's name and mailing address**
**Robert Wilson**
**9112 S Harper Ave**
**Chicago, IL 60619**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6393
**Nonpriority creditor's name and mailing address**
**Robert ZHang**
**960 W 7th St 2107**
**Los Angeles, CA 90017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.6394 | Nonpriority creditor's name and mailing address<br>**Robert Zhang**<br>**225 S Milvale Ave Apt3**<br>**Pittsburgh, PA 15224**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6395 | Nonpriority creditor's name and mailing address<br>**Roberta Lee**<br>**60 Sunrise Ct**<br>**Deatsville, AL 36022**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6396 | Nonpriority creditor's name and mailing address<br>**roberto avila**<br>**10735 sw 3rd st**<br>**apt 2**<br>**miami, FL 33174**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6397 | Nonpriority creditor's name and mailing address<br>**Roberto Cean**<br>**3089 Three Rivers Rd**<br>**Punta Gorda, FL 33982**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6398 | Nonpriority creditor's name and mailing address<br>**Roberto De Varona Lugo**<br>**1912 Country Drive**<br>**Apt 302**<br>**Grayslake, IL 60030**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6399 | Nonpriority creditor's name and mailing address<br>**Roberto Galas**<br>**2209 Robert Wynn St**<br>**El Paso, TX 79936**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6400
**Nonpriority creditor's name and mailing address**
**ROBERTO GAMEZ**
**5368 Bogie Ct.**
**Riverside, CA 92509**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6401
**Nonpriority creditor's name and mailing address**
**Roberto Jose Guzman Sanchez**
**2800 SW 35th Pl**
**2510-D**
**Gainesville, FL 32608**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6402
**Nonpriority creditor's name and mailing address**
**Roberto Rivera**
**8 E Mcneal St**
**Millville, NJ 08332**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6403
**Nonpriority creditor's name and mailing address**
**Roberto Salinas**
**1807 Galveston St.**
**Laredo, TX 78043**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6404
**Nonpriority creditor's name and mailing address**
**Robi Komalan**
**274 HAYES RD**
**SCHUYLERVILLE, NY 12871**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6405
**Nonpriority creditor's name and mailing address**
**Robiel Sium**
**23 maine avenue**
**18**
**Richmond, CA 94804**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6406
**Nonpriority creditor's name and mailing address**
**Robin Taylor**
**27955 RIATA RANCH DR**
**SAN ANTONIO, TX 78261**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6407
**Nonpriority creditor's name and mailing address**
**Robin Taylor**
**27955 RIATA RANCH DR**
**San Antonio, TX 78261**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6408
**Nonpriority creditor's name and mailing address**
**ROBINSON LEVEILLE**
**2125 SAINT RAYMOND AVE APT 7I**
**Apt 7i**
**BRONX, NY 10462**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6409
**Nonpriority creditor's name and mailing address**
**Rocco Avellino**
**14254 84th ter.**
**Seminole, FL 33776**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6410
**Nonpriority creditor's name and mailing address**
**Rochelle Evans-Walker**
**1264 WILLISTON DR**
**LAWRENCEVILLE, GA 30044**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6411
**Nonpriority creditor's name and mailing address**
**Rociado Jennings**
**422 W Taylor St.**
**Taylor, PA 18517**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6412
**Nonpriority creditor's name and mailing address**
**Rockberto Najera**
**102 W Palomino Dr**
**Unit 203**
**Chandler, AZ 85225**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6413
**Nonpriority creditor's name and mailing address**
**Rod Burlamaqui**
**3419 N Cook Rd**
**PowderSprings, GA 30127**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6414
**Nonpriority creditor's name and mailing address**
**Roderick Hines**
**3440 East kiehl ave**
**4006**
**Sherwood, AR 72120**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6415
**Nonpriority creditor's name and mailing address**
**roderrick hall**
**5039 ramillie run**
**winston-salem, NC 27106**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6416
**Nonpriority creditor's name and mailing address**
**Rodi Moran**
**13322 Chenin Blanc Ct, Apple Valley, CA**
**apple valley, CA 92308**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6417
**Nonpriority creditor's name and mailing address**
**Rodney Aguilera**
**1265 Lorenzo Rd**
**Chula Vista, CA 91913**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6418
**Nonpriority creditor's name and mailing address**
**Rodney Aguilera**
**1265 Lorenzo Rd**
**Chula Vista, FL 91913**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6419
**Nonpriority creditor's name and mailing address**
**Rodney Carlson**
**612 grand Ave**
**Apt d4**
**Creston, IA 50801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6420
**Nonpriority creditor's name and mailing address**
**Rodney Dugue**
**184-35 Henley Road**
**Jamaica, NY 11432**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6421
**Nonpriority creditor's name and mailing address**
**Rodney Mayfield**
**82743 Crest Ave**
**Indio, CA 92201**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6422
**Nonpriority creditor's name and mailing address**
**Rodrigo Bravo**
**8235 Chatham Manor Blvd**
**Apt 5102**
**Orlando, FL 32821**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6423
**Nonpriority creditor's name and mailing address**
**Rodrigo Morales Cabrera**
**4114 camino de la plaza**
**20a**
**San ysidro, CA 92173**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6424
**Nonpriority creditor's name and mailing address**
**Rodrigues Aggison**
**155 Briley Ave**
**Opelousas, LA 70570**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6425
**Nonpriority creditor's name and mailing address**
**Rodrigues Aggison**
**155 Briley Ave**
**Opelousas, LA 70570**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6426
**Nonpriority creditor's name and mailing address**
**Rody Kinslow**
**24244 E 710Rd**
**Dover, OK 73734**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6427
**Nonpriority creditor's name and mailing address**
**Rody Kinslow**
**24244 E 710Rd**
**Dover, OK 73734**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6428
**Nonpriority creditor's name and mailing address**
**Roel Garcia Roman**
**17908 Woodruff ave**
**apt 24**
**Bellflower, CA 90706**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6429
**Nonpriority creditor's name and mailing address**
**Roeun Houn**
**1000 Runell Road**
**LOUISVILLE, KY 40214**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6430
**Nonpriority creditor's name and mailing address**
**Rogelio Aguirre**
**2720 E Plum St**
**Laredo, TX 78043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6431
**Nonpriority creditor's name and mailing address**
**Rogelio Aguirre**
**2720 E Plum St**
**Laredo, TX 78043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6432
**Nonpriority creditor's name and mailing address**
**Rogelio Oates**
**828 midwood st.**
**apt 5c.**
**brooklyn, NY 11203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6433
**Nonpriority creditor's name and mailing address**
**Roger Bravo**
**6685 W 26th Ct apt 102**
**Hialeah, FL 33016**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6434
**Nonpriority creditor's name and mailing address**
**roger moore**
**3518 postwood dr.**
**spring, TX 77388**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6435
**Nonpriority creditor's name and mailing address**
**Roger Nolan**
**3490 Rd P NW**
**Quincy, WA 98848**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6436
**Nonpriority creditor's name and mailing address**
**Roger Shaw**
**5 Forest View Nottingham Road**
**Stutterheim, EC 04930**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6437
**Nonpriority creditor's name and mailing address**
**Roger Sohn**
**4998 S Olivia Way**
**Ontario, CA 91762**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6438
**Nonpriority creditor's name and mailing address**
**Roger Vermeulen**
**9138 Seagrove Dr**
**Dallas, TX 75243**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6439
**Nonpriority creditor's name and mailing address**
**Roger Wienke-Bardinal**
**5753 Hwy 85 N, #3303**
**Crestview, FL 32536**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6440
**Nonpriority creditor's name and mailing address**
**rogerio Ribeiro**
**5304 ne 6th ave**
**apt G**
**Oakland Park, FL 33334**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6441
**Nonpriority creditor's name and mailing address**
**Rogers Akembom Jr**
**410 Groveland Ave**
**Apt. 1002**
**Minneapolis, MN 55403**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

**3.6442** **Nonpriority creditor's name and mailing address**
**rohan barclay**
**226 jefferson street**
**sterling, CO 80751**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6443** **Nonpriority creditor's name and mailing address**
**Rohan Patel**
**3 Rue Cezanne**
**Somerset, NJ 08873**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6444** **Nonpriority creditor's name and mailing address**
**Rohit Deshmukh**
**27600 Havenhill ln**
**Los Gatos, FL 95033**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6445** **Nonpriority creditor's name and mailing address**
**ROHIT KUMAR**
**GGS STREET**
**NY, NY 10011**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6446** **Nonpriority creditor's name and mailing address**
**ROHIT KUMAR GUTTULA**
**4825 ODUM VIEW LN**
**CUMMING, GA 30040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6447** **Nonpriority creditor's name and mailing address**
**Roji John**
**11102 Terrace Bluff Dr**
**Austin, TX 78754**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6448
**Nonpriority creditor's name and mailing address**
**Roland Reyes Jr.**
**1491 Kernodle Landing Dr**
**Burlington, NC 27217**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6449
**Nonpriority creditor's name and mailing address**
**Roldan Ramirez**
**15261 eagle bay way**
**Apple Valley, MN 55124**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6450
**Nonpriority creditor's name and mailing address**
**Rom Jonathan Ico**
**8193 Sienna Loop**
**Roseville, CA 95678**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6451
**Nonpriority creditor's name and mailing address**
**Roman Bereza**
**3600 Gateway Dr**
**Apt 509**
**Philadelphia, PA 19145**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6452
**Nonpriority creditor's name and mailing address**
**Roman Spaid**
**301 E. 40th St**
**Sioux Falls, SD 57105**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6453
**Nonpriority creditor's name and mailing address**
**Romanelyn Tan**
**18880 Caminito Cantilena**
**Unit 57**
**San Diego, CA 92128**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6454
**Nonpriority creditor's name and mailing address**
**Rome Jone**
**4006 Bryant Ct**
**Cypress, CA 90630**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6455
**Nonpriority creditor's name and mailing address**
**Romeo Patel**
**119 Peter St**
**Unit 407**
**Union City, NJ 07087**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6456
**Nonpriority creditor's name and mailing address**
**Ron Adams**
**1453 w ten mile rd**
**Cantonment, FL 32533**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6457
**Nonpriority creditor's name and mailing address**
**Ron Trammell**
**55 Hunters Lane**
**Rossville, TN 38066**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6458
**Nonpriority creditor's name and mailing address**
**Ronak Chaudhari**
**1074 Copperfield Lane**
**E**
**Schaumburg, IL 60193**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6459
**Nonpriority creditor's name and mailing address**
**Ronak Parekh**
**60 Ruby Ln**
**Plainview, NY 11803**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6460 **Nonpriority creditor's name and mailing address**
**Ronak Shah**
**3971 Orth St**
**Bethlehem, PA 18020**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6461 **Nonpriority creditor's name and mailing address**
**Ronald Abreu**
**2251 Sedgwick ave**
**2C**
**Bronx, FL 10468**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6462 **Nonpriority creditor's name and mailing address**
**Ronald Bales**
**66 S Monterey St**
**Gilbert, AZ 85233**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6463 **Nonpriority creditor's name and mailing address**
**Ronald Benedetti**
**5 Deerfield Dr**
**Wyoming, RI 02898**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6464 **Nonpriority creditor's name and mailing address**
**Ronald Bilbrey**
**2165 Westmont Street**
**Geneva, AL 36340**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6465 **Nonpriority creditor's name and mailing address**
**Ronald Dang**
**3087 Florence ave**
**San jose, CA 95127**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6466
**Nonpriority creditor's name and mailing address**
**Ronald Deveaux**
**6024 South Croft Avenue**
**Los Angeles, CA 90056-1613**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6467
**Nonpriority creditor's name and mailing address**
**Ronald Menold**
**147 Comanche Drive**
**Oceanport, NJ 07757**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6468
**Nonpriority creditor's name and mailing address**
**Ronald Spinks**
**2718 Cedar Lane**
**Richmond, TX 77406**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6469
**Nonpriority creditor's name and mailing address**
**Ronald Sukhdeo**
**186 Crown Ave**
**Elmont, NY 11003**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6470
**Nonpriority creditor's name and mailing address**
**Ronald Tupas**
**1249 W. Apache Ln**
**Lakeside, AZ 85929**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6471
**Nonpriority creditor's name and mailing address**
**Ronald Vongphachamk**
**3936 Woodlane Ave.**
**Haltom City, TX 76117**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC**
Name

Case number (if known)

3.6472

**Nonpriority creditor's name and mailing address**
**RongJie Cai**
**1226 W GrandPkwy S**
**616**
**katy, TX 77494**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6473

**Nonpriority creditor's name and mailing address**
**Roohil Hamid**
**1230 Cuyamaca Ave**
**spring valley, CA 91977**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6474

**Nonpriority creditor's name and mailing address**
**Roosevelt Sharpe**
**PO Box 920300**
**Arverne, NY 11692**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6475

**Nonpriority creditor's name and mailing address**
**Roosevelt Tate**
**914 Woodland Rd**
**Creedmoor, NC 27522**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6476

**Nonpriority creditor's name and mailing address**
**Rooslaine Charles**
**7008 Hiawassee over look Drive**
**Orlando, FL 32835**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6477

**Nonpriority creditor's name and mailing address**
**Rory Miller**
**3420 Chaffin Drive**
**Richland Hills, TX 76118**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6478 **Nonpriority creditor's name and mailing address**
**Rosa Cota**
**10 Doroteo St.**
**Rio Grande City, TX 78582**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6479 **Nonpriority creditor's name and mailing address**
**Rosalio Veliz**
**1503 viewridge dr**
**san antonio, TX 78213**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6480 **Nonpriority creditor's name and mailing address**
**ROSALYN CANTUE**
**1307 Berry Lane**
**Longview, TX 75602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6481 **Nonpriority creditor's name and mailing address**
**Rosevone Byrd III**
**3053 Summit Dr**
**Fultondale, AL 35068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6482 **Nonpriority creditor's name and mailing address**
**Roshawn Finn**
**72 Westland St**
**Hartford, CT 06120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6483 **Nonpriority creditor's name and mailing address**
**Ross Brown**
**4745 40th ave sw**
**Apt 614**
**Seattle, WA 98116**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6484 **Nonpriority creditor's name and mailing address**
**Ross Jekel**
**2002 211TH PL SW**
**Lynnwood, WA 98036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6485 **Nonpriority creditor's name and mailing address**
**Ross Stevens**
**1438 Hart Rd**
**Lebanon, OH 45036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6486 **Nonpriority creditor's name and mailing address**
**ROSTI STAR**
**21205 Yacht Club Dr**
**709**
**AVENTURA, FL 33180**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6487 **Nonpriority creditor's name and mailing address**
**Rotchild Pierre**
**6 maple st**
**wyandanch, NY 11798**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6488 **Nonpriority creditor's name and mailing address**
**Rothschild Lormilus**
**618 Erudo street**
**Linden, NJ 07036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6489 **Nonpriority creditor's name and mailing address**
**Roussena Rouzard**
**658 Sun Ridge Blvd**
**Avon, IN 46123**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6490
**Nonpriority creditor's name and mailing address**
**Rowan Wikohika**
**2241 Lucia Ct**
**Rancho Cordova, CA 95670**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6491
**Nonpriority creditor's name and mailing address**
**Roxanne Felarca**
**5918 Eldora Dr**
**College Station, TX 77845**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6492
**Nonpriority creditor's name and mailing address**
**Roxanne Gates**
**2302 North Central Avenue**
**Unit 214**
**Phoenix, AZ 85004**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6493
**Nonpriority creditor's name and mailing address**
**Roxanne Vila**
**45 Zugibe ct**
**West Haverstraw, NY 10993**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6494
**Nonpriority creditor's name and mailing address**
**Roy Blue**
**7549 Leland Station Drive**
**Apt 205**
**Leland, NC 28451**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6495
**Nonpriority creditor's name and mailing address**
**Ruan Steinhobel**
**2367 Talisker avenue,**
**Spearfish, SD 57783**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6496
**Nonpriority creditor's name and mailing address**
**RUBALDEEP pawra**
**3062 Generation Way**
**Greenwood, IN 46143**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6497
**Nonpriority creditor's name and mailing address**
**Ruben Amor Palisoc**
**1400 Pensacola St.**
**#602**
**Honolulu, HI 96822**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6498
**Nonpriority creditor's name and mailing address**
**Ruben Brambila**
**14514 W Sierra St**
**Surprise, AZ 85379**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6499
**Nonpriority creditor's name and mailing address**
**Ruben Garcia**
**11802 Asher Ln**
**Balch Springs, TX 75180**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6500
**Nonpriority creditor's name and mailing address**
**Ruben Maldonado Jr**
**3929 W 110th St**
**Inglewood, CA 90303**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6501
**Nonpriority creditor's name and mailing address**
**Ruben Marchuk**
**28438 37th Ave S**
**Auburn, WA 98001**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.6502** **Nonpriority creditor's name and mailing address**
**ruchan darai**
**1618 fordem ave**
**209**
**madison, WI 53704**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6503** **Nonpriority creditor's name and mailing address**
**Rudolf Boquiron**
**804 NW 170th Ter**
**Pembroke Pines, FL 33028**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6504** **Nonpriority creditor's name and mailing address**
**Rudolph Smith**
**2045 W 137th Terrace Apt 141**
**Leawood, KS 66224**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6505** **Nonpriority creditor's name and mailing address**
**Rudy cala Rodriguez**
**24331 ivory sunset ln**
**KATY, TX 77493-3137**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6506** **Nonpriority creditor's name and mailing address**
**Rueben Bellard**
**159 Cypress Bend Road**
**Scott, LA 70583**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6507** **Nonpriority creditor's name and mailing address**
**Ruel Anselmo**
**1109 w 190TH sT**
**Ste A**
**Gardena, CA 90248**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6508 **Nonpriority creditor's name and mailing address**
**Rumesa Majid**
**27219 Liberty Heights Lane**
**Fulshear, TX 77441**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6509 **Nonpriority creditor's name and mailing address**
**Rupeshkumar Varadarajan**
**1004 Verdigris Way**
**Odenton, MD 21113**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6510 **Nonpriority creditor's name and mailing address**
**Rush Chapman**
**4200 Miami Church Road**
**Concord, NC 28025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6511 **Nonpriority creditor's name and mailing address**
**Rush Chapman**
**4200 Miami Church Road**
**Concord, NC 28025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6512 **Nonpriority creditor's name and mailing address**
**Rushil Thakar**
**601 WESTFORD PLACE**
**OSWEGO, IL 60543**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6513 **Nonpriority creditor's name and mailing address**
**Rusin Andonov**
**11444 Weston Course Loop**
**Riverview, FL 33579**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6514
**Nonpriority creditor's name and mailing address**
**Ruslan Gendelman**
**92 Driggs Street**
**Staten Island, NY 10308**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6515
**Nonpriority creditor's name and mailing address**
**Ruslan Volosevych**
**2245 SONOMA DR E**
**Nokomis, FL 34275**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6516
**Nonpriority creditor's name and mailing address**
**Russell Griffin**
**5810 Longview Cir**
**Bridgeville, FL 15017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6517
**Nonpriority creditor's name and mailing address**
**Russell Pitts**
**56 Ximeno Ave**
**apt 2**
**Long Beach, CA 90803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6518
**Nonpriority creditor's name and mailing address**
**Russell Shoemaker**
**29 Timothy drive**
**West Bridgewater, MA 02379**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6519
**Nonpriority creditor's name and mailing address**
**Russell Thompson**
**3405 Guava St**
**Cocoa, FL 32926**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6520
**Nonpriority creditor's name and mailing address**
**Ryan Arnone**
**11608 West Granville Drive**
**Marana, AZ 85653**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6521
**Nonpriority creditor's name and mailing address**
**Ryan Babaan**
**5490 Noble drive**
**Indianapolis, IN 46234**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6522
**Nonpriority creditor's name and mailing address**
**Ryan Baldwin**
**1002 County Road 148**
**Gatesville, TX 76528**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6523
**Nonpriority creditor's name and mailing address**
**Ryan Beck**
**2912 Hawthorne Ave**
**104**
**Dallas, TX 75219**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6524
**Nonpriority creditor's name and mailing address**
**Ryan Berg**
**310 Pine Swamp RD**
**Elverson, PA 19520**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6525
**Nonpriority creditor's name and mailing address**
**Ryan Boone**
**230 Geddes St**
**Wilmington, DE 19805**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6526
**Nonpriority creditor's name and mailing address**
**Ryan Canon**
**777 Brickell Ave #500-9811**
**Miami, FL 33131**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6527
**Nonpriority creditor's name and mailing address**
**Ryan Carver**
**20915 Church Lake Dr E**
**Bonney Lake, WA 98391**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6528
**Nonpriority creditor's name and mailing address**
**Ryan Crisp**
**1024 West End Street**
**Bolivar, TN 38008**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6529
**Nonpriority creditor's name and mailing address**
**Ryan DeBlis**
**712 West 47th Street Place**
**Kearney, NE 68845**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6530
**Nonpriority creditor's name and mailing address**
**Ryan Dennewitz**
**2686 midnight pearl**
**Sarasota, FL 34240**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6531
**Nonpriority creditor's name and mailing address**
**Ryan Elezra**
**2228 Sky Pointe Ridge Drive**
**Henderson, NV 89052**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6532 **Nonpriority creditor's name and mailing address**
**Ryan Fullington**
**8500 MARYLAND AVE**
**513**
**SAINT LOUIS, MO 63124**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.6533 **Nonpriority creditor's name and mailing address**
**Ryan Garaygay**
**4100 Manzanita Ct**
**Vancouver, WA 98661**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.6534 **Nonpriority creditor's name and mailing address**
**Ryan Geddes**
**55 School House Road**
**Northfield, FL 06778**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.6535 **Nonpriority creditor's name and mailing address**
**Ryan Hage**
**426 Ridgemont Way**
**Lawrenceville, GA 30046**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.6536 **Nonpriority creditor's name and mailing address**
**Ryan Howarter**
**300 N McLean Blvd**
**Elgin, IL 60123**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.6537 **Nonpriority creditor's name and mailing address**
**Ryan Humenick**
**300 Buchanan St**
**APT 501**
**San Francisco, CA 94102**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6538 **Nonpriority creditor's name and mailing address**
**Ryan Kandels**
**75 Gannet Ct**
**Wayne, NJ 07470**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6539 **Nonpriority creditor's name and mailing address**
**ryan kreutzer**
**530 drafthorse pl**
**norco, CA 92860**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6540 **Nonpriority creditor's name and mailing address**
**Ryan Kwon**
**710 W Grand Ave**
**APT 2417**
**Escondido, CA 92025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6541 **Nonpriority creditor's name and mailing address**
**Ryan Kwon**
**710 West Grand Avenue**
**Apt 2417**
**Escondido, CA 92025-2506**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6542 **Nonpriority creditor's name and mailing address**
**Ryan Lane**
**431 w acacia st**
**Brea, CA 92821**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6543 **Nonpriority creditor's name and mailing address**
**Ryan Loughlin**
**108 Second Ave**
**Apt 1A**
**Bradley Beach, FL 07720**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6544
**Nonpriority creditor's name and mailing address**
**Ryan Lu**
**187 Accacia Street**
**Daly City, California 94014-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6545
**Nonpriority creditor's name and mailing address**
**Ryan Magee**
**659 Calle Miramar**
**Redondo Beach, CA 90277-6447**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6546
**Nonpriority creditor's name and mailing address**
**Ryan Mercado**
**406 County Road 2218**
**Cleveland, TX 77327**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6547
**Nonpriority creditor's name and mailing address**
**Ryan Mercado**
**406 County Road 2218**
**Cleveland, TX 77327**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6548
**Nonpriority creditor's name and mailing address**
**Ryan Monaco**
**800 Evan ln**
**Lake Villa, IL 60046**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6549
**Nonpriority creditor's name and mailing address**
**Ryan Moon**
**11 Warwick Ave**
**2**
**Fort Lee, NJ 07024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6550 **Nonpriority creditor's name and mailing address**
**Ryan Myint**
**1002 Westgard St**
**Union City, CA 94587**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6551 **Nonpriority creditor's name and mailing address**
**Ryan Nguyen**
**215 green street**
**Martinez, CA 94553**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6552 **Nonpriority creditor's name and mailing address**
**Ryan Nogot**
**126 Croft Row**
**Lafayette, LA 70503**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6553 **Nonpriority creditor's name and mailing address**
**Ryan Painter**
**5660 Eagle Parkway**
**Apt 3**
**Ferndale, WA 98248**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6554 **Nonpriority creditor's name and mailing address**
**Ryan Paul**
**8 Stoothoff Dr**
**New Hyde Park, NY 11040**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6555 **Nonpriority creditor's name and mailing address**
**Ryan Pegels**
**1221 1st Ave**
**Apt 1715**
**Seattle, WA 98101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6556
**Nonpriority creditor's name and mailing address**
**Ryan Pennebaker**
**144 Dub Hilton Dr.**
**Florence, MS 39073**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6557
**Nonpriority creditor's name and mailing address**
**Ryan Peterson**
**101 w high st**
**Unit 385**
**Mount Vernon, OH 43050**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6558
**Nonpriority creditor's name and mailing address**
**Ryan Pieper**
**225 fort johnson dr**
**Summerville, SC 29486**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6559
**Nonpriority creditor's name and mailing address**
**Ryan Polacco**
**151 Pine Street**
**Kingston, NY 12401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6560
**Nonpriority creditor's name and mailing address**
**Ryan Porter**
**2901 Barton Skyway**
**2503**
**Austin, TX 78746**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6561
**Nonpriority creditor's name and mailing address**
**Ryan Reckling**
**14920 81st ave se**
**Snohomish, WA 98296**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6562
**Nonpriority creditor's name and mailing address**
**Ryan Reed**
**120 TOMAHAWK DR**
**52**
**Pocahontas, IL 62275**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6563
**Nonpriority creditor's name and mailing address**
**Ryan Reines**
**2954 Diamond Street**
**Apt 3**
**San Francisco, CA 94131**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6564
**Nonpriority creditor's name and mailing address**
**Ryan Respeto-hardy**
**11551 ne state rd 24**
**Archer, FL 32618**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6565
**Nonpriority creditor's name and mailing address**
**Ryan Singh**
**6533 Fillmore St**
**Hollywood, FL 33024**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6566
**Nonpriority creditor's name and mailing address**
**Ryan Socks**
**13313 New Port Court**
**Hagerstown, MD 21742**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6567
**Nonpriority creditor's name and mailing address**
**Ryan Spotts**
**1132 Hidden Valley Rd**
**West point, CA 95255**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6568
**Nonpriority creditor's name and mailing address**
**Ryan St. Clair**
**6104 S Emery**
**Mesa, AZ 85212**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6569
**Nonpriority creditor's name and mailing address**
**Ryan Stanley**
**9105 Torrence Creek Ct**
**Huntersville, NC 28078**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6570
**Nonpriority creditor's name and mailing address**
**ryan sweet**
**743 braxton road**
**ridley park, PA 19078**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6571
**Nonpriority creditor's name and mailing address**
**Ryan test**
**11 ventnor court**
**waretown, NJ 08758**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6572
**Nonpriority creditor's name and mailing address**
**Ryan Tsungai Mungoni**
**4666 299th Street Kuwadzana 6 Harare**
**Harare, Zimbabwe**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6573
**Nonpriority creditor's name and mailing address**
**Ryan Turner**
**1620 East Riverside Drive**
**73228**
**Austin, TX 78741**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6574
**Nonpriority creditor's name and mailing address**
**Ryan Utterback**
**3714 Crown Point Ave**
**Omaha, NE 68111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6575
**Nonpriority creditor's name and mailing address**
**Ryan Vergara**
**1161 Lucienne St.**
**Pomoma, CA 91766**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6576
**Nonpriority creditor's name and mailing address**
**Ryan Vo**
**15641 spar st**
**Garden grove, CA 92843**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6577
**Nonpriority creditor's name and mailing address**
**Ryan Vojtkofsky**
**39180 Citation Place**
**35101**
**Farmington Hills, MI 48331**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6578
**Nonpriority creditor's name and mailing address**
**RYAN WARD**
**76 Glenns Road**
**Severna Park, MD 21146**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6579
**Nonpriority creditor's name and mailing address**
**Ryan Whittaker**
**189 Northridge Ter**
**Medford, OR 97501**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6580 **Nonpriority creditor's name and mailing address**
**ryan williams**
**305 NE 38TH ST**
**BOCA RATON, FL 33431**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6581 **Nonpriority creditor's name and mailing address**
**ryan wolff**
**7007 crimson shadow st**
**north las vegas, NV 89086**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6582 **Nonpriority creditor's name and mailing address**
**Ryder Dobson**
**315 Briarwood Ct**
**Marietta, GA 30068**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6583 **Nonpriority creditor's name and mailing address**
**Ryder Stejskal**
**901 Sir James Bridge**
**Las Vegas, NV 89145**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6584 **Nonpriority creditor's name and mailing address**
**Ryker Purdy**
**2609 Fairwood Dr**
**New Braunfels, TX 78132**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6585 **Nonpriority creditor's name and mailing address**
**Ryleigh Henderson**
**161 Lakehurst drive**
**Vacaville, CA 95687**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6586
**Nonpriority creditor's name and mailing address**
**Ryon Seymore**
**1822 S 39th St #118**
**Mesa, AZ 85206**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6587
**Nonpriority creditor's name and mailing address**
**Saad Hussain**
**21381 Trebuchet**
**Kingwood, TX 77339**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6588
**Nonpriority creditor's name and mailing address**
**Saatvik Sandal**
**24719 90th Ave**
**Bellerose, NY 11426**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6589
**Nonpriority creditor's name and mailing address**
**Sabin Breitling**
**11885 W McDowell rd crystal springs 1026**
**Avondale, AZ 85392**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6590
**Nonpriority creditor's name and mailing address**
**Sabirah Salau**
**4443 Crooked Creek Drive**
**Jacksonville, FL 32224**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6591
**Nonpriority creditor's name and mailing address**
**Sabrina Stephenson**
**1027 Sutton Ct**
**Uniondale, NY 11553**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6592 **Nonpriority creditor's name and mailing address**
**sacha castellani**
**15 van dorn st**
**saratoga springs, NY 12866**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6593 **Nonpriority creditor's name and mailing address**
**sacha delamarre**
**27930 cabot rd. #545**
**laguna niguel, CA 92677**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6594 **Nonpriority creditor's name and mailing address**
**Sacha Delamarre**
**27930 cabot rd**
**545**
**Laguna niguel, CA 92677**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6595 **Nonpriority creditor's name and mailing address**
**Sachihiko Kanda**
**7015 Fairmount Avenue**
**El Cerrito, CA 94530**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6596 **Nonpriority creditor's name and mailing address**
**Sachihiko Kanda**
**7015 Fairmount Avenue**
**El Cerrito, CA 94530**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6597 **Nonpriority creditor's name and mailing address**
**Sachin Bhakta**
**109 Menkar**
**Irvine, CA 92618**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6598 **Nonpriority creditor's name and mailing address**
**Sada Krishnan**
**7922 Pacific Spring Ln**
**Richmond, TX 77407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6599 **Nonpriority creditor's name and mailing address**
**Sadasiva Murthy Koppu**
**5915 SYDNEY PARK LN**
**SUGAR LAND, TX 77479**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6600 **Nonpriority creditor's name and mailing address**
**Sadasiva Murthy Koppu**
**5915 SYDNEY PARK LN**
**SYDNEY PARK LN**
**SUGAR LAND, TX 77479**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6601 **Nonpriority creditor's name and mailing address**
**Sadek Sadek**
**2755 Clayton St**
**Philadelphia, PA 19152**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6602 **Nonpriority creditor's name and mailing address**
**Sadman Shipar**
**88-39 Hollis Court Blvd**
**Queens Village, NY 11427**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6603 **Nonpriority creditor's name and mailing address**
**Safik Momin**
**5915 Continental Dr**
**Rosenberg, TX 77469**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6604

**Nonpriority creditor's name and mailing address**
**Sagar Patel**
**2220 Adler Dr NE**
**Brookhaven, GA 30319**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6605

**Nonpriority creditor's name and mailing address**
**SAGARIKA NADADUR**
**14001 AVERY RANCH BLVD**
**UNIT 401**
**AUSTIN, TX 78717**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6606

**Nonpriority creditor's name and mailing address**
**Saheed Oyetunde**
**938 Seneca Road**
**Great Falls, VA 22066**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6607

**Nonpriority creditor's name and mailing address**
**Sahil Asim**
**1000 Skokie Blvd**
**Apt 538**
**Skokie, IL 60062**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6608

**Nonpriority creditor's name and mailing address**
**Sahil Asim**
**8025 skokie blvd**
**Apt 209**
**Skokie, IL 60077**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6609

**Nonpriority creditor's name and mailing address**
**Sahil Batra**
**1544 Lebanon Pike**
**Nashville, TN 37210**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6610
**Nonpriority creditor's name and mailing address**
**Sahil Dhir**
**32428 Deborah Drive**
**Union City, CA 94587**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6611
**Nonpriority creditor's name and mailing address**
**Sai kishan Yarraganti**
**7424 Yearwood dr**
**Mckinney, TX 75071**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6612
**Nonpriority creditor's name and mailing address**
**Sai Praneeth Paruchuri**
**138 Teasel Cmn**
**Livermore, CA 94551**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6613
**Nonpriority creditor's name and mailing address**
**Sai Seetharam Garimella**
**1000 Kiely Blvd**
**Apt 70**
**Santa Clara, CA 95051**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6614
**Nonpriority creditor's name and mailing address**
**Said Abuzahrieh**
**178 Bay 25th Street, Brooklyn**
**2**
**Brooklyn, NY 11214**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6615
**Nonpriority creditor's name and mailing address**
**Saied Hassaninia**
**8906 Vickroy Terrace**
**Oviedo, FL 32765**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6616
**Nonpriority creditor's name and mailing address**
**Saif Chaudhry**
**1439 Ocean Ave**
**A9**
**Brooklyn, NY 11230**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6617
**Nonpriority creditor's name and mailing address**
**saifullah Mohammed**
**1131 s fairfield ave**
**lombard, IL 60148**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6618
**Nonpriority creditor's name and mailing address**
**saifullah Mohammed**
**1131 s fairfield ave**
**lombard, IL 60148**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6619
**Nonpriority creditor's name and mailing address**
**Sajjad Awan**
**17 bradford ct**
**dearborn, MI 48126**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6620
**Nonpriority creditor's name and mailing address**
**Sakine Seferge Yesilbas**
**11 Birch Hill Rd**
**Agawam, MA 01001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6621
**Nonpriority creditor's name and mailing address**
**Sako Tamamian**
**366 S Scott Ave**
**Azusa, CA 91702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6622
**Nonpriority creditor's name and mailing address**
**Sal A**
**800 WEST BROAD STREET**
**UNIT 7133**
**FALLS CHURCH, VA 22040**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6623
**Nonpriority creditor's name and mailing address**
**Salah Sayid**
**9510 N. Haven ave**
**Portalnd, OR 97203**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6624
**Nonpriority creditor's name and mailing address**
**Salahadin Adous**
**3644 LOST OAK DR**
**BUFORD, GA 30519**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6625
**Nonpriority creditor's name and mailing address**
**Salem Ghergab**
**3132 Yorch Lane**
**Orlando, FL 32822**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6626
**Nonpriority creditor's name and mailing address**
**Salih Awel**
**620 Sheridan street, 305**
**Hyattsville, MD 20783**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6627
**Nonpriority creditor's name and mailing address**
**Sally Mann**
**216 S. Spalding Dr**
**Beverly Hills, CA 90212**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6628
**Nonpriority creditor's name and mailing address**
**Salomon Vazquez Perez**
**116 Chandler Springs Drive**
**Holly Springs, NC 27540**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6629
**Nonpriority creditor's name and mailing address**
**Salvador Pimentel**
**278 West La Paz Drive**
**Imperial, CA 92251**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6630
**Nonpriority creditor's name and mailing address**
**Salvador Rodriguez**
**1133 Jasmine St.**
**Lompoc, CA 93436**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6631
**Nonpriority creditor's name and mailing address**
**Salvatore Guarino**
**40 Bradford Rd**
**S Hamilton, MA 01982**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6632
**Nonpriority creditor's name and mailing address**
**Sam Betrus**
**3008 Main Street**
**Peru, FL 12972**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6633
**Nonpriority creditor's name and mailing address**
**Sam Collier**
**PO Box 3034**
**Palm Beach, FL 33480**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6634
**Nonpriority creditor's name and mailing address**
**Sam Evans**
**905 Fairway Road NW**
**Fort Payne, AL 35967**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6635
**Nonpriority creditor's name and mailing address**
**Sam McHale**
**1741 Carlin Ave**
**Charleston, SC 29412**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6636
**Nonpriority creditor's name and mailing address**
**Sam Pak**
**8018 Stinson Ave**
**Gig Harbor, WA 98332**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6637
**Nonpriority creditor's name and mailing address**
**Sam Waters**
**2054 WHISTLING STRAITS DR**
**Altoona, WI 54720**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6638
**Nonpriority creditor's name and mailing address**
**Samantha Colas**
**25 Manor Drive**
**Neptune City, NJ 07753**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6639
**Nonpriority creditor's name and mailing address**
**Samantha Metellus**
**573 English Ave NW**
**Atlanta, GA 30318**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6640
**Nonpriority creditor's name and mailing address**
**Sameer Bhosale**
**6005 state bridge road**
**Apt no 626**
**Duluth, GA 30097**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6641
**Nonpriority creditor's name and mailing address**
**Sameer Khan**
**39 Normandy Dr**
**Parsippany, NJ 07054**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6642
**Nonpriority creditor's name and mailing address**
**Sameer Sirsi**
**3603 Holiday Bay Court**
**Katy, TX 77494**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6643
**Nonpriority creditor's name and mailing address**
**sami ali**
**22355 E Via De Olivos**
**Queen Creek, AZ 85142**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6644
**Nonpriority creditor's name and mailing address**
**Sami Almodares**
**1835 20th St**
**Woodward, OK 73801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6645
**Nonpriority creditor's name and mailing address**
**Sami Ozgul**
**14 Beltane Dr**
**Dix Hills, NY 11746**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6646

**Nonpriority creditor's name and mailing address**
**Samip Patel**
**10264 E Wasson Peak Trail**
**Tucson, AZ 85747**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6647

**Nonpriority creditor's name and mailing address**
**Samir Messaoudi**
**1601 West MacArthur Boulevard, Apt 6G**
**SANTA ANA, CA 92704**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6648

**Nonpriority creditor's name and mailing address**
**samir patel**
**9468 wilbrook dr**
**powell, OH 43065**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6649

**Nonpriority creditor's name and mailing address**
**Samir Yaser**
**8810 Whitney Ave**
**2A**
**Elmhurst, NY 11373**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6650

**Nonpriority creditor's name and mailing address**
**sammuel fertil**
**2988 ETHAN POINTE DR**
**apt 1202**
**burlington, NC 27215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6651

**Nonpriority creditor's name and mailing address**
**Samoon Pal**
**13 S. Andrews Ave**
**Glenolden, PA 19036**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.6652 | **Samrat Rathi**<br>**6281 Clover hill drive**<br>**San Jose, CA 95120**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6653 | **Samson Samuel**<br>**107 HARTFORD LANE**<br>**NEWTOWN, PA 18940**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6654 | **Samti Proamploy**<br>**220 W Nelson st**<br>**Midland, MI 48640**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6655 | **Samuel Alipate**<br>**523 Munich Street**<br>**San Francisco, CA 94112**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6656 | **Samuel Amaral**<br>**657 1st Street W**<br>**Sonoma, California 95476-0000**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6657 | **Samuel Bates**<br>**10942 w cottonwood ln**<br>**avondale, AZ 85392**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| 3.6658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Samuel Bremer**<br>**14747 Norwood St**<br>**Leawood, KS 66224**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Samuel Brownsword**<br>**4717 Trinidad Lake Ct**<br>**Colorado Springs, CO 80924**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Samuel Camacho**<br>**24574 Tuscarora Cir**<br>**Moreno Valley, CA 92553**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **SAMUEL DELVA**<br>**6160 Wiles Rd**<br>**Apt. 204**<br>**Coral Springs, FL 33067**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **SAMUEL FOX**<br>**265 front st**<br>**leipsic, DE 19901**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Samuel Ibeziako**<br>**1464 sandy circle**<br>**Blacksburg, VA 24060**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6664
**Nonpriority creditor's name and mailing address**
**Samuel Kampf**
**1839 Deer Park Ave**
**Louisville, KY 40205**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6665
**Nonpriority creditor's name and mailing address**
**Samuel Keller**
**4823 State Route 314**
**Mount Gilead, OH 43338**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6666
**Nonpriority creditor's name and mailing address**
**Samuel Lawton**
**11343 Ludgate Place**
**Chester, VA 23831**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6667
**Nonpriority creditor's name and mailing address**
**samuel nascimento**
**9 tilton**
**plymouth, IN 02360**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6668
**Nonpriority creditor's name and mailing address**
**Samuel Negasy**
**2479 S. Xanadu Way Unit D**
**AURORA, CO 80014**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6669
**Nonpriority creditor's name and mailing address**
**Samuel Obasi**
**15109 Jennings Lane**
**Bowie, MD 20721**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6670 **Nonpriority creditor's name and mailing address**
**Samuel Ortiz**
**10372 Notabene Dr**
**Parma Heights, OH 44130**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6671 **Nonpriority creditor's name and mailing address**
**Samuel Owusu**
**2036 Cap Rock Lane**
**Grand Prairie, TX 75052**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6672 **Nonpriority creditor's name and mailing address**
**Samuel Paul**
**76 Plymouth Blvd**
**Smithtown, NY 11787**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6673 **Nonpriority creditor's name and mailing address**
**Samuel Reid**
**N5478 Beich Road**
**Portage, WI 53901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6674 **Nonpriority creditor's name and mailing address**
**Samuel Robinson**
**4643 Wild Indigo St**
**Apt 398**
**Houston, TX 77027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6675 **Nonpriority creditor's name and mailing address**
**Samuel Starratt**
**340 hyspot road**
**greenfield center, NY 12833**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6676
**Nonpriority creditor's name and mailing address**
**Samuel Stratford**
**7263 Woodhaven Dr.**
**Dexter, MI 48130-9254**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6677
**Nonpriority creditor's name and mailing address**
**Samuel Traina**
**5836 Hightower Dr**
**St. Louis, MO 63128**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6678
**Nonpriority creditor's name and mailing address**
**Samuel Ugweje**
**4087 Grace ave**
**Bronx, NY 10466**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6679
**Nonpriority creditor's name and mailing address**
**Samuel Varano**
**78 Third St**
**North Arlington, NJ 07031**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6680
**Nonpriority creditor's name and mailing address**
**Samuel Vazquez**
**3672 23rd ave**
**Columbus, NE 68601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6681
**Nonpriority creditor's name and mailing address**
**Samuel Vazquez**
**3672 23rd ave**
**Columbus, NE 68601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6682
**Nonpriority creditor's name and mailing address**
**Samuel Wilkerson**
**610 nw38th ave**
**Lauderhill, FL 33311**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6683
**Nonpriority creditor's name and mailing address**
**Samuel Yu**
**3480 San Marino Street**
**Los Angeles, CA 90006**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6684
**Nonpriority creditor's name and mailing address**
**San Francisco Cruz**
**711 N Weaver St**
**Gainesville, TX 76240**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6685
**Nonpriority creditor's name and mailing address**
**SANAH CISSE**
**775 Concourse Village East**
**12K**
**Bronx County, NY 10451**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6686
**Nonpriority creditor's name and mailing address**
**Sanam Rangaraj**
**300 Canonero Ct**
**Alpharetta, GA 30004**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6687
**Nonpriority creditor's name and mailing address**
**Sandeep bangaroju**
**715 Reigate Road**
**CHARLOTTE, NC 28262**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6688
**Nonpriority creditor's name and mailing address**
**Sandeep Gill**
**1077 Clearwater creek blvd**
**Manteca, CA 95336**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6689
**Nonpriority creditor's name and mailing address**
**Sandeep Jhamb**
**304 OLENTANGY MEADOWS DR**
**LEWIS CENTER, OH 43035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6690
**Nonpriority creditor's name and mailing address**
**Sandeep Nimmagadda**
**5066 Hidden Park Ct, B311**
**B311**
**Simi Valley, CA 93063**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6691
**Nonpriority creditor's name and mailing address**
**Sandeep Penaich**
**18931 10th dr se**
**Bothell, WA 98012**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6692
**Nonpriority creditor's name and mailing address**
**Sandeep Sharma**
**1100 Lily Cache Ln**
**211**
**Bolingbrook, IL 60490**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6693
**Nonpriority creditor's name and mailing address**
**Sandeep Shrestha**
**3717 dayflower ave**
**Mckinney, TX 75071**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6694
**Nonpriority creditor's name and mailing address**
**Sandia Larose Felix**
**4437 Oakton Drive**
**Orlando, FL 32818**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6695
**Nonpriority creditor's name and mailing address**
**Sandra Lopez**
**2513 E Tyler St**
**Carson, CA 90810**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6696
**Nonpriority creditor's name and mailing address**
**Sandra Orellana**
**1788 N Acacia Ave**
**Rialto, CA 92376**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6697
**Nonpriority creditor's name and mailing address**
**Sandra Reyes**
**163 Meadow Trail Drive**
**San Antonio, TX 78227**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6698
**Nonpriority creditor's name and mailing address**
**Sandy Taylor**
**149 Mountain Stone Ct**
**Shepherdsville, FL 40165**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6699
**Nonpriority creditor's name and mailing address**
**Sandy Taylor**
**149**
**Mountain Stone Ct.**
**Shepherdsville, KY 40165**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6700
**Nonpriority creditor's name and mailing address**
**Sandy Xu**
**1527 64ST**
**Brooklyn, NY 11219**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6701
**Nonpriority creditor's name and mailing address**
**Sandy Yu**
**4485 Banyan Trails Dr**
**Coconut Creek, FL 33073**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6702
**Nonpriority creditor's name and mailing address**
**Sandya Madanala**
**751 CORDELE LANE**
**SUGAR HILL, GA 30518**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6703
**Nonpriority creditor's name and mailing address**
**Sang Lee**
**1998 Arden Landing Dr.**
**Germantown, TN 38139**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6704
**Nonpriority creditor's name and mailing address**
**Sang Yup Chun**
**518 Brandon Road**
**Norristown, PA 19403**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6705
**Nonpriority creditor's name and mailing address**
**Sangeet Jha**
**10956 131st St**
**South Ozone Park, NY 11420-1618**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6706 **Nonpriority creditor's name and mailing address**
**Sanghyun Lee**
**574 Elkstone PL E**
**202**
**Collierville, TN 38017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6707 **Nonpriority creditor's name and mailing address**
**SangJin Lee**
**3625 Romano Way W**
**Germantown, TN 38138**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6708 **Nonpriority creditor's name and mailing address**
**Sangmun Shim**
**1822 72nd St SE**
**Auburn, WA 98092**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6709 **Nonpriority creditor's name and mailing address**
**sangram palla**
**5820 settlers path ln**
**Cumming, GA 30028**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6710 **Nonpriority creditor's name and mailing address**
**Sanjay Patel**
**14 Summer Street**
**Foxboro, MA 02035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6711 **Nonpriority creditor's name and mailing address**
**Sanjeev Kumar**
**178 Pavon**
**Hercules, CA 94547**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.6712** **Nonpriority creditor's name and mailing address**
**Sankar Kallutla**
**1845 BECKHAM STREET**
**CUMMING, GA 30041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.6713** **Nonpriority creditor's name and mailing address**
**Sanket Sinha**
**test**
**test, FL 65464**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.6714** **Nonpriority creditor's name and mailing address**
**Santhosh Mechineni**
**27915 219th PL SE**
**Maple Valley, WA 98038**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.6715** **Nonpriority creditor's name and mailing address**
**Santhosh Thadigiri**
**10730 N Oracle Rd**
**Apt 15104**
**Oro Valley, AZ 85737**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.6716** **Nonpriority creditor's name and mailing address**
**Santiago Bejarano**
**8106 Dongan Ave**
**Apt 4G**
**Elmhurst, NY 11373**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.6717** **Nonpriority creditor's name and mailing address**
**Santosh Dwarakanath**
**6911 Old Waterloo Rd**
**Elkridge, MD 21075**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6718
**Nonpriority creditor's name and mailing address**
**Sanya Lawrence**
**715 Union Station Dr**
**Fort Wayne, IN 46814**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6719
**Nonpriority creditor's name and mailing address**
**Sara Angeles**
**6807 Woodrush Way**
**Eastvale, CA 92880**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6720
**Nonpriority creditor's name and mailing address**
**Sarah Bass**
**156 Coyote Crossing Court**
**Winston Salem, NC 27107**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6721
**Nonpriority creditor's name and mailing address**
**Sarah Gomez**
**1412 Kensington Dr**
**Fullerton, FL 92831**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6722
**Nonpriority creditor's name and mailing address**
**Sarah Heo**
**513 US Hwy 60 East**
**Republic, MO 65738**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6723
**Nonpriority creditor's name and mailing address**
**Sarah Magnes**
**50 Clover Street**
**Odenville, AL 35120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.6724
**Nonpriority creditor's name and mailing address**
**Sarah Vincent**
**135 Lexington Ct**
**Sheboygan Falls, WI 53085**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6725
**Nonpriority creditor's name and mailing address**
**sarah wasserman**
**52A Plaza Marina**
**puerto vallarta, OR 48335**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6726
**Nonpriority creditor's name and mailing address**
**Sarah Zimmermann**
**1803 Sherwood Ln**
**Nashville, TN 37216**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6727
**Nonpriority creditor's name and mailing address**
**Sarai Avila**
**3505 s ocean dr**
**Hollywood, FL 33019**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6728
**Nonpriority creditor's name and mailing address**
**Sarai Avila**
**7370 nw 174th ter**
**103**
**Hialeah, FL 33016**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6729
**Nonpriority creditor's name and mailing address**
**Sarath Ricardo**
**10739 Douglas circle**
**Jenks, OK 74037**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6730
**Nonpriority creditor's name and mailing address**
**sarathvarma potturi**
**3900 Rachel terr**
**Apt 11**
**pinebrook, NJ 07058**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6731
**Nonpriority creditor's name and mailing address**
**Sarayu Ramachandra**
**1849 Black Oak Dr**
**Athens, GA 30606**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6732
**Nonpriority creditor's name and mailing address**
**sargil hassan**
**1111B UNDERHILL AVE**
**BRONX, NY 10472**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6733
**Nonpriority creditor's name and mailing address**
**Sarib Nawaz**
**1 Eagle Drive**
**South Hadley, MA 01075**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6734
**Nonpriority creditor's name and mailing address**
**Sarosh Syed**
**824 Pin Oak Ln**
**UNIVERSITY PARK, IL 60484**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6735
**Nonpriority creditor's name and mailing address**
**Sarunas Malinauskas**
**39 Stephen str.**
**Apt 1**
**Lemont, IL 60439**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6736
**Nonpriority creditor's name and mailing address**
**Sasa Nguyen**
**3857 Murdock Ln**
**Duluth, GA 30096**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6737
**Nonpriority creditor's name and mailing address**
**Sashika Fernando**
**1100 NW 145th Terrace**
**Miami, FL 33168**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6738
**Nonpriority creditor's name and mailing address**
**satheesh paridala**
**172 sarah elizabeth dr**
**saint johns, FL 32259**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6739
**Nonpriority creditor's name and mailing address**
**SATHISH BABU BAIRY**
**5096 brighton Dr**
**.**
**whitestown, Indiana 46075-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6740
**Nonpriority creditor's name and mailing address**
**Sathish Menon**
**10210 Crebs Ave**
**Northridge, CA 91324**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6741
**Nonpriority creditor's name and mailing address**
**Sathish Peram Kannaian**
**25518 Burns Place**
**Stevenson Ranch, CA 91381**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.6742 | **Nonpriority creditor's name and mailing address**<br>**Sathiyamurthy Ramachandran**<br>**3341 North Chatham Road**<br>**Apt D**<br>**Ellicott City, MD 21042**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6743 | **Nonpriority creditor's name and mailing address**<br>**Sathyush Kamineni**<br>**17933 Rutherford Dr**<br>**Riverside, CA 92503**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6744 | **Nonpriority creditor's name and mailing address**<br>**Satvik Ramineni**<br>**1441 E Germann Rd**<br>**APT#3119**<br>**Chandler, AZ 85286**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6745 | **Nonpriority creditor's name and mailing address**<br>**Satvinder Saini**<br>**3093 Belmont Terrace**<br>**Fremont, CA 94539**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6746 | **Nonpriority creditor's name and mailing address**<br>**Satya Pulikonda**<br>**13019 balbach frst**<br>**Helotes, TX 78023**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6747 | **Nonpriority creditor's name and mailing address**<br>**Saugat Pradhan**<br>**904 N Charleston Cir**<br>**Sioux Falls, SD 57110**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6748
**Nonpriority creditor's name and mailing address**
**Saul Cerrillo**
**8727 Huebner Rd**
**1205**
**San Antonio, TX 78240**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6749
**Nonpriority creditor's name and mailing address**
**Saul Gonzalez**
**2721 Holmes St**
**North Las Vegas, NV 89030**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6750
**Nonpriority creditor's name and mailing address**
**Saurabh Bajpai**
**43014 Tippman pl**
**Chantilly, VA 20152**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6751
**Nonpriority creditor's name and mailing address**
**Savallis Young**
**128 SE 25th Terrace**
**Cape Coral, FL 33904**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6752
**Nonpriority creditor's name and mailing address**
**Savannah DiDato**
**3970 NW 27th Terrace**
**Boca Raton, FL 33434**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6753
**Nonpriority creditor's name and mailing address**
**Sayed Jamal Aram**
**7001 Thornrose Ave Apt 1**
**Henrico, VA 23228**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6754 **Nonpriority creditor's name and mailing address**
**SAYEED VALDEZ**
**4724 Buffalo st**
**Fairburn, GA 30213**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6755 **Nonpriority creditor's name and mailing address**
**SAYEED VALDEZ**
**4724 Buffalo ST**
**FairburN, GA 30213**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6756 **Nonpriority creditor's name and mailing address**
**Scholar Lyons**
**36 linsley ave**
**Meriden, CT 06451**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6757 **Nonpriority creditor's name and mailing address**
**Schuyler Ream**
**3816 Beethoven St**
**205**
**Los Angeles, CA 90066**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6758 **Nonpriority creditor's name and mailing address**
**Scott Alexander**
**3360 N. Weston Ave.**
**Meridian, ID 83646**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6759 **Nonpriority creditor's name and mailing address**
**Scott Alred**
**39 KENSINGTON PLACE CT**
**SAINT CHARLES, MO 63304**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6760
**Nonpriority creditor's name and mailing address**
**Scott Bell**
**22854 E Progress Ave**
**Aurora, CO 80015**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6761
**Nonpriority creditor's name and mailing address**
**Scott Brault**
**5037 Sacandaga Rd**
**Galway, NY 12074**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6762
**Nonpriority creditor's name and mailing address**
**Scott Cain**
**3201 Cambridge Ct**
**Bartlesville, OK 74006**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6763
**Nonpriority creditor's name and mailing address**
**Scott Coulter**
**17908 Bluebell Court**
**Hagerstown, MD 21740**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6764
**Nonpriority creditor's name and mailing address**
**Scott Davidson**
**571 Parkertown Heights Rd**
**Lavonia, GA 30553**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6765
**Nonpriority creditor's name and mailing address**
**Scott Davis**
**20822 nw 14 ct.**
**Pembroke Pines, FL 33029**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.6766 | **Nonpriority creditor's name and mailing address**<br>**Scott Edwards**<br>**34711 Walburg Lane**<br>**Burlington, WI 53105**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6767 | **Nonpriority creditor's name and mailing address**<br>**scott fraize**<br>**12834 N Railway ave**<br>**303**<br>**Rathdrum, ID 83858**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6768 | **Nonpriority creditor's name and mailing address**<br>**Scott Griffin**<br>**1269 Hill Flower Dr**<br>**Brooksville, FL 34604**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6769 | **Nonpriority creditor's name and mailing address**<br>**Scott Hesler**<br>**2510 cr 543**<br>**Sumterville, FL 33585**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6770 | **Nonpriority creditor's name and mailing address**<br>**Scott Lack**<br>**174 Lake Pointe Dr**<br>**McHenry, MD 21541**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6771 | **Nonpriority creditor's name and mailing address**<br>**SCOTT LONDON**<br>**105 Cupsaw Ave**<br>**Ringwood, NJ 07456**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6772

**Nonpriority creditor's name and mailing address**
**Scott Mamolo**
**231 Rainbow Drive #13176**
**Livingston, TX 77399**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6773

**Nonpriority creditor's name and mailing address**
**scott mele**
**502 se third st**
**snow hill, NC 28580**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6774

**Nonpriority creditor's name and mailing address**
**Scott Rodenhizer**
**52 Top St**
**providence, RI 02906**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6775

**Nonpriority creditor's name and mailing address**
**Scott Schneider**
**8031 Little Fox Ct**
**Glen Burnie, MD 21061**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6776

**Nonpriority creditor's name and mailing address**
**Scott Smith**
**2844 dryades st**
**New Orleans, LA 70115**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6777

**Nonpriority creditor's name and mailing address**
**Scott Stoller**
**1027 Modesto Court**
**Lewisville, TX 75067**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6778
**Nonpriority creditor's name and mailing address**
**Scott Tatman**
**13479 Melody Road**
**Chino Hills, CA 91709**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6779
**Nonpriority creditor's name and mailing address**
**Scott Treiste2**
**1700 Tiltons Corner Road**
**Wall, NJ 07719**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6780
**Nonpriority creditor's name and mailing address**
**Scott Trieste**
**1700 Tiltons Corner Rd**
**wall, NJ 07719**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6781
**Nonpriority creditor's name and mailing address**
**Scott Trieste**
**1 my friends house**
**wouldn't you like to know, NY 10000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6782
**Nonpriority creditor's name and mailing address**
**Scottie Inthoulay**
**647 Sw 116th Pl**
**Seattle, WA 98146**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6783
**Nonpriority creditor's name and mailing address**
**Scotty Nguyen**
**970 shipmaster ave**
**Myrtle Beach, SC 29579**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6784
**Nonpriority creditor's name and mailing address**
**Sean Choudhury**
**22 Deer Ridge Road**
**Ashland, MA 01721**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6785
**Nonpriority creditor's name and mailing address**
**Sean Craig**
**4360 Santa Cruz Ave**
**San Diego, CA 92107**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6786
**Nonpriority creditor's name and mailing address**
**sean Crary**
**194 Rainbow. Dr**
**Livingston, TX 77399**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6787
**Nonpriority creditor's name and mailing address**
**Sean Daniel**
**2122 nw 59th terrace**
**Unit 80e**
**Lauderhill, FL 33313**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6788
**Nonpriority creditor's name and mailing address**
**Sean Daunt**
**1100 Lake Carolyn Parkway**
**5046**
**Irving, TX 75039**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6789
**Nonpriority creditor's name and mailing address**
**Sean Davies**
**1093 Thicket Ct**
**Columbus, IN 47201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6790
**Nonpriority creditor's name and mailing address**
**sean dunaway**
**1223 evening canyon ave**
**henderson, NV 89014**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6791
**Nonpriority creditor's name and mailing address**
**Sean Erickson**
**5101 25TH AVE CT**
**9**
**Moline, IL 61265**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6792
**Nonpriority creditor's name and mailing address**
**Sean Fretwell**
**6701 Penny Lane**
**Lynnwood, WA 98036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6793
**Nonpriority creditor's name and mailing address**
**Sean George**
**2036 Helen Rd**
**Pleasant Hill, CA 94523**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6794
**Nonpriority creditor's name and mailing address**
**Sean Harmon**
**5006 LB Drive**
**WIchita Falls TX, TX 76310**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6795
**Nonpriority creditor's name and mailing address**
**Sean Harmon**
**5006 LB Drive**
**WIchita Falls TX, TX 76310**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6796 **Nonpriority creditor's name and mailing address**
**Sean Henderson**
**2232 Gallery Dr**
**Riverbank, CA 95367**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6797 **Nonpriority creditor's name and mailing address**
**Sean LaRosa**
**1 SIMMA CT**
**SEWELL, NJ 08080**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6798 **Nonpriority creditor's name and mailing address**
**Sean Lauderdale**
**608 S 34th Ave**
**Hattiesburg, MS 39402**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6799 **Nonpriority creditor's name and mailing address**
**Sean Le**
**29631 cherry vine rd**
**Katy, TX 77494**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6800 **Nonpriority creditor's name and mailing address**
**Sean Lee**
**21418 BLOOMFIELD AVE APT 60**
**APT 60**
**Lakewood, CA 90715**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6801 **Nonpriority creditor's name and mailing address**
**Sean Marten**
**5309 Vinings Springs Pointe**
**Mableton, GA 30126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.6802** **Nonpriority creditor's name and mailing address**
**Sean O'Connell**
**20686 NE Comet CT**
**Bend, OR 97701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6803** **Nonpriority creditor's name and mailing address**
**Sean Pifferi**
**1222 N 1610 W Circle**
**St. George, UT 84770**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6804** **Nonpriority creditor's name and mailing address**
**Sean Quinn**
**61379 King Solomon Court**
**Bend, OR 97702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6805** **Nonpriority creditor's name and mailing address**
**Sean Saulsberry**
**16057 Tampa Palms blvd west**
**Unit 309**
**Tampa, FL 33647**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6806** **Nonpriority creditor's name and mailing address**
**Sean Swanson**
**9305 Thornhill Dr**
**Clarkston, MI 48348**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6807** **Nonpriority creditor's name and mailing address**
**Sean Testa**
**8616 Copper Ridge Avenue**
**Las Vegas, NV 89129**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6808
**Nonpriority creditor's name and mailing address**
**Sean Yam**
**710 Morita Drive**
**Corona, CA 92879**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6809
**Nonpriority creditor's name and mailing address**
**Sean-marc johnson**
**7 woodland ave**
**7 F**
**Bloomfield, CT 06002**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6810
**Nonpriority creditor's name and mailing address**
**Sean-Marc Johnson**
**7 Woodland ave**
**7F**
**Bloomfield, CT 06002**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6811
**Nonpriority creditor's name and mailing address**
**Sebastian Aldama**
**15241 N 23rd Ln**
**Phoenix, AZ 85023**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6812
**Nonpriority creditor's name and mailing address**
**Sebastian Barrera**
**14 bayview circle**
**Manhasset, NY 11030**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6813
**Nonpriority creditor's name and mailing address**
**Sebastian Gutierrez Curiel**
**11106 Shetland Hills**
**San Antonio, TX 78254**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6814
**Nonpriority creditor's name and mailing address**
**Sebastian Sartor**
**377 West 11th Street**
**4c**
**New York, NY 10014**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6815
**Nonpriority creditor's name and mailing address**
**Sebastiana Clayton**
**921 Magnolia Rd**
**Killeen, TX 76549**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6816
**Nonpriority creditor's name and mailing address**
**Sebeyon Kingsview**
**632 Washington St, G2**
**Braintree, MA 02184**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6817
**Nonpriority creditor's name and mailing address**
**seema rana**
**75 n peach ave**
**clovis, CA 93612**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6818
**Nonpriority creditor's name and mailing address**
**Seiil Maksudova**
**1524 South 22nd Court**
**Hollywood, FL 33020**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6819
**Nonpriority creditor's name and mailing address**
**Sejal PATEL**
**103 Connor Court**
**Burlington, NJ 08016**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6820
**Nonpriority creditor's name and mailing address**
**sejal sankhe**
**1700 moore street huntingdon**
**huntingdon, PA 16652**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6821
**Nonpriority creditor's name and mailing address**
**Selena Nguyen**
**3329 Delaware Ave**
**Kenner, LA 70065**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6822
**Nonpriority creditor's name and mailing address**
**Selvyn Hernandez**
**1415 N Maplewood ave**
**Chicago, IL 60622**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6823
**Nonpriority creditor's name and mailing address**
**Senthil Murugan Muthusamy**
**19315 Blondo Parkway**
**2A**
**Elkhorn, NE 68022**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6824
**Nonpriority creditor's name and mailing address**
**Senthil Murugan Subramani**
**3225 30th Street**
**Columbus, IN 47203**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6825
**Nonpriority creditor's name and mailing address**
**serdar Yilmaz**
**145 willets ave**
**Westhempstead, NY 11552**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.6826 | **Nonpriority creditor's name and mailing address**<br>**Sergei Fomin**<br>**808 W San Carlos St**<br>**Unit 190**<br>**San Jose, CA 95126**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6827 | **Nonpriority creditor's name and mailing address**<br>**Sergey Kochkin**<br>**2295 Kristal Way**<br>**Denver, CO 80221**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6828 | **Nonpriority creditor's name and mailing address**<br>**SERGIO CARVALHO**<br>**9386 Woodcrane dr**<br>**Winter Garden, FL 34787**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6829 | **Nonpriority creditor's name and mailing address**<br>**Sergio Martinez**<br>**4760 W 9ave**<br>**Hialeah, FL 33012**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6830 | **Nonpriority creditor's name and mailing address**<br>**sergio mendoza**<br>**3505 woodcrest dr**<br>**baytown, TX 77521**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6831 | **Nonpriority creditor's name and mailing address**<br>**Sergio Parrish**<br>**149 Westend ave**<br>**Shirley, NY 11967**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6832 **Nonpriority creditor's name and mailing address**
**Sergio Remedio**
**13732 Southwest 100th Terrace**
**Miami, FL 33186**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6833 **Nonpriority creditor's name and mailing address**
**Sergiu Tabaran**
**851 NE 1st Ave**
**3103**
**Miami, FL 33132**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6834 **Nonpriority creditor's name and mailing address**
**Servando Rodriguez**
**117 Palm Blvd**
**Missouri City, TX 77459**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6835 **Nonpriority creditor's name and mailing address**
**Setareh Mohtarez**
**100 Thayer Street**
**#4B**
**NY, NY 10040**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6836 **Nonpriority creditor's name and mailing address**
**Seth Brower**
**1132 fourth street**
**Morgan city, LA 70380**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6837 **Nonpriority creditor's name and mailing address**
**Seth Bryant**
**1006 Bluebonnet Court**
**Leander, TX 78641**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6838
**Nonpriority creditor's name and mailing address**
**Seth Garber**
**8850 Hartshorn Rd**
**11**
**Lakeside Marblehead, OH 43440**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6839
**Nonpriority creditor's name and mailing address**
**Seth LaFountain**
**1018 Calle Luna**
**Brawley, CA 92227**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6840
**Nonpriority creditor's name and mailing address**
**Seth Neou**
**41928 Creek Bend Place**
**Leesburg, VA 20175**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6841
**Nonpriority creditor's name and mailing address**
**Seth Savage**
**2413 U.S. Hwy 50**
**Florence, KS 66851**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6842
**Nonpriority creditor's name and mailing address**
**Seth Seymour**
**13544 County Road 31**
**Platteville, CO 80651**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6843
**Nonpriority creditor's name and mailing address**
**Seth Wilson**
**3641 Oak Leaf Cir**
**Tyler, TX 75707-1763**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6844
**Nonpriority creditor's name and mailing address**
**Seth Workman**
**2149 E. Sunshine Street**
**Apt 321D**
**Springfield, MO 65804**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6845
**Nonpriority creditor's name and mailing address**
**Seung Hyun Lee**
**2345 Linwood Ave**
**Apt 1B**
**Fort Lee, NJ 07024**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6846
**Nonpriority creditor's name and mailing address**
**Seung Lobb**
**39 Ridge Road**
**Harrington Park, NJ 07640**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6847
**Nonpriority creditor's name and mailing address**
**SeungYong Chun**
**2309 Boatman Dr**
**Little Elm, TX 75068**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6848
**Nonpriority creditor's name and mailing address**
**Sevada Djavadghazaryans**
**11731 avenida del sol**
**Porter Ranch, CA 91326**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6849
**Nonpriority creditor's name and mailing address**
**Seven Campbell**
**446 Augustine Dr**
**Lebanon, TN 37087**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6850
**Nonpriority creditor's name and mailing address**
**Severiano Rico**
**5050 West Ave K8**
**Quartz Hill, CA 93536**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6851
**Nonpriority creditor's name and mailing address**
**Sewarth Mehta**
**3717 Dutchess Dr**
**Frisco, TX 75034**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6852
**Nonpriority creditor's name and mailing address**
**Seymour SIBLEY**
**4074 Dinmont Chase**
**Atlanta, GA 30349**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6853
**Nonpriority creditor's name and mailing address**
**Shaan Noorali**
**1303 Cranbrook Circle**
**Aurora, IL 60502**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6854
**Nonpriority creditor's name and mailing address**
**Shabeen Anandkumar**
**861 Kirkwood Drive APT 4**
**Springfield, IL 62712**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6855
**Nonpriority creditor's name and mailing address**
**shacari campbell**
**10322 MONROVIA DR APT 304**
**Matthews, NC 28105**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6856 **Nonpriority creditor's name and mailing address**
**Shadee Khattab**
**348 S Edwards Ave**
**Syracuse, NY 13206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6857 **Nonpriority creditor's name and mailing address**
**Shadow Tippetts**
**60 N 400 E**
**Boulder, UT 84716**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6858 **Nonpriority creditor's name and mailing address**
**Shahid Lalah**
**11339 nw 12th ct**
**Coral Springs, FL 33071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6859 **Nonpriority creditor's name and mailing address**
**Shahram Nabipour**
**121 W 92nd St,**
**Apt 2**
**NEW YORK, NY 10025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6860 **Nonpriority creditor's name and mailing address**
**shahriyar mowlavie**
**2653 Meadow Creek Rd**
**Kissimmee, FL 34741**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6861 **Nonpriority creditor's name and mailing address**
**Shahzeb Khan**
**3314 Marlene Meadow Way**
**Richmond, TX 77406**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6862
**Nonpriority creditor's name and mailing address**
**Shai Stevens**
**32 portman street**
**Windsor, CT 06095**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6863
**Nonpriority creditor's name and mailing address**
**shailesh rai**
**13064 brandywine drive**
**SARATOGA, CA 95070**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6864
**Nonpriority creditor's name and mailing address**
**Shakeim Jones**
**2419 lincoln street**
**Apt 19A**
**Hollywood, FL 33020**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6865
**Nonpriority creditor's name and mailing address**
**Shakeim Jones**
**2419 lincoln street**
**Hollywood, FL 33020**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6866
**Nonpriority creditor's name and mailing address**
**Shakti Dangol**
**414 Coolidge Ln**
**Lavon, TX 75166**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6867
**Nonpriority creditor's name and mailing address**
**Shalin Garasia**
**423 S Xanthus Ave**
**Galloway, NJ 08205**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6868
**Nonpriority creditor's name and mailing address**
**Shalini Gupta**
**1850 harvest landing ln**
**tracy, CA 95376**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6869
**Nonpriority creditor's name and mailing address**
**Shamim Patwary**
**1520 WINSLOW DR**
**HUDSON, OH 44236**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6870
**Nonpriority creditor's name and mailing address**
**Shamiran Barun**
**89-01,33rd st**
**Richmond hill, NY 11418**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6871
**Nonpriority creditor's name and mailing address**
**Shamsher Pawar**
**41667 blue grama cir**
**aldie, VA 20105**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6872
**Nonpriority creditor's name and mailing address**
**Shamsu Sy**
**4136 west Gail dr.**
**Chandler, AZ 85226**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6873
**Nonpriority creditor's name and mailing address**
**Shane Brantley**
**921393 punawainui st**
**kapolei, HI 96707**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6874

**Nonpriority creditor's name and mailing address**
**Shane Brennan**
**5107 Manett St**
**Dallas, TX 75206**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6875

**Nonpriority creditor's name and mailing address**
**shane caress**
**4220 grape place**
**anchorage, AK 99508**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6876

**Nonpriority creditor's name and mailing address**
**shane chow**
**7414 39th ct e**
**SARASOTA, FL 34243**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6877

**Nonpriority creditor's name and mailing address**
**Shane Christensen**
**84 Wigwam Road**
**Litchfield, CT 06759**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6878

**Nonpriority creditor's name and mailing address**
**Shane Conn**
**771 Mead McNeer RD**
**Wheelersburg, OH 45694**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6879

**Nonpriority creditor's name and mailing address**
**Shane Lauer**
**1545 Alcova Dr**
**Davidsonville, MD 21035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6880
**Nonpriority creditor's name and mailing address**
**Shane le Roux**
**26 Joubert Street**
**Goodwood**
**Cape Town, WC 07460**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6881
**Nonpriority creditor's name and mailing address**
**Shane Lentini**
**137 Jones Hollow Rd**
**Marlborough, CT 06447**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6882
**Nonpriority creditor's name and mailing address**
**Shane Madrinich**
**6176 Howard Gnesen Rd.**
**Duluth, MN 55803**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6883
**Nonpriority creditor's name and mailing address**
**Shane McGinnis**
**3070 Royce Way**
**Lake Oswego, OR 97034**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6884
**Nonpriority creditor's name and mailing address**
**shane pfeifer**
**7750 N Macarthur Blvd**
**Ste 120 Pmb 113**
**Irving, TX 75063**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6885
**Nonpriority creditor's name and mailing address**
**Shane Rettberg**
**4178 E Trail Ride Rd**
**Kingman, AZ 86401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6886
**Nonpriority creditor's name and mailing address**
**Shane Roberts**
**8374 County Road 222**
**Trinity, AL 35673**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6887
**Nonpriority creditor's name and mailing address**
**Shane Wagner**
**3614 Avenue H**
**Brooklyn, NY 11210**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6888
**Nonpriority creditor's name and mailing address**
**Shane Windsor**
**404 hillview drive**
**303**
**Linthicum heights, MD 21090**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6889
**Nonpriority creditor's name and mailing address**
**Shant Artinian**
**328 MILFORD ST**
**APT 4**
**Glendale, CA 91203**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6890
**Nonpriority creditor's name and mailing address**
**Shantanu Deoras**
**102 Baker Street**
**Monmouth Junction, NJ 08852**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6891
**Nonpriority creditor's name and mailing address**
**Shaquille Miller**
**2913 Einstein way**
**ORLANDO, FL 32826**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6892
**Nonpriority creditor's name and mailing address**
**Shaquille Williamson**
**375 Conestoga Way**
**4223**
**Henderson, NV 89002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6893
**Nonpriority creditor's name and mailing address**
**Sharan Khehra**
**1415 Anita St**
**Upland, CA 91786**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6894
**Nonpriority creditor's name and mailing address**
**Shariq Khan**
**4346 Main st**
**skokie, IL 60076**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6895
**Nonpriority creditor's name and mailing address**
**Shariq Khan**
**4346 Main st**
**Skokie, IL 60076**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6896
**Nonpriority creditor's name and mailing address**
**Shariq Khan**
**4346 Main at**
**Skokie, IL 60076**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6897
**Nonpriority creditor's name and mailing address**
**Sharon Brobbey**
**4523 everstone creek**
**San antonio, TX 78251**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6898
**Nonpriority creditor's name and mailing address**
**Sharona Schwartz**
**21781 Ventura Blvd**
**#531**
**Woodland Hills, CA 91364**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6899
**Nonpriority creditor's name and mailing address**
**Sharona Schwartz**
**21781 Ventura Blvd**
**#531**
**Woodland Hills, CA 91364**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6900
**Nonpriority creditor's name and mailing address**
**Shaun Johnson**
**128 Via d Este**
**Apt 604**
**Delray Beach, FL 33445**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6901
**Nonpriority creditor's name and mailing address**
**Shaun le Roux**
**91 Wildebosch Str**
**Paarl, WC 07646**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6902
**Nonpriority creditor's name and mailing address**
**SHAUNTA WARREN**
**2537 NW 6TH ST**
**BLUE SPRINGS, MO 64014**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6903
**Nonpriority creditor's name and mailing address**
**Shawn Benn**
**900 Soaring Way**
**Marietta, GA 30062-3278**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6904
**Nonpriority creditor's name and mailing address**
**Shawn Bowling**
**7456 glade mill ln**
**tyler, TX 75703**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6905
**Nonpriority creditor's name and mailing address**
**Shawn Casper**
**N4728 11th Dr**
**Montello, WI 53949-8010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6906
**Nonpriority creditor's name and mailing address**
**Shawn Costas**
**30376 live oak canyon road**
**Redlands, CA 92373**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6907
**Nonpriority creditor's name and mailing address**
**Shawn Egland**
**2252 E Roanoke Dr**
**Boise, ID 83712**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6908
**Nonpriority creditor's name and mailing address**
**Shawn Fox**
**607 Tison St**
**Brenham, TX 77833**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6909
**Nonpriority creditor's name and mailing address**
**Shawn Johnson**
**448 Village Rd.**
**Bargersville, IN 46106**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6910
**Nonpriority creditor's name and mailing address**
**shawn langan**
**163 Long Leaf Pine circle**
**sanford, FL 32773**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6911
**Nonpriority creditor's name and mailing address**
**Shawn Macias**
**5773 River Run Circle**
**Rocklin, CA 95765**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6912
**Nonpriority creditor's name and mailing address**
**Shawn Richardson**
**155 Mimosa Place**
**Apt 121D**
**Lafayette, LA 70506**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6913
**Nonpriority creditor's name and mailing address**
**Shawn Stinson**
**1080 Park West Drive**
**Charlotte, NC 28209**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6914
**Nonpriority creditor's name and mailing address**
**Shawn Strushensky**
**348 Marsh Road**
**Philippi, FL 26416**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6915
**Nonpriority creditor's name and mailing address**
**Shawn Strushensky**
**348 Marsh Road**
**Philippi, WV 26416**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.6916 **Nonpriority creditor's name and mailing address**
**Shawn Strushensky**
**348 Marsh Road**
**Philippi, WV 26416**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6917 **Nonpriority creditor's name and mailing address**
**Shawn Thompson**
**201 Linnell Dr**
**Granville, OH 43023**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6918 **Nonpriority creditor's name and mailing address**
**shaya carlson**
**2204 Old Sterling Rd**
**cedar park, TX 78613**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6919 **Nonpriority creditor's name and mailing address**
**Shayan Jaffry**
**208 Hazard Ave**
**Enfield, CT 06082**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6920 **Nonpriority creditor's name and mailing address**
**Shazma Nawab**
**6995 S. Riverwood Blvd**
**Unit 303**
**Franklin, WI 53132**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6921 **Nonpriority creditor's name and mailing address**
**Shdjdj Djdjxj**
**Xjdjsjdj**
**Jdjjff**
**Jjsjdj, FL 30234**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6922
**Nonpriority creditor's name and mailing address**
**SHECARA GOODRUM**
**4437 N O Connor Rd**
**IRVING, TX 75062**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6923
**Nonpriority creditor's name and mailing address**
**Sheel Patel**
**1998 buckhead ct**
**rockledge, FL 32955**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6924
**Nonpriority creditor's name and mailing address**
**Sheila Allen**
**17605 Morning Sun Court**
**Riverside, CA 92503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6925
**Nonpriority creditor's name and mailing address**
**Shekethia Claiborne**
**9512 Staff Ln**
**Las Vegas, NV 89178**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6926
**Nonpriority creditor's name and mailing address**
**Shelby Jayne**
**306 2nd Ave**
**Melbourne Beach, FL 32951**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6927
**Nonpriority creditor's name and mailing address**
**SHELTON FAISON**
**2378 park ave**
**Cincinnati, OH 45206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6928
**Nonpriority creditor's name and mailing address**
**Shelton Myrtil**
**15401 Nw 32nd ct**
**Miami Gardens, FL 33054**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6929
**Nonpriority creditor's name and mailing address**
**Shelton Traylor**
**814 Ogontz St**
**Sandusky, OH 44870**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6930
**Nonpriority creditor's name and mailing address**
**Shem Jackson**
**7068 Kings Crown Drive**
**Memphis, TN 38125**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6931
**Nonpriority creditor's name and mailing address**
**shemaia finden**
**6466 19th st w**
**Unit B**
**Tacoma, WA 98466**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6932
**Nonpriority creditor's name and mailing address**
**shemaia finden**
**6466 19th st w**
**Unit B**
**Tacoma, WA 98466**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6933
**Nonpriority creditor's name and mailing address**
**Sheng He**
**663 55th st**
**Brooklyn, NY 11220**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6934

**Nonpriority creditor's name and mailing address**
**Sheree Finley**
**215 E 37th Ave**
**Griffith, IN 46319**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6935

**Nonpriority creditor's name and mailing address**
**Sherida Richards**
**3 Vineyard Lane**
**114**
**Newburgh, NY 12550**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6936

**Nonpriority creditor's name and mailing address**
**Sherman Chan**
**11231 US Hwy 1**
**407**
**North Palm Beach, FL 33408**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6937

**Nonpriority creditor's name and mailing address**
**Sherman Ho**
**18983 Amberly Pl**
**Rowland Heights, CA 91748**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6938

**Nonpriority creditor's name and mailing address**
**Sherri Dussler**
**324 Tulane Dr**
**Lexington, KY 40517**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6939

**Nonpriority creditor's name and mailing address**
**Sherrod Turner**
**14912 HORNED LARK**
**SAN ANTONIO, TX 78253-4585**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6940
**Nonpriority creditor's name and mailing address**
**Sheshaiah Gundla**
**154 Talmadge Rd**
**Edison, NJ 08817**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6941
**Nonpriority creditor's name and mailing address**
**Shezad Zindani**
**711 fm 1959 road**
**907**
**Houston, TX 77034**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6942
**Nonpriority creditor's name and mailing address**
**shibin sabu**
**39 lilac street**
**bergenfield, NJ 07621**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6943
**Nonpriority creditor's name and mailing address**
**Shihab Tawsif**
**89-11 191st**
**Queens, NY 11423**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6944
**Nonpriority creditor's name and mailing address**
**Shilpa Jaiswal**
**35089 Muirwood Dr**
**Farmington Hills, MI 48335**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6945
**Nonpriority creditor's name and mailing address**
**SHING TONG**
**445 WOOLLEY AVE**
**Woolley Avenue**
**New York, NY 10314**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6946 **Nonpriority creditor's name and mailing address**
**Shirley Feng**
**121 Humboldt Road**
**Burlingame, CA 94010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6947 **Nonpriority creditor's name and mailing address**
**Shirley Feng**
**121 humboldt road**
**burlingame, CA 94010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6948 **Nonpriority creditor's name and mailing address**
**Shishir Dube**
**1817 Prosser Ave**
**Unit 203**
**Los Angeles, CA 90025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6949 **Nonpriority creditor's name and mailing address**
**Shiva Teja Reddy Abba**
**3114 grande valley cir**
**Cary, NC 27513**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6950 **Nonpriority creditor's name and mailing address**
**Shivamkumar Patel**
**10227 Selmer Plaza**
**Philadelphia, PA 19116**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6951 **Nonpriority creditor's name and mailing address**
**Shiyear Woodbury**
**1812 slaton street**
**1402**
**Augusta, GA 30904**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6952
**Nonpriority creditor's name and mailing address**
**Shizhi Gu**
**13896 Colin St**
**Frisco, TX 75035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6953
**Nonpriority creditor's name and mailing address**
**Shmuel Majer**
**4 Cornell Peak**
**Pomona, NY 10970**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6954
**Nonpriority creditor's name and mailing address**
**SHON NASIR**
**5336 SWEET PEA LANE**
**STOCKTON, CA 95212**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6955
**Nonpriority creditor's name and mailing address**
**Shonzell White**
**221 Cadloni Lane Apt H**
**Vallejo, CA 94591**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6956
**Nonpriority creditor's name and mailing address**
**Shoqiab Shah**
**29034 E Nottingham Cir**
**Warren, MI 48092**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.6957
**Nonpriority creditor's name and mailing address**
**Shravan Iyer**
**2202 8th Avenue**
**Unit 1701**
**Seattle, WA 98121**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6958
**Nonpriority creditor's name and mailing address**
**Shravanya Udatha**
**3009 Creekhollow CT,**
**Argyle, TX 76226**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6959
**Nonpriority creditor's name and mailing address**
**Shreya Nyapati**
**12650 Shetland Walk Dr**
**Lithia, FL 33547**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6960
**Nonpriority creditor's name and mailing address**
**Shripati Harihar**
**408 Mount Olive Ave**
**McKinney, TX 75072**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6961
**Nonpriority creditor's name and mailing address**
**Shrirang Chhatre**
**5911 Sterling St**
**Dublin, CA 94568**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6962
**Nonpriority creditor's name and mailing address**
**shruthi loka**
**13259 teton st**
**frisco, TX 75035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6963
**Nonpriority creditor's name and mailing address**
**Shuhan Luo**
**5522 Tamarindo Lane**
**Elk Grove, CA 95758**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6964 **Nonpriority creditor's name and mailing address**
**Shuhan Luo**
**5522 Tamarindo Lane**
**Elk Grove, CA 95758**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6965 **Nonpriority creditor's name and mailing address**
**Shujun Cheng**
**3311 Indigo acres ct**
**katy, TX 77494**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6966 **Nonpriority creditor's name and mailing address**
**Shumon Anowar**
**16000 Water Oak Ct**
**Punta Gorda, FL 33982**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6967 **Nonpriority creditor's name and mailing address**
**Shumon Anowar**
**16000 Water Oak Ct**
**Punta Gorda, FL 33982**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6968 **Nonpriority creditor's name and mailing address**
**Shuoren Wu**
**16 Evergreen Dr**
**Orinda, FL 94563**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6969 **Nonpriority creditor's name and mailing address**
**Shyam Tokala**
**424 Frio**
**Webster, TX 77598**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6970 **Nonpriority creditor's name and mailing address**
**Shyam Verma**
**1921 napa valley dr**
**waxhaw, NC 28173**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6971 **Nonpriority creditor's name and mailing address**
**SHYAMSUNDAR KUDIKYALA**
**1076 HOSKINS LN**
**SAN RAMON, CA 94582-5914**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6972 **Nonpriority creditor's name and mailing address**
**Sidi Mohamed Diakite**
**5331 Cottage Street**
**Philadelphia, PA 19124**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6973 **Nonpriority creditor's name and mailing address**
**Sierra Morton**
**6096 Fire Fly Ct**
**Tucker, GA 30084**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6974 **Nonpriority creditor's name and mailing address**
**Sihyang Lee**
**510 Stoneham Ct UNIT 103**
**Long Beach, CA 90803**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6975 **Nonpriority creditor's name and mailing address**
**Sikander Mehdi**
**6650 GreenAsh Dr**
**Springfield, VA 22152**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6976 **Nonpriority creditor's name and mailing address**
**Silvia Rodriguez**
**206 w state street**
**Cherry Valley, IL 61016**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6977 **Nonpriority creditor's name and mailing address**
**Silviano Espana Silva**
**8652 Road 170**
**Mesa, WA 99343**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6978 **Nonpriority creditor's name and mailing address**
**Simarjeet Singh**
**4747 Piper St**
**Fremont, CA 94538**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6979 **Nonpriority creditor's name and mailing address**
**Simeon Fields**
**6050 Cristie Dr**
**Ellenwood, GA 30294**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6980 **Nonpriority creditor's name and mailing address**
**Simeon Fields**
**6050 Cristie Dr**
**Ellenwood, GA 30294**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6981 **Nonpriority creditor's name and mailing address**
**Simeon Martin Maina**
**3101 Cassinia Parkway**
**Heartland, TX 75126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6982
**Nonpriority creditor's name and mailing address**
**simon gebrehawaria**
**6416 43rd st E**
**Fife, WA 98424**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6983
**Nonpriority creditor's name and mailing address**
**Simon Murage**
**1744 nandina ct**
**Antioch, CA 94531**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6984
**Nonpriority creditor's name and mailing address**
**Simon Saeger**
**2202 E lincoln Dr**
**Phoenix, AZ 85016**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6985
**Nonpriority creditor's name and mailing address**
**Simon Yoo**
**5015 COURTSIDE DR**
**198**
**Irving, TX 75038**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6986
**Nonpriority creditor's name and mailing address**
**Simone Hamilton**
**11146 203rd street**
**Queens, NY 11412**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6987
**Nonpriority creditor's name and mailing address**
**Simoun Yu**
**6720 Calle Koral**
**Goleta, CA 93117**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6988
**Nonpriority creditor's name and mailing address**
**Simoun Yu**
**6720 Calle Koral**
**Goleta, CA 93117**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6989
**Nonpriority creditor's name and mailing address**
**Sindia Stuart**
**8752 Copper Crossing Dr**
**Fort Worth, TX 76131**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6990
**Nonpriority creditor's name and mailing address**
**sinh ngo**
**1041 windsor way**
**lutz, FL 33559**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6991
**Nonpriority creditor's name and mailing address**
**Sinu Chacko**
**2360 NW 34th Ave**
**Coconut Creek, FL 33066**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6992
**Nonpriority creditor's name and mailing address**
**Sioeli Lavulavu**
**53-918 Kamehameha Highway**
**Hauula, HI 96717**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6993
**Nonpriority creditor's name and mailing address**
**Siraaj Annable**
**112 N Washington Street**
**Boyertown, PA 19512**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.6994
**Nonpriority creditor's name and mailing address**
**Sirena Tran**
**6412 Tawhana Lane Gilroy**
**Gilroy, CA 95020**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6995
**Nonpriority creditor's name and mailing address**
**Sirivanh Phanith**
**5240 W Cornelia Ave #1**
**Chicago, IL 60641**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6996
**Nonpriority creditor's name and mailing address**
**Sirrah Lore**
**4098 Fairway Place**
**North Port, FL 34287**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6997
**Nonpriority creditor's name and mailing address**
**Siva Mani**
**900 Village Circle, Apt C**
**Newark, DE 19713**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6998
**Nonpriority creditor's name and mailing address**
**SIVAKUMAR GANESAN**
**930 SW 163rd AVE APT 312**
**BEAVERTON, OR 97006**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6999
**Nonpriority creditor's name and mailing address**
**Sivamouli Kandi**
**866 Waterworks Rd**
**Freehold, NJ 07728**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7000 **Nonpriority creditor's name and mailing address**
**Sivamouli Kandi**
**866 Waterworks Rd**
**Freehold, NJ 07728**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7001 **Nonpriority creditor's name and mailing address**
**Sivaprakash Somanchi**
**10388 Boswell Dr**
**Frisco, TX 75035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7002 **Nonpriority creditor's name and mailing address**
**Sizwe Agree Muravha**
**5045 zolani street**
**Mhluzi**
**Middelburg 1050, MP 01050**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7003 **Nonpriority creditor's name and mailing address**
**skjfdks dfgdf**
**656 sdfsddsfds**
**orlando, FL 26465**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7004 **Nonpriority creditor's name and mailing address**
**Skye Dunning**
**126 Victoria Dr.**
**Wilmington, NC 28401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7005 **Nonpriority creditor's name and mailing address**
**Skyler Brown**
**4810 W Woodside Ave**
**Coeur d'Alene, Idaho 83815-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7006 **Nonpriority creditor's name and mailing address**
**Slade Gorman**
**635 Lee Road 959**
**Smiths Station, AL 36877**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7007 **Nonpriority creditor's name and mailing address**
**Slavisa Markovic**
**407 Harbor winds ct**
**Winter springs, FL 32708**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7008 **Nonpriority creditor's name and mailing address**
**Sneha Kona**
**2080 Red Barn CT**
**Cumming, GA 30040**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7009 **Nonpriority creditor's name and mailing address**
**snehal pawar**
**american beauty ln**
**columbus, OH 43240**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7010 **Nonpriority creditor's name and mailing address**
**Snyder Valbrun**
**434 W vine st.**
**Lancaster, PA 17603**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7011 **Nonpriority creditor's name and mailing address**
**Sohail Somani**
**301 Commons Park South**
**1103**
**Stamford, CT 06902**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7012
**Nonpriority creditor's name and mailing address**
**Sohail Zafar**
**3322 shaver st**
**pasadena, TX 77504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7013
**Nonpriority creditor's name and mailing address**
**Sohel Shaikh**
**3401 W Balmoral Ave**
**Apt 1**
**Chicago, IL 60625**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7014
**Nonpriority creditor's name and mailing address**
**Sohel Shaikh**
**3401 W Balmoral Ave**
**Apt 1**
**Chicago, IL 60625**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7015
**Nonpriority creditor's name and mailing address**
**Sohrab Ovissi**
**525 Allens Landing Ct**
**Lawrenceville, GA 30045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7016
**Nonpriority creditor's name and mailing address**
**Sojib Das**
**2148 S Oakland St**
**Arlington, VA 22204**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7017
**Nonpriority creditor's name and mailing address**
**Sojib Das**
**2148 S Oakland St**
**Arlington, VA 22204**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7018
**Nonpriority creditor's name and mailing address**
**Sokety Heng**
**2210 NE 67th St**
**Apt 1222**
**Ft Lauderdale, FL 33308**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7019
**Nonpriority creditor's name and mailing address**
**Solange Jaxon**
**12713 SE Zion St**
**Damascus, OR 97089**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7020
**Nonpriority creditor's name and mailing address**
**Solijon Sharipov**
**2744 Torrey Pines Rd**
**La Jolla, CA 92037**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7021
**Nonpriority creditor's name and mailing address**
**Som Bohora**
**19218 122nd PL SE**
**Kent, WA 98031**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7022
**Nonpriority creditor's name and mailing address**
**Somchith Ledara**
**4313 Mulligan Ave**
**Mansfield, FL 76063**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7023
**Nonpriority creditor's name and mailing address**
**SOMESUBHRA HALDER**
**115 Sunhaven Road**
**Danville, CA 94506**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7024 **Nonpriority creditor's name and mailing address**
**Somphors Sirk-Bun**
**815 concord Ln**
**Redlands, CA 92374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7025 **Nonpriority creditor's name and mailing address**
**Somsavath Siharath**
**5805 Larboard Drive**
**Apex, NC 27539**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7026 **Nonpriority creditor's name and mailing address**
**Son Nguyen**
**15816 FELLOWSHIP ST**
**LA PUENTE, CA 91744**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7027 **Nonpriority creditor's name and mailing address**
**Son Nguyen**
**394 Singing Tree Lane**
**Winter Springs, FL 32708**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7028 **Nonpriority creditor's name and mailing address**
**Son Nguyen**
**2035 Londonderry Drive**
**Allen, TX 75013**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7029 **Nonpriority creditor's name and mailing address**
**son truong**
**8470 Blue Maiden CT**
**Elk Grove, CA 95624**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7030

**Nonpriority creditor's name and mailing address**
**Sonal Solanki**
**10181 Bilich Place**
**Cupertino, CA 95014**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7031

**Nonpriority creditor's name and mailing address**
**Sonam Biggs**
**695 E 700 N**
**Westville, IN 46391**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7032

**Nonpriority creditor's name and mailing address**
**Soniel Francis**
**2507 12th St SW**
**Apt B**
**Huntville, AL 35805**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7033

**Nonpriority creditor's name and mailing address**
**Sonny Ramos**
**5950 Roanoke St**
**San Diego, CA 92139**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7034

**Nonpriority creditor's name and mailing address**
**Sonny Tydlacka**
**26210 Wooded Hollow Ln**
**Katy, TX 77494**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7035

**Nonpriority creditor's name and mailing address**
**SONY PIERRE**
**2810 east clark st**
**tampa, FL 33605**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7036
**Nonpriority creditor's name and mailing address**
**Sookyoung Yoon**
**187 West St.**
**Closter, NJ 07624**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7037
**Nonpriority creditor's name and mailing address**
**Sopan Patel**
**42655 Aden Ter**
**Ashburn, VA 20148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7038
**Nonpriority creditor's name and mailing address**
**Sophia Chu**
**1335 43RD AVE**
**SAN FRANCISCO, CA 94122**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7039
**Nonpriority creditor's name and mailing address**
**Sotirios Karageorge**
**91 Monterey Circle**
**Roanoke, VA 24019**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7040
**Nonpriority creditor's name and mailing address**
**Souad Mchaar**
**21 Piedmont Dr**
**Stafford, VA 22554**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7041
**Nonpriority creditor's name and mailing address**
**Sountheri Xavier**
**424 Graham Drive**
**Coppell, TX 75019-2285**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.7042

**Nonpriority creditor's name and mailing address**

**Sourav Dan**
**2445 Hidden Creek Rd**
**Kennesaw, GA 30152**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.7043

**Nonpriority creditor's name and mailing address**

**Sowjanya Gangula**
**6900 PRESTON RD**
**1425**
**Plano, TX 75024**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.7044

**Nonpriority creditor's name and mailing address**

**Spencer Duran**
**4119 NEWGARD DR**
**Lake Orion, MI 48359**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.7045

**Nonpriority creditor's name and mailing address**

**Spencer Johnson**
**1608 MAIN ST**
**CALDWELL, ID 83605-4347**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.7046

**Nonpriority creditor's name and mailing address**

**Spencer Keith**
**446 Castle Glen Ct.**
**Ballwin, MO 63021**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.7047

**Nonpriority creditor's name and mailing address**

**spencer McCormack**
**7612 113th street east**
**puyallup, WA 98373**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7048
**Nonpriority creditor's name and mailing address**
**Spencer Nelson**
**3864 East 380 North**
**Rigby, ID 83442**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7049
**Nonpriority creditor's name and mailing address**
**Spencer Paskett**
**5436 W Chisum Trail**
**Phoenix, AZ 85083**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7050
**Nonpriority creditor's name and mailing address**
**Spiros Barbaressos**
**537 Heron Place, Cedar Lakes Estate**
**Maroeladal**
**Johannesburg, GP 02191**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7051
**Nonpriority creditor's name and mailing address**
**spurthi allola**
**13259 teton st**
**Frisco, TX 75035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7052
**Nonpriority creditor's name and mailing address**
**Sravan Naredla**
**4930 Heathcliff Way**
**Cumming, GA 30041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7053
**Nonpriority creditor's name and mailing address**
**Sree Charan Devarakonda**
**5 W D St**
**Brunswick, MD 21716**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7054
**Nonpriority creditor's name and mailing address**
**Sreedhar Tipparthy**
**8432 Cody Dr**
**West Des Moines, IA 50266**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7055
**Nonpriority creditor's name and mailing address**
**SREENIVASA GUTHA**
**4095 HAMMOND BRIDGE DR**
**SUWANEE, GA 30024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7056
**Nonpriority creditor's name and mailing address**
**Sridhar korella**
**1747 Hovenweep Road, Wesley Chapel**
**Wesley chapel, FL 33543**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7057
**Nonpriority creditor's name and mailing address**
**Sriharsha Kommireddy**
**2803 Bright Trail**
**Sugar Land, TX 77479**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7058
**Nonpriority creditor's name and mailing address**
**Srikanth Koguru**
**9083 Hillery Drive**
**SAN DIEGO, CA 92126**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7059
**Nonpriority creditor's name and mailing address**
**srikanth leburu**
**4109 FALL ASTER WAY**
**AUBREY, TX 76227**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7060
**Nonpriority creditor's name and mailing address**
**Srikanth Munagala**
**7842 Avaleen Cir N**
**Dublin, OH 43016**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7061
**Nonpriority creditor's name and mailing address**
**srikanth vankadaru**
**1635 sunderland dr**
**sugarland, TX 77479**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7062
**Nonpriority creditor's name and mailing address**
**Srinadh Dasari**
**2128 BELL MARE VW**
**Leander, TX 78641**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7063
**Nonpriority creditor's name and mailing address**
**Srinath Gadasu**
**870 E El camino Real**
**Apt 427**
**Sunnyvale, CA 94087**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7064
**Nonpriority creditor's name and mailing address**
**Srinivas Ambati**
**23004 Maple branch drive**
**Huntersville, NC 28078**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7065
**Nonpriority creditor's name and mailing address**
**Srinivas Ardhala**
**2664 Wildberry Court**
**Edison, NJ 08817**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7066
**Nonpriority creditor's name and mailing address**
**Srinivas Ardhala**
**2664 Wildberry Ct**
**Edison, NJ 08817**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7067
**Nonpriority creditor's name and mailing address**
**srinivas chokkaraju**
**2519 woodrow wilson dr**
**herndon, VA 20171**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7068
**Nonpriority creditor's name and mailing address**
**srinivasa rao puranam**
**800 Estuary Dr**
**Leander, TX 78641**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7069
**Nonpriority creditor's name and mailing address**
**Srinivasa Reddy Yadavalli**
**134 Grantham House Way**
**APEX, NC 27523**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7070
**Nonpriority creditor's name and mailing address**
**Sriram K**
**21403 16th Dr SE**
**J306**
**Bothell, WA 98021**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7071
**Nonpriority creditor's name and mailing address**
**Stacey Blouse**
**7 Daniel Street**
**New Bedford, MA 02745**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7072

**Nonpriority creditor's name and mailing address**
**Stacy Holmes**
**2920 chilton pl**
**virginia beach, VA 23456**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7073

**Nonpriority creditor's name and mailing address**
**Stamatis Kalamotousis**
**12 Sycamore Drive**
**Old Bridge, NJ 08857**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7074

**Nonpriority creditor's name and mailing address**
**Stanislav Halai**
**2508 Dunbar Drive**
**McKinney, TX 75072**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7075

**Nonpriority creditor's name and mailing address**
**Stanislav Khegay**
**645 Bigelow St**
**Pittsburgh, PA 15207**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7076

**Nonpriority creditor's name and mailing address**
**Stanley Blaszczyk**
**781 Dartmouth Ln**
**New Lenox, IL 60451-3818**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7077

**Nonpriority creditor's name and mailing address**
**Stanley Huang**
**960 W 7th Street**
**Apt 1704**
**Los Angeles, CA 90017**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7078
**Nonpriority creditor's name and mailing address**
**Stanley Moriguchi**
**6 Reunion**
**Irvine, CA 92603**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7079
**Nonpriority creditor's name and mailing address**
**Starlyn Quinonez**
**1110 Bonsal Street**
**Baltimore, MD 21224**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7080
**Nonpriority creditor's name and mailing address**
**Starr Romano**
**1910 West North A Street #9**
**Tampa, FL 33606**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7081
**Nonpriority creditor's name and mailing address**
**steeve maisonneuve**
**1056fairview pl**
**hillside, NJ 07205**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7082
**Nonpriority creditor's name and mailing address**
**Stefan Bernard**
**14454 sw skye dr**
**Port saint lucie, FL 34987**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7083
**Nonpriority creditor's name and mailing address**
**Stefan Galbreath**
**121 Green St**
**A**
**Spring Lake, NC 28390**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7084
**Nonpriority creditor's name and mailing address**
**Stefano Listella**
**4555 Jubilee Ln**
**Salem, OR 97305**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7085
**Nonpriority creditor's name and mailing address**
**Stella Pham**
**10702 Pegasus Valley Ct**
**Tampa, FL 33647**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7086
**Nonpriority creditor's name and mailing address**
**Step Boles**
**3333 Fox Valley Lane**
**BELLEVILLE, IL 62220**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7087
**Nonpriority creditor's name and mailing address**
**Stephan Claassen**
**702 The Acres**
**Pearl Valley**
**Paarl, WC 07646**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7088
**Nonpriority creditor's name and mailing address**
**Stephanie Banda**
**409 Treehills Pkwy**
**Atlanta, GA 30088**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7089
**Nonpriority creditor's name and mailing address**
**Stephanie Banda**
**409 Treehills Pkwy**
**Stone Mountain, GA 30088**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7090
**Nonpriority creditor's name and mailing address**
**Stephanie Bates**
**9176 W. Sands Drive**
**Peoria, AZ 85383**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7091
**Nonpriority creditor's name and mailing address**
**Stephanie Cecere**
**12505 Gritstone Dr.**
**Denton, TX 76207**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7092
**Nonpriority creditor's name and mailing address**
**STEPHANIE CHOY**
**4971 TRESCOTT CT**
**DUBLIN, CA 94568**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7093
**Nonpriority creditor's name and mailing address**
**Stephanie Hogan**
**361 Southwilde Way**
**Pooler, GA 31322**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7094
**Nonpriority creditor's name and mailing address**
**Stephanie Williams**
**354 Sedona Dr**
**Anderson, SC 29626**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7095
**Nonpriority creditor's name and mailing address**
**Stephanie Yau**
**5309 Shawano Terrace**
**Madison, WI 53705**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7096
**Nonpriority creditor's name and mailing address**
**Stephanos Vitoratos**
**102 Woodmont Drive**
**Cedar Knolls, NJ 07927**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7097
**Nonpriority creditor's name and mailing address**
**Stephen Anderson**
**119 E. 8th St.**
**Tonganoxie, KS 66086**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7098
**Nonpriority creditor's name and mailing address**
**Stephen Ayers**
**4671 Orchard Grove Drive**
**Clemmons, NC 27012**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7099
**Nonpriority creditor's name and mailing address**
**Stephen Borrell**
**1820 Fitzwater St**
**Apt 3**
**Philadelphia, FL 19146**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7100
**Nonpriority creditor's name and mailing address**
**Stephen Bright**
**817 Cr 3144**
**Quitman, TX 75783**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7101
**Nonpriority creditor's name and mailing address**
**Stephen Bruda**
**1136 Forest Oaks Lane**
**Hurst, TX 76053**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7102
**Nonpriority creditor's name and mailing address**
**Stephen Cannon**
**2564 Stony Brook Ln**
**Clearwater, FL 33761**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7103
**Nonpriority creditor's name and mailing address**
**Stephen Ceragioli**
**196 Jonathan Rd**
**Linden, VA 22642**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7104
**Nonpriority creditor's name and mailing address**
**Stephen Craig**
**31 Morningside Rd**
**Niles, OH 44446**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7105
**Nonpriority creditor's name and mailing address**
**Stephen Emery**
**5225 Foxhunt Drive**
**WESLEY CHAPEL, FL 33543**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7106
**Nonpriority creditor's name and mailing address**
**Stephen Fabyan**
**683 NE Moss Rose Pl**
**Port Saint Lucie, FL 34983**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7107
**Nonpriority creditor's name and mailing address**
**Stephen Garcia**
**65 Garden Ct**
**Succasunna, NJ 07876**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7108
**Nonpriority creditor's name and mailing address**
**Stephen Giango**
**305 s ridge st**
**Breckenridge, CO 80424**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7109
**Nonpriority creditor's name and mailing address**
**Stephen Grant**
**2309 Haig Point Cv**
**Pflugerville, TX 78660**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7110
**Nonpriority creditor's name and mailing address**
**Stephen Headden**
**130 SADDLE BROOKE DR**
**DALLAS, GA 30132**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7111
**Nonpriority creditor's name and mailing address**
**STEPHEN HO**
**2600 SENTER RD SPC 221**
**SAN JOSE, CA 95111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7112
**Nonpriority creditor's name and mailing address**
**stephen jones**
**214 Washington St**
**Trlr34**
**Norwell, MA 02061**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7113
**Nonpriority creditor's name and mailing address**
**stephen jones**
**214 Washington St**
**Trlr 33**
**Norwell, MA 02061**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7114

**Nonpriority creditor's name and mailing address**
**stephen jones**
**214 Washington St**
**Norwell, MA 02061**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7115

**Nonpriority creditor's name and mailing address**
**Stephen Lee**
**4671 Albany Circle**
**APT 142**
**san Jose, CA 95128**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7116

**Nonpriority creditor's name and mailing address**
**Stephen Macalintal**
**86 Grandview Ave**
**Nanuet, NY 10954**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7117

**Nonpriority creditor's name and mailing address**
**Stephen Mann**
**1018 LAUREL AVE**
**LODI, CA 95242**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7118

**Nonpriority creditor's name and mailing address**
**Stephen Nakada**
**778 N 6th St**
**San Jose, CA 95112**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7119

**Nonpriority creditor's name and mailing address**
**Stephen Noblado**
**2812 Park St.**
**Honolulu, HI 96817**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7120
**Nonpriority creditor's name and mailing address**
**stephen ogline**
**9290 luftschloss dr**
**Pomfret, MD 20675**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.7121
**Nonpriority creditor's name and mailing address**
**Stephen Parker**
**4707 Wellford Ct**
**Jamestown, NC 27282**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.7122
**Nonpriority creditor's name and mailing address**
**Stephen Schild**
**3717 E. Pomegranate St.**
**Mesa, FL 85215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.7123
**Nonpriority creditor's name and mailing address**
**Stephen Swain**
**51 Whisper Rock Drive**
**Ponte Vedra Beach, FL 32081**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.7124
**Nonpriority creditor's name and mailing address**
**Stephen Vendettoli**
**51 Versailles Street**
**Cranston, RI 02920**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.7125
**Nonpriority creditor's name and mailing address**
**Stephen Zekpa**
**13301 Maple Knoll Way #1501**
**Maple Grove, MN 55369**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7126
**Nonpriority creditor's name and mailing address**
**steve berman**
**1424 N knollwood drive**
**palatine, IL 60067**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7127
**Nonpriority creditor's name and mailing address**
**steve berman**
**1424 N Knollwood drive**
**palatine, IL 60067**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7128
**Nonpriority creditor's name and mailing address**
**Steve Booth**
**9 Amber Moor Dr**
**Galloway, OH 43119**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7129
**Nonpriority creditor's name and mailing address**
**Steve Denard**
**38 Benford Ln**
**Edgewater Park, NJ 08010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7130
**Nonpriority creditor's name and mailing address**
**steve konarzewski**
**3670 springetts dr**
**york, PA 17406**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7131
**Nonpriority creditor's name and mailing address**
**Steve Lee**
**823 Taylor Way**
**Apt 823**
**COLLEGEVILLE, PA 19426-2959**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7132
**Nonpriority creditor's name and mailing address**
**Steve Lee**
**2619 Mckinney Ave**
**APT 1301**
**Dallas, TX 75204**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.7133
**Nonpriority creditor's name and mailing address**
**Steve Medina**
**177 North 7th Street**
**1**
**PATERSON, NJ 07522**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.7134
**Nonpriority creditor's name and mailing address**
**steve Morrissette**
**267 shaw rd**
**northfield, NH 03276**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.7135
**Nonpriority creditor's name and mailing address**
**steve peter**
**24 azalea lane**
**hopewell junction, NY 12533**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.7136
**Nonpriority creditor's name and mailing address**
**STEVE SAIDI**
**329 FALEY LN**
**PLACENTIA, CA 92870**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.7137
**Nonpriority creditor's name and mailing address**
**Steve Scott**
**285 Childs Avenue**
**Drexel Hill, PA 19026**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7138 **Nonpriority creditor's name and mailing address**
**Steve Stiekema**
**2008 Birchdale Ct**
**Thousand Oaks, CA 91362**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7139 **Nonpriority creditor's name and mailing address**
**Steve Stiekema**
**2008 Birchdale Ct**
**Thousand Oaks, CA 91362**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7140 **Nonpriority creditor's name and mailing address**
**Steve Weber**
**65912 n 2530 rd**
**SOUTHARD, OK 73770**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7141 **Nonpriority creditor's name and mailing address**
**Steven Allen**
**328 9th Ave SE**
**A-3**
**Puyallup, WA 98372**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7142 **Nonpriority creditor's name and mailing address**
**Steven Calabio**
**4808 Perina Way**
**North Highlands, CA 95660**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7143 **Nonpriority creditor's name and mailing address**
**Steven Carter**
**23924 S Plum Valley dr**
**Crete, IL 60417**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7144
**Nonpriority creditor's name and mailing address**
**Steven Choo**
**26062 Via Pera**
**Mission Viejo, CA 92691**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7145
**Nonpriority creditor's name and mailing address**
**Steven Cole**
**2609 Reed Ave**
**Melbourne, FL 32901**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7146
**Nonpriority creditor's name and mailing address**
**Steven DeVaughn**
**6535 South Jackson Road**
**6535 South Jackson Road**
**Jackson, MI 49201**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7147
**Nonpriority creditor's name and mailing address**
**Steven Galvez**
**165 SE 33rd Pl**
**Homestead, FL 33033**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7148
**Nonpriority creditor's name and mailing address**
**Steven Galvez**
**165 se 33rd pl**
**Homestead, FL 33033**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7149
**Nonpriority creditor's name and mailing address**
**Steven Greco**
**256 FRIESAN WAY**
**ROLESVILLE, NC 27571**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7150 **Nonpriority creditor's name and mailing address**
**Steven Grimaud**
**3623 San Gabriel Ln**
**Santa Barbara, CA 93105**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7151 **Nonpriority creditor's name and mailing address**
**Steven Haines**
**6563 Fifewood Court**
**San Jose, CA 95120**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7152 **Nonpriority creditor's name and mailing address**
**Steven Hall**
**361 The Greens Cir**
**APT 442**
**Raleigh, NC 27606**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7153 **Nonpriority creditor's name and mailing address**
**Steven Hartley**
**1250 W Highway 287 Byp Apt 526**
**Waxahachie, TX 75165**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7154 **Nonpriority creditor's name and mailing address**
**Steven Herzog**
**3714 Hoffman Rd**
**White Bear Lake, MN 55110**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7155 **Nonpriority creditor's name and mailing address**
**Steven Hill**
**9222 S MORNINGVIEW DR**
**Sandy, UT 84094**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7156
**Nonpriority creditor's name and mailing address**
**Steven Hoxworth**
**621 Northern Rd**
**South Daytona, FL 32119**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7157
**Nonpriority creditor's name and mailing address**
**steven imperato**
**6 studdiford ct**
**flemington, NJ 08822**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7158
**Nonpriority creditor's name and mailing address**
**Steven Jacobson**
**1530 Blue Sea St**
**Clearwater, FL 33756**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7159
**Nonpriority creditor's name and mailing address**
**STEVEN JONES**
**320 9th Court West**
**Birmingham, AL 35204**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7160
**Nonpriority creditor's name and mailing address**
**steven kang**
**4001 Wilshire Blvd #F286**
**Los Angeles, CA 90010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7161
**Nonpriority creditor's name and mailing address**
**Steven LaClair**
**47 Crossdale Ct**
**Clayton, NC 27520**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7162
**Nonpriority creditor's name and mailing address**
**Steven Mairs**
**420 Misty Glen Lane**
**Minot, ND 58701**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7163
**Nonpriority creditor's name and mailing address**
**Steven Martinez**
**455 Flamingo ct**
**Kissimmee, FL 34759**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7164
**Nonpriority creditor's name and mailing address**
**Steven McKeown**
**5 Raymond ct**
**Lincoln Park, NJ 07035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7165
**Nonpriority creditor's name and mailing address**
**Steven Medard**
**92 Shell Street**
**Massapequa, NY 11758**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7166
**Nonpriority creditor's name and mailing address**
**Steven Moy**
**3901 Cumnor Rd**
**Downers Grove, IL 60515**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7167
**Nonpriority creditor's name and mailing address**
**Steven Obando**
**290 Neptune Ave**
**West Babylon, NY 11704**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7168
**Nonpriority creditor's name and mailing address**
**Steven Ortiz**
**9247 Jessica drive**
**Manassas park, VA 20111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7169
**Nonpriority creditor's name and mailing address**
**Steven Petrovich**
**450 7th Ave**
**Apt 1**
**BROOKLYN, NY 11215-5514**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7170
**Nonpriority creditor's name and mailing address**
**Steven Pham**
**4701 North Laporte Ave**
**Chicago, IL 60630**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7171
**Nonpriority creditor's name and mailing address**
**Steven Roeder**
**226 Nolan St,**
**san antonio, TX 78202**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7172
**Nonpriority creditor's name and mailing address**
**Steven Rogge**
**3540 PROMINENT WAY UNIT 208**
**MT PLEASANT, SC 29466-7279**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7173
**Nonpriority creditor's name and mailing address**
**Steven Saminto**
**13304 210th st e**
**930**
**Graham, WA 98338**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7174
**Nonpriority creditor's name and mailing address**
**Steven Sanchez**
**4212 S Budlong Ave**
**Los Angeles, CA 90037**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7175
**Nonpriority creditor's name and mailing address**
**Steven Santillan**
**1757 79th st**
**Brooklyn, NY 11214**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7176
**Nonpriority creditor's name and mailing address**
**Steven Son**
**67-38B 190th Lane**
**Apt 3B**
**Fresh Meadows, NY 11365**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7177
**Nonpriority creditor's name and mailing address**
**Steven Tecson**
**13203 acoro place**
**cerritos, CA 90703**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7178
**Nonpriority creditor's name and mailing address**
**steven temple**
**2747 toulon dr**
**baton rouge, LA 70816**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7179
**Nonpriority creditor's name and mailing address**
**steven testu**
**4 us namertone**
**appartement**
**torronto, GA 76648**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

**3.7180** **Nonpriority creditor's name and mailing address**
**Steven Valdez**
**266 Cordelia Cove Ave**
**113**
**Henderson, NV 89011**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.7181** **Nonpriority creditor's name and mailing address**
**steven werner**
**27N 29 Street**
**Lafayette, IN 47904**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.7182** **Nonpriority creditor's name and mailing address**
**STEVEN WILCOX**
**12454 HENDERSON RD**
**CLIFTON, VA 20124**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.7183** **Nonpriority creditor's name and mailing address**
**Steven Williams**
**25 Quartus St**
**Chicopee, MA 01013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.7184** **Nonpriority creditor's name and mailing address**
**Steven Wold**
**2209 Ridgeland Dr**
**Lindenhurst, IL 60046**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.7185** **Nonpriority creditor's name and mailing address**
**Stevens Joseph**
**4525 oak haven Dr**
**306**
**Orlando, FL 32839**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7186
**Nonpriority creditor's name and mailing address**
**Stevens Steril**
**1988 fountainview ct**
**1988F**
**Columbus, OH 43232**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7187
**Nonpriority creditor's name and mailing address**
**Stevens Steril**
**1988 fountainview ct**
**1988F**
**Columbus, OH 43232**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7188
**Nonpriority creditor's name and mailing address**
**stevenson mahotiere**
**1676 foyt drive**
**a**
**indianapolis, IN 46224**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7189
**Nonpriority creditor's name and mailing address**
**Stevephi Nguyen**
**10715 Girvan Ln**
**Richmond, TX 77407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7190
**Nonpriority creditor's name and mailing address**
**Stewart Green**
**3792 indian trail**
**Destin, FL 32541**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7191
**Nonpriority creditor's name and mailing address**
**Stirling Berry**
**11902 Central Ave 118A**
**CHINO, CA 91710**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7192
**Nonpriority creditor's name and mailing address**
**Stone Champion**
**372 Meadowview Ln**
**Ringgold, GA 30736**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7193
**Nonpriority creditor's name and mailing address**
**Stravensky Leoniste**
**2774 nw 4th ct**
**pompano beach, FL 33069**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7194
**Nonpriority creditor's name and mailing address**
**Stuart Sampson**
**42 D Concord Lane**
**Monroe Twp., NJ 08831**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7195
**Nonpriority creditor's name and mailing address**
**Subhash kolluru**
**1125 FosterCity Blvd**
**Apt 3**
**Foster City, CA 94404**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7196
**Nonpriority creditor's name and mailing address**
**subhash Marini**
**676 mills ln**
**Irving, TX 75062**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7197
**Nonpriority creditor's name and mailing address**
**Subodh Shourie**
**40947 Cruz Court**
**Fremont, CA 94539**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7198
**Nonpriority creditor's name and mailing address**
**Sudha Somarajan**
**14005 eagle manor ct**
**chesterfield, MO 63017**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7199
**Nonpriority creditor's name and mailing address**
**Sudhakar Kandanala**
**2505 Legacy Drive**
**Aurora, IL 60502**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7200
**Nonpriority creditor's name and mailing address**
**Sudhakar Panem**
**625 Shadowood Pkwy SE**
**ATLANTA, GA 30339**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7201
**Nonpriority creditor's name and mailing address**
**Sudhakar Shedekar**
**9610 Scotch Haven Drive**
**Vienna, VA 22181**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7202
**Nonpriority creditor's name and mailing address**
**Sudheer Muddasani**
**42811 Explorer Drive**
**Brambleton, VA 20148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7203
**Nonpriority creditor's name and mailing address**
**Sufyan Shaikh**
**4208 mark twain boulevard**
**Flower Mound, TX 75022**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7204
**Nonpriority creditor's name and mailing address**
**Sui Thawng**
**7601 elk grove path**
**Austin, TX 78754**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7205
**Nonpriority creditor's name and mailing address**
**Sujata Kamble**
**909 W Glenn Trl**
**Elk Grove Village, IL 60007**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7206
**Nonpriority creditor's name and mailing address**
**Sujay Wani**
**610 Walcott Way**
**Cary, NC 27519**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7207
**Nonpriority creditor's name and mailing address**
**Sukhmanpreet Singh**
**17765 daffodil hill st**
**Lathrop, CA 95330**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7208
**Nonpriority creditor's name and mailing address**
**Sukhwinder Sivia**
**1337 wood thrush ct**
**greenwood, IN 46143**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7209
**Nonpriority creditor's name and mailing address**
**Sukumar Ananthapuram**
**293 E Hazelwood Ave**
**Rahway, NJ 07065**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7210
**Nonpriority creditor's name and mailing address**
**Sulayman Kurdi**
**21112 Ladeene Avenue**
**Apt A**
**Torrance, CA 90503**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7211
**Nonpriority creditor's name and mailing address**
**Suleman Ahmed**
**1403 Inverness Drive**
**Mechanicsburg, PA 17050**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7212
**Nonpriority creditor's name and mailing address**
**Suman Gopal Rao**
**7 Tyndall Road**
**Kendall Park**
**South Brunswick, NJ 08824**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7213
**Nonpriority creditor's name and mailing address**
**Suman Gurung**
**8730 Justice Ave**
**2N**
**Elmhurst, NY 11373**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7214
**Nonpriority creditor's name and mailing address**
**Suman M46brands**
**2 James St**
**New York, FL 70011**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7215
**Nonpriority creditor's name and mailing address**
**Suman Rijal**
**2742 Holt road**
**205**
**Acworth, GA 30101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7216
**Nonpriority creditor's name and mailing address**
**Sumanth Tella**
**28331 Hidden Brook Ln**
**Fulshear, TX 77441**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7217
**Nonpriority creditor's name and mailing address**
**SUMAYYAH MUHAMMAD**
**4201 S DECATUR BLVD**
**APT 3011**
**LAS VEGAS, NV 89103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7218
**Nonpriority creditor's name and mailing address**
**Sumbul Hafeez**
**3675 Partridge Path**
**Ann Arbor, MI 48108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7219
**Nonpriority creditor's name and mailing address**
**SUMIT TALREJA**
**16225 n 30th st**
**Unit 6**
**Phoenix, AZ 85032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7220
**Nonpriority creditor's name and mailing address**
**Summer Ackies**
**149-42 118 Street**
**South Ozone Park, NY 11420**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7221
**Nonpriority creditor's name and mailing address**
**Summer Musa**
**20340 SW Blaine St**
**Beaverton, OR 97003**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7222
**Nonpriority creditor's name and mailing address**
**Summer Musa**
**20340 SW Blaine St**
**Beaverton, OR 97003**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7223
**Nonpriority creditor's name and mailing address**
**Sumon Miah**
**20415 Foothill Ave**
**B44**
**Hollis, NY 11423**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7224
**Nonpriority creditor's name and mailing address**
**Sundeep Dhanju**
**16856 hudson cir**
**Lakeville, MN 55044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7225
**Nonpriority creditor's name and mailing address**
**Suneet Khurana**
**42182 Eagles View Ln**
**Prairieville, LA 70769**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7226
**Nonpriority creditor's name and mailing address**
**sung park**
**363 Willow Pkwy**
**Buffalo Grove, IL, USA, IL 60089**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7227
**Nonpriority creditor's name and mailing address**
**Sung Yun**
**619 Northeast Leann Drive,**
**Blue Springs, MO 64014**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7228 **Nonpriority creditor's name and mailing address**
**Sungho Yang**
**1519 East Chapman Avenue**
**#29**
**Fullerton, CA 92831**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7229 **Nonpriority creditor's name and mailing address**
**SUNGHYUN CHO**
**302 Danny Ln**
**Northvale, NJ 07647**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7230 **Nonpriority creditor's name and mailing address**
**Sunil Agarwal**
**5140 Spring Breeze Blvd**
**Charlotte, NC 28262**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7231 **Nonpriority creditor's name and mailing address**
**Sunil Chiluvuri**
**40728 Robin ST**
**Fremont, CA 94538**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7232 **Nonpriority creditor's name and mailing address**
**Sunil Mirpuri**
**189 Raintree Trl**
**Jupiter, FL 33458**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7233 **Nonpriority creditor's name and mailing address**
**Sunnie Palode jr**
**12413 Cambridge blvd**
**Ocean springs, MS 39564**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7234

**Nonpriority creditor's name and mailing address**
**Suong Huynh**
**12718 W Earll Dr**
**Avondale, AZ 85392**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7235

**Nonpriority creditor's name and mailing address**
**supatra benish**
**3619 210th st**
**bayside, NY 11361**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7236

**Nonpriority creditor's name and mailing address**
**Suraj Bossoondyal**
**1505 Vermont ST**
**Redlands, CA 92374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7237

**Nonpriority creditor's name and mailing address**
**Suraj Jagota**
**2157 Main St.**
**105**
**Santa Clara, CA 95050**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7238

**Nonpriority creditor's name and mailing address**
**Sure R. Hoch**
**44 garden terrace44**
**Spring Valley, NY 10977**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7239

**Nonpriority creditor's name and mailing address**
**Surekha Palanisamy**
**4218 141st st se**
**Unit B**
**Snohomish, WA 98296**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| 3.7240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Suresh Reddy Yellala**<br>**8445 Westmore Rd**<br>**Apt 93**<br>**San Diego, CA 92126** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Surya Kolluru**<br>**4558 W Fork Dr**<br>**Westfield, FL 46062** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Surya Kolluru**<br>**4558 W Fork Dr**<br>**Westfield, IN 46062** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **SURYAVENKATA RAMANA KUMAR PARUPUDI**<br>**1800 WHEELWRIGHT PL**<br>**APT 110**<br>**CARY, NC 27519** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Susan Baranski**<br>**13967 Marquesas Way**<br>**#22**<br>**Marina del Rey, CA 90292** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Susan Nguyen**<br>**14161 PLEASANT ST**<br>**GARDEN GROVE, CA 92843** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7246

**Nonpriority creditor's name and mailing address**
**Susana Munoz**
**Lockwood Ave**
**4420 1/2**
**Los Angeles, CA 90029**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7247

**Nonpriority creditor's name and mailing address**
**Susana Valle**
**4037 Governor Drive**
**San Diego, CA 92122**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7248

**Nonpriority creditor's name and mailing address**
**Sushanth Kodali**
**35 Matrick Ct**
**Hillsborough, NJ 08844**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7249

**Nonpriority creditor's name and mailing address**
**Sushil Joshi**
**115 Treadstone Overlook**
**Suwanee, GA 30024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7250

**Nonpriority creditor's name and mailing address**
**Sushmita Sadhukhan**
**14822 WEST ARROWHEAD LANE**
**New Berlin, WI 53151**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7251

**Nonpriority creditor's name and mailing address**
**Suvra Das**
**2148 S Oakland St**
**Arlington, VA 22204**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7252
**Nonpriority creditor's name and mailing address**
**Suyadi Supratman**
**9504 katrina path**
**plano, TX 75025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7253
**Nonpriority creditor's name and mailing address**
**suzanna Fa**
**1264 Sheridan Ave**
**Bronx, FL 10456**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7254
**Nonpriority creditor's name and mailing address**
**Suzanne Branch**
**16058 via solera circle**
**fort myers, FL 33908**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7255
**Nonpriority creditor's name and mailing address**
**Svetlana Sadykova**
**20 Mountain Ave**
**#11**
**Wanaque, NJ 07465**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7256
**Nonpriority creditor's name and mailing address**
**Swati Ranjan**
**1063 Morse Ave**
**APT 25-100**
**Sunnyvale, CA 94089**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7257
**Nonpriority creditor's name and mailing address**
**Syed Hasnain**
**1358 Kenyon St NW**
**Washington, DC 20010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7258 **Nonpriority creditor's name and mailing address**
**syed hussaini**
**7430 rivercane shore ln**
**richmond, TX 77407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7259 **Nonpriority creditor's name and mailing address**
**Syed Hussaini**
**13427 Orchard Shadows dr**
**Richmond, TX 77407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7260 **Nonpriority creditor's name and mailing address**
**Syed Naqvi**
**12240 Bella Terra Center Way**
**2206**
**Richmond, TX 77479**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7261 **Nonpriority creditor's name and mailing address**
**Syed Zaidi**
**3724 ADIE RD**
**Saint Ann, MO 63074**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7262 **Nonpriority creditor's name and mailing address**
**SyedNaqi Jaffery**
**1292 Vercoe Pl**
**Monterey Park, CA 91755**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7263 **Nonpriority creditor's name and mailing address**
**Sylis Keophilavanh**
**7015 Spencer Court**
**Dublin, CA 94568**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7264 **Nonpriority creditor's name and mailing address**
**Sylvie Le**
**5471 cypress ct**
**Westerville, OH 43082**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7265 **Nonpriority creditor's name and mailing address**
**Szymon Ceremon**
**4941 s linder ave**
**chicago, IL 60638**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7266 **Nonpriority creditor's name and mailing address**
**TA Nie**
**3114 Farmington drive**
**Greensboro, NC 27407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7267 **Nonpriority creditor's name and mailing address**
**Tabitha Wheeler**
**1624 Colony Court**
**6**
**North Mankato, MN 56003**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7268 **Nonpriority creditor's name and mailing address**
**Tae Kwon Jeon**
**15038 Union Turnpike**
**9C**
**Flushing, NY 11367**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7269 **Nonpriority creditor's name and mailing address**
**Taehyun Chung**
**1550 Mission St**
**Apt 4001**
**San Francisco, CA 94103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7270
**Nonpriority creditor's name and mailing address**
**Tafadzwa Mukungurutse**
**3570 Toringdon Way**
**4069**
**Charlotte, NC 28277**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7271
**Nonpriority creditor's name and mailing address**
**Tahir Khan**
**4370 Kissena Blvd**
**Apt 3E**
**Flushing, NY 11355**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7272
**Nonpriority creditor's name and mailing address**
**Tahiri Bouabida**
**9952 Strathfield ln**
**Highlands Ranch, CO 80126**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7273
**Nonpriority creditor's name and mailing address**
**TAI HO**
**7524 San Gabriel Dr**
**ARLINGTON, TX 76002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7274
**Nonpriority creditor's name and mailing address**
**TAI HUYNH**
**2801 W Bryn Marw**
**Chicago, IL 60659**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7275
**Nonpriority creditor's name and mailing address**
**TAI HUYNH**
**2801 W. BRYN MARW Ave**
**Chicago, IL 60659**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| 3.7276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Tai Le**<br>**231 killdeer Ct**<br>**Mount Pleasant, SC 29464**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.7277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Tai Le**<br>**231 killdeer Ct**<br>**Mount Pleasant, SC 29464**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.7278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Tai Ngo**<br>**760 Tallgrass Street**<br>**Las Vegas, NV 89138**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.7279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Tai Nguyen**<br>**227 maison ct**<br>**Altamonte springs, FL 32714**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.7280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Tai Nguyen**<br>**13922 Stone Gate Dr, Baton Rouge, LA 708**<br>**Baton Rouge, LA 70816**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.7281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Tai Nguyen**<br>**189 Richmond st #1**<br>**Brooklyn, NY 11208**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7282
**Nonpriority creditor's name and mailing address**
**Taiwo Adebiyi**
**9919 Granary Mill Pl**
**Houston, TX 77080**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7283
**Nonpriority creditor's name and mailing address**
**Taj Herman**
**7307 Conductor Circle**
**Greer, SC 29651**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7284
**Nonpriority creditor's name and mailing address**
**Tajh Livingston**
**325 MERGANSER DR, UNIT 2292**
**SUISUN CITY, CA 94585**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7285
**Nonpriority creditor's name and mailing address**
**Tajon Dunn**
**2121 Allen Pkwy**
**Apt 3075**
**Houston, TX 77019**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7286
**Nonpriority creditor's name and mailing address**
**Takako Kawashima**
**8329 LA ROCHE LANE**
**HOUSTON, TX 77036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7287
**Nonpriority creditor's name and mailing address**
**Takoda Hardwick**
**9774 County 513 T RD**
**Rapid River, MI 49878**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7288
**Nonpriority creditor's name and mailing address**
**Takudzwa matunja**
**4801 S Congress Ave**
**Austin, TX 78745**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7289
**Nonpriority creditor's name and mailing address**
**Talha Ali**
**2543 Dover**
**Rochester Hills, MI 48309**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7290
**Nonpriority creditor's name and mailing address**
**Talha Khan**
**17756 boxwood dr.**
**riverside, FL 92503**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7291
**Nonpriority creditor's name and mailing address**
**Talmadge Cantrell**
**224 salyers br**
**flatgap, KY 41219**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7292
**Nonpriority creditor's name and mailing address**
**Talwinder Bhathal**
**321 Boulder Dr**
**Lake in the Hills, IL 60156**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7293
**Nonpriority creditor's name and mailing address**
**Tam Bui**
**2402 Merriman St**
**Port Neches, TX 77651**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7294
**Nonpriority creditor's name and mailing address**
**Tam Nguyen**
**5612 Saratoga Circle**
**ROCKLIN, CA 95765**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7295
**Nonpriority creditor's name and mailing address**
**tam phan**
**3855 Heritage Crest Pkwy**
**Buford, GA 30519**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7296
**Nonpriority creditor's name and mailing address**
**Tam Tran**
**38DC 9 P Son Ky**
**Quan Tan Phu**
**Ho Chi Minh City**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7297
**Nonpriority creditor's name and mailing address**
**Tamas Kiss**
**284 W Arlington Drive**
**Springfield, MO 65803**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7298
**Nonpriority creditor's name and mailing address**
**Tamas Kiss**
**284 W Arlington Drive**
**Springfield, MO 65803**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7299
**Nonpriority creditor's name and mailing address**
**Tami Nguyen**
**2402 Merriman St**
**Port Neches, TX 77651**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7300 **Nonpriority creditor's name and mailing address**
**TAMMY PHAN**
**11326 Triola Ln**
**Houston, TX 77072**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7301 **Nonpriority creditor's name and mailing address**
**Tammy Torres**
**1018 High Street**
**Apt 3**
**Fall River, MA 02720**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7302 **Nonpriority creditor's name and mailing address**
**Tammy Vickers**
**PO BOX 337**
**Crescent, OK 73028**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7303 **Nonpriority creditor's name and mailing address**
**Tamnhi Huynh**
**3418 Daniel Dr**
**Arlington, TX 76014**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7304 **Nonpriority creditor's name and mailing address**
**Tamoor muhammad**
**84 CEDARHURST AVE**
**Woodland park, NJ 07424**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7305 **Nonpriority creditor's name and mailing address**
**Tan Do**
**4903 Sabine Terrace Dr**
**Sugar Land, TX 77479**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7306 **Nonpriority creditor's name and mailing address**
**Tan Nguyen**
**19040 Quiver Ridge Dr.**
**Leesburg, VA 20176**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7307 **Nonpriority creditor's name and mailing address**
**Tan Nguyen Dinh**
**Thoi Hoa, Ben Cat**
**Binh Duong, - 00082**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7308 **Nonpriority creditor's name and mailing address**
**TANEY PHAM**
**8506 VERONA FALLS CT**
**RICHMOND, TX 77407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7309 **Nonpriority creditor's name and mailing address**
**Tanner Lewis**
**1822 Windsong Cir**
**Keller, TX 76248**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7310 **Nonpriority creditor's name and mailing address**
**tao ai**
**9651 Longden Ave**
**TEMPLE CITY, CA 91780**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7311 **Nonpriority creditor's name and mailing address**
**Taole Zhu**
**295 Flatbush Ave**
**Apt 5**
**Brooklyn, NY 11217**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7312
**Nonpriority creditor's name and mailing address**
**Taona Gutu**
**71 Bugatti Ct**
**Inwood, WV 25428**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7313
**Nonpriority creditor's name and mailing address**
**Tara Haugh**
**525 EAST 14TH STREET**
**APT 3G**
**Manhattan, NY 10009**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7314
**Nonpriority creditor's name and mailing address**
**Tara Melehan**
**28304 E 6th Place**
**Watkins, CO 80137**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7315
**Nonpriority creditor's name and mailing address**
**Tarek Masaud**
**7655 Kaleb Grove**
**1622**
**Colorado Springs, CO 80920**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7316
**Nonpriority creditor's name and mailing address**
**Tarneisha Townsend**
**2508 Darel Drive**
**Apt.202**
**Suitland, MD 20746**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7317
**Nonpriority creditor's name and mailing address**
**tasia aime**
**230 east 63rd**
**hialeah, FL 33013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7318
**Nonpriority creditor's name and mailing address**
**tasia aime**
**230 east 63rd**
**hialeah, FL 33013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7319
**Nonpriority creditor's name and mailing address**
**Tasrique Chowdhury**
**5424 Wintergreen Road**
**Glen Allen, VA 23060**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7320
**Nonpriority creditor's name and mailing address**
**Tate Coulter**
**48-439 Kamehameha Hwy**
**Kaneohe, HI 96744**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7321
**Nonpriority creditor's name and mailing address**
**Tate Thornton**
**11259 E Enrose Street**
**Mesa, AZ 85207**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7322
**Nonpriority creditor's name and mailing address**
**Tatiana Araujo**
**3001 NE 185th St**
**716**
**Aventura, FL 33180**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7323
**Nonpriority creditor's name and mailing address**
**Tatiana de Araujo**
**3001 NE 185th St**
**716**
**Aventura, FL 33180**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7324
**Nonpriority creditor's name and mailing address**
**Tatjana Bojic**
**1603 E. Dogwood Ln.**
**Mount Prospect, IL 60056**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7325
**Nonpriority creditor's name and mailing address**
**Tatsuya Nickason**
**3436 Varsity Dr**
**Little Elm, TX 75068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7326
**Nonpriority creditor's name and mailing address**
**Tatyana Garkusha**
**4090 Asheville Manor Court**
**Cumming, GA 30040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7327
**Nonpriority creditor's name and mailing address**
**Taurai Kanyumbu**
**242 Marbella Villas, Willow Park Manor**
**Pretoria, GP 00184**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7328
**Nonpriority creditor's name and mailing address**
**Tay Nguyen**
**12110 Lyons Street**
**Jacksonville, FL 32224**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7329
**Nonpriority creditor's name and mailing address**
**Taylor Black**
**27 Littlefield Road**
**Newton, MA 02459**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.7330 | **Nonpriority creditor's name and mailing address**<br>**Taylor Bright**<br>**112 Plum Street**<br>**Bolivar, NY 14715**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7331 | **Nonpriority creditor's name and mailing address**<br>**Taylor Cabral**<br>**1115 E Twiggs St**<br>**2218**<br>**Tampa, FL 33602**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7332 | **Nonpriority creditor's name and mailing address**<br>**Taylor Ellard**<br>**35 Mathews Ave**<br>**43**<br>**Waterville, ME 04901**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7333 | **Nonpriority creditor's name and mailing address**<br>**Taylor Fleetham**<br>**122 Coram Lane**<br>**Orange, CT 06477**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7334 | **Nonpriority creditor's name and mailing address**<br>**Taylor Knight**<br>**215 via nada**<br>**san clemente, CA 92672**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7335 | **Nonpriority creditor's name and mailing address**<br>**taylor morris**<br>**5325 st charles ave.**<br>**apt. E**<br>**new orleans, LA 70115**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7336
**Nonpriority creditor's name and mailing address**
**Taylor Mundo**
**2805 red raider ave**
**Edinburg, TX 78542**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7337
**Nonpriority creditor's name and mailing address**
**Taylor Nguyen**
**22543 Royal Ridge Ct**
**Lutz, FL 33549**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7338
**Nonpriority creditor's name and mailing address**
**Taylor O'Brien**
**905 NE 66th St**
**Unit 732**
**Seattle, WA 98115**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7339
**Nonpriority creditor's name and mailing address**
**Taylor Schneider**
**2400 Windage Dr**
**Apt 6A**
**Fairfield, OH 45014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7340
**Nonpriority creditor's name and mailing address**
**Taylor Tackett**
**14240 N. Aguilar Dr**
**Fountain Hills, AZ, AZ 85268**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7341
**Nonpriority creditor's name and mailing address**
**Taylor Tuccio**
**11247 Westwood Ave**
**Denham Springs, LA 70726**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7342 **Nonpriority creditor's name and mailing address**
**Taylor Wright**
**543 Cutwater LN**
**Foster City, CA 94404**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7343 **Nonpriority creditor's name and mailing address**
**Tayyab Muhammad**
**55 Juniper St**
**Farmingdale, NY 11735**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7344 **Nonpriority creditor's name and mailing address**
**Tayyib Mahmood**
**60 Portland place**
**STaten Island, NY 10301**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7345 **Nonpriority creditor's name and mailing address**
**Ted Aylmer**
**2028 E Ben White Blvd**
**STE 240-2006**
**Austin, TX 78741**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7346 **Nonpriority creditor's name and mailing address**
**Teddie Jones**
**11800 Braesview**
**Apt 2810**
**San Antonio, TX 78213**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7347 **Nonpriority creditor's name and mailing address**
**Teddy ogden**
**4424 Bryn Mawr Drive**
**Dallas, TX 75225**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7348 **Nonpriority creditor's name and mailing address**
**Tehuti Gillette**
**102 stoneridge dr**
**Warner Robins, GA 31088**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7349 **Nonpriority creditor's name and mailing address**
**Tejal Patel**
**2816 Bluebonnet Ln**
**Bedford, TX 76021**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7350 **Nonpriority creditor's name and mailing address**
**Tejaskumar Patel**
**2280 Cain Commons Dr**
**Dacula, GA 30019**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7351 **Nonpriority creditor's name and mailing address**
**Teju Hari**
**7885 SW 71st Ave**
**Portland, OR 97223**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7352 **Nonpriority creditor's name and mailing address**
**Temitayo Okusami**
**5451 5th St NE**
**Apt 304**
**Fridley, MN 55421**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7353 **Nonpriority creditor's name and mailing address**
**tenzin choejor**
**430 SE 106th Ave**
**portland, OR 97216**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7354

**Nonpriority creditor's name and mailing address**
**TERENCE KEYES**
**151 MISTLETOE LN**
**KYLE, TX 78640**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7355

**Nonpriority creditor's name and mailing address**
**Terrance Hunter**
**1220 Echo Glen Rd**
**Charlotte, NC 28213**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7356

**Nonpriority creditor's name and mailing address**
**Terrance Williams**
**4358 Forestbrook Dr**
**Liverpool, NY 13090**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7357

**Nonpriority creditor's name and mailing address**
**terrell frey**
**715 paulsen circle**
**compton, CA 90220**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7358

**Nonpriority creditor's name and mailing address**
**terrell robinson**
**728 E Main st**
**501**
**Richmond, VA 23219**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7359

**Nonpriority creditor's name and mailing address**
**Terris Delgado**
**1161 chestnut st**
**Elizabeth, NJ 07201**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC**
Name

Case number (if known)

3.7360

**Nonpriority creditor's name and mailing address**
**Terry Dunn**
**6175 SW 112th Ave**
**Beaverton, OR 97008**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.7361

**Nonpriority creditor's name and mailing address**
**Terry Smedstad**
**14848 s seven oaks ln**
**Draper, UT 84020**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.7362

**Nonpriority creditor's name and mailing address**
**Terry Sweatt**
**3130 Larkspur Dr**
**Nashville, TN 37207**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.7363

**Nonpriority creditor's name and mailing address**
**Test Melwani**
**184 Salmon**
**Irvine, FL 92618**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.7364

**Nonpriority creditor's name and mailing address**
**Testinggg OS Test dsacvsdc**
**2 St. James Road**
**--**
**New York, FL 71210**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.7365

**Nonpriority creditor's name and mailing address**
**Tevers Brittingham**
**1093 Emerald Ridge Dr**
**Calera, AL 35040**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7366
**Nonpriority creditor's name and mailing address**
**tevin bonner**
**422 bicley place**
**chester, PA 19013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7367
**Nonpriority creditor's name and mailing address**
**Tevin Gaillard**
**7400 w center st**
**1**
**Milwaukee, WI 53210**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7368
**Nonpriority creditor's name and mailing address**
**Thabo Nkonjane**
**77 Jeffrey Crescent**
**Sillwood View**
**Cape Tiown, WC 07100**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7369
**Nonpriority creditor's name and mailing address**
**thai ho**
**755 beckley farm way**
**springboro, OH 45066**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7370
**Nonpriority creditor's name and mailing address**
**Thai Le**
**11702 Sherbrooke Woods Ln**
**SILVER SPRING, MD 20904**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7371
**Nonpriority creditor's name and mailing address**
**Thai Le**
**11702 Sherbrooke Woods Ln**
**Silver Spring, MD 20604**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7372
**Nonpriority creditor's name and mailing address**
**Thai Tran**
**720A Dien Bien Phu str.**
**-**
**Ho Chi Minh city, - 72300**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7373
**Nonpriority creditor's name and mailing address**
**Thang Nguyen**
**Thu Duc**
**Ho Chi Minh 71300**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7374
**Nonpriority creditor's name and mailing address**
**Thang Trinh**
**8792 Andreas avenue**
**orlando, FL 32832**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7375
**Nonpriority creditor's name and mailing address**
**Thang Trinh**
**8792 Andreas avenue**
**orlando, FL 32832**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7376
**Nonpriority creditor's name and mailing address**
**Thanh Dang**
**5230 Clarkston Ln**
**Spring, TX 77379**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7377
**Nonpriority creditor's name and mailing address**
**Thanh Huynh**
**3418 DANIEL DR**
**ARLINGTON, TX 76014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7378
**Nonpriority creditor's name and mailing address**
**Thanh Lam**
**19415 Sw 272nd St**
**Homestead, FL 33031**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7379
**Nonpriority creditor's name and mailing address**
**Thanh Le**
**745 English Oak Drive**
**Hinesville, GA 31313**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7380
**Nonpriority creditor's name and mailing address**
**Thanh Le**
**5401 Ohio St**
**South Charleston, WV 25309**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7381
**Nonpriority creditor's name and mailing address**
**Thanh Le**
**5401 Ohio St**
**South Charleston, WV 25309**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7382
**Nonpriority creditor's name and mailing address**
**THANH LUU**
**3499 Valley Vista Drive**
**SAN JOSE, CA 95148**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7383
**Nonpriority creditor's name and mailing address**
**thanh nguyen**
**957 wheat rdg**
**prattville, AL 36066**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7384
**Nonpriority creditor's name and mailing address**
**Thanh Nguyen**
**4042 conrad avenue**
**San Diego, CA 92117**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7385
**Nonpriority creditor's name and mailing address**
**Thanh Nguyen**
**4042 conrad avenue**
**San Diego, CA 92117**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7386
**Nonpriority creditor's name and mailing address**
**thanh nguyen**
**11448 fenview ct**
**orland park, IL 60467**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7387
**Nonpriority creditor's name and mailing address**
**Thanh Nguyen**
**512 Wilson Drive**
**Hartsville, SC 29550**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7388
**Nonpriority creditor's name and mailing address**
**Thanh Phuong Tran**
**46 Truong Cong Dinh Street**
**Ho Chi Minh City 70000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7389
**Nonpriority creditor's name and mailing address**
**Thanh Vo**
**1925 E Deodar St**
**Ontario, CA 91764**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7390
**Nonpriority creditor's name and mailing address**
**THANH VO**
**2775 ACHILLEA WAY SW**
**MARIETTA, GA 30064**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7391
**Nonpriority creditor's name and mailing address**
**THANH VU**
**6114 Lois Ln**
**San Angelo, Texas 76904-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7392
**Nonpriority creditor's name and mailing address**
**THANHLIEM NGUYEN**
**14164 SE Nightingale Ave**
**Happy Valley, OR 97015**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7393
**Nonpriority creditor's name and mailing address**
**Thao Le**
**6236 Windward DR**
**Burke, VA 22015**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7394
**Nonpriority creditor's name and mailing address**
**Thao Nguyen**
**1109 River Bend ct**
**Folsom, CA 95630**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7395
**Nonpriority creditor's name and mailing address**
**Thao Nguyen**
**13222 Ascot Glen Ln**
**Houston, TX 77082**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7396
**Nonpriority creditor's name and mailing address**
**Thao Vo**
**1711 Esplanade Blvd**
**Ruston, LA 71270**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7397
**Nonpriority creditor's name and mailing address**
**Thao Vo**
**1711 Esplanade BLVD**
**Ruston, LA 71270**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7398
**Nonpriority creditor's name and mailing address**
**tharun Muthoju**
**12337 Rowan HL Dr**
**Huntersville, NC 28708**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7399
**Nonpriority creditor's name and mailing address**
**The Duong**
**305 Coty Way**
**San Jose, CA 95136**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7400
**Nonpriority creditor's name and mailing address**
**The Duong**
**305 Coty Way**
**San Jose, CA 95136**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7401
**Nonpriority creditor's name and mailing address**
**The Nguyen**
**35 Nguyen Tat Thanh, Phu Thien**
**Gia Lai 00060**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7402
**Nonpriority creditor's name and mailing address**
**Theodore Lu**
**17130 Wandering Wave Avenue, Boca Raton,**
**Boca Raton, FL 33496**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7403
**Nonpriority creditor's name and mailing address**
**Theodore Slack**
**18 Country Oaks Rd**
**Lebanon, NJ 08833**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7404
**Nonpriority creditor's name and mailing address**
**Theotis Badgett**
**10311 Bay Club Ct**
**Tampa, FL 33607**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7405
**Nonpriority creditor's name and mailing address**
**Theresa Nguyen**
**12850 Holiday Lane**
**Bowie, MD 20716**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7406
**Nonpriority creditor's name and mailing address**
**Thi anh dao La**
**17913 ash st**
**Fountain valley, CA 92708**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7407
**Nonpriority creditor's name and mailing address**
**Thi Ho**
**1669 Shortridge Ave**
**San Jose, CA 95116**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7408
**Nonpriority creditor's name and mailing address**
**Thi Nguyen**
**3884 Polk st Unit B**
**Riverside, CA 92506**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7409
**Nonpriority creditor's name and mailing address**
**THI PHUNG**
**13286 Fortuna ct, Oregon City, OR 97045**
**OREGON CITY, OR 97045**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7410
**Nonpriority creditor's name and mailing address**
**Thi Thu Ha Bui**
**19516 Smith Circle**
**1**
**Cornelius, NC 28031**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7411
**Nonpriority creditor's name and mailing address**
**THI XUAN LAN Hoang**
**8544 white rose Dr**
**Orlando, FL 32818**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7412
**Nonpriority creditor's name and mailing address**
**Thi Yen Nguyen**
**4541 Renaissance Dr Apt 433**
**San Jose, CA 95134**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7413
**Nonpriority creditor's name and mailing address**
**Thi Yen Nguyen**
**4541 Renaissance Dr Apt 433**
**San Jose, CA 95134**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7414
**Nonpriority creditor's name and mailing address**
**Thiago Silva**
**822 Palm Forest Ln**
**Minneola, FL 34715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7415
**Nonpriority creditor's name and mailing address**
**Thien Nguyen**
**841 fairway dr**
**Hartsville, SC 29550**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7416
**Nonpriority creditor's name and mailing address**
**Thienson Phan**
**855 ivy trail way**
**fort mill, SC 29715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7417
**Nonpriority creditor's name and mailing address**
**Thinh Nguyen**
**7833 Byrds Nest Pass**
**Annandale, VA 22003**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7418
**Nonpriority creditor's name and mailing address**
**Thinh Pham**
**22023 117th Ave SE**
**Kent, WA 98031**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7419
**Nonpriority creditor's name and mailing address**
**Thoai pham**
**4112 sinew CT**
**las vegas, NV 89129**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7420
**Nonpriority creditor's name and mailing address**
**Thomas Arnone**
**15664 Crystal Path**
**Rosemount, MN 55068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7421
**Nonpriority creditor's name and mailing address**
**Thomas Beams**
**2025 Cupola Dr**
**Apt B102**
**Loveland, CO 80538**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7422
**Nonpriority creditor's name and mailing address**
**Thomas Brooks**
**5302 Milky Way Ave**
**Killeen, TX 76542**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7423
**Nonpriority creditor's name and mailing address**
**Thomas Brownsword**
**4717 Trinidad Lake Ct**
**Colorado Springs, CO 80924**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7424
**Nonpriority creditor's name and mailing address**
**Thomas Burger**
**3040 E Shea Blvd**
**Apt 1044**
**Phoenix, AZ 85028**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7425
**Nonpriority creditor's name and mailing address**
**Thomas Catalano**
**7257 Montereal Path**
**Lake Worth, FL 33463**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7426
**Nonpriority creditor's name and mailing address**
**thomas chamberlain**
**20477 w hamilton st**
**buckeye, AZ 85396**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.7427
**Nonpriority creditor's name and mailing address**
**Thomas Cloud**
**6312 Neptune St**
**Fort Worth, TX 76179**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.7428
**Nonpriority creditor's name and mailing address**
**THOMAS CONKLIN**
**1417 Redona Way**
**Naples, FL 34113**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.7429
**Nonpriority creditor's name and mailing address**
**Thomas Dennis**
**601 Myers St SE**
**Rainier, FL 98576**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.7430
**Nonpriority creditor's name and mailing address**
**Thomas Doss**
**919 Main St**
**Apt. 14**
**Rapid City, SD 57701**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.7431
**Nonpriority creditor's name and mailing address**
**THOMAS DUKES**
**23414 Pagoda Oak Dr, Spring, TX, 77373,**
**spring, TX 77373**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7432
**Nonpriority creditor's name and mailing address**
**Thomas Ginocchio**
**106 Fairway Drive**
**Eastchester, NY 10709**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7433
**Nonpriority creditor's name and mailing address**
**Thomas Griffin**
**528 Hill Street**
**Vicksburg, MS 39183**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7434
**Nonpriority creditor's name and mailing address**
**Thomas Han**
**4905 Carriagepark Rd**
**Fairfax, VA 22032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7435
**Nonpriority creditor's name and mailing address**
**Thomas Houk**
**627 poplar st**
**toccoa, GA 30577**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7436
**Nonpriority creditor's name and mailing address**
**Thomas Johnson**
**1832 72nd Ave**
**Philadelphia, PA 19126**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7437
**Nonpriority creditor's name and mailing address**
**Thomas Kain**
**203 County Road 242**
**Bay City, TX 77414**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7438
**Nonpriority creditor's name and mailing address**
**Thomas King**
**5000 Avington Court**
**WAXHAW, NC 28173**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7439
**Nonpriority creditor's name and mailing address**
**Thomas Kroger**
**1274 Braewick Dr**
**Morgantown, WV 26505**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7440
**Nonpriority creditor's name and mailing address**
**Thomas Lage**
**4721 Mial Plantation Rd**
**Raleigh, NC 27610**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7441
**Nonpriority creditor's name and mailing address**
**thomas lu**
**5 Huntington Road**
**EDISON, NJ 08820**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7442
**Nonpriority creditor's name and mailing address**
**Thomas McCurley**
**PO BOX 1445**
**Travelers Rest, SC 29690**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7443
**Nonpriority creditor's name and mailing address**
**Thomas Molloy**
**1710 CIrcle Road**
**Towson, MD 21204**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7444
**Nonpriority creditor's name and mailing address**
**Thomas Myers**
**9260 yale rd, diamond, OH 44412 US**
**diamond, OH 44412**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7445
**Nonpriority creditor's name and mailing address**
**thomas nguyen**
**182 fullmoon**
**irvine, CA 92618**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7446
**Nonpriority creditor's name and mailing address**
**Thomas Nieminen**
**1535 Pineola Ln**
**Gastonia, NC 28054**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7447
**Nonpriority creditor's name and mailing address**
**Thomas Norton**
**14401 Oxford Drive**
**Edmond, OK 73013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7448
**Nonpriority creditor's name and mailing address**
**Thomas Norton**
**14401 Oxford Drive**
**Edmond, OK 73013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7449
**Nonpriority creditor's name and mailing address**
**Thomas Pedersen**
**44251 Pine Dr**
**Sterling Heights, MI 48313**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7450
**Nonpriority creditor's name and mailing address**
**Thomas Pho**
**4802 Thiban Terrace**
**Annandale, VA 22003**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7451
**Nonpriority creditor's name and mailing address**
**Thomas Raynor**
**1826 Mirmar Road**
**Musnter, IN 46321**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7452
**Nonpriority creditor's name and mailing address**
**Thomas Reiss**
**8 osprey way**
**Westport island, ME 04578**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7453
**Nonpriority creditor's name and mailing address**
**Thomas Rubi**
**711 Yew Barrow Ct**
**Henderson, NV 89011**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7454
**Nonpriority creditor's name and mailing address**
**Thomas Skinner**
**14500 Dallas Parkway**
**1084**
**Dallas, TX 75254**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7455
**Nonpriority creditor's name and mailing address**
**Thomas Straughter**
**17202 Inglewood Ave**
**Apt 127**
**Lawndale, CA 90260**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7456
**Nonpriority creditor's name and mailing address**
**Thomas Thao**
**5107 SE Henderson St**
**Portland, OR 97206**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7457
**Nonpriority creditor's name and mailing address**
**Thomas Welch**
**44475 Redwood Lane**
**California, MD 20619**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7458
**Nonpriority creditor's name and mailing address**
**Thong Nguyen**
**12831 daylight dr**
**3114**
**Saint Louis, MO 63131**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7459
**Nonpriority creditor's name and mailing address**
**Thong Tran**
**165 Blossom Hill Rd**
**San Jose, CA 95123**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7460
**Nonpriority creditor's name and mailing address**
**Thorenzo Acuna**
**23555 N Desert Peak Pkwy**
**713**
**Phoenix, AZ 85024**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7461
**Nonpriority creditor's name and mailing address**
**Thu Nguyen**
**10413 E. CAMINO LA**
**JOYA PANTANO**
**Tucson, AZ 85730**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7462
**Nonpriority creditor's name and mailing address**
**Thuan Pham**
**16521 Waite Ln**
**Huntington Beach, CA 92647**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7463
**Nonpriority creditor's name and mailing address**
**ThuHong Nguyen**
**86 Ridgewood rd**
**Middletown, RI 02842**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7464
**Nonpriority creditor's name and mailing address**
**Thuhuynh Hoang**
**8506 VERONA FALLS CT**
**RICHMOND, TX 77407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7465
**Nonpriority creditor's name and mailing address**
**thuy dang**
**4935 constantine ct**
**grand prairie, TX 75052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7466
**Nonpriority creditor's name and mailing address**
**Thuy Tran**
**7912 Canto AVE**
**Lasvegas, NV 89147**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7467
**Nonpriority creditor's name and mailing address**
**Thuy-ai Pham**
**10718 Mason Dale Dr**
**Cypress, TX 77433**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7468
**Nonpriority creditor's name and mailing address**
**Thuybich Nguyen**
**5611 Garnet Peak Lane**
**Richmond, TX 77469**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7469
**Nonpriority creditor's name and mailing address**
**Tiara Turnage**
**169 Howard ave**
**Apt 2R**
**Brooklyn, NY 11233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7470
**Nonpriority creditor's name and mailing address**
**Tien Ha**
**2927 Chamoune Ave**
**SAN DIEGO, CA 92105-4357**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7471
**Nonpriority creditor's name and mailing address**
**Tiep Le**
**11415 Scottsdale dr**
**Meadows Place, TX 77477**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7472
**Nonpriority creditor's name and mailing address**
**Tiffany Ezike**
**1615 Dean street**
**2D**
**Brooklyn, NY 11213**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7473
**Nonpriority creditor's name and mailing address**
**Tiffany Mattson**
**437 W WACHTER RD**
**GALENA, IL 61036**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7474 **Nonpriority creditor's name and mailing address**
**Tiffany Means**
**PO Box 1079**
**Milwaukee, WI 53201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7475 **Nonpriority creditor's name and mailing address**
**Tiffany Pham**
**601 S Newhope St**
**Unit D**
**Santa Ana, CA 92704**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7476 **Nonpriority creditor's name and mailing address**
**Tiffany Tran**
**3550 Egret Drive**
**Folsom, CA 95630**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7477 **Nonpriority creditor's name and mailing address**
**tiffany tran**
**213 CONEFLOWER LN**
**STAFFORD, VA 22554**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7478 **Nonpriority creditor's name and mailing address**
**Tihomir Premuz**
**7950 W Flamingo Rd**
**Unit 2055**
**Las Vegas, NV 89147**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7479 **Nonpriority creditor's name and mailing address**
**Tihomir Premuz**
**7950 W Flamingo Rd**
**Unit 2055**
**Las Vegas, NV 89147**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7480 **Nonpriority creditor's name and mailing address**
**Tim Fair**
**21 E 2nd Avenue**
**Runnemede, NJ 08078**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7481 **Nonpriority creditor's name and mailing address**
**Tim Houff**
**2333 White Owl Way**
**Suitland, MD 20746**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7482 **Nonpriority creditor's name and mailing address**
**tim knoll**
**9101 W. Sahara Ave**
**Suite 105 PMB 1495**
**Las Vegas, NV 89117**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7483 **Nonpriority creditor's name and mailing address**
**Tim Peterson**
**20 Martling Rd**
**San Anselmo, CA 94960**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7484 **Nonpriority creditor's name and mailing address**
**Tim Unger**
**4001 Muscadine Drive**
**Mckinney, TX 75071**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7485 **Nonpriority creditor's name and mailing address**
**Tim Vecchioni**
**331 Carlyn Drive**
**SEVERNA PARK, MD 21146**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7486 **Nonpriority creditor's name and mailing address**
**Tim Yoon**
**1425 Stark Bridge Rd**
**Lincoln, CA 95648**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7487 **Nonpriority creditor's name and mailing address**
**Timmathy Reid**
**12605 Bridgewater drv**
**245 Regent Circle**
**Eastvale, California 92880-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7488 **Nonpriority creditor's name and mailing address**
**Timmy Lau**
**3034 Crater Ln**
**San Jose, CA 95132**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7489 **Nonpriority creditor's name and mailing address**
**Timothy Ahn**
**2635 Fillmore St**
**Apt 201**
**San Francisco, CA 94115**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7490 **Nonpriority creditor's name and mailing address**
**Timothy Artus**
**18 Norman Circle**
**Turners Falls, MA 01376**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7491 **Nonpriority creditor's name and mailing address**
**Timothy Baker**
**5 Conant Pl**
**Darien, CT 06820**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7492
**Nonpriority creditor's name and mailing address**
**Timothy Brining**
**5932 Mulberry Drive**
**Mays Landing, NJ 08330**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7493
**Nonpriority creditor's name and mailing address**
**Timothy Cook**
**7435 American Holly Ln**
**Quinton, VA 23141**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7494
**Nonpriority creditor's name and mailing address**
**Timothy Daniels**
**1314 Poole Street**
**North Myrtle Beach, SC 29582**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7495
**Nonpriority creditor's name and mailing address**
**Timothy De Leon**
**1501 E Elma Privado**
**Ontario, CA 91764**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7496
**Nonpriority creditor's name and mailing address**
**Timothy De Leon**
**1501 E Elma Privado**
**Ontario, CA 91764**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7497
**Nonpriority creditor's name and mailing address**
**Timothy DeBerry**
**10321 Goldenbrook Way**
**Tampa, FL 33647**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7498
**Nonpriority creditor's name and mailing address**
**Timothy Gray**
**22202 Estate Hill Dr Apt 2216**
**San Antonio, TX 78258**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7499
**Nonpriority creditor's name and mailing address**
**Timothy Hartwell**
**49 Egypt Beach Rd**
**Scituate, MA 02066**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7500
**Nonpriority creditor's name and mailing address**
**Timothy Haut**
**1832 Springwood Drive**
**Sarasota, FL 34232**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7501
**Nonpriority creditor's name and mailing address**
**Timothy Headlee**
**229 Headley Road**
**Washington, PA 15301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7502
**Nonpriority creditor's name and mailing address**
**Timothy Krauss**
**5216 Cambridge Knoll Way**
**Raleigh, NC 27616**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7503
**Nonpriority creditor's name and mailing address**
**Timothy Ladner**
**725 Clover Pl**
**Biloxi, MS 39532**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| 3.7504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Timothy Marko**<br>**917 Rock Springs Dr.**<br>**Burleson, TX 76028**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **TIMOTHY MCNELLIE**<br>**5530 STANTON AVENUE #2**<br>**PITTSBURGH, PA 15206**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Timothy Michael**<br>**7676 ginger lily ct**<br>**Tampa, FL 33619**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Timothy Nguyen**<br>**37 S. Madison st**<br>**Allentown, PA 18102**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Timothy Palumbo**<br>**27 Washington Ave**<br>**Torrington, CT 06790**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Timothy Pouliot**<br>**1842 N Somerset**<br>**Mesa, AZ 85205**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7510
**Nonpriority creditor's name and mailing address**
**Timothy Rosilez**
**934 arbor pine**
**tomball, TX 77375**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7511
**Nonpriority creditor's name and mailing address**
**Timothy Ross**
**155 Hillside Rd**
**Southern Pines, NC 28387**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7512
**Nonpriority creditor's name and mailing address**
**Timothy Sakogawa**
**4111 Suffolk Way**
**Pleasanton, CA 94588**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7513
**Nonpriority creditor's name and mailing address**
**TIMOTHY SMITH**
**450 NW 102ND TER**
**PEMBROKE PINES, FL 33026**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7514
**Nonpriority creditor's name and mailing address**
**Timothy Walker**
**3395 Fernview Drive**
**Lawrenceville, GA 30044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7515
**Nonpriority creditor's name and mailing address**
**Timothy Walters**
**1305 Ivey St**
**Cassville, MO 65625**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7516 **Nonpriority creditor's name and mailing address**
**Timoty Henton**
**2121 Judson Street**
**San Diego, CA 92111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7517 **Nonpriority creditor's name and mailing address**
**Timur Hamhoev**
**50 Brighton 1st Road**
**Brooklyn, NY 11235**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7518 **Nonpriority creditor's name and mailing address**
**Timur insanally**
**63-50 Fitchett Street**
**FLUSHING, NY 11374**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7519 **Nonpriority creditor's name and mailing address**
**Tin Nguyen**
**8316 Glendon Way**
**Sacramento, CA 95829**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7520 **Nonpriority creditor's name and mailing address**
**Tin Truong**
**5421 n christiana ave**
**Chicago, IL 60625**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7521 **Nonpriority creditor's name and mailing address**
**TIN VAN**
**4053 olley ln**
**Fairfax, VA 22032**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7522
**Nonpriority creditor's name and mailing address**
**Tina Coleman**
**11816 Inwood Rd**
**1256**
**Dallas, TX 75244**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7523
**Nonpriority creditor's name and mailing address**
**Tina Huynh**
**508 meadow bend dr**
**Friendswood, TX 77546**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7524
**Nonpriority creditor's name and mailing address**
**Tina Tran**
**2635 N 167th St**
**Omaha, NE 68116**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7525
**Nonpriority creditor's name and mailing address**
**Tingting Zhou**
**3739 S union ave**
**Apt 1F**
**Chicago, IL 60609**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7526
**Nonpriority creditor's name and mailing address**
**tini goly**
**20 avenue b**
**ny, NY 10010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7527
**Nonpriority creditor's name and mailing address**
**Tinnesha Trufant**
**2190 NE 51st Ct Apt 307**
**Ft Lauderdale, FL 33308**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7528
**Nonpriority creditor's name and mailing address**
**Tinoosh Zand**
**5729 Lebanon Road**
**Ste. 144134**
**Frisco, TX 75034**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7529
**Nonpriority creditor's name and mailing address**
**Tirop Sambu**
**3344 Hewitt Ave**
**Apt 77**
**Silver Spring, MD 20906**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7530
**Nonpriority creditor's name and mailing address**
**Titan Munday**
**2616 Russell Bond Rd.**
**Millington, TN 38053**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7531
**Nonpriority creditor's name and mailing address**
**Titus Conley**
**7015 46TH PL N**
**Crystal, MN 55428**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7532
**Nonpriority creditor's name and mailing address**
**Toan Bui**
**3009 MISTY HEIGHTS CV**
**PFLUGERVILLE, TX 78660**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7533
**Nonpriority creditor's name and mailing address**
**toan nguyen**
**1105 baynes dr**
**mckinney, TX 75071**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7534
**Nonpriority creditor's name and mailing address**
**Toan Pham**
**2948 sunburst dr**
**San jose, CA 95111**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7535
**Nonpriority creditor's name and mailing address**
**Toan Tuong**
**184 Wave Rock Run West**
**Fort Wayne, IN 46845**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7536
**Nonpriority creditor's name and mailing address**
**Toby Yu**
**67 Castillejo Drive**
**DALY CITY, CA 94015**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7537
**Nonpriority creditor's name and mailing address**
**todd benoit**
**12 Young's Point Road, Box 98**
**Box 98**
**Corea, ME 04624**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7538
**Nonpriority creditor's name and mailing address**
**Todd Berg**
**2907 Bixby Ct.**
**Castle Rock, CO 80109**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7539
**Nonpriority creditor's name and mailing address**
**Todd Hunter**
**246 Wagon Trace Ln**
**Kernersville, NC 27284**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7540
**Nonpriority creditor's name and mailing address**
**Todd Jack**
**231 NB**
**Canada, AK 94310**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7541
**Nonpriority creditor's name and mailing address**
**Todd Jaggers**
**P.O. Box 488**
**Frankston, TX 75763**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7542
**Nonpriority creditor's name and mailing address**
**Todd Raley**
**8341 Tally Ho Rd**
**Lutherville, MD 21093**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7543
**Nonpriority creditor's name and mailing address**
**Todd Yeoman**
**665 Stonewall Court**
**Bourbonnais, IL 60914**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7544
**Nonpriority creditor's name and mailing address**
**Togwon Sua**
**19471 skidmore way**
**fort myers, FL 33967**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7545
**Nonpriority creditor's name and mailing address**
**Togwon Sua**
**19401 Skidmore way**
**8 202**
**Fort myers, FL 33976**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7546
**Nonpriority creditor's name and mailing address**
**Toi Swartz**
**3741 W 59th St.**
**Los Angeles, CA 90043**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7547
**Nonpriority creditor's name and mailing address**
**tokollo selela**
**Ny 142**
**no 33**
**cape town, WC 07750**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7548
**Nonpriority creditor's name and mailing address**
**Tom C sons LLC Company**
**4349 136th ct**
**crestwood, IL 60418**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7549
**Nonpriority creditor's name and mailing address**
**tom huynh**
**4130 Odessa Street**
**Dallas, TX 75212**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7550
**Nonpriority creditor's name and mailing address**
**tom phan**
**15632 intelachen dr**
**austin, TX 78717**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7551
**Nonpriority creditor's name and mailing address**
**Tom Saeteurn**
**3330 South Morgan Street**
**Seattle, WA 98118**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7552 **Nonpriority creditor's name and mailing address**
**tom tji**
**21 Upham St**
**Randolph, MA 02368**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7553 **Nonpriority creditor's name and mailing address**
**Tomas Colella**
**742 Tulip Circle**
**Weston, FL 33327**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7554 **Nonpriority creditor's name and mailing address**
**Tomas Georgakopoulos**
**5359 West Wilson Avenue**
**APT 1**
**Chicago, IL 60630**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7555 **Nonpriority creditor's name and mailing address**
**TOMAS JENSEN**
**503 WESTIN RIO MAR VLG**
**RIO GRANDE, PR 00745**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7556 **Nonpriority creditor's name and mailing address**
**Tomas Trevino**
**279 County Road 480**
**Alice, TX 78332**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7557 **Nonpriority creditor's name and mailing address**
**Tomasz SICKO**
**34 Ebert Dr,Unit 62,Bristol,CT 06010**
**Bristol, CT 06010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7558
**Nonpriority creditor's name and mailing address**
**Tomide Adeloye**
**528 BRONZE FOREST DR**
**Fort-Worth, TX 76155**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7559
**Nonpriority creditor's name and mailing address**
**Tomika Mason**
**3275 Hackberry Lane**
**Montgomery, AL 36116**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7560
**Nonpriority creditor's name and mailing address**
**Tomika Mason**
**3275 Hackberry Lane**
**Montgomery, AL 36116**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7561
**Nonpriority creditor's name and mailing address**
**TOMLEE WONG**
**13512 JACKSON ST**
**WESTMINSTER, CA 92683**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7562
**Nonpriority creditor's name and mailing address**
**Tommie R Haynes**
**225 Americana Cir Fairview Heights, illi**
**Fairview Heights, IL 62208**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7563
**Nonpriority creditor's name and mailing address**
**TOMMY HO**
**138 FREEBORN ST**
**STATEN ISLAND, NY 10306**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7564 **Nonpriority creditor's name and mailing address**
**Tommy Lee**
**2003 Town**
**San jose, CA 95054**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7565 **Nonpriority creditor's name and mailing address**
**Tommy Varner**
**6755 N 186th Ave**
**WADDELL, AZ 85355**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7566 **Nonpriority creditor's name and mailing address**
**Tommy Yoshida**
**565 241st Ln SE**
**Sammamish, WA 98074**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7567 **Nonpriority creditor's name and mailing address**
**Tomorro May**
**4350 Bonte Ln**
**Douglasville, GA 30135**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7568 **Nonpriority creditor's name and mailing address**
**Tomuhisa Sun**
**3301 Michelson Dr, Apt 3628**
**Irvine, CA 92612**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7569 **Nonpriority creditor's name and mailing address**
**Tong Wang**
**75 station landing**
**Apt425**
**Medford, MA 02155**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7570
**Nonpriority creditor's name and mailing address**
**Tonny Her**
**301 Stoddard St**
**houston, MN 55943**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7571
**Nonpriority creditor's name and mailing address**
**Tony Bui**
**1064 70th Street**
**2FL**
**Brooklyn, NY 11228**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7572
**Nonpriority creditor's name and mailing address**
**Tony Dhanda**
**9901 Storm Petrel Court**
**Elk Grove, CA 95757**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7573
**Nonpriority creditor's name and mailing address**
**Tony Le**
**452 folsom court**
**milpitas, CA 95035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7574
**Nonpriority creditor's name and mailing address**
**Tony Leech**
**9406 glynhill ct**
**Killeen, TX 76542**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7575
**Nonpriority creditor's name and mailing address**
**Tony Lei**
**23332 White Magnolia Pl APT 108**
**Lutz, FL 33549**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7576
**Nonpriority creditor's name and mailing address**
**Tony Lindsay**
**21 East Front St**
**Red Bank, NJ 07701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7577
**Nonpriority creditor's name and mailing address**
**Tony Nguyen**
**16 Foye ave**
**Weymouth, MA 02188**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7578
**Nonpriority creditor's name and mailing address**
**Tony Offerman**
**7500 Fox Ct NE, Cedar Rapids, IA, 52402,**
**Cedar Rapids, IA 52402**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7579
**Nonpriority creditor's name and mailing address**
**Tony Scott**
**87 Luart Dr**
**Lillington, FL 27546**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7580
**Nonpriority creditor's name and mailing address**
**Tony Swink**
**805 Colonial Avenue**
**Williamsburg, VA 23185**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7581
**Nonpriority creditor's name and mailing address**
**Tony Truong**
**15491 devonshire circle**
**Westminster, CA 92683**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7582
**Nonpriority creditor's name and mailing address**
**Tony Witscher**
**6600 Yatesville Hwy**
**Yatesville, GA 31097**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7583
**Nonpriority creditor's name and mailing address**
**Tonye Okpeyowa**
**7549 Stonebrook Parkway**
**Frisco, TX 75034**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7584
**Nonpriority creditor's name and mailing address**
**Torrence Woods**
**5664 W 62ND ST**
**Los Angeles, CA 90056**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7585
**Nonpriority creditor's name and mailing address**
**Torrey Manning**
**3150 Baywood Ct**
**Conyers, GA 30013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7586
**Nonpriority creditor's name and mailing address**
**Torrey Manning**
**3150 Baywood Ct**
**Conyers, GA 30013**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7587
**Nonpriority creditor's name and mailing address**
**Torrey Manning**
**3150 Baywood Ct**
**Conyers, GA 30013-6740**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC**
Name

Case number (if known)

3.7588
**Nonpriority creditor's name and mailing address**
**Torrey Wells**
**400 S PARROT DR**
**Fort Washington, MD 20744**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.7589
**Nonpriority creditor's name and mailing address**
**Tou Lee**
**157 Fairway Dr**
**Conover, NC 28613**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.7590
**Nonpriority creditor's name and mailing address**
**Tou Thor**
**14296 E Whitaker Pl Unit 111**
**aurora, CO 80015**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.7591
**Nonpriority creditor's name and mailing address**
**TOWAN KHOSHABEH**
**1236 Atlantic Avenue**
**317**
**brooklyn, NY 11216**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.7592
**Nonpriority creditor's name and mailing address**
**TOWAN KHOSHABEH**
**1236 Atlantic Avenue**
**317**
**brooklyn, NY 11216**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.7593
**Nonpriority creditor's name and mailing address**
**Toyin Koyejo**
**14335 Huston St**
**110**
**Sherman Oaks, CA 91423**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7594
**Nonpriority creditor's name and mailing address**
**Tracey Owens**
**245 S Erie**
**WICHITA, KS 67211**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7595
**Nonpriority creditor's name and mailing address**
**Tracy Luong**
**6903 Seascape Dr, Grand Prairie, TX 7505**
**Grand Prairie, TX 75054-7285**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7596
**Nonpriority creditor's name and mailing address**
**Tracy Ngo**
**6441 Iroquois road**
**westminster, CA 92683**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7597
**Nonpriority creditor's name and mailing address**
**Tracy Perkins**
**1830 Scrub Jay Rd**
**Apopka, FL 32703**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7598
**Nonpriority creditor's name and mailing address**
**Tram Anh Tran**
**1350 Oakland Road**
**Space 55**
**San Jose, CA 95112**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7599
**Nonpriority creditor's name and mailing address**
**Tram Ngo**
**2601 Cross Oak Places**
**Mckinney, TX 75071**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7600
**Nonpriority creditor's name and mailing address**
**Tram Nguyen**
**5127 Oakbridge Dr**
**San Jose, CA 95121**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7601
**Nonpriority creditor's name and mailing address**
**TRAM NGUYEN**
**15362 BALBOA ST**
**WESTMINSTER, CA 92683**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7602
**Nonpriority creditor's name and mailing address**
**Tram NGUYEN**
**6312 w la madre way, las vegas, NV 89130**
**las vegas, NV 89130**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7603
**Nonpriority creditor's name and mailing address**
**Tram Pham**
**3622 Hastings St**
**Houston, TX 77017**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7604
**Nonpriority creditor's name and mailing address**
**Tramell Huff**
**5953 Mable Rd unit #207**
**Las Vegas, NV 89110**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7605
**Nonpriority creditor's name and mailing address**
**Tramy Nguyen**
**1771 Ironwood Ln**
**Milpitas, CA 95035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7606
**Nonpriority creditor's name and mailing address**
**Tramy Nguyen**
**1771 Ironwood Ln**
**Milpitas, CA 95035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7607
**Nonpriority creditor's name and mailing address**
**Trang Huynh-McClain**
**7675 El Cerro Dr**
**Buena Park, FL 90620**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7608
**Nonpriority creditor's name and mailing address**
**Trang LE**
**906 ALMADIN**
**SAN ANTONIO, TX 78258**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7609
**Nonpriority creditor's name and mailing address**
**Trang Nguyen**
**3552 Juergen Dr**
**San Jose, CA 95121**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7610
**Nonpriority creditor's name and mailing address**
**Trang Nguyen**
**22830 Roberts Run Ln**
**Katy, TX 77494**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7611
**Nonpriority creditor's name and mailing address**
**Trang Pham**
**123 Belshire Dr**
**Greer, SC 29650**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.7612 | **Nonpriority creditor's name and mailing address**<br>**Trang Tran**<br>**5918 E. Solano Bay Ln**<br>**Houston, TX 77041**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7613 | **Nonpriority creditor's name and mailing address**<br>**Trangca Nguyen**<br>**3614 PLACE DE LOUIS**<br>**SAN JOSE, CA 95148**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7614 | **Nonpriority creditor's name and mailing address**<br>**Trao Her**<br>**2210 Serena Ave.**<br>**Clovis, CA 93619**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7615 | **Nonpriority creditor's name and mailing address**<br>**Travis Coleman**<br>**7864 County Road 1216**<br>**Blue Ridge, TX 75424**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7616 | **Nonpriority creditor's name and mailing address**<br>**Travis Davis**<br>**8252 Grape Ridge Court**<br>**Sacramento, CA 95829**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7617 | **Nonpriority creditor's name and mailing address**<br>**Travis Dessaure**<br>**200 Lindera Preserve blvd**<br>**summerville, SC 29486**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7618
**Nonpriority creditor's name and mailing address**
**Travis Evans**
**3432 East Wilson Street**
**Farmville, NC 27828**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7619
**Nonpriority creditor's name and mailing address**
**Travis Glasgow**
**5521 Union Chapel Terrace**
**Northport, AL 35473**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7620
**Nonpriority creditor's name and mailing address**
**Travis Hua**
**9758 Elk Grove Valley St.**
**Las Vegas, NV 89178**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7621
**Nonpriority creditor's name and mailing address**
**travis james**
**1817 13th st**
**lewiston, ID 83501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7622
**Nonpriority creditor's name and mailing address**
**Travis Jonas**
**9206 W Villa Chula**
**Peoria, AZ 85383**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7623
**Nonpriority creditor's name and mailing address**
**Travis Lamming**
**7870 Winans lake rd**
**Brighton, MI 48116**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7624
**Nonpriority creditor's name and mailing address**
**Travis Lattin**
**303 Burkemill Rd**
**16B**
**Rockwood, TN 37854**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7625
**Nonpriority creditor's name and mailing address**
**Travis Smith**
**700 Skyhawk Drive**
**Apt 720**
**Boiling Springs, SC 29316**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7626
**Nonpriority creditor's name and mailing address**
**Trayjuan Harris**
**624 las colored dr**
**San Marcos, CA 92078**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7627
**Nonpriority creditor's name and mailing address**
**Traysean Puentes**
**4146 Madison Ave**
**8**
**North Highlands, CA 95660**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7628
**Nonpriority creditor's name and mailing address**
**Trent Daniels**
**2717 Stadium View Drive**
**Fort Worth, TX 76118**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7629
**Nonpriority creditor's name and mailing address**
**trenton helton**
**10215 meadowknoll drive**
**LOVELAND, OH 45140**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7630 **Nonpriority creditor's name and mailing address**
**Trenton Joyce**
**532 sun valley village**
**102**
**Altamonte Springs, FL 32714**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7631 **Nonpriority creditor's name and mailing address**
**Trevone Dupree**
**1221 Magie Ave**
**24B**
**Union, NJ 07083**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7632 **Nonpriority creditor's name and mailing address**
**Trevone Wims**
**1000 S Anza st**
**apt 18**
**El Cajon, CA 92020**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7633 **Nonpriority creditor's name and mailing address**
**Trevor Doggett**
**2346 Slate Valley Ln**
**Knoxville, TN 37923**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7634 **Nonpriority creditor's name and mailing address**
**Trevor Gardom**
**69 21 1/4 St**
**Chetek, WI 54728**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7635 **Nonpriority creditor's name and mailing address**
**Trevor Gardom**
**69 21 1/4 St**
**Chetek, WI 54728**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7636
**Nonpriority creditor's name and mailing address**
**trevor goehl**
**5189 cole lane, college station, TX 7784**
**COLLEGE STATION, TX 77845**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7637
**Nonpriority creditor's name and mailing address**
**Trevor Herod**
**17 State Highway B**
**Montgomery City, MO 63361**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7638
**Nonpriority creditor's name and mailing address**
**Trevor Luu**
**8802 Guess Street**
**Rosemead, CA 91770**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7639
**Nonpriority creditor's name and mailing address**
**Trevor Pearson**
**1765 Apa Road**
**Point Roberts, WA 98281**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7640
**Nonpriority creditor's name and mailing address**
**Trevor Rachal**
**10634 s. 390 e.**
**Sandy, UT 84070**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7641
**Nonpriority creditor's name and mailing address**
**Trevor Santa Lucia**
**1041 West Lancaster Avenue**
**APT A-2ND**
**Bryn Mawr, PA 19010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7642
**Nonpriority creditor's name and mailing address**
**Trevor Schaller**
**33 maple lane**
**blauvelt, NY 10913**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7643
**Nonpriority creditor's name and mailing address**
**Trevor Stokes**
**656 Hanon dr**
**WILLISTON, VT 05495**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7644
**Nonpriority creditor's name and mailing address**
**Trevor Ward**
**1511 Linden Ave**
**Lewiston, ID 83501**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7645
**Nonpriority creditor's name and mailing address**
**Trey Smith**
**22034 Golden Cedar Dr**
**Cypress, TX 77433**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7646
**Nonpriority creditor's name and mailing address**
**Tri Bui**
**9822 sailor Dr**
**Jacksonville, FL 32221**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7647
**Nonpriority creditor's name and mailing address**
**Tri Nguyen**
**37 spur lane**
**HIRAM, GA 30141**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7648
**Nonpriority creditor's name and mailing address**
**Tri Nguyen**
**3545 w walnut st**
**Garland, TX 75042**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.7649
**Nonpriority creditor's name and mailing address**
**Tricia Yennes**
**26 Woodman Ave**
**Hammonton, NJ 08037**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.7650
**Nonpriority creditor's name and mailing address**
**tricshawn reynolds**
**9158 solvista pass ln**
**houston, TX 77070**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.7651
**Nonpriority creditor's name and mailing address**
**Triet Phan**
**4769 N Long Ave**
**Unit 2A**
**Chicago, IL 60630**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.7652
**Nonpriority creditor's name and mailing address**
**Trieu Huynh**
**865 Saint Bede Ln**
**Hayward, CA 94544**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

3.7653
**Nonpriority creditor's name and mailing address**
**Trinh Nguyen**
**9 woodland st.**
**Everett, MA 01880**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim: _**
Is the claim subject to offset? [x] No [ ] Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7654
**Nonpriority creditor's name and mailing address**
**Tristan Husslein**
**320 View Drive**
**White Lake, MI 48386**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7655
**Nonpriority creditor's name and mailing address**
**tristan Lamour**
**222 East 38th St.**
**Brooklyn, NY 11203**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7656
**Nonpriority creditor's name and mailing address**
**Tristan Rawls**
**105 Straley Ave**
**Buffalo, NY 14211**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7657
**Nonpriority creditor's name and mailing address**
**Troy Jackson**
**37936 Pisces Cir**
**Palmdale, CA 93552**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7658
**Nonpriority creditor's name and mailing address**
**Troy King**
**1608 Del Sol Ridge Lane**
**Katy, TX 77493**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7659
**Nonpriority creditor's name and mailing address**
**Tru Nguyen**
**4906 N Keystone Ave**
**Chicago, IL 60630**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7660
**Nonpriority creditor's name and mailing address**
**Trung Nguyen**
**2913 Alta Mira Dr**
**Richmond, CA 94806**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7661
**Nonpriority creditor's name and mailing address**
**Trung Nguyen**
**3853 19TH AVE N**
**St Petersburg, FL 33713**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7662
**Nonpriority creditor's name and mailing address**
**Trung Nguyen**
**1443 Vanderbilt**
**Tyler, TX 75703**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7663
**Nonpriority creditor's name and mailing address**
**Trung Tran**
**1312 McLeans Ct**
**Mount Pleasant, SC 29466**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7664
**Nonpriority creditor's name and mailing address**
**Truong Nguyen**
**934 Falling Creek Drive**
**Macon, GA 31220**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7665
**Nonpriority creditor's name and mailing address**
**Truong Phan**
**601 Carlisle St**
**Hanover, PA 17331**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7666
**Nonpriority creditor's name and mailing address**
**Trystan Ruiz**
**2700 Flamboyan Street**
**Kissimmee, FL 34744**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7667
**Nonpriority creditor's name and mailing address**
**Tsamengsim Thao**
**10161 Charles Morris Way**
**Elk Grove, CA 95757**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7668
**Nonpriority creditor's name and mailing address**
**Tsanko Dimitrov**
**5633 35th Way N**
**Saint Petersburg, Florida 33714-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7669
**Nonpriority creditor's name and mailing address**
**Tsering Pemba**
**35-33 64st**
**Apt 5D**
**Woodside, NY 11377**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7670
**Nonpriority creditor's name and mailing address**
**Tshepo Manzi**
**9581 Maaroganye Drive**
**Dobsonville**
**Johannesburg, GP 01863**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7671
**Nonpriority creditor's name and mailing address**
**Tsubasa Jeffery**
**778 S 1100 E**
**Pleasant Grove, UT 84062**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7672
**Nonpriority creditor's name and mailing address**
**Tu Duong**
**1100 Ross Ave**
**Alhambra, CA 91801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7673
**Nonpriority creditor's name and mailing address**
**Tu Tran**
**300 Eastcote Dr**
**Atlanta, GA 30350**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7674
**Nonpriority creditor's name and mailing address**
**Tu Tran**
**2642 creek hollow dr**
**Duluth, GA 30096**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7675
**Nonpriority creditor's name and mailing address**
**Tuan Kieu**
**49 ngo 152 Hao Nam, O Cho Dua, Dong Da**
**Ha Noi 10000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7676
**Nonpriority creditor's name and mailing address**
**Tuan Le**
**444 Copperfield Ct**
**Saint Charles, MO 63301**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7677
**Nonpriority creditor's name and mailing address**
**Tuan Le**
**23 Stephen Smith Dr**
**Putnam Valley, NY 10579**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7678
**Nonpriority creditor's name and mailing address**
**Tuan Nguyen**
**1805 Coventry Way**
**Jonesboro, GA 30236**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7679
**Nonpriority creditor's name and mailing address**
**Tuan Nguyen**
**7236 Jonhstone Ln**
**Fort Worth, TX 76133**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7680
**Nonpriority creditor's name and mailing address**
**Tuan Tran**
**107 Brookhollow Dr**
**Youngsville, LA 70592-5497**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7681
**Nonpriority creditor's name and mailing address**
**tuan vo**
**24548 e Louisiana cir**
**aurora, CO 80018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7682
**Nonpriority creditor's name and mailing address**
**Tue Pham**
**2948 Sunburst Dr**
**San Jose, CA 95111**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7683
**Nonpriority creditor's name and mailing address**
**Tung Do**
**17669 Hever Cir**
**Fountain Valley, CA 92708**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7684
**Nonpriority creditor's name and mailing address**
**Tung Le**
**1316 NW 15th St**
**Moore, OK 73170**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7685
**Nonpriority creditor's name and mailing address**
**TUNG PHAM**
**6677 Hadley Ave S**
**Cottage Grove, MN 55016**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7686
**Nonpriority creditor's name and mailing address**
**Tung Tran**
**303 power ct**
**Sugar Land, TX 77478**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7687
**Nonpriority creditor's name and mailing address**
**Tung Tran**
**187A Le Van Luong, Phuoc Kien, Nha Be**
**A4.20.01 CC Hoang Anh Gold House**
**Ho Chi Minh, Ho Chi Minh city 73207-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7688
**Nonpriority creditor's name and mailing address**
**Tungan Nguyen**
**331 hillside ct**
**Schaumburg, IL 60193**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7689
**Nonpriority creditor's name and mailing address**
**Tuong Hoang**
**6022 workers dr**
**Brooklyn, MD 21225**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7690
**Nonpriority creditor's name and mailing address**
**Tushar Chandrakapure**
**24342 Myrtle Ct**
**Novi, MI 48375**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7691
**Nonpriority creditor's name and mailing address**
**Tuyet Nga Luu**
**179 Bui Thi Xuan**
**Hanoi 10000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7692
**Nonpriority creditor's name and mailing address**
**Tuyet Nga Luu**
**179 Bui Thi Xuan**
**Hanoi 10000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7693
**Nonpriority creditor's name and mailing address**
**Ty Casper**
**1149 mistwood lane**
**Downers Grove, IL 60515**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7694
**Nonpriority creditor's name and mailing address**
**Ty Forbes**
**4574 Andrew Crossing Drive**
**Apt 4**
**Memphis, TN 38128**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7695
**Nonpriority creditor's name and mailing address**
**Ty Stewart**
**3330 Dumas Street**
**San Diego, CA 92106**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7696
**Nonpriority creditor's name and mailing address**
**Tyhler Skruck**
**130 Maravillas Bnd**
**Bastrop, TX 78602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7697
**Nonpriority creditor's name and mailing address**
**Tyler Ammons**
**3005 SE Glasgow Dr**
**Stuart, FL 34997**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7698
**Nonpriority creditor's name and mailing address**
**Tyler Bauer**
**12957 W herbison road**
**Eagle, MI 48822**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7699
**Nonpriority creditor's name and mailing address**
**Tyler Berozi**
**88 Wichard Blvd**
**Commack, NY 11725**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7700
**Nonpriority creditor's name and mailing address**
**Tyler Black**
**2819 lee shore loop**
**Orlando, FL 32820**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7701
**Nonpriority creditor's name and mailing address**
**Tyler Black**
**3206 Nassau dr**
**Hudson, FL 34607**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.7702 | **Nonpriority creditor's name and mailing address**<br>**Tyler Ernst**<br>**2024 Lewis St**<br>**Hercules, FL 94547**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7703 | **Nonpriority creditor's name and mailing address**<br>**TYLER GILLEN**<br>**882 Molasses Valley Rd**<br>**Kunkletown, PA 18058**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7704 | **Nonpriority creditor's name and mailing address**<br>**Tyler Goedtel**<br>**100 Clinton Ave**<br>**2P**<br>**Mineola, NY 11501**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7705 | **Nonpriority creditor's name and mailing address**<br>**Tyler Gomez**<br>**94 Noble Heart Pl**<br>**Fuquay Varina, NC 27526**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7706 | **Nonpriority creditor's name and mailing address**<br>**Tyler Haney**<br>**5396 Cameron Dr**<br>**Ave Maria, FL 34142**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7707 | **Nonpriority creditor's name and mailing address**<br>**Tyler Hess**<br>**35964 Camelot Cir**<br>**Wildomar, CA 92595**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7708
**Nonpriority creditor's name and mailing address**
**Tyler McPeak**
**217 Steamboat Ct**
**Nashville, TN 37214**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7709
**Nonpriority creditor's name and mailing address**
**Tyler Nguyen**
**16031 Imperial Forest ln**
**Houston, TX 77073**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7710
**Nonpriority creditor's name and mailing address**
**Tyler Ogilvie**
**66459 Hwy 20**
**Bend, OR 97703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7711
**Nonpriority creditor's name and mailing address**
**Tyler Perry**
**78 BRANCH HILL CT**
**HARRISON, OH 45030**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7712
**Nonpriority creditor's name and mailing address**
**Tyler Prazzo**
**4153 marlin drive**
**idaho falls, ID 83401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7713
**Nonpriority creditor's name and mailing address**
**Tyler Robertson**
**315 W Pine Ave**
**Norwalk, IA 50211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7714
**Nonpriority creditor's name and mailing address**
**TYLER SHAGI**
**22757 CAROLINE DR**
**ESTERO, FL 33928**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7715
**Nonpriority creditor's name and mailing address**
**Tyler Smith**
**500 East 4th Street**
**Dover, OH 44622**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7716
**Nonpriority creditor's name and mailing address**
**Tyler Smith**
**500 East 4th Street**
**Dover, OH 44622**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7717
**Nonpriority creditor's name and mailing address**
**Tyler Stanczak**
**8200 South Congress Ave**
**Apt 5310**
**Austin, TX 78745**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7718
**Nonpriority creditor's name and mailing address**
**Tyler Standish**
**1001 Atlantic Avenue**
**Walworth, NY 14568**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7719
**Nonpriority creditor's name and mailing address**
**Tyler Vanderburg**
**5704 E Aire Libre Ave**
**Scottsdale, AZ 85254**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| 3.7720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Tyler Vinson**<br>**1900 S Floyd St**<br>**Unit 513**<br>**Louisville, KY 40208** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Tyler Westra**<br>**5300 n ditch rd**<br>**Sioux falls, SD 57104** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Tyler Wilson**<br>**1902 Palo Duro**<br>**Friendswood, TX 77546** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Typhany Stewart**<br>**59 Logan Street apt c1**<br>**BROOKLYN, NY 11208** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Tyrance Sanford**<br>**16000 NW 18th Court**<br>**Miami, FL 33054** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **tyree start**<br>**347 east 11th street**<br>**erie, PA 16503** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7726
**Nonpriority creditor's name and mailing address**
**Tyree Thomas**
**1201 Kennedy Road**
**Apt 17**
**Daytona Beach, FL 32117**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7727
**Nonpriority creditor's name and mailing address**
**Tyreke Foggie**
**132 Echline st**
**founrain inn, SC 29644**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7728
**Nonpriority creditor's name and mailing address**
**Tyrone Davis**
**3820 Chicken Foot Rd**
**Saint Pauls, NC 28384**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7729
**Nonpriority creditor's name and mailing address**
**Tyrone Thomas**
**1124 Sweetbrook Way**
**Orlando, FL 32828**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7730
**Nonpriority creditor's name and mailing address**
**Tysen Liu**
**3786 Vine St**
**Pleasanton, CA 94566**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7731
**Nonpriority creditor's name and mailing address**
**Tyshawn Lane**
**52043 Yaqui Ct #1**
**Fort Cavazos, TX 76544**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7732
**Nonpriority creditor's name and mailing address**
**Tze Yang Tan**
**975 San Pasqual APT 111**
**Pasadena, CA 91106**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7733
**Nonpriority creditor's name and mailing address**
**Tzvetelina Ianeva**
**302 Washington St 150 6959**
**St 150-6959**
**San Diego, CA 92103**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7734
**Nonpriority creditor's name and mailing address**
**Uday Kumar Anantharam**
**19800 N 7TH ST apt 2049**
**PHOENIX, AZ 85024**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7735
**Nonpriority creditor's name and mailing address**
**Uday Madireddy**
**13707 Oak Harbor Bend**
**Cypress, TX 77429**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7736
**Nonpriority creditor's name and mailing address**
**UDAYA RAMYA GODAVARTHY**
**13021 LEGENDARY DR APT 1017**
**APT 1017**
**AUSTIN, TX 78727**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7737
**Nonpriority creditor's name and mailing address**
**Udit Sharma**
**1014 Legacy Oaks Circle**
**Roswell, GA 30076**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7738
**Nonpriority creditor's name and mailing address**
**Uduak Ekwere**
**South Lewis Avenue, Tulsa**
**Tulsa, OK 74171**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7739
**Nonpriority creditor's name and mailing address**
**Ujal Timsina**
**520 Tourmaline Dr**
**Blacklick, OH 43004**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7740
**Nonpriority creditor's name and mailing address**
**uliana schuchak**
**524 larchmont acres APT D**
**larchmont, NY 10538**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7741
**Nonpriority creditor's name and mailing address**
**ulises martinez**
**1961 48th st sw**
**naples, FL 34116**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7742
**Nonpriority creditor's name and mailing address**
**Ulises Martinez**
**1961 48th st sw**
**Naples, FL 34116**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7743
**Nonpriority creditor's name and mailing address**
**Ulises Rubio**
**681 Cole Rd**
**Aromas, CA 95004**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7744
**Nonpriority creditor's name and mailing address**
**Umair Mirza**
**9312 Garst Dr**
**Manassas, VA 20110**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7745
**Nonpriority creditor's name and mailing address**
**Ummara Gul**
**865 Mix Ave**
**Apt L17**
**Hamden, CT 06514**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7746
**Nonpriority creditor's name and mailing address**
**Unique Overby**
**3304 Merlin Ct.**
**Chesapeake, VA 23323**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7747
**Nonpriority creditor's name and mailing address**
**Unknown AKASH ANDREW ANAND**
**14871 Fells Lane**
**Orlando, FL 32827**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7748
**Nonpriority creditor's name and mailing address**
**Uri Braun**
**427 Carroll Street**
**2**
**Hudson, NY 12534**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7749
**Nonpriority creditor's name and mailing address**
**Uri Manko**
**130 72nd st**
**Apt 4M**
**Brooklyn, NY 11209**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7750
**Nonpriority creditor's name and mailing address**
**Uri Manko**
**130 72nd st**
**Brooklyn, NY 11209**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7751
**Nonpriority creditor's name and mailing address**
**Uriel Sencama Badillo**
**3017 W 2nd St**
**Apt 4**
**Los Angeles, CA 90057**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7752
**Nonpriority creditor's name and mailing address**
**Uriel Zamora**
**502 Red Bugambilia**
**Pharr, TX 78577**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7753
**Nonpriority creditor's name and mailing address**
**Uriel Zamora**
**502 Red Bugambilia**
**Pharr, TX 78577**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7754
**Nonpriority creditor's name and mailing address**
**Usman Majoka**
**357 Norran Dr**
**Rochester, NY 14609**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7755
**Nonpriority creditor's name and mailing address**
**Uthum Fernando**
**6271 Dongola st.**
**Jurupa Valley, CA 92509**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7756
**Nonpriority creditor's name and mailing address**
**UYEN MAI**
**3499 Valley Vista Drive**
**San Jose, CA 95148**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7757
**Nonpriority creditor's name and mailing address**
**Uyen Ngo**
**82C Kim Chau, Dray Bhang, Cukuin**
**Daklak 64106**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7758
**Nonpriority creditor's name and mailing address**
**Vadim Davydov**
**3611 S Sterling Ave**
**Tampa, FL 33629**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7759
**Nonpriority creditor's name and mailing address**
**Valay Patel**
**335 Fountayne lane**
**Lawrenceville, NJ 08648**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7760
**Nonpriority creditor's name and mailing address**
**Valdern Chalwell**
**13518 Burbank Blvd Apt 3**
**Sherman Oaks, CA 91401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7761
**Nonpriority creditor's name and mailing address**
**Valdrin Dauti**
**35 Lakeview Rd**
**Ringwood, NJ 07456**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7762
**Nonpriority creditor's name and mailing address**
**Valentin Janakiev**
**14715 Barryknoll Ln**
**Apt 139**
**Houston, TX 77079**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.7763
**Nonpriority creditor's name and mailing address**
**Valeriy Alekseyev**
**530 E 89th st.**
**6K**
**New York, NY 10128**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.7764
**Nonpriority creditor's name and mailing address**
**Valeriy Simonenko**
**3385 Maverick st**
**Las Vegas, NV 89108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.7765
**Nonpriority creditor's name and mailing address**
**Vamshi Karnati**
**4333 Trolan Ln**
**Dublin, CA 94568**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.7766
**Nonpriority creditor's name and mailing address**
**VAMSHI KRISHNA MOTEPALLI**
**10516 SWANEE MILL TRACE**
**GLEN ALLEN, VA 23059**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.7767
**Nonpriority creditor's name and mailing address**
**Vamsi Konduru**
**1203 Ashwood Dr**
**Tyler, TX 75703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7768
**Nonpriority creditor's name and mailing address**
**Van Anh Tran**
**02/05 Le Ngoc Han**
**Tay Son Tam Diep**
**Ninh Binh, NB 00010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7769
**Nonpriority creditor's name and mailing address**
**Van Huynh**
**3356 128th Lane NE**
**Blaine, MN 55449**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7770
**Nonpriority creditor's name and mailing address**
**Van Huynh**
**10321 Abbott road**
**Manassas, VA 20110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7771
**Nonpriority creditor's name and mailing address**
**VAN NGUYEN**
**1707 Woodwatch Way**
**Brandon, FL 33510**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7772
**Nonpriority creditor's name and mailing address**
**VAN TRAN**
**9134 SMOKEHOLLOW DR**
**HOUSTON, TX 77064**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7773
**Nonpriority creditor's name and mailing address**
**Van Truong**
**4771 little London dr**
**Colorado springs, CO 80923**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7774
**Nonpriority creditor's name and mailing address**
**Vanaplus Godinez**
**13763 Redtail Lndg**
**San Antonio, TX 78253**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7775
**Nonpriority creditor's name and mailing address**
**Vandan Patel**
**5 Story Place**
**Robbinsville, NJ 08691**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7776
**Nonpriority creditor's name and mailing address**
**Vandana Shah**
**4430 Highfield Drive**
**Cumming, GA 30041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7777
**Nonpriority creditor's name and mailing address**
**vandana shah**
**4430 Highfield Drive**
**CUMMING, GA 30041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7778
**Nonpriority creditor's name and mailing address**
**Vaneeza Asif**
**2530 Cheyenne Way**
**Gambrills, MD 21054**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7779
**Nonpriority creditor's name and mailing address**
**Vanessa Baker**
**13540 Sierra Dr**
**Clifton, VA 20124**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.7780 | Nonpriority creditor's name and mailing address<br>**Vang Lor**<br>**7540 Tempo Terrace NE**<br>**Fridley, MN 55432**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7781 | Nonpriority creditor's name and mailing address<br>**Varaha Pitla**<br>**523 Ranch Trl**<br>**Apt 142**<br>**Irving, TX 75063**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7782 | Nonpriority creditor's name and mailing address<br>**varsha yallamanchi**<br>**11306 softbreeze ct**<br>**Pearland, TX 77584**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7783 | Nonpriority creditor's name and mailing address<br>**Varshith Korrapati**<br>**6811 NE 121st ave HH296**<br>**vancouver, WA 98682**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7784 | Nonpriority creditor's name and mailing address<br>**VARUN DHIR**<br>**3825 Buckinghamshire Drive**<br>**Land o lakes, FL 34638**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7785 | Nonpriority creditor's name and mailing address<br>**Varun Kumar Pottlapally**<br>**213 Pinelli Dr**<br>**Piscataway, NJ 08854**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7786
**Nonpriority creditor's name and mailing address**
**Varun Muthu**
**1029 Hyannis St**
**Plano, TX 75094**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7787
**Nonpriority creditor's name and mailing address**
**Varun Reddy Dendi**
**1712 Daisy Corner Dr**
**Prosper, TX 75078**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7788
**Nonpriority creditor's name and mailing address**
**VARUNKUMAR PATEL**
**135 william clark blvd**
**SANTEE, SC 29142**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7789
**Nonpriority creditor's name and mailing address**
**varunkumar patel**
**135 william clark blvd**
**Santee, SC 29142**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7790
**Nonpriority creditor's name and mailing address**
**Vash Johnson**
**15 Tonto Apache Reservation**
**Payson, AZ 85547**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7791
**Nonpriority creditor's name and mailing address**
**vaughnlie stephens**
**22 boylston st**
**Randolph, MA 02368**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7792
**Nonpriority creditor's name and mailing address**
**veera chunduri**
**9277 Spruce Valley Dr**
**frisco, TX 75033**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7793
**Nonpriority creditor's name and mailing address**
**VEERA NAGA RAKESH KORLEPARA**
**26493 E University Drive**
**AUBREY, TX 76227**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7794
**Nonpriority creditor's name and mailing address**
**VEERA NAGA RAKESH KORLEPARA**
**7200 PRESTON ROAD**
**PLANO, TX 75024**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7795
**Nonpriority creditor's name and mailing address**
**VEERA NAGA RAKESH KORLEPARA**
**7200 PRESTON ROAD**
**PLANO, TX 75024**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7796
**Nonpriority creditor's name and mailing address**
**Veeraprakash Donthu**
**126 Royal Inverness Pkwy**
**Dardenne prairie, MO 63368**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7797
**Nonpriority creditor's name and mailing address**
**Veha Souphom**
**284 E 1975 N**
**Pleasant Grove, UT 84062**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7798
**Nonpriority creditor's name and mailing address**
**Venkat Rangaraj**
**705 Autumn Close**
**Alpharetta, GA 30004**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.7799
**Nonpriority creditor's name and mailing address**
**Venkata Balasubramanyam Chennu**
**249 Prestwick Way**
**Edison, NJ 08820**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.7800
**Nonpriority creditor's name and mailing address**
**venkata krishna curapati murali**
**45342 sedra ct**
**novi, MI 48375**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.7801
**Nonpriority creditor's name and mailing address**
**Venkata Pasumurthy**
**5903 Neuville St**
**Ijamsville, MD 21754**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.7802
**Nonpriority creditor's name and mailing address**
**Venkata Pasumurthy**
**5903 Neuville St**
**Ijamsville, MD 21754**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.7803
**Nonpriority creditor's name and mailing address**
**Venkatesh Satla**
**2424 Clear Pond Vw**
**LEANDER, TX 78641**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7804
**Nonpriority creditor's name and mailing address**
**Venkateshwar Reddy**
**3374 N Chatham Rd**
**Apt B**
**Ellicott City, MD 21042**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7805
**Nonpriority creditor's name and mailing address**
**VENU BABU DONTHULA**
**936 south blake st**
**MOUNTAIN HOUSE, CA 95391**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7806
**Nonpriority creditor's name and mailing address**
**Venugopal Gannavarapu**
**9383 W Via Del Sol**
**Peoria, AZ 85383**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7807
**Nonpriority creditor's name and mailing address**
**Venugopal Yedugondla**
**8256 bonnybank**
**The colony, TX 75056**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7808
**Nonpriority creditor's name and mailing address**
**Verabhadrarao Boyalla**
**8102 Hagrid Ln**
**Elkridge, MD 21075**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7809
**Nonpriority creditor's name and mailing address**
**Verice Lewis**
**1081 semora ln**
**Morrisville, NC 27560**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7810
**Nonpriority creditor's name and mailing address**
**Verlinda Randall**
**20830 Northeast Caden Street**
**Fairview, OR 97024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7811
**Nonpriority creditor's name and mailing address**
**VERNON RAVEN**
**150 ACTON DR**
**FAYETTEVILLE, GA 30215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7812
**Nonpriority creditor's name and mailing address**
**Vernon Walcott**
**5487 Gate Lake Road**
**Tamarac, FL 33319**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7813
**Nonpriority creditor's name and mailing address**
**Veronica Brown**
**341 E South st.**
**B**
**Long Beach, CA 90805**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7814
**Nonpriority creditor's name and mailing address**
**Vi Hong**
**6221 51st street NW**
**Rochester, MN 55901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7815
**Nonpriority creditor's name and mailing address**
**Viana Garcia Jackson**
**458 Sunfish Drive**
**Winter Haven, FL 33881**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7816
**Nonpriority creditor's name and mailing address**
**Vicente Dizon**
**1117 south 41st street**
**Tacoma, WA 98418**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7817
**Nonpriority creditor's name and mailing address**
**Vickie Ho**
**8607 Granite Peach Ln**
**Richmond, TX 77407**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7818
**Nonpriority creditor's name and mailing address**
**Vickie Hoang**
**10751 Fletcher Bridge Ln**
**Sugar Land, TX 77498**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7819
**Nonpriority creditor's name and mailing address**
**Victor Alejos**
**206 Lakewood Drive**
**Clute, TX 77531**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7820
**Nonpriority creditor's name and mailing address**
**Victor Brabble**
**2031 Sladen Hills**
**San Antonio, TX 78253**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7821
**Nonpriority creditor's name and mailing address**
**Victor Chilargi**
**4607 Timberglen RD**
**APT 2537**
**Dallas, TX 75287**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
**Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7822 **Nonpriority creditor's name and mailing address**
**Victor Frias**
**157 Berner avenue**
**Hazleton, PA 18201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7823 **Nonpriority creditor's name and mailing address**
**Victor Gonzalez**
**402 S GRAHAM ST**
**Apt 2201**
**Charlotte, NC 28202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7824 **Nonpriority creditor's name and mailing address**
**Victor Granados**
**3704 43rd Avenue**
**Sacramento, CA 95824**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7825 **Nonpriority creditor's name and mailing address**
**Victor Guerrero**
**928 Lincolnton Road**
**Apt A**
**Salisbury, NC 28144**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7826 **Nonpriority creditor's name and mailing address**
**Victor Lau**
**131 Clark St**
**Newton Center, MA 02459-2426**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7827 **Nonpriority creditor's name and mailing address**
**Victor Lorenzo**
**8316 Kaleki CT, Diamonhead, MS 39525 US**
**Mobile, MS 39525**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7828
**Nonpriority creditor's name and mailing address**
**VICTOR M GUTIERREZ**
**242 W Green Way Ave**
**San Antonio, TX 78226**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7829
**Nonpriority creditor's name and mailing address**
**Victor Nguyen**
**1013 5th Ave**
**honolulu, HI 96816**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7830
**Nonpriority creditor's name and mailing address**
**VICTOR OKE**
**200 Highbridge Lane**
**Prosper, TX 75078**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7831
**Nonpriority creditor's name and mailing address**
**Victor Oke**
**200 Highbridge lane**
**Prosper, TX 75078**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7832
**Nonpriority creditor's name and mailing address**
**Victor Quangvan**
**4813 FOUNDATION ST**
**HALTOM CITY, TX 76117-1422**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7833
**Nonpriority creditor's name and mailing address**
**VICTOR ROBINSON**
**7106 Walker Mill Rd**
**Capitol Heights, MD 20743**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7834
**Nonpriority creditor's name and mailing address**
**Victor Santos**
**1250 s military trail**
**#1611**
**deerfield beach, FL 33442**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7835
**Nonpriority creditor's name and mailing address**
**Victor Thoms**
**11404 south franklin ave**
**jenks, OK 74037**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7836
**Nonpriority creditor's name and mailing address**
**Victor Torres**
**1558 W 83rd St**
**Los Angeles, CA 90047**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7837
**Nonpriority creditor's name and mailing address**
**Victor Tran**
**1512 Forsythe Dr**
**Richardson, TX 75081**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7838
**Nonpriority creditor's name and mailing address**
**Victor Valencia**
**2739 64th Street, Sacramento,**
**Sacramento, CA 95817**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7839
**Nonpriority creditor's name and mailing address**
**Victor Vargas**
**7451 Louise Avenue**
**Van Nuys, CA 91406**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7840
**Nonpriority creditor's name and mailing address**
**Victor Villafane**
**3943 Dunhill St**
**Napa, CA 94558**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7841
**Nonpriority creditor's name and mailing address**
**Victor Ynfante**
**810 s 12 th street**
**4**
**Allentown, PA 18103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7842
**Nonpriority creditor's name and mailing address**
**Victoria Amirian**
**4539 Cartina Way**
**El Dorado Hills, CA 95762**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7843
**Nonpriority creditor's name and mailing address**
**Victoria Jeon**
**99-72 66th Rd**
**5Q**
**Rego Park, NY 11374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7844
**Nonpriority creditor's name and mailing address**
**Victoria Keo**
**8233**
**Winthrop St**
**Houston, FL 77075**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7845
**Nonpriority creditor's name and mailing address**
**Victoria Pedashov**
**2205 NW Pleasant St**
**Ankeny, IA 50023**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.7846 | **Nonpriority creditor's name and mailing address**<br>**Victoria Smith**<br>**20021 Ocotillo Way**<br>**Apple Valley, CA 92308**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7847 | **Nonpriority creditor's name and mailing address**<br>**Vidhyadhar Gunturu**<br>**67 drewes ct**<br>**Lawrenceville, Nj 08648**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7848 | **Nonpriority creditor's name and mailing address**<br>**viet huynh**<br>**80 Kilauea Avenue,**<br>**hilo, HI 96720**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7849 | **Nonpriority creditor's name and mailing address**<br>**Viet Ngo**<br>**203 w tribella ct**<br>**Santa ana, CA 92703**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7850 | **Nonpriority creditor's name and mailing address**<br>**viet nguyen**<br>**1649 Fendall ct**<br>**Crofton, MD 21114**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7851 | **Nonpriority creditor's name and mailing address**<br>**Viet NGUYEN**<br>**6312 w la madre way, las vegas, NV 89130**<br>**las vegas, NV 89130**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7852
**Nonpriority creditor's name and mailing address**
**Vietly Vu**
**4764 Prescott Lane**
**West Chester, OH 45069**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7853
**Nonpriority creditor's name and mailing address**
**Vijay Durai**
**1600 W La Jolla Dr.**
**#2256**
**Tempe, AZ 85282**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7854
**Nonpriority creditor's name and mailing address**
**Vijay kumar Dande lingam**
**3600 windhaven pkwy**
**Apt 5427**
**Lewisville, TX 75056**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7855
**Nonpriority creditor's name and mailing address**
**vijayabhaskara kunam**
**3859 Development Ter Unit 1005**
**Fremont, CA 94538**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7856
**Nonpriority creditor's name and mailing address**
**Vijayabhaskara Kunam**
**3859 Development Ter Unit 1005**
**Fremont, CA 94538**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7857
**Nonpriority creditor's name and mailing address**
**Vikas Aditya**
**100 Shumard Ct**
**Irving, TX 75063**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7858 **Nonpriority creditor's name and mailing address**
**Vikas Arora**
**3833 Thatcher Circle**
**Harrisburg, NC 28075**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7859 **Nonpriority creditor's name and mailing address**
**Vikas Bhandari**
**347 W brush pl**
**Mountain House, CA 95391**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7860 **Nonpriority creditor's name and mailing address**
**Vikas Patel**
**3000 Gracie Kiltz Lane**
**505**
**Austin, TX 78758**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7861 **Nonpriority creditor's name and mailing address**
**Vikash Ranjan**
**14 Heath Ct**
**Princeton, NJ 08540**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7862 **Nonpriority creditor's name and mailing address**
**Vikraman Ramalingam**
**6 poets ln**
**Metuchen, NJ 08840**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7863 **Nonpriority creditor's name and mailing address**
**Vikrant Jaiswal**
**35089 Muirwood Dr**
**Farmington Hills, MI 48335**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7864
**Nonpriority creditor's name and mailing address**
**Viktor Abovskiy**
**12311 SW 75TH ST**
**Dunnellon, FL 34432**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7865
**Nonpriority creditor's name and mailing address**
**Viktor Abovskiy**
**12311 SW 75TH ST**
**Dunnellon, FL 34432**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7866
**Nonpriority creditor's name and mailing address**
**viktor kochkin**
**2295 kristal way**
**denver, CO 80221**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7867
**Nonpriority creditor's name and mailing address**
**Viktor Mazurets**
**212 Horton RD SE**
**Cleveland, TN 37323**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7868
**Nonpriority creditor's name and mailing address**
**Viktor Nikitin**
**2011 Sycamore Dr**
**Bedford Hts, OH 44146**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7869
**Nonpriority creditor's name and mailing address**
**Viktor Vucic**
**8544 Greenbank Boulevard**
**Windermere, FL 34786**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7870
**Nonpriority creditor's name and mailing address**
**Vilma Malinauskiene**
**39 Stephen St**
**Apt 1**
**Lemont, IL 60439**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7871
**Nonpriority creditor's name and mailing address**
**Vinay Horiholi math**
**392 Western Ave**
**Augusta, Maine 04330-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7872
**Nonpriority creditor's name and mailing address**
**vinay talamanchipatnam**
**9901 kingshyreway**
**tampa, FL 33647**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7873
**Nonpriority creditor's name and mailing address**
**Vinaya Nagathan**
**5509 Teversham Way**
**Cary, NC 27519**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7874
**Nonpriority creditor's name and mailing address**
**Vinayak Murthy**
**522 Dodge Ln**
**Saint Paul, MN 55118**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7875
**Nonpriority creditor's name and mailing address**
**Vince Koehn**
**501 W. Geronimo St.**
**Montezuma, KS 67867**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7876
**Nonpriority creditor's name and mailing address**
**Vince Nguyen**
**102 Stephanie Street**
**Palatka, FL 32177**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7877
**Nonpriority creditor's name and mailing address**
**Vince Nguyen**
**10 W Garden Rd**
**Broomall, PA 19008**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7878
**Nonpriority creditor's name and mailing address**
**Vincent Abalos**
**25403 Driftwood Harbor Ln**
**Tomball, TX 77375**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7879
**Nonpriority creditor's name and mailing address**
**Vincent Barrios**
**27014 Karns Ct**
**61002**
**Canyon Country, CA 91387**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7880
**Nonpriority creditor's name and mailing address**
**Vincent Carter**
**4913 Sherwood Way**
**Cummings, GA 30040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7881
**Nonpriority creditor's name and mailing address**
**Vincent Doan**
**1601 Green Hill Dr**
**Arlington, TX 76014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7882 **Nonpriority creditor's name and mailing address**
**Vincent Smith**
**445 E Mikkelsen Rd**
**Shelton, WA 98584**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7883 **Nonpriority creditor's name and mailing address**
**Vincent Zhang**
**40-20 217th Street**
**Bayside, NY 11361**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7884 **Nonpriority creditor's name and mailing address**
**Vineel Maharaj**
**717 W Atherton Drive**
**apt#281**
**Manteca, CA 95337**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7885 **Nonpriority creditor's name and mailing address**
**Vinh Hai Phan**
**Quy Nhon, Binh Dinh, Vietnam**
**Quy Nhon 55000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7886 **Nonpriority creditor's name and mailing address**
**Vinh Pham**
**2110 Village Green Dr**
**Garland, TX 75044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7887 **Nonpriority creditor's name and mailing address**
**Vinicius Reis Bazzo**
**2285 old furnace road**
**boiling Springs, SC 29316**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7888
**Nonpriority creditor's name and mailing address**
**Vinson Rogers**
**10505 OROURK LN**
**Austin, TX 78739**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7889
**Nonpriority creditor's name and mailing address**
**Vipin Gogineni**
**11900 Shadow Creek Parkway**
**APT 1515**
**Pearland, TX 77584**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7890
**Nonpriority creditor's name and mailing address**
**virginia Etchepare**
**216 green meadow drive B**
**unit b**
**watsonville, CA 95076**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7891
**Nonpriority creditor's name and mailing address**
**Vishaal Melwani**
**184 Salmon**
**Irvine, CA 92618**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7892
**Nonpriority creditor's name and mailing address**
**Vishaal Melwani**
**184 Salmon**
**Irvine, CA 92618**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7893
**Nonpriority creditor's name and mailing address**
**Vishaal Melwani**
**184 Salmon**
**Irvine, CA 92618**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7894
**Nonpriority creditor's name and mailing address**
**Vishaal Melwani**
**184 Salmon**
**Irvine, CA 92618**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7895
**Nonpriority creditor's name and mailing address**
**Vishal Desai**
**30 Topaz Dr**
**Franklin Park, NJ 08823**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7896
**Nonpriority creditor's name and mailing address**
**Vishal Kapur**
**8306 Hamilton Way**
**Eastampton Township, NJ 08060**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7897
**Nonpriority creditor's name and mailing address**
**Vishwanath Honnaya**
**60 Trailside Drive**
**Monroe, CT 06468**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7898
**Nonpriority creditor's name and mailing address**
**Vishwas Hebbur Venkata Subba Rao**
**5307 Bundle Flower Ct**
**Naperville, IL 60564**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7899
**Nonpriority creditor's name and mailing address**
**Vista Souvandy**
**6047 Rochelle Drive**
**Fort Worth, TX 76123**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7900
**Nonpriority creditor's name and mailing address**
**Visvabalaji Vaithiyalingam**
**2480 Ellis Town Dr**
**Tracy, CA 95377**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7901
**Nonpriority creditor's name and mailing address**
**Viswanadha Bommepalle**
**2263 Toad Hollow Trl**
**Apex, NC 27502**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7902
**Nonpriority creditor's name and mailing address**
**Vitalii Matveev**
**14951 Royal Oaks Ln**
**apt 1502**
**NORTH MIAMI, FL 33181**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7903
**Nonpriority creditor's name and mailing address**
**Vitaliy Gritsak**
**161 Northcliffe Drive**
**Rochester, NY 14616**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7904
**Nonpriority creditor's name and mailing address**
**Vitaly Prokopchuk**
**8334 Story Ridge Way**
**Antelope, CA 95843**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7905
**Nonpriority creditor's name and mailing address**
**Vivek Manjrekar**
**2406 Russet Forest Dr**
**Katy, TX 77494**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7906

**Nonpriority creditor's name and mailing address**
**Vivian Charleus**
**816 south 14th street**
**Lantana, FL 33462**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7907

**Nonpriority creditor's name and mailing address**
**Vivian Perez**
**302 HONNESS RD**
**FISHKILL, NY 12524**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7908

**Nonpriority creditor's name and mailing address**
**Vivienne Mahoney Samuels**
**8 Avalon Drive**
**Trophy Club, TX 76262**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7909

**Nonpriority creditor's name and mailing address**
**Vlad Bekker**
**3201 Taunton Way**
**Mckinney, TX 75069**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7910

**Nonpriority creditor's name and mailing address**
**Vladimir Boychenko**
**1925 S Beverly Glen Blvd.,**
**Unit 40**
**Los Angeles, CA 90025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7911

**Nonpriority creditor's name and mailing address**
**Vladimir Reznikov**
**1768 Slocum St**
**Hewlett, NY 11557**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7912
**Nonpriority creditor's name and mailing address**
**vladimir stadnitskiy**
**4203 214th st sw**
**APT A**
**mountlake terrace, WA 98043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.7913
**Nonpriority creditor's name and mailing address**
**Vladimiras Severovas**
**19541 Cherry Hill St**
**Southfield, MI 48076**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.7914
**Nonpriority creditor's name and mailing address**
**Vladyslav Hruntkovskyi**
**2914 Lindsay Ave**
**Louisville, KY 40206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.7915
**Nonpriority creditor's name and mailing address**
**Vo Dinh**
**8814 Edna Pl**
**rowlett, TX 75089**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.7916
**Nonpriority creditor's name and mailing address**
**Vo Nguyen**
**6295 Noble St.**
**Arvada, CO 80403**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.7917
**Nonpriority creditor's name and mailing address**
**Volker Thiry**
**2560 Rudgate Dr NW**
**Grand Rapids, MI 49544**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7918
**Nonpriority creditor's name and mailing address**
**Volspec LLC**
**1814 Antietam St**
**Pittsburgh, PA 15206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7919
**Nonpriority creditor's name and mailing address**
**Vondra Armstrong**
**11709 Ridgetop Drive**
**Sherwood, AR 72120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7920
**Nonpriority creditor's name and mailing address**
**Vonzell Rivera**
**615 church st**
**Millville, NJ 08332**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7921
**Nonpriority creditor's name and mailing address**
**Vu Hoang**
**614 Brigton Ave**
**Kansas City, MO 64124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7922
**Nonpriority creditor's name and mailing address**
**Vu hoang long Tran**
**980 walther blvd**
**2631**
**Lawrenceville, GA 30043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7923
**Nonpriority creditor's name and mailing address**
**Vu Le**
**15623 Lakewood Terrace Drive**
**Tomball, TX 77377**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7924
**Nonpriority creditor's name and mailing address**
**Vu Le**
**15623 Lakewood Terrace Drive**
**Tomball, TX 77377**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7925
**Nonpriority creditor's name and mailing address**
**Vu Nguyen**
**7232 S 42nd Dr**
**Phoenix, AZ 85041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7926
**Nonpriority creditor's name and mailing address**
**Vu Nguyen**
**102/65/45 Le Van Tho st, 11th ward, Go V**
**Ho Chi Minh 00072-7000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7927
**Nonpriority creditor's name and mailing address**
**Vu Nguyen**
**102/65/45 Le Van Tho st, 11th ward, Go V**
**Ho Chi Minh 00072-7000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7928
**Nonpriority creditor's name and mailing address**
**Vu Thanh Tung**
**69 Ton That Tung**
**Than Uyen 00030-8000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7929
**Nonpriority creditor's name and mailing address**
**Vu Tran**
**5720 Doyle Rd**
**Clifton, VA 20124**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| 3.7930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Vu Vo**<br>**5921 Magnolia Mill Ct**<br>**Peachtree Corners, GA 30092**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.7931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Vuong Nguyen**<br>**3948 legacy trail**<br>**Carrollton, TX 75010**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.7932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Vuong Nguyen Tran**<br>**120 Slippery Rock Ln**<br>**Berea, FL 44017**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.7933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Vuong Nguyen Tran**<br>**120 Slippery Rock Ln**<br>**Berea, FL 44017**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.7934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Vy Bao Huynh**<br>**32 Manning Ave**<br>**San Jose, CA 95127**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.7935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Vy Le**<br>**10503 N Laureldale Dr**<br>**Houston, TX 77041**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7936
**Nonpriority creditor's name and mailing address**
**Vy Nguyen**
**2902 Edgemont Dr**
**Abilene, TX 79605**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7937
**Nonpriority creditor's name and mailing address**
**Vy Phan**
**1981 Shoreham Dr**
**Florissant, MO 63033**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7938
**Nonpriority creditor's name and mailing address**
**VY TRAN**
**2346 BELT LINE RD**
**GARLAND, TX 75044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7939
**Nonpriority creditor's name and mailing address**
**Vyam Baccam**
**4877 Purdue Dr**
**Boynton Beach, FL 33436**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7940
**Nonpriority creditor's name and mailing address**
**Vyam Baccam**
**4877 Purdue dr**
**Boynton Beach, FL 33436**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7941
**Nonpriority creditor's name and mailing address**
**Wade Carman**
**11019 Newtown Road**
**Nevada City, CA 95959**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.7942 | **Nonpriority creditor's name and mailing address**<br>**Wade Chang**<br>**452 Golf Course Drive**<br>**Leonia, NJ 07605**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7943 | **Nonpriority creditor's name and mailing address**<br>**Wade Cowell**<br>**38 Mistletoe Lane**<br>**Levittown, PA 19054**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7944 | **Nonpriority creditor's name and mailing address**<br>**wadenson Israel**<br>**28 Brookfield,st**<br>**AP # 2**<br>**Norwalk, CT 06851**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7945 | **Nonpriority creditor's name and mailing address**<br>**Wajahat Ali Dawood**<br>**8481 Chapote Road**<br>**Frisco, TX 75035**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7946 | **Nonpriority creditor's name and mailing address**<br>**Wajih Ahmed**<br>**1403 Inverness Drive**<br>**Mechanicsburg, PA 17050**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7947 | **Nonpriority creditor's name and mailing address**<br>**WALEED MAHMOOD**<br>**250 N10TH ST**<br>**217**<br>**BROOKLYN, NY 11211**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7948
**Nonpriority creditor's name and mailing address**
**Walid Ait Elabd**
**7001 Hansell Road**
**2317**
**Plano, TX 75024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7949
**Nonpriority creditor's name and mailing address**
**Wallis Chau**
**17758 E Lake Pl**
**Aurora, CO 80016**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7950
**Nonpriority creditor's name and mailing address**
**Walter Cruz**
**241 S Wayside Pl**
**Anaheim, CA 92805**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7951
**Nonpriority creditor's name and mailing address**
**walter sanchez**
**7813 Summer Harvest Ave**
**Las Vegas, NV 89129**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7952
**Nonpriority creditor's name and mailing address**
**Walter Sanchez**
**7813 Summer Harvest Ave**
**Las Vegas, NV 89129**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.7953
**Nonpriority creditor's name and mailing address**
**Walter Zych**
**5215 Sepulveda Blvd #8B**
**Culver City, CA 90230**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7954
**Nonpriority creditor's name and mailing address**
**wansley cardichon**
**8 russel st**
**everett, MA 02149**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7955
**Nonpriority creditor's name and mailing address**
**Wascar King**
**1854 Paulding Ave**
**bronx, NY 10462**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7956
**Nonpriority creditor's name and mailing address**
**Wassifa Bacchus**
**10753 118 ST**
**S Richmond Hill, NY 11419**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7957
**Nonpriority creditor's name and mailing address**
**Wayne Klug**
**21001 N Tatum Blvd**
**Ste 1630-435**
**Phoenix, AZ 85050**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7958
**Nonpriority creditor's name and mailing address**
**Wayne Ly**
**6602 Harbor Town Dr.**
**Apt 607**
**Houston, TX 77036**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7959
**Nonpriority creditor's name and mailing address**
**Wayne Ngubane**
**551 Emberton Estate**
**Apartment**
**Hillcrest, KZN 03610-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7960 **Nonpriority creditor's name and mailing address**
**Wayne Polydore**
**1153 lakebend drive**
**Lawrenceville, GA 30045**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7961 **Nonpriority creditor's name and mailing address**
**Wayne Starkes**
**734 Gates Mill Drive**
**Unit 108**
**Fort Mill, SC 29708**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7962 **Nonpriority creditor's name and mailing address**
**Weetley Phinisse**
**65 Colorado Ave**
**Bayshore, NY 11706**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7963 **Nonpriority creditor's name and mailing address**
**WEI Chen**
**50-22 185th Street**
**FRESH MEADOWS, NY 11365**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7964 **Nonpriority creditor's name and mailing address**
**Wei Huang**
**30 PRESTON LN**
**Syosset, NY 11791**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7965 **Nonpriority creditor's name and mailing address**
**wei lei**
**1954 denton ave**
**Apt A**
**san gabriel, CA 91776**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7966
**Nonpriority creditor's name and mailing address**
**Wei Tan**
**5122 Hearthcrest Drive**
**Garland, TX 75044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7967
**Nonpriority creditor's name and mailing address**
**wei wang**
**4953 Ardsley Drive**
**Temple City, CA 91780**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7968
**Nonpriority creditor's name and mailing address**
**wei wang**
**300 N Bushnell Ave**
**Apt 6**
**Alhambra, CA 91801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7969
**Nonpriority creditor's name and mailing address**
**Weijen Hsieh**
**82 Brentwood Cir**
**Bloomsburg, PA 17815**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7970
**Nonpriority creditor's name and mailing address**
**Welber Ribeiro**
**477 Woodtick Rd**
**Wolcott, CT 06716**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7971
**Nonpriority creditor's name and mailing address**
**Welbourne Bootle**
**346 Pecan Grove Dr**
**Orange Park, FL 32073**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7972
**Nonpriority creditor's name and mailing address**
**Wellington Feliciano**
**8185 nw 7th st**
**apt 414**
**Miami, FL 33126**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7973
**Nonpriority creditor's name and mailing address**
**Wellington Mutengezanwa**
**5197 Miami Hills Drive**
**Milford, OH 45150**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7974
**Nonpriority creditor's name and mailing address**
**Wen Fang**
**14814 N 37TH PL**
**PHOENIX, AZ 85032**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7975
**Nonpriority creditor's name and mailing address**
**WENDELL BRADFORD**
**364 LONG HILL DR**
**SULPHUR, LA 70665**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7976
**Nonpriority creditor's name and mailing address**
**Wendell Nelms**
**5509 kerry ln**
**charlotte, NC 28215**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7977
**Nonpriority creditor's name and mailing address**
**Wendy Graves**
**24211 Jagger St**
**Lake Forest, FL 92630**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7978
**Nonpriority creditor's name and mailing address**
**Wendy Junker**
**13124 Road 38**
**Gurley, NE 69141**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7979
**Nonpriority creditor's name and mailing address**
**Wendy Lam**
**2953 Canis Cr**
**Garland, TX 75044**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7980
**Nonpriority creditor's name and mailing address**
**WENDY LAM**
**2953 Canis Cr**
**Garland, TX 75044**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7981
**Nonpriority creditor's name and mailing address**
**Wendy Willams**
**5280 Marlboro Pike**
**Apt 301**
**Capitol, MD 20743**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7982
**Nonpriority creditor's name and mailing address**
**Wenjing Liu**
**60 Bay 43rd st**
**Brooklyn, NY 11214**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7983
**Nonpriority creditor's name and mailing address**
**Werner Stroebel**
**753 Wiedrigh Street**
**Moreletapark**
**Pretoria, GP 00010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7984
**Nonpriority creditor's name and mailing address**
**Wesley Aspengren**
**1202 E 100th PL**
**Thornton, CO 80299**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7985
**Nonpriority creditor's name and mailing address**
**Wesley Brooks**
**POB 3151**
**Marion, IN 46953**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7986
**Nonpriority creditor's name and mailing address**
**Wesley Deshotels**
**5528 Grand Prairie Hwy**
**Washington, LA 70589**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7987
**Nonpriority creditor's name and mailing address**
**Wesley Marzec**
**9602 57th Ave**
**6K**
**Corona, NY 11368**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7988
**Nonpriority creditor's name and mailing address**
**Wesley Panko**
**2374 harbor blvd**
**204**
**Costa Mesa, CA 92626**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7989
**Nonpriority creditor's name and mailing address**
**Wesley Quach**
**7208 W 5th Pl**
**Kennewick, WA 99336**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7990 **Nonpriority creditor's name and mailing address**
**WESLEY RANDOLPH**
**400 County Road 354**
**Trinity, AL 35673**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.7991 **Nonpriority creditor's name and mailing address**
**wesley thomas**
**1531 S state hwy 121**
**1226**
**Lewisville, TX 75067**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.7992 **Nonpriority creditor's name and mailing address**
**Whitney Brummond**
**2601 N 167th Ave**
**Omaha, NE 68116**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.7993 **Nonpriority creditor's name and mailing address**
**Widny Dormena**
**1723 East 51st St**
**Brooklyn, NY 11234**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.7994 **Nonpriority creditor's name and mailing address**
**Wil Goodpaster**
**4808 Sandy Ridge Dr**
**HAMILTON, MI 49419**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

3.7995 **Nonpriority creditor's name and mailing address**
**Wilber Monterroso**
**3427 se pinewood ave**
**Hillsboro, OR 97123**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _
Is the claim subject to offset? [x] No [ ] Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.7996
**Nonpriority creditor's name and mailing address**
**Wilbert Georges**
**279 Leawood Circle**
**Naples, FL 34104**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7997
**Nonpriority creditor's name and mailing address**
**Wilfredo Lopez**
**5525 E Thomas RD**
**O10**
**PHOENIX, AZ 85018**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7998
**Nonpriority creditor's name and mailing address**
**wilfrid miceus**
**11 summit ave**
**Apt W401**
**spring valley, NY 10977**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7999
**Nonpriority creditor's name and mailing address**
**Will Dang**
**825 ANDRETTI DR**
**Murphy, TX 75094-3345**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8000
**Nonpriority creditor's name and mailing address**
**Will Ewegen**
**527 east 9th street**
**loveland, CO 80537**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8001
**Nonpriority creditor's name and mailing address**
**Will Lewis**
**27458 Pisgah Road**
**Toney, AL 35773**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8002
**Nonpriority creditor's name and mailing address**
**Will Rutherford**
**3732 Harvey Penick Dr**
**Round Rock, TX 78664-3951**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8003
**Nonpriority creditor's name and mailing address**
**William Albright**
**18765 E Memorial Rd**
**Luther, OK 73054**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8004
**Nonpriority creditor's name and mailing address**
**William Barbour**
**6910 Rangeline Rd**
**Mount Vernon, OH 43050**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8005
**Nonpriority creditor's name and mailing address**
**William Beare**
**15 Orangewood Ct**
**Apopka, FL 32703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8006
**Nonpriority creditor's name and mailing address**
**William Bernal**
**4025 Hampton street**
**Elmhurst, NY 11373**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8007
**Nonpriority creditor's name and mailing address**
**William Caven**
**16 Richfield Rd**
**Arlington, MA 02474**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8008

**Nonpriority creditor's name and mailing address**
**William Chaucer**
**2314 W 21st Ave**
**Apt C**
**Covington, LA 70433**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8009

**Nonpriority creditor's name and mailing address**
**William Chhiv**
**11114 se 233rd pl**
**kent, WA 98031**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8010

**Nonpriority creditor's name and mailing address**
**William Creedon**
**8301 Dottley Drive**
**Southaven, MS 38671**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8011

**Nonpriority creditor's name and mailing address**
**William Elizer**
**6140 S Gun Club rd.**
**K6-167**
**Aurora, CO 80016**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8012

**Nonpriority creditor's name and mailing address**
**William F and Connie C. Buff Jr**
**776 Lower Mill Road**
**Pittsgrove, NJ 08318**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8013

**Nonpriority creditor's name and mailing address**
**William George**
**7248 Montgomery Road, Apt 3B**
**Elkridge, MD 21075**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

Name

3.8014

**Nonpriority creditor's name and mailing address**
**WILLIAM Grath**
**219 west ramapo ave**
**MAHWAH, NJ 07430**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8015

**Nonpriority creditor's name and mailing address**
**William Gray**
**6711 chesterbrook**
**San Antonio, TX 78239**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8016

**Nonpriority creditor's name and mailing address**
**William Hall**
**16227 Middlebelt Rd**
**Romulus, MI 48174-3101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8017

**Nonpriority creditor's name and mailing address**
**William Harms**
**51 ole musket ln**
**Danbury, CT 06810**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8018

**Nonpriority creditor's name and mailing address**
**William Henson**
**888 Main st apt 1f**
**Torrington, CT 06790**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8019

**Nonpriority creditor's name and mailing address**
**WILLIAM herdendorf**
**190 CHACHALACA, SAN BENITO, TX 78586-796**
**san benito, TX 78586**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8020 **Nonpriority creditor's name and mailing address**
**William Heugel**
**32819 Whitburn Trail**
**Weston Lakes, TX 77441**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8021 **Nonpriority creditor's name and mailing address**
**William Hurd**
**1047 Giulia Ave**
**Tontitown, AR 72762**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8022 **Nonpriority creditor's name and mailing address**
**William Hwang**
**490 N Santa Maria St**
**Anaheim, CA 92801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8023 **Nonpriority creditor's name and mailing address**
**William Isner**
**6528 16th Ave NE**
**Seattle, WA 98115**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8024 **Nonpriority creditor's name and mailing address**
**William Jenkins**
**5653 11th ave S**
**Birmingham, AL 35222**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8025 **Nonpriority creditor's name and mailing address**
**William Johnson**
**10888 Copper Creek Court**
**Jacksonville, FL 32218**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)

3.8026

**Nonpriority creditor's name and mailing address**
**William Kesig**
**6821 59th Ln N**
**Pinellas Park, FL 33781**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8027

**Nonpriority creditor's name and mailing address**
**William Littwin**
**1206 Bayley Court**
**Bridgewater, NJ 08807**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8028

**Nonpriority creditor's name and mailing address**
**William Martin**
**525 N Michillinda ave.**
**Pasadena, CA 91107**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8029

**Nonpriority creditor's name and mailing address**
**William Morrison**
**33 Robalo Ct**
**North Palm Beach, FL 33408**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8030

**Nonpriority creditor's name and mailing address**
**WILLIAM Morrison**
**775 Sharon School Rd**
**Statesville, NC 28625**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8031

**Nonpriority creditor's name and mailing address**
**William Murray**
**3212 Lorton Court**
**Virginia Beach, VA 23452**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8032
**Nonpriority creditor's name and mailing address**
**William Murray**
**3212 Lorton Court**
**Virginia Beach, VA 23452**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8033
**Nonpriority creditor's name and mailing address**
**William Noyes**
**1073 Salvador Street**
**Costa Mesa, CA 92626**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8034
**Nonpriority creditor's name and mailing address**
**William Peak**
**3 Pecan Circle**
**Long Beach, MS 39560**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8035
**Nonpriority creditor's name and mailing address**
**William Plunk**
**2503 Ashwell Avenue SW**
**Massillon, OH 44646**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8036
**Nonpriority creditor's name and mailing address**
**William Prazzo**
**5925 Cheetah Chase**
**Littleton, CO 80124**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8037
**Nonpriority creditor's name and mailing address**
**william ray**
**1918 Canmont Drive Northeast**
**Atlanta, GA 30319**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8038
**Nonpriority creditor's name and mailing address**
**William Reyes**
**242 Leatherwood ct**
**lawrenceville, GA 30043**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8039
**Nonpriority creditor's name and mailing address**
**William Rhoads**
**1550 Terrell Mill Rd SE**
**APT 11A**
**Marietta, GA 30067**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8040
**Nonpriority creditor's name and mailing address**
**William Rodriguez**
**627 N alexandria ave**
**Apt2**
**Los angeles, CA 90004**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8041
**Nonpriority creditor's name and mailing address**
**William Schmitt**
**989 Moseley Rd**
**Fairport, NY 14450**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8042
**Nonpriority creditor's name and mailing address**
**William Smith**
**7601 N 9th Ave #230**
**230**
**Pensacola, FL 32514**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8043
**Nonpriority creditor's name and mailing address**
**william stallings**
**21 high st**
**chicopee, MA 01020**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8044
**Nonpriority creditor's name and mailing address**
**William Trummer**
**6650 Olean Rd Lot 22**
**South Wales, New York 14139-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8045
**Nonpriority creditor's name and mailing address**
**William Wolk**
**3375 MIDWAY RD**
**DULUTH, MN 55810**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8046
**Nonpriority creditor's name and mailing address**
**willie johnson**
**9220 s. harvard blvd**
**los angeles, CA 90047**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8047
**Nonpriority creditor's name and mailing address**
**willie rivera**
**9 guild rd**
**Beverly, MA 01915**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8048
**Nonpriority creditor's name and mailing address**
**Willie Tomas**
**300 Sequoyah Dr Ne Lot 193**
**Fort Payne, AL 35967**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8049
**Nonpriority creditor's name and mailing address**
**Wills Henry**
**125 Bridgewater Dr**
**Savannah, GA 31419**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8050 **Nonpriority creditor's name and mailing address**
**wilson desouza**
**charlotte**
**charlotte, NC 28277**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8051 **Nonpriority creditor's name and mailing address**
**Wilson Jean-Baptiste**
**114 melanie ln**
**Brandon, FL 33510**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8052 **Nonpriority creditor's name and mailing address**
**Wilson Luong**
**14580 Ontario Dr**
**Westminster, CA 92683**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8053 **Nonpriority creditor's name and mailing address**
**Wilson OGANDO**
**1 East Harriet Avenue**
**Wilsonog2**
**Palisades Park, NJ 07650**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8054 **Nonpriority creditor's name and mailing address**
**Wilson Tran**
**6 Eagles Nest Drive**
**South El Monte, CA 91733**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8055 **Nonpriority creditor's name and mailing address**
**Wilson Ye**
**21348 Highland Dr**
**Castro Valley, CA 94552-4816**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8056
**Nonpriority creditor's name and mailing address**
**Wiman Emot**
**526 Winston st**
**Grand Prairie, TX 75052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8057
**Nonpriority creditor's name and mailing address**
**Wiman Emot**
**526 WINSTON ST**
**GRAND PRAIRIE, TX 75052**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8058
**Nonpriority creditor's name and mailing address**
**Win Cheung**
**13 Glenmore Dr**
**Schenectady, NY 12309**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8059
**Nonpriority creditor's name and mailing address**
**Winfred Morgan**
**8700 Brittdale Lane**
**106**
**Raleigh, NC 27517**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8060
**Nonpriority creditor's name and mailing address**
**wingchung poon**
**4316 219th st**
**bayside, NY 11361**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8061
**Nonpriority creditor's name and mailing address**
**Winson Norton**
**1670 Sundance Dr**
**Marion, IA 52302**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8062
**Nonpriority creditor's name and mailing address**
**Winston Victolee**
**64 washington ave**
**Rutherford, NJ 07070**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8063
**Nonpriority creditor's name and mailing address**
**Winthan Aung**
**442 East 136 Street**
**3rd Floor**
**Bronx, NY 10454**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8064
**Nonpriority creditor's name and mailing address**
**Wisney RAPHAEL**
**North street**
**New city, NY 10956**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8065
**Nonpriority creditor's name and mailing address**
**WITSON Rodrigues**
**305 Price Lake Way**
**Fuquay-Varina, NC 27526**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8066
**Nonpriority creditor's name and mailing address**
**Wojciech Liszka**
**5051 N Oketo**
**Harwood Heights, IL 60706**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8067
**Nonpriority creditor's name and mailing address**
**Woody Holbrook**
**474 Hwy 3406**
**Mayking, KY 41837**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8068
**Nonpriority creditor's name and mailing address**
**Wreh Jalla**
**12402 Welford Manor Dr**
**Upper Marlboro MD, MD 20772**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8069
**Nonpriority creditor's name and mailing address**
**Wreh Jalla**
**12402 Welford Manor Dr**
**Upper Marlboro, MD 20772**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8070
**Nonpriority creditor's name and mailing address**
**Wyatt Bean**
**946 Woodale Rd**
**Brandenburg, KY 40108**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8071
**Nonpriority creditor's name and mailing address**
**Wyatt Boeker**
**2360 Vandenberg Dr**
**PO BOX 5854**
**Usaf Academy, CO 80840**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8072
**Nonpriority creditor's name and mailing address**
**Wyatt Zierle**
**307 Garden st**
**Three Rivers, MI 49093**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8073
**Nonpriority creditor's name and mailing address**
**Wyeth Curtis**
**PO BOX 981**
**Great Barrington, MA 01230-7046**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8074
**Nonpriority creditor's name and mailing address**
**Xavier Apolinario**
**5546 Dolores Dr**
**Holiday, FL 34690**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8075
**Nonpriority creditor's name and mailing address**
**Xavier Brightley**
**8 fordham place**
**Hempstead, NY 11550**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8076
**Nonpriority creditor's name and mailing address**
**Xavier Darrell**
**7924 peachtree st**
**Houston, TX 77016**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8077
**Nonpriority creditor's name and mailing address**
**Xavier Gascot**
**239 Surry Ave**
**Elkin, NC 28621**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8078
**Nonpriority creditor's name and mailing address**
**Xavier McNeil**
**109 Crestview Drive**
**Willingboro, NJ 08046**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8079
**Nonpriority creditor's name and mailing address**
**Xavier Quintela**
**2243 Uranus Ave**
**Las Cruces, NM 88012**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8080

**Nonpriority creditor's name and mailing address**
**Xavier Rogers**
**112 willow grove mill drive**
**Middletown, DE 19709**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8081

**Nonpriority creditor's name and mailing address**
**Xavier Williams**
**25200 Rockside Rd Apt 524**
**Bedford, OH 44146-1921**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8082

**Nonpriority creditor's name and mailing address**
**Xi Lin**
**8825 16th Ave**
**Brooklyn, NY 11214**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8083

**Nonpriority creditor's name and mailing address**
**xinbo jin**
**6536 223rd place**
**oakland garden, NY 11364**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8084

**Nonpriority creditor's name and mailing address**
**XINGRONG GU**
**4438 Cordero Dr**
**El Dorado Hills, CA 95762**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8085

**Nonpriority creditor's name and mailing address**
**xingyu liu**
**10523 honeyfur ct**
**charlotte, NC 28278**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8086
**Nonpriority creditor's name and mailing address**
**Xiong Vue**
**3650 Elorduy Lane**
**Elverta, CA 95626**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8087
**Nonpriority creditor's name and mailing address**
**Xola Malik**
**3741 Monterrey Oak Way**
**Ovilla, TX 75154**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8088
**Nonpriority creditor's name and mailing address**
**xuan nguyen**
**14120 bellacosa ave**
**baton rouge, LA 70817**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8089
**Nonpriority creditor's name and mailing address**
**Xuan Nguyen**
**10614 Rosehaven st**
**fairfax, VA 22030**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8090
**Nonpriority creditor's name and mailing address**
**Xumani Mgimeti**
**Aralias Close , SemmerFields Estate**
**Pretoria, GP 00187**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8091
**Nonpriority creditor's name and mailing address**
**Y L**
**142-19 BARCLAY Ave.**
**6C**
**Flushing, NY 11355**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC**
Name

Case number (if known)

3.8092

**Nonpriority creditor's name and mailing address**
**Yagnapriya Chandru**
**6855 Stonecrop Dr**
**Mckinney, TX 75070**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.8093

**Nonpriority creditor's name and mailing address**
**yahya al azzawi**
**18135 Sweet Jasmine Drive**
**Tampa, FL 33647**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.8094

**Nonpriority creditor's name and mailing address**
**Yair Lima Lopez**
**1169 Knights Ct NE**
**Salem, FL 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.8095

**Nonpriority creditor's name and mailing address**
**Yair Lima Lopez**
**1169 Knights Ct NE**
**Salem, OR 97301**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.8096

**Nonpriority creditor's name and mailing address**
**Yair Lima Lopez**
**1169 Knights Ct NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.8097

**Nonpriority creditor's name and mailing address**
**Yakov Buxbaum**
**5 underwood road**
**Monsey, NY 10952**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8098
**Nonpriority creditor's name and mailing address**
**Yan Zheng**
**116 Sutton Dr**
**Plainview, NY 11803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8099
**Nonpriority creditor's name and mailing address**
**Yana Solomeeva**
**21206 DOVER PARK LANE**
**US**
**KATY, TX 77450**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8100
**Nonpriority creditor's name and mailing address**
**yancong yu**
**24656 57drive**
**little neck, NY 11362**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8101
**Nonpriority creditor's name and mailing address**
**yang yang**
**3042 Fincham Road**
**San Diego, FL 92103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8102
**Nonpriority creditor's name and mailing address**
**Yao Ying Zhan**
**4779 S Youngfield ST**
**Morrison, FL 80465**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8103
**Nonpriority creditor's name and mailing address**
**Yaseen Choudhury**
**105-12 191st Street**
**Saint Albans, NY 11412**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8104 **Nonpriority creditor's name and mailing address**
**Yaseen El-Helaly**
**20 VIA LUCCA, APT D113**
**Irvine, CA 92612**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8105 **Nonpriority creditor's name and mailing address**
**Yash Patel**
**276 Berkley Street**
**Iselin, NJ 08830**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8106 **Nonpriority creditor's name and mailing address**
**Yash Radia**
**215 Sip Ave**
**Jersey City, NJ 07306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8107 **Nonpriority creditor's name and mailing address**
**yasir hockla**
**1801 N Greenville Ave**
**#100**
**Richardson, IL 75081**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8108 **Nonpriority creditor's name and mailing address**
**Yasowant Mohanty**
**35 GUNPOWDER DR**
**EAST BRUNSWICK, NJ 08816**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8109 **Nonpriority creditor's name and mailing address**
**Yasser Salem**
**517 Mountain Pass Lane**
**Knoxville, TN 37923**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8110
**Nonpriority creditor's name and mailing address**
**yassine Ouedki**
**1703 Rockhill RD**
**7104**
**McKinney, TX 75069**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8111
**Nonpriority creditor's name and mailing address**
**yaswanth amaraneni**
**1110 Spring Hollow Road**
**Bentonville, AR 72713**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8112
**Nonpriority creditor's name and mailing address**
**YatLun Wong**
**2135 Gerritsen Ave**
**Brooklyn, NY 11229**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8113
**Nonpriority creditor's name and mailing address**
**Yazmin Morales**
**801 Brickell Ave**
**Miami, FL 33055**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8114
**Nonpriority creditor's name and mailing address**
**Yechezkel Stern**
**156 Jefferson**
**Inwood, NY 11096**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8115
**Nonpriority creditor's name and mailing address**
**Yehonatan Michaeli**
**10010 Hidden Cliff**
**Houston, TX 77027**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8116
**Nonpriority creditor's name and mailing address**
**Yeju Cai**
**18245 142nd Ave NE**
**Building 4, Apt 411**
**Woodinville, WA 98072**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8117
**Nonpriority creditor's name and mailing address**
**Yelizaveta Kremerov**
**1012 Ave K**
**Apt 3B**
**Brooklyn, NY 11230**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8118
**Nonpriority creditor's name and mailing address**
**Yen Chung**
**5791 Fullerton Ave.**
**Buena Park, CA 90621**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8119
**Nonpriority creditor's name and mailing address**
**Yen Lai**
**17 Lakewood dr**
**Hattiesburg, MS 39402**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8120
**Nonpriority creditor's name and mailing address**
**Yen Linh Huynh**
**45720 Corte Lobos**
**Temecula, CA 92592**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8121
**Nonpriority creditor's name and mailing address**
**Yen McCall**
**1817 Newhaven Loop**
**Richland, WA 99352**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8122
**Nonpriority creditor's name and mailing address**
**Yen Vo**
**13642 Grayton Ln**
**HOUSTON, TX 77041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8123
**Nonpriority creditor's name and mailing address**
**Yenlan Nguyen**
**2564 SE 111TH**
**Portland, OR 97266**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8124
**Nonpriority creditor's name and mailing address**
**Yerlin Rosario**
**86 brusnwick st**
**Apt 1a**
**Newark, NJ 07114**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8125
**Nonpriority creditor's name and mailing address**
**Yevgeniy Rubinchik**
**10994 Quantico Lane N**
**Maple Grove, MN 55369**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8126
**Nonpriority creditor's name and mailing address**
**Yi Chan**
**339 D Crowells Road**
**Highland Park, NJ 08904**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8127
**Nonpriority creditor's name and mailing address**
**Yien Soeun**
**51 Roundabout Lane**
**130 Saddle Brooke Dr Dallas GA 30132**
**Adairsville, GA 30103**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.8128 | **Nonpriority creditor's name and mailing address**<br>**YING HAO**<br>**24178 Kirsch court**<br>**WUJIA XIANG WUJIAGANG DISTRICT**<br>**santa clarita, CA 91321**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.8129 | **Nonpriority creditor's name and mailing address**<br>**Yisrael Teichman**<br>**1461 36th st**<br>**Brooklyn, NY 11218**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.8130 | **Nonpriority creditor's name and mailing address**<br>**Ylyas Achylov**<br>**911 Fernandez Ct**<br>**Parlin, NJ 08859**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.8131 | **Nonpriority creditor's name and mailing address**<br>**Yogesh Jain**<br>**11765 Ridge Creek Ct**<br>**Cupertino, CA 95014**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.8132 | **Nonpriority creditor's name and mailing address**<br>**yohann shah**<br>**2827 Blandford dr**<br>**Rowland heights, CA 91748**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.8133 | **Nonpriority creditor's name and mailing address**<br>**Yomar Rodriguez Lebron**<br>**511 San Juan BLVD**<br>**Orlando, FL 32807**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8134
**Nonpriority creditor's name and mailing address**
**Yong He Chandelle Lee**
**11902 Central Ave**
**Apt 118A**
**Chino, CA 91710**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8135
**Nonpriority creditor's name and mailing address**
**Yong Kim**
**1630 Mariposa Lane**
**Fullerton, CA 92833**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8136
**Nonpriority creditor's name and mailing address**
**Yongjae LEE**
**5128 SUSON RIDGE DR**
**SAINT LOUIS, MO 63128**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8137
**Nonpriority creditor's name and mailing address**
**Yoojin Kim**
**360 S MIRALESTE DR**
**UNIT 342**
**SAN PEDRO, CA 90732**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8138
**Nonpriority creditor's name and mailing address**
**yoonjoo park**
**3114 normandy rd**
**seaside, CA 93955**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8139
**Nonpriority creditor's name and mailing address**
**Yoosup Shim**
**61-36 232 Street**
**Oakland Gardens, NY 11364**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8140
**Nonpriority creditor's name and mailing address**
**Yosefir Cruz**
**496 hendrix st**
**Apt 3**
**Brooklyn, NY 11207**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8141
**Nonpriority creditor's name and mailing address**
**Youhan Pan**
**1243 S OLIVE ST**
**APT 227**
**LOS ANGELES, CA 90015**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8142
**Nonpriority creditor's name and mailing address**
**Young Shon**
**32 Ashley Ct**
**Marlton, NJ 08053**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8143
**Nonpriority creditor's name and mailing address**
**Youngmin Song**
**1358 Elmpark St**
**S.Pasadena, CA 91025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8144
**Nonpriority creditor's name and mailing address**
**Younous Abdallah**
**805 Jefferson ave**
**Utica, NY 13501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8145
**Nonpriority creditor's name and mailing address**
**Yousaf Bacha**
**8839 Glacier Point Dr**
**Stockton, CA 95212**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8146

**Nonpriority creditor's name and mailing address**
**Yousif Abdelmagid**
**8244 Edgepoint Trail**
**Hurst, TX 76053**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8147

**Nonpriority creditor's name and mailing address**
**Yousif Alqaisy**
**110 Christine Drive**
**West Springfield, FL 01089**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8148

**Nonpriority creditor's name and mailing address**
**Yousif m yasin**
**860 SE Roberts Ave**
**Gresham, OR 97080**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8149

**Nonpriority creditor's name and mailing address**
**Yovanni Lerouge**
**49 arlington avenue**
**Valley Stream, NY 11580**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8150

**Nonpriority creditor's name and mailing address**
**Yu Qi**
**1341 Wesley Avenue**
**Berwyn, IL 60402**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8151

**Nonpriority creditor's name and mailing address**
**Yu Xia**
**7595 Charmant Dr**
**APT 707**
**San Diego, CA 92122**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8152
**Nonpriority creditor's name and mailing address**
**Yu Zhao**
**20 2nd st**
**1607**
**Jersey City, NJ 07302**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8153
**Nonpriority creditor's name and mailing address**
**Yuanda Wen**
**7177 Alvern St.**
**Apt F110**
**Los Angeles, CA 90045**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8154
**Nonpriority creditor's name and mailing address**
**Yuanhao Zhou**
**327 N Temple Dr**
**Milpitas, CA 95035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8155
**Nonpriority creditor's name and mailing address**
**YUDISTER BASSIT**
**10116 121st STREET**
**RICHMOND HILL, NY 11419**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8156
**Nonpriority creditor's name and mailing address**
**Yue Pheng Yang**
**17837 Sunray Blvd SW**
**Prior Lake, MN 55372**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8157
**Nonpriority creditor's name and mailing address**
**yuesai ni**
**16312 Elmont Avenue**
**CERRITOS, CA 90703**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8158
**Nonpriority creditor's name and mailing address**
**Yuhao Chen**
**4220 24th Street**
**Apt 19E**
**Long Island City, NY 11101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8159
**Nonpriority creditor's name and mailing address**
**Yuhui Jian**
**4456 Kerrington Ave**
**Sugar Hill, GA 30518**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8160
**Nonpriority creditor's name and mailing address**
**Yuhwa Jang**
**825 adagio st**
**henderson, NV 89052**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8161
**Nonpriority creditor's name and mailing address**
**YUIRY KNYSH**
**8502 Robie way**
**Citrus Heights, CA 95610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8162
**Nonpriority creditor's name and mailing address**
**Yulia Drummond**
**3520 Long Drive**
**Minden, NV 89423**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8163
**Nonpriority creditor's name and mailing address**
**Yulia Nawar**
**14405 Willam Davie Ln**
**Charlotte, NC 28277**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8164
**Nonpriority creditor's name and mailing address**
**Yuliya Russanova**
**1624 41st ST N**
**McLean, VA 22101**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8165
**Nonpriority creditor's name and mailing address**
**yumond edwards**
**1095 Capshaw rd**
**Harvest, AL 35749**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8166
**Nonpriority creditor's name and mailing address**
**Yuner Sanchez**
**7048 thorneton rd**
**Easton, MD 21601**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8167
**Nonpriority creditor's name and mailing address**
**Yung-Han Wu**
**5995 Grodon Street**
**Frisco, TX 75034**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8168
**Nonpriority creditor's name and mailing address**
**Yunior Arteaga**
**8118 w Catalina Dr**
**Phoenix, AZ 85033**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8169
**Nonpriority creditor's name and mailing address**
**Yunior Florencio**
**2401 Bergenline Ave**
**2A**
**Union City, NJ 07087**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8170
**Nonpriority creditor's name and mailing address**
**Yupei Yu**
**227 Dahlgren Place**
**Brooklyn, NY 11228**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8171
**Nonpriority creditor's name and mailing address**
**Yuran Tavares**
**60 reservoir st**
**510**
**Brockton, MA 02301**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8172
**Nonpriority creditor's name and mailing address**
**yurisleixi Gonzalez-Quiala**
**10381 SW 156 ST**
**MIAMI, FL 33157**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8173
**Nonpriority creditor's name and mailing address**
**yuriy knysh**
**6131 SE 136th Ave**
**Portland, OR 97236**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8174
**Nonpriority creditor's name and mailing address**
**Yuriy Nijnik**
**4166 Rahn Rd**
**17**
**Eagan, MN 55122**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8175
**Nonpriority creditor's name and mailing address**
**Yurock Heo**
**5850 Macklind Ave**
**Saint Louis, MO 63109**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8176
**Nonpriority creditor's name and mailing address**
**Yusef Pirzada**
**19 Village Road**
**Kendall Park, NJ 08824**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8177
**Nonpriority creditor's name and mailing address**
**YUSRA ALSABAHI**
**7650 e morrow cr**
**dearborn, MI 48126**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8178
**Nonpriority creditor's name and mailing address**
**Yusuf Basadien**
**3 Shoveller Way, Pelikan Park, Cape Town**
**Cape Town, WC 07941**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8179
**Nonpriority creditor's name and mailing address**
**Yusufjon Yusupov**
**6103 port antonio rd**
**louisville, KY 40218**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8180
**Nonpriority creditor's name and mailing address**
**Yuting Li**
**10831 Caminito Arcada**
**San Diego, CA 92131**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8181
**Nonpriority creditor's name and mailing address**
**Yuting Pan**
**455 Sweet Lane**
**Princeton, TX 75407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8182
**Nonpriority creditor's name and mailing address**
**Yuvish Krishna**
**4904B Brittlewood Avenue**
**The Reeds, GP 00158**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8183
**Nonpriority creditor's name and mailing address**
**yuzong fan**
**415 E Glendon Way**
**Alhambra, CA 91801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8184
**Nonpriority creditor's name and mailing address**
**Yves Amicy**
**7850 FM 1960 RD E**
**APT 704**
**Humble, TX 77346**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8185
**Nonpriority creditor's name and mailing address**
**yves kayeye**
**18 Jaywick Rd, Mastheumhlope, Bulawayo,**
**Bulawayo, Bulawayo Province**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8186
**Nonpriority creditor's name and mailing address**
**Yvette Swanston**
**2120 Hays Street**
**Fredericksburg, VA 22401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8187
**Nonpriority creditor's name and mailing address**
**Zachary Barry**
**2 Gable Ct**
**Portland, Maine 04103-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8188 **Nonpriority creditor's name and mailing address**
**Zachary Borowski**
**2809 S west Pkwy**
**Wichita, KS 67210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8189 **Nonpriority creditor's name and mailing address**
**Zachary Chu**
**7304 Telmo**
**Irvine, CA 92618**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8190 **Nonpriority creditor's name and mailing address**
**Zachary Godin**
**15414 Stable Star Circle**
**Cypress, TX 77429**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8191 **Nonpriority creditor's name and mailing address**
**Zachary Pankratz**
**2501 Fair Oak**
**227**
**Anoka, MN 55303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8192 **Nonpriority creditor's name and mailing address**
**Zachary Rane**
**799 Oxbow Avenue**
**Apartment 205**
**Oswego, IL 60543**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8193 **Nonpriority creditor's name and mailing address**
**Zachary Romero**
**1081 e horseshoe dr**
**Chandler, AZ 85249**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8194 **Nonpriority creditor's name and mailing address**
**Zachary Rupolo**
**27 Mason Ave**
**Babylon, NY 11702**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8195 **Nonpriority creditor's name and mailing address**
**Zachary Shagi**
**601 Montauk Hwy**
**Oakdale, NY 11769**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8196 **Nonpriority creditor's name and mailing address**
**ZACHARY SOKOLI**
**6118 WOLF PARK DR**
**APT 105**
**RALEIGH, NC 27606**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8197 **Nonpriority creditor's name and mailing address**
**Zachary Swartz**
**2856 Trelawny ct.**
**722**
**Clarksville, Tennessee 37043-0000**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8198 **Nonpriority creditor's name and mailing address**
**Zachery Lahti**
**454 Sheldon Ter**
**Grand Haven, MI 49417**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8199 **Nonpriority creditor's name and mailing address**
**Zack Anderson**
**1684 210th Ave**
**Galesburg, IL 61401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC**
Name

Case number (if known)

3.8200

**Nonpriority creditor's name and mailing address**
**Zack Fambro**
**PO Box 478**
**Strawn, TX 76475**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8201

**Nonpriority creditor's name and mailing address**
**Zack Stern**
**88 Cedar Drive**
**Colts Neck, NJ 07722**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8202

**Nonpriority creditor's name and mailing address**
**zackary abulkheir**
**561 10th ave**
**apt 20J**
**new york city, NY 10036**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8203

**Nonpriority creditor's name and mailing address**
**Zacory Kroeber**
**6802 Schroeder rd**
**2**
**Madison, WI 53711**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8204

**Nonpriority creditor's name and mailing address**
**Zahid Rahman**
**8912 Town and Country BLVD**
**Apt F**
**Ellicott City, MD 21043**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8205

**Nonpriority creditor's name and mailing address**
**Zahoor Namit**
**2886 Wingfield Ave**
**Chico, CA 95928**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8206 **Nonpriority creditor's name and mailing address**
**Zain Shah**
**8920 Mount Rainier Dr**
**Plano, TX 75025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8207 **Nonpriority creditor's name and mailing address**
**Zair Mardio**
**104-15 198st**
**Saint Alban, NY 11412**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8208 **Nonpriority creditor's name and mailing address**
**Zaiveyer Turner**
**822 Cleveland Ave**
**Michigan city, IN 46360**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8209 **Nonpriority creditor's name and mailing address**
**Zajzon Ongalo**
**21313 E 55th ave**
**Denver, CO 80249**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8210 **Nonpriority creditor's name and mailing address**
**zander Squire**
**19962 Caraway Ln**
**Riverside, CA 92508**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8211 **Nonpriority creditor's name and mailing address**
**Zane Woods**
**816 raymond st**
**Miami beach, FL 33141**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8212
**Nonpriority creditor's name and mailing address**
**ZANG THAO**
**6337 Quail Ave N**
**Brooklyn Center, MN 55429**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8213
**Nonpriority creditor's name and mailing address**
**Zareh Khodadadian**
**460 Myrtle st**
**119**
**Glendale, CA 91203**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8214
**Nonpriority creditor's name and mailing address**
**ZaVion Jones**
**1513 Hickory Ct.**
**Youngstown, OH 44505**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8215
**Nonpriority creditor's name and mailing address**
**Zeeshan Gul**
**865 Mix Avenue**
**L17**
**Hamden, CT 06514**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8216
**Nonpriority creditor's name and mailing address**
**ZEHONG ZHAN**
**14325 LOS ANGELES STREET**
**Baldwin Park, CA 91706**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8217
**Nonpriority creditor's name and mailing address**
**Zengwen Yuan**
**22712 SE 279th St**
**Maple Valley, WA 98038**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8218
**Nonpriority creditor's name and mailing address**
**Zeru Daniel**
**504 bachon cir**
**apt E**
**Wylie, TX 75098**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8219
**Nonpriority creditor's name and mailing address**
**Zesen Wu**
**67 Sunrise Lane**
**Levittown, NY 11362**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8220
**Nonpriority creditor's name and mailing address**
**Zeyad Ali**
**4231 Monument Wall Way**
**Apt 245**
**Fairfax, VA 22030**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8221
**Nonpriority creditor's name and mailing address**
**Zhaire Simmons**
**3012 Manuel Creek Dr**
**Little Elm, TX 75068**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8222
**Nonpriority creditor's name and mailing address**
**zhalyn zhumagazy**
**231 174TH ST, 2316**
**miami, FL 33160**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8223
**Nonpriority creditor's name and mailing address**
**ZHENHUA DING**
**7831 ponce ave**
**WEST HILLS, CA 91304**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8224 **Nonpriority creditor's name and mailing address**
**Zhibek Asankulova**
**1460 Fairlane drive**
**414**
**Schaumburg, IL 60193**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8225 **Nonpriority creditor's name and mailing address**
**Zhibo Ke**
**81-11 254th St**
**Glen Oaks, NY 11004**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8226 **Nonpriority creditor's name and mailing address**
**Zhouxiao Bao**
**10104 Crescent Ct**
**Cupertino, CA 95014**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8227 **Nonpriority creditor's name and mailing address**
**Zhumgalbek Zhumabaev**
**267 Cobblestone ct**
**Schaumburg, IL 60173**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8228 **Nonpriority creditor's name and mailing address**
**Ziad Mhamdi**
**503 59th Avenue Dr W**
**Bradenton, FL 34207**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.8229 **Nonpriority creditor's name and mailing address**
**Ziad Mohamed**
**4075 Redcastle pl**
**Swansea, FL 62226**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fast Track Trading LLC** Case number (if known)
Name

3.8230 **Nonpriority creditor's name and mailing address**
**Zibusiso Fikile Munyulwa**
**14 Castens Avenue, Belvidere**
**Harare, Zimbabwe**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8231 **Nonpriority creditor's name and mailing address**
**ziqi xuan**
**1349 Skyline Way**
**Santa Barbara, CA 93109**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8232 **Nonpriority creditor's name and mailing address**
**ZIYair Miller**
**5830 Abelia Road**
**Jacksonville, FL 32209**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8233 **Nonpriority creditor's name and mailing address**
**zubair sabry**
**29662 124th pl se**
**auburn, WA 98092**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8234 **Nonpriority creditor's name and mailing address**
**Zxanthus Jeks Manuel**
**11306 Estona Drive**
**Silver Spring, MD 20902**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8235 **Nonpriority creditor's name and mailing address**
**Zyra Krack**
**13968 Weidner St**
**Pacoima, CA 91331**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

Debtor **Fast Track Trading LLC** Case number (if known)

Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **0.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **0.00** |

**Fill in this information to identify the case:**

Debtor name **Fast Track Trading LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Rental of business premises - unpaid rent of $10,000** | |
| State the term remaining | | **4040 North**<br>**21 East Front Street**<br>**Red Bank, NJ 07701** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Fast Track Trading LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br><br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Fast Track Trading LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
| **For prior year:**<br>From **5/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other | **$31,000,000.00** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$0.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor **Fast Track Trading LLC** Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Audaya LLC**<br>**650 N. Rose Drive**<br>**Suite 445**<br>**Pacentia, CA** | **10/1, 11/1 and 12/1** | **$30,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | **Quantower, LLC**<br>**Mossakovskoho**<br>**str 14**<br>**Ukraine** | **8/1** | **$50,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Fast Track Trading LLC**<br>**24-22595** | **Involuntary Chapter 7 bankruptcy petition filed** | **U.S. Bankruptcy Court - District of New** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Donald Trump Foundation** | **Campaign contribution** | **8/29** | **$25,000.00** |
| | **Recipients relationship to debtor** | | | |

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor **Fast Track Trading LLC** Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Wilentz, Goldman & Spitzer, P.A.**<br>**90 Woodbridge Center Drive**<br>**Suite 900, Box 10**<br>**Woodbridge, NJ 07095** | **Attorney Fees** | **Wilentz received a payment from the Debtor on or about October 30, 2024 in the amount of $100,000.00 under a general retainer agreement for potential corporate, restructuring and other services.** | **$100,000.00** |

**Email or website address**
**www.wilentz.com**

**Who made the payment, if not debtor?**
**Debtor**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1700 Tiltons Corner Road**<br>**Wall, NJ 07719** | **5/24 - 7/24** |

**Part 8: Health Care Bankruptcies**

Debtor **Fast Track Trading LLC** Case number *(if known)*

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Mercury Financial** | **XXXX-8527** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **9/30** | **$50,000.00** |
| 18.2. | **JP Morgan** | **XXXX-6151** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **11/15** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
□ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor **Fast Track Trading LLC** Case number *(if known)*

| **Business name address** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. **Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| **Name and address** | **Date of service From-To** |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|---|
| 26c.1. | **Scott Trieste**<br>**1700 Tiltons Corner Road**<br>**Wall, NJ 07719** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| **Name and address** |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| **Scott Trieste** | **1700 Tiltons Corner Road**<br>**Wall, NJ 07719** | **100% owner of LLC** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Angel Irizarry** | **13013 McMilan Drive<br>Orlando, FL 32827** | **COO** | **8/1/24 - 11/15/24** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Kareem Ibrahim** | **5921 San Remo Way<br>Yorba Linda, CA 92887** | **CIO** | **6/1/24 - 11/15/24** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Corey Wolford** | **13013 McMilan Drive<br>Orlando, FL 32827** | **CTO** | **8/1/24-11/15/24** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Ryan Monaco** | **800 Evan Lane<br>Lake Villa, IL 60046** | **CRO** | **8/1/24-11/15/24** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor **Fast Track Trading LLC** Case number *(if known)*

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 14, 2025**

**/s/ Scott Trieste**
Signature of individual signing on behalf of the debtor

**Scott Trieste**
Printed name

Position or relationship to debtor **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re **Fast Track Trading LLC** Debtor(s)

Case No. ____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **100,000.00*** |
| Prior to the filing of this statement I have received | $ | **100,000.00** |
| Balance Due | $ | **0.00** |

2. $ **338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify):

   * Received a payment of $100,000.00 from the Debtor on or about 10/30/24 under a general retainer agreement for restructuring and corporate services and advice provided to the Debtor.

4. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the Debtor(s) in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

January 14, 2025
*Date*

/s/ David H. Stein
**David H. Stein, Esq.**
*Signature of Attorney*

**Wilentz, Goldman & Spitzer, P.A.**
**90 Woodbridge Center Drive**
**Suite 900, Box 10**
**Woodbridge, NJ 07095**
**732-636-8000 Fax: 732-855-6117**
**dstein@wilentz.com**
*Name of law firm*

# United States Bankruptcy Court
## District of New Jersey

In re **Fast Track Trading LLC** Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 14, 2025**

**/s/ Scott Trieste**
**Scott Trieste**/**CEO**
Signer/Title

4040 North
21 East Front Street
Red Bank, NJ 07701

Aakash Pancholi
6537 KELSEY POINT CIR
ALEXANDRIA, VA 22315

Aalia Zaman
4400 Honfleur Ct
Irving, TX 75038

Aaron Billing
614 Larch Ave
La Crescent, MN 55947

Aaron Bradley
500 Metropolitan St.
Aurora, IL 60502

Aaron Chang
2227 35th Ave
San Francisco, CA 94116

Aaron Chatham
407 Captiva Drive
Ponte Vedra, FL 32081

Aaron Croom
7221 Sumption Dr.
New Albany, OH 43054

Aaron Hanna
2347 Berkley Rd
Reading, PA 19605

Aaron Hessinger
456 Priscilla Ave
Deltona, FL 32725

Aaron Himmel
809 S. Bundy Dr #209
Los Angeles, CA 90049

Aaron Joseph
212 lakeview drive
Parlin, NJ 08859

Aaron Kalvitis
106 Juniper Ave
Berlin, NJ 08009

Aaron LaRue
852 11th St
Santa Monica, CA 90403

AARON MORALES
PO BOX 742
MONTEBELLO, CA 90022

Aaron Nicholson
6138 Colgate Ave
Los Angeles, CA 90036

Aaron Perkins
4215 Park Avenue
APT 3AA
Bronx, NY 10457

Aaron Popovich
6650 Glidden St
San Diego, CA 92111

Aaron Powers
12908 Wild Prairie Close
Belvidere, IL 61008

Aaron Prideaux
987 N Crater Avenue
UNIT 1
Fayetteville, AR 72704

Aaron Sadler
6111 Thor Dr
Huntington Beach, CA 92647

Aaron Sanders
4240 E County Rd 66
Wellington, CO 80549-1734

Aaron Schmid
108 Little Mountain Road
Trout Lake, WA 98650-9717

Aaron Valdez
200 Bird Creek Dr
Little Elm, TX 75068

Aaron Vandersip
2275 Aspen Hills Dr
Sandy, UT 84092

Aaron Williams
18502 Hope Mill Ct.
Cypress, TX 77429

Aayush Amin
362 Foxtail Drive
Harleysville, PA 19438

Aayush Pokharel
351 Braxton Pl
Tucker, GA 30084

Abbas Datoo
9903 Aurea Moss Ln
Orlando, FL 32832

Abdalla Abdelmageed
2607 Huntington Lane
Unit A
Redondo Beach, CA 90278

Abdel Kader Saleh
10001 n pheasent run dr
fresno, CA 93730

abdelali elghalmi
6709 winthrop st
detroit, MI 48228

Abdelmoughit laajali
631 Overton groove
301
Brandon, FL 33511

Abdessami Houari
1370 3rd Street
APT 303
Alameda, CA 94501

Abdiel Vital
20 Brook Haven dr apt 1
Attleboro, MA 02703

Abdisamad Keinan
Riverside drive
Capetown, NC 06100

Abdul mumin wahab
9470 windermere lake dr
204
riverview, FL 33578

Abdulboriy Adahamov
3419 N tradewind avw
Meridian, ID 83646

Abdullah Dokovic
3041 w cat balue dr
Phoenix, AZ 85027

Abdullah Dokovic
3041 w cat balue dr
Phoenix, FL 85027

Abdullah-Al Mamun
1235 Wildwood Avenue Apt 384
Sunnyvale, CA 94089

Abdullahi Jama
26 E Brookline st
Apt56
Boston, MA 02118

Abdullahi Jama
68 main st
Brattleboro, VT 05301

Abdullokh Djabberganov
Yunus obod 19 district
apartment number 18
Tashkent, Tashkent 00010-0114

Abdulmuktadir Ahmed
4801 Baker Grove Rd Apt 419
419
Acworth, GA 30101

Abel Camargo
2723 CANCUN LN
DALLAS, TX 75287-2012

Abel Kwong
8208 Styers Ct
Laurel, MD 20723

Abelardo Abarca Ocampo
3714 Adair St
Los Angeles, CA 90011

Abelardo Mendez Bucu Jr
4357 128th LN NE
Blaine, MN 55449

Abenezer Kassa
1702 N uhle street
1005
Arlington, VA 22201

Abhishek Khosla
4165 Executive Dr
F409
La Jolla, CA 92037

Abhiyan Sapkota
4071 Murray Cmn
Fremont, CA 94538

Abimael Agramonte
390 Nostrand Ave
Apt 7o
Brooklyn, NY 11216

Abiram Gangavaram
40 Vail Ln
Watchung, NJ 07069

ABRAHAM BALEKE
19426 CARAVAN DR
GERMANTOWN, MD 20874

Abraham Carel Bothma
558 Breyten Street
Pretoria, GP 00081

Abraham Ephraim
8820 Westheimer Rd Apt 2223
Houston, TX 77063

Abraham G Kim
2965 san marino st #207
los angeles, CA 90006

Abraham Keleta
10816 Edes Ave
Oakland, CA 94603

Abraham Oshodi
1119 north old mill dr
Deltona, FL 32725

Abrar Aman
1 Willits Road
Glen Cove, NY 11542

Abudi said
1561 SE 127th Ave
PORTLAND, OR 97233

Abulele Nyembezi
41 Jade Road
Haven Hills
East London, EC 05247

Achintya Prabhash
1801 W Diversey PKWY
Chicago, IL 60614

activated Ventures llc
5718 westheimer rd
1000
Houston, TX 77057

Adalberto Rivera Laporte
2764 Alvin Sperry Pass
Nashville, TN 37122

Adam Beckner
6803 Rochelle Lane
Amarillo, TX 79109

Adam Betz
950 West 19th Street
Jasper, IN 47546

Adam Bourdillon
664 Jan Shoba Street
Hillcrest View
Pretoria, GP 00083

Adam Buckner
445 county road 218
Athens, TN 37303

Adam El-Sherief
324 Avenue F
Redondo Beach, FL 90277

Adam Hudson
956 Tarragon Lane
Milford, OH 45150

Adam Ibraimovic
647 Greene Ave
Belford, NJ 07718

Adam James
6870 Olde Eight Rd
Peninsula, OH 44264

Adam Johanningmeier
2537 Clifton ave
Saint Louis, MO 63139

Adam Jones
865 Sweet Bay Drive
Mandeville, LA 70448

adam klobucher
184 Valley Fields Dr
pittsburgh, PA 15239

Adam Leonard
516 Sailboat Bridge Way
Edmond, OK 73034

adam lighterman
12430 sw 1st place
plantation, FL 33325

Adam Lundberg
520 N. Croft Ave.
Apt. 304
West Hollywood, CA 90048

adam perez
4140 workman mill rd
whittier, CA 90601

Adam Roberts
4296 Aschli Lane
Ammon, ID 83406

Adam Salater
84-737 Upena ST
Waianae, HI 96792

Adam Searle
950 Scenic Oak Ln
Fort Walton Beach, FL 32547

Adam Shego
1950 3rd St
La Verne, CA 91750

Adam Sinker
21 Bunting Lane
Naperville, IL 60565

Adam Smith
140 Scarborough Ln
Millersville, PA 17551

Adam Sobczyk
3232 N PIONEER AVE
CHICAGO, IL 60634

Adam Thao
1556 140th Lane NW
Andover, MN 55304

Adam Tijerina
430 Westhill Pl
San Antonio, TX 78201

Adam Tong
24368 Sunnycrest Court
Diamond Bar, CA 91765

adam trzaska
5600 astor ln
101
rolling meadows, IL 60008

Adam Wells
2800 Carter Jones Rd
Groveland, FL 34736

Adam Westendorf
140 huger st
Rincon, GA 31326

Adam Wood
2680 New York St
Melbourne, FL 32904

adam wysocki
603 Inca St unit201
denver, CO 80204

Adams Wong
511 W Bencamp St
APT A
San Gabriel, CA 91776

Adan Maldonado
10509 Griffith Park Dr NE
Albuquerque, NM 87123

Adarian Holmes
5311 Braebern St
5311
Columbus, FL 31907

Adebusola Osunmusan
3414 Golden Amber ct
Richmond, TX 77406

Adeleke Adeniyi
4046 W Valley View Dr
Laveen, AZ 85339

adfad adfad
777777
Grand Prairie, ca 01111-1111

adham said
2900 n central dr
chandler, AZ 85224

Adilet Diushaliev
1018 Castilian Ct
115
Glenview, IL 60025

Aditya Hegde
129 Highview Drive
Woodbridge, NJ 07095

Aditya Sitwala
3416 Rise Drive
Morrisville, NC 27560

Adjy Jean
2825 STONEWAY LANE
Apt A
FORT PIERCE, FL 34982

adkaj amlink
14 H6
cali, FL 00023

Adnan Rahman
629 Van Nest Avenue
B
Bronx, NY 10460

adobe dipmo
43-21 129 st
NY, NY 11111

Adolfo Ibarra
536 W Kaufman
Paris, TX 75460

Adonai Nicholas
60 summit Rd
Holbrook, MA 02343

Adrean Perry
3204 Perrenial Way
Modesto, CA 95356

Adrian Brevig
14005 Rose Ct.
Poway, CA 92064

Adrian Budiyanto
130 West Jefferson Avenue
Pomona, CA 91768

Adrian Da Silva
4880 Locust St. NE #329
St Petersburg, FL 33703

Adrian DeDominicis
635 Pinewood DR
Conroe, TX 77385

Adrian Guisadio
1804 Division Road
Apt 111
Great Falls, MT 59404

Adrian Kutryj
930 Beau Dr.
Apt#313
Des Plaines, IL 60016

Adrian Manbodh
230 Northeast 4th Street
Apt 3106
Miami, FL 33132

Adrian McNeal
7759 Mcknight st
North Charleston, SC 29418

Adrian Otero
9125 Copper Ave Copper NE
Albuquerque, NM 87123

Adrian Simpson
18 Martin St.
Middletown, NY 10940

Adriana Escobar Monsalve
9 Foote Ave
PO Box 553
Canaan, CT 06018

ADRIENNE HAINES
6230 MEMPHIS ST
New Orleans, LA 70124

Adrienne Huang
1 Ely Park Blvd
APT 9-5
Binghamton, NY 13905

Adum wodede
305 ne hayes drive
ankeny, IA 50021

Aftab Borka
2646 Avalon Dr.
Troy, MI 48083

Agnes Charity Sundayi
2804 Percheron Drive
Mesquite, TX 75150

Agnes Urbanowicz
3954 N Oriole Ave
302
Chicago, IL 60634

Agnieszka Ziolkowski
9844 Fairfield Rd
Huntley, IL 60142

Aharon Condiotti
820 Woodgate Ave
Long Branch, NJ 07740

Ahdy Messiha
724 Lisboa Ct.
Walnut Creek, CA 94598

Ahila Krishnan
2429 twin oaks dr
little elm, TX 75068

Ahkamuzzaman Rahman
2025 Newbold Avenue
Bronx, NY 10462

Ahmad Mujbi
41679 Tetley dr
Sterling Heights, MI 48313

Ahmad Zaki Omarkhel
13568 Lavender Mist Ln
Centreville, VA 20120

Ahmed Abou Mohamed
3960 s lake drive
15
Milwaukee, WI 53235

Ahmed Durrani
163 Stony Creek Dr
Del Valle, TX 78617

AHMED ELNENAEY
10818 ANCIENT FUTURES DR
TAMPA, FL 33647

Ahmed Elnenaey
10818 ANCIENT FUTURES DR.
Tampa, FL 33647

Ahmed Hussin
5 Vanderbilt Drive
Apt207
Merrimack, NH 03054

Ahmed Jadalla
56 knollwood dr
cherry hill, NJ 08002

Ahmed Kherais
10715 Mustang brk
San Anotnio, TX 78254

Ahsan Farooqi
1713 Katelynn Lane
Anna, TX 75409

Ahtre Mathis
4856 Huntlea Court
DECATUR, GA 30034

Ai Pham
1500 s Louisiana Avenue
Mason city, IA 50401

AIDAN DANG
27 Upham St
Randolph, MA 02368

Aidan Lee Wen
1714 Prairie Hen Cv
Austin, TX 78758

Aiden Galloway
6752 Autumnwood Drive
Nashville, TN 37221

Aiden James
82 Courtland Hill St
stamford, CT 06906

Aik Hom
20360 E 40th Ave
Denver, CO 80249

Aitmyrza Ernis uulu
7235 Azure Cir
Orlando, FL 32836

Ajahni Groomes
80 W. Sunrise Highway
#1116
Valley Stream, NY 11581

Ajay Jha
10956 131st street
South Ozone Park, NY 11420

Ajay Singh
3614 212th PL SE
Sammamish, WA 98075

Akarshan Mall
1514 E Austin Blvd
Nevada, MO 64772

Akayla Williams
601 Patton Blvd
Apt 174
Plano, TX 75075

Akeem Gayle
21300 Cotton Creek Drive
gulf shores, AL 36542

AKEESHA PENA
12 CLARKE STREET
BRENTWOOD, NY 11717

akhil adepu
2801 wells branch pkwy
apt 621
austin, TX 78745

Akhil Woodard
1827 Haverford Dr
Allen, TX 75013

Akhila Amaranayani
268 Grant Ave
Jeresy city, NJ 07305

Akiem Lawson
4927 Farmstead Ct
Bel aire, KS 67220

Akinyemi Bajulaiye
1034 S. 53rd Street
Philadelphia, PA 19143

Akshanth Palway
13467 Day Star Way
US
frisco, TX 75035

Al Hernandez
2630 Kingsbridge Terrace
Bronx, NY 10463

Alaiire Sanya
2024 Seagirt Blvd
3g
Far Rockaway, NY 11691

Alain Lamas
15442 SW 163rd St
Miami, FL 33187

Alamir Rufaiei
5322 Hemlock Street
Apt#209
Sacramento, FL 95841

alan alvarez
2771 Southwest 133rd Avenue
Miramar, FL 33027

Alan Buck
405 Alexis Lucia Rd
alexis, NC 28006

Alan Griego
5540 Holly Ridge dr.
camarillo, CA 93012

Alan Hernandez
1926 Marsh Meadow Lane
Round Lake, IL 60073

Alan Horvath
2469 primero dr
220 lot
Kissimmee, FL 34746

Alan Pham
606 Elaine Avenue
Oceanside, CA 92057

Alan Seunsom
11111 Wortham Blvd
Apt 461
Houston, TX 77065

Alanis Garcia-Ramirez
396 Olde Harbour Trl
Rochester, NY 14612, NY 14612

Alba Susana Marin
21070 sweetwater lane N
Boca Raton, FL 33428

Albany Sanchez Escalante
URB. Palma de Oro
Naguanagua, VE-G 02005-0000

Albert Bohandy
226 W South Street
Barnesville, OH 43713

ALBERT D VILLANUEVA
5310 Nathan Loop SE
Auburn, WA 98092

ALBERT LAW
990 Ala Nanala St Apt
Honolulu, HI 96818

Albert Li
502 Marrett Rd
Lexington, MA 02421

Albert Lubker
2801 Dusty Chisolm Trl
Pflugerville, TX 78660

Albert Noguera
56 SEAVIEW DR
BAY POINT, CA 94565

Albert Yim
2808 Veron Lane
Twinsburg, OH 44087

Albertine Pierre
1427 se 8th avenue
Deerfield Beach, FL 33441

Alberto Cruz Jr
15721 Ragley Street
Hacienda Heights, CA 91745

Alberto Gallegos
19200 Linda Dr
Tornillo, TX 79853

Alberto Ghezzi
333 east 102nd st
602
New york, NY 11249

Alberto Hernandez
300 west Walton
Beeville, TX 78102

Alberto Planas
1050 Audace Ave
Apt 207
Boynton Beach, FL 33426

Alden Needham
718 Cordell St
Denton, TX 76201-2611

Aldo Kang
34016 leon st
Lake Elsinore, CA 92530

Aldred Russo
2899 doncaster dr
charleston, SC 29414

Aldrin Kuriakose
5431 linden rose ln
Sugar Land, TX 77479

ALEC BARANSKI
1223 Sequoia Ln
Princeton, TX 75407

Alec Biggs
1601 S 17th St
Flr 2
Philadelphia, PA 19145

Alec Sisaiyaket
8821 S 117TH ST APT. A
Seattle, WA 98178

Alec Walter
601 Northeast 70th Street
118
Kansas City, MO 64118

Alecia Dangerfield
5431 South Breakwater Drive
Taylorsville, UT 84123

Alejandro Fraticelli
89 BUNKER HILL ST
APT 1048
CHARLESTOWN, MA 02129

Alejandro Hernandez
1920 Bentley Blvd
Kissimmee, FL 34741

Alejandro Huerta
19855 Pandy Court
Canyon Country, CA 91351

Alejandro Jacobo
2100 Trinity Street
San Mateo, CA 94403

Alejandro Silva
614 Burke Road
Pasadena, TX 77506

Alejandro Talavera
4047 Ponza Place
Atlantis, FL 33462

Aleks Mauricio
86 Ponemah RD
Ameherst, NH 03031

aleksandr veksler
1234 e Becker lane
phoenix, AZ 85020

aleksandra Trajkovska
22 seifert st
garfield, NJ 07026

Alena Spradley
384 Marys Dr
Woodbine, GA 31569

Alesha Phillips
10 Lecount Place
8M
New Rochelle, NY 10801

Alesha Phillips
10 Lecount Pl , NEW ROCHELLE, 10801-6493
8M
New Rochelle, NY 10801-6493

Alex Dawson
34797 SW Ladd Hill Rd
Wilsonville, OR 97070

Alex Delgado
480 harbor side street
Woodbridge, VA 22191

Alex Filipe
16020 N 60th Street
Scottsdale, AZ 85254

Alex Gomes
1004 Brantford Ave
Silver Spring, MD 20904

Alex Gutierrez
315 e water street
Portland, IN 47371

alex kahle
1438 north rd se
warren, OH 44484

Alex Kiiru
8808 overhill Rd
Henrico, FL 23229

Alex Klimovich
5517 Purdue Place
San Jose, CA 95118

Alex Lim
16950 LAKERIDGE DR
Lake Oswego, OR 97034

Alex Matsuk
17621 14th PL W
Lynnwood, WA 98037

Alex Nguyen
233 Clark Ave
Apt 22
Yuba City, CA 95991

Alex Nim
9227 Dairy St
Elk Grove, CA 95624

alex pankratz
2501 Fairoak Ave
apt 227
Anoka, MN 55303

alex poon
4130 95th st
new york city, NY 11373

ALEX PRUDHOMME
1875 PINE GROVE ROAD
KEITHVILLE, LA 71047

Alex Ramirez
3101 Plaza del Amo, Unit 101
Torrance, CA 90503

Alex Schultz
524 S Mallory Circle
Delray Beach, FL 33483

Alex Sposito
214 Ashton Dr SW
Leesburg, VA 20175

Alex Sylvia
154 Essex Dr
Longwood, FL 32779

alex trinh
6259 callisto lane
eastvale, CA 91752

Alex Wong
18567 W Sterling Ct
Grayslake, IL 60030

Alex Zelinsky
1028 Thyme Walkway
San Jose, CA 95133

Alexander Booth
6937 Orangewood Ave
Cypress, CA 90630

Alexander Bratton
2724 Merideth Dr SW
Tenino, WA 98589-9386

alexander brito
7 e walnut st
central islip, NY 11722

Alexander Dao
1852 Ardilea Street
Las Vegas, NV 89135

Alexander Drew
9563 joyce way
Arvada, CO 80007

Alexander Girshin
26 Lake Street
Apt 2
Richfield Springs, NY 13439

Alexander Hauer
6 Heathrow Court
Blackwood, NJ 08012

Alexander Janey
2848 edgecombe circle
Baltimore, MD 21215

Alexander Laureano
19335 Riley Espen CT
Houston, TX 77073

Alexander Laureano
19335 Riley Espen
Houston, TX 77073

Alexander Mier
84 camellia ave
San Francisco, CA 94112

Alexander Nazar
17133 Lorillard Street
Los Angeles, CA 91344

alexander nguyen
4316 sayoko cir
san jose, CA 95136

Alexander Para
824 S Glebe Rd
B
Arlington, VA 22204

Alexander Patterson
316 Lake Harbor Rd
Brandon, MS 39047-9543

Alexander Poole
526 Shetucket Tpke
Griswold, CT 06351

Alexander Reyes
16069 SARASOTA ST
Brooksville, FL 34604

Alexander Rodriguez
317 S IOWA AVE
ADDISON, IL 60101

Alexander Rountree
2609 GILLIONVILLE RD
7g
albany, GA 31707

Alexander Sheng
225 Cherry St
New York, NY 10002

Alexander Watkins
1376 Mimos Ln
Lewisville, TX 75077

Alexander Weiser
154 N Pearl St
3
Buffalo, FL 14202

Alexander Yi
11703 Briary Branch Court
Reston, VA 20191

Alexander Yousif
2410 Cobb Rd
Jackson, MI 49203

Alexandra Cook
655 40th Ave Ln Nw
Hickory, NC 28601

Alexandre Oliveira
520 E Church Street
Apt 504
Orlando, FL 32801

Alexandre Scotton
33-24-29st
2
New York, NY 11106

ALEXIS ALMONTE
100 Joanne Ter
Garfield, NJ 07026

Alexis Baluja
3555 W. 73rd Ter
Hialeah, FL 33018

Alexis Finale
1151 south park road
207
Hollywood, FL 33021

Alexis Gonzalez
5215 South Hamlin Avenue
Chicago, IL 60632

Alexis Javor
891 Twilight Dr
Seven Hills, OH 44131

Alexis Mejia
7023 Lee Park Ct
Falls Church, VA 22042

Alexis Reyes
141 Oswald Ave
Laplace, LA 70068

Alexis Sanchez
415 Marginal Way
Quincy, WA 98848

Alexis Tamez Valenzuela
37710 Medea CT
Palmdale, CA 93550

Alexx Westbrook
412 Orchid Oasis Ave
North Las Vegas, NV 89031

Alexxio Gonzalez
4312 Oak Tree Lane
Williamsburg, VA 23188

ALFONSO HINONG
905 FERRIER CT
VIRGINIA BEACH, VA 23464

Alfonzo Spigner
240 E Cedar Ave
Apt H
Burbank, CA 91502

Alfred Haywood
4880 Cherokee Way SE
Conyers, GA 30094

Alfred Paulding
20161 56th way N
Loxahatchee, FL 33470

Alfredo Uriostegui
719 n spaulding
chicago, IL 60624

Ali Al-Jassim
1099 W 105N
Orem, UT 84057

Ali Becha
4014 Omeara
Houston, TX 77025

ALI HASSAN
225 HICKSVILLE ROAD
BETHPAGE, NY 11714

Ali Khan
920 Hampton Oaks dr
Alpharetta, GA 30004

Ali Meeks
12017 Citrus Falls Cir
Apt 206
Tampa, FL 33625

Ali Saeed
16 belmont avenue, plainview, NY 11803 U
16 Belmont Ave
plainview, NY 11803

Alicia Baker
330 3rd Avenue
Dayton, KY 41074

Alicia Walker
10631 Melogold Way
San Diego, CA 92126

Alicja Parker
1266 Bay Harbor Dr
apt 306
Palm Harbor, FL 34685

Aliioaiga Filoialii
1700 E St Isidore St
Tucson, FL 85713

Alin Pandey
210 Prine Pl, Unit 3118
Charlotte, NC 28213

Alina Hall
966 Newcastle St
Medford, OR 97501

Alisa Thatsanasuwan
4720 center blvd
1802
Long island city, NY 11109

Alix joseph
2555 Rose Ridge Cir
Orlando, FL 32824

Aliyu Abubakar
29870 Aaron River Trail
Fulshear, TX 77441

Aljohnel Labsan
153 Dairy Ct
Raeford, NC 28376

Allan Arciaga
7780 Jacaranda Hill Ct.
Las Vegas, NV 89139

Allan Hernandez
99 Macedonia Rd
Newnan, GA 30263

Allan Mattos
5218 Sapphire Valley
Boca Raton, FL 33486

Allan Ray
4027
124, FL 32003

Allan Tarkatchev
93 commodore drive
staten island, NY 10309

Allan Zielonka
26 Creek Drive
Tallapoosa, GA 30176

Alland Lamour
778 Remsen
Brooklyn, NY 11236

Allande Petit
1624 highland Ave
Springfield, OH 45503

Allen Buenaventura
325 South Madison Avenue
#14
Pasadena, CA 91101

Allen Chaney
9225 Nioga Toops Rd
Mount Sterling, OH 43143

Allen Chang
121 Huntington
Irvine, CA 92620

Allen Fong
1130 Firethorne Pass
Cumming, GA 30040

Allen Hess
155 East 26Th Street
Apt 2A
NEW YORK, NY 10010

Allen Rose
377 CR 1950
Yantis, TX 75497

Allen Roshass
3 kathy lane
hawthorn woods, IL 60047

Allen Sundve
2910 seacrest lane
La marque, TX 77568

Allen Touchstone
6201 Kilmer St
Cheverly, MD 20785

Allie Luu
5906 stanford dr
Temple, TX 76502

Allison Bazile
812 concord rd
Glen Mills, PA 19342

Allison Bethea
2 EDEN ROC CT
Pikesville, MD 21208

Allison Nutt
11 Wanamaker Ave, Mahwah, NJ 07430
Mahwah, NJ 07430

Alluri Narayanaraju
2942 Coneflower Circle
Aurora, IL 60503

Allyson Carvalho
3732 Havenmist Cove
Suwanee, GA 30024

almas khan
11616 lumpkin st
hamtramck, MI 48212

Almat Shyntayev
513 238th St Se
UNIT C
Bothell, WA 98021

Alok Dandekar
4404 Vanderpool Dr
Plano, TX 75024

Alonzo Smith
3904 53rd Ave N
St Petersburg, FL 33714

Alot Anunde chinn
1027 overlook way
Laurel, MD 20707

Alpha Diallo
677 east 52nd st
Brooklyn, NY 11202

Alphanzo Moore
15750 Lasselle street, T10
Moreno Valley, CA 92551

Alric Spurlock
6139 Casper St
Baton Rouge, LA 70805-1112

Alson Time
2634 Hunters Pond Run
Champaign, IL 61820

Alton Drummond
36 Bedford Ter
2
Irvington, NJ 07111

Alvaro Castillo
250 Carillon Pkwy
Unit 550
Saint Petersburg, FL 33716

Alvaro Guerrero
3852 Poinciana Avenue
Miami, FL 33133

Alvaro Medina
1101 Fm 3133
Anna, TX 75409

Alvin Nguyen
2869 Pelican Dr
UNION CITY, CA 94587

Alwain Slater
2777 Maple grove Drive
Rex, GA 30273

Aly Keita
1951 Park Ave
1004
New York, NY 10037

Alyas Abady
11771 gailemont ct
Woodbridge, VA 22192

Amado Paolo de Villa III
29001 sams pl
santa clarita, CA 91387

AMANDA GILCHRIST
1513 Stony Point Rd
Knoxville, TN 37914

Amanda Hamilton
12124 Nashua Rd SE
Albuquerque, NM 87123

Amanpreet Singh
1056 Sadie Ridge Rd
Clermont, FL 34715

Amanuel Kidane
9335 Quintero St
Commerce City, CO 80022

Amar Medic
4059 Two Bridge Dr.
Buford, GA 30518

Amarpal Dhillon
7690 East Eucalyptus Way
Anaheim, CA 92808

Amber Kinsey
3037 SW Goldenglow Drive
Palm City, FL 34990

amer wright
136 gillisonville ballpark rd
ridgeland, SC 29936

Amerendy Monfort
4851 Nw 26 Ct
Apt 337
Lauderdale Lakes, FL 33313

Amhad Hassan
7918 sutter ave
Ozone park, NY 11417

Amil Rahman
3165 Windwood trl
Lawrenceville, GA 30044

Amin Hooda
1569 Montgomery Hwy
hoover, AL 35216

amine riad
9700 EAST BAY HARBOR DR
miami beach, FL 33154

Amir Husain
6779 udall ct SE
Auburn, WA 98092

Amira Hoven
2670 east sunrise blvd
apt 507
Fort Lauderdale, FL 33304

Amirhossein Basirat
10718 Wynkoop Dr
Great Falls, VA 22066

Amirtharaj Palanisamy
111 ENDSLEIGH CT
ROBBINSVILLE, NJ 08691

Amish Patel
30 Langford
Irvine, CA 92602

Amit Gogia
11700 Country Lake Drive
Glen Allen, VA 23059

Amit Gupta
1850 harvest landing ln
tracy, CA 95376

Amit Shah
3729 Sarah Brooke Ct
Jacksonville, FL 32277

Amnaj Bholsangngngam
5495 La Forest Drive
La Canada Flintridge, CA 91011

Amol Deshpande
3550 Old Airport Rd NW
APT 3308
Albuquerque, IL 87114

Amr Hassanin
Weaver Dr
6319
Arlington, TX 76001

Amran Hazary
1303 Gears Rd.
Apt 608
Houston, TX 77067

Amy Baik
2321 Conle Way
La Canada Flintridge, CA 91011

Amy Berg
41 W Highway 14
1919
Spearfish, SD 57783

Amy Brlansky
3201 Amherst
Houston, TX 77005

Amy Lai
1012 W Beverly Blvd #216
Montebello, CA 90640

Amy Yang
8229 Crosby Dr
Stockton, CA 95212

An Banh
14815 Brookside Forest Dr
Houston, TX 77040

An Khang Dao
725 hwy 96
bonaire, GA 31005

An Lam
2023 Woodgate Ln
Tomball, TX 77375

An Le
18518 weeping spring
Cypress, TX 77429

An Quan
42 E Rodell Pl
Arcadia, CA 91006

An Tran
20048 Great Falls Forest Dr
Great Falls, VA 22066

An Vu
4943 North Tripp Avenue
Chicago, IL 60630

AN VU
13207 Poplar Glen
Houston, TX 77082

Ana Clara Venturini
Guayucuru 2779
Montevideo, UY-MO 11800-0000

Ana Marie Sabile
130 BLue RIdge Dr
Apt D
Martinez, CA 94553

ANAND JEEVANANDAM
955 N Duesenberg Drive
Apt 6312
Ontario, CA 91764

Anand Sunderrajan
54 E John St
Apt 110
Champaign, IL 61820

Anand Tsend
8878 Ashgrove House Lane
Tysons Corner, VA 22182

Anastasia Newton
13013 Bergstrom St
El Paso, TX 79908

Anastasia Sophinos
3200 Paseo Village Way
1343
San Diego, CA 92130

Anders Lee
3810 Tattershall Ln
Austin, TX 78727

anders pagh
10300 W Charleston blvd
13369
Las Vegas, NV 89135

Anderson CITEYA
9484 Vess Ct WALDORF Maryland20603
WALDORF, MD 20603

Andrae Falconer
1521 Golden Hour Avenue
North Las Vegas, NV 89031

Andre Ashby
120 Sanfords Dr
Apt T2
Olin, NC 28660

Andre Cowan
265 Manning Blvd
B
Albany, FL 12206

Andre Hopgood
1603 19th St
St.louis, MO 63106

andre joseph
105 heath street apt 3
Somerville, MA 02145

Andre Martin
2249 Valentine Ct
New Orleans, FL 70114

Andre Mitchell
2908 Crescent Place
Miramar, FL 33025

andre montano
460 10th st
Calexico, CA 92231

Andre Moore
66 saussy road
unit 504
savannah, GA 31407

Andre Nakahama
70 palatine
423
Irvine, CA 92612

Andre Nicolas
1 City Pt
20F
Brooklyn, NY 11201

Andre Pardini
19951 Almaden Rd
SAN JOSE, CA 95120

Andre Spears
2247 Montauk Hwy
Bridgehampton, NY 11932

Andre Tocel
2102 SW Certosa Rd
Port Saint Lucie, FL 34953

Andre Walker
1264 Williston Dr
Lawrenceville, GA 30044

Andrea Duran
4875 SW 152nd Pl
D
Miami, FL 33185

andrea gonzalez
6172 Wilson Blvd
7
Arlington, VA 22205

Andrea Kolb
8135 Brookbend Dr
Douglasville, GA 30134

Andrea Rogers
1824 S Magnolia Dr
Tallahassee, FL 32301

Andrea Zagone
847 Luther Ln
Chicago Heights, IL 60411

Andrei Karneichyk
825 Mcculough ave
apt 205
Orlando, FL 32803

ANDREI PREGUZA
5632 CAMILLA ST
SAINT CLOUD, FL 34771

Andrei Sinitcyn
624 W 28th Street
626 B aprt
Los Angeles, CA 90007

andres avila
1809 e wilshire ave
102
fullerton, CA 90231

Andres Diaz
5601 Royal Hills Dr
Winter Haven, FL 33881

Andres Gomez
972 NE 41st Terrace
Homestead, FL, FL 33033

Andres Lopez
12520 Oxnard St Apt 6
North Hollywood, CA 91606

Andres Ocampo
4425 n 75th
Apt 122B
Scottsdale, AZ 85251

Andres Pierce
504 evergreen dr
gretna, LA 70053

Andres Prieto Gomez
43555 GRIMMER BLVD
C323
Fremont, CA 94538

Andres Rios
12500 Exton Ct.
El Paso, TX 79928

Andres Torres
15659 SW 73 Circle Terrace
APT 51
Miami, FL 33193

Andres Velasquez
4484 Concord Landing Dr
apt.101
Orlando, FL 32839

andres zapata
8751 cypress walk ct
tamarac, FL 33321

Andrew Abelow
252 S Griffith Park Dr
Burbank, CA 91506

Andrew Abitu
43610 Ortona St.
Temecula, CA 92592

Andrew Adamian
239 Wonderview Drive
Glendale, CA 91202

Andrew Alexander
57 Poinsettia Dr
Ormond Beach, FL 32176

Andrew Brodeur
3101 carney street
Loveland, CO 80538

Andrew Byers
321 Chase Drive
Clarksville, TN 37043

Andrew Campanella
405 King George Rd
Unit 211
Basking Ridge, NJ 07920-2848

Andrew Chavez
1550 S Indiana Ave #603
603
Chicago, IL 60605

Andrew Clancy
3011 55th AVE
GREELEY, CO 80634

Andrew Coon
429 Burns Dr N
Westerville, OH 43082

Andrew Cooper
14221 103rd Ave Ct E APT G302
Puyallup, WA 98374

andrew dalessio
24 duer lane
staten island, NY 10314

Andrew Dang
3627 3/4 Baldwin Ave
El Monte, CA 91731

Andrew Day
3800 Crosstimbers Dr
Greensboro, NC 27410

Andrew Dixon
1616 NW 5th Street
#39
Bend, OR 97703

Andrew Dodge
606 Olney Sandy Spring Rd
Sandy Spring, MD 20860

Andrew Duquette
305 Hixon Place
Wilmington, MA 28411

Andrew Gallinaro
57 Ramsay Street
Manchester, NH 03103

Andrew Gampong
1488 east 95th st
Brooklyn, NY 11236

Andrew Gonsalves
500 W. Airport Blvd
1216
Sanford, FL 32773

Andrew Grant
770 Spruce Street
BERKELEY, CA 94707

Andrew Hernandez
205 Benton dr
apt7212
allen, TX 75013

Andrew Heywood
1708 Bent Tree Ln
Watkinsville, GA 30677

andrew higgins
300 Laverne Dr
warner robins, GA 31088

Andrew Hilleary
5231 E. cornell Ave
Denver, CO 80222

Andrew Ho
1880 California Street
Suite 6
San Francisco, CA 94109

Andrew Hooks
1139 Los Palos Dr
9
Salinas, CA 93901

Andrew Hughes
711 Martens Ln
Springfield, PA 19064

Andrew Husbands
2014 s 300 e apt 1
Salt lake city, UT 84115

Andrew Ibrahim
2413 Arlington Ave
Abington, PA 19001

Andrew Joson
11568 Cliffwood Ct.
RIVERSIDE, CA 92505-5112

Andrew Khilawan
198-10 Carpenter Ave
Hollis, NY 11423

Andrew Lampela
756 Kingsley Cir
Wixom, MI 48393

Andrew Lin
131 Winding Ridge Way
Danbury, CT 06810

Andrew Mayer
5058 S Elkhart CT
Aurora, CO 80015

Andrew Medina
403 Eagle Way
SMYRNA, DE 19977

Andrew Nagy
345 middle road
Bayport, NY 11705

Andrew Ngo
825 S Phyllis Cir
Anaheim, CA 92806

Andrew Nguyen
12521 Spinnaker Street
Garden Grove, CA 92840

Andrew Nguyen
9651 blake ave
Garden Grove, CA 92844

Andrew Otero
13580 Calvados Place
San Diego, CA 92128

Andrew Passos
36 Prospect Hts
Milford, MA 01757

Andrew Pearce
1635 Mardon Drive
Dayton, OH 45432

Andrew Perez
1081 W Arrow Hwy Spc 25
Azusa, CA 91702

Andrew Purtill
6204 Lawyers Hill Rd
Elkridge, MD 21075

Andrew Reddy
380 Gold Leaf Dr
CHRISTIANSBURG, FL 24073

Andrew Reddy
380 Gold Leaf Dr
Christiansburg, VA 24073

Andrew Rivas
14313 Osage Rd
Apple Valley, CA 92307

Andrew Rogers
44 Ryan Ave.
Brooklyn, NY 11214

Andrew Sanders
384 S 1170 E
Hyrum, UT 84319

Andrew Scrape
116 Lone Elk Ct
Pickerington, OH 43147

Andrew Sellers
5350 Wye Creek Dr
Frederick, MD 21703

andrew shao
88 popham rd
scarsdale, NY 10583

Andrew Shieh
1400 5th Ave
apt#4G
NEW YORK, NY 10026

Andrew Shieh
1400 5th Ave
4G
New York, NY 10026

Andrew Tang
5030 Crystal Bluff Court
Richmond, TX 77407

ANDREW THOMPSON
1710 Pressburg Street
New Orleans, LA 70122

Andrew Wingrove
5651 Herons Landing Drive
Rockledge, FL 32955

Andrew Zack
4420 Rockcrest Dr.
Fairfax, VA 22032

Andrew Zuke
PO BOX 582
McLean, VA 22101

Andrise Mondesir
24468 Little Mac Avenue
Grand Blanc, MI 48439
Saint Clair Shores, MI 48080

Andy Anderson
3609 SE Filbert ST
Milawaukie, OR 97222

Andy Berens
1266 River Bluff Ct
Zeeland, MI 49464

Andy Bui
1295 ORIOLE TRL
CAROL STREAM, IL 60188

Andy Chen
8 Main St
Essex, VT 05452

Andy De La Cruz
408 S 2ND street
5D
Brooklyn, NY 11211

Andy Du
1993 eadbury avenue
Rowland heights, CA 91748

Andy Duong
2600 Corde Terra Cir. Apt#6318
6318
SAN JOSE, CA 95111

Andy Green
472 E Kaibab Pl
Chandler, AZ 85249

Andy Le
10504 NE 81ST ST
VANCOUVER, WA 98662

Andy Maka
16405 W 143rd St
Lockport, IL 60441

Andy Nguyen
8281 Myrtlewood Circle
Westminster, CA 92683

ANDY NGUYEN
11402 PALOMA AVENUE
GARDEN GROVE, CA 92843

andy nguyen
64 oakey drive
kendall park, NJ 08824

Andy Nguyen
2231 Laurel Birch Drive
Houston, TX 77014

Andy Tran
1387 Crailford Ct
San Jose, CA 95121

Andy Tran
1111 Durham Dr
#229
Houston, TX 77007

Andy vu
744 Rodman Street
Fall River, MA 02721

Anersi Koka
1000 N 44th St.
Apt 1041
Phoenix, AZ 85008

Ange etelene Tessono Massenat
1672 North Regatta drive
greenfield, IN 46140

Angel Aguilar Quinonez
4649 Curdsen Way
Las Vegas, NV 89110

Angel Calderin
3009 Redwood National Drive
Apt 4802
Orlando, FL 32837

Angel Castillo
754e 219th st
2
Bronx, NY 10467

Angel De Jesus
17 Stonehurst Blvd
Freehold, NJ 07728

Angel diaz
1081 breezy oaks oaks
Mansfield, TX 76063

Angel Lascano
827 Green Meadow Dr
Harker Heights, TX 76548

Angel Pena
130 Lord Ave
1
Bayonne, NJ 07002

Angela Ablonczy
4740 Glenn Pine Lane
Boynton Beach, FL 33436

angela givens
685 GAZETTA WAY
WEST PALM BEACH, FL 33413

Angela Thach
2150 E Cook Rd
Grand Blanc, MI 48439

Angelina Sandoval
210 Maplelake Drive
Acworth, GA 30101

Angelina Warren
205 Mckays Point Pl
West Sacramento, CA 95605

Angeline Poulis
203 Montgomery St
Chicopee, MA 01020

Angelo Lo Sciuto
16 Yarrow Road
Milnerton
Cape Town, WC 07441

Angelo Meli
2202 Jefferson Crossing Dr
Conroe, TX 77304

ANH DAO
13352 GILBERT ST
GARDEN GROVE, CA 92844

Anh Dien
16800 lemonia cove
pflugerville, TX 78660

Anh Minh Truong
12110 Lauderdale Dr
Rockville, MD 20852

Anh Ngo
10999 West Fair Avenue
Littleton, CO 80127

anh nguyen
1817 central park loop
morrow, GA 30260

Anh Nguyen
20821 Seth Court
Callaway, MD 20620

anh nguyen
4301 timm dr
saint louis, MO 63125

Anh Pham
952 Koss St
Erie, CO 80516

Anh Pham
952 Koss St
Erie, FL 80516

Anh Pham
4251 SE 122nd Ave
apt 102
Portland, OR 97236

Anh Phung
7640 W STOCKTON BLVD
305
SACRAMENTO, CA 95823

ANH PHUNG
4628 N WOODRUFF AVE
Whitefish Bay, WI 53051

Anh Tran
618 Sonoma Aisle
Irvine, CA 92618

Anh tran
938 GLENSHIRE CT
HERCULANEUM, MO 63048

Anh Tran
8117 Horizon Lake DR, las vegas, NV 8912
las vegas, NV 89128

Anh-Dung Van
5005 S Kaliga Dr
Saint Cloud, FL 34771-7835

ANHDAO NGUYEN
13566 Robyn court
GARDEN GROVE, CA 92843

Anhtuan Bui
771 Morada Ct
Manteca, CA 95336

Anico Buckley
6504 Birch Mill Rd
Bartlett, TN 38135

ANIL ERUKALA
4316 BAYHEAD CT
APT 3A
Aurora, IL 60504

ANIL NANDAM
183 Antila Wy.
Saint Johns, FL 32259

Anish Manuel
1614 Autumn Springs Dr
Missouri City, TX 77459

Anitha Veeramani
2223 Lantana Dr
Melissa, TX 75454

Anitria Scott
9095 River Birch Drive
Biloxi, MS 39532

Anjam Gulati
6617 n ionia
Lincolnwood, IL 60712

Ankit patel
1377 branchwood cir 104
Naperville IL US, IL 60563

Ankit Patel
516 Old hearthstone cir N
Collierville, TN 38017

Ankou Keoula
1125 university ave apt 11h
Bronx, NY 10452

Ankur Jindal
947 e golf rd
apt 2
arlington heights, IL 60005

Ann Kelly
1253 W Jade Dr
Fortville, IN 46040

Ann Nguyen
12647 shoreline dr
San antonio, TX 78254

ANN NGUYEN
11788 CULEBRA RD
6103
SAN ANTONIO, TX 78254

Ann Smith
fvdfdgdfg
Melbourne, FL 90291

Anna Alisiyevich
315 Holmwood drive
Newport Beach, CA 92663

Anna Ingram
3049 W Parkside LN
Phoenix, AZ 85027

Anna Lisette Uy
157 Perry House Rd
Apartment B6
Fitzgerald, GA 31750

Anna Tran
10026 deer track court
Houston, TX 77064

ANNHIEN NGUYEN
246 Montrose Ave, Apt 3
NY
BROOKLYN, NY 11206

Anning Cheng
11865 Tall Timber Dr
Clarksville, MD 21029

Anny Henry
test
test address2
kolkata, AR 90291

Anoop Reddy Sadu
8410 Southern Magnolia Circle
APT 4108
Charlotte, NC 28262

Anousone Homsombath
2843Riverroad
Modesto, CA 95351

Anson Ropp
261 Rainey Rd
Greenville, SC 29609

Anthony Alexion
54 Manor House Dr.
Rising Sun, MD 21911

Anthony Arbour
1036 Bonaire Drive
2834
Altamonte Springs, FL 32714

Anthony Benish
1757 Banchory Ct.
Downers Grove, IL 60515

Anthony Bryant
21827 101st ave
Queens, NY 11429

Anthony Chen
951 W 34th Street
Unit C
Chicago, IL 60608

Anthony Ciambriello
8993 Zevon Court
Lake Worth, FL 33467

Anthony Cichella
5382 Driftwood Ct
Lisle, IL 60532

Anthony Colandrea
944 fern drive
Delray Beach, FL 33483

Anthony Dascoli
65 morrison rd.
windham, NH 03087

Anthony Digrispino
52 WISDOM WAY
Lake St Louis, MO 63367

Anthony Evans
388 Broken Par Dr
Las Vegas, NV 89148-5211

ANTHONY GRAHAM
11915 MARY CATHERINE DR
CLINTON, MD 20735

Anthony Grillo
152 Finlay Street
Staten Island, NY 10307

Anthony Headley
14004 mack wood trail
conroe, TX 77303

Anthony Jondle
13588 County Road P18
Blair, NE 68008

Anthony Lao
1215 Bayswater Ave
Apt 203
Burlingame, CA 94010

Anthony Ledbetter
3375 Spindletop Dr NW
Kennesaw, GA 30144

anthony lee
8730 Free Avenue
JACKSONVILLE, FL 32211

Anthony Lomupo
7025 Bennington Woods Drive
Pittsbugh, PA 15237

Anthony Martinez
39 E 39th St, Apt 8R
Paterson, NJ 07514

Anthony McClinton
7212 W 89th Ter
Overland Park, KS 66212

Anthony Moreau
3054 Slough Creek Drive
Kissimmee, FL 34744

ANTHONY NGUYEN
5939 N Umbra Ct
Tucson, AZ 85741

Anthony Norwood
1109 Waterfall Dr
Jacksonville, FL. 32225
Jacksonville, FL 32225

Anthony Ogunjinrin
4750 prar ridge drive
dallas, TX 75287

ANTHONY OWUSU
38 MAPLE AVE
IRVINGTON, NJ 07111

Anthony Pego
15656 Avebury Manor Pl
Leesburg, VA 20176

Anthony Pena
247 Bailey St
Lawrence, MA 01843

Anthony Pendleton
214 Cody CT
CLARKSVILLEClarksville, TN 37043

Anthony Pleasant
15309 Sherwin Oak
San Antonio, TX 78253

Anthony Richardson
12130 N Founders Shore Dr
Cypress, TX 77433

Anthony Roberts
8 Stony Creek Dr
Conroe, TX 77384

Anthony Sellitti
4911 Sandtyn Dr
Waxhaw, NC 28173

anthony smith
10510 Coloma road
Rancho Cordova, CA 95670

ANTHONY SMITH
6531 S VERNON AVE
SUITE A
CHICAGO, IL 60637

Anthony Valenti
38 Peachstone Gln
West Springfield, MA 01089

Anthony Valles
6400 Schubert Circle
Buena Park, CA 90621

Anthony Walker
4311 White Castle Court
Decatur, GA 30034

antoin montgomery
111 sunrise dr
syracuse, NY 13205

Antoinette Austin
524 Yuma Ct
Fayetteville, NC 28303

Anton Camaj
46121 Jackson Dr
macomb, MI 48044

Anton Konyukhov
230 174th street
Sunny Isles Beach, FL 33160

Anton Reese
4388 richmond court
Stone mountain, GA 30083

Antoni Poux
2201 Gallina Circle
Gallina Circle
COLLIERVILLE, TN 38017

Antonio Echols
17201 shervilla pl
Southfield Southfield, MI 48075

Antonio Gallegos
2501 N Blackwelder Ave
Oklahoma City, OK 73106

Antonio Gonzalez
620 houston avenue
Hampton, VA 23669

Antonio Jenkins
16619 Larch Way
D204
Lynnwood, WA 98037

Antonio Jenkins
16619 Larch Way
Lynnwood, WA 98037

Antonio Lutchman
16890 west derby drive
Loxahatchee, FL 33470

Antonio Miles
705 Benavidez St.
San Ygnacio, TX 78067

Antony Menezes
49476 Seagrass dr
Canton, MI 48187

Anupam Bhattacharyya
719 Hesemann Ridge Ct
Wildwood, MO 63021-3602

Anurag Jain
172 W Hanover Ave
Morristown, NJ 07960

Anusha shagam
3801 table rock drive
FUQUAY VARINA, NC 27526

Anusuya Gunasekaran
13603 56TH AVE SE
Everett, WA 98208

Anzhela Parazyan
420 W Lexington dr
107
Glendale, CA 91203

April Brown
2954 York Place Dr
Walkertown, NC 27051

April Overstreet
104 Cimarron
Antioch, TN 37013

April Ross
21106 Escala Dr
Humble, TX 77338

aragorn horton
23 Farrwood Drive
Haverhill, MA 01835

Aram Bejanian
2125 E Chevy Chase Dr
Glendale, CA 91206

Aram Feriants
350 Lindsay lane
Brookfield, WI 53045

Aras Toraman
364 Park Ave
Fairview, NJ 07022

Aravind Kolanupaka
1901 Masterson Drive
McKinney, TX 75072

Archelle Manliguez
1127 Minnesota Ave
Winter Park, FL 32789

Ardee Magday
12101 Dessau Rd Apt 1208
Austin, TX 78754

Ardit Mishra
7410 N Hoyne Ave
1N
Chicago, IL 60645

Ardit Mishra
7410 N Hoyne Ave
Chicago, IL 60645

Areshabhen Patel
771 Southern Pride Dr
Collierville, TN 38017

Arey Low
76 Florida
Florida, FL 33165

Argenis Rojas
9421 fontainebleau blvd
apt 213
miami, FL 33172

Ari Mercedes
22 Bergen Street
Providence, RI 02908

Ariana Reckenwald
11987 Trevally Loop
Trinity, FL 34655

aric hoang
10638 W pinchot ave
avondale, AZ 85392

Ariel alejo
17419 32nd Ln N
Loxahatchee, FL 33470

Arielle Johnson
87 Luart dr
lillington, NC 27546

Arik Noor
93-19 201st Street
Queens, NY 11423

Arin Banerjee
20311 91st Place South
Kent, WA 98031

Aris Myrick
152 W 141st
New York, NY 10030

Arivazhagan Palani
950 SW 163rd Ave Apt 534
Beaverton, OR 97006-6706

ARKADIUSZ FRYZLEWICZ
34 macarthur ave
lodi, NJ 07644

Arlene Eckert
107 Barbados Dr S
Toms River, NJ 08757

Arman Belassarov
965 celebration dr
aurora, IL 60504

Arman Dyer
60 Fiji Ln
Poughkeepsie, NY 12603

Armand Koulouzian
2750 Breezy Lake Ln
109
Land O Lakes, FL 34638

Armand Ojeda
175 vance street
Forest city, NC 28043

Armando Cabrales
315 N 4th ST
Tecumseh, NE 68450

Armando Dieguez
1065 SW 8 ST
Miami, FL 33130

Armani Tanelus
24 Tam O Shanter Ln
Boca raton, FL 33431

Armen Seksenyan
1830 N KINGSLEY DR APT208
Los Angeles, CA 90027

Armili Janga
2113 mcdowell rd
Monroe township, NJ, NJ 08831

Armond Shian
10697 W. Centennial Pkwy
3011
Las Vegas, NV 89166

arnold valdez
1641 e warner st
phoenix, AZ 85040

Aron Fierro
1710 SE 34th
Silveroak appt room 235
amarillo, TX 79109

Arshad Jardien
9362 Noble Way
Arvada, CO 80007

Art Lopez
18922 Kilfinan St
Porter Ranch, CA 91326

Artashes Mafyan
7718 amestoy ave
Van Nuys, CA 91406

Artavian Simmons
67 Ridge Crest Drive
Oxford, AL 36203

Arthaniel Guisadio
11010 Lombardy Road
Silver Spring, MD 20901

arthur gill
733 Dublin Drive
wichita, KS 67002

Arthur Marcus
1439 S Bedford St
LOS ANGELES, CA 90035

Arthur Sierputoski
17 Seth Lane
West Tisbury, MA 02575

Artjom Svjatickis
5400 Radford Ave
APT 24
Valley Village, CA 91607

Artur Zmiyov
2310 Columbia Dr
Troy, MI 48083

Arturo Javier Barcenas
1321 Fulton St
2R
Brooklyn, NY 11216

Arulraj Rajasundaram
18 Wayne Terrace
Basking Ridge, NJ 07920

Arun Joseph
7711 NW meadows dr
Stokesdale, NC 27357

Arun Lall
3801 Collins Ave
Unit 603
Miami Beach, FL 33140

Arun Saluja
217 cattle ridge Rd
217 cattle ridge Rd
waxhaw, NC 28173

Arun Varadarajan
8309 Fountain Ridge Drive
Plano, TX 75025

Aruna Gopireddy
8445 Westmore Rd Apt93
San Diego, CA 92126

Arunkumar Pachunoori
736 W Montecito Ave
Mountain House, CA 95391

Arvin Bui
1708 willow bluff drive
pflugerville, TX 78660

Arvin mossadegh pour
910
route 9w
Nyack, NY 10960

Arvind Reddy Pothuganti
4116 Buffalo Clover Dr
Aubrey, TX 76227

Aryaan Bandali
12519 kinmundy ln
richmond, TX 77407

Asad Ali
22821 117th Pl SE
Kent, WA 98031

asadillo bohodirov
616 west archerfield street
meridian, ID 83646

Ashanti Mckenzie
87 prospect st
3
New Britain, CT 06051

Asher Dean
4320 Glendon Place
Valrico, FL 33596

Asher Weisberger
2120 Seabury Ave
Terre Haute, IN 47803

Ashish Rayamajhi
5021 Painswick Pl
Charlotte, FL 28215

Ashish Rayamajhi
5021 Painswick Pl
Charlotte, NC 28215

Ashlei Peoples
6030
Lincolnia Road
Alexandria, FL 22312

Ashley Abraham
5 kingbird Ct
South Barrington, IL 60010

Ashley Escobar
449 e osgood st
long beach, CA 90805

Ashley Martinez
16235 NW 64th Ave
Apt 138
Miami Lakes, FL 33014

Ashley Matandirotya
6 Braemar Avenue, Mt Pleasant
Harare, Harare

Ashley Mulberry
445 East Factory Street
APT 201
Harrodsburg, KY 40330

Ashley Vogt
357 Windigrove Dr
Apt 625
Waynesboro, VA 22980

Ashmit Agrawal
14147 Loyola Ridge Dr
Charlotte, NC 28277

Ashok chakravarthy Bodipudi
255 patroon creek blvd
Apt 4164
Albany, NY 12206

Ashok chakravarthy Bodipudi
24 stacey ct
Cohoes, NY 12047

Ashton DeGering
3520 Sherian Ave
Bossier City, LA 71112

Ashwin Sokke
1830 Meridian Ave
Miami Beach, FL 33139

Asiah Jones
2204 Alteras Drive
Antioch, TN 37013

Asiah Saunders
1925 i st
Rio linda, CA 95673

Asif Mahmood
405 brookridge Dr
apt c
salisbury, MD 21804

Asif Mehmood
3981 mink road
Emmaus, PA 18049

Asim Woodard
1827 Haverford Dr
Allen, TX 75013

Asma R Niazi
18916 celebrity ln
sandy springs, MD 20860

Assael Pladott
7 Christina Ave
Camarillo, CA 93012

Astrit Jahiri
39017 Ledgate dr
Sterling Heights, MI 48310

Atanas Atanasov
212 Capistrane Dr
Cary, NC 27519

Athena McCullee
6500 W 13th Avenue
APT 509
Lakewood, CO 80214

Attique Khan
25 W Randolph St
Apt 1022
Chicago, IL 60601

Atul Bhandari
13205 Ditka Drive
Manchaca, TX 78652

Atulaya Handa
19721 Brassie Pl
Montgomery Village, MD 20886

Aubrey Walker
105 Orleans Ct
Ridgeland, MS 39157

Aureb Jean Baptiste
5548 Arnold Palmer Drive
722
Orlando, FL 32811

Austin Baird
727 W Ridgeline Drive
Lehi, UT 84043

AUSTIN BURCH
4217 W. 76TH ST
CHICAGO, IL 60652

Austin Burch
4217 W. 76th St.
Chicago, IL 60652

Austin Chap
333 Old Billerica Road
Bedford, MA 01730

Austin Chitwood
387 quinn trail
cowpens, SC 29330

Austin Fig
131 Mamaroneck Ave
931
White Plains, NY 10601

Austin Harvey
324 easley Dr
lawrenceville, GA 30045

Austin Heyrend
4302 N. Bristol dr.
Idaho Falls, ID 83401

Austin Jones
1570 East Blackmore Road
Mayville, MI 48744

Austin Knapp
1363 Mac Arthur Street
Blacksburg, VA 24060

Austin Lee
9 Cottonwood Ct
Washington, IN 47501

Austin Manganiello
50 S Xavier St
Denver, CO 80219

austin mcglone
20340 sw blaine st
beaverton, OR 97003

Austin Mendez
1920 Augusta Dr Unit 25
Houston, TX 77057

Austin Tang
6237 N Springfield Ave
Chicago, IL 60659

Austin Toft
1910 McGuffey Ln
LYNCHBURG, VA 24503

Austin Young
30554 185th St.
ONIDA, SD 57564

Avery Ames
11701 cherokee dr
New london, MO 63459

Avery Maxey
39 Juniper Track
Ocala, FL 34480

Awaab Malik
7005 41st ave SE
Olympia, WA 98503

Axel King
432 S Citrus Ave
Escondido, CA 92027

Aydan Kiteley
3117 cody court
Anna, TX 75409

Ayden Smith
433 william st
Downingtown, PA 19335

Ayokunle Osagbami
1004 vanderscile Road
7106
Hutto, TX 78634

Ayowole Omai
8220 Longear Lane
Rosenberg, TX 77469

Ayten Kiles
7612 sw 7th pl
North Lauderdale, FL 33068

AZEEZ TELLA
938 greenhouse dr
Clifton heights, PA 19018

Babajide Dada
10128 Whim Way
Aubrey, TX 76227-4313

Babli Agrawal
225 Walkers Bluff Ct
Charlottte, NC 28173

Bailey Hakari
1475 E Anna Dr
Casa Grande, AZ 85122

Bailey Hewitt
13361 n 131st Ave
Collinsville, OK 74021

Bailey Lord
27406 110th st
Hornick, IA 51026

Bairon Barrios
7400 NW 21st St
Bethany, OK 73008

Balaji Vanam
2408 Simplicity
Irvine, CA 92620

Balakrishna Raju
14621 Little Anne Dr
Little Elm, TX 75068

Balasubramanyam Patwari
12650 shetland walk dr
Lithia, FL 33547

Baldeep Sangha
21 Skarda Ct
Sacramento, CA 95835

Balee Barua
8901 133rd st
Richmond Hill, NY 11418

Baltazar Francisco
400 mccrary
morristown, TN 37814

Bao Do
13234 101st Ln NE
Kirkland, WA 98034

Bao Le
5736 Volsella Place
Sarasota, FL 34231

Bao Ngo
2225 s oertley dr
Anaheim, CA 92802

Bao Nguyen
313 Birch Terrace
Winter Springs, FL 32708

Bao Phan
To 64, Hoa Quy ward
Ngu Hanh Son, Da Nang 00055-0000

Bao Trinh
11522 se 253rd pl
Kent, WA 98030

Baogiang Tran
7174 Crownwest Street
Houston, TX 77072

BaoTrinh Le
10728 West San Juan Avenue
Phoenix, AZ 85037

BARNABAS OKAFOR
707 COWBOYS PARKWAY
APT 3013
IRVING, TX 75063

Barrett Jackson
5210 Long Prairie Rd
Apt 121
Flower Mound, TX 75028

Barry Buckelew
238 Sedgewick Dr
Owens Cross Rds, AL 35763

Barry Furlano
63 Climax Rd
Simsbury, CT 06070

Barry Kirby
2008 BURLINGAME DR SE
huntsville, AL 35803

Barry Lester
614 W Superior St
614 W Superior St
Alma, MI 48801

Barry To
12256 Prinster Drive
Saint Louis, MO 63146

Bartolo Lugo
35 East Clarke Pl
6f
Bronx, NY 10452

Baruch Hoffmann
20 Tokay Lane
Monsey, NY 10952

Basarab Anastasis
507 W Mission St
Saint Marys, KS 66536-1537

Basil Abu-Hamdeh
11047 SW Eschman Way
Tigard, OR 97223

basilio vasquez
1029 Hazelmist Drive
325
Wake Forest, NC 27587

Bassem Yacoube
853 wiget ln
walnut creek, CA 94598

BASSEM YACOUBE
853 Wiget Lane
WALNUT CREEK, CA 94598

BASTIAN WEINHOLD
120 Riverside Boulevard
10H
NEW YORK, NY 10069

Beckie Siu
269 Bieber Drive
San Jose, CA 95123

Behrozuddin Shams
7617 Coffer Ct
Elk Grove, CA 95757

Bekah DeShields
225 Wayne Ave
Narberth, PA 19072

Bekbolot Taalaibek uulu
2829 s union ave
2
Chicago, IL 60616

Bekhruz Uzokov
Mirzo Ulugbek 1-45
Navai, FL 00021-0100

Bekhruz Uzokov
Mirzo Ulugbek
ap block 1 flat 45
Navai, Navai 00021-0100

Bekim Burimi
7809 3rd Ave
2nd Floor
Brooklyn, NY 11209

BELONY ERINE
2278 Okada Ct
ORLANDO, FL 32818

Ben Bashaw
4809 Brandywine
Fayetteville, AR 72764

Ben Cooper
96 Saddleford dr
Fayettteville, TN 37334

ben franz
4201 Hilldale rd
n/a
san diego, CA 92116

Ben Ganger
13-55 Zito Ct
Fair Lawn, NJ 07410

Ben Hatkow
807 Golf Ridge Dr
Dundee, MI 48131

Ben Paron
1600 ne 135th st
710
North miami, FL 33162

Ben Ronen
41736 Bloomfield Path Street
Ashburn, VA 20148

Ben Shoptaw
17178 Futch Way
Westfield, IN 46074

Ben Wolhendler
20 Forest Dr
Lakewood, NJ 08701

Benedict Mendigorin
11331 183RD ST 300
300
CERRITOS, CA 90703

Benjamin Beckley
10124 Walnut Ridge Dr
Midlothian, TX 76065

Benjamin Bishop
4525 Fallon Street
Bozeman, MT 59718

Benjamin Chang
62 Theodore Rd
Newton Center, MA 02459

Benjamin Choi
4114 Ancient Amber Way
Peachtree Corners, GA 30092

Benjamin Datuin
33 Belfield Cove
JACKSON, TN 38305

Benjamin E Goodrich
1711 S 1300 E
Salt Lake City, UT 84105

BENJAMIN GRIMES
996 CITRIONA DR
FERNANDINA BEACH, FL 32034

Benjamin Hidalgo
2006 stonemont ct
allen, TX 75013

Benjamin Jackson
2221 W Dallas St
Apt 239
Houston, TX 77019

Benjamin Jenkins
65 HOWARD ST
Atlanta, FL 30317

Benjamin Liebfried
401 Hollis Rd
Lunenburg, MA 01462

Benjamin Mendoza
380 Rocky Creek Dr
Hampton, GA 30228

Benjamin Mercer
3101 DAVIS LN, APT 9001
9001
Austin, TX 78748

Benjamin Mortensen
921 S. Duke Dr.
Tucson, AZ 85710

Benjamin Mostoufi
161 juanita way
san francisco, CA 94127

Benjamin Nguyen
16823 sedona Springs ln
Spring, TX 77379

Benjamin Sandler
2654 Harmonica Lane
Santa Rosa, CA 95407

Benjamin Soler
446 Auburn Ct
Souderton, PA 18964

Benjamin Vargas
2074 W Pacific Ridge St
Eagle, ID 83616

Benjamin Vogeler
3113 Casa Marina Rd NW
Alexandria, MN 56308

Benjamin Zamora
7096 Nile Way
Arvada, CO 80007

Benjamin Zheng
1317 Michael Ct Fl 2
Bayside, NY 11360

Benji Nguyen
124 124th Ln NW
Coon Rapids, MN 55448

Benny Arechiga
5281 steve st
Jurupa Valley, CA 92509

Benny Levitt
2487 W Sample Ave
Fresno, CA 93711

BEOMYEONG KIM
187 Fairwinds
Fairwinds
Costa Mesa, CA 92626

berikbolsyn zhangbyrbek
1276 s joliet ct apt5208
aurora, CO 80012

Berlin Regisma
2600 nw 89th ave
Sunrise, FL 33322

Bernard Collier
339 Union Blvd
207
Totowa, NJ 07512

Bernard Correa
1266 Bay Harbor Dr
Apt 306
Palm Harbor, FL 34685

Bernard Kishoiyian
5430 Hayden Blvd
Sarasota, FL 34232-5736

Bernard Otabil
713 Hunters Run Dr
Apt C
Brookville, OH 45309

Bernard Quansah
231 scioto ave
Chillicothe, OH 45601

Bernard Sheng
6747 Temple City Blvd.
Arcadia, CA 91007

Bernardo Garza
209 VZ County Road 2221
Canton, TX 75103

Berrin Ozgul
14 Beltane Dr
Dix Hills, NY 11746

Betelhem Gulima
1826 Wigglesworth Way
Woodbridge, VA 22191

Bethwel Shitanda
11009 briaroaks dr
Fort Worth, TX 76140

Betros Tekle
16008 Jamie LN
Unit 3
FONTANA, CA 92336

Betty Dutes
4970 Nw 14th St
Lauderhill, FL 33313

Betty Harris
150 Michael Lane
McDonough, GA 30252

beyan smith
7605 Claiborne Farm Pl
Laurel MD, MD 20707

bezalel pan
4176 Acacia Street
Riverside, CA 92503

Bhabindra Karki
8306 Vernon Ave
Omaha, NE 68134

Bhadresh Patel
508 Orchid Dr
Moosic, PA 18507

Bhargav Reddy Reddy
150 Talmadge Rd
Edison, NJ 08817

Bhaskar Yakkanti
31710 N 24th Dr
phoenix, AZ 85085

Bhavik Patel
3217 Roslyn Court
Folsom, CA 95630

Bhavin Koirala
10216 Toelle Ln
St Louis, MO 63137

bhavin patel
83 DAZZLING COURT
DALLAS, GA 30132

Bhavin Patel
3 Peach ct
Edison, NJ 08817

Bhavin Shah
4533 Ojai Loop
Union City, CA 94587

Bhavinkumar patel
25 Clausen Rd
Edison, NJ 08817

Biagio J Mendolia
75 Highland Avenue
West Islip, NY 11795

bibek byanjankar
5650 w 9th ave
lakewood, CO 80214

Bibhu Poudyal
6 Gracewoods CT
Walden, FL 12586

Biddle Miller
5032 Dorchester Circle
Waldorf, MD 20603

BILAL AHMAD
16 CLARK ST
SELDEN, NY 11784

Billel Bensari
13201 Greenwood ave north apt 208A
Apt 208A
Seattle, WA 98133

billy doan
1815 s stoneman ave
alhambra, CA 91801

Billy Henderson
6515 33rd AV N
St. Petersburg, FL 33710

Bina Gand
1485 hedge street
Allentown, PA 18101

Binhao Wu
51-08 Parsons blvd
Flushing, NY 11355

Binod Gautam
1290 Polo Heights Dr
Frisco, TX 75033

Bishvajit Singh
1210 Route 130 North APT 360
Burlington, NJ 08016

Bishwodeep Karki
6420 CENTENNIAL RD
OMAHA, NE 68157

Blake Berkheimer
9760 Lancaster PL
Boca Raton, FL 33434

Blake Dill
2731 N Amidon Ave APT 3
Wichita, KS 67204

Blake Dirks
8015 w 66th Terrace
Merriam, KS 66202

Blake Halliday
281 woods ave unit 12
12
Islamorada, FL 33070

Blake Hoag
846 south highway 30
Blair, NE 68008

Blake Huber
125 Knollcrest Ave
Morton, IL 61550

Blake Lemoine
521 7th Avenue
Kirkland, WA 98033

Blake Williams
851 Phelps road
Benton, KY 42025

blane Murillo
160 west tyler st
apt 728
Tampa, FL 33602

bmn ghjgbkjhjkk
660 santa
kagy, TX 77493

Bobby Colburn
1650 stardust dr
arnold, MO 63010

Bobby McLaughlin
25 Union Street
Natick, MA 01760

Bobby Saechi
3454 O'connell St
Powell, OH 43065

Bodhi Dark
161 Hart Lane
Nashville, TN 37207

Bodhi Latham
14454 SW Skye Dr
Port St, Lucie, FL 34987

Bogdan Lyashenko
2024 Allen Street
Englewood, FL 34223

Bolaji Kamoru
6028 Tybalt DR
Indianapolis, IN 46254

Bolortuya Kolodziej
Burnside MB
401 S
Los Angeles, CA 90036

Boua Ger Lo
232612 N. 128th Ave
Marathon, WI 54448

Boyang CHEN
13651
flushing, NY 11355

Boyang CHEN
13651 60th ave
flushing, NY 11355

Brad Abraham
39 rigger lane
Levittown, NY 11756

Brad Dugan
2738 Bramblewood Ln
THOMPSONS STATION, TN 37179

Brad McDonnell
1892 Race St
Denver, CO 80206

Brad Petty
19000 Fernando TRL
Austin, TX 78738

BRAD RASMUSSEN
275 Hammond Ln
Providence, UT 84332

Brad Short
4301 Mink Rd
Sarasota, FL 34235

Braden Swisher
149 porth circle
lexington, SC 29072

Bradford Keller
7842 Gray Shoals Dr
Columbus, GA 31904-2122

Bradford Parsons
3621 Wood Dale Rd
Chester, VA 23831

Bradlee Rutledge
55 teal ct
Sant rosa beach, FL 32459

Bradley Buesing
126 RED BLUFF DR
HICKORY CREEK, TX 75065-3617

Bradley Henderson
15 Louws Creek
Aerorand
Middelburg, MP 01055

Bradley Newell
128 S. Acer Loop
Post Falls, ID 83854

Bradley Struve
701 Elk St.
Sabula, IA 52070

Brady Kelley
16234 Pine Thorn Drive
Houston, TX 77095

Branden Kim
3661 Merrill Ave
Apt 269
Riverside, CA 92506

branden ono
po box 398
kurtistown, HI 96760

branden staack
379 Mitchell ridge rd
jonesborough, TN 37659

Brandi Alberts
1618 Constitution Pl.
Rockford, IL 61103

Brandin Jackson
422 Lake Knoll Drive
Lilburn, GA 30047

Brandon Anderson
11414 141 Street
Jamaica, NY 11436

Brandon Bonnette
54 Highland St
Webster, MA 01570

Brandon Brown
3330 Chimney Rock Lane
Sedona, AZ 86336

Brandon Brown
4501 farrcroft drive
Easton, PA 18040

Brandon Carter
458 Marks creek church rd
Hamlet, NC 28345

Brandon Chaffee
1372 LONE OAK BLVD
FORT WAYNE, IN 46818-0051

Brandon Clark
4710 zion church rd
Concord, NC 28025

Brandon Closson
800 The Mark Ln
#1202
San Diego, CA 92101

Brandon Coker
322 Claiborne Street
Pineville, LA 71360

Brandon Danzy
30970 Stone Ridge Dr
Apt 12213
Wixom, MI 48393

Brandon Emmett
13601 W Talan cir
Wichita, KS 67235

Brandon Evans
2417 High Ridge Dr
breevans@hotmail.com, NC 27606

Brandon Gilliam
4 W 122nd St
New York, NY 10027

Brandon Haley
2636 Seabird Drive
Midlothian, VA 23112-4485

Brandon Halliday
972 E 350 S
Kamas, UT 84036

Brandon Hartman
2111 Potomac Pl
Lawrenceville, GA 30043

Brandon Holmes
4170 K Wailapa Road
Kilauea, HI 96754

Brandon Lara
3524 Miramar Dr
Las Vegas, FL 89108

Brandon Lawson
535 Sherwood Circle
Chester, SC 29706

Brandon Li
2401 san gabriel st
Apt 210
Austin, TX 78705

Brandon Linthicum
5201 Bugle Ln
Colleyville, TX 76034

Brandon Martin
1017 Proud Eagle Drive
EAGLEVILLE, TN 37060

Brandon McClain
1411 Northern Brewer Trl
Houston, TX 77008

Brandon Mcgarvey
270 Barnhill Dr.
Folsom, CA 95630

Brandon Mercuri
5 Alder St
Windham, NH 03087

Brandon Miller
370 South Cairns Avenue, Richland Center
Richland Center, WI 53581

Brandon Murria
4821 Chapelle Ct
MARIETTA, GA 30066-1091

Brandon Penner
39629 rd 96
Dinuba, CA 93618

Brandon Provost
2404 Fannin St.
Greenville, TX 75401

Brandon Slevin
32 PRAIRIE DOG RD
Livingston, MT 59047

Brandon SMITH
515 PENNER STREET
BEATRICE, NE 68310

Brandon Soto
4846 Via Sonoma Trail
Converse, TX 78109

Brandon Sparks
2148 Haverhill Ohio Furnace Road
Ironton, Ohio 45638-0000

Brandon Staton
670 Point Hope Lane
Hendersonville, NC 28792

Brandon Tardy
9940 Middle Mill Drive
Owings Mills, MD 21117

BRANDON TARVER
3506 LA CIENEGA WAY
CAMERON PARK, CA 95682

Brandon Whittingham Diedrick
598 Coral Glen Loop
Apt 104
Altamonte Springs, FL 32714

Brandon Wilkinson
1023 Ralph Keen Rd
East Dublin, GA 31027

Brant Goodpaster
4808 Sandy Ridge Lane
Hamilton, MI 49419

Braulio Bravo
18615 E Arrow Hwy
Covina, CA 91722

Braxton Pooler
609 east 180 north
Tooele, UT 84074

brayden lambrecht
3333 harry hines blvd
4133
dallas, TX 75201

braydon KASSELLA
13780 SE 46TH STREET
OKEECHOBEE, FL 34974

Braydon Miks
3331 NE 12th Terrace
Pompano Beach, FL 33064

Breanna Sorrell
10902 Presidential Parkway
Upper Marlboro, MD 20772

breda Karagacha
6241 Rime Village Dr NW
APT 107
Huntsville, AL 35806

Breden Custer
54 Churchman Ln
Carrollton, IL 62016

Brendan Kaag
24 Lakeview Dr.
Morris Plains, NJ 07950

Brendan ORegan
3183 Lapis Beach Dr
Las Vegas, NV 89117

Brendan Scales
540 Enchanted Pkwy
Manchester, MO 63021

Brendan Sheehan
299 E THOUSAND OAKS BLVD APT 423
THOUSAND OAKS, CA 91360

Brent Bergherm
135 County Road 6
Calhoun, TN 37309

Brent Bordic
808 Mallow Rd
Leander, TX 78641

Brent Moffitt
3755 S Juniper St
Palmer, AK 99645

Brent Mulholland
21 Eglin St
Fort Walton Beach, FL 32547

Brent Ruiz
21188 W Almeria Rd
Buckeye, AZ 85396

Brent Strawn
3904 st Augustine
Mustang, OK 73064

Brent Tickel
17 Pappagallo Pt
Aliso Viejo, FL 92656

Brent Turnbow
19401 East 6th Street North
independence, MO 64056

BRENT WILLIAMS
1741 Mcmillon Ave Sw
Birmingham, AL 35211

Brenton Osborn
2235 Frederick Douglass Boulevard
APT 8C
New York, NY 10027

Bret Carter
125 Pine Lake Dr.
Salisbury, NC 28146

Bret Fisher
39 Sycamore Ln
Buena Park, FL 90621-1685

Brett Braden
206 E George St
Saint George, SC 29477

Brett Cavanaugh
3 Quail Drive
Doylestown, PA 18901

Brett Coberly
268 Bradley rd
Valleybend, WV 26293

Brett Gates
2433 Stonesage Rd
Soddy-Daisy, TN 37379

Brett Hapoienu
500 Northeast 14th Street
Moore, OK 73160

Brett Hughes
13278 kibbings road
San Diego, CA 92130

Brett Laflamme
1685 Webster Ave
Merrick, NY 11566

Brett Lehmberg
113 Chisholm Dr
Boerne, TX 78006

Brett Lesniak
192 Brandywine Avenue
Elk Grove Village, IL 60007

Brett Monroe
920 7th Ave
La Grange, IL 60525

Brett Polczynski
5509 Beacon Hill Court
Seven Hills, OH 44131

Brezette Aguirre
16350 S Harbor Blvd apt 308
santa ana, FL 92704

Brian Ahlquist
15577 W La Salle Pl
Lakewood, CO 80228

Brian Albert
2 Waterside Dr, Apt 2
Apt 2
Little Ferry, NJ 07643

Brian Anderson
103 S. Ridge Park Dr.
Magnolia, TX 77354

BRIAN BELL
78 SCHWINN DR
CLARK, NJ 07066

Brian Binns
1943 Rodney Drive, Apt. 209
Los Angeles, CA 90027

Brian Bowen
12258 CR 1067
Anna, TX 75409-8011

Brian Braker
4686 Scenic Vista Dr
Folsom, CA 95630

Brian Brandon
4717 State Highway 148
Mulkeytown, IL 62865

Brian Burton
7202 Rimrock Dr
Tobyhanna, PA 18466-8120

Brian Castaneda
16473 Green tree blvd, spc 49
spc 49
VICTORVILLE, CA 92395-5222

Brian castaneda
16473 Green Tree Blvd. Spc #49
Victorville, CA 92395

Brian Choi
616 Masselin Avenue
Apt. 318
Los Angeles, CA 90036

Brian Christman
3415 Hawthorne Dr N
Wantagh, NY 11793

Brian Colgan
1001 Damascus Cir
Costa Mesa, CA 92626-1608

Brian Crossett
550 East 4th St.
#29
Mountain Home, AR 72653

Brian Dailey
4596 Broad Road
Syracuse, NY 13215

brian dao
1790 pinyon pine dr
sarasota, FL 34240

Brian De Beer
24 Dirkie Uys Street
Malmesbury, WC 07299

BRIAN DELLING
2164 Winston Avenue
Louisville, KY 40205

Brian Druciak
1504 N Dearborn Pwky
110
Chicago, IL 60610

Brian Drzyzga
15 south street
westfield, MA 01085

Brian Farrell
30915 CORTE ARROYO VIS
TEMECULA, CA 92592

Brian Gatson
41 SEYMOUR AVE
Cranston, RI 02910

Brian Gonzalez
5300 Nw 85th Ave
Apt 1505
Doral, FL 33166

Brian Hendrickson
5855 grand ave
Plainfield, IN 46168

Brian Hoang
15610 Western Skies Drive
Houston, TX 77086

Brian Holland
2056 Balsam Gap
Tyler, TX 75703

Brian Huang
1736 20th Avenue
San Francisco, CA 94122

BRIAN LEWIS
26647 STATE ROAD 247
BRANFORD, FL 32008

Brian Mak
746 Wynetta Place
Paramus, NJ 07652

Brian Martin
11000 S Eastern Ave
Apt. 1417
Henderson, NV 89052

Brian Martinez
2268 Lerona Ave
Rowland Heights, CA 91748

Brian Mishler
3219 Sunny Brook Dr
Akron, OH 44312

Brian Murph
11915 NE 4th Ave.
Gainesville, FL 32641

Brian Ng
1137 Applewood Drive
De Pere, WI 54115

Brian Owens
871 Dunning St
Marietta, GA 30060

Brian Oxenreider
1177 East Logan Street
Decatur, IL 62526-4946

Brian Pallini
2804 Breton Woods
Sarasota, FL 34235

Brian Parkman
7475 Grayson Dr
Riverdale, GA 30296

Brian Peck
3737 SW Pumice Ave
Redmond, OR 97756

Brian Perez
3114 kirkwood dr nw
kennesaw, GA 30144

Brian Perrotta
4 Hickory Track Ln
Ocala, FL 34472

Brian Rueda
2737 Jacquelyn Lane
Waukegan, IL 60087

Brian Simons
200 E. Nelson St.
Midland, MI 48640

Brian Simpson
708 GREEN ST.
ROCK HILL, SC 29730

Brian Sloan
8896 N Cottage Canyon Dr
Cedar Hills, UT 84062

Brian Solberg
516 s park ave
Hinsdale, IL 60521

Brian Spruill
4264 Stanfield Ct
Ayden, NC 28513

Brian Stafford
2605 Fairfield St
San Diego, CA 92110

Brian Stoup
15799 South County Road 206
Altus, OK 73521

Brian Tang
1941 Irving Ave
Oakland, CA 94601

brian taveras
3928 dungan street
philadelphia, PA 19124

Brian Taylor
5132 Storm King
Schertz, TX 78108

Brian Tennies
223 S Highland st
Wales, WI 53183

Brian Thomas
3164 Cannock Lane
Columbus, OH 43219

Brian Thomas
3164 Cannock Ln
Columbus, OH 43219-3000

Brian Thomason
1711 Panama Ave.
Emmett, ID 83617

Brian Thomson
1001 Atlantic Avenue
Walworth, NY 14568

Brian Tong
3838 Brandon Park Dr
Garland, TX 75044

Brian Tucker
1350 Garrett Rd
Brandenburg, KY 40108

brian tucker
25 Popmunet rd
east falmouth, MA 02536

Brian Vallieres
2937 Eccleston Street
Celina, TX 75009

Brian Vieira
716 Woodrow Ave
Endicott, NY 13760

Brian Williams
1115 Honholtz Dr
Fort Collins, CO 80525

Brian Zamora
5841 Dunrobin Ave
Lakewood, FL 90713

BriAunna Manns
117 Silver Lake Circle
COLUMBIA, SC 29212-2428

Bridget Moore
2822 Silverdale Rd
Chattanooga, TN 37421

Bridgett Einstein
9437 Venetian Way
Jurupa Valley, CA 92509

Brigita Safai
30421 Mallard Dr.
Delmar, MD 21875

Brittan Donaldson
1605 Oak ST SE A-102
Albany, OR 97322

Brittany Lytle
1200 E Lamar Blvd
Arlington, TX 76011

Brittany Okorie
13816 Lothian drive
Pflugerville, TX 78660

Brittney Lafever
109 mills st
Clinton, KY 42031

brittney smith
316 ridgewood ave
fairfield, AL 35064

Brittney Williams
3204 Perrenial Way
Modesto, CA 95356

Brock Bredy
1841 Kings Xing
Edmond, OK 73013

Brock Davidson
321 north cherokee drive
Polk city, IA 50226

Brock Sheehan
8730 SW Washington Drive
Portland, OR 97223

Brody Miller
3400 Woodcock St
Apt H4
Berthoud, CO 80513

Brong Thao
1447 Avon Street
La Crosse, WI 54603

bronislav berezovsky
1618 west 12 street
1 floor
brooklyn, NY 11223-1144

Bruce Bedrick
6923 E Larkspur Drive
Scottsdale, AZ 85254

Bruce Diedrick
616 renaissance pointe
APT 204
Altamonte Springs, FL 32714

Bruce McConnell
10017 Oakridge Drive
Wexford, PA 15090

Bruno Baseggio Ferri
4266 GreenBriar Ln
Weston, FL 33331

bruno batini
13766 rosbashy aly
Orlando, FL 32827

BRUNO OMAR FLORES
1625 DENSMORE STREET
POMONA, CA 91767

Bryan Arroliga
16626 SW 76th ST
Miami, FL 33193

Bryan Busby
1300 Riverside Road
Roanoke, TX 76262

Bryan Castro
2204 Walnut St
Anderson, IN 46016

Bryan Chin
2417 Saratoga Way
Costa Mesa, CA 92626

Bryan Elmore
7508 Brookview Dr
Frisco, TX 75034-5418

Bryan Essing
1 Elm St E
Highland Lakes, NJ 07422

Bryan Gaynor
3032 Bristol Creek Drive Apt 109
109
Morrisville, North Carolina 27560-0000

Bryan Joseph
3072 Sandstone Circle
Saint Cloud, FL 34772

Bryan Koger
2829 Rambling Way
Bloomfield Hills, MI 48302

Bryan Melan
10124 Gail Ct
River Ridge, LA 70123

Bryan Mitchell
595 yarrow circle
pagosa springs, CO 81147

Bryan Morales
95 Fort Smith Blvd
Deltona, FL 32738

Bryan Ortiz Garcia
3721 31St St
APT 501
Long Island City, NY 11101

Bryan Rodas-Garcia
3534 Mary Ave
Stockton, CA 95206

Bryan Sandoval
1423 W 68th
Los Angeles, CA 90047

Bryan Schurmann
219 Avondale Drive
North Wales, PA 19454

Bryan Spillane
1020 NORTH HIGHLAND STREET
Unit 312
Arlington, VA 22201

Bryan StArmand
1510 Orange Ave
406
Redlands, CA 92373

Bryan Tantisujjatham
171-47 45th Avenue
Flushing, NY 11358

Bryan Trammell
1 Malvern Ave
Richmond, VA 23221

Bryan Uncapher
5305 N MacArthur Bvd
Apt#2008
Irving, TX 75038

Bryan Yeung
180 Santa Clara St.
Brisbane, CA 94005

Bryant Nguyen
886 BUEN TIEMPO DR
CHULA VISTA, CA 91910

bryant siri
30 RICHMAN PLZ, APT 26E
APT 26E
BRONX, NY 10453

Bryce Campbell
5720 S Robberson Ave
Apt C3
Springfield, MO 65810

Bryce Cordoba
6588 Patio Lane
Boca Raton, FL 33433

Bryce Kerr
65 Timothy Leo Court
Fleetwood, PA 19522

Bryce Miescke
4354 S 49th St
Greenfield, WI 53220

Bryce Phuong
3801 Blackford Ave Unit 1
SAN JOSE, CA 95117

Bryce Svalstad
9330 Viento Fuerte Way
La Mesa, CA 91941

Bryler McEwen
4809 Kershaw Rd
Oriental, NC 28571

Bryn Evans
10246 Olympic Blvd
Truckee, CA 96161

Bryson Howe
3280 E Cummings Rd
Salt Lake City, UT 84109

Bryson sharpe
321 Place Saint Julien
US
Covington, LA 70433

Bunly Em
48 BREED ST
Lynn, MA 01902

Burak Akbas
cagdas
istanbul, FL 34560

Burhan Ahmad
32 Moore Dr
Bethpage, NY 11714

Bursmith Taylor
18803 mueschke rd
Tomball, TX 77377

Bushra Ali
30 Grey Wolf Dr
Wheeling, IL 60090

Bushra Shaikh
2658 Kalamer Way
Sacramento, CA 95835

Byron Clements
4108 42nd St Apt 5G
Sunnyside, NY 11104

CAGRI Ozuturk
417 GRAND AVE
BROOKLYN, NY 11238

Cairo Venson
18312 E 50th Pl
Tulsa, OK 74134

Caitanya Kommuru
179 Riverview Trl
Sykesville, MD 21784

Caleb Albertson
650 country side dr
West union, SC 29696

Caleb Barnes
434 Grooms Ln
Louisa, VA 23093

Caleb Dvoracek
127 6675Rd
Montrose, CO 81401

Caleb Jenks
904 W Main ST
Rosebud, TX 76570

CALEB RICH
410 TASHA TERRACE CT
Swansboro, NC, NC 28584

Caleb Sandfort
10300 ne 52nd ct
Vancouver, WA 98686

caleb smith
8284 talc dr
colorado springs, CO 80938

Caleb Soto
3028 Twilight Ln
Monroe, NC 28110

Caleb Yeager
637 N Hampton St
2319
Fort Worth, TX 76102

Calin Lup
4093 N Oceanview St
Orange, CA 92865

Calvin Chau
4021 Steck Ave
Apt 722
Austin, TX 78759

Calvin Nguyen
303 Evergreen Ln
Circle Pines, MN 55014

Calvin Vo
1237 W laster Ave
Anaheim, CA 92802

Calvin Ward
514 N Main St
Statesboro, GA 30458

Calvin Williams
13226 dusty grove ln
sugarland, TX 77498

Camara Smith
2706 10th Ave
Vero Beach, FL 32960

camden robertson
3480 e linda lane
gilbert, AZ 85234

Cameron Arthur
322 Confer Lane
Muncy, PA 17756

Cameron Belcher
3849 Goolsby Rd
Ellaville, FL 31806

Cameron Bickford
3 Woodland Drive
Hudson, NH 03051

Cameron Carlton
6366 Creekshore Ln
Indianapolis, IN 46268

Cameron Hardy
628 S Norbury Ave
Lombard, IL 60148

Cameron Hutson
20 Cedar Ln
Hilton Head Island, SC 29926

Cameron Lee
3011 South 550 West
Columbus, IN 47201

Cameron MacKoul
435 Chandler St
Worcester, MA 01602

Cameron McCarthy
10201 Heather Valley Dr
Bakersfield, CA 93312

Cameron Mirochnik
12221 165th Ave NE
Bothell, WA 98011

Cameron Payne
221 Regency Dr
Liberty, TX 77575

Cameron Spradling
1770 Merriwick Xing
Unit 308
Marysville, OH 43040

Cameron test
40 Road drive
NY, FL 10001

Camille Georges
52 Newton Street
New Bedford, MA 02740

Camilo Torres
36 Planters Place
Greer, SC 29650

Candace McClendon
220 Cross Park Drive
Pearl, MS 39208

Canh Tran
52 Ngo 302 Minh Khai, Hoang Mai
Hanoi 10000

Cara Codekas
1051 Site Drive Spc 12
Brea, CA 92821

Carey Antoon
18010 Oak Creek Pl
Little Rock, AR 72223

Cari Gomez Hernandez
25150 Lemongrass St
Corona, CA 92883

Carina Conley-Garcia
6493 Smithville Ave
Las Vegas, FL 89142

CARL CHAN
1415 67th St
Apt 4B
Brooklyn, NY 11219

Carl Dempsey
101 Maringo Creek Road
Phenix City, AL 36869

Carl Hesterlee
1305 dundee ct
McDonough, GA 30253

Carl Roy
7734 Champion Crk
San Antonio, FL 78252

Carl Salyer
4120 Montwood Ln
Dallas, TX 75229

Carl Velasco
2107 suttergate CT
San jose, CA 95132

Carl-Joseph Cleggs
4029 Fox Trot Drive
Fort Worth, FL 76123

Carla lee
804 joe yenni apt. 19
kenner, LA 70065

Carla Rogers
12 seeley drive
Westampton, NJ 08060

Carlo Beck
46 Summerwood Cove
Benton, AR 72019

Carlo Capil
95 Thicket
Irvine, CA 92614

Carlos Aguilar
2935 calder dr
Trlr 26
League city, TX 77573

Carlos Alburquerque
222 Belgrove DR
Kearny, NJ 07032

Carlos Almanzar
669 W Market St
York, PA 17401

Carlos Avila
32 W Rocks Rd
Norwalk, CT 06851

Carlos Beltre
1103 116 St S
Tacoma, WA 98444

Carlos Casadiego
2634 Little Hill Cv
Apt 112
Oviedo, FL 32765

carlos chun
5152 Aurelia Trl
SUWANEE, GA 30024

Carlos Flanigan
243 County Road 482
Hanceville, AL 35077

Carlos Garrido
7368 Gates Rd
Hixson, TN 37343

Carlos Herrera
2607 Prince George Ave
Apt 3716
Desoto, TX 75115

Carlos Lamas
15442 SW 163RD St
Miami, FL 33187

Carlos Leon
36 Elk Lane
Littleton, CO 80127

carlos leyva
3425 hunterwood dr
colorado springs, CO 80916

Carlos Martinez
2319 South Lotus Avenue
Fresno, CA 93706

Carlos Medina
7702 arezzo ave
orlando, FL 32819

Carlos Mendez
702 SE 47th St Apt 4
Cape Coral, FL 33904

Carlos Neto
5075 Skylark Creek Court
Cumming, GA 30028

carlos perez
37219 parkway dr
beaumont, CA 92223

Carlos Perez
180 Grand Blvd
Brentwood, NY 11717

Carlos Roa Peralta
7515 wyndam rd
pennsauken, NJ 08109

Carlos Salas
13322 Fawn Lily Dr
RIVERVIEW, FL 33579

Carlos Saucedo
814 Caminito Francisco
Unit 2
Chula Vista, CA 91913

Carlos Turner
2622 SW Acco RD
Port Saint Lucie, FL 34953

Carlos Vives
101 SW 117th AVE
Apt 301
Pembroke Pines, FL 33025

Carlson Jeffers
Rutland Vale
Layou, St. Patrick VC0360

Carlton Hooks
5610 W Windsor Ave
Phoenix, AZ 85035

Carmel Lin
1990 15th St
Troy, NY 12180

Carmella Graham
3660 Oakland Preserve Way
apt.3203
Fort. Lauderdale, FL 33334

Carmen Head
16 Calhoun Rd
Unit B
Montgomery, AL 36109

CAROLINA CAMILO
4731 Shannonhouse Dr.
Apt. 109
Raleigh, NC 27612

Caroline Nguyen
4112 sinew ct
las vegas, NV 89129

Carone Sejour Fabe
1409 carriage oak court
Ocoee, FL 34761

Carson Hassildine
855 Stanley Rd
Mattituck, NY 11952

carson martin
4800 sterling way
#103
Mukilteo, WA 98275

Carson Noel
3101 e impala ct
Springfield, MO 65804

Carson Tran
2466 Gristhaven Ln
Buford, Ga 30519

Carter Mckotch
1675 Southwestern Drive
Lakewood, NY 14750

Carven Louisdhon
1121 S Park Rd
Apt#101
Hollywood, FL 33021

Casey Bastien
398 Spur Drive South
Bay Shore, NY 11706

Casey Fulmer
270 Angelita ave
Pacifica, CA 94044

Casey Lightbourn
203 Royalwood Dr
Ebensburg, PA 15931

Casey Martell
2507 NW Arnott Ln
Portland, OR 97229

Casey Shibuya
740 N Kings Rd
Apt 208
Los Angeles, CA 90069

Casey Stallard
6408 pamela street
huntersville, NC 28078

Casey Stein
4704 Washington Drive
Vestal, NY 13850

Casey Stimson
3106 County Line Road
Watkins Glen, NY 14891

Casey Sullivan
2221 Wheeler Drive
Southlake, TX 76092

Casey Thrasher
1441 Auburn Ct
Longmont, CO 80503

Casey Walker
13800 RIDGELAND RD
VANCLEAVE, MS 39565

Cason Harmon
61747 Hosmer Lake Dr
Bend, OR 97702

Castel Saephanh
1648 Filaree Dr
Redding, CA 96002

Catherine Alston
34 Herkimer St
ph
Bridgeport, CT 06604

Catherine Bundy
331 Portico Ct
Tracy, CA 95377

Catherine Ho
10703 St.John Ct.
houston, TX 77071

Cathryn Scoopmire
4950 W. Prescott St.
5507
Tampa, FL 33616

Cathy Do
3585 minto ct
San jose, CA 95132

Catilin Spears
6822 El Monte St.
Prairie Village, KS 66208

Cato Sims
2380 K hi Ave
2011
Honolulu, FL 96815

Cavan Williams
2025 Sandy Springs Rd
De Pere, WI 54115

Cborn Thomas
8742 80th st
Woodhaven, NY 11421

Cecil Doggette
70 MACKENZIE DR
PICKERINGTON, OH 43147

Cedric Dad Alexis
524 22nd St
Apt 6c
Brooklyn, NY 11226

Cedric Vanel TEDOM FEZE
2021 201ST PL SE
Apt 219
BOTHELL, WA 98012

Cedrick Ezealah
7104 Jetty Lane
Houston, TX 77072

Celena Edwards
11 Edwards Place
Valley Stream, NY 11580

Celeste Montero
39 Tamarack St
West Hazleton, FL 18202

Cerlanda Bruce
17423 SE MAINT ST
Portland, OR 97233-4649

cesar castro
1960 Faith Apt D
terrytown, LA 70056

Cesar Lazare Jr
42 Highland Ave
Everett, MA 02149

Cesar Zambrano
202 Lucille St
Marshall, TX 75672

cha yah
3633 nettle creek ct
holiday, FL 34691

Chad Barron
865 Kyle Run Road
Falls Creek, PA 15840

Chad Coburn
1776 Drakes Creek Rd
Hendersonville, TN 37075

Chad Edwards
9700 South Cimarron Road
Mustang, OK 73064

Chad Irving
3850 E Tanglewood Dr
Phoenix, AZ 85048

Chad Pyeatt
426 CR 308
Rockdale, TX 76567

Chad Quillen
107 McGuire Cemetery Rd
Greenup, KY 41144

Chad Wilkin
694 Fox Run Circle N
Newark, OH 43055

chad wilson
9337 miami bluff drive
huntersville, NC 28078

Chad Wong
532 Ivanell Ave
LA PUENTE, CA 91744

Chadwick Grant
19 poplar rd
Amityville, NY 11701

Chae Kim
7000 Hidden Oaks Cir
Clearwater, FL 33764

Chain-Wen Wang
137 Hoffman Ave
Morgantown, WV 26505

Chaitanya Kichannagari
2029 CUPRESSUS CT
ALLEN, TX 75013

Chaitanya Vakkalanka
42915 Cloverleaf Court
Broadlands, VA 20148

Chana Dargan
5607 Bear Rd
C10
North Syracuse, NY 13212

Chanakya Challagolla
115 Warren Street
Harrison, NJ 07029

Chance Suarez-Mitchell
3657 Columbia St
San Diego, CA 92103

Chandan Bukkapatnam
25460 East Euclid Place
AURORA, CO 80016

Chandler Martin
752 Bayside Dr
Unit 401
Cape Canaveral, FL 32920

Chandler Roberts
10401 Road 610
Philadelphia, MS 39350

Chandra kothapally
4008 prickly pear ave
Aubrey, TX 76227

chandra kothapally
4008 prickly pear ave
3219
Aubrey, TX 76227

chandra mothkuri
20855 Houseman Terrace
Ashburn, VA 20148

Chandra Sekhara Reddy Meruva
8167 Wakefield
The Colony, TX 75056

Chanel Rutherford
10577 Hamdem Ave.
Las Vegas, NV 89129

Chang Gwoun
5001 West 136th Street
Hawthorne, CA 90250

channon rothmiller
127 sparks st
philadelphia, PA 19120

Chantal Banahene
320 VILLA SORRENTO
FLAT 10
HAINES CITY, FLORIDA 33844-0000

Chapman Caver
355 Crangle Rd
Rossvile, TN 38066

Charef Tekouk
1127 Falling Rock PL Durham 27703 NC
Durham, NC 27703

charity Fairchild
3150 Wilshire Blvd. Apt #2312
Los Angeles, CA 90010

Charity Moore
19 Dansey Circle
Durham, NC 27713

Charl Smit
44 Rose street, Riviera
US, FL

Charles Brown
11421 S James Ave
Jenks, OK 74037

CHARLES DEROSCAR
13670 Ridge View Ln
Edmond, OK 73025

Charles Ellis
178-45 145th Avenue
Jamaica, NY 11434

CHARLES ENNIS
4702 francell ct
LOUISVILLE, KY 40272

Charles Ferrara
2998 N Tanner Rd
Orlando, FL 32826

Charles Gangloff
1521 Kara Court
Fayetteville, NC 28304

Charles greene
130 Sand Pine Court
Springfield, GA 31329

CHarles Guillaume
2907 Bogota Ave
Cooper City, FL 33026

Charles Hill
613 Red Tails Dr
Austin, TX 78725

charles kassotis
750 Whittier Rd
Grosse Pointe Park, MI 48230

Charles Kim
411 S Normandie Ave
Los Angeles, CA 90020

Charles Lee
1138 Loxley Pl.
Walnut, CA 91789

Charles Lozada
1034 Midway Road
Northbrook, IL 60062

Charles Shaw
856 Evesham Ave
Baltimore, MD 21212

charles sims
1145 Eldredge circle nw
Cleveland, TN 37312

Charles Ward
15 Gloucester Court
Reisterstown, MD 21136

Charles Whitehead
1805 Clinton street
Linden, NJ 07036

Charlie Brown III
624 GENEVA AVE
apt B
chesapeake, VA 23323

Charlie Cortina
7009 Crestmont Ave
Oklahoma City, OK 73132

Charlie fernandez
2003 plainfield pike
johnston, RI 02919

Charlotte Triplett
202 Jefferson Street
DeQuincy, LA 70633

Chase Amdahl
1012 E 7th St
Webster, SD 57274

Chase Cardwell
6821 Vista Roma Ave
Las Vegas, NV 89139

chase meyer
88125 thomas dr
suite a
panama city beach, FL 32408

chau nguyen
1828 lake st
huntington beach, CA 92648

chauthuy tran
14656 Seasons Drive
Centreville, VA 20120

Cheasare Green
po box 128
2101
GOODLAND, FL 34140

Chelsea Deramus
22 legrone drive southwest
Bessemer, AL 35022

Chelsea Guerrero
3221 Crested Moss Ave
North Las Vegas, NV 89081

chelsea white
13040 tampa oaks blvd
temple terrace, FL 33637

chen sang
1651 s dobson rd
mesa, AZ 85202

Chengyu Xie
4431 KETCHAM ST
FL 1
ELMHURST, NY 11373-3638

cheol ahn
209 Plank Bridge Way
Morrisville, NC 27560-5743

Cheresse Andrews
603 Rumford Ct
Glen Burnie, MD 21061

Cherie Saminto
13304 210 St E
930
Graham, WA 98338

Cherri Jarvis
1411 Linden BVLD
apt 13E
Brooklyn, NY 11212

Cheryl Madden
321 Loma Avenue
Long Beach, CA 90814

chhewang Sherpa
3321 71 st
jackson heights, NY 11372

Chi Tan
82 70th street
brooklyn, NY 11209

chi Truong
6136 raleigh st
Arvada, CO 80003

Chi Truong
1030 Summit Way
Lewisville, TX 75077

Chih Chang Yang
10335 Saint Andrews Ct
Adelanto, CA 92301

Chih kai Yang
430 SW 13th ave
apt 1510
Portland, OR 97205

Chijioke Eze
8652 Haystack Southeast
Caledonia, MI 49316

Chika Ihemadu
2261 Star lilly Ct
Brentwood, CA 94513

Ching Yung Fan
3404 36th Ave
2R
Astoria, NY 11106

CHINMAYKUMAR SHAH
4214 141st St SE
Unit A
Snohomish, WA 98296

Chintan Shah
2747 Suncoast Blend
Odessa, FL 33556

Chiou Lee
4066 Meander Place
Unit #206
Rockledge, FL 32955

Chiquita Evans
2303 Arbor Pointe PL
504
Louisville, KY 40220

Chirag Doshi
1406 Amanda Dr
Weddington, NC 28104

Chirag Vakharia
20280 111th way se
kent, WA 98031

Chisom Agwu
735 lincoln ave
apt 9p
brooklyn, NY 11208

ChiThuan Truong
13009 Innisbrook Drive
Beltsville, MD 20705

Chiu Lung Chan
6606 Variel Ave
Apt M
Canoga Park, CA 91303

Chongzhi Tang
115 green ridge
Irvine, CA 92602

Chris Affannato
1101 Truman Ave
Apt A
Key West, FL 33040

Chris Bizimungu
4402 Silverbrook Lane
D202
Owings Mills, MD 21117

Chris Browder
8285 Saints Delight Rd
Andrews, SC 29510

Chris Castillo
3033 Cherry Knoll Cir
Springdale, AR 72762

Chris Cheatham
114 Pinecrest Cir
San Mateo, FL 32187

Chris Dao
448 West Summerfield circle
Anaheim, CA 92803

Chris Diaz
43 Prospect St
Clifton, NJ 07011

Chris Estilette
7310 Nova Circle
Tampa, FL 36334

Chris Ficorilli
922 Missouri Street
San Diego, CA 92109

Chris Gaddis
221 Rolling Ridge Way
Simpsonville, KY 40067

Chris George
2188 East 8100 South
South Weber, UT 84405

Chris Harris
2202 W Northview Ave
Phoenix, AZ 85021

chris henthorn
310 cherry ave w
PLUM CITY, WI 54761

Chris Herzig
2463 5th street
bullhead city, AZ 86429

Chris Kincaid
2714 Brownstown Road
Renick, WV 24966

Chris Li
614 N 5th St
La Puente, CA 91744

Chris martin
2112 East Gondola Lane
Gilbert, AZ 85234

Chris Pannunzio
32 Main St
Fredonia, PA 16124

chris Perez
147 Leffingwell Ave
Waterbury, CT 06710

chris proctor
200 davey glen rd apt 420
apt 420
belmont, CA 94002

Chris Rossi
666 w hill road
stamford, CT 06902

CHRIS smeirat
15292 Duncan Canyon Road
Fontana, CA 92336

Chris Snipes
103 Weston Way
Cartersville, GA 30121

Chris Tran
6042 Red Rose
San Antonio, TX 78244

chris turley
2129 Upland Ridge Way
Kokomo, IN 46902

Chris Vasquez
30810 Academy Trace Dr
Spring, TX 77386

chris walker
13116 sw 5th st
yukon, OK 73099

Chris Wetmore
296 sampson rd
Boone, NC 28607

Chriselden Walker
8 Belle Ave
Enfield, CT 06082

Chrisma Bruno
5327 pointe vista cir
Orlando, FL 32839

Christen Hobbs
1846 E Rosemeade Pkwy
1067
Carrollton, TX 75007-2600

Christian Baumgartner
35 Poplar Street
Apt 3L
Jersey City, NJ 07307

christian bolea
2729 lisa maria st
burleson, TX 76028

Christian Bose
1645 Patricia Ave
Dunedin, FL 34698

Christian Camama
10422 Candelabra Cactus St
Las Vegas, NV 89141

Christian Carrillo
1401 Blair Street
Laredo, TX 78040

Christian Fetsis
4615 N Lost Horizon Dr
Tucson, AZ 85745

Christian Franco Torres
2569 sandy dune dr
Jacksonville, FL 32233

Christian Gonzalez
1004 s. Nebraska ave
Weslaco, TX 78596

christian gutierrez
589 s spaulding ave
los angeles, CA 90036

Christian Heredia
1083 Lafayette St
Elizabeth, NJ 07201

Christian Hernandez
3643 beckett ridge dr
Humble, TX 77396

Christian Mandigal
4993 Golden Street
POLLOCK PINES, CA 95726

Christian Marquez
858 Daisy Ln
Chatsworth, Georgia 30705-0000

Christian Medina
1503 Sheri Lee
Mission, TX 78572

Christian Morales
1651 E La Habra Blvd Apt6
La Habra, California 90631-0000

Christian PerezSegarte
12677 Nw milestone pl
Port Saint Lucie, FL 34987

christian Rabelo-velazquez
17104 clarann st
B
Melvindale, MI 48122

Christian Smith
76 Siasconset Lane
INLET BEACH, FL 32461

Christian Tucker
2094 Emmet Park Ln
Decatur, GA 30033

Christian walker
1119 W 40th St
APT 1E
Kansas City, MO 64111

Christian Zollman
1900 Franklin St,
Lebanon, OR 97355

Christiano Ronaldo
47 W 13th st, New York, NY 10011
New york, FL 10011

christie delara
2352 E Kesler Ln
Chandler, AZ 85225

Christina Belcastro
12462 Austin Point Lane
Draper, Utah 84020-0000

Christina Ho
4025 Goss Road
Fairfax, VA 22032

Christina Petteway
1980 Kettner Boulevard
San Diego, CA 92101

Christina Rollyson
3008 Evening Tide Drive
Hanahan, SC 29410

Christina Urban
394 Singing tree Ln
Winters Springs, FL 32708

Christine Chiarovano
14 Bergers CT west
Yaphank, NY 11980

Christine Czerwinski
19425 N 36th St
Phoenix, AZ 85050

Christine Zheng
2201 Arbol Way
Prosper, TX 75078

Christophe Allet
8877 Collins Avenue
304
Surfside, FL 33154

Christopher Andino
15812 stonetower st
DAVIE, FL 33331

Christopher Andrade
1012 W Robidoux St
Wilmington, CA 90744

Christopher Armer
2101 B T Sheppard Dr
Marietta, GA 30062

Christopher Baur
2109 Foresthill Road
Alexandria, VA 22307

Christopher Bergen
19029 US Hwy 19 North,
10 C
Clearwater, FL 33764

Christopher Birsan
7003 57th Drive
Maspeth, NY 11378

Christopher Bland
7917 Mandan Rd, Apt 203
Greenbelt, MD 20770

Christopher Breen
2210 W Wabansia Ave Apt 409
Chicago, IL 60647

Christopher Bucci
80 Brigham Lane
Richmond Hill, GA 31324

Christopher Calabria
401 ashridge way
Simpsonville, SC 29681

Christopher Calkins
2928 Cumberland Rd
Cumberland, VA 23040

Christopher Cambon
12973 Del Lago Drive
Astatula, FL 32705

Christopher Canez
12115 West Van Buren Street
Apt. 1524
Avondale, AZ 85323

Christopher Castillo
6522 N Paramount Blvd
Long Beach, CA 90805

Christopher Chin
26 Marinello Terrace
Albany, NY 12209

Christopher Civittolo
230 New Street
Unit 1202
Decatur, GA 30030

Christopher Collins
15511 Castle Park Terrace
Lakewood Ranch, FL 34202

Christopher Cooper
56 adams Lake
Apt 5
Waterford, MI 48328

Christopher Cope
1112 Kirkland Ave
Nasvhille, TN 37216

Christopher Corbin
583 E Market Street
Xenia, FL 45385

Christopher Creamer
103 Hitching Post
Irvine, CA 92620

Christopher Cronin
43 Hunter Street
Glens Falls, NY 12801

Christopher Demarinis
2311 Hidden Maples Pl
Sister Bay, WI 54234

Christopher Diaz
2537 W. Kings Hwy
San Antonio, TX 78228

christopher diveley
105 Conestoga rd
middle river, MD 21220

Christopher Drabner
El James Drive 9237
Fairfax, VA 22032

christopher dudley
9818 Vonna Jo Dr
A
Pensacola, FL 32506

Christopher Engstrand
83 Camara Ct
Elizabetthown, KY 42701

Christopher Fairchild
401 s twin creek dr
Apt 11E
Killeen, TX 76543

Christopher Farrell
1500 Bay Road
Apt S652
Miami Beach, FL 33139

christopher fitz
220 Riverside Drive
#338
jacksonville, FL 32202

Christopher Frazier
14665 Banks Odee Rd.
Newburg, MD 20664

Christopher Fuller
191 Sagewood Drive
Cedar Bluff, VA 24609

Christopher Gamlin
8200 E Jefferson Ave
1910
Detroit, MI 48214

Christopher Gardner
840 Church St
Newark, NY 14513

CHRISTOPHER GIELEN
16730 INNISBROOK LN.
FONTANA, CA 92336

Christopher Griffith
12609 W Orangewood Ave
Glendale, AZ 85307

Christopher Hammang
381 kerry ct
Carol stream, IL 60188

Christopher Hollomon
1003 Forest Home Drive
Houston, TX 77077

Christopher Howard
5543 Mossy Oak Rd.
Moseley, VA 23120

Christopher Hubers
6340 Dolostone Drive
LAKELAND, FL 33811

Christopher Jakobsen
15210 Sandpoint Trce
Alpharetta, GA 30004

Christopher Janecek
1118 2nd ave s
tierra verde, FL 33715

Christopher Johnson
5312 NE 16th Ave
Portland, OR 97211

christopher kelly
1805 n barnes st
PLANT CITY, FL 33563

Christopher Koozekanani
11721 Domain Blvd
Austin, TX 78758

Christopher Kozlowski
12727 109th st N
Largo, FL, FL 33778

Christopher LeValle
170 Buckingham St.
Springfield, MA 01109

Christopher Lilly
2 Overlook Ave
Wilmington, DE 19808

Christopher linn
153 16th st
richmond, CA 94801

Christopher Lopes
13088 SE 47th Ave
Belleview, FL 34420

Christopher Maltbie
14400 rushbrook drive
Edmond, OK 73025

Christopher McClure
254 Sw 9th St
Dania Beach, FL 33004

Christopher moore
3 Rowell Lane
Unit A
Sandown, NH 03873

Christopher Mundahl
5738 Bella Donna Drive
Corpus Christi, TX 78414

Christopher Na
1427 Valley Lake Drive
Apt 562
Schaumburg, IL 60195

Christopher Olson
1724 Clyde Dr
Thief River Falls, MN 56701

Christopher Osorio
181 Stratton Brook rd
Simsbury, CT 06070

Christopher Phan
13342 Cedar Creek Point
Sugar Land, TX 77478

Christopher Reed
12637 w cambridge ave
Avondale, AZ 85392

Christopher Reed
600 NEWMAN CT
EFFINGHAM, IL 62401-6404

christopher Reed
4073 Highway 49 West
Springfield, TN 37172

CHRISTOPHER RODRIGUEZ
4 quesada rd
Ste 102
sullivan, TX 78595

Christopher Saephan
15891 Via Hornitos
San Lorenzo, CA 94580

Christopher Sample
8600 Haskell Avenue
kansas city, KS 66109

Christopher Scott
3930 S ROOSEVELT BLVD
306W
KEY WEST, FL 33040

Christopher Scott
1539 karahill drive
Cincinnati, OH 45240

Christopher Snipes
226 MICHAEL CT
Dallas, GA 30157

Christopher Stevens
226 Brown Road
PO BOX 224
Russell, AR 72139

Christopher Stowe
138 McCracken Dr.
Monaca, PA 15061

Christopher Terry
5263 Black Swan Dr
Apt 203
Lakeland, FL 33812

Christopher Toner
763 Davis Road
ROGERSVILLE, AL 35652

Christopher Ulloth
3144 38th Street
Astoria, NY 11103

Christopher Uy
2045 Silence Drive
San Jose, CA 95148

Christopher Wheat
9450 SW Gemini Dr
PMB 90244
Beaverton, OR 97008

Christopher Wheeler
9179 Shadduck Road
McKean, PA 16426

Christopher White
77 South washington st
Seattle, WA 98104

Christopher wood
1201 birch tree ct
la habra, CA 90631

Christopher Xavier
944 21st Avenue North
Apartment 912
Nashville, TN 37208

Christos Christodoulou
347 eastcounty road
Rutland, MA 01543

Chu Yao Li
9912 Daybreak Gln
Parrish, FL 34219

Chuanhao Lin
2400 Pennsylvania Ave NW
Apt 411
Washington, DC 20037

Chuelmin Lim
12650 Popes Head Road
Clifton, VA 20124

Chuong Tran
2150 Monterey Hwy spc 55
San Jose, CA 95112

Chutikorn Thagoolsawat
4235 Americana Drive
Apt 11
Annandale, VA 22003

Ciara Ruano
10259 Tujunga Canyon Boulevard
Apt 108
Tujunga, CA 91042

Cindy Pham
2537 Carrolwood Rd.
NAPERVILLE, IL 60540

Cindy ThuyLinh Phan
4245 148th Ter N
Loxahatchee Groves, FL 33470

Cinna Phan
1635 Camile Pl
Santa Ana, CA 92703

Cinofila Jackson
5129 Park St
Panama City, FL 32404

Clara Kim
321 Tall Oak
Irvine, CA 92603

Clara Liu
11210 Still Hollow Drive
Frisco, TX 75035

Clara Shim
777 E Valley Blvd
Apt 12
Alhambra, CA 91801

Clarence Caeg
5704 Bender Ridge Drive
McKinney, TX 75071

Claude Callahan
3046 Tressa Avenue
Lorain, OH 44052

Claudia Hernandez
111A Taylor St
Chapel Hill, TN 37034

Claudine Noel
9203 Nw 61st St
Tamarac, FL 33321

Claudiu Voichin
376 Washington St
Vernon Hills, IL 60061

Clayton Caver
6717 Macon Rd
Memphis, TN 38134

Clayton Green
8141 cairn
cordova, TN 38018

Cleotis Cobbins II
7145 E 69th Terrace
Kansas City, MO 64133

cleve baker
435 bond rd danielsville ga, 30633
DANIELSVILLE, GA 30633

Clifford Benion
11270 W. Campanula Dr.
Star, ID 83669

Clifford Pierre
1427 SE 8th Avenue
201
Deerfield Beach, FL 33441

Clifton Wolak
2640 Leavenworth St
Apt 201
San Francisco, CA 94133

Clinton Belt
4537 Poinciana St
Apt 1
Lauderdale by the Sea, FL 33308

Clinton Oka
994 Centennial Avenue
Baldwin, NY 11510

Clinton Tanner
116 maple grove lane
youngsville, LA 70592

Clyde Keller
3908 Swann Avenue
Tampa, FL 33609

coal kolivas
17609 Wildwood ln
Cleveland, OH 44119

Cody Fritts
500 Aspen St
Village Mills, TX 77663

Cody Hall
12645 County Road 194
Bluff Dale, TX 76433

Cody Koehn
825 2nd St W
Hardin, MT 59034

Cody Negri
3221 Enclave Xing
Greenwood, IN 46143

Cody Newell
703 Eagle St
Newberg, OR 97132

Cody Sturma
6485 w 76th place
Arvada, CO 80003

Cody Vance
13159 Iowa Ave Ne
Alliance, OH 44601

Colby Blevins
2 mont vernon drive
Londonderry, NH 03053

Colby McIntosh
8318 Longhorn Ridge Dr
Converse, TX 78109

colby webb
12611 Ragweed Street
San Diego, CA 92129

Cole Brayton
2369 rhomberg ave
Dubuque, IA 52001

cole campbell
1977 Auburn Lakes Dr
Rockledge, FL 32955

Cole Parker
450 Deerwood Court
Grafton, WI 53024

Colin Jones
538 Moss Patch Trail
Jasper, GA 30143

Colin McKeon
109 Fairview Road
Springfield, PA 19064

Colin Neal
113 Ontario Place
Holly Springs, NC 27540

Colin Tennery
1808 Oaklawn Dr
Mena, AR 71953

Collin Hoang
130 S Custer Ave
Clawson, MI 48017

Colton McMasters
7707 e 28th CT
Tulsa, OK 74129

Congxiang Hu
174 N WYOMING AVE
SOUTH ORANGE, NJ 07079

Conner Jessen
1310 East 1st Street
Redfield, SD 57469

Conner Nesbit
351 Via El Chico
Redondo Beach, CA 90277

Connor Fortenberry
16303 Lakefield Place Dr
APT E
Wildwood, MO 63040

Connor Grant
1123 Pompei Ln
Naples, FL 34103

Connor Kastner
65 Loma Linda Drive
Cleveland, GA 30528

Connor Thaxton
1117 N Robinson Ave
Unit 108
Oklahoma City, OK 73103

Connor Timerson
5809 Halifax Ave
Las Vegas, NV 89107

Conor Daly
2637 S Tennyson Way
Denver, CO 80219

Conrad Suen
4902 Canyon Sage Lane
Katy, TX 77494

Constance Owusu
7811 Bella Way
Arlington, TX 76001

cooper matsui
445 Holmwood Lane
Solana Beach, CA 92075

Corbin Clapper
104 J T Drive
Shelby, NC 28150

Corey Breon
2147 West 1610 North
St. George, UT 84770

Corey Buford
1800 Villa Drive
Warrensburg, MO 64093

Corey Calhoun
416 stewart st
apt B
Portal, FL 30450

Corey Maust
Ssss
Gay, In

Corey Riley
5 Northwind Rd, Yonkers, NY 10710 US
Yonkers, NY 10710

Corey Wessel
2309 Walters Ave
Northbrook, IL 60062

Corey Wisdom
313 County Road 929
Bunker, MO 63629

Corey Wolford
1410 N 112th Plaza
#2717
Omaha, NE 68154

Corey Wolford
1410 N 112th Plaza
Apt 2717
Omaha, NE 68154

Cornelius Gilliam
74 Lucy St SE
Atlanta, GA 30312

Cortez Taylor
9422 Leadbrick St
Las Vegas, NV 89143

Cory Calaway
1427 S 41st Dr
Yuma, AZ 85364

Cory Janowski
3625 San Clemente Ave
Las Cruces, NM 88012

Cory Lebsack
rue abdellah aissa
201 James St N
Canda, KS 05000

Cory Mars
1216 Saxon DR
Sparks, NV 89441

Cory Pearson
99 E Christley Lane
Elk Ridge, UT 84651

Cory Weaver
8716 Herr Rd.
Castalia, OH 44824-9252

Cory Whitsett
905 Pepperell Ct
Austin, TX 78753

Cory Williams
501 E Hopkins Ct
Gilbert, AZ 85295

Coskany Alvarado
1386 speers valley rd
Duffield, VA 24244

Coty Spence
889 Francisco Street
1106
Los Angeles, CA 90017

Courtenay Lia
57 Brick Pond Road
Middletown, NY 10940

COURTNEY kalinowski
8777 w frier drive
glendale, AZ 85305

Craig Arthur
5 Kruisbessie, 5
Richardsbay, KZN 03900-0000

Craig Arthur
5 Kruisbessie, 5
5
Richardsbay, KZN 03900-0000

Craig Avellar
60 N Beretania St
#3508
HONOLULU, HI 96817

Craig Enjaian
42142 Mac Rae Drive
Sterling Heights, MI 48313

Craig Mccracken
60 Mccracken RD
Clearfield, PA 16830

Craig Tomlinson
41 Brownstone Way
111
Englewood, NJ 07631

Craig Williams
3131 couch pl
Flushing, NY 11369

Craig Zabokrtsky
419 N Scribner St
Endicott, NE 68350

Craig Zuchelkowski
33 Preston St
Depew, NY 14043-3209

Crisniel Soto
22 Keyes Dr
Peabody, MA 01960

Cristian Borbon
3760 100th st
Corona, NY 11368

Cristian Montoya
5906 66th ave
Riverdale, MD 20737

Cristian Orellana
37-38 103rd St
Corona, NY 11368

cristian quintana
3805 22nd st sw
Lehigh acres, FL 33976

Cristian Sobrino
400 Northwest 112th Avenue
318
Miami, FL 33172

Cristian Villa
3313 s 16th ave
Yuma, AZ 85365

Cristina Paa
1640 Bassett Hound Dr.
Haslet, TX 76052

cristine nguyen
10378s redwood rd
south jordan
south jordan, UT 84095

CRYSTAL CRAWFORD
248 Union Ridge Rd.
Wartrace, TN 37183

Cu Phan
27842 Thackeray Ave
Hayward, CA 94544

Cuimei Wu
843 Washington St
Santa Clara, CA 95050

Cuong Le
Ngo 313 Truong Dinh, To 41 Tuong Mai, Ho
Hanoi 00084

Cuong Ngo
660 Short Oar Ct.
Sanford, FL 32771

Cuong Nguyen
10715 girvan lane
Richmond, TX 77407

Curt Wolfer
3875 Geist Road
E461
Fairbanks, AK 99709

Curtis Epps
3501 Carlyle Dr
CHARLOTTE, NC 28208

Curtis James
27 Sunny Vista CT
Pittsboro, NC 27312

Curtis King
725 n 24th Street
Paducah, KY 42001

Curtis Lo
7466 Hither Way
Sacramento, CA 95822

Curtis Sistrunk
1945 nightsong lane
Opelika, AL 36801

Curtis Yip
166 Seneca Ave
Staten Island, FL 10301

CUU VO
7579 Belgian lion st
las vegas, NV 89139

Cynthia Aidoo
4030 Lyndale Ave
Baltimore, MD 21213

Cyril Nelson
6980 Rooks Ct
Apt 202
Frederick, MD 21703

Cyrus Eslami
643 East 11th St
5A
New York, NY 10009

D. McCann
416 SW 1st Avenue
2109
Fort Lauderdale, FL 33301

Dabin Jeon
6725 223rd pl
Oakland Gardens, NY 11374

Dakey Robinson
64 Lincoln ave
2G
new rochelle, NY 10801

Dakota Gallery
38383 n lakeside pl
antioch, IL 60002

Dakota Garman
173 Manzana Ct Nw
Apt 1C
Grand Rapids, MI 49534

Dakota Nordgren
123 S Bailey St
Lowell, AR 72745

Dale Cesario
2545 Spindlehill Drive Apt 4
unit 107
Cincinnati, Ohio 45230-0000

Dale Isaacs
80 Herring Circle
Durban, KZN 04051-0000

DALE MATNEY
120 holmes ave
SIKESTON, MO 63801

Dale Min
318 N Main St
Milltown, NJ 08850

dale morris
10164 hart branch circle
orlando, FL 32832

Dale Vogel
1426 Kayla Pl., Unit 1
Harrisburg, SD 57032

Dale Yang
1214 Windsor Park Ct
Englewood, NJ 07631

Dallas Cloyd
2025 Clear Sky Court
Temple, TX 76502

Dallas Stanley
3215 Callaway Dr
Nederland, TX 77627

Dallas Walker
1212 Nuuanu Ave
Apt 1704
Honolulu, HI 96817

Dallen Tuddenham
650 N MILL RD
HEBER, UT 84032

Dalton Hewitt
2440 Peaceful Ct
Wildwood, MO 63011

Damian DeSena
1400 COombsville Rd
Napa, CA 94558

Damian Porter
2484 Andes Drive
Statesville, NC 28625

Damian Thao
1447 Avon St
La Crosse, WI 54603

Damien Ford
404 bourbon ln
NAPERVILLE, IL 60565

Damilola Adepitan
13418 Harrow Park Ln
Houston, TX 77049

Damon Arnold
127 Elm Street
ATHENS, PA 18810

Damon Brill
407 Nawata Place
Prospect Heights, IL 60070

Dan Duong
20706 Schoenborn St
Winnetka, CA 91306

Dan Farren
7810 Hermitage Dr
Fredericksburg, VA 22407

Dan Marburger
1526 Kennebeck Pl
Houston, TX 77077

Dan Murray
2916 N. Stowell Ave
Milwaukee, WI 53211

Dan OShaughnessy
119 WEST STATE STREET
Apt A
GENEVA, IL 60134

Dan Truong
9075 Salmon Falls Dr
sacramento, CA 95826

Dan Wheeler
900 East Pecan Street
STE 300-174
Pflugerville, TX 78660

Dana Bray III
506 S. Spring Street
STE 13308 / SMB 46737
Los Angeles, CA 90013

Dana DeLouis
440 Curved Bay Trl
Ponte Vedra, FL 32081

DANA ORISTE
3920 Southwest 48th Avenue
Pembroke Park, FL 33023

Danadin Guevara
5786 lone oak dr sw
5786
mableton, GA 30126

Danadin guevara
5786 lone oak dr sw
mableton, GA 30126

Dancel Bulosan
2331 Wilson St
Honolulu, HI 96819

Dane Dowell III
3832 SE 137th St
Summerfield, FL 34491

Daneisha Buggs
2809 Margaret Drive
Chesapeake, VA 23323

Danial Jaffry
201 s cedar ave
fullerton, CA 92833

Daniel Aguilar
13822 Buxley St
Houston, TX 77045

Daniel Andre
9755 Silver Sky PKWY
#305
Reno, NV 89506

Daniel Astrel
2644 Willowglen Circle
2644
Indianapolis, IN 46229

Daniel Bisic
7157 County Rd 277
Anna, TX 75409

Daniel Blagovisny
2337 Stuart Street
Brooklyn, NY 11229

Daniel Bui
17524 Eric Avenue
Cerritos, CA 90703

Daniel Bushman
19419 Winding Branch Dr
Katy, TX 77449

Daniel Calvaruso
20347 Monteverdi Circle
Boca Raton, FL 33498

Daniel Chao
2526 Great Silver Fir Alley
Chamblee, GA 30360

Daniel Chavez
19810 ivyberry pl
montgomery village, MD 20886

Daniel Chuaire
4272 Northwest 89th Avenue apt 102
102
Coral Springs, FL 33065

Daniel Diosdado
5852 Farm to Market Rd 69
Dike, TX 75437

Daniel Dugas
401 E Pirate St
Longview, TX 75604

Daniel Duran
7901 E Roosevelt BLVD
Philadelphia, PA 19152

Daniel Ellwood
228 Foxglove Dr
Baden, PA 15005

Daniel Espinoza
4137 S 3920 W
West Valley, UT 84120

Daniel Flores
22910 arbor cove lane
richmond, TX 77407

Daniel Force
11917 Myrtle Rock Drive
Riverview, FL 33578

Daniel Garcia
1010 Armor Ave
Pasadena, TX 77502

DANIEL GIBSON
3713 Kendall Rd
Melissa, TX 75454

Daniel Girdler
1210 Via Brigitte
Santa Barbara, CA 93111

Daniel Gonzalez
13426 Walnut St.
Whittier, CA 90602

Daniel Gotvald
31335 Avenida Ximino
Cathedral City, CA 92234

Daniel Govea
413 Yvonne Dr
Rockwall, Tx 75032

Daniel Gray
6382 50th St
San Diego, CA 92120

Daniel Greenleaf
2121 E Warm Spring rd
2007
Las Vegas, NV 89119

Daniel Hamilton
1889 S Elk Way
Aurora, CO 80302

Daniel Hess
304 Palomino Lane
Celina, TX 75009

Daniel Hussey
818 Parkway Drive
Wheaton, IL 60187

Daniel Inskeep
2200 Stirling Rd
Bannockburn, IL 60015

Daniel James
337 Barnhill Loop
Dripping Springs, TX 78620

Daniel Kim
269 W Shore Dr
Marblehead, MA 01945

Daniel Kim
9746 Kashmir Drive
SAN ANTONIO, TX 78251

Daniel Kurlyandchik
2453 Claymont Dr
Troy, MI 48098

Daniel Kwon
11692 Fountain Head Ct
Waldorf, MD 20602

Daniel Le
36 Camelback Ct
Pleasant Hill, CA 94523

Daniel Lechuga
428 W. Roosevelt rd
Donna, TX 78537

Daniel Lunyou
5121 n 40th st, apt B215
B215
Phoenix, AZ 85018

Daniel Maltz
3100 Cardinal Way
Abingdon, MD 21009

Daniel Maris
21051 Kimberly Court
Lake Elsinore, CA 92532

Daniel McCormick
7121 South Wenatchee Way
C
Aurora, CO 80016

Daniel McGuire
916 W College Pkwy
Chicago, IL 60608

Daniel Melean
4626 Rhythm Rd
Kissimmee, FL 34746

Daniel Montesa
625 Georgetown Circle
Fayetteville, NC 28314

Daniel Munoz
3851 sw 52nd Ave
208
Pembroke park, FL 33023

Daniel Murray
1615 Shadow Brook Way
Alpharetta, GA 30005

Daniel Nalazek
248 25th st unit 2066
Ellijay, GA 30540

Daniel Nam
816 s agate st
anaheim, CA 92804

Daniel Negvesky
5016 Darden Ave
Belle Isle, FL 32812-1103

Daniel Nguyen
5998 Noumea St
Cypress, CA 90630

Daniel Nguyen
1717 Ingersoll Street
PHILADELPHIA, PA 19121

Daniel Nikiforov
124 Jason lane
Cumming, GA 30040

daniel oh
37 columbus ave
closter, NJ 07624

Daniel Ornelas
508 Tyrella Ave
Apt A
Mountain View, CA 94043

Daniel Pelepelin
138 Commodore Drive
Staten Island, NY 10309

Daniel Percy
1099 Sioux St
South Lake Tahoe, CA 96150

Daniel Pidancet
23610 Via Delfina
Valencia, CA 91355

Daniel Pollack
22020 nisqually rs
10
Apple valley, CA 92308

Daniel Rangel
146 sidney st E.
Saint paul, MN 55107

Daniel Richardson
8813 ne 16th way
Vancouver, WA 98664

Daniel Romero
1232 E willow St
Anaheim, CA 92805

Daniel Russell
4303 Lehigh Laural Ln
Decatur, GA 30034

Daniel Ryan
3385 County Road 464
Elgin, TX 78621

Daniel Sanchez
2159 white st
101
York, PA 17404

Daniel Seryani
5900 Center Drive
Los Angeles, CA 90045

Daniel Shaw
349 E Forestwood St
Morton, IL 61550

Daniel Smee
1 Sadowski St
East Brunswick, NJ 08816

daniel speer
6745 North Clark Street
4s
chicago, IL 60626

Daniel Trewella
10135 Montrachet Dr
Baton Rouge, LA 70817

Daniel Veksler
1234 E Becker Ln
Phoenix, AZ 85020

Daniel Vesper
11201 GEORGE RENFRO DR
Lillian, TX 76061

daniel vickery
5522 skyline dr
owensboro, KY 42301

Daniel Vo
2905 Lakeview Point
Fort Smith, AR 72903

Daniel Walker
155 Woodland Drive
Jonesborough, TN 37659

Daniel Wheeler
907 Parkcrest Ct
Pflugerville, TX 78660

Daniel Wilson
1003 Fallow Road
Mount Juliet, TN 37122

Daniel Witham
5040 Kinderston Rd
Holly Springs, NC 27540

Daniel Yoo
8042 Poplar Grove Ln
Powell, TN 37849

Daniel Zolman
1141 E Hatch Row
Saratoga Springs, UT 84045

Daniela Botache
500 sheridan ave
Kenilworth, NJ 07033

Daniela Group
449 Ben Hur Rd Apt 1113
Baton Rouge, LA 70820

Danielle Bumber
1700 Tiltons Corner Road
Wall, FL 07719

Danielle Coscarelli
642 Mountainside dr
Waynesville, NC 28786

Danielly Costa
2100 4th st
Apartment C
San Rafael, CA 94901

Danika Geathers
4904 Wilkie Way NW
Acworth, GA 30102

DANIKLE DEFREC
calle candelabro primero centro
numero 5
sevilla, FL 41006

Danko Yordanov
1750 N Bayshore Dr
Miami, FL 33132

Danny Cheng
91-24 43rd Avenue
APT1
Elmhurst, NY 11373

Danny Diaz
657 53rd st
Brooklyn, NY 11220

Danny Hoang
1212 Pitner Ave
EVANSTON, IL 60202

Danny Lee
2700 Croton Rd
Apt
Melbourne, FL 32935

danny lei
954 W Thornton Ave
Hemet, CA 92543

Danny Mathew
521 Windy Knoll Dr
Murphy, TX 75094

danny nguyen
268 duffy court
san jose, CA 95116

danny pham
12691 jackson street
Garden Grove, CA 92841

Danny Solorzano Ayala
460 California st
2
Salinas, CA 93901

Danny Vo
2457 HARRIS TER, HARRISBURG, PA 17104 US
harrisburg, PA 17104

Dante Santoro
10207 Meredith cir
104
Burke, VA 22015

Danya Mohr
8034 22nd Avenue NW
Seattle, WA 98117

DAO DANG
N92W17455 APPLETON AVE
LOT 1
MENOMONEE FALLS, WI 53051

Daren Hampton
21985 Arbor Ln
Farmington Hills, MI 48336

Daren Lilly
29112 Azara St
Murrieta, CA 92563

Darian Pena
195-09 119th Ave
Saint Albans, NY 11412

Darin Voss
914 Boucher Ave
Annapolis, MD 21403

Darion Ruiz
367 Country Club Drive
Apartment 05
Simi Valley, CA 93065

Daris Rahman
84-39 130th St
Kew Gardens, NY 11415

Darius Brown
118 SAINT ANTHONY ST
GREENVILLE, MS 38701

Darius Thrower
47 Harmony Grove pkwy
Acworth, GA 30101

Darius Webb
629 Mill Creek Trail
Jonesboro, GA 30238

Dariusz Boguski
125 Chestnut st.
Garfield, NJ 07026

DARKHAN MUKTARBEK
20977 Uptown Ave
Apt 507
Boca Raton, FL 33428

Darlene Albert
6109 NW 124TH Drive
Coral Springs, FL 33076

darrel castellano
1459 chavez way
san jose, CA 95131

Darrell Brunner
14301 S Birchdale Dr
Homer Glen, IL 60491

Darrell James
344 cascade bend dr
Ruskin, FL 33570

Darrell welcome
3835 Cherry Ave
Long Beach, CA 90807

Darren Hall
1427 Tulane Drive
Richmond, TX 77406

Darren Ross
510 Lamp Post Ln
Camp Hill, PA 17011

Darren Tarrant
15861 Goliad Loop
Temple, TX 76502

Darrin McCormick
861 Cuba St
Toledo, OH 43615

Darryl Pearsall
149 christian chapel rd
Hampstead, NC 28443

darshak shah
21 apache way
westford, MA 01886

darshan ghimire
1442 Galaxy Dr
Beaumont, CA 92223

darshan patel
44 Lexington Rd
Monmouth Junction, FL 08852

dashaun stallworth
6 glenwood lane
HUNTINGTON, NY 11743

Dat Chau
50 3rd street
Colchester, VT 05446

DAT LE
12 Ho Xuan Huong, Tan An, Lagi, Binh Thu
VN 64106

Datiemudor Okori
13537 49th Street N
West palm beach, FL 33411

Dauntee Tinnin
38 Tonto Apache Reservation
Payson, AZ 85541

Dave Hibson
16627 Crystal Glade
San Antonio, TX 78247

Dave Jean-Phillippe
9327 Kings Hwy
1E
Brooklyn, NY 11212

David Aburto
445 E 55th St
Apt.5
Long Beach, CA 90805

David Alarcon
10918 Lazy Oaks Dr
San Antonio, TX 78217

David Almanza
789 N Tejon Ave
Colton, CA 92324

David Almquist
49 Lodgepole Pine Ln.
Waynesville, NC 28785

David Andersen
644 N Oaklawn Ave
Elmhurst, IL 60126

David Bailey
1310 southfield Rd
Evansville, IN 47715

david Berube
1478 Ludlow Road
Ludlow, ME 04730

David Bierwert
7116 NAAKEA STREET
Honolulu, HI 96825

David Blackwell
207 Benson Dr
Travelers Rest, SC 29690

David Boakye-Danquah
7118 Hermiston
CHARLOTTE, NC 28273-0397

David Cabeceiras
36 pocono dr
Warwick, RI 02888

David Cantu
103 Grantham Dr.
San Antonio, TX 78218

David Chen
41-11 Judge Street
Elmhurst, NY 11373

DAVID CHIN
986 Natchez Dr
Walnut Creek, CA 94598

david cservenyak
221 nantucket ct
wilmington, NC 28412

David Daavettila
3300 124th street
Pleasant Prairie, WI 53158

David Dosier
17690 Oakwood Dr
Spring Lake, MI 49456

David Duey
1230 Oaks Edge Rd.
Tallahassee, FL 32317

David Dydson-Dzissah
11816 Boland Manor Drive
Germantown, MD 20876

David Farrar
5224 E Iridium Way
San Tan Valley, AZ 85143

David Favela
7701 Eagle Lake Ave
Las Vegas, NV 89147

David Fingerhood
Po box 156
Philo, CA 95466

David Fontenot
1492 SINCLAIR AVE
CHATTANOOGA, TN 37408

David Francisco
1201 Sanders Ave NE
Fort Payne, AL 35967

David Fuentes
4701 Waterview Cir
Palm Springs, FL 33461

David George
7248 Montgomery Rd Apt 3b
Elkridge, FL 21075

David Gerringer
2516 Rio Lisbo Ct
Punta Gorda, FL 33950

David Hall
7508 RedBud Villas Court Unit B
Oklahoma City, OK 73169

David Hart
2312 Sunset Blvd
Steubenville, OH 43952

David Hartley
584 Galera Ln
Mount Pleasant, SC 29464

David Hays
5728 N Hemlock St
Spokane, WA 99205

David Henry
915 15th ST
Dickinson, TX 77539

David Henselman
28975 live oak circle
trabuco canyon, CA 92679

DAVID HIBSON
16627 Crystal Glade
San Antonio, TX 78247

David Ho
6903 Seascape Dr
Grand Prairie, TX 75054

David Hodge
2783 El Tivoli Dr
Dallas, TX 75211

David Hoppe
877 AUGUSTA DR
OREGON, WI 53575

David Iago
2257 Hardin Bottom River Rd.
PO Box 320
Clifton, TN 38425

David Jaber
25 Ellington lane
Fletcher, NC 28732

David Johnson
-
-
-, - -

David Johnson
4740 Glenn Pine Lane
Boynton Beach, FL 33436

David Kaplan
1778 E 21 st
brooklyn, NY 11229

David Knutson
26026 103rd Street NW
Zimmerman, MN 55398

David Krawchik
8009 Harper Rd
Hixson, TN 37343

David Kyeremeh
4409 Windflower Way
Bowie, MD 20720

David Lee
3210 Las Faldas Dr
Fullerton, CA 92835

David Lee
146 Monroe Center St NW
Apt 16C
Grand Rapids, MI 49503

David Lemons
3131 N 84th Pl
Scottsdale, AZ 85251

david lemus
106 ne 24th ter
cape coral, FL 33909

David Lewis
2082 Whiteford Road
NA
Whiteford, MD 21160

David Lim
9524 Clocktower Lane
Columbia, MD 21046

David Lineberry
9 breezy Hill Ct
M
Cockeysville, MD 21030

David Littlebear
1036 foxhollow tr
canton, GA 30115

David Loetz
119 Alta Mesa Court
Moraga, CA 94556

David Maldonado
600 Red Oak AVE 619
Albany, CA 94706

David McCrum
3622 Anglebrook Ct
Toledo, OH 43611

David Mclaughlin
248 Westberry Circle
Tallmadge, OH 44278

David Medina
15816 Willow Dr
Fontana, CA 92337

David Mitchell
295 Grove st
Westwood, MA 02090

David Nadeau
11690 N Copeland Ln
Flagstaff, AZ 86004

David Nathanson
6211 W NW Hwy
G103
Dallas, TX 75225

david ney
4938 hwy 49s
harrisburg, NC 28075

David Osborne
8126 Amarillo Drive
Indianapolis, IN 46237

David Padworny
117 West 15th St. 1FW
New York, NY 10011

David Pagan
92-759 palailai st
Kapolei, HI 96707

david park
515 w johnson dr
gilbert, AZ 85233

David Patrushev
1909 104th ave E Unit y303
Edgewood, WA 98372

David Penn
4520 SW 103RD PL
OCALA, FL 34476

David Perez
130 Kenyon Dr
Vacaville, CA 95687

David Plese
21115 magnolia ln.
Elwood, IL 60421

David Powell
47 N Warbler Bend Cir
Spring, TX 77382

David Rehm
208 Three Islands BLVD
APT 304
Hallandale Beach, FL 33009

David Rugomwa
1859 w deanne st
Fayetteville, AR 72703

David Rundengan
27431 San Bernardino Ave
197
Redlands, CA 92374

David Ruvalcaba
1600 2nd st
Laporte, IN 46350

David Rytlewski
18455 Kenna DR
Clinton Township, MI 48035

David Rytlewski
18455 Kenna Dr
Clinton Towmship, MI 48035

David Samples
12215 Forsythe Drive
Austin, TX 78759

David Santos
192 Bunker Ave
2
Meriden, CT 06450

David Schanzlin
368 East. Main St
Fredonia, NY 14063

David Senor
112 Mill Acres Dr
Lynchburg, VA 24503

David Slayback
2359 Cheshire Woods Rd
Toledo, OH 43617

David Sloan
2529 Rio Grande St.
37
Austin, TX 78705

David Smith
1700 Abigail Ln
Anna, TX 75409

David Soto
99 Tower Mustard Court
Henderson, NV 89002

David Sovey
3234 Southford Manor Ln
Katy, TX 77494

David St Lawrence
358 Anna Dora Way
Meridianville, AL 35759

DAVID SUDDUTH JR
19126 HWY 321
CLEVELAND, TX 77327

David Tejada
111 Bodem st
Modesto, CA 95350

David Terk
7061 NW 71ST TER
Parkland, FL 33067

David Thomas
140 Wildwood Drive
Granville, OH 43023

David Trinh
3226 Guillermo Pl
Hayward, CA 94542

David Trinh
2707 Glen Loman Way
San Jose, CA 95148

David Tze
7217 S 33rd Ln
Phoenix, AZ 85041

david vallone
1111 Chesapeake Drive
Mansfield, TX 76063

David Vergara Chaverra
1930 Topanga Skyline dr
Topanga, CA 90290

David Yanez
156 Cannon Road
Freehold, NJ 07728

David Yu
4612 162nd St
Flushing, NY 11358-3641

DAVID ZAJAC
48 BETHS AVE
UNIT 37
BRISTOL, CT 06010

David Zamora
1760 n nellis blvd
Las vegas, NV 89115

Davin Chau
2912 E 29th St
Oakland, CA 94601

Davion Havior
145 Black Springs Road Ne
Lot a
Milledgeville, GA 31061

Davis Murphy
2520 Grey Paw Ct
Raleigh, NC 27603

Davis Mwangi
1904 Mesa Street
Bellevue, NE 68123

Dawensky Lindor
2687 Forest Ave
East Meadow, NY 11554

Dawson VanderLugt
254 Wing Ct
Northville, MI 48167

daymian mejia
10753 palms
Palms, CA 90034

daymian mejia
10753 palms
apt 4
Palms, CA 90034

Daymian Torres
15544 La Monde Street
Hacienda Heights, CA 91745

Dayquel Malave
4483 Foxtail Ln
Weston, FL 33331

Dayton Kidwell
217 East Saint Joe Road
Sellersburg, IN 47172

DDa Acton
1812 N. Oakhill Rd
Bethany, OK 73008

dddcs sdsdds
222
asddc
samoa, Samoa

Dean Lindberg
10400 ne 53rd Street
Vancouver, WA 98662

dean lindberg
10400 ne 53rd street, unit 44
vancouver, WA 98662

Dean Nagel
540 Newcastle Rd
New Lenox, IL 60451

Dean Seng
4013 E Hashknife Rd
Phoenix, AZ 85050

DeAndre Taylor
226 Woods Edge Drive
Shiloh, IL 62221

DeAndrea Boyd
15613 Florwood Ave
Lawndale, CA 90260

Deaun Harris
86 horizon vista blvd
Belen, NM 87002

Debasree Nanda
1303 275th Pl SE
Sammamish, WA 98075

Debi Stevens
7243 SW Capitol Hwy
Portland, OR 97219

Deborah Oluyori
5903 w Georgetown ln
Spokane, WA 99208

Deedy FANG
2218 North 2nd Avenue
Upland, CA 91784

Deep Patel
6309 Taylor Pond Lane
Bedford, MA 01730

Deepak Dhake
8555 Saturn St Apt 101
Los Angeles, CA 90035

Deepthi Kucharlapati
17211 Hindsight dr
cary, NC 27519

Deepti Reddy Garlapati
2618 236th ST SE
Bothell, WA 98021

Deih Vosika
679 Cook Ave E
Saint Paul, MN 55106

Deiondra Anthony
504 Joseph St
Slidell, LA 70458

Deison Demosthene
20500 Sw 118th Pl
Miami, FL 33177

DeJon King
628 Warren Glen rd
Bloomsbury, NJ 08804

Dekairius Harden
3661 Airport Blvd
Mobile, AL 36608

dellano robinson
3006 72nd street w
Lehigh Acres, FL 33971

Delon Brown
376 Al Gray Rd
Timberlake, NC 27583

Demetra Smith
1380 W 112th St
Apt 206
Cleveland, OH 44102

Demetrius Cotten
19061 walden st
202
Clinton Township, MI 48038

Demetrius Moore
524 Garrisonville Rd
Unit 355
Garrisonville, VA 22463

Demetrius Moore
524 Garrisonville Rd
#355
Garrisonville, VA 22463

Demin Zhuang
8 Morris circle
Wolcott, CT 06716

Demonte Campbell
522 armour st
Davidson, NC 28036

Denilson Seraphin
401 Princeton ave
Rahway, NJ 07065

Denis Hamilton
2085 Village Lane
Solvang, CA 94643

Denis Thibeault
18 Ormond St
Worcester, MA 01609

Denise Anderson
25811 Interlechen Drive
Menifee, CA 92586

Denise jordan
801 Mitchell Drive
Vidalia, GA 30474

Deniz Manisali
6114 South Ainsworth Avenue
Tacoma, WA 98408

Dennie Vos
2821 Vuelta Grande Avenue
Long Beach, CA 90815

Dennie Williams
203 Se 11th ST
203 SE 11TH ST, BENTONVILLE, AR 72712, AR 72712

Dennis Archer
3175 Keller Lane
Oxford, NC 27565

Dennis Arciosa
3254 Ida Drive
Concord, CA 94519

Dennis Huang
3675 Meadow Ln
North Bergen, NJ 07047

Dennis Lam
400 Danimere Avenue
Arcadia, CA 91006

Dennis O'Dell
6845 Camarin Street
Coral Gables, FL 33146

Dennis Schuman
8340 Century Point Drive South
Jacksonville, FL 32216

Dennis Tran
4340 E Indian School Rd Ste 21-275
Phoenix, AZ 85018

Dennis Wood
610 West Spruce Street
139
SEQUIM, WA 98382

Dennis Wu
5110 Evergreen St
-
Bellaire, TX 77401

Dennis Wu
5110 Evergreen St
Bellaire, TX 77401

Denny Lee
3321 Sturbridge Ave
Easton, PA 18045

Denny Tran
938 glenshire ct
HERCULANEUM, MO 63048

Denver Nowicz
8630 West Avenida Del Sol
Peoria, AZ 85383

denys zhytariuk
110930 116th ave NE
apt 405
kirkland, WA 98033

Denzel Josh Directo
9439 Berkshire Ln
Vallejo, FL 94591

Dereck Moorley
5470 27th Ave. SW
Naples, FL 34116

Derek Bales
959 7th Ave
Apt 8
Longview, WA 98632

Derek Brown
777 E. Stella Lane
Apt. 252
Phoenix, AZ 85014

derek brown
10 bryn mawr pl
yonkers, NY 10701

Derek Cabrera
679 West 239 st
2L
Bronx, NY 10463

Derek DeForrest
1611 West Crocus Dr
Radcliff, KY 40160

Derek Raabe
3318 N 18th Ave Apt 25
Phoenix, AZ 85015

Derek Schroeder
10314 Cactus Hills
San Antonio, TX 78254

Derek Siefarth
3416 Jericho Pl
Apopka, FL 32712

Derek West
8212 Tahona Drive
Silver Spring, MD 20903

Deric Buck
51 Wincrest drive
Queensbury, NY 12804

derick pinheiro
8 murray rd
malden, MA 02148

Derrek Tran
9851 Bolsa Avenue, spc 164
Westminster, CA 92683

derrick atkins
233 Topeka dr
PHOENIX, AZ 85027

Derrick Bradford
4544 LaSalle Street
New Orleans, LA 70115

Derrick Doumit
4207 Sarah Street
New Iberia, LA 70563

Derrick Glenn
1801 US HIGHWAY 17 S
LOT 24
FORT MEADE, FL 33841

Derrick Niu
6947 Carmelito Loop NE
Albuquerque, NM 87113

Derrick Tran
515 E Dryden St
Glendale, CA 91207

Derrold Barry
911 harcourt ave.
F
Seaside, CA 93955-5340

desdria rodgers
5096 white oak
smyrna, GA 30080

DeShon Shepherd
2042 Crosby Drive
Forney, TX 75126

Desman Ray
3406 Clarke RD
Memphis, TN 38115

Desmond Batiste
3256 Riverstone Dr
Augusta, GA 30907

Dessalegn Cheru
1826 Wigglesworth Way
woodbridge, VA 22191

DEUNTE STEWART
2407 Shea Drive
Macon, GA 31206

Dev Hari
1465 Maravilloso Loop
Windermere, FL 34786

Dev Patel
24882 Summerwind
Dana Point, CA 92629

Dev Patel
3107 Rustic Charm Way
Knoxville, TN 37921

Devarta Monroe
134 Gibbs Rd
Maiden, NC 28650

Devean Garcia
9150 Heather Street
Rancho Cucamonga, CA 91701

Devin Braga
60 Sherborne Street
East Taunton, MA 02718

Devin Brown
2137 NW 16TH PL
Cape Coral, FL 33993

Devin Burns
4105 Clapton Dr
Lancaster, SC 29720

Devin Hoang
788 Airlie Dr
Stone Mountain, GA 30083

Devin Isufi
5009 Royal Lytham
Columbia, MO 65203

Devin Koy
111 main street
San antonio, TX 78229

Devin Tripp
4322 Brightwood Dr
Houston, FL 77068

Devon Kyle
7190 W Sunset Blvd
1424
Los Angeles, CA 90046

Devontay Dobbins
6160 mahaffey road
Unit 203
Fort Myers, FL 33966

Dewald Van den Berg
77 Van Zylstreet
Brandfort, FS 09400

Dewana Carter
4550 Tuscan Loon Dr
Tampa, FL 33619

Dewayne Thomas
112 Lancaster Ct
Gallatin, TN 37066

dewei zhang
25006 gingerbush lane
tomball, TX 77375

Dexter Battle
408 Oak Brook CT SE
Smyrna, GA 30082

Dexter Hogan
47 Bergen Street
Paterson, NJ 07522

dgiovany antoine
1326 tribune ave elmont new york
elmont, NY 11003

Dhanalekshmi Anandbabu
5809 Amphora ave
Mckinney, TX 75070

dhavindra ramasar
8772 126th st
richmondhill, NY 11418

dhawa lama
4144 76street
5G
elmhurst, NY 11373

Dhdhdhd Hdhdhdh
2094 lala land
Scherts, FL 78109

DHIRAJ singh thakuri
11407 Willow Green Cir
Manassas, VA 20109

Dhori Mato
11330 Lake Mandarin Circle East
Jacksonville, FL 32223

Dhruv Patel
209 Birchdale Ct
Simpsonville, SC 29681

Diana Arcila
3895 midway dr
305
San Diego, CA 92110

Diana Marquez
309 Hidden Ln
LAREDO, TX 78041

Diana Paola Guzman Franchini
700 Cobia Dr
1127
Katy, TX 77494

Diana Powell
4001 Lakemont Drive
24B
Atlanta, GA 30337

diana smith
208 nevers ct
laredo, TX 78045

Diana Wilde
1339 Trapp Lane
Winnetka, IL 60093

Dibekulu Mulu Birhan
5969 East Northwest Highway
Dallas, Texas 75231-0000

dick requilman JR
8750 independence ave
106
canoga park, CA 91304

Diego Garcia
234 Magnolia Drive
Princeton, TX 75407

Diego Okonkwo
13006 atlantic ave
Rockville, MD 20851

Diego Zamora
2888 ala Ilima st
#1508
HONOLULU, HI 96818

Dilan Duenas
81600 Fred Waring Dr. Spc 2
Indio, CA 92201

Dilip Reddy Suluguri
10230 BLACK LOCUST LN
CHARLOTTE, NC 28215-1106

Diljeet Dhillon
69 Hopkins Ave
Jersey City, New Jersey 07306-0000

Dillaney Asekhauno
3005 Damsel Sauvage Ln
Lewisville, TX 75056

Dillon Tiberio
99 Moore st
Kingston, NY 12401

Dimarco Larios
6012 CROWNPOINT DR NE
RIO RANCHO, NM 87144

Dimitrios Neos
1049
82nd Street
BROOKLYN, NY 11228

Dimitrios Neos
1049 82nd Street
BROOKLYN, NY 11228

dimuth munasingha
3224 saddle brook ave
Tampa, FL 33618

Dinesh Kumar
103 spisso court
South plainfield, NJ 07080

Ding Ma
269 Bieber Drive
San Jose, CA 95123

Dingzhi Wang
2345 s atlantic blvd 1020
Monterey Park, CA 91754

Dino Galic
1207 Fain Dr
Saint Louis, MO 63125

Dipak Patel
2682 Collins Cove Avenue
Lawrenceville, GA 30043

Dipak Raikar
26 Jefferson Ave
3R
Jersey City, NJ 07306

Dipesh Patel
112 Mill Pond Rd
Roswell, GA 30076

Divya Vaitla
10243 Glean St
Frisco, TX 75035

Divyang Patel
1828 Bayland St
Round Rock, TX 78664

Divyangi Patel
3 Peach Ct
Edison, NJ 08817

Dixon Christopher
13230 Amblewood Dr
Manassas, VA 20112

Djerry Dany BIEN AIME
Veita Deronvil 1467 Blue Hill Ave Apt 1
Veita Deronvil 1467 Blue Hill Ave Apt 1
Veita Deronvil 1467 Blue Hill Ave Apt 1, MA 02126

djeumo urbain
501 yale ave
1 d
Baltimore, MD 21229

Djo-Mar Arios
91-1035 Hanapaa St
Kapolei, HI 96707

Dmitriy Lelyukh
1760 N Ridge Road
7102
mckinney, FL 75071

Dmitry Gorodov
175 Nellie Woods Lane
Apt 201
Oviedo, FL 33130

Do Nhu Nguyet
13311 sleepy creek meadows
Houston, TX 77083

Do Tuan Hung
Son Thuy, Thanh Thuy, Phu Tho
Phu Tho 35000

Doan Hoang Minh Tran
432 Kellogg
Charlottesville, VA 22904

Doan Hoang Minh Tran
A2 C121 DN3 Ngoc Khanh
Hanoi, - 00010

DOAN PHAN
1810 Sharon Walk Dr
Cumming, GA 30041

Domenik Gjeloshaj
42930 Corte Cabello
Temecula, CA 92592

dominic hernandez
435 redondo st
Tulare, CA 93274

Dominic Williams
20211 Sherman Way
APT 133
Winnetka, CA 91304

Dominick Trent
828 Cathy Dr
BURLESON, TX 76028

Domoniqe Eason
7014 Heather Drive
Bryans Road, MD 20616

Don Dunlap
7008 Dove Point Lane
Hoschton, GA 30548

Don Hanson
3624 SW 29th Terrace
16E
Topeka, KS 66614

Don Lee
4116, Sardinia Way
Sardinia Way
Frisco, TX 75034

Don Tutton
4442 Malvern Hill Rd.
GRAND PRAIRIE, TX 75052

Don Wheatfall
7523 Dry Stone Ln
RICHMOND, TX 77469

Donald Blackwell
1515 Bridgecrest Dr.
Unit 134
Antioch, TN 37013

Donald Boling
3493 E GREENHILLS DR.
COTTONWOOD HEIGHTS, UT 84093

Donald Hanlon
1964 River Road
Unit67
Calverton, NY 11933

Donald Kuoch
5045 Adenmoor Avenue
Lakewood, CA 90713

Donald Slater
916 S Springinsguth Rd
Schaumburg, IL 60193

Donald Tindell
414 Shande dr
WHITEHOUSE, TX 75791

DONALD WILLIAMS
568 wekiva bluff st
apopka, FL 32712

Donavan Mcnally
33284 avenue D
Yucaipa, CA 92399

Donavin Davis
2000 Duke St FL3
Alexandria, VA 22314

Donetha Smith
160 MCDOWELL RD
Gaffney, SC 29341

Dong Hoang
1212 Pitner Ave
Evanston, IL 60202

Dong Le
611 N White Rd
San Jose, FL 95127

DONG ZHENG
512 B MONTAUK HWY
CNTER MORICHES, NY 11934

dongyun kim
23142 flora mure dr. Ashburn, VA
Ashburn, VA 20148-7054

Dongzi Huang
4902 134th Pl SE
Bellevue, FL 98006

Donley Sissom
2022 Spokane St.
Bellingham, WA 98229

Donna Mayo
16A Cambridge St
Belmont, MA 02478

Donny Dao
5906 Stanford Dr
Temple, TX 76502

DONNY-VIO LEONCE
26 erwin place
West Orange, NJ 07052

Donovan Condo
330 S Wells St, Apt 1005
60606
Chicago, IL 60606

Donovan Hardy
505 E St Louis St
Springfield, MO 65806

Donovan Spear
1349 oliver st
Bowling green ky, KY 42104

Donovan Ward
306 NW Somerset Circle
Port St Lucie, FL 34983

donshay clark
200 Calvery Way
McDonough, GA 30252

Donta Candler
15123 BROOKHURST ST
UNIT 178
Westminster, CA 92683

Dontavius Keaton
796 S Virginia St
Quincy, FL 32351

DonTre Jones
111 Allen St
Lampasas, TX 76550

Dontre Posey
81 Rivulet dr
Dallas, GA 30132

Doralee Fitzgerald
246 Whitethorn Ct
Ruckersville, VA 22968

Dorcas Carter
701-14th Street South
Pell City, AL 35128

DOREEN VODOTI
4 Sheffield Manor Court,
SILVER SPRING, MD 20904

Dorothy mansberry
126 hannah drive
Rutherfordton, NC 28139

Douber Sanchez
15772 sw 136th way
Miami, FL 33196

Doug Brooks
9310 Clifford Dr
White Plains, MD 20695

doug jarvi
23748 Highway Loc Rd
Calumet, MI 49913-9222

Douglas Iversen
13250 Rain Shadow Rd
6806 SVL
Spring Valley Lake, CA 92395

Douglas Kirk
22 W Evergreen Ave
Philadelphia, PA 19118

Douglas Putkowski
814 morrison avenue
Waterloo, IL 62298

Douglas Shuntich
983 Pinson Blvd
Rockledge, FL 32955

DOUGLAS SMITH
3916 N POTSDAM AVE
SIOUX FALLS, SD 57104

Doumick Baron Jr
210 Chase Ln
McDonough, GA 30253

Doyal Alexander
1121 Doc Holliday Dr
Anna, TX 75409

Drake Cardoza
12728 28th ave ne apt.203
Seattle, WA 98125

Dranreb Marquez
1226 Cloverbrook St.
Carson, CA 90745

Draper Mitchell
160 Madison Street
6e
New York, NY 10002

DreVan Anderson-Kaapa
5411 Debut Ave
Hope Mills, NC
Hope Mills, NC 28348

Drew Doumit
5808 Patoutville Rd
New Iberia, LA 70560

Drew McNeal King
4501 Greenwood St
Lincoln, NE 68504

Drew Moreno
566 Southampton Lane
League city, FL 77573

DREW ROMEO
46638 west main St
Northville, MI 48167

dsgdasg dagag
122331513
brooklyn, FL 11209

Duane Escalante
19046 Bruce B Downs Blvd
#1080
Tampa, FL 33647

Duc Bui
200 Pine Dr
Westwego, LA 70094

Duc Huy Ho
To 13, Mai Dong, Hoang Mai, Ha Noi
Ha Noi 00010

Duc Le
21 Bancroft St
Auburn, MA 01501

Duc Nguyen
1001 Channel Dr
Lawrenceville, GA 30046

Duc Nguyen
18211 Hanover Glen Ln
Richmond, TX 77407

Dumond Dorcius
5013 NE 2ND AVE
DEERFIELD BEACH, FL 33064

dung dao
31/4 tran van dang
phuong 9, quan 3
ho chi minh 72414

Duong Ho
725 Henson Farm Dr
Loganville, GA 30052

Duong Nguyen
15527 Old Pond Cir
Noblesville, IN 46060

Duong Nguyen
46916 Vineyards Lane, Macomb, MI 48042 U
Macomb, MI 48042

DURAI RAMASAMY
13411 cain ln
Louisville, KY 40245

Dustin Brenden
726 South 11th Street
Norfolk, NE 68701

Dustin Drummond
3520 Long Drive
Minden, NV 89423

Dustin Lampert
1109 20th Ave S
Sartell, MN 56377

Dustin Miller
390 Tanyard Road
Greenville, SC 29609

dustin nguyen
1166 clayburn lane
san jose, CA 95121

Dustin Price
12159 Jennings Road
Linden, MI 48451

Dustin Sharpe
113 assembly way
Apt. 206
Mooresville, NC 28117

Dustin Smith
1330 Macedonia RD NW
Brookhaven, MS 39601

Dustin Steelsmith
7789 E Mountain Oak Dr
Nampa, ID 83687

Duvaughn Swanston
327 71st Street
Guttenberg, NJ 07093

Duy Duong
2521 Pioneer Bluffs Rd
Balch Springs, TX 75181

Duy Nguyen
1247 Pine Creek Wy
Unit C
Concord, CA 94520

Duy Quang Nguyen
39/121 Thai Ha Street
Hanoi 00010

Duyet Bui
5414 Remington Dr
Garland, TX 75044

DUYLINH LE
101 Gardiner Rd
Quincy, MA 02169

DWIGHT WILLIAMS
6810 Clinton Manor Drive
Clinton, MD 20735

Dyesno Elusme
413 North Pointe Dr
C8
Gainesville, GA 30501

Dylan Benson
8400 De Longpre Avenue
Apartment 213
West Hollywood, CA 90069

Dylan Carrillo-Olson
9344 Hanna Avenue
Los Angeles, CA 91311

Dylan Chadd
127 alachua ln
Albany, GA 31707

Dylan Gunning
18208 181st circle south
boca raton, FL 33498

Dylan Hanks
1030 Shiflett Rd.
Adel, GA 31620

Dylan Jeppson
1973 W 775 N
Layton, FL 84041

Dylan Lo
3235 Walnut Grove Ave
Rosemead, CA 91770

Dylan Peck
3711 Summitridge Dr
Atlanta, GA 30340

Dylan Quintana
8862 ramblestone street
littleton, CO 80129

Dzung Do
4392 VENTURA PLACE DR
dhdstl378@gmail.com
SAINT LOUIS, MO 63128

Dzung Do
225 Earlsfield lane
Saint Louis, MO 63125

earl holmes
157 belmont ave
1G
Brooklyn, NY 11212

Earl Patterson
3102 Bonifacio St
Concord, CA 94519

Earl Sadler
5433 Torresdale ave
Phila, PA 19124

Earl Wright
325 Eutau Ct
Satellite Beach, FL 32937

Earl Young
1111 Army Navy Dr
Apt 600
Arlington, VA 22202

Earnest Williamson
1475 Texas Street
Houston, TX 77002

ebaney reeves
8776 schooner lane
pensacola, FL 32507

Ebrahim Al-basry
31323 Palomino Ranch Path
Fulshear, FL 77441

Ecerwv Coon
w13578 putnam ln
bowler, WI 54416

Ed Weathersbee
199 Tangerine Road
Eastman, Georgia 31023-0000

Edd Marunenko
2333 Mostensen Ct
Elverta, CA 95626

Eddie Ambonisye
2500 Alpha CT E
Dekalb, IL 60115

EDDIE LOEWEN
907 nw ave g
seminole, TX 79360

Eddie Shaw
900 Lake Carolyn
Apt 550
Irving, TX 75039

Eddie Walker
1544 Jones Rd,
Sandersville, GA 31082

EDENS JOSEPH
520 MEADOW BEND DR
DAVENPORT, FL 33837

Eder Pretto
10478 San Pablo Ave El cerrito
San Francisco, CA 94530

Edgar Armenta
1403 W Alcott
Wichita, KS 67204

Edgar Betancourt
600 Bushytail Court
Frederick, MD 21703

edgar davila
4021 sw 26th st
oklahoma city, OK 73108

Edgar Eleccion
13838 Burrage Street
Eastvale, CA 92880-3044

Edgar Eleccion
13838 Burrage St
Eastvale, CA 92880

Edgar Padilla
16282 E Main St
Apt 10G
Tustin, FL 92780

edgar perez
8841 sw 25 st
Miami, FL 33165

Edgard Rutayisire
255 Timber Ridge Ct
Joliet, IL 60431

Edilbek Kamalov
1727W Crystal ln
207
Mount prospect, IL 60056

Edison Abril
6361 TAMIAMI CANAL RD
MIAMI, FL 33126

Edison Lam
309 N Holliston Ave.
#4
Pasadena, CA 91106

Edison Zhang
850 Front St Apt 324
850 Front St Apt 324
San Francisco, CA 94111

Edmund Yeargan
1255 Carter rd
Decatur, GA 30030

Edna Clerveaux
1905 Kingscreek Dr
1905 Kingscreek DR
Grove City, OH 43123

Edouard Angrand
5627 N 11th St
Philadelphia, PA 19141

Edreese Andrews
126 w high st
Manheim, PA 17545

eduardo dubon
2901 central blvd
brownsville, TX 78520

Eduardo Galindo
160 Carson Rd
Battle Mountain, FL 89820

Eduardo Hernandez
2092 CRANWORTH CR
SAN JOSE, CA 95121

Eduardo Rivera
3701 Myrtle Springs Road
Benbrook, TX 76116

Eduardo Rodriguez
12901 W. Jensen Ave
Kerman, California 93630-0000

Eduardo Venegas
123 walnut st
port clinton, OH 43452

Eduardo Zamora
8200 Orchard Dr
Denver, FL 80221

Edvin Vartanian
6007 SONOMA STATION AVE
LAS VEGAS, NV 89139

Edward Aguirre
8571 NW 191 Street
Hialeah, FL 33015

Edward Bund
441 N Prospect Ave
Redondo Beach, CA 90277

Edward Cheung
7462 Hither way
Sacramento, CA 95822

Edward Conway
1455 Green Oak Rd
Vista, CA 92081-8738

Edward Di Rugeris
136 Upper Mountain Avenue
Montclair, NJ 07042

Edward Dobrowski
1 Arcturus Lane
Emigrant, MT 59027

Edward Gannon
83 Sandy Lane
Meriden, CT 06450

Edward Goble
5621 Bonner Drive
Haltom City, TX 76148

Edward Gomez
28683 La Azteca
Laguna Niguel, CA 92656

Edward Hassick
29 Jade Lane
Phillipsburg, NJ 08865

Edward Hsiao
689 Endicott Dr.
Sunnyvale, CA 94087

Edward Kim
2149 Tierra Loma Drive
Diamond Bar, CA 91765

Edward Lee
460 BOUNDARY OAK WAY
WALNUT CREEK, CA 94598

Edward Nunez
4641 SW 1st Street
Miami, FL 33134

edward Robinson
5925 Terrace Oaks Lane
Fort Worth, TX 76112

Edwin Amirian
4539 Cartina Way
El Dorado Hills, CA 95762

Edwin Barnes
258 Pink Granite Blvd
Dripping springs, TX 78620

Edwin Briones
28751 Tonya St
28751 Tonya St
Murrieta, ca 92563

Edwin Cape
120 E Wedgwood Dr
Yorktown, VA 23693-5507

Edwin Cruz
811 Bronx River Road
Apt. 2E
Yonkers, NY 10708

edwin dorval
7256 montereal path
lake worth, FL 33463

Edwin Mendoza
2 circle dr
palestine, TX 75801

Edwin Ng
1509 Stardust Drive
West Covina, CA 91790

Edwin Oak
141 Cardinal
Irvine, CA 92618

Edwin Ortiz Gonzalez
4 Deer Run Drive
Ellington, CT 06029

edwin quezada
456 beach 40th st
10A
far rockaway, NY 11691

Edwin Shaw
4234 las brisas ct
irving, TX 75038

Edwin Sutirto
36 E Kerr St
Uniontown, PA 15401

Edwin Thomas
664 Praderia Cir
Fremont, CA 94539

Edwin Urrieta
209 S El Molino Ave
Unit 2
Pasadena, CA 91101

Edwin Vigil
12797 Raenette way
Moreno Valley, CA 92553

EFRAIN HERRERA MORA
38110 5th st East
APT 36
PALMDALE, CA 93550

Efrain Nicolas
896 co rd 95
Albertville, AL 35951

Eghe Uhakheme
9 E. Yale St.
Orlando, FL 32804

Eglath Naudet Massillon
7407 Springvale Dr
Louisville, KY 40241

Egzon Qukovci
3408 windyknoll dr
Lexington, KY 40515

Eh Doh
647 Oakland Ave
Kansas City, KS 66101

Ehsan Tariq
5504 overlook cir
white marsh, MD 21162

Eider Matos Alfaro
1670 Sardinia St SE
Palm Bay, FL 32909

ekta dudhatra
13720 ATLANTIS ST
APT 334
Herndon, VA 20171

El mehdi Hhdh
Jnxjn
Kndjjd
Jjdjdj, FL 48017

Elaine Ocampo
1655 Urbana Ln
Oxnard, CA 93030

Elaine Williams
501 E Hopkins Ct
Gilbert, AZ 85295

Elbert Reid III
5225 Longbranch Drive
169
Fayetteville, NC 28303

Elbolsun Zhanybaev
2001 Plainview Ave
apt 1
Pittsburgh, PA 15226

Eldin Bukalo
757 Frost Rd
Waterbury, CT 06705

Elena Ward
5410 Richard Ave
Alexandria, LA 71302

Eli Grosz
Golders Green Rd
Lakewood, NJ 08701

Eli McDermott-Amos
217 Sieger Rd
Kutztown, PA 19530

Eli Petersheim
1147 Robert Fulton Hwy
Quarryville, PA 17566

Eliane Goncalves Marques
3669 Ponderosa trl
Pinole, CA 94564

Elias Hernandez
3207 Buffalo Creek Cir
Royse City, FL 75189

Elias Notus
411 Norridgewock Street
Henderson, NV 89074

Elias Tsoukalis
2575 University Pkwy
405
Sarasota, FL 34243

Elieder Canosa Ledesma
3348 Briar Cliff Dr
Holiday, FL 34691

Eliezer Orellana
1788 N Acacia Ave
Rialto, CA 92376

Elijah Bowie
2659 Unbridled Ct
Powell, OH 43065

Elijah Brown
17137 E Evans Dr
Aurora, CO 80013

Elijah Delaire
2249 w 26pl
Los Angeles, CA 90018

Elijah Jordan
4112 Yardley Ave N
Saint Petersburg, FL 33713

Elijah Norris
606 west maple st
Collinsville, OK 74021

Elijah Stanton
1902 Pinckney Court Apt B
KILLEEN, TX 76542

ELIJAH WILDE
1339 TRAPP LN
WINNETKA, IL 60093-1632

Elio Levy
1960 NW 175TH ST
MIAMI GARDENS, FL 33056

Eliyahu Ifrach
708 SHERWOOD ST
THE VILLAGES, FL 32162

Elizabeth Chatwind
4c Player Street
Pretoria, GP 00081

Elizabeth Colon
4760 W 9th Ave
Hialeah, FL 33012

Elizabeth Corey
3950 South Caudill Road
Palmer, AK 99645

Elizabeth Corpuz
11000 S. Eastern Avenue Apt 1516
Henderson, NV, NV 89052

ELIZABETH GATHONI
3526 PAIGEWOOD DR
PEARLAND, TX 77584

Elizabeth Wing
1515 E Fuller Dr
Holladay, UT 84124

Elliko Eileen Jamdade
2515 Liberty St
Allentown, PA 18104

Elliot Lombardo
2917 S Eugene Ln
Salt Lake City, UT 84115

ellis jackson
4701 176th st sw A2
lynnwood, WA 98037

Ellis Shropshire Jr
3035 Toms lane
Kodak, TN 37764

Elson Wong
639 N 185th CT
Shoreline, WA 98133

Elvens Athouriste
2022 Northeast 3rd Street
Boynton Beach, FL 33435

Elver Morales
325 Greenlawn Dr
27203, NC 27203

Elvin Saunders Jr
21185 Parc Dulles Sq
Apt 225
Sterling, VA 20166

Elvira Asylbaeva
400 w rand road, b303
Arlington Heights, IL 60004

Elvis Tucek
1537 Justice LN
Niles, MI 49120

Emanuel Avina
2211 S J ST
OXNARD, CA 93033

Emanuel Lewis
7003 Walkers Loop
San Antonio, FL 78233

emanuel pizano
955 country club drive
kankakee, IL 60901

Emanuel Solano
Hc 01Box 15735
Aguadilla, PR 00603

Emanuel Wall
71 Trotter Pl
Asheville, NC 28806

Emenike Ojinmah
4925 S Vincennes Ave
1
CHICAGO, IL 60615

Emerito Pinto
105 Heywood Ave
West Springfield, MA 01089

Emil Dides
1620 Bardella DR
Leander, TX 78641

Emil Skariah
564 Central Ave
River Vale, NJ 07675-5573

Emili Lozanovski
3570 Babbs Road,
Apartment E
Nashport, OH 43830

emiliano villanueva
2601 stonybrook ave
merced, CA 95348

Emilio Chen
963 Overton Lea Rd
Nashville, TN 37220

Emilio Merisier
700 Toulon Drive
Poinciana, FL 34759

Eminence South
2119 Pecan Ridge Dr
Forney, TX 75126

Emmanuel Adegbola
2820 SONORA LANE
Mesquite, TX 75181

Emmanuel Asangmbeng
15100 Joppa Place
Bowie, MD 20721

Emmanuel EGBUKUYOMI
2317 Greene St
Building 57, Apt 3
Hollywood, FL 33020

Emmanuel Franklin
460 Stone Shadow Dr
Blacklick, OH 43004

Emmanuel Nwosu
1120 Saint Johns Place
505
Brooklyn, NY 11213

Emmanuel Pedroza
889 Madden St, Tontitown, AR 72762 US
Tontitown, AR 72762

Emon Rahman
1988 13th St NW
Winter Haven, FL 33881

Emre Sabuncuoglu
690 S Marengo Ave
Unit 2
Pasadena, CA 91106

Ene Busari
1206 Mondavi Ct
Crown Point, IN 46307

Enes OKSUZ
4359 S Fairfield Ave
Basement 1
Chicago, IL 60632

Enmanuel Pena
1180 pearl Tree Road
Deltona, FL 32725

Enoch rochester
1613 e 74th pl, Chicago Il 60649
Chicago, IL 60649

Enrique Barron
2981 Gulf to Bay Blvd
Apt 1334
Clearwater, FL 33759

Enrique Henriquez
1124 Sunderland ln
Fort Worth, TX 76134

Enrique Luque Rico
28 Eagle Point
Irvine, CA 92604

Enrique Mandujano
12911 Galway St
201
Garden Grove, CA 92841

Enrique Monsevais
205 E Carol Avenue
Kingsville, TX 78363

Enrique Torres
4417 freer st
Detroit, MI 48210

Enrique Vilchez
5307 Nw 90th Ave
Sunrise, FL 33351

Enrique Zamora
1020 loma verde dr
New Braunfels, TX 78130

Erasmo Partida
6025 Wildflower Way
Aubrey, TX 76227

Erby Lubin
236 High St
Monroe, NY 10950

Eriberto Perez Lopez
7600 Fairview Rd
Hollister, CA 95023

Eric Ahrens
3312 Echo Dells Ave
Stevens Point, WI 54481

Eric Armbruster
7932 SUTHERLAND CT
PASADENA, MD 21122

Eric Bifolck
14 Samuel Road
Chelmsford, MA 01824

Eric Birdsong
14269 Hunter CRK
El Paso, TX 79938

Eric Cruz
616 Purple Sage Trail
Mesquite, TX 75149

Eric Dong
15585 Tracy Street
San Lorenzo, CA 94580

Eric Evans
292 N Hillside Dr
Paw Paw, WV 25434

Eric Frishman
237 Willow Ave
Wayne, PA 19087

Eric Gilliam
1463 Sunnyside Lane
Emporia, VA 23847

Eric Glanzman
1921 Winslet Pl Apt 3D
Indianapolis, IN 46217

Eric Green
226 Brattice Dr
Midlothian, VA 23114

Eric Groenberg
615 Corona Ct
Vista, CA 92081

Eric Hamilton
3277 Hideaway Lane
Loganville, GA 30052

Eric Hernandez
877 Cambridge Pl
Wheeling, IL 60090

Eric Houston
10444 US HIGHWAY 129
Live Oak, FL 32060

Eric Johnson
900 Klaby Meaux Road
Kaplan, LA 70548

Eric Kim
42-12 28th St
Long Island City, NY 11101

Eric LaPatka
19655 Grover Street
Omaha, NE 68130

Eric Lazarian
245 Kelton St. Unit 12A
Allston, MA 02134

Eric Lewis-Gonzalez
955 N Orlando Ave
APT 441
Maitland, FL 32751

Eric Lim
109 Villaggio Dr
Lafayette, LA 70508

Eric Martinez
205 Via Altos
Mesquite, TX 75150

Eric Morales
180 City Blvd W
Apt 207
Orange, CA 92868

Eric Paige
7268 Clear Range Ave
Las Vegas, NV 89178

Eric Peterson
866 E Birken St
Washington, UT 84780

Eric Ranadive
4923 8th ave apt d5
Brooklyn, FL 11220

Eric Schultz II
2027 SW Arnold Ave
Topeka, KS 66604

Eric Steffel
11271 NW 73rd Ct
Chiefland, FL 32626

Eric Streller
6312 S Gregory Rd
El Reno, OK 73036

Eric Sturdivant
1345 Tumblerock Way
Loganvilee, GA 30052

Eric Tran
1940 West 6th Street
Brooklyn, NY 11223

Eric Vongsay
2424 50TH AVE N
LOT 177
ST PETERSBURG, FL 33714

Eric Waddell
8139 Emerald Forest Ct
Sanford, FL 32771

Eric Willis
114 Cazier Dr
Middletown, DE 19709

eric witges
319 buckington street
saint peters, MO 63376

Eric Yang
6128 Hart Avenue
Temple City, CA 91780

Erica Onyewuchi
2044 HERITAGE PLACE
MORROW, GA 30260

Erich Laubscher
3 Schoongezicht Street
Greenway Rise
Somerset West, WC 07130

Erich Richardson
7082 Patton Rd
Deforest, WI 53532-1866

Erick Aduan
4250 Waterside Pointe Cir
Orlando, FL 32829

Erick Fabian Reyes Ruiz
34901 Oyster Bay Terrace
Fremont, CA 94555

Erick Gaona
3118 Glastonbury Dr
Pearland, TX 77581

Erick Gomez
3020 Texas Ave
Kenner, LA 70065

Erick Mendoza
3235 Heritage Trail Blvd
Apt 3309
Denton, TX 76201

Erick Millien
1323 SEAVIEW
North Lauderdale, FL 33068

erick santos
18 Portland Street
Lawrence, MA 01843

Erick Valdez
131 Bristol Blvd
San Leandro, CA 94577

Erik Crow
12022 Hartdale Ave
La Mirada, CA 90638

erik lemus becerra
6908 w verde LN
phoenix, AZ 85033

Erik Mourin
15932 SW 64th Terrace
Miami, FL 33193

Erik Plunkett
4081 NC Hwy 42 S
Asheboro, NC 27205

Erik Scott
23406 Bolivar
Mission Viejo, CA 92691

Erika Ferretti
1442 SW 58th Ln
CAPE CORAL, FL 19335-1535

Erika Pflederer
1540 W Hood Ave
Chicago, IL 60660

Erin Willits
68-059 Waialua Beach Rd
A
Waialua, HI 96791

Erkinbek Sherov
1931 Prairie Sq Apt 107
Schaumburg, IL 60173

Ermek Zamirov
2761 Odlum dr
Schaumburg, IL 60194

Ernest Adjei
27 Garibaldi Ave
Newark, NJ 07114

Ernesto Fernandez
5828 tuckertown ln
Fayetteville, NC 28314

Ernesto Gonzalez
13829 Earpod Dr.
Orlando, FL 32828

Ernesto Ulloa
55 Haynes ln
A
Brownsville, TX 78521

Ernesto Zapata
2811 N Pine Island Rd.
Apt 304
SUNRISE, FL 33322

Errol Nelson
188 N 9th St
2
paterson, NJ 07522

erving farley
26 Breckenridge Ter
apt 1
Irvington, NJ 07111

Erving Leyva
4715 E Alta Vista Rd
Phoenix, AZ 85042

Erwin Oscar
6197 Pinewood ave
Las Vegas, NV 89103

Erwin Urbano
1077 Mayfield Way
Suisun City, CA 94585

Esai Palacios
3634 cherokee ave
San Diego, CA 92104

Esau Dimas
213 Dartmouth Dr
Rockwall, TX 75032

Eshan Samuel
1302 S Wiggins Ave
Springfield, IL 62704

esmer ralda
ampayon
taligaman p5
manila, FL 63332

Essa Desai
707 el dorado blvd
apt 1302
Houston, TX 77062

Esteban Barista
36 Underhill Ave
Roosevelt, NY 11575

Esteban Lemus-Guiza
2604 9th Ave SE
Hickory, NC 28602

Esteban Minoso
3817 NW 17TH AVE
Miami, FL 33142

Estelle Williams
484 Martin St SE, Atlanta, GA 30312 US
Atlanta, GA 30312

Esther Juliet Nabeta
360 E 1st Street
456
Tustin, CA 92780

ESWARARAO PUDI
3991 SE 85TH AVE
HILLSBORO, OR 97123

ETHAN AHRENS
5458 Glenwood Ave
Stevens Point, WI 54482

Ethan Brodey
6421 Lakeshore Rd S
Canastota, NY 13032

Ethan Chan
320 Tri City Road
Somersworth, NH 03878

Ethan Hall
2891 N Hobbs Creek Dr
Layton, UT 84040

Ethan Keys
476 N oliver ave
Fayetteville, AR 72701

Ethan Leib
1210 Whitney Ranch pkwy
unit 511
Rocklin, CA 95765

ethan lindow
110 oakland springs
madison, AL 35756

Ethan Low
24 Colonial Way
New Providence, NJ 07974

Ethan Nguyen
11649 fairway dr
Irvington, AL 36544

Ethan Stafford
10328 Wildman Road
North East, PA 16428

eugene harris
16 e 5th street
102
tulsa, OK 74105

Eugene Herscher
1168 Brantley Estate Drive
Altamonte Springs, FL 32714

eugene martinez
4311 county rd 3841
san antonio, TX 78253

Eugene Taylor
2405 Minden way
Sacramento, CA 95835

Eugene van der Merwe
Bergrivier Street
Aerorand
Middelburg, MP 01055

Eugenia Addie-Noye
8126 Creek Street
Jonesboro, GA 30236

eugenio penalosa
3253 Boland Ct
N las vegas, NV 89032

Eun Myung
523 E GRAVES AVE
UNIT B
MONTEREY PARK, CA 91755-4101

Eun Young Kim
17 Moonstone, irvine, CA 92602 US
irvine, CA 92602

Eva Digan
4895 E Russell Rd, Apt 318
Las Vegas, NV 89120

Evan Butler
14800 NW Cornell Rd
4G
Portland, OR 97229

Evan Cockrum
2443 highway 31 N
Beebe, AR 72012

Evan Corbett
16300 Old Emmitsburg Rd
Emmitsburg, MD 21727

Evan Dent
1554 Millersville Rd
Millersville, MD 21108

Evan Dyba
2551 South Williams Street
Denver, CO 80210

evan garcia
65 Shutter Lane
oyster bay, NY 11771

Evan Locke
3086 farmall st
bozeman, MT 59718

Evan Mendes
27 Afonso Way
Milliville, MA 01529

Evan Phillips
1219 Greenwood Dr
1219 Greenwood Dr
Wheaton, IL 60189

Evan Roberts
111 Allen St
Lampasas, TX 76550

Evan Sperling
2200 W San Angelo street
Apt 2076
Gilbert, AZ 85233

Evan Tauber
22 Walnut Street
Apt 3B
Morgantown, WV 26505

Evel Dumilor
1100 sw 4th ave
2B
Delray beach, FL 33444

Evert Palmer
10419 Goosefoot Court NW
Concord, NC 28027

everton silva
57 alexander st
greenwich, CT 06830

evgueni korobenko
7 concord dr
milford, DE 19963

Ezechiel Toussaint
4329 Mahogany run
winter haven, FL 33884

Ezra Arek
6010 Winding Bridge Dr
Jacksonville, FL 32277

EZRA REANG
48 BREED ST
Lynn, MA 01902

Faaiz Aftab
53 fox lane dixhills
dixhills, NY 11746

Fabian Reid
725 Wyona st
Brooklyn, NY 11207

Fabio Machado
340 nw 38th st
pompano beach, FL 33064

fabio meurer
111 lincoln ave
bridgeport, CT 06606

Fabrice Similien
234 clinton Ave
5
jersey city, NJ 07304

Fabrice Similien
234 Clinton Avenue
Apt5
Jersey City, NJ 07304

Fabricio Munoz
176 Dundee Ave
Paterson, NJ 07503

fahad haroon
589 lawton bridge road
smyrna, GA 30082

FAHAD SHABBIR
2522 RENARD RD
GREENSBORO, NC 27406

Fahd Huter
2330 Newtown Ave
3CW
astoria, NY 11102

Fahriyor Mamadiyorov
1552 Englewood Court
Maineville, OH 45039

Faisal Malik
910 Buttonwood Terrace NE
Leesburg, VA 20176

Faisal Rahman
345 W 50 St Apt 3A
New York, NY 10019

Faiz Khan
16108 West Moss Loop
Cypress, TX 77433

Faiz Maredia
23511 Meyers Cove Rd
Richmond, TX 77469

Falender Henry
733 Milano Ave S
Lehigh Acres, FL 33974

Fall Kimber Phiseme
933 Laurel Drive
Lake Park apt H
West Palm Beach, FL 33403

Fargos Mameri
1 Traverse Des Alvergnes
Batiment B
Marseille, FL 13013

Faried Kakar
421 Vine Cliff St
Ruskin, FL 33570

faris h
10604 broken spoke
mckinney, TX 75072

faris had
10604 broken spoke
mckinney, TX 75072

Faris Hanna
225 Avocado Ave
El Cajon, CA 92020

Fatimah KAREEM
7118 SILVER MINE CROSSING
AUSTELL, GA 30168

Fausto Bale
91-202 Waakea Place
Unit F
Kapolei, HI 96707

Faye Louie
3309 Schooner Drive
Stockton, CA 95219

Fazal Sohail
4113 Troost Avenue,
Apartment #105
Kansas City, Missouri, MO 64110

fdsf dfsa
q3432 2345
sedafds, FL 34787

febin raju
4931 hickory branch lane
sugarland texas, TX 77479

fefew fewfwe
fwewef
aefwaef, FL 26225

Felix Abreu
253 E142 Street
3H
Bronx, NY 10451

Felix Sanchez
801 A Street
APT 918
San Diego, CA 92101

Feng Deng
230 N Nicholson Ave
E
Monterey Park, CA 91755

Fengfang Valentine
503 Crestmont Lane
Canton, GA 30114

Fenique Hoorn
Granaatbos street 16
Molla
Laingsburg, WC 06900

Feodor Rapadas
1501 S Beach Blvd H802
La Habra, CA 90631

ferdaus mirzai
1805 Blackburn rd
Apt G
glen allen, VA 23060

Fernanda Trevizan pereira
57 Alexander Street
greenwich, CT 06830

Fernando Escobar
16210 N 33rd PL
Phoenix, AZ 85032

Fernando Torales
5806 Kingsbury Rd
Palmdale, CA 93552

Fernando Villalobos Balcazar
1233 Essex St
Apt 8
San Diego, California 92103-0000

Fidel Gomez
26 Guernsey Drive
New Windsor, NY 12553

FIDELIS PRASETYO
15716 San Jose Avenue, Chino Hills, CA,
Chino Hills, CA 91709

fil alcayde
35 manchester ln
fairfield, CA 94533

Filipe Yalikanacea
2431 River Plaza Drive
SACRAMENTO, CA 95833

FIONA LI
8655 Broadway
610
new york, NY 11373

Fire Firef
Alabama 55
44
Wall, FL 06789

Flavio Mikhail
1415 E Jane Ave
Arlington Heights, IL 60004

Florence Anyango
1616 Oviedo Grove Cir Apt 16
OVIEDO, FL 32765-7194

Florentino Villaro
1217 Ahiahi Street
Honolulu, HI 96817

FNU SUSHEELA
716 Black Maple Court
Loganville, GA 30052

Fnu Yohanes
51 Lakepines
Irvine, CA 92620

FOMO Trading LLC
801 Kenwood Rd
Drexel Hill, PA 19026

FORD NGUYEN
326 KENTWOOD DR
MURPHY, TX 75094

Forrest Aydt
418 1/2 S Front St
Mankato, MN 56001

Forrest Merritt
2142 Hannah Way
Rocklin, CA 95765

Forrest Ozbolt
3203 Cerro Vista St
Huntsville, AL 35805

Fortay Christopher
520 Todd CT
Greer, SC 29651

Fortune Addrah
13700 tree Leaf Court
Upper Marlboro, MD 20774

Francis Arcilla
2556 Fading Mist Dr
Las Vegas, NV 89142

Francis Dogbey
7236 Yellowstone Dr
Frisco, FL 75033

Francis Gonzales
166 Porter Avenue
Bergenfield, NJ 07621

Francis Jedlinski
16 Tall Woods Dr
Manalapan, NJ 07726

Francis Tin Lam
13772 Goldenwest st
# 620
Westminster, CA 92683

Francis Vancamper
919 east 123 ave
Apt B
Tampa, FL 33612

Francis X Brady III
111 Aster Drive
Horseheads, NY 14845

Francisco Frias
25403 Lancaster Pine Dr.
Spring, TX 77389

francisco hierro
555 west 43rd
6L
new york, NY 10036

Francisco Rivias
538 Radiance Ave
San Antonio, TX 78218

Francisco Tomas
300 Sequoyah Dr Ne
193
Fort Payne, AL 35967

Francisco Tomas
300 sequoyah
Fort payne, AL 39566

Francisco Urtiaga
7557 Black Olive Avenue
Tamarac, FL 33321

Franck Celestin
1803 Dempster Street
Evanston, IL 60201

Franck Levrier
3042 Eaglet Loop
Orlando, FL 32837

FRANCKLIN CELESTIN
5840 14TH CT 60AV NW
Lauderhill, FL 33313

Francklin Saintsulne
84 walnut st
woodbury, NJ 08096

Franco Pacelli
576 Valley Rd, #311
Wayne, NJ 07470

Frank Cantu
11173 Ashcraft Loop
Unit A
Fort Campbell, Kentucky 42223-0000

Frank Cantu
11173 Ashcraft Loop
Unit A
Fort Campbell, KY 42223

frank lisath
2250 Somersworth Dr
Columbus, OH 43219

Frank Montesano
12819 Shadow Run Boulevard
RIVERVIEW, FL 33569

Frankie Capote
12259 Pioneers Way
Orlando, FL 32832

Franklin Heath-Quashie
2-22 Hartley Place
Fair Lawn, NJ 07410

Franklin Rodriguez Colon
43 Park Avenue apt 3
apt 3
NEWARK, NJ 07104

Franklin Tran
3708 Baldwin Ave
16
El Monte, CA 91731

Fred Simanek
2956 Irongate Place
Thousand Oaks, CA 91362

Fred White
25191 Golf lake Circle
Bonita Springs, FL 34135

Freddie Potochney
434 May st
Plano il, IL 60545

Freddie Resto
6224 Babby Ln
Panama City, FL 32404

Freddie Tarrant
170 Indian Village Road
Blue Ridge, GA 30513

freddricus reedy
2670 Briarberry Dr
2670
Vestavia, AL 35226

Freddy Hernandez
2801 Herron Circle
Snellville, GA 30039

Frederick Bankston
1808 Persimmon Ave
Metairie, LA 70001

Frederick Estep
2206 Griffin Dr
Copperas Cove, TX 76522

Frederick Jackson
1500 A Riverwood Lane
A
Roswell, GA 30075

Frederick Mary Lamenaire Jean Michaud
2250 NW 114th ave
Miami, FL 33192

Frederick McCollor
706 Augusta Road
Winslow, ME 04901

Frederico Junqueira
5111 Valley Oak Drive
Austin, TX 78731

Fredrick Rosser
112 Munn Ave
Teaneck, NJ 07666

Fritz Toussaint
6642 Hollis st
Philadelphia, PA 19138

Froylan Valdez
1405 Saint Gabrielle Ln
Apt 3102
Weston, FL 33326

FTT Automation
-
-
-, - -

FTT Test
1410 N 112th Plaza
#2717
Omaha, NE 68154

Futsum Kahsay
5649 Rockrose Lane
Princeton, TX 75407

Future Trader400
4430 Highfield Drive
Cumming, FL 30041

Fynn Good
480 Mint Lane
Ventura, CA 93001

Gabriel DiDario
365 Lauderdale Drive
Lavallette, NJ 08735

Gabriel Fahl
209 Orchard Park Drive
Cary, NC 27513

Gabriel Ingle
510 S Buntin ST
KENNEWICK, WA 99336

Gabriel Lujan
12861 Rock Cliff Ave
El Paso, TX 79928

Gabriel Mourra
540 enclave circle west
Pembroke Pines, FL 33027

Gabriel Nesbit
1966 SE Emerald Ct.
Stuart, FL 34997

Gabriel Quiros
62 Stegman Street
Apt 1
Jersey City, NJ 07305

Gabriel Roberts
425 Lakewood Drive
Grayson, KY 41143

Gabriel Robinson
1201 Fairington Village Dr
Lithonia, GA 30038

Gabriel Rodriguez
10490 Polo Lake Dr W, #208 Wellington, F
Wellington, FL 33414

Gabriel Saientz
1401 SW 52nd Way
Plantation, FL 33317

Gabriel Sanchez
2675 NE Lancaster St
5
Corvallis, Oregon 97330-0000

Gabriel Santos
418 Campus St.
Kissimmee, FL 34747

Gabriel Schatz
120 South 5th Street
Unit 201
Nashville, TN 37206

Gabriel Torres
20764 Plum Canyon Road
Santa Clarita, CA 91350

Gabriel Varela
1416 Spence Ave SE
Albuquerque, NM 87106

Gabriel Werman
140 Ashland St N
MN - Cambridge, MN 55008

Gabriele Cavasino
2901 Kelvington Dr
Orlando, CO 32810

Gagan Grewal
20410 Roslindale Drive
Ashburn, VA 20147

Gagarin Natarajan
2519 Waterbury Ln
Buffalo Grove, IL 60089

Gage Callahan
13 Oak Rd
Saint Augustine, FL 32080-5932

Gage Marriott
27433 245 ST
Maryville, MO 64468

Gage Marriott
27433 245th St
Maryville, MO 64468

Gajendra Chhipa
8 Serrell Drive
Montvale, NJ 07645

Gam Thi Kim Duong
22 Ngach 14 Ngo 124 Minh Khai
Hanoi 00010

GAMA TSHABANGU
25 Tshiame A
18281 Kgabisi, Bluegumbosch, Phuthaditjh
Harrismith, FS 09880

Gamini Kithsiri
3546 40th Way North
St. Petersburg, FL 33713

Ganesan Elangovan
3016 Palominos Pass
Leander, TX 78641

Ganesh Kumar Subramanian
2705 Leisure Ln
Little Elm, TX 75068

Ganesh Vallamsetty
256 windrose ct
newbury park, CA 91320

ganga lesthuruge
15401 plantation oaks dr
apt07
tampa, FL 33647

GANGAREDDY ADE
646 WEST ELLSWORTH AVE
MOUNTAIN HOUSE, CA 95391

Garet Hough
15310 Belle Rae Ct
Bakersfield, CA 93314

Garin Beste
1086 Aruba Circle
Charleston, SC 29412

Garland Jean-Charles
1849 Sedgwick ave
Bronx, NY 10453

Garnette Garricks
2758 Chaddsford Circle
Apt. 106
Oviedo, FL 32765

Garo Tchakmakian
431 e chevy chase apt 5
5
Glendale, CA 91205

Garret Kung
2112 N Eastern Ave
Los Angeles, CA 90032

Garrett Jung
16828 State Highway 24 NW
Clearwater, MN 55320

Garrett Malkuch
3214 Corpus Ave
Wolfforth, TX 79382

Garrett Russell
312 Avenida Santa Barbara APT A
San Clemente, CA 92672

Garrick Guzman
5150 Royal Cypress Cir
Tampa, FL 33647

Garrison Jackson
5313 Mountain Garland Ln
North Las Vegas, NV 89081

Garrison Mays
106 East Tombigbee Street
18
Florence, AL 35630

Garrison Smith
11037 Retreat Avenue
110
Orlando, FL 32817

Gary Allen
113 E. High st
Troy, IL 62294

Gary Bailey
4240 Riverview Rd
Fort Myers, FL 33905

GARY BENNETT
2981 MARINE GRASS DRIVE
WIMAUMA, FL 33598

Gary Brown
8526 Seasons Road
Streetsboro, Ohio 44241-0000

Gary DeMattia
1211 E Poplar St
Davisville, WV 26142

Gary Genovese
320 136th Street
H
Ocean City, MD 21842

Gary Goglia
370 Mars Ave.
Jupiter, FL 33469

GARY Greco
43796 Bent Creek Terrace
Leesburg, VA 20176

Gary Hughes
4017 Burwood Dr
Roanoke, TX 76262

gary hurlock
196 jamison ave
lake placid, FL 33852

Gary Kidd
2624 Avon Drive
Garland, TX 75041

Gary Lenz
123 Winnie Ave
Ravena, NY 12143

Gary mcguire
5344 traditions dr
Indianapolis, IN 46235

Gary Rutherford
702 Sedgwick Drive
Prairie Grove, AR 72753

Gary Stoddard
1615 27TH ST SE
Washington DC, DC 20020

Gary Surrency
6729 fathom rd
Stockton, CA 95219

Gary Wenke
2018 N. Sunridge Street
Wichita, KS 67235

Gary Zhang
78 Margaret Ave
San Francisco, CA 94112

Gaurav Darekar
696 s new hampshire ave
los angeles, CA 90005

Gaurav Shah
5 Michalik Drive
Sayreville, NJ 08872

Gavin Fudale
32228 South Roundhead Drive
Solon, OH 44139

Gavin Katsutani
3009 Ala Makahala Place
Apartment 210
Honolulu, HI 96818

Gavin Kircher
603 e ormsby ave
Louisville, KY 40203

Gavin Leach
763 Rosalie Way
Winter Springs, FL 32708

Gavin maceo
99 toronto ave
massapequa, NY 11758

Gavin McBryde
4004 Lob Cove
Austin, TX 78730

Gavin Nijjer
4275 Comet Circle
Union City, CA 94587

Gayanthika Pathiranage
6962 74th st circle e
bradenton, FL 34203

Gaylon Kennedy
2790 Stratford Ln SW
3121
Tumwater, WA 98512

Gefte DEBREUS
525 Newton Lake Drive Apt D 416
Collingswood, NJ 08107

Gelson Zangrandi
9128 revere st
House
Philadelphia, PA 19152

Gem Immanuel
2702 Bedford Ave
Raleigh, NC 27607

Gemin Pak
10711 8TH AVE NE UNIT 302
Unit 302
Seattle, WA 98125

Gene Ryou
104 E Louis Ave
Lake Forest, IL 60045

Genesis Clary
16044 Lawrence Place SE
Yelm, WA 98597

Genesis parkhotyuk
3412 royce ln
pasco, WA 99301

Gentry Russo
108 Caneview Drive
Broussard, LA 70518

Geoffrey vaughns
1715 sunflower ave
3
Glendora, CA 91740

George Abelley
6010 Winding Bridge Dr
Jacksonville, FL 32277

George Barbaressos
537 Heron Place, Cedar Lakes Estate
Maroeladal
Johannesburg, GP 02191

George Fotiadis
6433 w reynolds
haslett, MI 48840

George Hanna
4890 Sunroad Centrum ln
San Diego, CA 92123

George Harvey
3940 Broad ST STE 7 PMB 273
San Luis Obispo, CA 93401

George k. Siaw
3418 Gaither Rd, Windsor Mill, MD
windsor mill, MD 21244

George King
909 Woodland Hills
Harlan, KY 40831

George Melillo
107 Bishop St
New Haven, CT 06511

George Mikhail Gomez
4057 Carol Bailey Ave
North Las Vegas, NV 89081

George Moore
913 Buckingham Road
Garner, NC 27529

George Morris
14 Burger RD
Apt 2
Petal, MS 39465

GEORGE NJUGUNA
1905 Thunder Ridge Way
Houston, TX 77089

George Rushforth
10697 Brookview Lane
San Diego, CA 92131

George Salas
1182 East Bonita Place
Casa Grande, AZ 85122

GEORGE SOURIVONG
26 4th Ave
Waterford, CT 06385

George Totari
17103 N Bay Rd
Sunny Isles Beach, FL 33160

George Velasquez
12151 Rain Slicker Place
Nokesville, VA 20181

Gerald Dunn jr
5369 Old Church Rd
Lancaster, SC 29720

Gerald Fernandez
130 Blue Ridge Dr
Apt D
Martinez, CA 94553

Gerald Gravo
PO Box 38
Gold Hill, OR 97525

Gerald Harmon
4 Risa Ct
newark, DE 19702

Gerald Sather
4717 Clinton Ave S
Minneapolis, MN 55419

Geraldine Liban
4425 S Bernard Pl
Fort Mohave, AZ 86426

Gerard Anderson
611 Gwinnett square cir
Duluth, GA 30096

Gerard First
11134 Wortham Blvd
Houston, TX 77065

GERARDO Perez
6048 N Albany ave
apt 2
Chicago, IL 60659

German Becerra Acevedo
15200 Lakeside St
Sylmar, CA 91342

Gerrod Powell
6183 FIRESTONE RD
Jacksonville, FL 32244

Gersson Ojeda
67249 San Gabriel Cir. E.
Cathedral City, CA 92234

Gethro Joseph
7742 Chaterley Court
Indianapolis, IN 46214

Ghadeer Rahhal
11837 Mayfield Ave Apt 101
Los Angeles, CA 90049

Ghadeer Rahhal
11837 Mayfield Ave
Apt 101
Los Angeles, CA 90049

Gianfranco Gerbino
16320 NW 14th St.
Pembroke Pines, FL 33028

Giang Lam
13118 Wood Leaf Park
Tomball, TX 77375

gianmarco Gerbino
16320 nw 14 street
pembroke pines, FL 33028

Giao Bui
2882 MORNING POnd ln
Dickinson, TX 77539

Gideon Caranzo
514 SUN GROVE TRL
GEORGWTOWN, TX 78628

Gigliola Garcia
305 ocean ave
E3
Brooklyn, NY 11225

Gilbert Medina
1929 South Lehigh Drive
Deltona, FL 32738

Gilbert Sanchez
2309 Penn Ave SE
Albuquerque, NM 87106

Gilbert Simpson
83 Perry Street
Camilla, GA 31730

Gilliam Lard
807 Pendleton St
Radford, VA 24141

Gin Khup
2647 SE 160TH AVE
Portland, OR 97236

Gina Kang
9008 Laurel Street
Bellflower, CA 90706

Gina Rabago
722 Canadian Goose
San Antonio, TX 78245

Gina Shagi
118 Matthews Rd
Oakdale, NY 11769

Giovanne Biamby
20150 West Dixie Highway
23108
Miami, FL 33180

Giovanni Louis
360 24th ST NW
Apt 471
Winter Haven, FL 33880

Giri Rajulapalli
177 Hillcrest Dr
Springboro, OH 45066

Girindra Sharma
196 Terraine Street
San Jose, CA 95110

Giuseppe Speranza
53-01 32nd Avenue
4T
Queens, NY 11377

Gleb Nesmeyanov
47 Dove street
New Orleans, LA 70124

Glen Sabo
2549 Maitland crossing way
Orlando, FL 32810

Glenda Escobar
765 Fall Ave
Uniondale, NY 11553

Glenn Dobson
12880 N Railway Ave
205
Rathdrum, ID 83858

Glenn Hawkins
2176 Brentwood Drive
Baton Rouge, LA 70809

Glenn Olsen
36006 Sutter St
PO Box 1966
Lucerne Valley, CA 92356

GLENN PARIS
444 N. El Camino Real Space 36
Encinitas, CA 92024

Glenn Shevach
221 Ashlar Way
Toms River, NJ 08753

Glori-Ann Camacho
3240 Moreno Avenue
San Jose, CA 95127

Glyn Norman
601 N Hale Ave
Fullerton, CA 92831-3516

Godavariben Jasani
23111 Dunlop Heights Terrace
Ashburn, VA 20148

Goddard Robinson
125 Niblick Circle
Suffolk, VA 23434

Godwin Alemoh
1714 walker ave apt D
Union, NJ 07083

Godwin Liang
6344 Avon Avenue
San Gabriel, CA 91775

Gokul Gillela
3310 SUFFOLK CREEK LN
KATY, TX 77494

Goob Goob
7304 Barry rd
Tampa, FL 33634

Gopal Shahu
3904 Ledyard St
west Lafayette, IN 47906

Gopalakrishna Kandimalla
2250 RAVENS RIDGE DR
CUMMING, GA 30041

GOPI KRISHNA PONAMALA
144 Long Iron ct
West Columbia, SC 29172

Goran Sipka
260 Acorn Dr
Longwood, FL 32750

Gouththaman Subramaniyan
3270 Cydonia Court
Dublin, CA 94568

Graciela Caballero
12807 Telge Rd. Apt 1202
1202
Cypress, TX 77429

Graham Flagg
2961 Adobe Dr
Fort Collins, CO 80525

Graham Worthington
--
--, -- --

graham worthington
3201 eagle hall ln
summerville, SC 24986

Grant Hagen
128 Red Alder Court
Lexington, SC 29072

Grant Hill
6022 Sterling River Way
Niceville, FL 32578

Grant Kirik
136 Old Pond Road
Springboro, OH 45066

Grant Kuster
2917 Winsor Dr
209
Eau Claire, WI 54703

Grant Robin
13934 SW 90TH AVE
APT CC204
Miami, FL 33176

Grayson Moran
909 N Madison St
Arlington, VA 22205-1655

Greg Arslanian
2524 Lauderdale dr.
Henrico, VA 23233

Greg Baugh
116 Lowes Foods Dr
Suite 191
Lewisville, NC 27023

Greg Cossaboon
57 Buck Rd
Monroeville, NJ 08343

Greg Naas
430 Couch Avenue
Kirkwood, MO 63122

Greg Orlowski
3930 Horseshoe Pike, Apt 24
Honey Brook, PA 19344

Greg Thompson
31726 Carefree Dr
Parker, AZ 85344

Greg Waugh
555 SW 98th Lane
Ocala, FL 34476

Gregg Hawkins
415 Gartrell Street SE
Unit 2
Atlanta, GA 30312

Gregory Ballard
22123 Guston Hall Lane
Katy, TX 77449

Gregory Burger
6655 Lookout Rd
Apt 301
Boulder, CO 80301

Gregory Gamba
348 Millburn Ave
Suite 2
Millburn, NJ 07041

Gregory Graf
16426 Rollingbrook Dr
Odessa, FL 33556

Gregory Graham
3269 Four M Cir.
Kodak, TN 37764

Gregory Haas
126 American Way
Downingtown, PA 19335

Gregory Iain Maynard
1 Rosewood Road
17 Broadwoods estate
Sandton, GP 02021

Gregory Jockers
2135 Stonehaven
New Braunfels, TX 78130

Gregory Piedt
220 Hickory Corner Drive
maryville, TN 37804

Gregory Portner
3108 NW Kinyon Ave.
Lawton, OK 73505

gregory schenck
8 Cicada Drive
Mechanicsburg, PA 17050

Gregory Schult
721 Newquay Ct
Las Vegas, NV 89178

Gregory Warmkessel
1021 Christina Dr
Leesport, PA 19533

Gricelia Amil
230 east 63 st
hialeah, FL 33013

Grishma Patel
5 Story pl
Robbinsville, NJ 08691

gsdgfds sdfgdsfg
13 sdgfdsgf lane
mckinney, FL 65654

Guerline Perard-Mondelis
163-37 130th Avenue
13D
Jamaica, NY 11434

Guermon Ambroise
667 southland ln
Orange Park, FL 32065

GUI CI HU
3518 stichman ave
baldwin park, CA 91706

guillermo covarrubia
4400 nw 79th ave
509
doral, FL 33166

Gunnar McGill
95 N Aqua Crossing Apt 6 Fayetteville Ar
FAYETTEVILLE, AR 72701

Gunnar Moffitt
1252 W. Edgewood Circle
Coeur d'Alene, ID 83815

Guofeng Wu
770 Sacramento St
San Francisco, CA 94108

GUOHAO JIN
15039 Redwood Valley Lane
Charlotte, NC 28277

Guosheng Fu
506 Raintree Cir
Coppell, TX 75019

Guriqbal Singh
12245 Alondra Blvd
Apt 20
Norwalk, CA 90650

Gurkiret Singh
1314 heberling st
Palm bay, FL 32907

Gursimran Kaur
729 Panorama Ridge
Mount Vernon, WA 98273

Gustav Pelser
13 Abingdon rd
Umtentwini
Portshepstone, KZN 04235-0000

Gustavo Garibay
11156 Pala pl
Jurupa Valley, CA 91752-1730

Gustavo Olmos
5189 Buchanan Road
Delray Beach, FL 33484

Guy Van Natta
13 Sulphur Springs Drive
Greenville, SC 29617

Guydson Jean
628 eastmoor Dr
Springfield, OH 45505

Ha Hoang
16206 Kintyre Point Rd
Houston, TX 77095

ha khuu
10532 molama cir
Garden Grove, CA 92840

Ha Le
305 Coty Way
San Jose, Ca 95136

Ha Nee Pyon
22430 Oxford Lane
Santa Clarita, CA 91350

Ha Nguyen
2889 Saint Giles Ct
High point, NC 27262

Ha Tran
2915 brant Dr
Mobile, AL 36695

Habeebuddin Syed
3457 73rd Street
Jackson Heights, NY 11372

Haddy Jean-Pierre
1506 Firewheel Drive
Wesley Chapel, FL 33543

Hafeez Malik
14917 Bajada Rd
Manor, TX 78653

Hafid Khallaf
Worth
Baton Rouge, LA 70810

Hai Dinh
1088 constitution ct
Cookeville, FL 38501

Hai Tran
1723 oak glen dr
wylie, TX 75098

Haider Faris
18242 n 42nd ave
Glendale, AZ 85308

Haiyan Chen
9272 Kristina Cir
Clarence Center, NY 14032

Hakeem Lewis
28 West 123rd Street
New York City, NY 10027

Haksung Moon
1352 N Mako Ln
Anaheim, CA 92801

Haley Nguyen
5806 sterling pl, midland, TX 79707 US
Other, TX 79707

Hamed Golestanifar
11 Redtail Ct
West Chester, PA 19382

Hamilton Bolay
8237 Mura Drive
Plano, TX 75025

Hammam Abdallah
8604 oaks way
Louisville, KY 40299

Hamp Gaston
312 East Jasper Street
Brandon, MS 39042-4001

Hamza Seddiki
115 vine st.
metairie, La 70005

Hamzah Gheith
9732 English Pine Ct
Windermere, FL 34786

Han Lambuu
1647 W Pine Cone Cir
Layton, UT 84041

Han Le
8811 Granary Gate Ln
Richmond, TX 77407

Han Phyo
111 Pembroke Rd
Concord, NH 03301

handle miller
2690 nw 62 terrace
sunrise, FL 33313

Hang Do
931 Branham Ln
Apt D
San Jose, CA 95136

hang nguyen
14580 ontario dr
Westminster, CA 92683

Hang Nguyen
2518 Paden Birch Dr
Lawrenceville, GA 30044

Hang Tran
No 02 LK2-17 Khu Dat Dich Vu Doc Bun 1
La Khe Ha Dong
Hanoi, HN 00010

Hang Yang
2411 Mount Healy Ct.
Katy, TX 77493

HANH NGUYEN
7064 SW 184th Pl
Beaverton, OR 97007

Hanh-Nguyen To
767 Iberis Way
Tracy, CA 95376

Haniel Alvarez
7740 183A Toll Road
737
Leander, TX 78641

Hanniel Joseph
PO box 46554
Tampa, FL 33646

Hannifa Ramcharitar
160 Capitol Ave
Williston Park, NY 11596

Hans artica madge
2890 BRIGHTON BLVD
UNIT 337
DENVER, CO 80216

Hans Fenderson
4739 Geraldine Lane
NY, NY 10016

Hansel Payano
2214 house st
houston, TX 77502

Hansen Castellanos
6929 Pershing Rd
Stickney, IL 60402

Hanumanthrao Raguthu
15270 voss road
230
sugarland, TX 77492

Hao Nguyen
13222 Ascot Glen
Houston, TX 77082

Haochen Yan
2111Richmond Highway
Arlington, VA 22202

Haoyue Guo
1853 Dapplegrey Lane
Austin, TX 78727

HARE KRISHNA MITRA
915 S Bluff St
A
St George, UT 84770

Hari Chanda
2400 Rachel Ter Apt 24
Pine Brook, NJ 07058

Hari Gorak
7110 Calistoga Ln
Dublin, CA 94568

Hari Papajani
2015 21 Street
Astoria, NY 11105

Haritha Ganna
19232 briarbrook dr
Tampa, FL 33647

Harkirat Singh
26 Drew Avenue
Floral Park, NY 11001

harmeet randhawa
20 chanticleer ct
huntington, NY 11743

Harnek Saini
7140 Kirigin Way
Gilroy, CA 95020

Harold Altvater
111 Atlantic Ave
508
boston, MA 02110

Harold Braynon
2003 West 17th Court
Apt 328
Riviera Beach, FL 33404

Harold Dix
725 Coleman Boulevard
Apt 431
Mount Pleasant, SC 29464

Harold Rodriguez
2477 w 9 ln
Hialeah, FL 33010

harold tran
4446 oceanridge drive
Huntington Beach, CA 92649

Haroon Samnani
11411 Sunburst Marble Road
Riverview, FL 33579

Harrison Allen
60 calhoun st
d
Charleston, SC 29708

Harrison Allen
60 calhoun st
D
Charleston, SC 29401

Harrison Ballard
3019 coppola way
rockledge, FL 32955

Harrison Franks
2100 Country Club Lane
Little Rock, AR 72207

Harry Chau
539 Evergreen Ave
Daly City, CA 94014

Harry Glaspy
208 Deer Creek Trail
Walhalla, SC 29691

Harry Kinney
82129 Standing Oak Drive
Charlotte, NC 28278

Harry Oliveros
41 W Hawaii St
Kahului, FL 96732

Harry Young
3232 N37th St
Apt 115
Phoenix, AZ 85018

Harsh Patel
12 Veronica Way
Windsor Locks, CT 06096

Harsh Patel
795 S Interstate Hwy 35 E
Waxahachie, TX 75165

Harsha Alagesan
5385 Parkford Cir
Granite Bay, CA 95746-6699

Harshal Joshi
117 Malvern Hill Ln
Morrisville, NC 27560

Harsharanveer Singh
2788 Reserve St
Manteca, CA 95337

HARUKO DOERSCHLAG
213 MCGARITY
Kyle, TX 78640

HARVEY Gilliam
8516 South Throop Street
2
Chicago, IL 60620

Haseeb Ibrahim
5838
Timbertrail
Plainfield, IL 60586

Hasmukh Patel
2376 Creek Bank Dr
Columbus, IN 47201

Hau Bui
1708 WILLOW BLUFF DRIVE
PFLUGERVILLE, TX 78660

hau kaltz
9261 Brady Ct
Redford, MI 48239

Hau Nguyen
194 Obert drive
San Jose, CA 95136

Hau Tran
300 Eastcote Dr
atlanta, GA 30350

hayden dodson
7292 west fuller lane
tishomingo, OK 73460

Hayden Mckay
16300 Old Emmitsburg Rd
Emmitsburg, MD 21727

Hayden Pitts
8476 Kington Way
Cypress, CA 90630

Hayden Tankersley
1801 Piper
Tracy, CA 95304

Hayk Sargsyan
3021 Brighton 13th St
D6
Brooklyn, NY 11235

haytham khalil
2064 Westboro ln
Manteca, CA 95336

Heang Seang
PO Box 113
Lummi Island, WA 98262

Heath Blackwell
9474 COUNTY ROAD 50
FYFFE, AL 35971

Heaven Hawkins
206 Woodlake Drive
Summerville, SC 29485

Heber Guillen
PO Box 12446
Miami, FL 33101

HECTOR CORIA
1252 S ALCOTT ST
DENVER, CO 80219

Hector Ezzidio
6204 Manning way
Fort Pierce, FL 34951

Hector Gonzalez
611 Cascade Falls Drive
Weston, FL 33327

hector lopez
cerro largo 938
montevideo, UY-MO 12000-0000

Hector Mota
950 Daylight Circle, Apt 116
LAKE MARY, FL 32746

Hector Robles
1230 NE 134th St
North Miami, FL 33161

Hector Romero
2551 Worden St
San Diego, CA 92110

hector sanz
186 floyd st
belleville, NJ 07109

Hector Tejeda
803 Maywood St
Escondido, CA 92027

hee sin
2302 red oak ln
richardson, TX 75082

HEIDI TAIT
818 Leith Avenue
Waukegan, IL 60085

Heinrich Steenkamp
3603 M Avenue
Kearney, NE 68847

Helder Pimenta
3 Galloway Rd Apt 28
Apt 28
Merrimack, NH 03054

Hellen Mehari
2485 S Decatur St
Denver, CO 80013

Helmut Wilhelm
4423 Holbrook Ave
Erie, PA 16511

Hemal Patel
8 louise burg sq
Unit 7
Nashua, FL 03060

Hemlal Pandey
11244 Hyde Pointe Ct
Charlotte, NC 28262

Hendi Valentino
8712 Kelso Terrace
Gaithersburg, MD 20877

Hendrik Venter
120 Vorster rd
Marister
Benoni, GP 01500

Hengzhi Chen
15207 Ranger Rd
San Leandro, CA 94579

henk venter
850 veda street
preotia, GP 00182

Henry Knapp
3124 North Rosa parks Way
Portland, OR 97217

Henry Kremerov
1012 Ave K
Apt 3B
Brooklyn, NY 11230

Henry Kumala
10355 Paradise Blvd
Unit 114
Treasure Island, FL 33706

Henry Leverette
4800 Printers Way
2054
Frisco, TX 75033

HENRY NGUYEN
11392 MIDWICK PL
GARDEN GROVE, CA 92840

henry soares
33 college lane
North Dartmouth, MA 02747

Henry Stefanac
1141 Amesbury Ct Apt 305
Clover, SC 29710

Henry Vo
3318 Ridgecross Dr
Rockwall, TX 75087

Hermison Lopes
1315 BEDFORD ST
FALL RIVER, MA 02723

Herrick Chang
12226 Hartsook Street
Valley Village, CA 91607-3055

Hetalkumar Patel
202 Ambriance Dr
Burr ridge, IL 60527

Hicham Rani
1203 Tartarian court
Brentwood, CA 94513

Hiedi Omier
3970 SW 72nd Way
Davie, FL 33314

Hien Nguyen
K466/19 Nguyen Tri Phuong
Da Nang 50000

Hiep Nguyen
6136 Raleigh st
Arvada, CO 80003

HIEP NGUYEN
2402 Corte Seville SE
RIO RANCHO, NM 87124

Hiep Tram
1148 Brown Hill Ct
Henderson, NV 89011

Hieu Ly
7042 64th st n
pinellas park, FL 33781

Himanshu Jagdish Patil
851 Geraldine St
Livermore, CA 94550

Hinesh Narotam
424 Loomis Street
Elizabeth, NJ 07206

Hiral Patel
7616 Saddle Trail Lane
Charlotte, NC 28269

HIRENKUMAR PATEL
45 MAGELLAN WAY
FRANKLIN PARK, NJ 08823

Hirsi Mohamed
455 snelling ave n
401
Saint Paul, MN 55104

Hitesh Narsing
54 Jefferson Ave,
Apt BSTN
White Plains, NY 10606

Hitesh Patel
2104 Cades Cove Way
DeLand, FL 32720

hjvbchgdfkhg ughhgckhjgjfvhj
kl;jgh87vjhvjkhgv
-
Mississauga, ON L5W 2X7

Ho Chi Chris Cheung
1117 W 16th St
Unit E
Houston, TX 77008

Hoa Dang
6038 westbourne pl
Centreville, VA 20120

hoa nguyen
1829 Avashire lane
-
Knoxville, TN 37931

Hoa Nguyen
402 Concord Dr
Clinton, MS 39056

Hoa Tran
10185 Bonser Ave
Garden Grove, CA 92840

Hoa Van
7481 Edinger Ave
Unit 114
Huntington Beach, CA 92647

Hoai Duc Nguyen
2823 AMBERGATE RD
WINTER PARK, FL 32792

Hoan Hoang
4101 Mead Lake Ct, Brownsville TX 78520
Brownsville, TX 78520

Hoang Dang
10226 N Laurel Branch Dr
Houston, TX 77064

Hoang Duy Le
416 Avenida Arboles
San Jose, CA 95123

Hoang Khanh Le
1542 E Mesquite St
Gilbert, AZ 85296

HOANG KHI QUYEN
114 nguyen du street, buontrap town, kro
Daklak province, Daklak province 00063-0

Hoang Le
416 Avenida Arboles
San Jose, CA 95123

Hoang Le xuan
746 tr ng chinh, tan hung thu n, q
Ho chi minh 00070

Hoang Pham
13126 Crescent Manor Ln
Houston, TX 77072

Hoang Thi Minh
TDP Trung Tam
Thi Tran Bac Ly, Hiep Hoa
Bac Giang 00023

Hoang Tran
Vinh Tri, Yen Tri, Y Yen
Nam Dinh, - 00042

Hoang Trinh
4824 w 135th ST
Hawthorne, CA 90250

Hoang Vu Nguyen
11248 20th ave S
SEATTLE, WA 98168

Hoanghai Pham
19419 lake hollow ln
Houston, TX 77085

Hoc Nguyen
3821 Stonyrun Circle
Louisville, KY 40220

Holden Henderson
2403 SE 180th CT
Vancouver, WA 98683

Holden Kelly
8349 Pelican ln se
Port orchard, WA 98367

Holguy Rinchet
2230 Lake Worth Rd
Lake Worth Beach, FL 33461

Hollie Le
20357 Century Blvd., unit o
germantown, MD 20874

Holly Shivery
1801 N Flagler Drive
416
West Palm Beach, FL 33407

Holly Vickers
13128 Jupiter Hills Court`
Orlando, FL 32828

Holly Yoo
8526 PEDIGO RD
Powell, TN 37849

Hong Luu
2015 Tyler St
Union, NJ 07083-5317

HONG NGO
1439 Summer Glow avenue
Henderson, NV 89012

Hong ngoc Truong
200 Avery Glenn Way
Fuquay-Varina, FL 27526

HONG PHUC PHAN
704 putter green way s
saint john, FL 32259

Hong Vo
11 mystic valley ct
Spring, Texas 77381-0000

Hongchuan Tan
1 Lenape Lane
Old Tappan, NJ 07675

HOON CHOO
4201 Topanga Canyon Blvd
SPC 160
Woodland Hills, CA 91364

Hop Nguyen Duc
Chu Van An
Vinh 43000

Hope Topping
5021 NW 17th Ct
Lauderhill, FL 33313

Howard Alvarez
13195 Winsford Ln
Fort Myers, FL 33966

Hssjsn Sjensje
6969
New York, NY 13392

Hua Yang
3316 Long Meadow Ct.
West Bloomfield, MI 48324

Huan Nguyen
20225 Bothell Everett Hwy
APT #2316
Bothell, WA 98012

Hubert Schonknecht
170 East Northwest Hwy Apt D
DES PLAINES, IL 60016

HUE VO
868 S MARY AVE
SUNNYVALE, California 94087-0000

Hugh Hinton
242 Martha Anne Dr
SHREVEPORT, LA 71115

Hugh Reid
7851 Shoals Dr
Apt D
Orlando, FL 32817

Hugo Gomez
26515 Paseo San Gabriel
San Juan Capistrano, CA 92675

Huilin Wang
17 Sauk Creek Cir
madison, WI 53717

Huiquan Zhao
2218 N Second Avenue
Upland, CA 91784

HUIQUAN ZHAO
2218 N. Second Avenue
Upland, CA 91784

Humphrey Musita
5531 Four Winds Dr
Arlington, TX 76018

Humza Sehbai
13804 Appaloosa Ct.
North Potomac, Maryland 20878-0000

HUNG do
7106 Silverleaf Oak Rd
Elkridge, MD 21075

Hung Nguyen
2328 Greenway dr
Gautier, MS 39553

hung nguyen
618 N Lucas dr
Grapevine, TX 75061

Hung Nguyen
6307 Oakmont Creek Drive
Spring, TX 77379

Hung Van
728 Promenade Pl
Ste 308
Virginia Beach, VA 23462

Hunter Campbell
296 Route 171
6
Woodstock, CT 06281

hunter duehart
8889 lower thomaston rd
Lizella, GA 31052

Hunter Hebert
4 Johnsons court
Milton, VT 05488

Hunter Kaszas
65855 Kenilworth RD
Lakeville, IN 46536

Hunter Oomen
140 w michigan st
walkerville, MI 49459

Hunter Williams
17239 Shavano Ranch Dr
San Antonio, TX 78257

Hunter Yeary
2133 Ridgecliff Dr
Keller, TX 76248

Huong Nguyen
3895 kauai dr
San jose, CA 95111

Huong Pham
4 Livoli Ave
Braintree, MA 02184

Huu Quoc Nguyen
4400 Boone Rd
Apt 190
Houston, TX 77072

Huu Tan Nguyen
1600 2ND AVE
Apt 1908
Seattle, WA 98101

Huu Tri Dang
4541 Renaissance Dr Apt 433
San Jose, CA 95134

Huy Le
6200 TRAVO WAY
ELK GROVE, CA 95757

Huy Nguyen
13501 Iowa St
Westminster, CA 92683

Huy Nguyen
118 Porter Parkway
Fruitland, MD 21826

Huy Nguyen
17908 Stefano Drive
Pflugerville, TX 78660

Huy Pham
62 Linton St
South Portland, ME 04106

huy pham
2500 Centennial rd lot 33
bismarck, north dakota 58503-0000

huy pham
373 Wayside Dr
Beavercreek, OH 45440

huy stephen nguyen
71 lake thoreau rd
Hattiesburg, MS 39402

Huy Tran
123 Belshire Dr
Greer, SC 29650

Huy Tran
6032 Coral Berry Road
Hanahan, south carolina 29410-0000

Huy Trinh
2500 arnold mill road
Lawrenceville, GA 30044

huy trinh
2500 arnold mill rd lawrenceville Ga 300
Lawrenceville, GA 30044

Huy Vo
12466 S Compass Ave
Plainfield, IL 60585

HUYEN NGUYEN
1415 Saddleback Rd
York, PA 17408

Huyen Ton Nu Minh Tran
51/18 Nguyen Hong, 1 ward, Go Vap distri
Ho Chi Minh

Huyen Tran
2619 Rutherford way
Charleston, SC 29414

Huynh Ba Khoi
J93 CC Sinh Loi, KDC Trung Son, Binh Hun
Ho Chi Minh 00070

Hwa-Chow Hsu
650 Castro St., Ste 120
PMB 95180
Mountain View, CA 94041

Hy Vo
953 Volans Dr
Loveland, CO 80537

Hyun Kim
8110 Levity Pl.
Manassas, VA 20111

I'Zayah Griffin
133 Red Robin Road
Durham, NC 27703

IAN AGUILAN
5023 BONNIE DOON LANE
LAS VEGAS, NV 89141

Ian Donaldson
6 ELIZABETH ST
Kingston, NY 12401

Ian Empey
6749 Triston Way
Montgomery, AL 36116

Ian Garcia
5281 Pavia Dr
Saint Cloud, FL 34771

ian mitchell
19850 NW Dixie Mt rd
North Plains, OR 97133

Ian Muiruri
2511 W. 31st
Lawrence, KS 66062

Ian Palma
4247 Collis Ave
LOS ANGELES, CA 90032

Ian Pena
6 1/2 Victoria Court
Haverhill, MA 01832

Ian Quinn
308 Sibley St
Carver, MN 55315

Ian Stephenson
40 Mountainview Ave
Mount Arlington, NJ 07856-1133

Ian Williams
6434 Mimosa Ln
Dallas, TX 75230

Ibraham Ann
25211 119th pl se
Kent, WA 98030

Ibrahim Abdulkawi
6221 N. Harding Ave
Chicago, IL 60659

Ibrahima Diallo
2600 S Muhlfeld St
1260 Croton Loop 5B Brooklyn NY 11239
Philadelphia, PA 19142

Iengthean Sovann
1534 N Moorpark Rd #501
Thousand Oaks, CA 91360

iesha Rogers
121 Rolling Way
Peekskill, NY 10566

Ignacio Breijo
Rafael Pastoriza 1550
Montevideo, UY-MO 11300-0000

Ignacio Gutierrez
1009 W. Chestnut Ave
Santa Ana, CA 92703

Ijaz Muhammad
255-257 North Road
Chelmsford, MA 01824

Ilian Ramirez
2071 Harrison Ave
San Diego, CA 92113

ilir elezaj
307 Sunset Blvd
West Cape May, NJ 08204

Illya Bakken
9395 245th st e
Lakeville, MN 55044

Ilyas Omarkhel
13568 Lavender Mist Ln
Centreville, VA 20120

Ilyas Omarkhel
13568 Lavender Mist Ln
Centreville, VA 22311

Immanuel Gangte
7704 Blackbird Lane
Elkridge, MD 21075

Imran Mohd
3675 Partridge Path
Apt 6
Ann Arbor, MI 48108

India Martin
753 WAGON TRAIL RD
RIDGEWAY, VA 24148

Indumathi Ravichandiran
5170 Red River Ave SW
Wyoming, MI 49418

Ingrid Tsai
9215 190th Street
Apt 3
Hollis, NY 11423

INNOCENT NDUKWE
6106 Colgate lane
matteson, IL 60443

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Intikhab Rehman
42269 Riggins Ridge Terrace
Brambleton, VA 20148

Ira Eles
18800 NW Rock Creek Circle
Apt 167
Portland, OR 97229

Ira Feintuch
1985 S Ocean Dr
Apt 7Q
Hallandale Beach, FL 33009

Irene Doleman
18409 Edinboro Ave
Maple Heights, OH 44137

Irina Mikolajczyk
23 Gates Lane
Northborough, MA 01532

Isaac Choi
989 W Aspen Ct
Palatine, IL 60067

Isaac Fearing
7948 Somerset Road
Woodbury, MN 55125-2344

Isaac Frankel
2 judith ln
Monsey, NY 10952

Isaac Gines
189 Eagle Harbor Way
Daytona Beach, FL 32124

isaac keiran
4407 Hopson Rd
APT 1215
morrisville, NC 27560

Isaac Leihy
915 Magnolia Crst
San Antonio, TX 78251

Isaac Orta
2716 W Nassau St
Tampa, FL 33607

Isaac Stotts
1251 W Sigurd Cir.
Wasilla, AK 99654

Isaac Suffren
3039 Nowitzki Way
Dallas, TX 75219

Isai Nolasco
27571 Villa Avenue
Highland, CA 92346

Isai Rosas
3060 Viana Dr
Palmdale, CA 93550

Isaiah Billing
33506 Lanes Valley rd
La Crescent, MN 55947

Isaiah Copeland
51 webbs Ln
P1
Dover, DE 19904

Isaiah George
22477 Zurich Dr
Tehachapi, CA 93561

Isaiah Scott-DeShields
225 Wayne Ave
Narberth, PA 19072

Ishaan Patel
2226 North Columbus Street, Arlington, V
arlington, VA 22207

Ishwar Balliram
8961 SW 223 Lane
Cutler Bay, FL 33190

Isiah Gilliam
105 Cameron Dr
Slippery Rock, PA 16057

Iskender Toktobaev
2540 Crooked Creek Rd
303 apartment
Schaumburg, IL 60173

ISMAEL MOUHAB
11821 Stoney Ridge Way
Rancho Cordova, CA 95742

Ismail Akanbi
1600 North Summit Avenue
Apt. 3323
Lewisville, TX 75077

Ismail Guder
870 s Colorado blvd #1153
Denver, CO 80246

Israel Cuevas
1928 Shadow Trl
Plano, TX 75075

Israel Lazo
1211 N Rancho Ave
Colton, CA 92324

ISRAEL MARQUEZ
180 BLACK ROCK AVE
NEW BRITAIN, CT 06052

Israel Martinez
212 Crest Ave
Elk Grove Village, IL 60007

Istalkher Wright
11419 Forest View Dr
Williams, IN 47470

Ituriel Gutierrez-Chapa
1531 Range Field
San Antonio, TX 78245

Iva Lesperance Charles
62 Bush Avenue
Staten Island, NY 10303

Ivan Mercado
13619 Fanshaw Ave
Paramount, CA 90723

Ivan Romero Jr
24 Daniel Lane
Kinnelon, NJ 07405

Ivan Shao
9117 35th ave
Jackson Heights, NY 11372

Ivan Varbanov
9218 Miramonte
Irvine, CA 92618

Ivaylo Peytchev
6269 Woodbury Dr
Boca Raton, FL 33433

Ivelin Ivanov
105 settlers lane
Hyannis, MA 02601

Ivo Lesperance
62 Bush avenue
171 harbor rd
Staten Island, NY 10303

Izzac Gray
115 Creed Way
New Tazewell, TN 37825

J lee Dayklee
5500 Douglas dr N
Apt 315
crystal, MN 55429

J'Gai Starks
1302 West St
honesdale, PA 18431

Ja Y. Lee
5 Stone Road
Plainview, NY 11803

Jaafar Ibrahim
8259 n octavia
Niles, IL 60714

Jabriel King
3823 N EWING AVE
KANSAS CITY, MO 64117

Jacel Martin
3519 N 107th Dr
Avondale, AZ 85392

Jack Daniels
124 Neeley Lane
New Bern, NC 28560

Jack Gooper
Sesame street
210
Austin, TX 73301

jack gourdet
5936 castor ave
philadelphia, PA 19149

Jack Kuzia
57 Standley Street
Beverly, MA 01915

Jack Lenz
22263 Jasmine Way
Rogers, MN 55374

Jack Liu
6055 69th PL
Maspeth, NY 11378

Jack Peterson
3206 Oak Hollow dr. SE
Grand Rapids, MI 49546

Jack Reeves
1854 Magnolia Fruit Dr
Dumfries, VA 22026

Jack Taylor
118 Gibson Ln
Corpus Christi, TX 78406

Jackie Carlos
620 S V Ave
Apt G
National City, CA 91950

Jackie Mcclellan
28 Capricorn Ct
Rockville, MD 20855

Jackqueline Truong
21111 ASHFORK DR
KATY, TX 77449

Jackson Bakerink
2559 Clark Tower Rd
Winterset, IA 50273

Jackson Nguyen
2151 Golden Dew Cir
San Jose, CA 95121

Jackson Nguyen
2151 Golden Dew Cir
San Jose, FL 95121

Jackson Shockley
240 S 200 W
Apt 2
Springville, UT 84663

Jacky Pierre
14150 NW 17th Ave
Opa-Locka, FL 33054

Jaco Viljoen
3B Sole Sands
Meerensee, KZN 03901-0000

Jacob Altshuler
2116 1/2 Hillhurst ave
Los Angeles, CA 90027

Jacob Belprez
46079 Meadow Ln
Macomb, mi 48044

Jacob Biasetti
14 Nostrum Rd
Norwalk, CT 06850

Jacob Biletski
2613 187th Street East
Tacoma, WA 98445

Jacob Bradtmueller
3132 West Burke Street
Tampa, FL 33614

Jacob Britt
229 Glenlivet Way
El Paso, TX 79928

jacob brown
3610
Moline, IL 61265

jacob brubaker
20760 rosedale dr
Clinton Township, MI 48036

Jacob Clause
45922 Champion Court
Indio, CA 92201

Jacob Cormican
23245 OAK PRAIRIE CIR
SORRENTO, FL 32776

Jacob DeDominicis
635 Pinewood Dr
Conroe, TX 77385

Jacob Fink
81 Cutler Road
Needham, MA 02492

JACOB FRIESEN
552 PR 308 H
SEMINOLE, TX 79360

Jacob Geissler
27096 North Jacqueline Court
Athol, ID 83801

Jacob Her
5924 Goddard St
Shawnee, KS 66203

jacob lewis
1219 minnesota rd lot 58
port huron, MI 48060

Jacob Merkley
20461 E Sonoqui Blvd
Queen Creek, AZ 85142

Jacob Noles
133 Rob Roy Road
LaGrange, GA 30240

Jacob Oligario
1189 Vista Verde Dr
Roseville, CA 95747

Jacob Rasoul
6518 Silver Fox rd
Charlotte, NC 28270

Jacob Schelonka
3660 W 46TH ST
INDIANAPOLIS, IN 46228

Jacob Sharp
1004 Wild Ivy Trail
Franklin, IN 46131

Jacob Short
9613 SE 6TH ST
MIDWEST CITY, OK 73130

Jacob Struble
416 Main St Apt 16
Wallingford, CT 06492

Jacob Tibbetts
9835 15th Pl SE
Lake Stevens, WA 98258

Jacob Wells
5922 US HWY 61 67
Imperial, MO 63052

Jacob West
16621 S 32nd pl
Phoenix, AZ 85048

Jacob Yang
2305 E SANTA ANA AVE
Fresno, CA 93726

Jacqueline Artigas
4901 W Summerfield Dr
Highland, UT 84003

Jacqueline Garcia Nunez
3560 E Avenue R12
Palmdale, CA 93550

Jacqueline Labra
918 NW 204th Street
Miami Gardens, FL 33169

Jacquelyn Pineda
3981 Dupont Parkway
Townsend, DE 19734

Jacques Meyer
1 Saltrock Road
E8 The Saxony
Ballito, KZN 04420-0000

Jadacus Santos
10147 Boca Entrada Blvd #218
Boca Raton, FL 33428

jaden alvarez
1233 abberton dr
orlando, FL 32837

Jaden Bryant
330 Independence Blvd
Newport, NC 28570

Jaden Clark
2164 Greencrest Circle
Alpharetta, GA 30004

Jaden Davis
P.O Box 374
Manchester, CA 95459

jaden wilson
584 Camp Akiba Rd
Stroudsburg, PA 18360

Jadon Coleman
778 s 860 e
C113
American Fork, UT 84003

Jae Chang
10261 Wembley Cir
Westminster, CA 92683

Jaeden Rebok
26246, Quantico Creek Road
Hebron, MD 21830

Jaewoo Lee
1724 1/2 s bonnie brae st
Los Angeles, CA 90006

Jagar Reed
1440
E Broadway Rd
Tempe, AZ 85282

Jahanzeb Khandwala
8325 Mango Ave
Morton Grove, IL 60053

Jahir Simon
1513 Lilac Breeze Cir
Las Vegas, NV 89108-0820

jahkiem lowe
8820 ave j
brooklyn, NY 11236

Jahmawry Porter
9591 west elm lane
Miramar, FL 33025

Jahzell Ramirez
600 Hinksey Drive
1114
Myrtle Beach, SC 29588

Jahzhseed Hancock
729 HOWARD AVE
Brooklyn, NY 11212

Jaiden Dennis
58 Pine Manor Dr
Ponte Vedra, FL 32081

Jaime Ariel Arita Romero
23 delaney avenue
watsonville, CA 95076

Jaime Bernal
2449 81ST Street
2FL
East Elmhurst, NY 11370

Jaime Bohl
912 Autumn Royal Lane
Las Vegas, NV 89144

Jaime Justo
30612 Wind Walker Way
Menifee, CA 92584

Jaime Lara
10039 Radio Rd
Houston, TX 77075

JAIME MARTINEZ
2430 Manchester Ln
Lancaster, TX 75134-1985

Jaime Mendoza
2045 N Apple Ave
Rialto, CA 92377

Jaime Saez Ewertz
1060 E Horseshoe Dr
Chandler Arizona, AZ 85249

Jaime Villa
1228 E KENWOOD AVE
Anaheim, CA 92805

Jairus Saunders
16856 Aberdeen Drive
Romulus, MI 48174

Jaisimha Seelam
5691 Chorleywood Ln
Wesley Chapel, FL 33545

JaJuan Barr
58 woodstown rd apt 208
Mullica Hill, NJ 08062

Jake Bogart
482 Marion Road
145 D
Oshkosh, WI 54901

Jake Matty
9904 Bradley Russell Ct
Charlotte, NC 28214

Jake Rayner
7629 SE 13th Ave
Portland, OR 97202

Jake Rivera
305 west baker rd
312
Baytown, TX 77521

Jake Russell
9778 Oxford Cir
Powell, OH 43065

Jaleel Johnson
742 Mount Whitney Cir
Corona, CA 92879

Jaleel Richardson
432 Cider Mill Dr
Middleville, MI 49333

Jaleesa Brown
150-45 116th Drive
Jamaica, NY 11434

Jalen Smith
PO BOX 23783
ST PETERSBURG, FL 33742

Jalin Childs
821 Hill Top Road
Hampton, FL 30228

Jamal Accra
1069 E periwinkle way
Gilbert, AZ 85297

JAMAL JOHNSON
15326 AGUILA PASS
MORENO VALLEY, CA 92555

Jamal Massengale
4142 30th Street
Detroit, MI 48210

Jamelle Kent
1201 windy lane
Baytown, TX 77520

Jamelle kent
1201 Windy Ln
Baytown, TX 77520

James Aquino
4909 Hunter Hill Ter
Glen Allen, VA 23059

James Ayers
3122 EVANS AVE
NAVARRE, FL 32566

James Brawner
2527 Kingsley Ln
oklahoma city, OK 73128

james brubaker
9845 national pk
big pool, MD 21711

JAMES BYERS
PSC 400 BOX 5953
APO, AP 96273

James Carmody
5070 Ripp Rd
Sturgeon Bay, WI 54235

James Cochran
70 Lauren Overlook
Newnan, GA 30263

JAMES DENNIS
58 E PIPERSGREEN
SPRING, TX 77382

James Derrick
7118 Sutton pl
Fairview, TN 37062

James Drayton
1012 Pembroke Ave
lansdowne, PA 19050

James Duchelde Jean
1380 S Elmhurst rd
Mount Prospect, IL 60056

James Gault
2001 Hartford Path
The Villages, FL 32162

James Grady
10309 Chester Drive
Carmel, IN 46032

James Griggs
109 scenic stream circle
crawfordville, FL 32327

James Hampton
48 Jefferson St
apt.4
Westfield, MA 01085

james haughton
75 paul lane
childersburg, AL 35044

James Holmes
130 Wygenwood Ln.
Terre Haute, IN 47803

James Holzer
11030 Sherwood Ridge Dr
Houston, TX 77043

James Howard
2686 S Gilpin St
Denver, CO 80210

James Jackson
25910 Meadow Dr.
Pioneer, CA 95666

James Jameson
800 Figueroa St.
Los Angeles, CA 90210

James Jason
53 Deer Path
Buffalo, Ny 14224

James Johnson Sr
1340 Stratton Place Dr Apt A
Chattanooga, TN 37421

James Jones
1 Maplebrooke Ct
Troy, IL 62294

James Katehakis
31 Beaver run Drive
Savannah, GA 31419

James Kolonusz
104 Apple Ave, Suite 3
Dothan, AL 36303

James Kwon
14347 Musgrove Farm Ct
Glenwood, MD 21738

James Lee
804 Joe Yenni
19
Kenner, LA 70065-4870

James Littleton
227 N McPherson St
Fort Bragg, CA 95437

James Liu
1017 Meadow Breeze Lane
Sarasota, FL 34240

James Maraldo
5581 SE 140th ave
Portland, OR 97236

James McCully
25095 Belmont Ct
Perrysburg, OH 43551

James Mcmurtrey
8100 Epperson Mill Rd
Millington, TN 38053

James Moorehead
3922 NE 22nd PL
Cape Coral, FL 33909

James Newton
1566 Valley Rd
Apt 205
Oconomowoc, WI 53066

James Outley
1031 1/2 McClardy Road
Clarksville, TN 37042

James Perrotti
8150 Old Sunridge Drive
Manlius, NY 13104

James Polidori
400 SW 1st Ave, Apt 2608
Fort Lauderdale, FL 33301

James Polidori
400 SW 1st Ave
Apt 2608
Fort Lauderdale, FL 33301

James Shenberger
3010 N Barton Lp
Post Falls, ID 83854

James SImmons
3224 Moorewood Dr
Nashville, TN 37207

james slay
26110 richards rd
spring, TX 77386

James Stevens
1649 KALAEPAA DRIVE
HONOLULU, HI 96819

James Stivers
3 Horizon Court
Whispering Pines, NC 28327

James Tambling
166 Sausal Dr
Portola Valley, CA 94028

James Thomas
PO Box 393
Poway, CA 92074

James Vinson
927 Valhalla Drive
Jonesboro, AR 72401

James Wan
James Street
Florida, FL 32013

James Williams
29694 Castlewood Drive
Menifee, CA 92584

James Yost
8308 Sinclair Mill Road
Manassas, VA 20112

Jamichael Dawson
1836 Roswell St
Apt 4205
Smyrna, GA 30080

Jamie Gadd
2727 Morning Leaf Ct
Spring, TX 77388

Jamie Malacara
10062 royal lane
157
Dallas, TX 75238

Jamie Miller
1150 Garner Ave
Schenectady, NY 12309-5706

Jamie Robinson
4901 Murrayhill Rd
Charlotte, NC 28210

Jamil Huffman
375 oxford drive
Fairborn, OH 45324

Jamil Johnson
264 Maple Valley Dr
Collierville, TN 38017

Jamil Walker
3204 Central Ave NE
Washington, DC 20018

Jamshid Nusraty
11205 trippon court
North Potomac, MD 20878

Jan Krivocheia
487 Boynton Ave
Unit 1
San Jose, CA 95117

Jan Mora Rodriguez
2034 Torchwood Dr
Orlando, FL 32828

Janae Mack
626 grove st
Winter Haven, FL 33881

Janak Kalaria
10506 Stansfield Road
Laurel, MD 20723

Janakiram Ponnam
50677 federal blvd
canton, MI 48188

Janani Viverjitha Manoharan
1710 Highland Cir
Fairfield, CA 94534

Jane Arek
6010 WINDING BRIDGE DR
JACKSONVILLE, FL 32277

Janel Shyver
123 Linden Ct
Dover, DE 19901

JANESH SHANKAR
5040 Allington St
Street Address 2
Lakewood, CA 90712

Janet Jordan
4112 Yardley Ave North, Saint Petersburg
St.Petersburg, FL 33713

Janet Madriaga
12204 hoop ct
Bristow, VA 20136

Janol Wright
422 N Michigan Ave
Kenilworth, NJ 07033

Jansen Jones
1609 Canal Ave
Greenville, MS 38701

Janysh Kulmatov
35 Cobbler lane
US
Schaumburg, IL 60173

Janzyn Andre
PSC 37 Box 2761
Apo, AE 09459

Jaran Iwane
94-1258 Halelaukoa Dr
Waipahu, HI 96797

Jared Adams
23862 E Alabama Dr
Aurora, CO 80018

Jared Jodon
54 Bridle path lane
Bluffton, SC 29910

Jared Lancon
11931 Hackney Ct
Haslet, TX 76052

Jared Landrum
235 CHESTER LEE ST
LAROSE, LA 70373

Jared Lutwyche
24 Paulding lane
Crompond, NY 10517

Jared Marchand
32 New Westminster Rd
Hubbardston, MA 01452

Jared Minear
14252 Uxbridge St
Westminster, CA 92683

Jared Nyangenyo
22842 SW 88 PL
Cutler Bay, FL 33190

Jared Postal
391 Deer Blvd
Avon, CO 81620

Jared Prewitt
6043 Whisper Ridge Lane
Corryton, TN 37721

Jared Zaetz
4911 NE 19th Ave Apt 1
Fort Lauderdale, FL 33308

Jarel Ellis
1507 Witchhazel Cir
Gambrills, MD 21054-1364

Jarod Mcmanus
3818 west 157 street
lawndale, CA 90260

Jarod Reddy
94 Nordale Road
Newlands West, KZN 04037-0000

Jaron Christensen Vavalis
16965 NW Bernietta Court
Portland, OR 97229

Jaron Gao
503 Boulevard SE
Atlanta, GA 30312

Jaron Peters
1501 sawgrass lane
Portsmouth, VA 23703

Jaron Sherrill
9 Treasure Hills Lane
1724
Conway, AR 72032

JARRAD WEINHOLD
1605 Twin Oaks Circle
OVIEDO, FL 32765

Jarred Williams
1777 Venice lane
apt 236
Miami, FL 33181

Jarret Jordahl
635 Indigo Ave
Alden, IA 50006

Jarrett Jenkins
334 Locust Street
Apt 1
West Hempstead, NY 11552

Jarrod Brummett
1400 E Van Buren St
Janesville, WI 53545

Jasanjot Singh Sandhu
5105 Silvery Jewel Ln
Bakersfield, CA 93313

Jase Barron
807 East Clayton St.
Cuero, TX 77954

Jasjit Singh
10011 SAND DOLLAR DR, HOUSTON, TX 77065-
Houston, TX 77065

Jasmin Harper
13 Hawthorne St
Springfield, MA 01105

Jasmine June
14007 May Mist
San Antonio, TX 78253

Jason Almeida
2133 Saint Augusta Ln.
Hawthorne, CA 90250

Jason Angel
100 Spothorse Lane
Marshall, NC 28753

Jason Arcaina
363 deanne lane
Daly city, CA 94014

Jason Arthur
247 Staysail Drive
Joppa, MD 21085

Jason Barnes
6464 Honey Grove Apt207
apt 207
Colorado Springs, CO 80923

Jason Bennet
1234
Miami, Florida 12345-0000

Jason boykin
11601 BROOKSTONE DR
OCEAN SPRINGS, MS 39564

Jason Broadway
340 Canyon Drive
Altamont, TN 37301

Jason BROCK
51 Grass Fields Drive
Barnardsville, NC 28709

Jason Burke
7525 8th Street NW
Washington, DC 20012

Jason Carnevale
3508 Venezia View
Leander, TX 78641

jason ceremuga
218 SPRING ST
SOUTH SALEM, NY 10590
South Salem, NY 10590

Jason Crosby
1112 Leesburg Drive
Leland, NC 28451

Jason Daly
10308 Wolftrap Drive
Austin, TX 78749

Jason Deng
40 Bourneside Street, #2
Boston, MA 02124

Jason Do
504 Union St
Piscataway, NJ 08854

Jason Doan
3101 kiskadee ct
Mckinney, TX 75071

Jason Duchatelier
6421 Rock Creek Dr
Lake Worth, FL 33467

Jason Ellingson
2610 200th avenue
PO Box 84
Deer Park, WI 54007

Jason Gatewood
1010 Yorkmont Ridge Lane
634
Charlotte, NC 28217

Jason Guidry
7310 Foster league
Richmond, TX 77406

Jason Haas
6711 Stearns Street
Houston, TX 77021

Jason Hebert
10 big oak ln
Wildwood, FL 34786

Jason Ho
605 Maple Crest Dr
Lawrenceville, GA 30044

Jason Hoang
746 Kirkwall Pl
Milpitas, CA 95035

Jason Hood
2463 Silver Blossom Ln
Henderson, NV 89052

Jason Jansen
114 Andes Ave
Geneva, NY 14456

Jason Klinck
401 South Street
Graham, TX 76450

Jason Leisering
290 Andover L
West Palm Beach, FL 33417

Jason Ma
54 Rutgers Street
APT 4F
New York, NY 10002

Jason Mailo
845 Ala Lilikoi St
#5
Honolulu, HI 96818

Jason McDonald
2231 Hallowell Rd
Litchfield, ME 04350

Jason McKay
5753 Hwy 85 North
6221
CRESTVIEW, FL 32536

Jason Meadows
4608 Wolf Ridge Way
Fort Worth, TX 76244

jason nachman
3005 rogers drive
falls church, VA 22042

Jason Nguyen
3565 S Heritage Ave
Boise, ID 83709

Jason Nitsos
29 Wren Dr
Hilton Head Island, SC 29928

Jason Pallone
37 Belleaire Ave
Lynn, MA 01904

Jason Purcell
116 Spring Brk
Cibolo, TX, TX 78108

Jason Purvis
108 Honeysuckle Rd
Kingsland, GA 31548

Jason Quinn
985 N 2000 E
St. George, UT 84770

Jason Quiroz
196 millar ave
San Jose, CA 95127

Jason Robinson
9870 Nix Lane
Fairhope, AL 36532

Jason Roby
3980 County Road 64
DeGraff, OH 43318

Jason Salazar
9500 Vintage Port Way
Sacramento, CA 95829

Jason Sam Fong
94-035 Kuahelani ave
121
Mililani, HI 96789

Jason Simmonds
3643 Basanite Avenue
Ontario, CA 91761

Jason Snyder
3221 W Empedrado st
Unit A
Tampa, FL 33629

Jason Stamps
3109 Earle Drive
Benton, AR 72019

Jason Tengco
1039 Stonehedge Dr
GLENDORA, CA 91740

Jason Tran
706 S Halliday St
Anaheim, CA 92804

Jason Trichel
111 Aubree Circle
West Monroe, LA 71291

Jason Ulloa
3841 SW Chicopee ST
Port St Lucie, FL 34953

JASON VILLARREAL
3012 san francisco
laredo, TX 78040

Jason Vu
1027 Nathan Mauldin Dr
Lawrenceville, GA 30043

Jason Vu
205 hickory ln
Pekin, IL 61554

Jason Webb
5220 Hedgewood Dr
APT 617
Midland, MI 48640

Jason Wimer
1601 Parkridge Cir, apartment 275, Croft
Crofton, MD 21114

Jason Woo
428 Willapa Lane
Diamond Bar, CA 91765

Jaspal Singh
7801 Rushmore ave NE
Lacey, WA 98516

Jastej Dhaliwal
89 stoneham drive
Delran, NJ 08075

Jatinder Rai
527 Silver Maple Drive
Hercules, CA 94547

Jatwind Payton
1460 Angus Dr
Harvey, LA 70058

javari olivas
115 w carby rd
Hosuton, TX 77037

Javier Alatorre
4009 Beacon Pointe Ln
Dickinson, FL 77539

Javier Haro
10218 S. Burl Ave.
Lennox, CA 90304

Javion Mitchell
8100 SW 22nd St
Apt 205
North Lauderdale, FL 33068

Jawad Abdullah
2728 parkerridge dr
independence, KY 41051

Jawad Javed
1197 Shadow Dr
Troy, MI 48085

Jawan Robinson
636 5th Avenue
Williamsport, PA 17701

Jaxon Potter
1228 Carston Court
Farmington, UT 84025

Jay Gallo
732 NE 10th Ave.
Boynton Beach, FL 33435

Jay Piniella
11709 N Rome Ave
Tampa, 33612, FL 33612

Jay Vyas
1 Tantum CT
Bordentown, NJ 08505

Jay weno
9404 Bald Hill Lane
brooklyn, NY 11228

Jayaraj Perumal
72 Frazer Fir Rd
South Windsor, CT 06074

Jayb Heacock
458 Matilda Ln
Jacksonville, FL 32216

Jaydeep kapuriya
13740 Endeavour Drive
APT#201
Herndon, VA 20171

Jaylan Jones
6080 se 84th ave
104
Portland, OR 97266

Jaylen Jennings
219 9th Ave
Oakland, CA 94606

Jaylie Do
4401 Buena Vista Ln
McKinney, TX 75070

Jazmine Jones
8612 8th Avenue
2
Inglewood, FL 90305

Jean Jean Baptiste
1414 Westchester dr N
West Palm Beach, FL 33417

jean kad
546 agte
atnnh, FL 32501

Jean Max Paul Point du jour
45 rocco st
b1
Roselle, NJ 07109

Jean Pierre Chica
10900 sw 104 st
304
miami, FL 33176

Jean Wilnader Lucien
84,cassidy Ave South-Dennis , Massachuse
South-Dennis, MA 02660

Jeanne Lyons
218 Branchview Dr
Columbia, SC 29229

Jeanpaul nunez
3010 sandstone circle
Saint Cloud, FL 34772

jeanpaul saincila
122 hackett blvd
same
albany, NY 12209

Jeehyun Hebert
35 Jefferson Dr
Lexington, MA 02420

Jeff Alvarez
PO Box 573
BONITA, CA 91908

jeff andersen
2395 Delaware Ave #148
Santa Cruz, CA 95060

Jeff Basch
7420 Hillsboro Drive
Canton, MI 48187

Jeff Berger
723 Cliff St
Ortonville, MN 56278-1105

Jeff Berry
787 Tanbark Dr.
Dimondale, MI 48821

Jeff Brown
325 S 200 E Apt 18
Saint George, UT 84770

Jeff Conley
178 124TH AVE
SHELBYVILLE, MI 49344

Jeff Dolan
4045 Druids Glen Dr
Leland, NC 28451

Jeff Fernandez
12090 sw 250th terr
homestead, FL 33032

Jeff Gustaveson
6024 Sweet Cherry Drive
Sparks, NV 89436

Jeff Howell
4021B E Tanager Ln
Mead, WA 99021

Jeff Lin
7809 Southtown Ctr #351
Bloomington, MN 55431

Jeff Magdaleno
461 North Euclid Avenue
206
Pasadena, CA 91101

Jeff Michelot
716 Hampton Court
Harrisburg, PA 17112

Jeff Pauley
2333 Dartmouth Ln
Crofton, MD 21114

Jeff Pewitt
1031 Fred White Blvd
Portland, TN 37148

Jeff Pewitt
585 White Road
Portland, TN 37148

Jeff Wade
24 sycamore street
Melville, NY 11747

Jefferson Fernandez
3363 W 106th Ter
Miami, FL 33018

Jeffery Lipscomb
2828 Village Green Dr.
Apt B3
Aurora, IL 60504

Jeffery Mitchell
194 rainbow dr
9441
Livingston, TX 77399

Jeffery Ward
10220 Driftwood Hills Dr
Jacksonville, FL 32221

Jeffrey BancroftBillings
245 Magnolia Park Trail
Sanford, FL 32773

Jeffrey Boateng
901 Raad Court
Fort Washington, MD 20744

Jeffrey Cooper
1314 N Airline Ave
Gramercy, FL 70052

Jeffrey Daddario
2876 W 53rd Ave
Unit 304
Denver, CO 80221

Jeffrey Davis
311
Londonberry Drive
Dothan, AL 36303

Jeffrey DeMayo
208 Wayland St
North Haven, CT 06473-4354

Jeffrey Hahr
1453 Greystone Dr
Pensacola, FL 32514

Jeffrey Harbaugh
1501 Sutherland Crescent
Northlake, TX 76247

Jeffrey Harris
810 S College Road
Lafayette, LA 70503

Jeffrey Lee
1011 N Troost Ave
Olathe, KS 66061

Jeffrey Lor
1048 Dixieanne Ave
Apt 32
Sacramento, CA 95815

Jeffrey Magliola
1d Cay Hbr
Key largo, FL 33037

Jeffrey Martinez
11508 Oakrise Rd
New Kent, VA 23124

Jeffrey Masucci
18 hawthorne rd
windham, NH 03087

Jeffrey Mayes
38259 E Horseshoe Dr
Clinton Township, MI 48036

Jeffrey Panella
88 Yarmouth Road
Norwood, MA 02062

Jeffrey Prachick
5947 Spring Bow
San Antonio, TX 78247

Jeffrey Prince
12195 23rd St NW
Watford City, ND 58854-9269

Jeffrey Richard
P O Box 1272
Campton, NH 03223

Jeffrey Solberg
18 Glenoble Ct
Oak Brook, IL 60523

Jeffrey Sparks
1825 Grove Field Lane
Marietta, GA 30064

Jeffrey Wilde
613 PEPPERBUSH CT
WILMINGTON, DE 19808

Jeffrey Wolf
11087 Whirlwind Rd
Dodge City, KS 67801

Jeffrey Zorbo
172 Fuller Rd
Battle Creek, MI 49015

Jeffter Louzada
135 sterling st
Apt 4
West boylston, MA 01583

Jehan Tillekeratne
21150 Boccaccio Ct
Moreno Valley, CA 92557

Jekway Hale
4105 Kenora Dr
Atlanta, GA 30331

Jelani Haynes
12024 Ancient Spring Drive
Louisville, KY 40245

Jelani Simon
570 Ocean Ave apt 4D
Brooklyn, NY 11226

Jelani Simon
570 Ocean Ave
4D
Brooklyn, NY 11226

Jelese Dixon
227-05 135th Ave
Laurelton, NY 11413

Jenise Brown
2208 W 8th St
514
Los Angeles, CA 90057

Jenish Jariwala
771 Turquoise Ave
Ventura, CA 93004

JENNIFER ALVAREZ
5075 Niagara Ave
21
San Diego, CA 92107

Jennifer brown
215 E CHESTNUT ST
APT 6
Fort Bragg, CA 95437

Jennifer Franklin
8275 East Bell Road
2202
Scottsdale, AZ 85260

Jennifer Ghione
514 S robin rd
Wichita, KS 67209

Jennifer Harris
104-24 94th ave
Ozone Park, NY 11416

Jennifer Holmes
1392 Eden Rd
Awendaw, SC 29429

Jennifer Hotard
307 Albert St
New Iberia, LA 70560

Jennifer Joseph
13 maple st
Weymouth, MA 02189

Jennifer Ndiaye
603 Marble Falls Ct
Arlington, TX 76002

Jennifer Pokrzywinski
22691 RED FOX DR
LAKEVILLE, MN 55044

Jennifer Robertson
6703 Old Chesterbrook Rd
McLean, VA 22101

JENNIFFER SALLOUT
14959 SE STANHOPE RD
CLACKAMAS, OR 97015

jenny ancheta
1400 pensacola st. apt. 602
honolulu, HI 96822

Jenny Chim
1555 Jasper Ave
Chula Vista, CA 91911

Jenny Corey
4417 Majestic Bluff Dr S
Jacksonville, FL 32225

Jeoffrey Lambujon
16922 Dalgety Ct
Richmond, TX 77407

Jered Brown
198 S Sharp St
Poseyville, IN 47633

Jerel Brown
1627 71st Street
Darien, IL 60561

Jeremiah Aulenbach
178 Chateau Dr
Mohnton, PA 19540

Jeremiah Hutchins
1311 Cheryl DR
Kernersville, NC 27284

Jeremiah Jensen
17219 150th St NW
Gig Harbor, WA 98329

jeremiah moore
1333 Oakpatch Rd
122
Eugene, OR 97402

Jeremiah Rosenthal
12411 West Fielding Circle
Apt 4434
Los Angeles, CA 90094

Jeremiah Siddle
1516 Hyacinth Ct
Charlotte, NC 28215

Jeremiah w
1394
cnoapw, FL 23494

Jeremie Patrick
1933 Robindale Ave
Lancaster, PA 17601

Jeremy Alvarez
6141 metrowest blvd
Unit 102
Orlando, FL 32835

Jeremy Andrews
105 la vista st
Longview, TX 75601

Jeremy Andrews
105 la vista st.
longview, TX 75601

Jeremy Brown
21218 NE 61st ST
Redmond, WA 98053

Jeremy Doucet
525 WEST CLOVER PARK DR
Fort Worth, TX 76140

Jeremy Gomes
1041 S Citrus Ave
Los Angeles, CA 90019-1641

Jeremy Grantham
43607 an 44th Ln
Phoenix, AZ 85087

Jeremy Grantham
43607 N 44th Ln
Phoenix, AZ 85087

Jeremy Harris
4260 SE Cove Lake Circle
#101
Stuart, FL 34997

Jeremy Hernandez
2531 azalea st
Pueblo, CO 81005

Jeremy Hubnik
649 bunker hill rd
Fate, TX 75189

Jeremy Hunt
3226 Kansas St
Oakland, CA 94602

Jeremy Ilang-Ilang
4307 Jacinto Dr
Fremont, CA 94536

Jeremy Jocson
24927 Diadon Dr
HAYWARD, CA 94544

Jeremy Martin
236 Red Oak Dr. East
E
Sunnyvale, CA 94086

Jeremy McGrane
74 gebig rd
nottingham, NH 03290

Jeremy Melker
3518 Santiago Way
Naples, FL 34105

Jeremy Metrejon
2345 Martin Dr
Florissant, MO 63033

Jeremy Michaels
6 Pine Valley Rd
Rotonda West, FL 33947

Jeremy Payne
28338 glenwood
Inkster, MI 48141

Jeremy Pitts
3399 Queensbury Drive
Columbus, IN 47203

Jeremy Ramos
3751 S Nellis Blvd
SPC 218
Las Vegas, NV 89121

jeremy Rivera
95-185 Waimakua Drive
Mililani, HI 96789

Jeremy Stager
12138 Creek Preserve Drive
RIVERVIEW, FL 33579

Jeremy Tan
85 W Atlantic Ave
Alameda, CA 94501

Jeremy Trahan
2702 Wisdom Dr
Deer Park, TX 77536

Jeremy Tulley
4213 Terrace Street
Apt. A
Oakland, CA 94611

Jeriko Josheua Tomas
402 First Street
Middlesex, NJ 08846

Jerimiah Jalil Scott
10663 garners ferry rd
Eastover, SC 29044

Jermaine Bryant
15 Sprayberry rd
unit 17
Newnan, GA, GA 30263

Jermaine Grubb
11350 Springfield blvd
Queens Village, NY 11429

Jermaine Grubb
113-50 springfield Blvd
Queens village, NY 11429

Jermaine Williams
830 W. Village Parkway
Litchfield Park, AZ 85340

JEROKIMUS Fernandes
5560 Old Field Lane
Long Grove, IL 60047

Jerome Mahabeer
100 Trumbull St. Apt 201
Hartford, CT 06103

JEROME McCrae
15 Broadacres Drive
Apt 227
Clementon, NJ 08021

Jeromy Kimbrough
7904 Underwood Dr
Amarillo, TX 79121

Jerquan Swanagan
830 Bartlett Rd Apt.17
US
Memphis, TN 38122

Jerry Ballard
2 Fanewood Drive
New Windsor, NY 12553

Jerry Burrows
15010 Victory Blvd Unit 202
Van Nuys, CA 91411

Jerry Grant
4623 Selhurst Dr
Fort Mill, SC 29707

jERRY hAND
4706 Stearns Hill Rd
Waltham, MA 02451

Jerry Luther
5734 S GUITAR PL
BOISE, ID 83709

Jerry Mullet
5082 State Route 515
Sugarcreek, OH 44681

Jerryf Hernandez
272 Lexington Ave
Paterson, NJ 07502

Jesiel Montalvo
12439 Blacksmith Dr
101
Orlando, FL 32837

Jesse Coyer
4403 Montalvo St.
San Diego, CA 92107

Jesse Kozazcki
342 S Elmont Dr
Apache Junction, AZ 85120

Jesse Mejia
3680 Monroe at
Riverside, CA 92504

Jesse Myers
6471 high sierra ave
las vegas, NV 89156

Jesse Neal
347 Pine Lake Cir
Vernon Hills, IL 60061

jesse ozar
730 s marengo ave
unit 8
pasadena, CA 91106

Jesse Rith
1313 S Oakhaven Dr
Anaheim, CA 92804

Jesse Ritorto
6924 N GREELEY AVE
Portland, OR 97217

Jesse Slater
540 main st
Clinton, MA 01510

Jesse Thai
1901 Worthington Circle
Santa clara, CA 95050

jessee boyd
1036 Cummings St
Abingdon, VA 24211, VA 24211

jessica barboza
111 lincoln ave
bridgeport, CT 06606

Jessica Bennett
2908 Lynn Ave
Apt 4b
Fort Wayne, IN 46805

Jessica Bischoff
7920 S Pear Tree Cir
Sandy, UT 84094

Jessica Kifer
503 S KENWOOD AVE
BALTIMORE, MD 21224-3819

Jessica McGlynn
1714 SW Waterfall Blvd
Palm City, FL 34990

Jessica Stevenson
93 Haywood St
Spring Lake, NC 28390

Jessica Sutirto
Po box 61 108 Brownfield Road
Uniontown, PA 15416

Jessica Terrazas
367 Shannon st
Blythe, CA 92225

Jessica Woodhouse
703 SE 70th Avenue
Portland, OR 97215

jessie rodriguez
po box 6489
anaheim, CA 92816

Jesua Bello
1003 wisconsin St.
San Francisco, CA 94107

Jesus Manzano-Armenta
7525 Cantura Dr.
DALLAS, TX 75217

Jesus Medina
270 2nd St N
Stevens Point, WI 54481

JESUS MENDEZ
2660 ALMONDWOOD LOOP
APT 315
ORLANDO, FL 32821

Jesus Reyna Cruz
7701 E Hwy 191
Apt 718
Odessa, TX 79762

Jesus Sanchez
9319 Nalini Ct
Santee, CA 92071

Jesus Sanchez
4727 Mirage Bay Cir
Fort Myers, FL 33966

Jesus Sanchez Ortiz
2300 Lazy Hollow Dr
Apt 355D
Houston, TX 77063

Jet Le
4816 LONOKE LN
Jonesboro, AR 72404

Jethro Germar
2490 Ross St
Hampshire, IL 60140

Jewaun Washington
7655 Washington Ave
Houston, TX 77007-4707
Houston, TX 77007

Jewaun Washington
7655 Washington Ave
Houston, TX 77007

Jhan Butler
Stone Street
New York, NY 10080

jhanoy jones
1920 north congress
apt 201
west palm beach, FL 33401

Jhessica Arango
675 86th Street
Apt F9
Brooklyn, NY 11228

Jhoan Ramirez
8320 sands point blvd
209m
tamarac, FL 33321

JHON GERMOSEN
852 State Route 94
Blairstown, NJ 07825

Jhonatan Batista
96 orleans st
Lowell, MA 01850

ji j
76
iloi, FL 32118

Jibran Khandwala
8325 Mango Ave
Morton Grove, IL 60053

Jie Geng
109 Edwards Falls Lane
Manlius, NY 13104

Jie Wei
2226 61st
Brooklyn, NY 11204

Jie Zhu
4108 Fair Meadows Dr
Plano, TX 75024

Jieming Wang
13939 Dove Canyon Way
Rancho Cucamonga, CA 91739

Jieun Jeon
9755 High Water Ct
Burke, VA 22015

Jigar Patel
5622 MARIE CT
ORLANDO, FL 32818

Jigna Darji
702 Stafford Spring Ave
Stafford, TX 77477

JIHANE BOUTTAN
29427 BARKER MEADOW LN
Katy, TX 77494

Jiho Rhee
24711 Magic Mountain Pkwy
Apt 2334
Valencia, CA 91355

JIju Thomas
535 whitney oaks lane
stafford, TX 77477

Jill Vizcayno
2144 N Nagle Ave
Chicago, IL 60707

Jillian Ebron
611 Dairy Ashford Rd
Houston, TX 77079

Jim Schames
123 Fake Street
Orlando, FL 92853

Jim Williams
99 Macombs Place #268
new york, NY 10039

Jimmy Aquino
205 14TH ST
2R
HOBOKEN, NJ 07030

Jimmy George
633 CAMP GROUND RD
Columbia, SC 29203

Jimmy Lao
3921 supreme court
Turlock, CA 95382

Jimmy Lei
1491 SUNNYDALE AVE
510
SAN FRANCISCO, CA 94134

Jimmy Li
6209 W Megan
chandler, AZ 85226

jimmy nguyen
3621 quarry avenue
anoka, MN 55303

Jimmy Olivares
11309 elmhurst dr.
Norwalk, CA 90650

Jimmy singh Multani
177-38 145th drive
jamaica, NY 11434

Jimmy Ta
15182 Leeds Cir
Westminster, CA 92683

jimmy tran
216 REGAL CT
HERCULANEUM, MO 63048

Jimmy Vu
14161 PLEASANT ST
GARDEN GROVE, CA 92843

Jimmy Ye
20831 30th ave
Bayside, NY 11360

Jinal Shah
26850 US Highway 380 E
Apt.406
Aubrey, TX 76227

JING HONG
575 N 18TH STREET
SAN JOSE, CA 95112

Jing Xia
24368 Sunnycrest Ct
Diamond Bar, CA 91765

jinyun li
217 Newark Ave,
106
Jersey City, NJ 07302

Jiri Vetyska
105 Pony Soldier Rd
Sedona, AZ 86336

JirMichael Walker
3224 Zion St
Little Rock, AR 72204

Jitendu Samanta
2256 Merion Pond
Woodstock, MD 21163

Jiwon Park
4772 GUADALAJARA WAY
BUENA PARK, CA 90621

Joan Nevedal
2526 Delaware Rd
Deltona, FL 32738

JOAN ODIGIE
1299 ROBIN DR
CAROL STREAM, IL 60188

Joann Peebles
2711 Accomac Street
Saint Louis, MO 63104

joanna Columbia
1456 Redfren Ave
Baltimore, MD 21211

Joaquin Barboza
1148 County Road 4106
US
Kaufman, TX 75142

Job Sylvain
2616 Dudley Drive E
Apt H
West Palm Beach3, FL 33415

Jobnel Odenier
47 oak hill ter
Fayetteville, GA 30215

joe derrick
9600 south harpeth rd
Nashville, TN 37221

Joe Diggins
1605 4th ave SE
Austin, MN 55912

Joe Shaw
8 Nottingham road
Stutterheim, EC 04930

Joe Swaba
133 Stream Crossing
Cibolo, TX 78108

joe weinstein
77 Adams st
308
quincy, MA 02169

Joel Beninghove Jr
5032 Mechanicsville Tpke
Mechanicsville, VA 23111

Joel Blakesley
11738 Secluded Ridge dr
Byron, MI 48418

Joel Freiburger
302 Chesterfield Ave
Glen Ellyn, IL 60137

JOEL HACKSHAW
2058 BAGPIPE LN
WALDORF, MD 20601

Joel Justo
4242 Spring Street
#35
La Mesa, CA 91941

Joel Mathew
616 Carlls Path
Deer Park, NY 11729

Joel Mclaughlin
660 18th ave
Coos bay, OR 97420

Joel Viloria
6 Goodwin Circle
Sacramento, CA 95823

Joel Whitney
68 Redwood Drive
Hagerstown, MD 21740

Joey Morgan
723 E APPLERIDGE
NIXA, MO 65714

Joey Wachter
15233 152nd Ave
Spring Lake, MI 49456

Joey Zaret
7231 East Latham Street
Scottsdale, AZ 85257

Johan Morales
1568 CR 3517
Quinlan, TX 75474

Johan Ramirez
237 Carroll St
Paterson, NJ 07501

John Abernathy
18 Road 3 South
Cartersville, GA 30120

John Amore
64-27 71st
Middle Village, NY 11379

John Aribon
1231 NE 207th St.
Miami, FL 33179

John Barlow
513 S 6th Street
Griffin, GA 30224

John Benedetti
1479 S FEDERAL HWY
Boynton Beach, FL 33435

John Bergeron
1317 Pioneer Rd
Bogalusa, LA 70427

John Bertram
1015 Main St
Shelbyville, KY 40065

John Braswell
4812 Addie Ln
Fayetteville, NC 28306

JOHN BRATTON JR
437 S MASON ST APT H
H
HARRISONBURG, VA 22801

john buju
2014 nugent dr
mansfield, TX 76063

JOHN BUTCHERINE
908 AUBREE LN
Rocklin, CA 95765

John Cannon
1216 Berwick Valley Lane
Cary, NC 27513

John Carrillo
4543 S Montana Dr
Chandler, AZ 85248-2719

John Castro
410 Logan Jacob Ln
Reno, NV 89503

John Cooper
9482 129th Drive
Live Oak, FL 32060

John Corrales
14241 Sw 126th Path
Miami, FL 33186

John Crimmins
3949 Ralph St S
Seaford, FL 11783

John D'Auria
400 South Hoop Pole rd
Guilford, CT 06437

John Dean
1422 Kings Hwy
DALLAS, TX 75208

John Delao
1824 Kings Row
Slidell, LA 70461

John Delgado
18425 Castillo Rd
La Mesa, NM 88044

John Dennis
1120 Pomelo St
Davenport, FL 33837

John Doe
110e wilson
Portland, FL 33139

John Eidson
109 briton way
GREENVILLE, SC 29615

John Engelbert
182 Sunnyside Rd
Nichols, NY 13812

John Faissal
27216 ford road
Dearborn Heights, FL 48127

John Ferris
22278 Highway 29
Elmore City, OK 73433

John Gonzalez
15961 SW 142nd Ter
Miami, FL 33196

John Grasty
18 Hard Rdg
Waynesville, NC 28786

John Hamill
2600 W 410 RD
Adair, OK 74330

John Hanna
4890 Sunroad Centrum Ln
APT 501
San Diego, CA 92123

John Hardwicke
13106 cedar crossing dr
Midlothian, VA 23114

John Hardy
24791 Three Springs Rd
Hemet, CA 92545

John Harnage
28 Violet Road
Kings Park, NY 11754

John Jimenez
157 Charles Boulevard
Valley Cottage, NY 10989

John King
1449 Haynes Avenue
Barberton, OH 44203

John Koufopoulos
118 Watson Lane
Ludlow, MA 01056

John Krull
625 N Wheeler St
Griffith, IN 46319

John Kushner
2343 hamilton rd
Okemos, MI 48864

john lawrence
3423 Alamosa Dr
Cincinnati, OH 45251

John Layton
501 N venice Blvd
Apt 10
Venice, CA 90291

John Lee
3518 Hickory Grove Lane
Frisco, TX 75033

john liu
500 Miller ave trlr #105
trlr #105
north las vegas, NV 89030

John Lo
1463 Pinto Dr NW
Isanti, MN 55040

John Lutzkanin
19329 Autumn Chase Ct.
Land O Lakes, FL 34638

John Ly
3708 Baldwin Avenue
Apt 8
El Monte, CA 91731

John Maher
821 e sheridan st
phoenix, AZ 85006

John McCall
1230 Middlebrook Drive
Pensacola, FL 32506

John McKamey
6959 SE 62nd Ct
Trenton, FL 32693

john mehalak
239 lapla road
kingston, NY 12401

john miller
3111 marathon cir
anchorage, AK 99515

John Mohan
1418 W Wickham Cir C
Delray Beach, FL 33445

John Molina
10198 Dormer Way
Elk Grove, CA 95757

JOHN MORAN
1903 Goldrush st
Vancleave, MS 39565

John Nguyen
8632 ELVIRA AVE
WESTMINSTER, CA 92683

John Oh
175 N Harbor Dr
APT 214
Chicago, IL 60601

John Osborne
102 NE Country Meadow LN
Ankeny, IA 50021

john palmer
35 w wetmore
tucson, AZ 85705

John Palmer
Spruce dr
Pi box 113
Norwood, CO 81423

John Panackal
2304 malden park dr
buford, GA 30519

John Paul Valera
6001 Persimmon Ln.
Royse City, TX 75189

John Quile
2 Round Rock Ct
Trophy Club, TX 76262

John Quinn
4919 E. Acoma Drive
Scottsdale, AZ 85254

John Ravandi
1951 Hunter Rd Apt 8206
San Marcos, TX 78666

John Rey Litonjua
299 saint francis blvd
DALY CITY, California 94015-0000

John Richard Uychiat
21824 Petworth Ct
Ashburn, VA 20147

John Rife
6 Cirrus Drive Apt 6308
ASHLAND, MA 01721

John Roberts
5256 Crawley Rd
Hartshorne, OK 74547

John Roias
50 Malcolm street
Cranston, RI 02910

John Rowton
14601 Woodcreek Drive
Little Rock, AR 72211

John S
657 MAHOGANY DR
EL CAJON, CA 92019-2628

John Samson
91-1082 Nihopeku St.
Kapolei, HI 96707

John Saparito
2025 Zumbehl Road
Sutie 63
Saint Charles, MO 63303

JOHN SIERRA
234 Concho Dr
Henderson, NV 89015

John Smith
551 APOSTLE DR, HENDERSON, NV 89002
HENDERSON, NV 89002

John Sourignavong
8850 Snow Owl Loop
Missouri City, TX 77459

john southern
388 ike monhollen rd
corbin, KY 40701

John Stevenson Maceus
17568 Hamlin Blvd
House
Loxahatchee, FL 33470

John Tarantino
1 belvidere road
Glen rock, NJ 07452

John Tiliacos
2992 Timberline RD
Marietta, GA 30062

John Trotter
2742 Beaulah Drive
Murfreesboro, TN 37128

John Vincent Valdrez
2620 41st street South
Fargo, ND 58104

John Voo
123 s federal
Pompano, FL 33064

John Wallace
45 WOODBRIAR DR
Santa Rosa Beach, FL 32459

John Wallace
3279 Shadow Ridge Court
Morrow, OH 45152

John Weddle
3763 Anuhea St.
Honolulu, HI 96816

John Wendell Louis
20065 ne 3rd ct
miami, FL 33179

John Whitehead
3375 E 36th Ave
Denver, FL 80205

John Wilkeson
129 E LAKE MARY AVE
LAKE MARY, FL 32746-3013

John Williams
3513 Pinehill Way
Antelope, CA 95843

John Wong
218 Deepwood Dr
Cheshire, CT 06410

John Zembrzuski
70 Richmond Street
Bristol, RI 02809

John-Michael Mendez
3310 Nostrand Avenue
Brooklyn, NY 11229

Johnattan jesus Alcantara urena
22 Seifert St
Garfield, NJ 07026

Johnnie Chavers
187 bromley road
Henryville, PA 18332

Johnny Cadavid
34 Saxon St
Fall River, MA 02720

Johnny Gomez
500 Harbour Place Drive
1105
Tampa, FL 33602

Johnny Hoang
14301 Clayton Rd
San Jose, CA 95127

Johnny Laim
1437 Floribunda Ave #4
Burlingame, CA 94010

Johnny Lee
1449 Powell St
San Francisco, CA 94133

johnny lien
13835 Chilcot St
Baldwin Park, CA 91706-1422

Johnny Marc
6110 Twyckenham Dr
Lawrence, IN 46234

Johnny Nguyen
9637 kingsridge dr
Lakeland, TN 38002

Johnny Olson
3480 S 82nd St
Apt 3
Omaha, NE 68124

Johnny Pham
14852 Givens Pl
Westminster, CA 92683

Johnny Phompadith
5408 SE 64th Ave
Portland, OR 97206

Johnny Rajphoumy
955 W President George Bush Hwy
7111
Richardson, TX 75080

Johnsley Jean
21 newtowne ct, cambridge, MA, 02139
Cambridge, MA 02139

Johnson Joy
2206 Kristina Way
Deer Park, TX 77536

Johny Huynh
9306 Croom Rd
Upper Marlboro, MD 20772

Jolie Nguyen
1514 St Malo St S
West Covina, CA 91790

Jolie Tennant
7410 Carmon Dr
Olive Branch, MS 38654

Jomari Gonzales
207 W Lawler Ave
Chamberlain, SD 57325

Jommy Alvarez
218 Abbott St
Lawrence, MA 01843

JOMON NADUKKUDIYIL
1208 Willowdale Ln
Irving, FL 75063-4476

JOMON NADUKKUDIYIL
1208 Willowdale Ln
Irving, TX 75063-4476

Jon Blevins
502 west river rd #9
hooksett, NH 03106

Jon Francis
3577 West Delap Road
Ellettsville, IN 47429

Jon Jiang
2977 Nighthawk CT
Mason, OH 45040

Jon Pippert
4211 Manorfield Dr
Seabrook, TX 77586

jon Stone
7342 Tennessee Ave
Fairchild AFB, WA 99011

Jonah Goldberg
255 Soundview Avenue
White Plains, NY 10606

Jonah Goldberg
255 Soundview Ave
White Plains, NY 10606

jonas Gibson
4911 SW Beaverton Hillsdale HWY
Unit B
Portland, OR 97221

Jonas Johnson
6145 105th St NW
Maple Lake, MN 55358

Jonas Kublickas
147 Clay Street
Quincy, MA 02170

Jonas Lee Tacmo
1204 Halyard Drive
Santa Rosa, CA 95401

Jonas Manno
3673 seven hills road
castro valley, CA 94546

Jonatas Chan
39471 Cozumel Ct
Murrieta, CA 92563

Jonathan Ai
8031 George Willing Ave
Pasadena, MD 21122

Jonathan Anderson
3969 Adams street
M242
Carlsbad, CA 92008

jonathan askew
6936
cincinnati, OH 45248

Jonathan blevins
502 west river rd, 9
Hooksett, NH 03106

Jonathan Brown
8075 NW 107th Ave
Apt 813
Doral, FL 33178

Jonathan Burrell
3013 Woodhurst Ct
Gastonia, NC 28056

JONATHAN CZERWINSKI
8901 North Saint Clair Avenue
Kansas City, MO 64154

Jonathan Darrohn
89 country spring circle
Kaysville, UT 84037

Jonathan Deschine
PO BOX 23837
TEMPE, AZ 85285

Jonathan Dills
5008 hyde park dr
Indian trail, NC 28079

Jonathan Dodd
349 Alani Pl
Wailuku, HI 96793

Jonathan Dukes
5900 nw 6th ave
209
Miami, FL 33127

Jonathan DuVall
6922 E. Summerside Ct
Bel Aire, KS 67226

Jonathan E Campbell
19715 plummer st
Chatsworth, CA 91311

Jonathan Espinosa
10778 emmord loop
Corpus christi, TX 78410

Jonathan Everett
904 Peacock Dr. SW
Albuquerque, NM 87121

Jonathan Fenimore
511 E 6th St
Dallas, TX 75203

Jonathan Garcia
4504 W Spruce St
Unit 609
Tampa, Florida, FL 33607

Jonathan Garcia
5415 walnut ave
Hammond, IN 46320

JONATHAN GUABA
13 HEATH STREET
EVERETT, MA 02149

Jonathan Hang
3825 Mapleshade LN
APT 5117
Plano, TX 75075

Jonathan He
1710 Woodcliff Way NE
Atlanta, GA 30329

jonathan johnson
12024 cobblestone forest circle s
jacksonville, FL 32225

Jonathan Jones
4 Kirkoswald Ln
Bella Vista, AR 72715

Jonathan Kreps
4116 FAIRFAX CENTER CREEK DR
FAIRFAX, VA 22030

Jonathan Lasley
10033 W. Pierson Rd.
Flushing, MI 48433

Jonathan Lindsay
1000 S BROADWAY
UNIT 115
Denver, CO 80209

Jonathan McCann
17 Berkshire A
West Palm Beach FL
West Palm Beach, FL 33417

Jonathan Moffitt
1117 Rip Steele Rd
Columbia, TN 38401

Jonathan Nguyen
9725 OLIVE ST
Temple City, CA 91780

Jonathan Peck
1710 Timbers Drive
Irving, TX 75061

Jonathan Perez
24609 Virginia Dogwood Place
Aldie, VA 20105

Jonathan Phelps
2808 Coal Oil
Killeen, TX 76549

Jonathan Pryor
419 E Dunedin Rd
columbus, OH 43214

Jonathan Ruiz
7 D'Amato Drive
Island Park, NY 11558

Jonathan Schneider
85 Barnsbee Ln.
6043, CT 06238

Jonathan See
2014 E Timber Hill Pl
Springfield, MO 65804

Jonathan Shockey
502 Nightingale Lane
Red Oak, TX 75154

Jonathan Stone
550 W Daisy Pl
3
Coal City, IL 60416

jonathan to
54 maria dr
albany, NY 12211

Jonathan Ulfig
81 Goshen Church Road
Stanford, KY 40484

Jonathan Villanueva
2535 Wilbur St
Dallas, TX 75233

Jonathan Wagner
401 Crystal Place
Seal Beach, CA 90740

Jonathan Waingold
33 Go Way Rd
Waynesville, NC 28785

Jonathan Willbanks
200 Linda Ln
Carrollton, GA 30117

Jonathan Yoakum
6716 SR 56
Coalmont, TN 37313

Jonathon Flores
8019 state highway 61 N
Hankamer, TX 77560

Jonathon General
3169 Wild Iris
New Braunfels, TX 78130

Jone Nakautoga
561 Marla Drive
American Canyon, CA 94503

Jonn Eidem
214 S 199th St.
Elkhorn, NE 68022

Jonnatan Velasquez
5200 Chicago Ave
T10
Riverside, CA 92507

Jonny Camera
61 Justice St
Piscataway, NJ 08854

Jonny Tesfahun
5802 s k st
Tacoma, WA 98408

Joohee Nguyen
861 Portwalk Pl
Redwood City, CA 94065

JORDAN A BRYANT-SMITH
9028 South Cregier Avenue
Chicago, IL 60617

Jordan Cohen
1431 Vian Avenue
Hewlett, NY 11557

Jordan Downton
416 SE Timbercreek Ln
Lees Summit, MO 64063

Jordan Ellsworth
8808 N New World Dr
Glendale, AZ 85302

Jordan Espinosa
9360 sw 102ct
Miami, FL 33176

Jordan Fontanilla
11319 Palm Street
Cerritos, FL 90703

JORDAN GUTIERREZ
190 S VIRGIL AVE
LOS ANGELES, CA 90004

Jordan Gutierrez
2615 E Sugarcane Dr
Apt 5209
Weslaco, TX 78599

Jordan Harmon
3258 upsala vw
colorado springs, CO 80906

Jordan Johnson
4788 Peerless Street
Baton Rouge, LA 70811

Jordan King
25 Peppermill Drive
Madison, FL 39110

Jordan Kitchen
2004 baldwin place
clarksville, TN 37043

Jordan Kleinman
567 Flushing Ave. #402
Brooklyn, FL 11206

Jordan McKinney
4725 rockcastle drive
Columbus, OH 43229
Columbus, OH 43229

Jordan Neethling
3 Fountains Estate
Philadelphia
Cape Town, WC 07600

Jordan Neri
7777 shannon Ave
dublin, CA 94568

Jordan Palmer
18847 S Mayford Ave
Sahuarita, AZ 85629

Jordan Pepper
13714 General Geary Court
Fredericksburg, VA 22407

Jordan Quinn
6143 S Newark Way
Englewood, CO 80111

jordan rodriguez
3313 coconut grove road
Land O' Lakes, FL 34639

Jordan Soares
94-449 mulehu st
Mililani, HI 96789

Jordan Vargas
1595 Hillsborough St
Chula Vista, CA 91913

Jordan Walode
675 Monmouth Street
227
Jersey City, NJ 07310

Jordan Willingham
1155 W SWAN ST
STEPHENVILLE, TX 76401

Jordani Vasquez
406 W 23rd St
Lumberton, NC 28358-2859

Jorden Rivas
2517 Chuparosa CT
4B
Harlingen, TX 78550

Jordi McCormack
81 Hidden Field Ln
New Hill, NC 27562

Jordin Brown
19 Plainview Drive
Coraopolis, PA 15108

Jordon Lee
12503 Tulip Tree Terrace
Clarksburg, MD 20871

Jordon Peterson
13651 Cedar Creek Lane
Silver Spring, MD 20904

JORGE CAMARA
110 COLUMBIA ST
10 D
NEW YORK, NY 10002

Jorge Dino
10135 Rare Opal St
Las Vegas, NV 89141

Jorge Ebrat
6901 Northwest 179th Street
Apt 103
Hialeah, FL 33015

Jorge Garcia
2207 N Magdelena PL
Casa Grande, AZ 85122

jorge garcia
8900 research park
1001
spring, TX 77381

Jorge Garcilazo
18385 Babcock rd
514
San Antonio, TX 78255

Jorge Jordan
1835 NW 64th Way
Margate, FL 33063

Jorge Lavoy
700 SW 62nd
Gainesville, FL 32607

Jorge Limon
8568 Cord Ave
Pico Rivera, CA 90660

jorge moreno
11923 167th St
Artesia, CA 90701

Jorge Pereira
Carlos Roldan sn
El Tesoro, UY-MA 20000-0000

Jorge Torres
3082 Villa Ave
4A
Bronx, NY 10468

Jorge Velasco Lira
5736 Market Street lot 24
lot 24
Wilmington, NC 28405

Jorge Zayas
169 Howard Ave
2r
Brooklyn, NY 11233

Jose Alvarado
10843 NW 9th Court
Plantation, FL 33324

Jose Anguiano
4627 Robertson Rd
Fort Worth, TX 76135

Jose Barajas
2911 Ragland Ct
Bakersfield, CA 93311

Jose Benitez
7738 S KENTON AVE
CHICAGO, IL 60652

Jose Breton
19221 ne
510
Miami, FL 33179

Jose Carlos
18962 Nw 62nd Ave
106
hialeah, FL 33015

jose casanovas
5252 LAMONE LN
AVE MARIA, FL 34342

jose chen
10600 s gessner rd
apt 47
houston, TX 77071

Jose Colon
725 MCKINLEY STREET
HAZLETON, PA 18201

Jose Colon
725 MCKINLEY ST
Hazleton, PA 18201

Jose CRUZ
8625 Hickory St
Apt 2117
Frisco, TX 75034

jose david lopez
679 loughborugh dr
merced, CA 95348

Jose Durand
73 Glenmore Avenue
Central Islip, NY 11722

Jose Fernandez
11733nw 11 st
Pembroke pines, FL 33026

Jose Filho
7027 Calvert st
7027 Calvert st
philadelphia, PA 19149

Jose Flores
103 Argo run
Ingram, TX 78025

Jose Fuste
11205 E Anderson St
Sugar Creek, MO 64054

Jose Gonzalez
10 Doroteo St.
Rio Grande City, TX, TX 78582

jose hernandez
581 Spring rd
unit 58
Moorpark, CA 93021

Jose Jaramillo
7800 Pasadena Blvd
Apt 307
Pembroke Pines, FL 33024

jose medina
2101 Sterling Palms Court, apt 203
Brandon, FL 33511

Jose Medina
4907 Terrapin Blvd
Saint Cloud, FL 34771

Jose Mendoza
1011 Rosemarie Lane
Apt 40
Stockton, CA 95207

Jose Modesto
8647 11th Street
San Joaquin, CA 93660

Jose Nunez
3435 giles pl
5D
bronx, FL 10463

Jose Ocasio
4063 north jennings road
Haines City, FL 33844

jose oliveros
10330 laxton st
orlando, FL 32824

Jose Ortiz
272 roanoke st
Roanoke St
Woodbridge, Nj 07095

Jose Pelagio
10910 W Davis Lane
Avondale, AZ 85323

Jose Pina
1292 Cascades Avenue
Davenport, FL 33837

Jose Quinones
416 Sweet Shrub Ct NW
Concord, NC 28027

JOSE RAMOS
1391 E Coconino Dr
Chandler, AZ 85249

jose rangel
5419 West 85th Street
Burbank, IL 60459

Jose Reyes
56 Michael Dr
Warwick, RI 02889

Jose Rojas
12117 Hillside Avenue
Queens, NY 11418

Jose Rosa
1105 3rd Ave East
Unit 1205
Bradenton, FL 34208

jose rubin
635 saint francis blvd
daly city, CA 94015

jose salazar
400 Laurel Road
Athens, TX 75751

Jose Sanchez
713 golden sands place
San Diego, CA 92154

Jose Suarez
1256 WAVERLY PL B10
ELIZABETH, NJ 07208

Jose Tello
1456 Santa Victoria Road
3
Chula Vista, CA 91913

Joselo Quezada buret
121 N Anthracite St
Shamokin, PA 17872

Joseph Abraham
12 Talon Dr
Crawfordville, FL 32327

Joseph Abreu
491 groom st
Perth Amboy, NJ 08861

Joseph Baltzer
21881 E Calle De Flores
Queen Creek, AZ 85142

JOSEPH Barricelli
76 Brigham Hill Rd
Essex Junction, VT 05452

Joseph Bernardini
4767 Lorece Ave
Memphis, TN 38117

joseph Bovona
112 Pebblebrook Way
Temple, GA 30179

Joseph Carbajal Jr
5562 Meinhardt Road
Westminster, CA 92683

Joseph Carlton
11927 N 107th E Place
Collinsville, OK 74021

Joseph Castellani
10504 Wystone Ave
Porter ranch, CA 91326

JOSEPH CATER
1601 e tulpehocken st
phila, PA 19138

Joseph Cotterell
10780 S Saratoga Drive
Hollywood, FL 33026

Joseph Daleo
33 Glen Rd
Wayne, NJ 07470

Joseph Davenport
1117 10th Ave SE
Decatur, AL 35601

Joseph Debons
1859 Port Carlow Pl
Newport Beach, CA 92660

Joseph Dougherty
2113 Timberdale Drive
Edmond, OK 73034

Joseph Frias
473 Canyon Trail
Carol Stream, IL 60188

Joseph Gentile
417 Plumtree Rd
Springfield, MA 01118

Joseph Hansen
332 Hilltop Avenue
Owatonna, MN 55060

Joseph Havelka
511 Walnut Glen Rd.
McAlester, FL 74501

Joseph Impellizeri
69 Dakota Dr
Hopewell Junction, NY 12533

Joseph Jackson
3211 Pine Haven Rd
Tyler, TX 75702

Joseph Jonville
3501 Serene Hills Dr
Austin, TX 78738

Joseph Karanja
1271 PO Box
South Bend, IN 46624

Joseph Key
733 Whirlaway Circle
knoxville, TN 37923

Joseph KONOPINSKI
33 Greenwood Drive
Oak Ridge, NJ 07438

Joseph Krawecki
895 S Jensen Rd
Vestal, NY 13850

Joseph Lenti II
414 Carey Way
Orlando, FL 32825

Joseph Longarello
12240 Lark Sparrow Rd.
Brooksville, FL 34614

joseph macalino
1825 n las palmas
331
Los angeles, CA 90028

joseph Macalino
1522 Gordon St
Los Angeles, FL 90028

Joseph Mangiamele
9 AUBURN ST
UNIT 2
CHARLESTOWN, MA 02129-1705

Joseph Marcelus
5886 Grey Heron Drive
Winter Haven, FL 33881

Joseph Marciano
160 Wilson Ave
Glenside, PA 19038

Joseph Mazzone
6 Sunny Side Pk
Saugus, MA 01906

joseph mcculloch
21650 centerbrook court
grosse pointe oods, MI 48236

Joseph Miranda
6449 Raven Spring St
Las Vegas, NV 89148

Joseph Mueller
122 W Main st
Fl2
West Dundee, IL 60118

Joseph Olberding
4800 Southwest 20th Terrace
Topeka, KS 66604

Joseph Pallivathuckal
8282 Benthaven Pl
Frisco, TX 75035

joseph peleg
851 ne 1st avenue
2812
miami, FL 33132

Joseph Pieragowski
315 Maine Ave
Staten Island, NY 10314

Joseph Rash
12791 Dunks Ferry Road, Philadelphia, PA
Philadelphia, PA 19154

Joseph Schneider
113 Old Stafford Road
Tolland, CT 06084

Joseph Simoldoni
10508 daysville rd
walkersville, MD 21793

Joseph stevenson
334 East Painted Way
Clayton, NC 27527

Joseph Tran
1917 Paru Street
Alameda, CA 94501

joseph ugarte
14727 Grobie pond ln
centreville, VA 20120

Joseph Velez
3952 E New Hope Way
Las Vegas, NV 89110

Joseph Willette
3904 NE 9th Ave
Cape Coral, FL 33909

Joseph Wyrostek
1186 Shawford Way
Elgin, FL 60120

Josh Lash
354 fairfield ct
elyria, OH 44035

Josh O'Connor
8305 Emerald Isle Ave.
Las Vegas, NV 89128

josh sanchez
238 wilshire ave
Daly City, CA 94015

Josh Scrivner
12534 Swansea Dr
Parker, CO 80134

Josh Veldkamp
4617 146th Ave.
Holland, MI 49423

Josh Veldman
2156 Lagerwey Circle
Lynden, WA 98264

Josh Weiss
13973 Midland Rd
San Diego, CA 92064

Josh Wu
2519 tamora ave
South El Monte, CA 91733

Joshua Adams
3130 Oakcliff rd nw
Atlanta, GA 30311

Joshua Bahl
141 CENTER SCHOOL RD
PERKASIE, PA 18944

Joshua Boerger
21637 Visnaw St
Saint Clair Shores, MI 48081

Joshua Boland
120 Foster Road
South Windsor, CT 06074

Joshua Bond
111 2nd st
chalmette, LA 70043

Joshua Box
22490 Snow Powder Ter
Brambleton, VA 20148-8077

Joshua Broome
710 N. Lemon Avenue, Unit 361
Sarasota, FL 34236

Joshua Davis
407 E ESTHER ST
LONG BEACH, CA 90813-1913

Joshua Dingus
107 Ford Ln
Big Rock, TN 37023

joshua duran
5346 south talman
chicago, IL 60632

Joshua Evans
14747 S Homestead Dr
Olathe, KS 66062

Joshua Fong
9014 Safflower Court
Mechanicsville, VA 23116

Joshua Green
3536 Tenley Place
Owings, MD 20736

Joshua Hash
24345 Palomino Way
Tehachapi, CA 93561

Joshua Herron
6035 Makely Dr
Fairfax Station, VA 22039

Joshua Holmes
13815 Hebron Ln
Upper Marlboro, MD 20774

Joshua Jagesar
122-19 111th ave south ozone park
2a
Queens, NY 11420

Joshua Jagesar
12219 111th Ave South Ozone Park
2a
Queens, NY 11420

Joshua Jenkins
2801 Pennsylvania Avenue SE
106
Washington, DC 20020

Joshua Jones
4405 Bellview Ln
Duluth, GA 30097

joshua jones
100 wexford ct
CHARLOTTE, NC 28210

Joshua Lasley
10033 West Pierson Rd
Flushing, MI 48433

Joshua Lindow
435 Steven Blvd
Richmond Heights, OH 44143

Joshua Magana
3667 W Uva Ln
San Bernardino, CA 92407

Joshua Massih
11 Grove St
APT 8
West Hartford, CT 06110

Joshua Mee
1522 Silver Sunset Dr
Henderson, NV 89052

JOSHUA MICHAEL MCCAFFREY
516 NE 85th St
seattle, WA 98115

Joshua Miller
1568 John Galt dr
lebanon, TN 37087

Joshua Morales
400 Marion Pugh Dr
College Station, TX 77840

Joshua Olree
1506 Harlan Dr
Searcy, AR 72143

joshua parry
1336 E Murphys Ln
Salt Lake City, UT 84106

Joshua Ranciato
3303 Anderson Pike
Signal Mountain, CT 37377

Joshua Reid
1412 Carolina st.
Midland, MI 48642

Joshua Richie
759 Jefferson Blvd
Jefferson, GA 30549

Joshua Sarafian
2245 elmsford point
sanford, FL 32771

Joshua Schuler
3951 Wabash St
Fort Collins, CO 80526

Joshua Silva
302 Division St
Lamar, CO 81052

Joshua Snell
107 Lansing Dr Nw
Kennesaw, GA 30144

Joshua Song
101 Glen Ave
Paramus, NJ 07652

Joshua Stevens
20117 Livorno Way
Porter Ranch, CA 91326

Joshua Stout
303 Austin Dr.
Princeton, NC 27569

Joshua Suhr
140 Wyncrest Dr
Butler, PA 16001

Joshua Van Buckley
4970 Windsor Downs Drive
Decatur, GA 30035

Joshua Villarreal
2325 lancaster dr
Grand Prairie, TX 75052

Joshua Weiss
4016 Gresham St
E3
San Diego, FL 92109

Joshua Zeolla
70 alstead hill road
Gilsum, NH 03448

Joshua Zhang
18445 Santar St
Rowland Heights, CA 91748

Josiah Daniel
621 S Main
Paris, TX 75460

josiah lewis
8607 Idyllic pl.
mckinney, TX 75071

Josiah Saatzer
43360 Corte Rialto
Temecula, CA 92592

Josif Mihai
2302 Monarch Terrace Drive
Katy, TX 77494

Josud Benitez
9705 Kisconko Rd
Fort Washington, MD 20744

josue joseph
6155 Fenton St
Arvada, CO 80003

JOVAN MALIK
1739 SANTA CLARA TRCE
Clover, SC 29710

Jovanni Mata
108 S Espana Dr
Laredo, TX 78043

Jovanny Yanez
9201 61st dr ne
marysville, WA 98270

Juan Alonso - Delgadillo
30924 Birchwood St
Westland, MI 48186

Juan Benitez
6386 Meandering Woods Ct
Frederick, MD 21701

Juan Bracho
11208 avery station loop 78717
Austin, TX 78717

Juan Castro
6711 Dayridge Ln
Houston, TX 77048

Juan Enriquez
6175 Wandering Willow Dr
Wesley Chapel, FL 33545

Juan Escobar
19860 W Dixie Hwy
Apt 1307
Miami, FL 33180

juan felipe rojas andrade
3701 Massanutten ct
virginia beach, VA 23453

Juan Felix
8415 Watson Cir
House
Crystal Lake, IL 60014

Juan Fernandez
460 Forest Park Blvd Apt #123 Oxnard Ca,
Oxnard, CA 93036

Juan Gabriel
20375 Rocca Way
Bend, OR 97702

Juan Gomez
3420 SW 87 AVE
MIAMI, FL 33165

Juan Gutierrez
1120 Madeira Key Way
Orlando, FL 32824

Juan Jaramillo
3729 94th st
Jackson Heights, NY 11372

Juan Luis Rivera
12538 Tamaron Dr
Texas City, TX 77568

Juan Manuel Torres Garcia
8010 Welchwood Drive
Indianapolis, IN 46260

Juan Mendoza
5919 Tugboat Lane
Stockton, CA 95219

Juan Miguel
2030 14th st
Sacramento, CA 95811

Juan Miguel Gonzalez
17 Brighton Dr
Vallejo, CA 94591

Juan Ochoa
38 Nellie Street
Select
Providence, FL 02904

Juan Ochoa
38 Nellie Street
Select
Providence, RI 02904

Juan pablo Morales giraldo
117 Grand St
1
Mamaroneck, NY 10543

Juan Perez
5320 sw 129th Avenue
Miramar, FL 33027

Juan Ramirez
1215 Garnet St
Calexico, CA 92231

Juan Rodriguez
1401 Desert Ridge Ave
North Las Vegas, NV 89031

Juan Salgado
1668 MONTGOMERY ST
RAHWAY, NJ 07065

Juan Santiago Martinez
2191 Rock Dr
Kissimmee, FL 34759

Juan Suarez
106 River Watch Drive
Greenville, SC 29605

Juan Valentin Diaz Lemus
351 North J Street
Dinuba, CA 93618

Juan-Orens Danho
8510 Laverne Drive
Adelphi, MD 20783

juanluis bermudez
87 hockey puck way
Benson, NC 27504

Judah Dyson
4352 texas street
2
San Diego, CA 92104

Jude Franklin
1580 East 19th Street
Apt 5a
Brooklyn, NY 11230

Jude Ortega
6723 Shelter Lane
Las Vegas, NV 89103

Judee Kweh
4250 Woodridge parkway
Unit 1099
Porter, TX 77365

JUDITH CHAMBERS
14641 222nd street
Springfield Gardens, NY 11413

Judith DeSmet
2717 HIGHLAND AVE S
APT 910
BIRMINGHAM, AL 35205-1725

Judner Antoine
7643 Gate Pkwy
104814
Jacksonville, FL 32256

Judy Le
45 - 1117 Kamehameha Hwy suite 101
kaneohe, Hawaii 96744-0000

JUDY MILLER
405 PEACHTREE STREET
HEADLAND, AL 36345

Jujhar Singh
9977 darrow park dr
Apt 114A
TWINSBURG, OH 44087

Jules-Woody Francois
13288 195th St.
Jim Falls, WI 54748

Julian Achez
641 N. Topanga cyn blvd
Topanga, CA 90290

Julian Debernardis
904 cabra st
Lincoln, CA 95648

Julian Gottlieb
6810 SW 65th St
Miami, FL 33143

Julian Kim
44 Sherman Ave
Apt 2B
Jersey City, NJ 07307

Julian Luna
16034 Raywood Dr
Channelview, TX 77530

julian perez
1357 Nw 14 Ct
Boca Raton, FL 33486

Julian Prakansa
549 w fisher ave
philadelphia, PA 19120

Julian Smith
4235 Nortth clarissa street
Philadelphia, PA 19140

Julian Thompson
5141 S. Drexel Avenue
Unit B
Chicago, IL 60615

julian williams
9999 summerbreeze dr, apt 806
sunrise, FL 33322

Julie Ho
2707 Carmen Court
Pinole, CA 94564

Julie Nguyen
5612 Saratoga Circle
Rocklin, CA 95765

Julien Barajas
2911 Ragland Ct
Bakersfield, CA 93311

Julien Louisuis
110 Pond View Ln
Seaford, DE 19973

Juliette Rossi
16558 NE 26 ave
Unit 3F
North Miami, FL 33160

Julio Auciello
938 hedges
Corona, CA 92878

Julio Friman
350 West 77th St
Apt 203
Hialeah, FL 33014

Julio Lebron Vargas
14927 Yorkshire Run Dr
Orlando, FL 32828

Julio Ovalle
12062 Turnleaf Av
Whittier, CA 90602

Julius Day
401 Dexter Avenue
Birmingham, AL 35213

Julius Javier
12020 Southern Highlands Pkwy
Apt 1015
Las Vegas, NV 89141

Jun You
2395 Pullman Way
Hummelstown, PA 17036

Juneseo Lee
6018 South Willow Way
Greenwood Village, CO 80111

JUNG SEO
9725 KNOLLCREST BLVD
ALPHARETTA, GA 30022

Junior Virgile
30740 sonnet glen dr
Wesley chapel, FL 33543

Juno Jenty
3021 NW 35th Ave
C101
Lauderdale Lakes, FL 33311

Juriel Williams
5357 Coltman loop
Las Vegas, NV 89115

Justice Blair
500 S Congress Ave, Apt 136
Apt 136
Austin, TX 78704

Justin Baker
11708 W 57th Place
Arvada, CO 80002

Justin Biggs
328 E Clay Ln
Lehi, UT 84043

Justin Breske
2106 S Mary Beth Ave
Sioux Falls, SD 57106

Justin Carol
135 N Kenwood St
Burbank, CA 91505

Justin Cheung
60 Newton Street
San Francisco, FL 94112

Justin Coelho
27636 YNEZ RD
L7 #313
Temecula, CA 92591

Justin Covington
15 Palisade Avenue
Apt 225
Jersey City, NJ 07306

Justin De Peralta
1608 Prairieview blvd
Bolingbrook, IL 60490

Justin Deruy
8321 Twilight Ln
Lenexa, KS 66219

Justin Dunn
1614 New Haven Point Lane
West Palm Beach, FL 33411

JUSTIN ECKERT
103 Beaufort Road
Bloomsbury, NJ 08804

Justin Edkins
609 NE Nantucket St
Bremerton, WA 98310

Justin Eiker
19359 Winged Foot Cir
Porter Ranch, CA 91326

Justin Fattorosi
4434 Carriage Oak Ln
Orange Park, FL 32065

Justin Garrett
2107 Eagle Talon Circle
Fleming Island, FL 32003

Justin Gerace
100 Crisfield Ave
Buffalo, NY 14206

Justin Guidroz
122 NW Outlook Vista Dr.
Bend, OR 97703

Justin Hartzler
15471 Culebra Rd
Victorville, CA 92394

Justin Hernandez
5112 Rugby Rd
Virginia Beach, VA 23464

Justin Howard
625 S 1st St
Mount Horeb, WI 53572

Justin Josiah Ayon-Ayon
12803 New Providence Street
Las Vegas, NV 89141

Justin Jung
5588 Bridge Pointe Dr
Alpharetta, GA 30005

JUSTIN KAO
3380 CORTE PANORAMA
CARLSBAD, CA 92009

Justin Kellogg
2317 south pleasant valley rd
317
Austin, TX 78741

Justin Kennard
3518 ADMIRALTY CT
BELLE ISLE, FL 32812

Justin Ketcham
416 Princeton Drive
Costa Mesa, CA 92626

Justin King
16517 Howard St
APT E
Fort Polk, LA 71459

Justin King
322 Rainwood re
Conway, SC 29526

Justin King
322 Rainwood rd
Conway, SC 29526

Justin Kuruvilla
430 roxborough ave
Philadelphia, PA 19128

justin le
3401 alberghini st
sacramento, CA 95838

Justin Lecus
211 Anniston Ct
Cary, NC 27519

Justin Legaspi
17701 Avalon Blvd
269
Carson, CA 90746

justin magner
12 mail coach dr
wilton, CT 06897

Justin Miller
1807 Rolling Green Curv
Mendota Heights, MN 55118

JUSTIN NGUYEN
104 SAMRIDGE CV
GEORGETOWN, TX 78626

Justin Parker
7001 wolflin Ave apt 1019
amarillo, TX 79106

Justin Parker
7001 WOLFLIN AVE APT 1019
APT 1019
amarillo, TX 79106

justin Rodrigues Schoeman
95 Springbok Road
Johannesburg South, GP 02053

Justin Rose
1201 Pine Haven Dr.
Apt. 5101
Raleigh, NC 27607

Justin Rupkey
1236 Woodside Dr
Arnold, MO 63010

Justin Salas
7539 Cezanne Ct
Sun Valley, NV 89433

Justin Santos
12044 5th Avenue
Queens, NY 11370

JUSTIN SCHWARTZBERG
172 W Georgianna Dr
Richboro, PA 18954

Justin Sienkiewicz
49 N Benton St
Palatine, IL 60067

Justin Smith
11811 Gary Street
Garden Grove, CA 92840

Justin Tang
6237 N Springfield Ave
Chicago, IL 60659

Justin Taylor
1839 CATAWBA AVE
CHARLOTTE, NC 28205

Justin Turner
3600 s kings hwy
texarkana, TX 75501

Justin Williams
2316 67th Ave NE
Tacoma, WA 98422

Juwon Bang
9210 Bloomfield ave.
Cypress, CA 90630

jyoron cogdell
128 cacciola pl
westfield, NJ 07090

K Khan
240 N 27th St
Spearfish, SD 57783

Kaaron Gillett
1314 N 89th East Ave
Unit 107
TULSA, OK 74115

KABIRU MUSTAFA
1270 Harvey Mitchell Pkwy S
421
College Station, TX 77840

Kadeem Dukes
122 Runyon Ave
Somerset, NJ 08873

kaden Graybill
2878 lincoln ave
altadena, CA 91001

Kadin Lahti
517 staudaher st
Bozeman, MT 59715

Kaelan Laurence
6200 HOLLYWOOD BLVD
LOS ANGELES, CA 90028

Kahmari Shipley
1624 Sherbourne St
Winter Garden, FL 34787

Kai Liu
3871 Stewart Avenue
Baldwin Park, CA 91706

Kaimkaran Maharaj
10102 Stansfield RD
Laurel, MD 20723

Kaiwen Lo
12124 Saratoga Sunnyvale rd
Saratoga, CA 95070

Kalai Kandasamy
6530 Running Cedar Lane
Manassas, VA 20112

Kaleb Neeble
711 Stratford Dr
Washington, IL 61571

Kaleb Neeble
712 Stratford Dr
Washinngton, IL 61571

Kalila Jones
6 Addison Pl
Dover, NH 03820

Kalpana Bacon
3319 Debra Ct
Ellicott City, MD 21042

Kalyan Juluri
16652 Maybrook Dr
Belton, MO 64012

Kamaljit Singh
826 Lawrence St
Elmont, FL 11003

Kameron Griffiths
102 Ashwood Way
Easley, SC 29640

Kamil Trzaska
9 Chestnut St
Plymouth Meeting, PA 19462

Kamilla Abraham
9707 72nd Rd.
Forest Hills, NY 11375

Kamir Bowen
4425 Baldpate Court
Raleigh, NC 27616

Kamlendra Pandey
5638 Soft Shell Dr
Lancaster, SC 29720

Kamran Taherpour
304 santa barbara
irvine, CA 92606

Kamren Belk
311 Paxton Ave
Calumet City, IL 60409

Kamron Lyons
3805 Park Royal Lane
Antioch, TN 37013

Kannappan Ramu
13751 El Toro Road
Frisco, TX 75035

Kanwal Kaushal
10204 Altavista Ave
Apt # 105
TAMPA, FL 33647

Kanwen Xu
1908 margot place
San Jose, CA 95125

kara prempeh
2949 chinkapin oak ln
woodbridge, VA 22191

Kareem Flannings
1117 Walden Glen Ln
Evans, GA 30809

Kareem Ibrahim
5921 San Remo Way
Yorba Linda, CA 92887

Karekezi Harelimana
6103 Rita Balance
San Antonio, TX 78253

Karekin Arabatlian
5150 Hidalgo St
Houston, TX 77063

Karekin Arabatlian
3007 Rockarbor DR
Houston, TX 77063

Karen Bridges
330 Buckthorn Lane
Hillside, IL 60162

Karen Fellers-Hansen
18201 Collridge Drive
Tampa, FL 33647-2912

Karen Lopez Garcia
108 basil ct
LAWRENCEVILE, GA 30043

Karen Roces
PSC 1005 BOX 11288
FPO, AA 34009

Kari Schweinhart
1707 Dieterlen Road
Henryville, IN 47126

karina b ocasio negron
36 fairfield ave
3D
norwalk, CT 06854

Karina Iglecias
255 N Lamb Blvd, Unit F, Las Vegas, NV,
Las Vegas, NV 89110

Karita Kirk-Williams
23219 Stringtown Rd #245
Clarksburg, MD 20871

karl arjun
134 sebastian lane
plymouth meeting, PA 19462

Karl De Leus
2559 Fish ave
New York, NY 10469

Karl Portner
4573 John Sandling Rd
Franklinton, NC 27525

Karl Roberts
2212 Loursaunt Dr
Mobile, AL 36617

Karma Drukpa
2875 38th ave
Oakland, CA 94619

karthik munnangi reddy
155 Tulane way
Tallahassee, FL 32317

Karthikeya Thota
30745 Cedar Creek Dr
Farmington Hills, MI 48336

Karthikeyan Seetharaman
21 Scherer Ct
Lawrenceville, NJ 08648

Kartik Patel
520 W. Ashford Ln
Arlington Heights, IL 60004

KARUNA VYAS
19232 OLD SPANISH RD
TAMPA, FL 33647

Kasem Bajwa
12205 Piney Meetinghouse Rd
Potomac, MD 20854

Kasey Bennett
4406 Meadow Breeze Ct
Mansfield, TX 76063

Kasey Shoquist
553 Omaha Rd
Hudson, WI 54016

Kason Xayavong
3103 39th st
San diego, CA 92105

Kathleen Irwin
8081 Garfield Ave
APT 26
Huntington Beach, CA 92646

Kathleen Nguyen
1817 central park loop
morrow, GA 30260

Kathrine Pendleton
214 Cody Court
Clarksville, TN 37043

Kathryn McGinnis
8440 John R St
Detroit, MI 48202

Kathy Junfola
605 Tortola St
Wiliamstown, NJ 08094

kathy luu
6718 riding wind dr
corpus christi, TX 78414

Katie Ho
14202 hope st
Garden grove, CA 92840

Katie Pearson
225 Saint Edward Lane
Florissant, MO 63033

Katrina Ann Barton
135 Old Spanish Trail
Alabaster, AL 35007

Katy Nguyen
2402 Merriman St
Port Neches, TX 77651

kaushik hatti
5211 Sw 133rd Ave
Miramar, FL 33027

Kaustubh Jagtap
14418 Foolish Pleasure Rd, Boyds
Boyds, MD 20841

kavitha thandi pandurangan
45342 sedra ct
novi, MI 48375

Kay Khine
944 East 6th St
Bethlehem, PA 18015

Kay Thi Truong
6307 Oakmont Creek Court
Spring, TX 77379

Kay Williams
982 Bergeron Place
Atlanta, GA 30328

Kayla Turner
2015 Delores Street
Cahokia, IL 62206

Kaylie Hutson-Ly
7411 S 101st Ave
LaVista, NE 68128

Kazong Lo
1463 pinto dr nw
Isanti, MN 55040

Ke Zhou
375 S End ave
33L
New York, NY 10280

Keanu Kapoi-Halemano
87-204 Kahau
23
Waianae, Hawaii 96792-0000

kebba sanneh
2418 Greenside Ct
Austell, GA 30106

Keegan Mente
225 1st Ave N
1200
Saint Petersburg, FL 33701

keerthi ravi
8602 valley ranch pkwy w
2001
Irving, TX 75063

Keerthi Ravi
8602 Valley Ranch Pkwy W
Apt - 2001
Irving, TX 75063

Keinun-Lee Robertson
634 Aberdeen Road
Hampton, VA 23661

Keith Albrecht
1088 Oakwood Rd.
Newport, MN 55055

Keith Clark
750 71st Ave N
Saint Petersburg, FL 33702

Keith Crews
448 Saratoga Ave
APT 105
SAN JOSE, CA 95129

Keith Daugherty
304 Greenbriar Street
Brandon, MS 39047

KEITH DSOUZA
1234 Capitol Ave.
San Francisco, CA 94112

Keith Gale
PO Box 551
Cedar City, UT 84721

Keith Golliday
259 Friendship Umc RD
Cochran, GA 31014

Keith Jones
110 Avondale Avenue
Jackson, MI 49203

Keith Kerwin
229 BANDON DRIVE
New Bern, NC 28562

Keith Mcright
5316 Acorn Ct
League City, FL 77573

keith sewell
3175 quarry road
mount juliet, TN 37122

Keith Smith
2061 Orangery Dr
Franklin, TN 37064

Keith Wade
2690 Red Fox Road
tryon, NC 28782

Keizer Alves
51A James Street Unit 3
Montclair, NJ 07042

Kejvi Hysi
4026
Lionheart
Jacksonville, FL 32216

Kelcy Perkins
4126 Honeysuckle Dr.
Zachary, LA 70791

Kellen Krahn
W249S7980 Center Dr.
Mukwonago, WI 53149

Kelley Jones
1380 new hope rd
atlanta, GA 30331

Kelli Lazalier
13225 Quarterhorse Drive
Grass Valley, CA 95949

Kellie Newton
404 Savalla Blvd
Farmington, NY 14425

kelly carlson
620 mason lane
lake in the hills, IL 60156

Kelly Le
25802 Prairestone Dr
Laguna Hills, CA 92653

Kelly Marlin
965 Ashburn Way
Swedesboro, NJ 08085

KELLY NGUYEN
7576 Mansion cir
B
Mason, OH 45040

Kelly Thomas
2162 Hickory Crest Drive
Memphis, TN 38119

Kelvin Castro
1907 Breckenridge Dr
Harvey, FL 70058

Kelvin Collett
288 JC Osborne blvd
Hyden, KY 41749

Kelvin Quach
15602 BRIARBANK ST
LA PUENTE, CA 91744

Kelvin Ramirez
2127 NW 45th St
Miami, FL 33142

Kelvon Lee
20423 Flatiron Dr
Humble, TX 77338

Ken Ashraph
18022 Rock Shelf Drive, Cypress, TX, USA
CYPRESS, TX 77429

KEN KU
167 KATHLEEN DR
WEST SAINT PAUL, MN 55118

Ken Lirette
6717 ROLLING MEADOWS DR , Apt1418
Sparks, NV 89436

Ken Lu
21 Hillsview St
Canton, MA 02021

KEN NGUYEN
460 Goodwin Dr
Richardson, TX 75081

ken tran
20351 stagg st
winnetka, CA 91306

Kenan Barends
17 Affodil Street
Wellington
Wellington, WC 07655

Kenan Turan
6058 Mendocino Dr
Apt 1033
Dallas, TX 75248

Kenaz Coqk
1156 Grove street
Irvington, NJ 07111

Kendal Beard
12401 South Winchester Avenue
Calumet Park, IL 60827

Kendal Davis
5422 Balerna St
Spring, TX 77373

Kendall Johnson
3935 East Front Street
GRANTVILLE, KS 66429

KENDRA BRUMBLE
315 VALLIE LN
WILMINGTON, NC 28412

Kendric Selders
13959 darilyn dr
Baton Rouge, LA 70816

Kenford Wiltshire
P.O Box 950255
Lake Mary, FL 32795

Kennedy Tizeh soh mufor
14231 Clayton St
Rockville, MD 20853

Kenneth Asanga
9406 limestone ranch ln
Richmond, TX 77407

Kenneth Blocker
100 Abbeywalk lane
Columbia, SC 29229

Kenneth Chung
6487 mount palomar ave
Las Vegas, NV 89139

Kenneth Derrick
2829 Shampy St
West Columbia, SC 29170

Kenneth Dor
2038 NW 141st Ave
Pembroke Pines, FL 33028

Kenneth Fenton
5301 Ka Haku Rd
Princeville, HI 96722

KENNETH FIELDING
634 sclaters ford rd
palmyra, VA 22963

Kenneth Forbes
12 Caswell Ave
Methuen, MA 01844-4804

Kenneth Lee
11017 Crest Mist Circle
Raleigh, NC 27613

Kenneth Li
18 Gary Lane
North Easton, MA 02356

Kenneth Mattuck
955 Colony Lane
Hoffman Estates, IL 60192

Kenneth Ogles
28862 Cherrywood
Flatrock, MI 48134

kenneth okin
701 pasadena avenue s.
2
saint petersburg, FL 33707

Kenneth Robinson
24200 Walnut St.
56
Torrance, CA 90501

Kenneth Roth
13448 E Creek Rd
Darien, WI 53114

Kenneth Saulnier
1885 Shore Dr S
532
South Pasadena, FL 33707

Kenneth Tran
17177 w red fox rd
Surprise, AZ 85387

Kenneth Truth
55 Ludwig Lane
Staten Island, NY 10303

Kenneth Yue
18088 Camdenhurst Drive
Gainesville, VA 20155

Kenny Chung
519 Borden ave
Long Island City, NY 11101

Kenny Leung
11814 Monogram Ave
Granada Hills, CA 91344

Kenny Wei
112 Bay 38th Street
2
Brooklyn, NY 11214

Kenny Yu
46-12 162nd St
Flushing, NY 11358-3641

Kenny Zang
8807 Cheviot Rd
Cincinnati, OH 45251

kens ritch dorval
7256 montereal path
lake worth, FL 33463

Kenson Seraphin
3380 Fred George Rd unit 818
Tallahassee, FL 32303-2186

Kent Andre
511 Oakmont Dr.
Vermillion, SD 57069

Kent Phan
4957 Souza Dr
Las Vegas, NV 89146

Kent Sanders
37661 W 196th St
Rayville, MO 64084

Kent Wolfe
376 Gillespie St.
Pine Bush, NY 12566

Kenya Sullivan
11500 Potomac Town Place
Ste 100225
Woodbridge, VA 22191

Keon Allen
4838 Tortuga Drive
West Palm Beach, FL 33407

Keon Mcghee
6250 Palm Trace Landings Dr
Apt. 109
Davie, FL 33314

keoni picollo
67-196 kuhi st
waialua, HI 96791

Kerri Smith
80 Lincoln St #2
Mt Clemens, MI 48043

Kerry King
3221 Crested Moss Avenue
North Las Vegas, NV 89081

Kerry Smith
621 Erwin Rd
Sanford, NC 27330

Kettelene Louisme
1805 woodhaven Dr
Fort wayne, IN 46819

Keven Doan
13500 w preserve blvd
burnsville, MN 55337

Kevin Armbruster
2002 Cottage Oak ln
Colleyville, TX 76034

Kevin Banks
1401 circle terrace blvd
Columbia Heights, MN 55421

kevin banze
528 abington dr
greensburg, PA 15601

Kevin Beard
857 Shevlin Drive
El Cerrito, CA 94530

Kevin Bockman
539 W COMMERCE ST #6818
DALLAS, TX 75208

Kevin Cao
1205 Cypress St
SPC 8
San Dimas, CA 91773

Kevin Cortese
2100 N Ursula St
324
Aurora, CO 80045

kevin dinzey
6720 centerline dr.
charlotte, NC 28278

Kevin Donnelly
836 Thompson st
Schenectady, NY 12306

Kevin Fonseca
PO BOX 1135
WOODBRIDGE, CA 95242

Kevin Fretz
45 Rayron Cir
Naugatuck, CT 06770

Kevin Gordon
4101 NW Expressway
#16155
Oklahoma City, OK 73116

Kevin Hawat
2640 S University Dr
Davie, FL 33328

Kevin Higgins
508 SE 7TH AVE
CAPE CORAL, FL 33990

Kevin Hope
3880 Garden View Drive
218
Grand Forks, ND 58201

kevin jahng
300 West 122nd St #5G
New York, NY 10027

Kevin Kaznica
3902 Brian Court
Hamburg, NY 14075

Kevin King
17823 netherby ln
Richmond, TX 77407

Kevin Koletic
30-33 33 st
4f
Astoria, NY 11102

Kevin Krebs
12800 NE Salmon Creek Ave
Unit 101
Vancouver, WA 98686

Kevin Lam
3134 Orange St
San Jose, CA 95127

Kevin Lim
1200 Sugar Land Court
Lawrenceville, GA 30043

Kevin Liu
200 Airport Blvd
South San Francisco, CA 94080

Kevin Magnusson
519 W 3650 N
Pleasant View, UT 84414

kevin mercer
65 rockwood circle
26c
middletown, NY 10940

kevin Mercer
65 rockwood gardens
Apt 26c
Middletown, NY 12550

Kevin Nguyen
5644 Panorama Drive
Whittier, CA 90601

Kevin nguyen
1383 bellavista dr
walnut, CA 91789

Kevin Nguyen
11226 siamese ln
Sugar Land, TX 77478

kevin robinson
11409 flora spring dr
riverview, FL 33579

KEVIN SANTANA
728 PROMENADE PL
VIRGINIA BEACH, VA 23462

Kevin Simpson
552 Green Oaks Lane, Apt 307
Westfield, IN 46074

Kevin Simpson
552 Green Oaks Lane
Apt 307
Westfield, IN 46074

Kevin Stallard
7403 La Mantanza
San Diego, CA 92127

Kevin Straw
361 Northwood Drive
Lexington, KY 40505

Kevin Striever
10120 Irvington Blvd Apt 9
Houston, TX 77076

Kevin Trinh
629 E Main St
309
Richmond, VA 23220

Kevin Tu
310 Crescent Village Cir
Unit 1489
San Jose, CA 95134

Kevin Van Kuren
1119 Longbrook Rd
Lutherville, MD 21093

Kevin Wagner
1103 W Huron St
Tucson, AZ 85745

kevin yung
150 dahill road
brooklyn, NY 11218

Keylen Philyaw
1600 Harden St
Columbia, SC 29204

Keyur Patel
1003 Towamencin Ave
Apt F204
Lansdale, PA 19446

Kha Ton
111 N Black Horse Pike
Mount Ephraim, NJ 08059

Khai Nguyen
4421 Pacific Coast Hwy
Apt E104
Torrance, CA 90505

Khai Tran
2200 Den Helder Drive
Modesto, CA 95356

Khalid Abdul
5591 Victoria Dr
West Bloomfield, MI 48322

Khalid Syed
406 mozart ct
wheaton, IL 60189

Kham Johnson
2 Manchester Lane
Pittstown, NJ 08867

khang huynh
5938 154th PL.
Flushing, NY 11355

Khang Nguyen
10439 Acacia Forest Trl
Houston, TX 77089

Khang Tran
8442 indigo harbor
Las vegas, NV 89117

Khang Tran
3212 lariat ln
garland, TX 75042

Khanh Bingham
4986 Millican Dr
Pearland, TX 77584

khanh bui
13859 W Sarano Terr
Litchfield Park, AZ 85340

Khanh Nguyen
12755 Hazel Ave.
Garden Grove, CA 92841

Khanh Pham
11101 CAIN HARVEST DR
AUSTIN, TX 78754-5978

KHANH SCRIMSHER
PO Box 1233
Petersburg, AK 99833

KHANH TRAN
16714 BUSHARD ST
FOUNTAIN VALLEY, CA 92708

khanh tran
1200 montgomery st
WICHITA FALLS, TX 76302

khanh Tran
1623 Carl D Silver Pkwy
Fredericksburg, VA 22401

Khanh Van
15918 Talala Trail
Cypress, TX 77433

Khanh Vo
5719 East 550 Road
Rose, OK 74364

Khayci Riem
9422 Mckinley Ave E
Tacoma, WA 98445

Khiari Mitchell
2011 Spring Mist Dr
Arlington, TX 76011

Khiem Doan
45188 Ambition St
Unit 403
Fremont, CA 94538

khin htwe
162 Irvington Street
Daly City, CA 94014

Khoa Ho
12715 Westpark Dr
Houston, TX 77082-5323

khoa huynh
11416 day camp Ln
austin, TX 78754

Khoa Trab
1433 Maier Dr
Pflugerville, FL 78660

khoa tran
1433 maier drive
pflugerville, TX 78660

KHOI VIET NGUYEN
108 SHELLBARK DR
MCDONOUGH, GA 30252

Khuong Nguyen
124 124th Ln NW
Coon Rapids, MN 55448

Khushwinder Randhawa
31717 Sedgefield Oval
Solon, OH 44139

Khuyen Nguyen
7833 Byrds Nest Pass
Annandale, VA 22003

Kian Blows
Livingston Road
Windsor Park
Cape Town, WC 07570

KIAN YIP TAN
15560 WESTMINSTER WAY N
APT 631
SHORELINE, WA 98133

Kiana McNulty
7592 Winged Foot Dr
Fort Myers, FL 33967

Kieu Giang To
615 Moon Place Rd
Lawrenceville, GA 30044

Kieu Hung Yen Ly
2256 W Valdina Ave
Anaheim, CA 92801

kiko aloguin
312 afga, 312 afga
afga, FL 23411

Killian Fortman
7776 Old House Rd
Pasadena, MD 21122

Kim Chi Dang
2775 Achillea Way
Marietta, GA 30064

Kim Cole
2609 Reed Ave
Melbourne, FL 32901

Kim Habimana
20773 N 91st Dr
Peoria, AZ 85382

KIM HAMPTON
2808 MAPLE DR
MESQUITE, TX 75150

Kim San Goh
269 Osgood Ave
Staten island, NY 10304

Kim thanh Doan
2703 Peartree Ln
San Jose, CA 95121

Kimberly Annis
2100 Carr St
Palatka, FL 32177

Kimberly Jones
418 Pamela Rd
Duarte, CA 91010

Kimberly Kerr
151 south munn ave
East Orange, NJ 07018

Kimberly Rowell
4659 Eventing Street
Lake Worth, FL 33467

Kimberly Royster
1703 Hargrove dr
Mcleansville, NC 27301

KIMOANH DANG
3406 Chieri Pl
SAN JOSE, CA 95148

King Arthur Dilay
1112 West 223rd Street
Torrance, CA 90502

Kingston Iheme
117-31 226th st
Cambria Heights, NY 11411

Kinh Vo
2337 Rockland Cir.
High Point, NC 27265

Kio Tran
1791 127th Avenue Northeast
Blaine, MN 55449

Kip Coon
3220 Goose Ln
McKinney, TX 75071

Kiran Govani
4620 Hereford Ct
Cumming, FL 30041

Kirby Huber
1129 Stone Trail Dr
Plano, TX 75023

Kiritkumar Patel
7365 Royal Portrush Dr
Solon, OH 44139

Kirk Bazile
812 concord rd
Glen Mills, PA 19342

Kirk Rhoden
7003 Waldo Circle
Labelle, FL 33935

kishen patel
8019 woodhollow dr
baytown, TX 77521

Kishore Ramaraju
18311 Licola Meadow Ln
richmond, TX 77407

kislaya kanan
34489 Winslow Terrace
Fremont, CA 94555

kk aa
aa
ny, ND 10031

Ko Chuan Su
2125 Bryant Street
Unit 113
San Francisco, CA 94110

Kobiljon Mardonov
1909 Quentin Rd
2b
Brooklyn, NY 11229

Kody Bartkus
190 Center Depot Rd
Charlton, MA 01507

Kokou Detse
2768 Wrangler ct
Waldorf, MD 20603

kolawole Agunbiade
7039 s may street
chicago, IL 60621

Kolawole Balogun
7987 Dawson Ln
Douglasville, GA 30134

Kolbi williams
437 Pruett Rd
dickson, TN 37055

Kolby Walker
1717 Barnwood Trace
Celina, TX 75009

KONG UMARU
14 VIA AMISTOSA
Apt F
RANCHO SANTA MARGARITA, CA 92688

Kongmy Chayhane
400 Denton Ln
South Elgin, IL 60177

Kory Pritchett
4342 Shining Armor Lane
West Lafayette, IN 47906

Kory Turkow
725 Fairview Ter
Verona, WI 53593

Kostandinos Tsoukalis
135 Harmony Brass Castle Rd
Washington, NJ 07882

Kou Her
5610 ALICIA AVE
OLIVEHURST, CA 95961

Kou Lao
1740 South Ave
Sacramento, CA 95838

Kranthi Valle
10035 River Rock Dr
Roswell, GA 30076

Kris Chai
260 Queen Victoria Ave
Saint Johns, FL 32259

Krish Patel
301 Gregory St
Apt 6
Aurora, IL 60504

Krishna Khalasi
333 s main st
Red bluff, CA 96080

Krishna Patel
5792 River Birch Dr
Hoffman Estates, IL 60192

Krishnamurthy Janakiraman
320 Lena circle
chapel hill, NC 27516

Kristian Fossler
240 Natoma Station Dr.
Apt.89
Folsom, CA 95630

Kristian Hargrove
31581 Blue Passing Loop
Wesley Chapel, FL 33545

Kristian Morell
11440 sw 252 terr
Miami, FL 33032

Kristin Jensen
621 Matagual Drive
Vista, CA 92081

Kristina Balayan
7431 Zonal Ave
Las Vegas, NV 89131

Kristina Rossi
3526 Bertrand Ave
Dallas, TX 75210

Kristine Ramos
9016 N WASHINGTON DR. APT 1E
Apt 1E
Des Plaines, IL 60016

Kristle Henry
11214 Oyster Creek Road
Jacksonville, FL 32218

Kruti Shah
21 Apache Way
Westford, MA 01886

Krystal Fuentes
5325 sailfish st
Orlando, FL 32812

Krystyn Bullard
2231 5th st
Owings, MD 20736

Ksawery Surdel
5016 12th Ave
Brooklyn, NY 11219

Kuang Lei
341 south Main Street
Star, ID 83669

Kul Singh
8934 Harding Avenue
Surfside, FL 33154

Kulvinder Singh
2502 Brierfield Dr
Monroe, LA 71201

Kulwinder Singh
5054 Turnberry Lane
Columbus, GA 31909

Kumaran Pitchai
13173 Cantrece Ln
Cerritos, CA 90703

kumiko chance
2029 Coldwater Canyon Drive
Beverly Hills, CA 90210

Kumiko Kajiyama
4057 Branciforte Drive
Santa Cruz, CA 95065

Kumud Rangaraj
300 Canonero Ct
Alpharetta, GA 30004

Kun Yu
104 W Elms Rd
Killeen, TX 76542

Kunal Bagga
55 Hearthstone Drive
South Windsor, CT 06074

kunal desai
1986 scenic gulf drive
unit 2
miramar beach, FL 32550

Kunal Kishnani
54 Roosevelt Drive
Woodridge, NJ 07075

Kurt Ellington
1416 W Roberts Ave
FRESNO, CA 93711

Kurt Galle
3610 Landings Way Drive APT 104
Tampa, FL 33624

Kurt Kohler
215 8th ave
Safety harbor, FL 34695

Kurtis Nelson
7220 Starflower Drive
Citrus Heights, CA 95621

Kurtis Spurlock
204 Westwood 4th Ave
Mcminnville, TN 37110

Kushtrim Demaj
663 white plains rd
eastchester, NY 10709

Kwabena djokoto
2232 cascadia ct
st augustine, FL 32092

KWABENA OKRAH
937 N Van Dorn Street
Apt 200
Alexandria, VA 22304

Kweifong Lee
370 Monroe
Irvine, CA 92620

Kwok Leung
212 La Cruz ave
Millbrae, CA 94030

Kwok Liu
76-15 169th St
Fresh Meadows, NY 11366

Kwon Yoo
2997 Flagstaff Dr
Jurupa Valley, CA 92509
Jurupa Valley, CA 92509

Kyle Adams
254 N Spring Creek Pkwy
Apt 2
Providence, UT 84332

Kyle Burkey
5625 Hartfield Downs Dr
Charlotte, NC 28269

Kyle Campbell
4201 Simcoe Lane
APT 529
Louisville, KY 40241

Kyle Chambers
5322 Kingsmill Rd
Friendswood, TX 77546

Kyle Chan
15 Bush Rd
HILLSBOROUGH, NJ 08844

Kyle Christopher Walker
1324 sw stonecreek dr
blue springs, MO 64015

Kyle Feikert
230 South Seacat Road
Bucklin, KS 67834

Kyle Gruel
11524 S Brentwood Dr
Olathe, KS 66061

Kyle Harrison
1992 Sagerock Dr
Castle Pines, CO 80108

Kyle Hedman
1823 highwood Ave
Pekin, IL 61554

Kyle Hermann
7600 MCGEE ST
Kansas City, MO 64114

kyle idziak
35148 newport dr
New baltimore, MI 48047

Kyle Kumar
9902 Copa Cabana Court
Bakersfield, CA 93312

Kyle Lamban
12977 SPRING RAIN RD
Jacksonville, FL 32258

Kyle Lentz
508 East 13th Street
Spencer, IA 51301

Kyle Martin
4714 w 159th st
Lawndale, CA 90260

Kyle Norton
212 S Winchester Ln
Hubert, NC 28539

Kyle Rhine
915 Mendocino Ave
APT #14
Santa Rosa, CA 95401

Kyle Saffell
205 Nairn St
Fayetteville, NC 28311

Kyle Smith
11811 Gary Street
Garden Grove, CA 92840

Kyle Tedder
3616 faberge way
Sacramento, CA 95826

Kyle Tyler
1183 E Belmont Ave
Phoenix, AK 85020

Kylicisonn Gezira
8841 Sky Vista Ct
Orlando, FL 32818

Kylie Barker
20672 State line rd
edwardsburg, MI 49112

Kylie Nguyen
4327 46th ST
San diego, CA 92115

kyrell smitheal
13387 chimayo st
victorville, CA 92392

Kyung Hahm
615 W Stewart
Puyallup, WA 98371

La Nguyen
No 03-LK3-09 Doc Bun 1 Van Khe
La Khe Ha Dong
Hanoi, Hanoi 00010-0000

Lakshmi Boppana
1459 e palatine road
palatine, IL 60074

Lakshmipathi Uppanapalli
13908 ne 9th place
A03
Bellevue, WA 98005

Lakshmipathi Uppanapalli
13908 NE 9th place
Bellevue, AP 98005

Lam Baccam
4869 Purdue Dr
Boynton Beach, FL 33436

Lam Bui
9652 West Hazard Ave, Apt B
Apt B
Westminster, CA 92683

LAM DAO
5869 Pine Rd
NORCROSS, GA 30340

LAM HA
7201 Rochester Court
Bakersfield, CA 93311

Lam Nguyen
94-217 kikepa place
Waipahu, HI 96797

Lam Nhi Dang
2309 Bernese Ln
Fort Worth, TX 76131

Lamair Dunkley
503 Saginaw ave
Calumet City, IL 60409

Lamine Doumbia
5026 kendall sta
acworth, GA 30102

Lamngern Keonakhone
907 Windsor Ct
Sterling, VA 20164

Lamont Harris
2602 Leclaire St
Davenport, IA 52803

Lance Horton
133 N Bluff PL
Athens, GA 30607

Lance Hupfeld
607 Starlit Sky Court
Willis, TX 77318

Lance Ladia
2537 SW 12 PL
Cape Coral, FL 33914

Lance Miller
1323 S Crossings Ct
San Angelo, FL 76904

Lance Williams
1027 Steelechase Ln
Hanahan, SC 29410

Landen Matlock
4000 SW Chase Cir
#303
Bentonville, AR 72713

Landes Wren
2708 Stone Creek Drive
Shreveport, LA 71106

Landes Wren
1725 Harvey Mitchell Pkwy S Unit 612
College Station, TX 77840

Landon Nichols
2496 highway 11
Mansfield, GA 30055

Landon Phillips
306 sunny brooke dr
grayson, KY 41143

Lang Nguyen
12506 Leader St
Houston, TX 77072

Laquisha Freeman
2096 Rydal cir
Roseville, CA 95747

Laresa Cooper
150 Inspiration Dr
Apt 4206
Weatherford, TX 76087

LaRhonda Fulcher
8303 Counts Massie Rd
202
Little Rock, AR 72113

Larry Burns Jr
261 preakness ave
Paterson, NJ 07502

Larry Hudson
Old Alabama
3662
Thomaston, GA 30286

Larry Mamaril
1344 Belmont Dr.
Merced, CA 95348

Larry Nguyen
1439 Sierra Creek Way
San Jose, CA 95132

Larry Wilkes
13 Goose Neck Ln, gooseneck
SICKLERVILLE, NJ 08081

Lars Myrgren
123 G St
Williamston, SC 29697

Lasard Velez
850 Post Rd. 8214
Warwick, RI 02888

LaShawn Cox
4547 South Vincennes Avenue
Chicago, IL 60653

Lashawn Malloy
40 Memorial Highway
Apt. 12K
New Rochelle, NY 10801

LaTeeFha Arnold
8920 E Bedell St
Wichita, KS 67207

LaTience Burroughs
6883 Ennis Dr
Brownsburg, IN 46112

LaToya McLean
110 Summit Street
East Orange, NJ 07017

Latron Washington
1310 st johns place
1c
Brooklyn, NY 11213

Laughton Williams
11380 Moore Drive
Manassas, VA 20111

Laura Padron
5806 Felicia st
Houston, TX 77091

Laura Phan
14066 W Cypress St
Goodyear, FL 85395

Laura Resolute
7150 HAMILTON BLVD UNIT 32
TREXLERTOWN, PA 18087

Lauren Albury
81 Stockyard Rd
Statesboro, GA 30458

Lauren Bolden
703 Washington Ave
Apt 204
Towson, MD 21204

Lauren Truett
4005 Lake Mary Rd
#24
Flagstaff, AZ 85250-6306

Laurenz Lagarde
1942 rosenelfe circle
san jose, CA 95148

Laurian Kimolo
13023 Woodcutter Cir
Germantown, MD 20876

LAVONDIA BUCEY
355 KENWOOD AVE
AKRON, OH 44313

Lawee Sherif
10174 Ascot Circle
Huntington Beach, CA 92646

Lawrence Allen
3331 Primrose Willow Dr
Saint Cloud, FL 34773

Lawrence Dirienzo
5 Blackborne Drive
Elkton, MD 21921

Lawrence Jiang
2111 bayshore blvd
San francisco, CA 94134

Lawrence Nel
70 Summerville Blouberg st Noordheuwel
Krugersdorp, GP 01739

Lawrence Pendley
203 Pierce Laws Rd
Jonesborough, TN 37659

Lawrence Watson
3800 Park St
Apt 116
Grove City, OH 43123

Lawrie Boakye Yiadom
8559 Richmond Highway
202
Alexandria, VA 22309

Lawrie Boakye-Yiadom
8559 Richmond Hwy Apt 202, Alexandria, V
Alexandria, VA 22309

Layla Almisri
17 Clinton Street
Bloomfield, NJ 07003

LE HUY HOANG
96/86B Phan Dinh Phung, P02, Phu Nhuan
Ho Chi Minh 00070

Leah Gryboski
714 Ice House Drive
Mountain Top, FL 18707

LEDERRIOUS COLEMAN
3 appletree sq
N/A
Bloomington, mn 55425

Ledonte Love
134
Community Rd
Saint Pauls, NC 28384

ledonte love
134 community rd
saint pauls, NC 28384

Lee Borrego
11008 Lipizzan Ave SW Albuquerque, NM 87
Albuquerque, NM 87121

Lee Glassford
6220 Se Ivon
Portland, OR 97206

Lee Sparks
5209 NW 117TH ST
OKLAHOMA CITY, OK 73162

Leena Vengadasalam
1200 NE Miami Gardens Dr #1021
Miami, FL 33179

LEEROY VILJOEN
5 8th Avenue Tafelsig
Mitchells Plain
Cape Town, WC 07785

Leeshonne Farrow
101 Victoria Drive
Eatontown, NJ 07724

Lei Buggy
2880 La Grange Cir
Boulder, CO 80305

Leigh Franklin
2814 Calle Cadiz
Henderson, NV 89044

Leigh Miller
1795 Arrow Wood Ct
Reno, NV 89521

Leighton Wood
9708 Verdun Cr
Indian Land, SC 29707

Leilani Silver
54-396 Union Mill Road PMB 881
Kapaau, HI 96755

Leissa Jean-Gilles
2054 Nostrand ave
Apt D2
brooklyn, NY 11210

Leissa Jean-Gilles
2054 Nostrand av
D2
Brooklyn, NY 11210

Lejeune Bauvil
11218 Dormer way
Orlando, FL 32837

lekeri darthard
112 w 9th st
Panama city, FL 32401

Leland Boone
1152 Killington Arch
Chesapeake, VA 23320

Lennie Martinez
6212 Edwards Dr.
Broad Run, VA 20137

Lenz Belias
13568 Koinonia Dr
NAPLES, FL 34114-8766

Leo Christopoulos
1407 Margate Dr.
Buffalo Grove, IL 60089

Leo Hernandez
8430 City Lights Dr
aliso viejo, CA 92656

Leon Ison
105 Gordon Drive
Lebanon, TN 37087

Leon King
295 NE Ivanhoe Blvd
Apt 421
Orlando, FL 32804

leonard johnson
3685 Robin lane
Eagan, MN 55122

Leonardo Dionicio
60 Arnoldale Rd
West Hartford, CT 06119

Leonardo Figueroa Vazquez
2006 Stonemont Ct
Allen, TX 75013

LEONARDO HERNANDEZ
1321 S PARTON ST
SANTA ANA, CA 92707

Leonardo Nguyen
3020 San Frando Dr
Arlington, TX 76010

Leonardo Ruiz
6304 friars road #231
231
San Diego, CA 92108

Leonardo Zepeda
1047 Calle Escarpada
Bonita, CA 91902

leonel tejada
9610 37th Ave
D1
Corona, NY 11368

LEQUAN CARPENTER
4622 PARK GRANADA
APT 79
CALABASAS, CA 91302

Leroy Woodard Jr
1827 Haverford Dr.
Allen, TX 75013

Leroy Yoder
11969 western Rd
apple creek, OH 44606

les collier
80 bay walk ct
Miramar beach, FL 32550

Leslie Braff
9101 Veronica Drive
Huntington Beach, CA 92646

Leslie Devilliers
9327 Canyon Wren Ct
Highlands Ranch, CO 80126

Leslie Nguyen
3130 Dashiell Rd
Falls Church, VA 22042

lesly dervil
10238 magnolia hills dr
jacksonville, FL 32210

Lester Bulosan
9661 Violet Dr
Orlando, FL 32824

Lester Miller
5223 County Road 314
Millersburg, OH 44654

Leudys Ochoa
114 Flirtation Walk
114
Louisville, KY 40219

Levi Martinez
9097 Lanning Ln
Brighton, MI 48116

Lewi Glenis
1827 Ridge Rd Apt 15
Chatham, IL 62629

Lewis Johnson III
7321 74th St
Lubbock, TX 79424

Lewis Otieno
8626 Glascock Lane
Houston, TX 77064

Ley Belias
3565 31st AVE NE
Naples, FL 34120

Liam Carroll
11163 aqua vista st
102
Noth Hollywood, FL 91602

Liam Santos
109 Van Der Bijl Street
Thabazimbi, LP 00380

Liana Santos
239 S Commonwealth Avenue
#7
Los Angeles, CA 90004

Liethy Cuellar
4854 NW 7th St APT 504, Miami, FL 33126
Miami, FL, FL 33126

Lieu Tran
4816 Cumberland Cir
Carrollton, TX 75010-4366

lilian phan
1210 edgar dr
102
glendale heights, IL 60139

Lilin Wang
24 Ridgecrest Ter #11
Boston, MA 02132

Lillian Phan
1210 Edgar Ct
Apt 102
Glendale Heights, IL 60139

Lily Garza
3400 Kingsborough ave
Mcallen, TX 78504

LILY WANG
75 W 5TH AVE APT 223
Apt 223
SAN MATEO, CA 94402

Linda Khoza
Stand no 137
Nelspruit, MP 01331

Linda Lin
150 Market St
443
Milpitas, CA 95035

Lindsey Montague
27918 N 66th Ln
Phoenix, AZ 85083

LINH DANG
So 2 ngo 69A, ngach 131/3 Hoang Van Thai
Ha Noi 00010

Linh Dang Khanh Nguyen
8117 Horizon Lake DR, las vegas, NV 8912
las vegas, NV 89128

LINH HUA
10611 sennit ave
garden grove, CA 92843

Linh Huynh
7989 Blue Brook Dr
Las Vegas, NV 89147

linh nguyen
8117 horizon lake
lasvegas, NV 89128

Linh Nguyen
1305 E chocolate ave
apt 1
hershey, PA 17033

Linh Nguyen
9 City Pl
Nashville, TX 37209

Linh Tran
1623 Carl D Silver Pkwy
Fredericksburg, VA 22401

Lino De Santiago
2341 Broken Wheel Lane, New Braunfels, T
New Braunfels, TX 78130

Lionel Dorsey
10505 Willow Run Court
Laplata, MD 20646

Lionel Ramos
1813 Suffolk Ave
Westchester, IL 60154

Liren Wu
838 Cinnabar St
APT 118
San Jose, CA 95126

Lisa Alden
12620 Morrison St
Valley Village, CA 91607

Lisa Duong
6437 129th Ave SE
Bellevue, WA 98006

Lisvaldo Duran
11 Valley Trail
Monroe, NY 10950

Liubou Ushakova
1976 Church Avenue
Scotch Plains, NJ 07076

Liuming Zhang
155 SAN LEON
IRVINE, CA 92606

Lizzie Holland
225 Bob drive
Jena, LA 71342

Lloyd Harvey
393 DURMIRE DR
JONESBORO, GA 30236

loan do
1810 Se Cutter lane
vancouver, WA 98661

Loan Le
8793 Saint John Dr
Garden Grove, CA 92844

Loan Vu
14231 Fm 1464 Rd 13105
Apt
Sugar Land, TX 77498

Loc Tran
13541 burgundy dr
vancleave, MS 39565

Logan Dulmus
69 Wellington Street
North East, PA 16428

Logan Duran
7573n 250w
Bryant, IN 47326

Logan Gove
68 Parker Rd
Pittston, ME 04345

Logan Gruber
604 Pleasant View Street
Wauwatosa, WI 53226

Logan Huebsch
20109 Sherri Ln
Fort Dodge, IA 50501

Logan Pourner
708 South H
Wellington, KS 67152

Logan Rozeboom
5662 Montpelier Drive, Tuscaloosa, AL, U
Tuscaloosa, AL 35405

Loganathan Sundaram
270 Baldwin Road Apt J2 Parsipanny NJ 07
Parsippany, NJ 07054

Loi Mai
2107 Barr Rd
Wilmington, DE 19808

Loisel Nicolet Flores
16700 Saintsbury Glen
12
San Diego, CA 92127

Long Tran
630 N Taylor St
Wake Forest, NC 27587

Long Truong
1579 3rd ave
Newport, MN 55055

Lor Lee
36404 S 4205 Road
Inola, OK 74036

Loren Richey
22576 HighCroft Terrace
Ashburn, VA 20148

lorena black
7477 Findhorn Dr
Reno, NV 89506

lorence flowers
81 Orchard street
apt 1
Auburn, NY 13021

Lorenzo Paz
6873 moonlit dr
Delray beach, FL 33446

Lori Goff
3650 Enso Way
Jacksonville, FL 32224

Lorraine Rolon
31490 Pear Blossom
Murrieta, CA 92563

Lorrie Ho
4736 Fendyke Ave
Rosemead, CA 91770-1217

Louis Barbarisi
10 Thomas Street
New Providence, NJ 07974

Louis Delaplain
2014 W 27th Ter.
Apt. 1
Lawrence, KS 66046

Louis Dong
17913 ash st
Fountain valley, CA 92708

Louis John Sakellaris
20 Coppola Court
Clifton, NJ 07013

Louis Maxwell
3768 Rambling Rose Court
Orlando, FL 32808

Louis Muscarella
2211 Vero Beach Lane
West Palm Beach, FL 33411

louis perez
6609 emerald lake dr
miramar, FL 33023

Louis Ruth
2711 w price ave
tampa, FL 33611

louis sozio
1754 w11th street
brooklyn, NY 11223

Louise Allen
30 Corte Pino
Santa Rosa Beach, FL 32459

Lovie DAndrea
10028 Rylee Court, Belvidere, IL, USA
BELVIDERE, IL 61008

Lovita Henriquez
60 Yereance Avenue Apt 3
Clifton, NJ 07011

Lowell Pointer
177 Education Boulevard
Ladson, SC 29456

Luca Birga
142 19 Barclay ave,
Flushing, NY 11355

Lucas Anderson
38 Sand Star Lane
Henderson, NV 89011

Lucas George
4085 E CR 1000 N
Pittsboro, IN 46167

Lucas Kennard
26128 German Mill road
Franklin, MI 48025

Lucas Leung
813 Normandy Trace Rd
Tampa, FL 33602

Lucas Lu
9413 Gladsome Path
Manor, TX 78653

Lucas Monforte Silva
46445 Glen Pointe Dr
Shelby Township, MI 48315

Lucas Weakland
4075 Briarwood Dr
Jeannette, PA 15644

Luciana Galloway
13104 Upland Meadow Ct
Fort Worth, TX, TX 76244

Luciana Vitiello
916 San Pablo Ave
D
Albany, CA 94030

lucienne nguyen
12123 coral sea ct ne
blaine, MN 55448

Lucyanne Ndungu
15 Booth RD SW
Apt i 6
Marietta, GA 30008

Luddarius Refuse
3730 NW 207th Terrace
N/A
Miami Gardens, FL 33169

Ludobert Beauchamps
beauchamps41@gmail.com
Fort Lauderdale, FL 33311

Ludovico Gomes
78 Hobson Ave
Pawtucket, RI 02860

LUEL WOLDEMARIAM
4478 sweet stone pl
Las Vegas, NV 89147

Luis A Ramos Romero
5 Pandora dr
Brentwood, NY 11717

Luis Alfredo Diaz Delduca
12209 pantar st
orlando, FL 32837

Luis Alvarado
808 E Lisa Lane
Apopka, FL 32703

Luis Amaro
2339 Pettingell Way
Spring, TX 77373

Luis Arias
PO BOX 5456
San Antonio, TX 79766

Luis Blanco
625 E 34 ST
Hileah, FL 33013

Luis Casas
1937 Wildwood St
West Covina, CA 91791

Luis Contreras
441 Lewis St
Hammond, IN 46320

Luis Diaz
3631 Fountain Dr
3
Louisville, KY 40218

Luis Enrique Bocanegra
591 Hart Str
1
Brooklyn, NY 11221

Luis Escalona
2301 REDWING DR
Denton, FL 76205

Luis Espinosa
PO Box 61652
Las Vegas, NV 89160

Luis Euceda
9595 Fontainebleau Blvd
806
Miami, FL 33172

Luis Flores
15 marvin rd
Bay shore, NY 11706

Luis ivan Silva ramirez
1105 walnut st
Jourdanton, TX 78026

Luis Leiva
6941 Compton Ln S
Naples, FL 34104

Luis Luna
4918 alee ln
Stockton, CA 95206

Luis Martell
48 Norton Road
New Britain, CT 06053

Luis Martinez
23602 fairport harbor ln
RICHMOND, TX 77407-2888

Luis Mejia
25672 Via Del Rey
San Juan Capistrano, CA 92675

Luis Montenegro
Calle de llas Flores
Uria, UY-CA 02465-4332

Luis Morales
510 Highland St
Longwood, FL 32750

Luis Mota
3126 N 34th St
Phoenix, AZ 85018

Luis Munoz
4086 n hughes
Fresno, FL 93705

Luis Quintuna
2460 32ND ST
2A
Astoria, NY 11102

Luis Reyes
2421 N Major Ave
Chicago, IL 60639

luis rincon
22 walker street
paterson, NJ 07501

Luis Servin
14 Sanctuary Cove
San Antonio, TX 78257

Luisjano Tafili
8125 S Wildwood Dr
Oak Creek, WI 53154

Lukasz Furman
7513 Farmingdale Dr
304
Darien, IL 60561

Luke Arnold
1655 Prairieview Lane
Greenfield, IN 46140

Luke Kuenning
2676 E Otero Pl
Unit 12
Centennial, CO 80122

Luke Nguyen
422 Chickadee Street
Crestview, FL 32539

Luke Seaton
903 Connor Avenue East
Saint Paul, MN 55109

Luke Shinsato
7113 NAPA VALLEY DRIVE
FRISCO, TX 75035

Ly Ly
552 University Rd
Santa Barbara, CA 93106

Ly Ngo
82c kim chau , dray bhang , cu kuin
Daklak 00063-6661

LyDarrius Smith
9512 STAFF LN
Las Vegas, NV 89178

Lydia Chan
27 Kingwood Road
Oakland, CA 94619

LYDIA IDIR
4619 W 149TH ST
LAWNDALE, CA 90260-1233

Lydiah Kimaru
6295 mustang meadows pt
apt 301
Colorado Springs, CO 80922

Lydie Thomas
1524 Fountain Street
Alameda, CA 94501

Lynford Stauffer
105 Linden Grove Rd
New Holland, PA 17558

Lynn Chavez
15344 W Pierson St
Goodyear, AZ 85395

Lynne Zheng
32-33 Leavitt Street
Flushing, NY 11354

Lyrana Hughes
548 Monroe Street
1
Brooklyn, NY 11221

lyuis Tomas
161 gentry
193
Fort Payne, AL 35967

mack pherson beaubrun
17216 NE 4th Pl
north miami beach, FL 33162

Mackenson Descartes
118 Southeast 9th Avenue
Boynton Beach, FL 33435

Macklendess Carius
924 N Magnolia ave ste 202
Orlando, FL 32803

Madan Kovur
155 Granite Ln
Chester Springs, PA 19425

Madhavi Paidipalli
10304 Milkweed Ct
Frisco, TX 75035

madhu Bastakoti
3400 varsity drive
APT 1812
tyler, TX 75701

Madison Lewis
233 Clark Ave, Apt 22
Yuba City, CA 95991

Madison Webb
7414 S 25th Ln
Phoenix, AZ 85041

Magdiel Adames
5948 Mathias Way
Buford, GA 30518

magere taalamu
1622 Pennsylvania Ave
San Diego, CA 92103

Maggie Huang
121 East 22nd Street,
APT N905
New York, NY 10010

Magnus Rodriguez Escalante
7980 Camino Tassajara
Pleasanton, CA 94588

Mahbub Choudhury
3808 Birchwood Ave
Skokie, IL 60076

Mahdi Alhamadani
4204 WISTERIA LANDING CIR
UNIT 204
Louisville, KY 40218

Mahdi Osman
330 Carnegie Drive
Milpitas, CA 95035

Mahendra Kumar Eswarappa
2067 Kettering Rd
Hoffman Estates, IL 60169

Mahesh Donkena
5909 NW Reynolds St
Bentonville, AR 72713

Mahesh Jagiah
12470 Pebblestone ct
Fort Myers, FL 33913

Mahesh Jaiswal
55 Laurelton Ave
Selden, NY 11784

Mahesh Kumar Bachhu
3133 west springs dr
apt f
Ellicott City, MD 21043

Mahidhar Miriyala
813 Haybeck Lane
Apex, NC 27523

Mahir Abrar
7355 Owens Ct
Hollywood, FL 33024

Mahmoud Alsaifi
330 Prine Place
APT 2302
Charlotte, NC 28213

Mahmoud Hassan
2239 78 st
3c
East elmhurst, NY 11370

mahmudul hasan
149 s palmer dr
Bolingbrook, IL 60490

Mai Hoang
5651 Tiverton Cir
Westminster, CA 92683

Mai Tran Nguyen
33076 Fuhrmann Dr
Sterling Heights, MI 48310

Mai-Anh Do
9811 Orange Ave
Anaheim, CA 92804

Maichor Fay
8836 Inisheer Way
Sacramento, CA 95828

Maikol Gutierrez
12101 Steeple Way Blvd
3003
Houston, FL 77065

maikol gutierrez
12101 Steeple Way Boulevard
Jersey Village, TX 77065

Makarand Chitnis
Frisco, TX,75035
Frisco, TX 75035

Makgatho Mokoditoa
1A aalywn street Florapark
Tzaneen, LP 00850

Maksat Isamatov
2935 Rutland Cir
unit 104
Naperville, IL 60564

Malachi VerWys
307 Aurora St
Grand Rapids, MI 49507

Maleik Gibson Nelson
15 Zinzendorf pl
Palm Coast, FL 32164

Malik Macon
939 homewood Ave
Mishawaka, IN 46544

Malur Waheed
6635 Leytonstone Blvd
West Bloomfield, MI 48322

Maman Bachir Maman Idi
18720 dunkirk dr
queens, NY 11412

MAN HUA CHOU
409 Linda Ave
Piedmont, CA 94611

Manasa Marupudi
1530 winshire cv
Alpharetta, GA 30004

Manasa Ranjitha Alla
2251 Jenna Ln
Prosper, TX 75078

manasseh owusu
1101 shelmire ave
philadelphia, PA 19111

Manh Linh Tran
239 nguyen ngoc vu
Ha noi 00010

Manh Pham
612 De La Thanh
Ha Noi 10000

Manh Tran
4905 iris ave
Apt 616
Fort wayne, IN 48625

Manish Barbhaya
1138 Buckingham Dr, Carol Stream IL 6018
Carol Stream, IL 60188

manish kachchhara
3213 stoneburg ct apt f
greensboro, FL 27409

manish kachchhara
3213 stoneburg ct apt f
greensboro, NC 27409

Manish Varma
1110 Fragile Sail Ct
Katy, TX 77494

Manivannan Krishnan
1302 Parkaire Xing
Marietta, GA 30068

Manju Shahu
3904 Ledyard St
West Lafayette, IN 47906

Manjunatha Palavallli Venkatanna
16932 Rayen St
Northridge, CA 91343

Manmadha Rao Rangala
616 Fiesta Circle
Irving, TX 75063

MANOJKUMAR MARATHE
1715 SANDERSTED RD
WINSTON-SALEM, NC 27103

MANPREET SINGH
2500 Knights rd
Apt 46-3
Bensalem, PA 19020

Mansha Thapa
1169 Stillwater Pond Dr
Conroe, TX 77304

Mansoor Nassiri
39430 Civic Center Dr
213
Fremont, CA 94538

Manu Sha
123 Fake St
winter garden, FL 34787

Manuel Alba
615 NE 115th St
Biscayne Park, FL 33161

Manuel Aquino
29 Town Farm Road
Westminster, MA 01473

Manuel Cisneros
308 main street
Cape May Court House, NJ 08210

Manuel Ortiz-Urvina
2330 carnation ct
Port orchard, WA 98366

Manuel Paredes
5757 south staples
Apt 518 building 5
Corpus Christi, TX 78415

Manuel Salas Rodriguez
22734 Castleton Creek Ct
Katy, TX 77450

Manuel Vaca
500 West Columbus Street
107
Bakersfield, CA 93301

MANUEL VEGA
18918 RARE OAK TRACE
HOUSTON, TX 77084

Manvir Kailey
2308 N Old hicks RD
1
palatine, IL 60074

Mara Cespedes Hernandez
5310 ivanhoe
Detroit, MI 48204

Marah-divina Pagdanganan
5625 grandmother hat st
north las vegas, NV 89081

Marc Aana
50 Carmel Ct
Roseburg, OR 97471

Marc Call
7713 N Butterfield Rd
Eagle Mountain, UT 84005

marc clerveaux
3318 atherton ridge lane
Houston, TX 77047

Marc edouard Saint hubert
749 scotland rd
Apt 2a
Orange, NJ 07050

Marc edouard Saint hubert
749 scotland rd
Unit2a
Orange, NJ 07050

Marc Francois
3460 NW 5th Place
Fort Lauderdale, FL 33311

Marc McClain
224 Candlewood Pl, SAINT MARYS, OH, 4588
Saint Marys, OH 45885

Marc Sievers
801 morse ave
Sacramento, CA 95864-4921

Marc Ward
10204 W Mission Ln
SUN CITY, AZ 85351

Marc-arthur Laguerre
524 Alabama ave
Apt J
Salisbury, MD 21801

marcel van der walt
11 penny lane
stellenbosch, WC 07600

marcela vaca
21318 berry vine st
tomball, TX 77375

Marceline DESIR
18 N 13th St
Harrisburg, PA 17103

Marcia Caballero
496 Grayson Ln
Lake Dallas, TX 75065

Marcia Layne
2219 Two Trail Dr
Spring, TX 77373

Marcio Pinheiro
1709 Whitehall Dr. Apt 201
Davie, FL 33324

Marckenson Adonis
125 Pond St
Billerica, MA 01821

Marco de Vos
1010 Periwinkle Ct
Celebration, FL 34747

Marco Magana
727 Spruce St
Aurora, IL 60506

marco portillo
104 LAC BARRE CT
LULING, LA 70070

Marcos Cortez
4833 County Road 101
Robstown, TX 78380

Marcum Davis
9399 Wade Blvd
Apt 12308
Frisco, FL 75035

Marcus Blalock
2193 Lafayette Rd
Rocky Face, GA 30740

Marcus Breckenridge
19520 One Norman Boulevard APT O
Cornelius, NC 28031

Marcus Howard
1516 S Wabash Ave, Apt 705
Chicago, IL 60605

Marcus Laflergrey
47 W 18th st, New York, NY 10011
New york, CA 10001

Marcus Michel
8816 South Ridgeland Ave
Chicago, IL 60617

Marcus Miller
807 Gobin Dr
Carlisle, PA 17013

Marcus Olson
421 Lynn rd
taylors, SC 29687

Marcus Velazquez
6134 N 112 St
Milwaukee, WI 53225

Marcus Wintermute
1012 Nw 71st Ct
Kansas City, MO 64118

Marcus Zinnerman
6483 Aspen Ln
Hueytown, AL 35023

Marek Waltos
2636 N New England Ave
Chicago, IL 60707

Maretta Shaw
100 Riverdale Woods Circle
Ofallon, MO 63366

Margaret Tran
2401 Whittier Dr. #D
Frederick, MD 21702

Margil Ranpariya
145 lebrun cir
buffalo, NY 14226

Margo Farranto
205 Wellington Road
Syracuse, NY 13214

maria artigas
23144 Post Gardens Way
apt 505
Boca Raton, FL 33433

Maria Chamale
14161 Raven Street
Los Angeles, CA 91342

Maria France
4956 MOntair avenue
Lakewood, CA 90712

Maria Gonzales
18902 Watson Ave
Cerritos, CA 90703

Maria Luong
24463 Charles Dr
Brownstown, MI 48183

MARIA TORUNO
2503 Kansas Ave.
Kenner, LA 70062

Marian Kavaldzhiev
14930 88th St Apt 1j
Howard Beach, NY 11414

Marie Chery
8116 kilpatrick Ave
unit 1
skokie, IL 60076

Marie Desire
1109 Culloden Ct
Abingdon, MD 21009

Marie Simmons
13309 Eddinburgh Ln
5
Laurel, MD 20708

MARIE UDOLISA
5300 Berkeley Knoll Circle
apt 208
richmond, TX 77407

Marie-Carmel Joseph
529 East 22nd Street,
APT 5E
Brooklyn,, NY 11226

Marieange Cayo
129 Amherst Avenue
Waltham, MA 02451

Marietou Yao
1251 WILCREST DR
Apt 39
Houston, TX 77042

Mariia Davydova
3611 S Sterling Ave
Tampa, FL 33629

Marika Henley
6515 Darlington Ct Cumming, GA 3004
Cumming, GA 30040

Marilou Adina
10408 trailing dalea ave
Las vegas, NV 89135

Marilyn Tran
7241 Sunbreeze Dr
Huntington Beach, CA 92647

Marina Vershkov
3680 Begonia Way
Alpharetta, FL 30004

Mario Chan
17035 Glenfold Drive
Hacienda Heights, CA 91745

Mario Del Frate
29518 Ryder Cup Lane
Tehachapi, CA 93561

Mario Escamilla
747 Echo Valley Road
Prunedale, CA 93907

Mario Garcia
2207 Glen Helen Cir.
Carrollton, TX 75007

Mario Ibarra
10545 Acacia Lane
Santa Fe Springs, CA 90670

Mario Jensen
4210 E 100th Ave
Lot 624
Thornton, CO 80229

mario Juarez
201 Northwood dr
bb3
atlanta, GA 30342

Mario Lopez
2800 Peninsula Rd
214
Oxnard, CA 93035

mario martinez
15622 Pine Avenue
Fontana, CA 92335

mario martinez
1631 Virginia Ave
Everett, WA 98201

Mario Ortiz
8421 Londonderry Lane
Dallas, TX 75228

mario rivas
1129 s willowbrook ave
compton, CA 90220

Mario Sarino
10104 Yellow Canary Ave
Las Vegas, NV 89117

mario surien
70 Byron ave
brockton, MA 02301

Mario Tran
713 York View Dr.
Auburn, GA 30011

Mario Wongshue
105 E 16TH ST
3K
BROOKLYN, NY 11226

Marissa Roberts
3112 Woonsocket St
Springfield, OH 45503

Maritza Santana
1969 Downs ct
Lake Mary, FL 32746

Mark  Junior
4423 nw cir
orlando, FL 33123

Mark Anthony Lopez
20494 sw premier ct
Aloha, OR 97003

Mark Avery
452 Penguin Dr
Satellite Beach, FL 32937

Mark Barajas
23824 Twin Pines Ln
Diamond Bar, CA 91765

Mark Barajas
23824 Twin Pines Lane
Diamond Bar, CA 91765

Mark Biedler
2120 Jones Road
Winchester, VA 22602

Mark Carganilla
3798 Steve Lillie Circle
Stockton, CA 95206

Mark Ciolino
48 Schill Ave
Kenner, LA 70065

Mark Dawn
1231 forest hill dr
Harriman, TN 37748

mark dawson
603 ne 72nd ter
gladstone, MO 64118

Mark Dean
3953 Summerstone Dr
Columbus, OH 43230

Mark Ellis
13503 Navigate Point Ln
Houston, TX 77044

Mark Etheridge
10001 Winter Sun Ln
Knoxville, TN 37922

Mark Galbo
2252 McNary Way
Woodland, CA 95776

Mark Hellickson
651 Dell St
Solana Beach, CA 92075

Mark Horner
N/A
Oakland, FL 34787

Mark Jones
1608 oviedo grove cir
#17
Oviedo, FL 32765

Mark Jones
2984 Mallard dr.
Lebanon, TN 37090

Mark Keller
213 Tather Dr
Martinsburg, WV 25405

Mark Kennedy
8 Elm Hill Ln
Duxbury, MA 02332

Mark Kitili
737 SW 109th Ave, Miami
Miami, FL 33174

Mark Kolpek
3419 N. 60th St
Omaha, NE 68104-3403

Mark Lagrisola
3250 Barnett Ave
APT 2218
SAN DIEGO, CA 92110

Mark Lavin
39 Haywood St
B
Greenfield, MA 01301

Mark Lum
676 Johanna Ave Apt 1, Sunnyvale, CA 940
Sunnyvale, CA 94085

Mark Medina
335 sutter ave
Apt12F
Brooklyn, NY 11212

MARK MITCHELL
8120 SW 22ND STREET
APT B301
NORTH LAUDERDALE, FL 33068

mark morales
11357 begonia rd
Adelanto, CA 92301

Mark Moskowitz
1000 The American Road
Apt 404
Morris Plains, NJ 07950

Mark Nagle
3557 Traemore Drive
Valparaiso, IN 46385

Mark Nelson
5346 PINE WOOD HILLS CT
SPRING, TX 77386

Mark Ross
2427 Emerson Ln
Naperville, IL 60540

Mark Rummel
8301 NW 160 th street
Edmond, OK 73013

Mark Simpson
12616 McFeron Road
POWAY, CA 92064-3634

Mark Smith
11923 236th St
Cambria Heights, NY 11411

Mark Sullivan
12 Wainwright Street
Washington, MO 63090

Mark Thomas
1206 Wellington dr
Clearwater, FL 33764

Mark Tsaruk
1658 Cherry Blossom Ter
Lake Mary, FL 32746

Mark Waters
8537 E INDIGO ST
MESA, AZ 85207

Marlo Rey Diamante
5812 Queens Blvd
Apt 6O
Woodside, NY 11377-7776

Marlon Del Rosario
1055 w 187th place
gardena, CA 90248

Marlon Fernando
3334 Mary St.
Glendale, CA 91214

Marlon Gokim
5212 Toulouse Dr
La Palma, CA 90623

Marlon Myers
14119 Austin Hollow Ct
Houston, TX 77044

Marlon Ramos
33 Montauk Ave
Brentwood, NY 11717

Marlon Robinson
5 Rosehill Oavl
APT405
Spring Valley, NY 10977

Marlon Ten Fah
154 wimbledon lake dr
Plantation, FL 33324

Marnisha Andre
13330 nw 1st ave
Miami, FL 33168

Marquez Johnson
5025 Wembley Central Lane
Apt. 5114
Charlotte, NC 28213

Marquis Howard
709 Melrose ave
Chula Vista, CA 91910

marquise williams
4028 Eric Drive
Heartland, TX 75126

Marquita Brewster
1219 Windmill Dr.
`
Meridian, MS 39305

Marquita Richardson
9310 Silver Charm Dr
Randallstown, MD 21133

Martha Njeri
1025 Preston Rd, Apt 4009
4009
Plano, TX 75093

Martha Zulay Sayago
2061 NW 81st ave
PEMBROKE PINES, FL 33024

Martin Adel
3130 Belmont Way
Celina, TX 75009

Martin Lewandowski
1503 w Elm
Holiday Hills, IL 60051

Martin Morales
3220 Grayhouse Ln
Stockton, CA 95206

Martin Pena
613 vista sunrise ln
Blythe, CA 92225

Martin Suarez
15 Hope Drive
Millstone, NJ 08510

Martin Williamson
1216 FIRED BRICK DR
LEBANON, IL 62254

Martin Won
192 Westervelt Pl
Lodi, NJ 07644

Martin Yordanov
156 SCULLY DR
Schaumburg, IL 60193

Marvin Clark
115 wildwood
Rockport, TX 78382

Marvin Lotsah
3784 university Drive NW
928
Huntsville, AL 35816

Marvin Medina
99 157 Mikalemi St, Aiea, HI 96701 US
Aiea, HI 96701

Marvin Oraha
980 Crabtree Lane
Des Plaines, IL 60016

Marvin Santos
743 Brentwood pl
743 brentwood pl
Redlands, CA 92373

Marvin Schoen
8503 144th Ave. E
puyallup, WA 98372

Mary Dillard
410 Arlington Meadows Drive
Fisherville, KY 40023

MARY HAYES
23710 RIMINI COURT
RICHMOND, TX 77406

Mary Muchungi
609 Brook Dr
Anna, TX 75409

Mary Solberg
12 Yorkshire Woods
Oak Brook, IL 60523

Masato Nicol
2 River Oak Road
Barrington, RI 02806

Masayoshi Konno
11505 Pace Bend Ct
Gibsonton, FL 33534

Masked People
364 Michigan
Schenectady, NY 12305

mason champness
1579 orchard rd
gardnerville, NV 89410

mason kloeber
7145 reading rd
1409
Rosenberg, TX 77471

MASON MATTHEWS
61563 Newberry Dr.
Bend, OR, OR 97702

Mason Medeiros
1301 Tonopah St
Apt 314
Reno, NV 89509

Mason Small
796 Clearview Avenue, Unit 2
Pittsburgh, PA 15205

Mateo Serna
12827 Madera Canyon Ln
Tomball, TX 77377

Mathew Belote
20816 Yale st.
Saint Clair Shores, MI 48081

mathews ninan
9105 W Flamingo Rd
Apt 2075
las vegas, NV 89147

MATIWOS KAFEL
12039 VEIRS MILL RD
APT301
SILVER SPRING, MD 20906

Matt Broadway
3125 Drumcliff Drive
1415
Matthews, NC 28105

Matt bruhn
7075 currie farm drive
haymarket, VA 20169

Matt Chappell
1247 E 1750 N
Payson, UT 84651

Matt Dutton
4103 angling lane
spring, TX 77386

Matt Hughes
3122 Mahan Dr
Ste 801-260
TALLAHASSEE, FL 32308

Matt LePiane
2453 Oregon City Blvd.
West Linn, OR 97068

Matt Maciejowski
4200 NW 73RD WAY
CORAL SPRINGS, FL 33065

matt tidwell
876 Lee Dr
Bedford, TX 76022

Matt Williams
1511 Durham Dr
Washington, IL 61571

Matteo Agostine
40 Sedgwick Dr
Englewood, CO 80113

Matthew Abelson
117 Benvenue Street
Wellesley, MA 02482

Matthew Armstrong
143-45 230th St
Laurelton, NY 11413

MATTHEW BEJARANO
1703 GOLDEN RIDGE DR
PLAINFIELD, IL 60586

Matthew Bickerstaff
868 S MARY AVE
Sunnyvale, CA 94087

Matthew Bobjak
18714 Condrey Ct
Tomball, TX 77377

Matthew Bochnewich
75 Central Ave
New Hyde Park, NY 11040

MATTHEW BOLDEN
404 E 73st
3
new york, NY 10021

Matthew Boswell
54 Riverferry Way
Rochester, NY 14608

Matthew Carroll
3646 Good Luck Rd
Aynor, SC 29511

Matthew Cole
9420 GOLDSMITH LN
MINT HILL, NC 28227

Matthew Cooley
5865 WIND CAVE LN
JACKSONVILLE, FL 32258-5187

Matthew Cruz
6218 Sea Amber Lane, Apollo Beach, FL 33
Apollo Beach, FL 33572

Matthew Curtin
6055 South Hawks Hollow Court
Tucson, AZ 85747

Matthew Dicola
5 Skipjack Ln.
Savannah, GA 31411

Matthew Fontana
13704 SWEETWATER COVE PL
TAMPA, FL 33613

Matthew Geisler
124 N Ardsley Lane
Rocky Point, NC 28457

Matthew Gonzalez
14597 Palm St
Adelanto, CA 92301

Matthew Gray
2301 Baily Ray Avenue
Imperial, CA 92251

Matthew Hanson
4622 COLONY RD
P
CHARLOTTE, NC 28226

Matthew Hardy
166 Spyglass Lane
Anderson, SC 29625

Matthew Harrell
7612 LIMEBURY CT
TAMPA, FL 33625

Matthew Hays
117 Sycamore Rd
Collierville, TN 38017

Matthew Huss
13833 Dominica Dr
Seminole, FL 33776

Matthew Kelly
27614 Linden Ridge Ln
Fulshear, TX 77441

Matthew Knapp
624 Paraiso Ave
Spring Valley, CA 91977

Matthew Knapp
2412 Red Arrow Trail
Fitchburg, WI 53711

Matthew LaRocco
845 Luther Rd
East Greenbush, NY 12061

Matthew Legare
117 MERLOT ST
MILLERSVILLE, MD 21108

Matthew Lenz
6816 Cassini Ave
Las Cruces, NM 88012

Matthew Ludka
9180 Spanish Moss Way
Unit 922
Bonita Springs, FL 34135

Matthew Lyon
3520 Golden Bell Ct
Heath, TX 75126

Matthew Martinez
15228 Anaconda St
Whittier, CA 90603

Matthew Meuschke
37363 N Gary Rd.
Apt. 2044
Queen creek, AZ 85142

Matthew Mewborn
415 Charlie Ormond Rd
Snow Hill, NC 28580

Matthew Mihlon
200 E Washington Avew
Fairfield, IA 52556

Matthew Moniz
6 Claire Avenue
Mansfield, MA 02048

Matthew Moreno
4755 Peninsula Point Dr
Unit A
Seaside, CA 93955

Matthew Munson
5545 Savoy Drive
Lake In The Hills, IL 60156

Matthew Oakey
1100 Solitude Trail
Unit 1114
Reno, NV 89523

Matthew Pearce
25819 Anderby Lane
Chantilly, VA 20152

Matthew Radacz
12380 Benton Harbor dr s
Jacksonville, FL 32225

Matthew Reyes
1612 43rd Avenue
Unit 2
Stone Park, IL 60165

Matthew Robertson
222 village walk
Exton, PA 19341

Matthew Robinson
126 N Chandler Ave
Monterey Park, California 91754-0000

Matthew Romaniello
133 Bart Road
Monroe, CT 06468

Matthew Scharte
705 Remington St
202
Fort Collins, CO 80524

Matthew Schneider
96 White Oak Dr
Colbert, GA 30628

Matthew Shockey
809 Hormeyer Street
Clinton, MO 64735

Matthew Simpson
2411 89th St
Lubbock, TX 79423

Matthew Socaciu
4141 W Newland Dr
West Bloomfield, MI 48323

Matthew Sunstedt
1647 Oakhorne Dr
Harbor City, CA 90710

Matthew Thomas
14098 cahaba road
Jacksonville, FL 32224

Matthew Thornsbury
6962 Zerkle Rd
Springfield, OH 45502

Matthew Torres
25216 168th pl se
Covington, WA 98042

Matthew Trillo
409 N Yale Dr
Garland, TX 75042

matthew wardlow
4377 scarlet loop
wesley chapel, FL 33544

Matthew Warner
4114 Hickox Rd
Rowlett, TX 75089

Matthew Weeks
214 Monarch Trail
Broomfield, CO 80020

Matthew Werts
1921 Stoney Chase Dr
Lawrenceville, GA 30044

Matvey Knysh
827 NW 10th AVE
Camas, WA 98607

Maureen Croyle
222 S Palmway
Lake Worth, FL 33460

Maurice Gates
16592 Washougal River Road
Washougal, WA 98671

Maurice Grant
6802 Irene ct
Bowie, MD 20720

Maurice Mack
30 corte Pino
Santa Rosa Beach, FL 32459

Maurice Scott
100 Ashcroft Drive
Jacksonville, NC 28546

Mauricio Goulart Dias
26 Bent Ave
Port Chester, NY 10573

Mauricio Navarro
14682 Purdy street
Midway City, CA 92655

Mauriese Davis
805 Plentywood Ct
Raleigh, NC 27615

Max McClure
3822 running ranch
San antonio, TX 78261

Max Shaffer
4117 caerleon cir
Bentonville, AR 72713

Max Shut
4200 Brooke Ct Unit 806
San Diego, CA 92122

MAX W LITUS
5342 FALLING WATER DR
ORLANDO, FL 32818

Maximilian Oehlschlager
8812 White Rock Lane
Argyle, TX 76226

Maxwell Staran
5430 N 180th Ave
Elkhorn, NE 68022

maykel negron
2310 w 53 st
2310
hialeah, FL 33016

Mazharkhan Pathan
6280 Diamondback Dr
Salisbury, MD 21801

Maziar Shafiei
3062 Serenity Ln
Naperville, IL 60564

MC LEVY SAINT ELOI
4521 SAN FELIPE ST
HOUSTON, TX 77027

McKahl Hansen
13369 S Trestle Ln
Riverton, UT 84065

Mckinley Peavyhouse
2543 Northrup Falls Rd
Jamestown, TN 38556

Md Akhtar Hossain
21 Moore Rd
Westford, FL 01886

MD AMRAN SIDDIQUI
765 MONTAGUE EXPY APT 469
MILPITAS, CA 95035

Md Ferdous
8914 34TH AVE APT 4F
4F
Jackson heights, NY 11372

Md Islam
387 ocean parkway
Apt 3G
Brooklyn, NY 11218

Md Islam Rahi
9916 191st St
Queens, NY 11423

Mederbek Sagyn uulu
493 canterbury tr
roselle, IL 60172

Meetkumar Patel
260 Ballantyne Common Cir
Apt 104
Hendersonville, NC 28792

Megan Damron
-
-
-, - -

Megan Dieu
14923 Honeymoon Bridge Lane
Sugar Land, TX 77498

Megan Haney
8712 Yellow Aster Road
Knoxville, TN 37931

Mehmet Yesilbas
11 Birch Hill Road
Agawam, MA 01001

Mehul Mehta
756 Hazel way
Denver, NC 28037

Mehul Patel
42206 Winning Glory Drive
Aldie, VA 20105

Mei Ling Ho
710 Summerwind Way
Suwanee, GA 30024

Mekhroj Turaev
11866 atlin dr
Orlando, FL 32837

Melissa Stevens
2501 Bent Oak Pl
Adrian, MI 49221

Melissa Younglove
2436 S. Luster Ave.
Springfield, MO 65804

melkis nunez
14445 alistar manor dr
wimauma, FL 33598

Melody Holmes
824 Cella Street
Memphis, TN 38114

Melvin Perdomo
1 Lindner Ct
Lawrence, MA 01841

Melvin Severino
337 TYNGSBORO RD APT 23
DRACUT, MA 01826

MELVIN SILVERIO
18 WARREN AVE
LINCOLN, RI 02865-3519

Melvin Vongvay
3611 Butternut Drive
158
Holland, Michigan 49424-0000

Mency Nazarian
243 N Isabel St
Apt 8
Glendale, CA 91206

Menelik Rowe
2713 W. Chase
Chicago, IL 60645

Meng Moua
6634 Ramshorn Drive
Deforest, WI 53532

Mercedes Martinez
134 W 44th St
Hialeah, FL 33012

Mercy Mujabi
1902 Palo Duro Dr
Odessa, TX 79762

Merhawi Asfha
2485 S decatur st
Denver, CO 80219

Mervyn Cabio
19238 Seabiscuit Stable Trl
Tomball, TX 77377

Messiah L
5207 burr pl
Seffner, FL 33584

Metilet Jean Jacques
912 South 16th Street
Haines City, FL 33844

Mi Do
701 Center Ridge Dr
APT 913
Austin, TX 78753

Mia Le
45804 Klamath court
House
temecula, CA 92592-2891

Micah Jackson
2097 E Washington St STE 1-E
Colton, CA 92324

Micah Lee
29 Charles Pl
Old Tappan, NJ 07675

Micah Morrison
2020 Callaway Park Pl
Thompsons Station, TN 37179

Micah Nowack
1088 Boller RD
Potlatch, ID 83855

Michael A Palmer
3685 santa marcella ave
US
las cruces, NM 88012

Michael A. Russo
623 Vanderbilt St
Brooklyn, NY 11218

MICHAEL ABAD
114 Meadow Run Cir
COPPELL, TX 75019

Michael Abalos
109 Mountainview Road
Mount laurel, NJ 08054

Michael Aponte
5018 Moss Mill Rd
Egg Harbor City, NJ 08215

Michael Baladad
12301 Covello St.
North Hollywood, CA 91605

Michael Baquiran
1436 Canvas Drive
6
Chula Vista, CA 91913

Michael Bartolo
101 burchwood dr
macon, GA 31220

Michael Bean
11812 Scarecrow Ln
Orlando, FL 32821

Michael Beckwith
15092 Uplander St NW
Andover, MN 55304

Michael Belt
234 Brandon Road
Baltimore, MD, MD 21212

Michael Belza
7246 Laramie avenue
Las Vegas, NV 89113

Michael Belza
1130 university rd
315 c
las vegas, NV 89119

Michael Bertram
8218 Mason rd
Sandusky, OH 44870

Michael Bodin-Lenoir
15118 Cimarron Ave
Rosemount, MN 55068

Michael Boles
4110 Halibut Point Road
P.O. Box 2194
Sitka, AK 99835

Michael Boschen
98 Paulding Lane
Crompond, NY 10517

Michael Burton
160 whitehead Dr
Covington, GA 30016

Michael Call
70 Caballero Ct.
Ormond Beach, FL 32174

Michael Chen
10324 Wateridge Cir
283
San Diego, CA 92121

Michael Chow
616 20th Street
220
San Francisco, CA 94107

MICHAEL CLEMENTS
1605 LEE TURNER RD
CLEVELAND, TX 77328

Michael Cohs
6211 Dunewood St
Portage, IN 46368

Michael Cohs
3080 Parkwood Place
Crown Point, IN 46307

michael crooks
200 Biscayne Boulevard
3913
Miami, FL 33131

Michael Dao
13207 NE 92nd Way
Redmond, WA 98052

Michael Farr
2180 Shadowood Pkwy
Atlanta, GA 30339

Michael Foy
6435 Birchview Dr
Saginaw, MI 48609

Michael French
5417 Stonewood Dr
Smyrna, TN 37167

Michael Friedman
1716 Saint Georges Rd
Dresher, PA 19025

Michael Garozzo
21 Rock Cliff PL
White Plains, NY 10603

Michael Goldsmith
809 S 75th St
Broken Arrow, FL 74014

Michael Griffis
7898 James Austin Rd
Willow Spring, NC 27592

Michael Grummer
1951 Dorchester Ave
ALGONQUIN, IL 60102

Michael Haseley
8241 Turret Dr.
Blacklick, OH 43004

Michael Hawkins
223 Crescent NE
Grand Rapids, MI 49503

Michael Heines
4602 E Wind River Dr
Idaho Falls, ID 83401

Michael Heiser
16201 Hesperian Blvd
Apt 145
San Lorenzo, CA 94580

Michael Herndon
2945 Harper Valley Dr
Atlanta, GA 30349

michael hogsett
1807 DORCHESTER DRIVE
NICHOLS HILLS, OK 73120

Michael Hollis
5152 Mustang Rd
Alvin, TX 77511

michael hunt
5504 122nd. st. #B
Lubbock, TX 79424

Michael Huynh
25520 118 TH PL SE
Kent, WA 98030

Michael Jackson
13014 Sherman Way
71
North Hollywood, CA 91605

MICHAEL JACKSON
255 GREEN VIEW RD
MOYOCK, NC 27958

Michael Jackson
11771 MIRA LAGO BLVD APT 1234
1234
Dallas, TX 75234

Michael Johnson
1638 Old England Loop
Sanford, FL 32771

Michael Johnson
108 Telemann Ln
Oak Ridge, TN 37830

Michael Jone
4006 Bryant Ct
Cypress, CA 90630

Michael Jones
7501 Hawkins Creamery Road
Laytonsville, MD 20882

Michael Jones
227 TRI CITY RD
SOMERSWORTH, NH 03878-1326

Michael Kaseman
178 RICHPIEN RD
Fort Walton Beach, FL 32547

Michael Klyce
813 Rebel Dr
Tuscumbia, AL 35674

Michael Koenig
1100 Havenbrook Drive
Tracy, CA 95376

Michael Kolpin
302 Red Wing Court
Versailles, KY 40383

Michael Koshivas
10023 Addison Way
APT 8411
Seminole, FL 33772

Michael Lang
124 Pergola Pl
Ormond Beach, FL 32174

Michael Lee
1138 Loxley Pl.
Walnut, CA 91789

Michael Lewthwaite
28843 Elmwood St
Garden City, MI 48135

Michael Lippe
9 nome drive
Woodbury, NY 11797

Michael Logan
1732 Shenandoah Road
Florence, AL 35630

Michael Lott
8100 U.S. 98
Apt 1304
Pensacola, FL 32506

Michael Lounsbury
4 Roseland Ct
Clifton Park, NY 12065

Michael Maloney
2781 n parkwood ln
Wichita, KS 67220

Michael Mango
1254 hollywood avenue
Bronx, NY 10465

Michael Maraya
5800 Mia Skye St
Las Vegas, NV 89148

Michael Martin
210 Southburn Drive
Hendersonville, TN 37075

Michael Maupin
30390 Madison Ave
Warren, MI 48093

michael mayenschein
35w912 Rock Glen Lane
St. Charles, IL 60175

Michael McCall
4551 Donald Ave
San Diego, CA 92117-3817

Michael McCarville
4025 N SAWYER AVE
Chicago, IL 60618

Michael McDonald
W166N9082 Grand Ave, MENOMONEE FALL
APT 4
MENOMONEE FALLS, WI 53051

Michael McIntyre
1901 Dunhillway
wall, NJ 07719

Michael McKay
35 Beaver Ave
Whiting, NJ 08759

Michael McLean
121 COTTER AVE
Staten Island, NY 10306

Michael Michael Ortiz
2015 Boston Post Rd
Westbrook, CT 06498

Michael Michel
8816 South Ridgeland Avenue, Chicago, IL
Chicago, IL 60617

Michael Migliori
8 Back Bay Court
Reading, MA 01867

MICHAEL MITCHELL
PO BOX 80011
PORTLAND, OR 97280

Michael Moeller
2807 Crest Drive
Carlsbad, CA 92008

Michael Monforte
20803 LAKE TALIA BLVD
Land O Lakes, FL 34638

Michael Moossa
209 Clark St
worcester, MA 01606

Michael Morris
1224 S. Jefferson
Spokane, WA 99204

Michael Murphy
1206 Meadowgate dr
Allen, TX 75002

Michael Nattrass
212 Durant Street
Cookeville, TN 38506

Michael Nave
4615 Cocina Ln
Palmdale, CA 93551

Michael New
2539 TRIANA CIRCLE
HENDERSON, NV 89074

Michael Nijimbere
1702 Jacquelin Street
Richmond, Virginia 23220-0000

Michael Parks
501 Marbella Ln, D312
Sanford, FL 32771

Michael Parmley
113 Robinwood Dr
Whitehouse, TX 75791

Michael Pichon
56 brownstone way
201
englewood, NJ 07631

Michael Ptashuk
2801 N Hayden Pkwy
926
Roseville, CA 95747

Michael Reid
8175 Summerset Dr
8187M
Colorado Springs, CO 80920

Michael Richard
35885 Homer Graham Rd
Walker, LA 70785

Michael Richardson
31002 harvest meadow ln
spring, TX 77386

Michael Rivera
13975 E Hay Bale Trail
Vail, AZ 85641

Michael Roberto
1963 Catalina Dr.
Santa Cruz, CA 95062

Michael Rodriguez
2629 Tamera ct
Apopka, FL 32712

Michael Romanowski
7 Cove Ct
Glenwood, NJ 07418

Michael Romero
3145 castle dr
Sulphur, LA 70665

Michael Rybarski
33 Aspinwall Ave
5
Brookline, MA 02446

Michael Saldana
2611 Garden Hill Dr
Apt 101
Raleigh, NC 27614

Michael SAM FONG
P.O.Box 2208
KIHEI, HI 96753

Michael Savage
1825 Figures Ave
Columbia, TN 38401

Michael Schlitt
112 Glen Haven Ln
Franklin, TN 37069

Michael Sherer
1604 Miracle Mile
Springfield, OH 45503

Michael Siemer
6701 Gables Way
Johnston, IA 50131

Michael Simms
2355 Thomas Avenue
APT 2009
Dallas, TX 75201

Michael Siow
PO Box 239
Keaau, HI 96749

Michael Smiechowski
1400 Hampden Blvd
Reading, PA 19604

Michael Smith
13106 Hampton Circle
Goshen, KY 40026

Michael Socks
241 Solar Dr
Walkersville, MD 21793

Michael Solberg
1147 Wenonah Ave
Oak Park, IL 60304

Michael Soliven
435 W Center St Promenade
#402
Anaheim, CA 92805

Michael Solomon
6630 Neddy Avenue
West Hills, CA 91307

Michael Stone
54 N Rocky Point Cir
Spring, TX 77389

Michael Sweeney
735 Scenic Drive
Harleysville, PA 19438

Michael Syslo
15390 La Rocca Drive
Morgan Hill, CA 95037

Michael Todd
11600 Winery Road
Wadesville, IN 47638

MIchael Tomlinson
108 White Branch Ct
Fort Mill, SC 29715

Michael Trevino
2244 Trenton St
Saginaw, MI 48602

Michael Tuba
20465 crosslin rd
Earlsboro, OK 74840

Michael Valloe
1111 Chesapeake Dr
Mansfield, TX 76063

Michael Van
7280 Black Oak Dr
Walls, MS 38680

Michael Walton
4631 Ivywood dr sw
Atlanta, GA 30331

Michael Wang
5654 Loma Ave
UNIT B
TEMPLE CITY, CA 91780

Michael Washington
155 canvasback lane
bloomingdale, IL 60108

Michael Wiatrak
154 Ocean Ave
Breezy Point, NY 11697

Michael Wichrowski
58 Avery Dr N
Center Moriches, NY 11934

Michael Williams
14731 Forest Lodge Drive
Houston, TX 77070

Michael Wilson
6914 Pine Ridge Drive
Saint Louis, MO 63121

Michael Wyskiel
8225 Harvey Logan Drive
Colorado Springs, CO 80908

Michael Zhuang
18 Beach St
Quincy, MA 02170

Michael-Kenneth Fox
5719 Lewis Rd
Gastonia, NC 28052
Gastonia, NC 28052

MICHAELA DAVIS
2108 Hamilton St
Franklinton, LA 70438

Michaela Upchurch
5717 Misty Hill Cv
Austin, TX 78759

Micheal Bingham
101 spade leaf blvd
325
Hendersonville, TN 37075

Micheal Minvan
1300 central st#306
Evanston, IL 60201

Micheal Murphy
1305 Diamond Dr
St. Paul, TX 75098

MICHEL GHALY
385 KENNEDY BLVD
Bayonne, NJ 07002

Michelet Senat
107 William street
Long Island/Farmingdale, NY 11735

Michelle Collins
15615 JERICHO DR
ODESSA, FL 33556

Michelle Evans
4037 Phelan Road, STE A 181
PHELAN, CA 92371

Michelle Hay
1073 Stratford Ct
Loveland, OH 45140

MICHELLE QUIJIJE
3066 BRIGHTON 4TH
APT 305
BROOKLYN, NY 11235

Michelle Villanueva
3282 sellman loop
castle rock, CO 80109

Micheno Cirius
6062 wauconda way east
Lake worth, FL 33463

Micky Hom
141-16 85th rd
Briarwood, NY 11435

Midway Divany Louis
134McEntire Ln sw apt E17 Decatur
Decature, AL 35603

Miesha Woodard
1847 Haverford Dr
Allen, FL 75013

Miguel Contreras
3745 West Vermont Ave
Phoenix, AZ 85019

Miguel Ferreira
845 Nordahl Road
Apto A
San Marcos, CA 92069

Miguel Flores
5128 70th St
woodside, NY 11377

Miguel Gonzalez
6611 Sunview Dr
CHARLOTTE, NC 28210

Miguel Jaramillo
42 Harris St
Pawtucket, RI 02861

Miguel Manzo
5050 Laguna blvd
112
Elk grove, CA 95758

miguel melendez
7611 Linda place
philadelphia, PA 19111

Miguel Nogueras
3234 W. Haddon Ave
Chicago, IL 60651

Miguel Osorio
19 East russell street
Clifton, NJ 07011

Miguel Perez
11367 SW 158 PL
MIAMI, FL 33196

MIGUEL TOIMIL
212 GINGER LN
TORRINGTON, CT 06790

Miguel Villalobos
12093 W Overland Rd
Apt 103
Boise, ID 83709

Mihai Abadi
18250 n cave creek rd
Phoenix, AZ 85032

Mihai Nistoroiu
1287 Big Bend Crossing Dr.
Valley Park, MO 63088

mihir patoliya
213 Deacon shuttack Way
Westborough, MA 01581

Mihir Trivedi
16503 Avaranche Way
ROUND ROCK, TX 78681

Mik Webber
8642 Bluebird Ct
WEST CHESTER, OH 45069

Mikael Tan
3916 N POTSDAM AVE
APT 1794
Sioux Falls, SD 57104

Mikail Zahir
10917 Snow Rd
Parma Heights, OH 44130

Mike Antoine
827 N Brannick Ave
Los Angeles, CA 90063

Mike Corona
706 Lafayette ave
Buffalo, NY 14222

Mike Georgopoulos
17142 W Diana Ave
Waddell, FL 85355

Mike Johnson
3640Helms rd.
Lancaster, SC 29720

mike khodabakhshi
8508 Jumilla Avenue
None
Winnetka, CA 91306

Mike Louissaint
3131 Creek Dr SE
2A
Kentwood, MI 49512

Mike Malaca
373 Bartlett Lane
Vacaville, CA 95687

Mike Nam
209 Garden View Way
Rockville, MD 20850

Mike Perdue
11263 N Pennsylvania Ave
Kansas City, MO 64155

Mike Turner
2626 Octavia St
4
oakland, CA 94619

Mike Urann
559 n Harris st
spokane, WA 99205

Mikhail Mashkevich
2637 east 22nd st
Brooklyn, NY 11235

Mikoto Wollner
6918 NE Hancock ST
PORTLAND, OR 97213

Miles Dyer
4350 Earlyview Ct
Colorado Springs, CO 80916

Miles Hood
1167 Linden Cir
Beecher, IL 60401

Miles Louie
7554 192nd street
Fresh Meadows, NY 11366

Miley Singleton
1462 N Battin
Wichita, KS 67208

Millenia Kitikul
11474 Euclid Avenue
APT 232
Cleveland, OH 44106

Miller Clingaman
121 Rustic Pines Dr
Lufkin, TX 75904

Milton Creighton
1423 Plantation Ln
Tuscaloosa, AL 35405

Milton Ocampo
1655 Urbana Ln.
Oxnard, CA 93030

Min Jun Park
938 Hawkins Creek Dr
Jefferson, GA 30549

MIN LIU
1130 WILLOW RDG
ATHENS, GA 30606

Mina Nabi
2961 rising eagle CT
WOODBRIDGE, VA 22191

Mindaugas Malisauskas
425 Utah Ave S
Golden Valley, MN 55426

Mindaugas Smatauskas
2533 Braddock Drive
Naperville, IL 60565

Mindy Tran
2710 Apollo Drive
San Jose, CA 95121

Mindy Tran
8053 Monaco St., n/a
STANTON, CA 90680

Ming Yuan
32 Morrell St
West Roxbury, MA 02132

Mingyue Gu
4142 24th st
Long Island City, NY 11101

Minh Huy Huynh
828 SW 125th ST
Seattle, WA 98146

Minh Le
11931 Eagle Island Ln
Houston, TX 77034

MINH NGUYEN
8011 Expectation Dr
San Antonio, TX 78254

Minh Nhat Phan
8158 Pond brook way
Elk Grove, CA 95758-8036

MINH TRAN
13790 ONIEDA DR UNIT 105-B1
DELRAY BEACH, FL 33446

Minh Tran
311 Ashmont Street
Boston, MA 02124

Minh Tri Nguyen
P23B B12 Kim Lien, Dong Da
Hanoi, na 10000

Minh Tri Vo
66/74D Lanh Binh Thang
Ward 13 District 11
Ho Chi Minh city 00070

Minh Truong
5444 Maisel way
San Diego, CA 92115

minh van oyama
8024 Paseo Aliso
Carlsbad, CA, CA 92009

MINHCHAU LE
12680 BRIAGLEN LOOP
UNIT B
STANTON, CA 90680

MinhTam Pham
2759 Autumn Breeze
Grand Prairie, TX 75052

Mintian Du
2830 Cane Field Drive
Sugar Land, TX 77479

Mir Hassaan Talpur
734 INTERNATIONAL BLVD
HOUSTON, TX 77024

MIRAN SHIN
954 South Kenmore Avenue
APT 4
Los Angeles, CA 90006

Miriam Padron
9820 Sheridan St
204
Pembroke Pines, FL 33024

Mirnoff Dorlens Belfort
17820 Murdock Circle
Apt 103
Port Charlotte, FL 33948

misael gutierrez
21 DOUGLAS GROVE RD
henderson, NV 89052

Misty Stacy
455 nighway branch
Delbarton, WV 25670

Mitch Litam
4503 Azalea Ln
North Olmsted, OH 44070

mitcheal gardnee
shan
zdjdd
newyork, DE 73733

Mitchell Cokewell
2778 Saint Andrews Boulevard
Tarpon Springs, FL 34688

Mitchell Lavnick
87 Columbia Heights
Apt. 35
Brooklyn, NY 11201

Mitchell Moeller
10 Encinal
Foothill Ranch, CA 92610

Mitchell Monos
4932 Bullis Farm Road
Apt 315
Eau Claire, WI 54701

Mitchell Sanchez
9561 Fontainebleau Boulevard
308
Miami, FL 33172

Mitchell Yang
11746 Bergamo Ct
Las Vegas, NV 89183

mitil patel
91-10 214th Street
queens village, NY 11428

Moataz Kamel
170 Rainbow Dr
#7094
Livingston, TX 77399

Moe Alramadan
3446 westgate dr
Greenville, NC 27834

Mohahmmad yaseen Wardag
6711 hornwood Dr
Houston, TX 77074

Mohamed Achraf MAGOUH
1817 Allanwood Rd
louisville, KY 40214

Mohamed Ahmad
2559 Cottonwood dr
Troy, MI 48083

Mohamed Barrack
2500 knights rd
6606
Bensalem, PA 19020

Mohamed Eissa
3310 Boniface Pkwy
Apt #24
Anchorage, AK 99504

Mohamed Himed
230 foerst glen dr
Oxford, MS 38655

Mohamed Jerbi
415 N 1St Street
Apt 413
Minneapolis, MN 55401

Mohammad Faraj
26 Walford Way
Boston, MA 02129

Mohammad Ghulam Nabizada
8560 niles center rd
Skokie, IL 60077

Mohammad Mahmoud
2401 Canary Grass Ln
Prosper, TX 75078

Mohammad Said
801 Kenwood Rd
Drexel Hill, PA 19026

Mohammad Shahnawaz
10951 Stone Canyon Rd
Apt 190
Dallas, TX 75230

Mohammad Turaab
27 Holland Ave
Colonie, NY 12205

Mohammed Al-Tamimi
42244 Trotwood Ct
Canton, MI 48187

Mohammed Hyder
139 Waldron Ave
Staten Island, NY 10301

Mohammed Miahjee
26 Speedwell St.
Dorchester, MA 02122

Mohammed Uddin
1571 Live Oak Dr
West Palm Beach, FL 33415

mohammed zahed
184 North Rose Blossom Lane
Anaheim, CA 92807

MOHANAPRIYA LOGANATHAN
2254 MERION POND
WOODSTOCK, MD 21163

Mohanned Ibrahim
2877 Fall Oaks Place
Herndon, VA 20171

Mohit Gupta
687 Mt Carmel Dr
Claremont, CA 91711

Mohmadali Momin
20 Pinnacle Shores
Newnan, GA 30265

Mohmadbilal Sabusa
26 S. Arbor Shrs
Newnan, GA 30265

Mohmedkamil Momin
1603 Ringold Street
Guntersville, AL 35976

Moises Abouganem
4275 NW ST CNL
Miami, FL 33126-1432

Moises Rodriguez
11625 Ottawa Ave
Orlando, FL 32837

Moises Sun Labial
1341 Fig Ct
National City, CA 91950

Mok Kim
321 Tall Oak
Irvine, CA 92603

Momin Khalid
715 Duncan Pl
Leesburg, VA 20175

Monica Graham
24226 Bower St, Corona, CA 92883 US
Corona, CA 92883

Monica Nelson
4014 9th St NE, Unit 2
Washington, DC 20017

Monique Mai
29802 Macintosh Ln
New Hudson, MI 48165

Monirak Ngy
321 2ND ST
Geneva, FL 32732

MONIS ASLAM
4288 LAKE SHORE DR
WACO, TX 76710

Monise Gonzalez
13829 earpod dr
Orlando, FL 32828

Monroe Yohey
1775 US HIGHWAY 1 S #1058
St Augustine, FL 32084

Monterrius Battle
1934 Jasmine Dr
Lancaster, FL 75146

Montique Williams
PO BOX 200
Brandon, FL 33509

Morgan Cox
3222 Oakdale Rd
Hapeville, GA 30354

MORGAN PHAM
15972 Commonthwealth PL
WESTMINSTER, CA 92683

Morgwinn Whitlow
20 Springbok Street
Lime Acres, NC 08410

Morris Nelson
1318-C Belsly Blvd
Suite C
Moorhead, MN 56560

Morris Onyewuchi
2044 HERITAGE PLACE
MORROW, GA 30260

Moses Besonf
40 emory street
Brockton, MA 02301

Mouhammad Bah
115 Lincoln Ave
Collingdale, Pennsylvania 19023-0000

Moulin Lalaji
1121 quail dove dr
Little elm, TX 75068

mounica bathini
65 monica way
monmouth jn, NJ 08852

Moussa Maouche
5960 Shisler ST
FL 2
Philadelphia, PA 19149

Moussa Samassa
120 Menahan St.
Brooklyn, NY 11221

Mozes Hoch
44 garden terrace
Springvalley, NY 10977

MSV LOGISTICS LLC
3504 N Rd 84
PASCO, WA 99301

Mubarak Mahmood
31 McCulloch Dr
Dix Hills, NY 11746

Mubashir Majoka
357 Norran Dr
Rochester, NY 14609

Muhammad Ashraf
6115 Emberwood Falls Dr
Katy, TX 77494

Muhammad Bilal
106 Palermo Street
Central Islip, NY 11722

Muhammad Iqbal
4443 Bishop Road
House 4443
Macon/Georgia, GA 31206

muhammad jawed
1118 coventry LN
bolingbrook, IL 60440

Muhammad Kanteh
1608 East-West Hwy
Apt 345
Silver Spring, MD 20910

Muhammad Khan
12233 3rd Street NE
Blaine, MN 55434

Muhammad Mujeeb
1711 Edgemore ave
Sacramento, CA 95835

Muhammad Qasim
55 juniper st
Farmingdale
New York City, NY 11735

Muhammad Rizvi
2033 Lilyana lane
Plainfield, IL 60586

Mujaahid Mainor
2040 Prout Farm Road
POTTSTOWN, PA 19464

Mukesh Kumar
4970 Canal Dr
Lake Worth, FL 33463

Mumtaza Abdullah
53 Danbury Street SW
Washington, DC 20032

Murad Bappi
10514 scenic hollow dr
Riverview, FL 33578

Murilo Pereira
224 Oxford Hill Ln
Havertown, PA 19083

Murlisa Lindsey
254 Meandering Drive
Lebanon, TN 37090

Murphy NITHIKAN
1206 MEADOWGATE DR
Allen, TX 75002

Mursaleen Shah
167-15 Hillside Avenue
Jamaica, NY 11432

Murugesh Prabhu
4100 Tour Trace
Land O Lakes, FL 34638

Mustafa Al
819 Wooded Heights ln
Magnolia, TX 77354

Mustafa Melih Kasti
3037 Robin Road
Plano, TX 75075

muthaiya ramachandran
9881 hyde glen ct
charlotte, NC 28262

Mutiu Kolapo
19614 Kendal Bend Trl.
CYPRESS, TX 77429

Mutsi Mosoeu
22 Hennie Street
Kempton Park, GP 01618

Muzna Jabeen
2625 cumberland trail
Balch springs, TX 75181

Mychael McKay
3146 PORTSMOUTH AVE
APT 2
CINCINNATI, OH 45208

Mykal Brown
6719 Overlook Drive
Fort Myers, FL 33919

Myles Harris
4700 Tanglebriar Dr.
Charlotte, NC 28208

Myrlene Time
1036 SW Di Lido Ln
Port Saint Lucie, FL 34953

Myung Woods
35109 Hwy 79
space 40
Warner Springs, CA 92086

Nabor Barron III
807 E Clayton St
Cuero, TX 77954

Nader Mohsen
533 Mill Rd
Staten Island, NY 10306

Naeem Abdullah
2728 Parkerridge Dr
Independence, KY 41051

Nagaraju Jammidiguntla
4638,Vasari St
Dublin, CA 94568

Nagarjun Veerannagari
11023 Hayden falls dr
Richmond, TX 77406

Nagendra Srinivas
13102 Cool Meadow Dr
Frisco, TX 75035

Nahom Hagos
2521 Delmar Drive
Plano, TX 75075

Nahuel Malpartida
360 W Hubbard street
Apt 2801
Chicago, IL 60654

NAI CHEUNG
1120 Bristol Pike
Bensalem, PA 19020

Naiete Ernesto
332 vezi section phola location
332
Witbank, MP 02233

najeeb ahmed
100 sw 69th ter
pembroke pines, FL 33023

Najeeb Akhtar
1809 Social Dr Apt 1123
Pflugerville, TX 78660

Nam Tran
14132 Purdy Street
Westminster, CA 92683

Nam Tran
284 Baywood Dr
Newport Beach, CA 92660

Namitha Hemachandran
40 Newport Pkwy
Jersey city, NY 07310

Nan Chen
4147 Aristotle Dr
El Dorado Hills, CA 95762

Nana Brobbey
4523 Everstone Crk
San Antonio, TX 78251

Nancy Kieu
11874 85th St
Largo, FL 33773

Nancy Qian
8456 Timber Trail
OH, OH 44141

Naol Yadeta
31150 NICE AVE
MENTONE, CA 92359

Naomi Abaga
9329 Pan Ridge Road
Parkville, MD 21234

Narayanan Magudapathy
2814 Sandberry Dr
Kingwood, TX 77345

Narek Hayrapetyan
1524 Colina Drive
Glendale, CA 91208

narendranath gogineni
11306 softbreeze ct
pearland, TX 77584

Naresh Kotadiya
904 S Pugh St
Apt 1
State College, PA 16801

Naresh Reddy Vemula
21622 Marguerite Parkway
#86
Mission Viejo, CA 92692

Nashra Shamim
1506 northridge dr
US
carrolton, TX 75006

Nasif Sufian
16 croft rd
Poughkeepsie, NY 12603

Nasrullah Mohammadi
48 Plymouth Street
48
Everett, MA 02149

Nasser AlRifai
109 Lukens Dr
Unit C-1052
New Castle, DE 19720

Nasser AlRifai
109 Lukens Dr
Unit C-1052
New Castle, FL 19720

Natalia Duque
39878 Vineland Pl
Cherry Valley, FL 92223

natalia mendoza
230 fairview lane
davidson, NC 28036

Natalia Ngoc Le
10728 W San Juan Ave
Phoenix, AZ 85037

Natalie Espinoza
5221 Wood Avenue
South Gate, CA 90280

Natasha Gerdes
6060 NW 92ND AVE
TAMARAC, FL 33321

Nathalie Juste
229 Route 202
Apartment 5A
Pomona, NY 10970

Nathalie Saint-Juste
5207 Buttonwood Ct
Tamarac, FL 33319

Nathan Akpan
1581 Wallin Bradley Dr
3202
Round Rock, TX 78665

Nathan Bargas
10626 Ne Sacramento St
Portland, OR 97220

Nathan Bernadskii
1407 MUSEUM ROAD BEATY WEST
1201-2
Gainesville, FL 32612-1101

Nathan Chen
20554 Missionary Ridge St
Walnut, CA 91789

Nathan Cooksey
770 Lakewood Ct
Highland Village, TX 75077

NATHAN CZERWINSKI
95 TORONITA AVE
PITTSFIELD, MA 01201

Nathan Dehmler
517 Airport Way
STE P
Monterey, CA 93940

Nathan Diller
220 Maple Lakes Dr
Cataula, GA 31804

Nathan Gbedemah
513 S Damen Ave
Apt 1802
Chicago, IL 60612

Nathan Hizon
914 T St.
#4
Sacramento, CA 95811

Nathan Jensen
7726 46th Place West
Mukilteo, WA 98275

Nathan Laughlin
1104 NW 190th Pl
Edmond, OK 73012

Nathan Mai
2508 Waterford Glen Circle
Roseville, CA 95747

NATHAN NANJI
354 Northampton Way
Middletown, DE 19709

Nathan Nguyen
2300 Ruth Ct
West Covina, CA 91792

Nathan Nguyen
2300 Ruth Court
West Covina, CA 91792

Nathan Orange
4010 Minnetonka Dr
Linden, MI 48451

nathan talmadge
6101 rosalind ave, richmond, CA 94805 US
Richmond, CA 94805

Nathan Vander Roest
2466 Jostaberry Way
Odenton, MD 21113

Nathan Williams
3717 Hotze Rd
Salem, IL 62881

Nathan Xiong
4567 E Robinson Ave
Fresno, CA 93726

Nathan Yoder
701 N Dooly St
Montezuma, GA 31063

Nathanael Simon
99 Flint St
Somerville, MA 02145

Nathanial Feather
2250 MCGREGOR BLVD 1319
1319
Fort Myers, FL 33901

Nathaniel Brown
1701 Park Central Dr
Apt 812
McKinney, TX 75069

Nathaniel Effang
4016 KingStreamLanye
Chester, VA 23831

Nathaniel Loria
3225 W. Division St. FL 1
Chicago, IL 60651

Nathaniel Loria
3225 W. Division St.
#1
Chicago, IL 60651

Nathaniel Luby
2112 McDowell Ave
Jourdanton, TX 78026

nathaniel megginson
205 Arnage Dr
HUTTO, TX 78634-2338

Nathaniel Timmerman
7308 Forest ave
Apt b
Cincinnati, OH 45231

Nathaniel Townsend
380 Woodside Dr
Batavia, OH 45103

Nathaniel Vasquez West
7646 Branston
San Antonio, TX 78250

nathaniel white
18631 parama creek trail
katy, TX 77449

Nathnael Solomon
12929 Sugarloaf chapel dr
clarksburg, MD 20871

nathon najera
764 old hwy 15
ecru, MS 38841

Natia Harris
11504 Carriage Crossing Dr
Upper Marlboro, MD 20772

Natnael kassie
40 Middlefield pl
Tonopah complex
washoe valley, NV 89704

Navaraj Aryal
9044 Silsby Dr
Fort Worth, TX 76244

NAVEED SARWARI
16 RAPIDAN DR
STAFFORD, VA 22556

Navin Chopra
6774 East Running Deer Trail
SCOTTSDALE, AZ 85266

Navindra Ramdass
3003 BLAKELY DR
ORLANDO, FL 32835

Nawzad Ahmed
12515 SE 296 Way
Auburn, WA 98092

Nay Aung
7301 E AMARILLO BLVD
AMARILLO, TEXAS 79107-7835

Nayef Malik
2535 Northern Great White Ct
Katy, TX 77449

Nazario Ragonton
124 Kaiemi St
Kahului, HI 96732

Nazeer Zaheer Pasha
5855 hillbrook pl
dublin, CA 94568

Nazim Thawer
1609 STEVENS STREET
3
Houston, TX 77026

nddsdnd dndndggdgndn
hdhdfhdhdhd 12sgsg gggg
dfhdhdhd, FL 10001

Neal Bakker
708 Sundrop Dr
Little Elm, TX 75068

Neel Goyal
15 Wynwood Dr
Parsippany, NJ 07054

Neel Patel
1961B Middlesex ST
Lowell, MA 01851

Neelima Vanamala
1204 hidden ridge
Apt 3014
Irving, TX 75038

Neeraj Joshi
1716 Hazelnut Lane
Milpitas, California 95035-0000

Neerav Jain
25 Walnut Ave.
APT 111
Clark, NJ 07066

Neetha Surendra Nayak
870 Carriage Rd
Pittsburgh, PA 15220

NEHA JOMON
5040 Calhoun Rd #601C
Houston, TX 77004

neha kachchhara
3213 stoneburg ct
greensboro, NC 27409

Neha Kadu
24 Beacon Way
Apt 1705
Jersey City, NJ 07304

Neha Khurana
1109 Post Oak Pl
Westlake, TX 76262

Nehaal Ahmed
9515 Gross Point Rd
Unit A
Skokie, IL 60076

nehemias serrano
6747 Carnelian st
Jurupa Valley, CA 91752

Nehemie Jacques
6154 westfall rd
lake worth, FL 33463

Neil Bamba
300 Palmcrest Dr
Apt 170
Daly City, CA 94015

neil camenker
7763 East Camleback
#238
scottsdale, AZ 85251

Neil Cubbison
PO Box 231099
ENCINITAS, CA 92023

Neil Kamzan Miranda
91-1065 Lanakoi St
Kapolei, HI 96707

Neil Rischall
201 Allen Street
10018
New York, NY 10002

Neil Turner
475 Ruth St
Bridgeport, CT 06606

Neil Walker
7920 Avenida Navidad
#141
San Diego, CA 92122

Nelida Cosme
10208 Shenandoah St
El Paso, TX 79924

Nelly Le
2421 MANGULAR AVE
Corona, CA 92882

Nelly Marisol Sayago
7851 Davie Rd Ext 1210
Holliwood, FL 33024

Nelson Barahona
8209 Colfax st
Detroit, MI 48204

Nelson Doan
14551 Pleasant St.
GARDEN GROVE, CA 92843

Nelson Eymael
266 Fraxinella St
Encinitas, CA 92024

Nelson Murillo
60 lincoln ave
Stamford, CT 06902

Nelson Norman
509 Center road
Fort Myers, FL 33907

Nelson Rosa
22 Auburn St
Woburn, MA 01801

Nephi Jahn
3736 Loma Adriana Dr
El Paso, TX 79938-1235

Nestor Ibarra
5068 n river fringe dr
tucson, AZ 85704

Nevasca Powell
14010 Wyandotte DR SW
Huntsville, AL 35803

neveda rajkumar
1147 FTELEY AVE
2F
Bronx, NY 10472

Neville Oyiti
244 Biscayne Blvd, 1909
Miami, FL 33132

nevin joplin
1506 s i35 frontage rd
apt 3922
san marcos, TX 78666

New Jersey Attorney General Office
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112

New Jersey Bureau of Securities
Office of the NJ Attorney General
153 Halsey Street, 6th Floor
Newark, NJ 07102

New Jersey Division of Taxation
Compl. and Enforce. - Bankruptcy Unit
3 John Fitch Way, 5th Floor
P.O. Box 245
Trenton, NJ 08695-0245

NEWTON REYNOLDS
200 LESLIE DR APT 816
HALLANDLE BCH, FL 33009

Nga Huynh
582 Mountain Home Drive
San Jose, CA 95136

nga truong thi my
g24 xuan binh
Long Khanh,, Dong Nai 76000-0000

ngan ho
509 Trade Wind PL Unit 103
#103
Chesapeake, VA 23323

Ngan Quach
14202 Silversand Ct
Houston, TX 77044

NGAN VU
1100 E Ross ave
ALHAMBRA, CA 91801

Nghi Tran
216 carriage dr
Carol stream, IL 60188

Nghia Ho
200 Solitaire Avenue
Lafayette, LA 70508

Nghia Nguyen
431 Tuscano Ln
Biloxi, MS 39531

Nghia Nguyen
145E Cu Xa Cuu Long Phuong 22 Quan Binh
TPHCM 70000

NGO DUC NAM
HIEP HOA
TRUNG TAM, BAC LY
BAC GIANG, - 00023

Ngoan Tran
6780 Westwick dr
Westwick Dr
HOUSTON, TX 77072

Ngoc Huong Chau
2987 HOLIDAY COURT
MORGAN HILL, CA 95037

Ngoc Nguyen
4421 Pacific Coast Hwy
Apt E104
Torrance, CA 90505

NgocLan Dang
630 S Knott Ave Unit 19
Anaheim, CA 92804

Nguyen Dang`
2525 SW Thrid Ave APT #1207
Miami, CA 33129

NGUYEN DUC KHANH
BE VAN DAN, PHUOC LONG, NHA TRANG, KHANH
NHA TRANG 00065

Nguyen Manh Cuong
Dong Thinh, Yen Lap, Phu Tho
Phu Tho 00035-1000

Nguyen Thanh Vinh
371 Nguyen Cao, Vo Cuong, Bac Ninh
Bac Ninh 16000

NGUYEN THI CAO PHUONG
200 Quang Trung
Ha Dong 00010

nguyen xuan bach
g24 xuan binh,khu pho 2
long khanh 76000

Nha-Truc Nguyen
1801 Chinaberry Dr
Oldsmar, FL 34677

Nhan Le
2601 Cross Oak Places
Mckinney, TX 75071

Nhan Nguyen
51 Edgell Drive
Framingham, MA 01701

NHAT NGUYEN
7414 ALLEN PINES LN
CYPRESS, TX 77433

Nhat Phan
3407 Norwich RD
Fort Mill, SC 29715

Nhi Dang
11250 puckett River dr
Cypress, TX 77433

Nhi Ngo
31/4 tran van dang
P9,q3
Ho chi minh 72414

NHI NGUYEN
7821 23rd
WESTMINSTER, CA 92683

Nhi Nguyen
55 Palmwell Way
San Jose, CA 95138

Nhi Quang
2266 Sleepy hollow Ave
Hayward, CA 94545

NHIEN NGUYEN
830 St Kitts CT
SAN JOSE, CA 95127

Nhung Nguyen
2240 wildwood dr
Shakopee, MN 55379

Ni Nyoman Ayu Malini Zuelke
1425 Aster Ct
Winter Park, FL 32792

Nicco Bair
8761 elgin circle
Huntington Beach, CA 92646

Nicholas Barber
1937 Brown School Rd
Saint Joseph, MI 49085

Nicholas Billington
1563 Cricket Club Cir
Apt 108
Orlando, FL 32828

Nicholas Bodmer
11084 N Hydrus Ave.
Oro Valley, AZ 85742

Nicholas Crouse
49 taylor ave
102
Bethel, CT 06801

Nicholas Davila
191 Beech Rd
Eliot, ME 03903

Nicholas De Cespedes
2821 Bigleaf Maple Dr
Ocoee, FL 34761

Nicholas Gambone
26 Salem Ridge Drive
Huntington, NY 11743

Nicholas Garidzhuk
325 S biscayne blvd
Miami, FL 33131

Nicholas Huber
16818 Chalet Ct
Chesterfield, VA 23832

Nicholas Huckleberry
8988 lincolnshire blvd
strongsville, OH 44149

Nicholas Johnson
1925 Hillside Drive
Gwynn Oak, MD 21207

Nicholas Kahng
9511 Burgee Pl
Frederick, MD 21704

Nicholas Lemp
4517 Dow Ln
Lake Worth, FL 33463

Nicholas Magnasco
4744 willowbrook dr.
Mentor, OH 44060

Nicholas Markovich
375 NW Oakmont Way
Bremerton, WA 98311

Nicholas McHenry
903 Powers Road
Woodstock, IL 60098

Nicholas Miller
950 E 3rd St
1505
Los Angeles, CA 90013

Nicholas Miller
631 67th St.
Downers Grove, IL 60516

Nicholas Munro Tavormina
349 campus cove
wilmington, NC 28403

Nicholas Ochoa
2835 S Paseo Loma
Mesa, AZ 85202

Nicholas Patras
11 Bosworth St
Staten Island, NY 10310

Nicholas Rodriguez
239 Seminole Dr
Paducah, KY 42001

Nicholas Salvato
30 Exeter Ave
Manchester, NH 03103

Nicholas Sorasavong
9778 Otis Dr
Westminster, CO 80021

Nicholas Stott
8085 knight lane, Gainesville, GA 30506
Gainesville, GA 30506

Nicholas Taggart
19 Main St
East Hampton, CT 06424

Nicholas TRUE
2948 Sego Pl
San Diego, CA 92123

nicholas vega
789 Saddlewood Blvd
LAKELAND, FL 33809

Nicholas Ventimiglia
520 WALKER DR
Apt 39
Mountain View, CA 94043

Nicholas Wong
12105 Kerrwood Street
El Monte, CA 91732

Nicholaus Mayab
7758 Lawrence 1050
La Russell, MO 64848

Nick Crane
203 south main street
Alpine, UT 84004

Nick Giacalone
1363 Taft St
San Luis Obispo, CA 93405

nick hoey
607 Issaquena trl
Central, SC 29630

Nick Padovani
8108 Landing Ln
MOON TWP, PA 15108

Nick Parsons
1292 US Highway 20 S
Worland, WY 82401

Nick Sells
404 SE Sells Dr
Shelton, WA 98584

Nick Shepherd
1348 Normandy Lane
Bartlett, IL 60103

Nick Tommarello
5427 RIDGEDALE AVE
DALLAS, TX 75206

Nickolas Christodoulou
59 E Virginia Blvd
Jamestown, NY 14701

Nicolas Blagovisny
2337 stuart street
Brooklyn, NY 11229

Nicolas Christensen
4151 N Traverse Mtn Blvd
Apt 3-201
Lehi, UT 84043

Nicolas de la Kethulle
920 N Kings Rd
Apt 326
Los Angeles, CA 90069

Nicolas Say
147 Pointe Dr.
Brea, CA 92821

Nicolas Trinephi
25896 greenbank
Lake Forest, CA 92630

Nicolas Vera
2517 rustic oak ln
ocoee, FL 34761

Nicole Ballew
2700 Neilson Way
1335
Santa Monica, CA 90405

Nicole Cotter
3032 Bristol Creek Dr
Apt# 111
Morrisville, NC 27560

Nicole Harmel
3975 Willow Springs Road
Burton, TX 77835

Nicole Harrison
260 Cagney Ln
217
Newport Beach, CA 92663

nicole pickel
13318 W. Heiden Circle
Lake Bluff, IL 60044

Nicole Rojas
3435 compass ln se
106
Port orchard, WA 98366

Nicole Soto-Ortega
1040 w 33rd pl
Hialeah, FL 33012

Nicul Harkison
345 West Pebble Creek Ln
Orange, CA 92865

Nigel Bigbee
10679 E ottoman dr
Tucson, AZ 85747

Nigel Pierre
2326 City Lights Drive
AlisoViejo, CA 92656

Nigel Roy
2415 2nd Ave
Unit 726
Seattle, WA 98121

Nii Amartey
2925 silverthorn dr
charlotte, NC 28273

Nikhil Patel
9165 Arbor Glen Street
Las Vegas, NV 89123

Niki Coleman
71 Flora Lake Cir
Saint Augustine, FL 32095

Nikolas Caballero
496 Grayson Lane
Lake Dallas, TX 75065

Nikolay Prokopchuk
613 Water st
West Sacramento, CA 95605

Nikolay Shanin
1768 E Plata Way
Sandy, UT 84093

Nikoles Manriquez
12407 Camellia Glade Ln
Houston, TX 77044

Nilay Patel
1801 West Addison Street
Apt 3E
Chicago, IL 60613

Nina Nguyen
867 Napa Street
Carol Stream, IL 60188

Nina Stephens
205 Eagle Point Court
WACO, TX 76705

Ning Wang
65 Bay St
Apt 3908
Jersey City, NJ 07302

Nir Ventura
108 COUNTRY GREENS AVE
Las Vegas, NV 89148

Nirav Patel
42979 Tippman PL
Chantilly, VA 20152

Nishant Aggarwal
10717 Blake GDNS
Mckinney, TX 75072

Nitesh Rathod
10935 Fountaingrove Dr
Charlotte, NC 28262

Nithin Mallya
3886 Stanley Blvd
Pleasanton, CA 94566

Nitin Anant Murchite
100 Pulido Rd
Danville, CA 94256

Nitin Paudel
1531 Monks Ave apt 9
Mankato, MN 56001

Nkosane Jackson
565 Valley Loop Road
Fairburn, GA 30213

Noah Crites
43283 Camino Caruna
Temecula, CA 92592

Noah Doak
58-042 Maika Pl
Haleiwa, Hawaii 96712-0000

Noah Dupuis
1478 Courtableau Rd
Port Barre, FL 70577

noah godsey
434 North High Street
Chillicothe, OH 45601

Noah Lowe
92 Homestead Dr
Lititz, PA 17543

noah tempski
14170 pacific point pl
203
delray beach, FL 33484

Noe Diaz
950 Platinum Ave
Lathrop, CA 95330

Noel Barraza
4540 barnett rd
wichita falls, TX 76310

Noel Kelman
1214 Park Terrace Court
Lake Havasu City, AZ 86404

Noel Osorio Vazquez
2328 W. Morten Avenue
Phoenix, FL 85021

Noel Perrone
526 Faulkner Drive
Hackettstown, NJ 07840

NOEL ROSA
2640 Carrickton Cir
ORLANDO, FL 32824-4228

Noel Tardiel
1033 Bayshore Av
Bayshore, NY 11706

Nong Vang
1335 Grand Street NE
Minneapolis, MN 55413

Noor Bakry
2074 West Adams Boulevard
Apt 3
LOS ANGELES, California 90018-2037

Noorkhayr Masiyah
10634 S. Wilton Pl
Los Angeles, CA 90047

Nor Sherpa
927 Beryl Street
San Diego, CA 92109

Nora Church
8013 Lago Mist Way
Wesley Chapel, FL 33545

Norma Johnson
15202 Wimberly Park Dr
Houston, TX 77049

Norman Frazier
379 Dupage Dr
Bolingbrook, IL 60440

Norman Ragland
1919 Grey Eagle St.
Henderson, NV 89074

Norman Yau
327 Central Ave
Alameda, CA 94501

Norris Taylor
41 Schermerhorn Street
Brooklyn, NY 11201

Nosakhare Eke
8638 N Wayne Ave
Kansas City, MO 64155

Noushad Mamun
1850 old main st
Houston, TX 77030

Nowshath Noorullah
660 Santa rosa hills Dr
Katy, TX 77493

Nrip Singh
2101 HIghcourt Ln
203
Herndon, VA 20170

Ntxawm Yajnomnpis
57 Georgetown Drive 10
Framingham, MA 01702

Nurul Vartanian
6007 SONOMA STATION AVENUE
Las Vegas, NV 89139

O'Neill Chambers
5201 alligator lake road
Saint Cloud, FL 34772

octar dorcent
1247 SUMMER SPRINGS DRIVE
MIDDLEBURG, FL 32068

Odane Griffiths
60 Orange Street
CENTRAL ISLIP, NY 11722

Oishik Test
test
test, AK 65464

Oishik Test
2 St. James Road
New York, NY 71210

Oishik Test dsacvsdc
2 St. James Road
--
New York, FL 71210

OJEVWE OMENE
1760 CRESTVIEW LN
Erie, CO 80516

Olajide Alakija
59 Waterford Drive
Wheatley Heights, NY 11798

Olajumoke Olayemi
30922 south creek way
Fulshear, TX 77441

Olayemi Ajayi
6711 greenspring avenue
Baltimore, MD 21209

Oleg Danilov
14261 Misty Meadow Ln
Houston, TX 77079

Olga Rubalcava
5911 Steve St
Riverside, CA 92509

Olisa Iweanya
5910 Deep South drive
Katy, TX 77449

OLISA UZOEGWU
549 PAVONIA AVENUE
JERSEY CITY, NJ 07306

Oliver Mullins
5753 Greene Road 443
Marmaduke, AR 72443

Olivier Vang
6100 48th Ave
7206
Sacramento, CA 95828

Ollie Hales
10107 Glen Autumn Road
Raleigh, NC 27617

Olufemi Oyediran
4445 washington st
Apt 206
kansas city, MO 64111

Olusola Abitogun
354 Great Beds Ct
Perth Amboy, NJ 08861

Oluwamayowa Otusanya
3909 e shore rd
miramar, FL 33023

Oluwatosin Sobowale
11526 Stewart Lane
B1
Silver Spring, MD 20904

Oluwatoyosi Shitta-Bey
2400 Tilson Forest Dr
Decatur, GA 30032

Omar Castro
1969 downs ct
Lake Mary, FL 32746

Omar Echeverria
531 Pleasanton Way
San Antonio, TX 78221

Omar Hassan
2079 32nd st
#C1
Astoria, NY 11105

Omar Hernandez
9724 Northwest 127th Street
Hialeah Gardens, FL 33018

Omar Larios
30651 Lakeview Ave
Nuevo, CA 92567

Omar Lugo
170 mayflower road
Springfield, MA 01118

OMAR MAHMOOD
31 Mcculloch Dr
Dix Hills, FL 11746

OMAR MANSOUR
16 Ivanhoe
Irvine, CA 92602

Omar Paulino
13 Lindsley Pl
East Orange, NJ 07018

Omar Rivas
353 N Desplaines St
Apt 807
Chicago, IL 60661

Omar Salama
13121 Plum lake circle
#none
Minneola, FL 34715

Omar Shaker
2637 state route 207
Campbell Hall, NY 10916

Omari Dotson
1510 Riverchase Blvd
Nashville, TN 37115

OMOFUMA AKHIGBE
4843 35th Ave South
Minneapolis, MN 55417

one two
123 main st
salt lake city, UT 84332

Oneal Hughes
2120 Mapes Ave
Bronx, NY 10460

Oreste Antoine
4751 NE 2nd Way
Deerfield, FL 33064

Orlando Garcia
13321 SW 26th Terrace
Miami, FL 33175

orlando gonzalez
14571 sw 155 st
MIAMI, FL 33177

Orquidea Lamas
15442 sw 163rd st
Miami, FL 33187

Orvil Nunez
191 E Parkview Dr.
Shirley, NY 11967

Osamudiame West-Idahosa
12 Hillside Park
Apt 1
Malden, MA 02148

Oscar Aparicio
39150 Sundale dr
apt 12
FREMONT, CA 94538

Oscar Casallas
61 Dunlap St
Salem, MA 01970

Oscar Grisson
1301 W. Eagle Pass Rd
Salt flat, TX 79847

Oscar Hernandez
2905 Eastover Dr
Odessa, TX 79762

Oscar Lopez
1830 north pecos road
las vegas, NV 89115

Oscar Mendez
6003 bear track ln
Pasadena, TX 77505

Oscar Pacheco
51 W Neptune St
2
Lynn, MA 01905

Oscar Rhodes
767 Piper Boulevard
Detroit, MI 48215

Oscar Rojas Soto
661 S Elmhurst Ave
Oakland, CA 94603

Oscar Sanchez Perez
877 N Quatar St
Aurora, CO 80018

Oscar Vasquez
880 sandringham st
King city, CA 93930

Osizemete Okpetu
10415 Middlerose Ln
Houston, TX 77070

Osman Makhdoom
184 Linden Ave
Verona, NJ 07044

Osvaldo Cerrillo
1544 Oconnor Ave
Lincoln Park, MI 48146

Osvaldo Medina
4239 White Sands Ave
Las Vegas, NV 89121

Osvaldo Perez
2360 pinyon jay dr
Colorado Springs, CO 80951

Otis Havior
145 Black Springs RD Ne
Milledgeville, GA 31061

Ovidiu Zirbo
2526 W Brisa Dr
Phoenix, AZ 85085

Owen Ash
133 summer st
Medway, MA 02053

Pablo Blanco
140 west 174th st
#7C
bronx, NY 10453

PABLO CALDERON
48549 Gammon Ct, Apt 2
Fort Hood, TX 76544

pablo escandon
40-57 Junction Blvd
New York, NY 11368

Pablo Gonzalez
4312 OAK TREE LN
Williamsburg, VA 23188

Padmaja Ramadas
3110 Peachtree Cir
Davie, FL 33328

PADMAVATHI RAVULAPALLI
4220 BROOKSIDE OAKS
OWINGS MILLS, MD 21117

Padmavathi Yenugula
9527 Pillory Dr
Frisco, TX 75035

palden sherpa
4242 80th st
APT 4D
new york, NY 11373

Palmer Mitchell
137 Timberlake Dr. Fayetteville, NC 2831
Fayetteville, NC 28314

Pamela Carter
15 Middlewood Dr
Wenham, MA 01984

Pamela Mutengezanwa
5197 Miami Hills Drive
Milford, OH 45150

Panagiotis Kefalidis
9169 Rally Spring Loop
Wesley Chapel, FL 33545

Pancras Ennuson
115 Audino
Apt F
Rochester, NY 14624

Pao Xiong
57 Georgetown Drive Apt 10
Framingham, MA 01702

Paola Escobar
585 Cesar Chavez St
soledad, CA 93960

Paolo Lapuz
7625 Garden Way Dr
Sherwood, AR 72120

Parimal Patel
286 Robin Rd. Se
Marietta, GA 30067

Parker Duffy
351 evergreen lake rd hudson Il
hudson, IL 61748

Parker Fairbanks
PO BOX 578936
Modesto, CA 95357

Parker Lewis
529 Remington Rd
Celina, TX 75009

Parker Newell
12413 stoneybrook station pkwy
Huntersville, NC 28078

Parminder Singh
363 Palmetto Dr
Easton, PA 18045

Partap Rai
7028 kendale drive
Harrisburg, PA 17111

Parteek Mehta
3412 Merrimac Drive
San Jose, CA 95117

Parth Desai
116 Mustard
Irvine, CA 92618

Parth Patel
265 McFarlane Rd
Woodbridge Township, NJ 07067

Parvathy Gopakumar
104 Turnpike RD
APT 2412
Chelmsford, MA 01824

Parvathy Gopakumar
104 Turnpike RD APT 2412
Chelmsford, MA 01824

PASCAL KABORE
4 3RD AVE S, GLEN BURNIE, MD 21061 US
Glen Burnie, MD 21061

PAT LANE
5645 S Zante Way
AURORA, CO 80015

Patricia Rogers
6505 Cady Drive
Louisville, KY 40258

Patricia Shane
12101 Steeple Way Blvd
Houston, TX 77065

Patricia Warren
459 Olivadi Way
Sacramento, CA 95834

patrick amasinde
7637 BELLINGHAM RD
FORT WORTH, TX 76179-2166

Patrick Antoon
6510 Skyline Dr.
Texarkana, AR 71854

PATRICK AURELIO
352 West 46th St
5C
New York, NY 10036

Patrick Aurelio
352 West 46th St.
Apt. 5C
New York, NY 10036

Patrick Bingham
869 Maury St
Memphis, TN 38107

Patrick Boehler
2716 Morning Glory Rd
Fort Collins, CO 80526

Patrick Fay
109 N Riding Drive
Moorestown, NJ 08057

Patrick Franks
707 Grandhaven Way
Winter Garden, FL 34787

Patrick Guinto-Salmo
224 tulip lane
Freehold, NJ 07728

Patrick Kelly
1253 W Jade Dr
Fortvillie, IN 46040

Patrick Mazeris
4039 Manzanita Dr
San Jose, CA 95117

Patrick Menchavez
77 Heights Ave
Fair Lawn, NJ 07410

Patrick Murray
2205 Pebble Beach Dr
Lawrenceville, GA 30043

Patrick Page
345 leslie lane
Uniondale, NY 11553

Patrick Paulsen
5520 Highway 30 west
THE DALLES, OR 97058

patrick sims
1224 Evergreen Dr
Richardson, TX 75080

Patrick Stanford
1200 E Old Settlers Blvd APT 1208
Round Rock, TX 78664

Patrick Stewart
16026 Silver Valley Dr
Houston, TX 77084

patrick sustal
392 miriam street
daly city, CA 94014

Patrick Swinnea
15315 Palomino Trail N
Stillwater, MN 55082

Patrick Thanteraphong
14821 Sherman Way
Unit 11
Van Nuys, CA 91405

patrick Wieland
2940 NE 19TH ST
POMPANO BEACH, FL 33062

Patsakon Lamsakul
14297 Lynn Rd
Apple Valley, CA 92307

Paul Antonevich
4653 S Stratford Oaks Dr
Macon, GA 31210

Paul Bartoszek
2018 Medical Center Parkway B121
Suite B 121
Murfreesboro, TN 37129

Paul bath
7708 Shadowcreek Terrace
Springfield, VA 22153

paul blacano
3402 brockwood ct.
apt.C
henrico, VA 23294

Paul Brown
2972 Charlevoix Street
The villages, FL 32163

Paul Casto
4317 Canadian River Drive
Prosper, TX 75078

Paul Clement
6993 carey lane north
maple grove, MN 55369

Paul DAllas
7516 Woodside Ln
Apt. #21
Lorton, VA 22079

Paul Dupuis
8758 Park Kolbe Lane
Houston, TX 77080

Paul Flores
43185 fish rock rd
Gualala, CA 95445

Paul Gilbert
5075 Sparwood Ct
MELBOURNE, FL 32934

Paul Harris
3785 Holly Springs Drive
Corona, CA 92881

Paul Hord
244 Dixie Blvd.
Delray Beach, FL 33444

Paul Magcalas
1826 N Raymond Ave
Pasadena, CA 91103

Paul Manning
2951 Christenson Lane
Onalaska, WI 54650

Paul Maurice Nsoa Nyoga
6264 Jackstaff Dr
Fort worth, TX 76179

Paul Miville
23651 SW 122 Avenue
Homestead, FL 33032

Paul Nguyen
5940 Ember Glen Dr
Haltom City, TX 76137

Paul Osorio
Hacienda el castillo
cali, CA 33315

Paul Pavlyuk
28 Sycamore dr
Old Bridge, NJ 08857

PAUL PIRO
545 CUMMINGS LN
COTTONTOWN, TN 37048

Paul Sass
203 Grant Ave
Highland Park, NJ 08904

Paul Scodova
2000 Mallory Lane
Suite 130-82
Franklin, TN 37067

Paul Silhavy
19128 Cicerone Ct
New Caney, TX 77357

Paul Singer
95 sprague ave
staten island, NY 10307

PAUL SULNE
799 Lyons Ave
Irvington,, NJ 07111

Paul Test
2 St. James Road
New York, NY 71210

Paul Wilderman
3323 McCue Road
#815
Houston, TX 77056

Paula Curtis-Carter
3 Pinewood Ave
Saratoga Springs, NY 12866

Pauline Mburu
7511 Greenwood Ave North
Unit 4254
Seattle, WA 98103

Paulino Mabjaia
Ansell road
Johannesburg, GP 02197

Paulo Junior
2040 Ashley river rd
511
Charleston, SC 29407

Paulo Santiago
7191 Harbor Heights Cir
Orlando, FL 32835

pavan kumar nallamalli
13619 Legacy Cir APT B
herndon, VA 20171

Pavan Kumar Surabi
4452 NW CHANTICLEER DRIVE,
U02
PORTLAND, OR 97229

Pavan Mantripragada
2861 Executive Dr
210
clearwater, FL 33762

Pavan Mantripragada
2861 Excutive Dr
clearwater, FL 33762

Pavlos Pavli
237 oxford rd Glenashligh
204
Johannesburg, GP 02190

Pavol Masiar
307 Hampton Ct
West Chester, PA 19380

Pawandeep Kaur
8964 Beryl Creek Way
Elk Grove, CA 95758

Pawankumar Manikonda
11 Bright Holw
Irvine, CA 92618

Pawel Boczek
7225 Hollywood Boulevard
418
Los Angeles, CA 90046

Pawel Grunt
2015 S. Finley Rd.
Apt 703
Lombard, IL 60148

Pedro Contreras
114 Sheila Dr
West Monroe, LA 71291

Pedro Esteves
80 chambers street
Newark, NJ 07105

Pedro Olozagaste
7979 Calico Street
San Diego, CA 92126

Pedro Rodriguez
5025 D St
Philadelphia, PA 19129

Peem Lorvidhaya
3827 Farr Oak Circle
Fairfax, VA 22030

Pelumi Adelowokan
lag
8 abdulazeez farouq
La, AK 23401

Peng Zhao
233 N. Magnolia Ave.
Monrovia, CA 91016

Perry Kesse
3384 Ravinia Cir
Aurora, IL 60504

Petar Mircheski
11359 Rhode Island St
Crown Point, IN 46307

pete garcia
po box 578
Glendale, AZ 85311

Peter Chan
4730 59th Street Apt 12D
Apt 12D
Woodside, NY 11377

Peter DiNovo
1285 Lindenwood Drive
Tarpon Springs, FL 34688

PETER DLUCIO
25007 ACACIA LN
LAGUNA HILLS, CA 92653

Peter Gichuki
1245 Almondwood Dr
Antioch, CA 94509

Peter Gray
6147 E Seneca Street
Inverness, FL 34452

Peter Grossman
15 c kaimao st
Paia, HI 96779

Peter Hansen
6732 W Coal Mine Avenue
Littleton, CO 80123

Peter Hoang
921 S Almansor St
ALHAMBRA, CA 91801

Peter Ivey
203 Upper Grassy Hill Rd
WOODBURY, CT 06798

Peter Kakos
1755 N Landfair St
Anaheim, CA 92806

peter kim
1395 s carl st
anaheim, CA 92806

Peter LORAM
2 PALM COURT, WELGEMEENDT STREET
gARDENS
CAPE TOWN, WC 08001

Peter Melody
1891 W. Woodland Rd.
Saratoga Springs, UT 84045

peter nguyen
11250 tesota loop st
corona, CA 92883

Peter Nguyen
1365 Cuciz Ln.
Milpitas, CA 95035

Peter Ofori Nuamah
10300 New Hampshire Ave
Silver Spring, MD 20903

Peter Paul Pancipanci
9400 Mclennan Ave
Northridge, CA 91343

Peter Said
7331 Douglas Cir
La Palma, CA 90623

Peter Tep
8960 Cynthia Street
Apt 201
West Hollywood, CA 90069

Petlar Ngwengang
3403 learning tree ln
Rosenberg, TX 77471

Petru Ciloci
2230 Valley view pkwy unit 321
unit 321
EL Dorado Hills, CA 95762

Peyton Caldwell
2545 Gladiola
Conway, AR 72034

Peyton Nichols
2140 N Richards Dr
Albany, IN 47320

Phan Tran
3600 Camille Ave.
Conyers, GA 30013

Phanindra Babu Golla
7990 baymeadows rd e unit 918
jacksonville, FL 32256

Phanith Keo
2014 FLAMENCO ST
Katy, TX 77493

Phara Keo
2014 Flamenco St
Katy, TX 77493

Phat Duy Nguyen
24481 Jeronimo Ln
Lake Forest, CA 92630

phat Ly
4102 cedargate ct
fort collins, CO 80526

Phat To
9 timber creek cir
shawnee, OK 74804

Phat Trenh
1157 E Kingsley Ave
Pomona, CA 91767

Phi Pham
8791 PALOS VERDES AVE
Westminster, CA 92683

Phi Tran
4390 van dyke ave
Van Dyke
San Diego, CA 92105

Phil Fanguy
48 NEELD LN
ASTON, PA 19014

Phil Korir
8624 Greylag St
Blacklick, OH 43004

Philip Arena
11 high st
Mantua, NJ 08051

philip constant
31-54 30th street
long island city, NY 11106

Philip De Leon
1501 E Elma Privado
Ontario, CA 91764

Philip Grey
7386 VILLAGE SQUARE DR
Suite 2612
Castle Pines, CO 80108

Philip Naylor
2108 Springstead Street
Las Vegas, NV 89134

philip onobun
2425
Bell St
Houston, TX 77003

Philip Test
911 Whatsyouremergenc
FirePolice, FL 32830

Philip Traxler
6721 Patrick Lane
Plano, TX 75024

Phillip Bess
5350 Pinehurst Park DR. Apt 1003
Charlotte, NC 28211

Phillip Choisser
10s361 Hampshire Ln E
Willowbrook, IL 60527

Phillip Cooper
11 Deer Trace Rd
Fayetteville, TN 37334

Phillip Davis
30430 Orchard Place Ln
Fulshear, TX 77423-0140

Phillip Maletta
1078 Graystone Rd.
Holland, MI 49423

Phillip Phyffer
3416 Gale Avenue
Long Beach, CA 90810

Phillip Welch
2539 carrollton ave
indianapolis6, IN 46205

Philo Reitzel
388 Blackberry Inn Rd
Weaverville, NC 28787

Phirith Pheak
2020 24th ST SE
Rochester, MN 55904

Phong Hoang Nguyen
11169 Bryant rd
El Monte, CA 91731

phong huynh
78 stoneview dr sw
lilburn, GA 30047

Phong Le
Nghia Dong Residential Group
Cam Duc Town, Cam Lam District, Khanh Ho 57000

Phong Lr
376 Truong Chinh
Cam Duc 57000

Phong Nguyen
9539 Capitan ct
Riverside, CA 92508

Phong To
2323 FAIRWIND DR
APT 214
HOUSTON, TX 77062-6248

Phong Tran
921 Medina Dr. Arlington
Arlington, TX 76017-6565

Phong Vuong
3476 golf dr
San jose, CA 95127

Phu Bui
5 MILLER ST
PITTSTON, PA 18640

Phu Le
13521 James Avenue South
BURNSVILLE, MN 55337

Phu Nguyen
809 8th St.
Argyle, TX 76226

Phu Nguyen
6584 SKYLEMAR TRL, CENTREVILLE, VA 20121
CENTREVILLE, VA 20121

Phuc Giap
9210 Hamlet Ave S
Cottage Grove, MN 55016

Phuc Tran
204 Antigua Cir
Sunset, LA 70584

Phuong Ha
4552 Dodds Mills Dr
Haymarket, VA 20169

Phuong Le
8433 74th pl ne
Marysville, WA 98270

PHUONG NGUYEN
530 Windsor Drive
Lincoln, NE 68528

phuong tao
6117 modena
temple, TX 76502

Phuongdung Tran
6022 workers dr
O
Brooklyn, MD 21225

Phurba Lama
824 Avenue C
C2
Bayonne, NJ 07002

Piermichelysee Joseph Guillaume
1193 Front St
Uniondale, NY 11553

Pierre Antoine Junior Larosiliere
1803 Dempster Street
Evanston, IL 60201

Pierre Jackson Chery
2666 Columbus Avenue
North Bellmore, NY 11710

Pierre Joseph
3716 SW 3rd St
Fort Lauderdale, FL 33312

Pierre Kersaint
986 SOMERSBY
North Salt Lake, UT 84054

Pierre Lionel Francois
3407 E 86th st
Indianapois, IN 46077

Pierre Lionel Francois
4127 shady oak Dr, Apt C
Indianapolis, IN 46235

Pin Lu
7650 Euro Dr
D206
Midvale, UT 84047

Pinesh Panchal
190 Wellington cir
gurnee, IL 60031

Pinki Mann
1729 Gosnell Rd
APT 103
Vienna, VA 22182

Piotr Kwidzinski
1501 Harvest Loop
Folsom, CA 95630

Piyush Patel
21262 Lorca Circle
Huntington Beach, CA 92648

poetry robison
4318 s dover
wichita, KS 67216

Pola Aguib
3080 Brookview Forest Dr
Nashville, TN 37211

Pom Kop
3816 E John l ave
Kingman, AZ 86409

Prachi Patel
8010 N I35
Austin, TX 78753

Pradeep Chand Lohanda Subramanian
39 Woodbridge Ave
Metuchen, NJ 08840

Pradeep Chevuri
13517 Bluebell Drive
Little Elm, TX 75068

Pradeep Krishnappa
5208 Alacon Ct
DUBLIN, CA 94568

Pradeep Reddy Bayyapu
1613 Geranium ln
Geranium ln
Celina, TX 75009

Pragnit Thakor
3668 Via Fatina Ave
Henderson, NV 89052

Prahlad Rimal
6755 centerview ct
Liberty Township, OH 45044

PRAMOD AVARADI
1862 NW 141 Avenue
Pembroke Pines, FL 33028

Pramod Patvari
50 denise dr
Edison, NJ 08820

Pranay Patel
5 Zelkova Run
Moorestown, NJ 08057

Praneeth Kumar Kasani
53 Milford Rd
Chester Springs, PA 19425

Pranhuti Suri
4208 Mark Twain Blvad
Flower Mound, TX 75022

Prasad Mogili
2115 Rilman Cir
Cumming, GA 30041

Prasanna Chari
715 scotland way
Wylie, TX 75098

Prasanth Sondi
1265 UPLAND DRIVE
Tooele, UT 84074

Prasanth Sondi
1265 Upland Dr
Tooele, UT 84074

PRASHANT BALAN
12370 ALAMEDA TRACE CIR
APT 423
AUSTIN, TX 78727

Prashant Joshi
5716 103rd Ave N
Minneapolis, MN 55443

PRASHANT VADNERE
4537 E BADGER WAY
PHOENIX, AZ 85044

Prashant Waghela
3604 Acropolis Way
Plano, TX 75074

Prashanth Thalaharla
647 Guenevere Dr
Pittsburgh, PA 15237

Prateek Parekh
206 Grayson Ter
San Jose, CA 95126-4817

pratik amarkotia
922 magnolia blossom ct
sykesville, MD 21784

Praveen Bojja
2982 Church St
Bettendorf, IA 52722

PRAVEEN KUMAR LOKAM
24 JONES ST APT 530
NEWARK, NJ 07103

Praveen Perike
5721 Billet St
Apt 103
New Market, MD 21774

Praveena Yellala
7 Hollow Ridge Dr
Nashua, NH 03062

premitkumar patel
209 birchdale ct
SIMPSONVILLE, SC 29681

premnath bagahiagari
11887 harvest cove trail
FRISCO, TX 75035

Presten Agbeyibor
209 Donnybrook lane
Townson, MD 21204

Preston Blakely
620 Deborah Jane Dr
C
Pittsburgh, PA 15239

Preston Chen
3776 Fairfax Way
South San Francisco, CA 94080

Preston Toor
396 Mallorn Lane
Montgomery, TX 77316

preston wong
5918 milana dr
eastvale, CA 92880

Primitivo Gallegos
32483 Limitless Pl
Wesley Chapel, FL 33545

Prince Hossain
1438 Zerega Ave
Bronx, NY 10462

prince patel
709 saint mark rd
taylors, SC 29687

Priscilla Tran
705 153rd PL SW
Lynnwood, WA 98087

Pritesh Agrawal
1432 Summit Way
Mechanicsburg, PA 17050

Priyanka Patel
3717 Genesee Dr
Philadelphia, PA 19154

Prudvi Jampana
1533 Raspberry CT
Edison, NJ 08817

Punit Patel
10 Village St Apt 46
Easton, MD 21601

Purnachandr YALAVARTHY
5206 belvedere dr
PARKER, TX 75002

Purnachandra Rao Ravulapalli
22626 NE Inglewood Hill Rd Apt 811, Samm
Sammamish, WA 98074

Purnachandrarao Purugulla
2493 Gelding lane
Frisco, TX 75036

Pushpa Nyaupane
3716 Tranquil Lane
Austin, TX 78728

Qi Gu
11108 Lismore Lane
Matthews, NC 28105

Qi Liang Chen
12105 Pacific Ave Apt 1
Los Angeles, CA 90066

QIANG XIE
1907 HERING AVE
BRONX, NY 10461

Ql Aiksks
11232 bmore road
Baltimore, MD 21202

Quade Tate
213 Grant St
Chesapeake, VA 23320

Quan Le
10562 chamberlain Ave
Anaheim, CA 92804

Quang Che
11246 Hendon Ln Houston Texas 77072
Houston, TX 77072

Quang Hoa Nguyen
Xom 4 Sai Khe, Sai Son
Quoc Oai
Hanoi

Quang Hung Le
D51, Rio Vista, Phuoc Long B Ward, Thu D
Ho Chi Minh City 00100

Quang Tran
10015 Canright Way
San Diego, CA 92126

Queen Banor
16228 Lozano Street
Unit 7
Fontana, CA 92336

Queen Banor
16228 Lozano Street
Unit 7
Fontana, FL 92336

Quentin Evans
4121 Castell Dr
Fort Wayne, IN 46835

Quentin Miles
5454 Shaker Heights Lane
Raleigh, NC 27613

Quin OShaughnessy
119 West state st
Geneva, IL 60134

Quincy Babin
2878 lincoln ave
altadena, CA 91001

Quincy Babin
2878 Lincoln Avenue
Altadena, CA 91001

Quinn Lindeen
414 Birch Hill Drive
Sugar Land, TX 77479

Quinn Mazza
235 westlake ctr #366
daly city, CA 94014

Quoc Duy Duong
2855 Senter Rd
108
San Jose, CA 95111

Quoc Quang Nong
Le hong phong
295/17
Nha Trang 00065-1740

Quy Tran
12914 Ridge Bank Lane
Houston, TX 77041

Quyen Nguyen
525 Barnsley Cove
Fort Wayne, IN 46845

Quynh Duong
131 VILLAGE CENTER BLVD
Unit 3302
Myrtle Beach, SC 29579

Qyon Reeves
4545 N Lincoln Blvd
Oklahoma City, OK 73105

Raafia Fatima
801N Federal St, Apt 1134
Chandler, AZ 85226

Raafia Fatima
801N Federal St
Apt 1134
Chandler, AZ 85226

Raaghul Subramani
4713 Flat Bastion Dr
Raleigh, NC 27610

Rachel Driver
3230 SW Perkins Ave
Apt 112
Pendleton, OR 97801

Rachel Hein
10 Pine Lane
Irvington, NY 10533

Rachel Tooley
530 E Paces Ferry Rd. NE
#1208
Atlanta, GA 30305

Rachell Hunt
2712 MAYBROOK HOLLOW LANE
HOUSTON, TX 77047

Rachitha Onkar
808 N Lincoln Avenue
Apt 3 Urbana, Illinois
Urbana, Illioiis, IL 61801

Radaphon Souvandy
6047 Rochelle Drive
Fort Worth, TX 76123

Radha Devani
9830 Belmont St
Apt 142
Bellflower, CA 90706

Radhika Sathyakumar
90 Marc Drive
South Brunswick Township, NJ 08810

Radoslav Vachev
8307 25th Ave
Kenosha, WI 53143

Raeesh Vahora
235 Kirkwood Ln
Aurora, IL 60504

Rafael A Corral
2903 West New Haven Avenue
#601
West Melbourne, FL 32904

Rafael Abreu
285 Bering ln
Summerville, SC 29486

Rafael Aguilar
401 W 52nd St
Apt 5F
New York, NY 10019

Rafael Arias
250 Hill Road
Orofino, ID 83544

Rafael Artigas
4901 W Summerfield Dr
Highland, UT 84003

Rafael Ely
711 Arrowhead Trail
Cedar Park, TX 78613

Rafael Junio DeLima
1240 WRIGTH AVE
RICHMOND, CA 94804

Rafael Sanchez
2826 Peery Ave
Kansas City, MO 64127

Rafael Tru
3841 Harrison Ave
BROOKFIELD, IL 60513

Rafael Urdaneta
11205 NW 73RD ST
Doral, FL 33178

Rafael Van Hetten
87 Bragaw Ave
Newark, NJ 07112

Rafael Vargas
6 reenstra ct
Paterson, NJ 07522

rafal paruch
3927 N. Oriole AVE
chicago, IL 60634

Rafal Ziolkowski
11122 77 Rd
Forest Hills, NY 11375

Rafaury Baez
7743 warwick st.
Detroit, MI 48228

Rafay Tai
6422 oak burl ct
Sugar Land, TX 77479

Rafiul Asif
3809 Thousand Oaks Cir
Salt Lake City, UT 84124

Raghu Chukkapalli
1400 Sandy Bottom Dr NW
Concord, NC 28027

Raghuvaran Reddy Julakanti
112 Basalt Ridge Dr
Holly Springs, NC 27540

Rah Gz
1822 13th st
Sacramento, CA 95811

Rahat Khalique
106-03 177th ST. 1st FL
Jamaica, NY 11433

Rahul Popli
30 Luminosa
Lake Forest, CA 92630

Rahul Raja
3207 Buckley Road
Suite 111
North Chicago, IL 60064

RAHUL RAO
508 E AVENUE J UNIT C
GRAND PRAIRIE, TX 75050

Raj Gourav
4510 Forsyth Pl
Indian Land, SC 29707

RAJ JAKKANI
829 Expedition Way
Round Rock, TX 78665

Raj kakadia
2600 East Renner Road
Apt 148
Richardson, TX 75082

Raj Sajankila
60 DAVIDS CT
DAYTON, NJ 08810
DAYTON, NJ 08810

Raj Sitapara
4250 Campus Dr NE
Lacey, WA 98516

Raj Tajale
2218 menard st
303
St. Louis, MO 63104

RAJA ALAPARTHI
793 QUARTER HORSE LANE
FRISCO, TX 75036

Raja Mani
2139 Naplechase Crest Dr
Spring, TX 77373

Rajanikant Maru
3161 Sunridge Heights Parkway
Apt 2103
Henderson, NV 89052

Rajansher Khehra
4 Polo Rd
Massapequa, NY 11758

Rajasekaran Kandhasamy
11014 Corner Stone Lane
Monrovia, MD 21770

Rajasekhar Maddike
13283 tall grass trl
Frisco, TX 75035

Rajashekar Sirimulla
9253 CAPE VERDE DR
SEFFNER, FL 33584

Rajeev kumar Kurakula
457 Duggins pt
Apex, NC 27523

Rajendra Movva
2251 Jenna Ln
Prosper, TX 75078

Rajendra Tota
10025 Mamillion dr
HUNTERSVILLE, NC 28078

Rajesh Arora
14337 Harvest Moon Road
Boyds, MD 20841

rajesh jaladi
5504 North Dublin Ranch Drive
Dublin, CA 94568

Rajesh Jasani
23111 Dunlop Heights Terrace
Ashburn, VA 20148

Rajesh Kannan Ethiraj
711 Greymoor Pl
southlake, TX 76092

Rajesh pingili
17900 Ridgewood Pl
Round Hill, VA 20141

Rajesh Singh
2 Ailanthus Court
Wildwood, MO 63005

Rajesh Vijayan
5170 Red River Ave SW
Wyoming, MI 49418

Rajeshwar Hanmiah
2840 East River Road
Grand Island, NY 14072

Rajiv Ramroop
260 Saint Cloud Ave
260 Saint Cloud Ave, NJ 07052

Rajkumar Kakadia
2600 East Renner Road
Apt 148
Richardson, TX 75082

RAJNEEL ANAND
3435 routier rd
125
sacramento, CA 95827

Rajpartap Singh
9514 Merrimont Trace Cir
Bristow, VA 20136

Rakesh Chaudhary
206 east oates rd
104
Garland, TX 75043

Rakesh Somasundaram
70 Oakhurst Lane
Mount Laurel, NJ 08054

Rakhman Salmanov
10B Tulip Street
Cos Cob, CT 06807

Ralf Cesar
205 S Front St
Lewisburg, PA 17837

Ralph Bray
PO Box 8
Broken Bow, OK 74728

Ralph Graceffa
22 Frankie Ln
Cumberland, ME 04021

Ralph Thompson
300
APT 827
PLANO, TX 75023

Ralph Trotman
2875 Crescent Parkway
apt 1185
Atlanta, GA 30339

Ram Bishwokarma
5013 Caryn Court
Alexandria, VA 22312

Rama Silwal
11244 hyde pointe ct
Charlotte, NC 28262

Ramachandra Kapilavayi
1068 Lake Forest Dr
Weddington, NC 28104

ramakrishna maguluri
2320 Avonleigh Drive
Cumming, GA 30041

Ramakrishna Rachuru
18965 64th Ave N
Maple Grove, MN 55311

Rambabu Akula
29 Corbel Dr
Greer, SC 29650

Ramendher Busireddy
516 Samaritan Dr
Keller, TX 76248

Ramesh Pitchaiah
1001 oregon way
Milpitas, CA 95035

Ramie Heo
294 Hickory Hedge Dr
Ballwin, MO 63021

Ramil Ali
723 N Dekalb Street
Philadelphia, NY 19104

Ramil Jimenez
380 KNICKERBOCKER RD
APT 2A
DUMONT, NJ 07628

Ramil Rillo
8623 Napa Landing
Boerne, TX 78015

Ramon Bejarano
3265 Westridge Dr
Las Cruces, NM 88005

RAMON ESPARZA
516 n 7th St
DONNA, TX 78537

ramon soto
3077 Preston Way
Bridgeville, PA 15017

Ramses Nemb Katta
15339 Keystone Bend Ln
Houston, TX 77429

Ramya Mahendran
1025 Baldwin Avenue
402
Waukegan, IL 60085

Rana Ali
8605 60THH RD
1C
Elmhurst, NY 11373

Rana Hassan
191 Robby Lane
Manhasset Hills, NY 11040

Randal Hajner
11808 Fan Tail Lane
Orlando, FL 32827

Randall Cleary
108 Basalyga Street
Jessup, PA 18434

Randall McCullough
8090 Keowee School Rd.
Seneca, SC 29672

Randy Mctizic
1020 Isenberg Street
Honolulu, HI 96826

Randy Rogers
25892 Nimes Court
Mission Viejo, CA 92692

Rani Kour
2500 Knights Rd
Apt 46-03
Bensalem, PA 19020

Ranjith dharanikota
9893 Derbyshire Dr
Frisco, TX 75035

Ranuga Naotunne
120 holiday dr
Ardmore, OK 73044

Raonak Ahmad
1913 Sadler Drive SE
Smyrna, GA 30080

Raphael Enriquez
110 E Ridge Ln
Payson, AZ 85541

Raphael Machin
9472 SW 77 AVE
APT P6
Miami, FL 33156

Raphiel Pichardo
834 Redwood Ave
Reading, PA 19610

Raquel Valencia
435 Cherry Vista Dr
Perris, CA 92571

Rasaq Akinwunmi
462 Olienhout Close, Savannah Country Es
462
Pretoria, GP 00081

Rashard Garrett
5825 COUNTRY VALLEY LN
FORT WORTH, TX 76179

Rashaun Walker
601 Old Brass Dr
Columbia, SC 29229

Rashedah Dishman
2929 Watson Blvd
ste 106
Warner Robins, GA 31088

Rasheedah Minor
6608 N Western Ave #275
#275
Oklahoma City, OK 73116

Rashida Simmons
2849 Dallas Street
323
Kennesaw, GA 30144

RASHMI RAGHUKUMAR
600 suntree lane
606
Pleasant hill, CA 94523

Ratanachai Surarith
545 E. San Jose Ave.
Apt 207
Burbank, CA 91501

Raul Arenas
4401 Hickory Tree RD
PLANO, TX 75180

Raul Garcia
310 S SCHUERBACH RD
MISSION, TX 78572

Raul Martinez
10901 Linwood Ct
La Porte, TX 77571

Raul Rivera-Rivera
87 Park Ave
Boonton, NJ 07005

Raul Vasquez
11419 S New Hampshire Ave
#6
Los Angeles, CA 90044

ravi chandra reddy matavalam
7739 La Haye Dr
Irving, TX 75063

Ravi Dyavanapelli
10243 GLEAN ST
FRISCO, TX 75035

RAVI POTTAPINJARA
33 Hempstead Dr
Newark, DE 19702
Newark, DE 19702

Ravikiran Thummalapenta
5729 Demi Sec Dr
McKinney, TX 75070

RAVINDER THOTA
280 Idaho Street
Paramus, NJ 07652

Ray Bishun
3935 51st Street
3C
Woodside, NY 11377

Ray Cogswell
2556 Parkdale Ave
Simi Valley, CA 93063

Ray Hutson
13813 Bianca Ct
Pickerington, OH 43147

Ray Jackson
4909 Ruby Crest Court
Santa Maria, CA 93455

Ray Lovell
17825 w 1000 n rd
reddick, IL 60961

Ray Maldonado
4202 N 86th Drive
Phoenix, AZ 85037

Ray Soriano
17768 W Watson Lane
Surprise, AZ 85388

Ray Stanley Harris III
2078 2nd Avenue
7A
New york, NY 10029

rayanah lizardo
3500 data dr
apt 198
rancho cordova, CA 95670

Rayhan Rizqi
7627 E Onyx Ct
Scottsdale, AZ 85258

Raymond Bennett
44 west 39th street
Green Girl Printing
New York, NY 10018

Raymond Diaz
1114 Hudson Dr
Mansfield, TX 76063

Raymond Dickens
240 Nestor Court
ROSWELL, GA 30076-3555

Raymond Espinosa
19418 11TH PL S
DES MOINES, WA 98148

raymond estrada
329 Autry Drive
Burleson, TX 76028

Raymond Ferretti
124 Glory Maple Ln
DOWNINGTOWN, PA 19335-1535

Raymond Fladung
980 S Ames St
Lakewood, CO 80226-4816

Raymond Lin
146-38 59 ave
Flushing, NY 11355

Raymond Neal
2393 Page st
Ringgold, LA 71068

Raymond Ng
3935 Bresee Ave
Baldwin Park, CA 91706

Raymond Shian
7431 Zonal Ave
Las Vegas, NV 89131

Raymond Summar
1505 Summer Lane
Decatur, AL 35601

Raymond Wright
3611 SW 39TH Ave
West Park, FL 33022

Rayyan Khan
21111 Caddo Heights St
Richmond, TX 77407

reagan mendoza
1419 Ashwood Drive
Martinez, CA 94553

Rebeca Cojocari
79 Wind Stone Dr
Asheville, NC 28804

rebeca gilling
275 NW 40th street
MIAMI, FL 33127

Rebecca Lauderdale
608 South 34th Avenue
Hattiesburg, MS 39402

REBECCA PRUDHOMME
1875 PINE GROVE ROAD
KEITHVILLE, LA 71047

REBECCA QIU
37 Mulberry Lane
Holmdel, NJ 07733

Reed Malcolm
944 Sunburst Lane
Altoona, IA 50009

Reema Singh
1921 Napa Valley Dr
Waxhaw, NC 28173

Reena Shamirpet
Clear Haven
Coppell, TX 75019

Reginald Deligent
2101 Southwest 32nd Terrace
Fort Lauderdale, FL 33312

Reginaldo dos santos
523 bruce avenue, stratford, CT 06615 US
stratford, CT 06615

Rein Ochotorena
69 E Stevenson
Glendale Heights, IL 60139

Reinaldo Fevry
5660 W Villa Theresa Drive
Glendale, AZ 85308

Remy Maurice
430 W Hanover St
Trenton, NJ 08618

Remy Phaophongsavath
628 McLellan Dr
South san francisco, CA 94080

Ren Gong
9545 Oviedo St
San Diego, CA 92129

Renata Waltos
6518 Palo Verde Drive
Rockford, IL 61114

Renato Alvesmagalhaes
940 NW Fresco Way
#107
Jensen Beach, FL 34957

RENATO MIRANDA DE CARVALHO MELO
1900 Blue Oaks Blvd, 1224
1224
Roseville, CA 95747

Rene Rosa
347 pink azalea ter se
leesburg, VA 20175

Rene Villegas
1212 E Juarez
Pharr, TX 78577

Reneisha Brown-Lewis
8551 Deer Chase Drive
317
Riverview, FL 33578

Revanth Bobba
10789 Deerfield Trail
Kalamazoo, MI 49009

Rey Del Rosario
7041 Rogers Street
Las Vegas, NV 89118

Reya Long
8811 Rainesville Ln
Houston, TX 77075

REYDORF DAVIDSON
3751 OLIVILLE AVE 3, BRONX, NY 10467 US
3
Bronx, NY, NY 10467

Reynald Oliveros
15826 terrace dr
Oak Forest, IL 60452

REZA SADAT ABHARI
14600 ANTIETAM CT
SILVER SPRING, MD 20905

Reza Zadegan
2009 Verde Lane,
GREENSBORO, NC 27455-1290

Rezwan Choudhury
8050 Kenton Avenue
1S
Skokie, IL 60076

Rheden Hernandez
12572 Oak Knoll Road Apt E13
E13
Poway, CA 92064

Rhenell Hernandez
10272 Antrim way
San diego, CA 92126

Ricardo Baez
47 Saint James Street
Apt B
Roxbury, MA 02119

Ricardo Cadet
9011 Avenue L
Brooklyn, NY 11236

Ricardo Lopez
83581 denver ave
Apt 240
indio, CA 92201

Ricardo Moodie
403 Swawel Avenue
Oudtshoorn, WC 06625

Ricardo Muller
1040 NE 151 TER
North Miami Beach, FL 33162

Ricardo Samson
91-1082 Nihopeku St.
Kapolei, HI 96707

Ricardo Zapata
2001 Meadow View Dr
San Marcos, TX 78666

richard beneilezer
5947 valkieth dr
houston, TX 77096

Richard Bennett
40823 HWY 133
Paonia, CO 81428

Richard Cervarich
3606 West Cortland Street
Chicago, IL 60647

Richard Cheng
2704 Parsons Boulevard
3D
Flushing, NY 11354

Richard Cheng
2704 Parsons Blvd
3D
Flushing, NY 11354

Richard Dupre
710 Reagan Heights
Apt 101
Colorado Springs, CO 80921

Richard Finley
2725 Pavich Dr
Council Bluffs, IA 51501

Richard Foo
2888 Swanee Lane
Fairfax, VA 22031

Richard Harper
2701 Owens Rd SW
Conyers, GA 30094

Richard Ho
9305 Old Frederick Rd
Ellicott City, MD 21042

Richard Huynh
5938 154th Pl
Flushing, NY 11355

Richard Jara
3930 Sherbourne Drive, Independence, KY,
Independence, KY 41051

Richard McGuire
321 Pond St
Boston, MA 02130

richard morales
3862 39th st
apt 2
san diego, CA 92105

Richard Oliveira
1740 gertie avenue
Salt lake City, UT 84116

Richard Owens
1200 Courtland Ave
Florence, SC 29505

Richard Redruello
14531 SW 93rd Terr
Miami, FL 33186

Richard Schoville
814 S Gammon Rd
Unit 3
Madison, WI 53719

Richard Stone
8501 nw 24 ct
Sunrise, FL 33322

Richard Stype
650 S Lowell St
Apt 229
Portland, OR 97239

Richard Tracy
18252 Holland House Loop
Land O Lakes, FL 34638

Richard Tsu
2174 E Wellington Ave
Santa Ana, CA 92701

Richard Ullmann
3079 Kelly Street
Scottdale, GA 30079

RICHARD VASQUEZ
4121 E PUEBLO AV
MESA, AZ 85206

Richard Versales
333 E. Fairview Ave.
103
Glendale, CA 91207

RICHARD WALDEN
9940 E. TUMBLEWEED AVE
MESA, AZ 85212-9147

Richard Williams
2257 ALASKA AVE
PROVO, UT 84606

Richard Wira
2008 Mossberg Dr
Plano, TX 75023

Richard Young
911 Bridgeway Circle
EL SOBRANTE, CA 94803

richard zhang
1418 aldine st
philadelphia, PA 19111

Richard Zhou
27651 Panola Place Ln
Fulshear, TX 77441

Richardo Louise Corpuz
29 N 28Th St
APT 25E
Las Vegas, NV 89101

Richpal Singh
1945 Peachbluff dr
duluth, GA 30097

rick dubois
97 Thomas Street
Bloomfield, NJ 07003

Ricky Bonds
1817 woodridge circle
hickroy, NC 28602

Ricky HO
13611 Hamlin St.
VALLEY GLEN, CA 91401

Ricky Savanna
13609 Anthem Ave
Euless, TX 76040

Ricky Sease
125 Morningwalk Ln SW, Huntsville, AL 35
Huntsville, AL 35824

Ricky Yim
936 Hart St.
Brooklyn, NY 11237

Rigaud Durandisse
48 Robin RD
Westboro, MA 01581

Ripal Patel
77 brookside drive
Glendale Heights, IL 60139

Rishi Sheth
5 Shady Tree Lane
Colts Neck, NJ 07722

RITESH NAIK
10842 CAMINO RUIZ
D
SAN DIEGO, CA 92126

Rithvik Krishna
141 Stanford Court
Irvine, CA 92612

Ritika Bhandari
347 W Brush Pl
Mountain House, CA 95391

Ritzson Desire
25 Old millstone Dr
Unit 32
East Windsor, NJ 08520

Riya Desai
338 tappan st
Boston, MA 02445

Rizqi Indrawan
7627 E Onyx Ct
Scottsdale, AZ 85258

Roan van der Merwe
DIxon Road
Brettenwood Garden Estate Unit 122
Witbank, MP 01043

rob swanson
5036 Mills Canyon Rd.
Entait, WA 98822

Robbie Savage jr
67 lathrop rd
uncasville, Connecticut 06382-0000

Robby Fowler
1407 PRINCETON AV LONGVIEW TX 75601
Longview, TX 75601

Robby Im
42 E Ruby Ave
B
Palisades Park, NJ 07650

Robby Mercier
15399 ne 6th ave
A111
Miami, FL 33162

Roberline Louis
7124 Colony club drive
Lake worth, FL 33463

Robert Abad
7201 Zest St
San Diego, CA 92139

robert aguirre
19336 De Marco Road
Riverside, CA 92508

Robert Anania
51 Berkshire Way
Westbrook, ME 04092

Robert Andersen
90 Harp Ln.
Sayville, NY 11782

Robert Baca
11104 Canton Ave
Lubbock, TX 79423

Robert Banks
3722 Deerfield Street
High Point, NC 27265

Robert Brown
1371 Marilyn Ct
Hollister, CA 95023

Robert Calderon
1299 Knox Court
Unit 223
Denver, CO 80204

Robert Campbell
500 St Michael Drive
Space D-41
Texarkana, TX 75503

Robert Carpenter
13533 Snooze Lane
Mint Hill, FL 28227

Robert Chin
253 SW 2nd Ct
Deerfield Beach, FL 33441

Robert Choroszewski
3638 N Newcastle Ave
Chicago, IL 60634

Robert Colling
217 West Circle Dr
Russellville, AR 72801

Robert Cooper
1377 West Smoke Tree Ave
San Tan Valley, AZ 85140

Robert Costa
640 Boston Ave
Unit 503
Medford, MA 02155

Robert Dizon
14340 w 9 Mile Rd
Oak Park, MI 48237

Robert Dobes
2027 Artesia Blvd
Apt F
Torrance, CA 90504

ROBERT EASON
4310 CINDY RD
Lakeland, FL 33810-5443

ROBERT EGGLESTON
3151 Crystal Drive
PO BOX 439
Beulah, MI 49617-0439

Robert Ellison
1332 Dan Fowler Rd
Dahlonega, GA 30533

Robert Essex
133 Connemara Drive
Granville, OH 43023

Robert Fowler
PO Box 11181
Conway, AR 72034

Robert Freisner
1850 Rugged Trl
Midlothian, TX 76065

Robert Gagnon
2315 Stone Creek Trl
Billings, MT 59106

Robert Gasper
6413 Partlow Rd
Spotsylvania, VA 22551

Robert Gates
4740 Dundee Rd
Jacksonville, FL 32210

Robert Gates
841 oak ridge road
saint augustine, FL 32086

Robert Gatson
9227 Hemphill Drive
Fort Wayne, IN 46819

Robert Harp
1049 Edenbrooke Circle
Anderson, SC 29621

Robert Hartzell
2593 Montreal ST
Jacksonville, FL 32233

Robert Hayden
938 Southernside Lane
O FALLON, MO 63368

Robert Hernandez
176 N Colorado st
Casa Grande, AZ 85122

Robert Herrera
417 N Carolina St
Houston, TX 77029

Robert Huizar
525 Alabama Dr
Lone Pine, CA 93545

Robert Ibarra
16115 South Post Road
Oklahoma City, OK 73165

Robert Lee
1201 PARKS AVE
Virginia Beach, VA 23451

Robert Levy
2 N 6th Pl
Apt 26G
Brooklyn, NY 11249

Robert Little
397 Elford grove rd
jonesville, SC 29353

Robert Liu
4910 Maricopa St.
Torrance, CA 90503

Robert Logan
10615 Vista Camino
Lakeside, CA 92040

Robert Ly
7173 S Durango Dr
Unit 111
Las Vegas, NV 89113

Robert Maierle
41467 Olivet Drive
Sterling Heights, MI 48313

Robert Masuda
7171 Galli Ct
San jose, CA 95129

Robert Masuda
7171 galli court
San Jose, CA 95129

Robert Means
7804 North 147th East Avenue
Owasso, OK 74055

Robert Melkonyan
18420 Hastings Way
Porter Ranch, CA 91326

Robert Menchen
2960 Pineridge Avenue
Cincinnati, OH 45208

ROBERT MILEAGE
109 Cordoba Ct
Goose Creek, SC 29445

Robert Necco
3521 Roanoke Street
Seaford, NY 11783

Robert Nogueira
518 Buxton St
North Smithfield, RI 02896

Robert Ouano
3150 E Ray Rd
Apt 336
Gilbert, AZ 85296

Robert Padron
6868 N Concord Ln
Niles, IL 60714

Robert Padron
6868 North Concord Lane
Niles, IL 60714

ROBERT PARDY
9713 RIDGEFOREST DRIVE
CHARLOTTE, NC 28277

Robert Pauley
1104 Goldenaster Ct
Celebration, FL 34747

Robert Pelletier
21515 Dunrobin Way
Yorba Linda, CA 92887

Robert Plunkett
18 SPRING LANE
YARDLEY, PA 19067

Robert Post
12 Randall St
Adams, MA 01220

Robert Powell
108 Green Rd
Riegelwood, NC 28456

Robert Radziwon
302 Emory Rd.
Mineola, NY 11501

ROBERT ROESKE
1050 E 10th ave
Blythe, CA 92225

Robert Rutter
317 4th Street South #309
La Crosse, WI 54601

Robert Rutter
319 4th St. So.
Suite 309
La Crosse, WI 54601

Robert Schoonover
15301 72nd St NE
Otsego, MN 55330

Robert Scott
13 W.Biddle Street
West Chester, PA 19380

Robert Scott
129 W. Union Street
West Chester, PA 19382

Robert Shaw
1736 E Elm Street
New Albany, IN 47150

Robert Sibila
348 Locust St N
Canal Fulton, OH 44614

Robert Silfies
625 ScotchGate Ter
Deland, FL 32724

Robert Singley
15122 SW Barcelona Way
Beaverton, OR 97007

Robert Staton
218 point hope lane
Hendersonville, NC 28792

Robert Taylor Anderson
8932 W 140th
2D
Orland Park, IL 60462

Robert Thomas
CMR 411 Box 5664
APO, AE 09112

Robert Thomas
1632 Regal Cove Ct
Kissimmee, FL 34744

Robert Vang
1100 4th Street
SAINT PAUL PARK, MN 55071

Robert Walter
8802 Aubrey Ln
Richmond, TX 77469

Robert Waltos
6518 Palo Verde Drive
Rockford, IL 61114

Robert Wilson
9112 S Harper Ave
Chicago, IL 60619

Robert ZHang
960 W 7th St 2107
Los Angeles, CA 90017

Robert Zhang
225 S Milvale Ave Apt3
Pittsburgh, PA 15224

Roberta Lee
60 Sunrise Ct
Deatsville, AL 36022

roberto avila
10735 sw 3rd st
apt 2
miami, FL 33174

Roberto Cean
3089 Three Rivers Rd
Punta Gorda, FL 33982

Roberto De Varona Lugo
1912 Country Drive
Apt 302
Grayslake, IL 60030

Roberto Galas
2209 Robert Wynn St
El Paso, TX 79936

ROBERTO GAMEZ
5368 Bogie Ct.
Riverside, CA 92509

Roberto Jose Guzman Sanchez
2800 SW 35th Pl
2510-D
Gainesville, FL 32608

Roberto Rivera
8 E Mcneal St
Millville, NJ 08332

Roberto Salinas
1807 Galveston St.
Laredo, TX 78043

Robi Komalan
274 HAYES RD
SCHUYLERVILLE, NY 12871

Robiel Sium
23 maine avenue
18
Richmond, CA 94804

Robin Taylor
27955 RIATA RANCH DR
SAN ANTONIO, TX 78261

ROBINSON LEVEILLE
2125 SAINT RAYMOND AVE APT 7I
Apt 7i
BRONX, NY 10462

Rocco Avellino
14254 84th ter.
Seminole, FL 33776

Rochelle Evans-Walker
1264 WILLISTON DR
LAWRENCEVILLE, GA 30044

Rociado Jennings
422 W Taylor St.
Taylor, PA 18517

Rockberto Najera
102 W Palomino Dr
Unit 203
Chandler, AZ 85225

Rod Burlamaqui
3419 N Cook Rd
PowderSprings, GA 30127

Roderick Hines
3440 East kiehl ave
4006
Sherwood, AR 72120

roderrick hall
5039 ramillie run
winston-salem, NC 27106

Rodi Moran
13322 Chenin Blanc Ct, Apple Valley, CA
apple valley, CA 92308

Rodney Aguilera
1265 Lorenzo Rd
Chula Vista, CA 91913

Rodney Aguilera
1265 Lorenzo Rd
Chula Vista, FL 91913

Rodney Carlson
612 grand Ave
Apt d4
Creston, IA 50801

Rodney Dugue
184-35 Henley Road
Jamaica, NY 11432

Rodney Mayfield
82743 Crest Ave
Indio, CA 92201

Rodrigo Bravo
8235 Chatham Manor Blvd
Apt 5102
Orlando, FL 32821

Rodrigo Morales Cabrera
4114 camino de la plaza
20a
San ysidro, CA 92173

Rodrigues Aggison
155 Briley Ave
Opelousas, LA 70570

Rody Kinslow
24244 E 710Rd
Dover, OK 73734

Roel Garcia Roman
17908 Woodruff ave
apt 24
Bellflower, CA 90706

Roeun Houn
1000 Runell Road
LOUISVILLE, KY 40214

Rogelio Aguirre
2720 E Plum St
Laredo, TX 78043

Rogelio Oates
828 midwood st.
apt 5c.
brooklyn, NY 11203

Roger Bravo
6685 W 26th Ct apt 102
Hialeah, FL 33016

roger moore
3518 postwood dr.
spring, TX 77388

Roger Nolan
3490 Rd P NW
Quincy, WA 98848

Roger Shaw
5 Forest View Nottingham Road
Stutterheim, EC 04930

Roger Sohn
4998 S Olivia Way
Ontario, CA 91762

Roger Vermeulen
9138 Seagrove Dr
Dallas, TX 75243

Roger Wienke-Bardinal
5753 Hwy 85 N, #3303
Crestview, FL 32536

rogerio Ribeiro
5304 ne 6th ave
apt G
Oakland Park, FL 33334

Rogers Akembom Jr
410 Groveland Ave
Apt. 1002
Minneapolis, MN 55403

rohan barclay
226 jefferson street
sterling, CO 80751

Rohan Patel
3 Rue Cezanne
Somerset, NJ 08873

Rohit Deshmukh
27600 Havenhill ln
Los Gatos, FL 95033

ROHIT KUMAR
GGS STREET
NY, NY 10011

ROHIT KUMAR GUTTULA
4825 ODUM VIEW LN
CUMMING, GA 30040

Roji John
11102 Terrace Bluff Dr
Austin, TX 78754

Roland Reyes Jr.
1491 Kernodle Landing Dr
Burlington, NC 27217

Roldan Ramirez
15261 eagle bay way
Apple Valley, MN 55124

Rom Jonathan Ico
8193 Sienna Loop
Roseville, CA 95678

Roman Bereza
3600 Gateway Dr
Apt 509
Philadelphia, PA 19145

Roman Spaid
301 E. 40th St
Sioux Falls, SD 57105

Romanelyn Tan
18880 Caminito Cantilena
Unit 57
San Diego, CA 92128

Rome Jone
4006 Bryant Ct
Cypress, CA 90630

Romeo Patel
119 Peter St
Unit 407
Union City, NJ 07087

Ron Adams
1453 w ten mile rd
Cantonment, FL 32533

Ron Trammell
55 Hunters Lane
Rossville, TN 38066

Ronak Chaudhari
1074 Copperfield Lane
E
Schaumburg, IL 60193

Ronak Parekh
60 Ruby Ln
Plainview, NY 11803

Ronak Shah
3971 Orth St
Bethlehem, PA 18020

Ronald Abreu
2251 Sedgwick ave
2C
Bronx, FL 10468

Ronald Bales
66 S Monterey St
Gilbert, AZ 85233

Ronald Benedetti
5 Deerfield Dr
Wyoming, RI 02898

Ronald Bilbrey
2165 Westmont Street
Geneva, AL 36340

Ronald Dang
3087 Florence ave
San jose, CA 95127

Ronald Deveaux
6024 South Croft Avenue
Los Angeles, CA 90056-1613

Ronald Menold
147 Comanche Drive
Oceanport, NJ 07757

Ronald Spinks
2718 Cedar Lane
Richmond, TX 77406

Ronald Sukhdeo
186 Crown Ave
Elmont, NY 11003

Ronald Tupas
1249 W. Apache Ln
Lakeside, AZ 85929

Ronald Vongphachamk
3936 Woodlane Ave.
Haltom City, TX 76117

RongJie Cai
1226 W GrandPkwy S
616
katy, TX 77494

Roohil Hamid
1230 Cuyamaca Ave
spring valley, CA 91977

Roosevelt Sharpe
PO Box 920300
Arverne, NY 11692

Roosevelt Tate
914 Woodland Rd
Creedmoor, NC 27522

Rooslaine Charles
7008 Hiawassee over look Drive
Orlando, FL 32835

Rory Miller
3420 Chaffin Drive
Richland Hills, TX 76118

Rosa Cota
10 Doroteo St.
Rio Grande City, TX 78582

Rosalio Veliz
1503 viewridge dr
san antonio, TX 78213

ROSALYN CANTUE
1307 Berry Lane
Longview, TX 75602

Rosevone Byrd III
3053 Summit Dr
Fultondale, AL 35068

Roshawn Finn
72 Westland St
Hartford, CT 06120

Ross Brown
4745 40th ave sw
Apt 614
Seattle, WA 98116

Ross Jekel
2002 211TH PL SW
Lynnwood, WA 98036

Ross Stevens
1438 Hart Rd
Lebanon, OH 45036

ROSTI STAR
21205 Yacht Club Dr
709
AVENTURA, FL 33180

Rotchild Pierre
6 maple st
wyandanch, NY 11798

Rothschild Lormilus
618 Erudo street
Linden, NJ 07036

Roussena Rouzard
658 Sun Ridge Blvd
Avon, IN 46123

Rowan Wikohika
2241 Lucia Ct
Rancho Cordova, CA 95670

Roxanne Felarca
5918 Eldora Dr
College Station, TX 77845

Roxanne Gates
2302 North Central Avenue
Unit 214
Phoenix, AZ 85004

Roxanne Vila
45 Zugibe ct
West Haverstraw, NY 10993

Roy Blue
7549 Leland Station Drive
Apt 205
Leland, NC 28451

Ruan Steinhobel
2367 Talisker avenue,
Spearfish, SD 57783

RUBALDEEP pawra
3062 Generation Way
Greenwood, IN 46143

Ruben Amor Palisoc
1400 Pensacola St.
#602
Honolulu, HI 96822

Ruben Brambila
14514 W Sierra St
Surprise, AZ 85379

Ruben Garcia
11802 Asher Ln
Balch Springs, TX 75180

Ruben Maldonado Jr
3929 W 110th St
Inglewood, CA 90303

Ruben Marchuk
28438 37th Ave S
Auburn, WA 98001

ruchan darai
1618 fordem ave
209
madison, WI 53704

Rudolf Boquiron
804 NW 170th Ter
Pembroke Pines, FL 33028

Rudolph Smith
2045 W 137th Terrace Apt 141
Leawood, KS 66224

Rudy cala Rodriguez
24331 ivory sunset ln
KATY, TX 77493-3137

Rueben Bellard
159 Cypress Bend Road
Scott, LA 70583

Ruel Anselmo
1109 w 190TH sT
Ste A
Gardena, CA 90248

Rumesa Majid
27219 Liberty Heights Lane
Fulshear, TX 77441

Rupeshkumar Varadarajan
1004 Verdigris Way
Odenton, MD 21113

Rush Chapman
4200 Miami Church Road
Concord, NC 28025

Rushil Thakar
601 WESTFORD PLACE
OSWEGO, IL 60543

Rusin Andonov
11444 Weston Course Loop
Riverview, FL 33579

Ruslan Gendelman
92 Driggs Street
Staten Island, NY 10308

Ruslan Volosevych
2245 SONOMA DR E
Nokomis, FL 34275

Russell Griffin
5810 Longview Cir
Bridgeville, FL 15017

Russell Pitts
56 Ximeno Ave
apt 2
Long Beach, CA 90803

Russell Shoemaker
29 Timothy drive
West Bridgewater, MA 02379

Russell Thompson
3405 Guava St
Cocoa, FL 32926

Ryan Arnone
11608 West Granville Drive
Marana, AZ 85653

Ryan Babaan
5490 Noble drive
Indianapolis, IN 46234

Ryan Baldwin
1002 County Road 148
Gatesville, TX 76528

Ryan Beck
2912 Hawthorne Ave
104
Dallas, TX 75219

Ryan Berg
310 Pine Swamp RD
Elverson, PA 19520

Ryan Boone
230 Geddes St
Wilmington, DE 19805

Ryan Canon
777 Brickell Ave #500-9811
Miami, FL 33131

Ryan Carver
20915 Church Lake Dr E
Bonney Lake, WA 98391

Ryan Crisp
1024 West End Street
Bolivar, TN 38008

Ryan DeBlis
712 West 47th Street Place
Kearney, NE 68845

Ryan Dennewitz
2686 midnight pearl
Sarasota, FL 34240

Ryan Elezra
2228 Sky Pointe Ridge Drive
Henderson, NV 89052

Ryan Fullington
8500 MARYLAND AVE
513
SAINT LOUIS, MO 63124

Ryan Garaygay
4100 Manzanita Ct
Vancouver, WA 98661

Ryan Geddes
55 School House Road
Northfield, FL 06778

Ryan Hage
426 Ridgemont Way
Lawrenceville, GA 30046

Ryan Howarter
300 N McLean Blvd
Elgin, IL 60123

Ryan Humenick
300 Buchanan St
APT 501
San Francisco, CA 94102

Ryan Kandels
75 Gannet Ct
Wayne, NJ 07470

ryan kreutzer
530 drafthorse pl
norco, CA 92860

Ryan Kwon
710 W Grand Ave
APT 2417
Escondido, CA 92025

Ryan Kwon
710 West Grand Avenue
Apt 2417
Escondido, CA 92025-2506

Ryan Lane
431 w acacia st
Brea, CA 92821

Ryan Loughlin
108 Second Ave
Apt 1A
Bradley Beach, FL 07720

Ryan Lu
187 Accacia Street
Daly City, California 94014-0000

Ryan Magee
659 Calle Miramar
Redondo Beach, CA 90277-6447

Ryan Mercado
406 County Road 2218
Cleveland, TX 77327

Ryan Monaco
800 Evan ln
Lake Villa, IL 60046

Ryan Moon
11 Warwick Ave
2
Fort Lee, NJ 07024

Ryan Myint
1002 Westgard St
Union City, CA 94587

Ryan Nguyen
215 green street
Martinez, CA 94553

Ryan Nogot
126 Croft Row
Lafayette, LA 70503

Ryan Painter
5660 Eagle Parkway
Apt 3
Ferndale, WA 98248

Ryan Paul
8 Stoothoff Dr
New Hyde Park, NY 11040

Ryan Pegels
1221 1st Ave
Apt 1715
Seattle, WA 98101

Ryan Pennebaker
144 Dub Hilton Dr.
Florence, MS 39073

Ryan Peterson
101 w high st
Unit 385
Mount Vernon, OH 43050

Ryan Pieper
225 fort johnson dr
Summerville, SC 29486

Ryan Polacco
151 Pine Street
Kingston, NY 12401

Ryan Porter
2901 Barton Skyway
2503
Austin, TX 78746

Ryan Reckling
14920 81st ave se
Snohomish, WA 98296

Ryan Reed
120 TOMAHAWK DR
52
Pocahontas, IL 62275

Ryan Reines
2954 Diamond Street
Apt 3
San Francisco, CA 94131

Ryan Respeto-hardy
11551 ne state rd 24
Archer, FL 32618

Ryan Singh
6533 Fillmore St
Hollywood, FL 33024

Ryan Socks
13313 New Port Court
Hagerstown, MD 21742

Ryan Spotts
1132 Hidden Valley Rd
West point, CA 95255

Ryan St. Clair
6104 S Emery
Mesa, AZ 85212

Ryan Stanley
9105 Torrence Creek Ct
Huntersville, NC 28078

ryan sweet
743 braxton road
ridley park, PA 19078

Ryan test
11 ventnor court
waretown, NJ 08758

Ryan Tsungai Mungoni
4666 299th Street Kuwadzana 6 Harare
Harare, Zimbabwe

Ryan Turner
1620 East Riverside Drive
73228
Austin, TX 78741

Ryan Utterback
3714 Crown Point Ave
Omaha, NE 68111

Ryan Vergara
1161 Lucienne St.
Pomoma, CA 91766

Ryan Vo
15641 spar st
Garden grove, CA 92843

Ryan Vojtkofsky
39180 Citation Place
35101
Farmington Hills, MI 48331

RYAN WARD
76 Glenns Road
Severna Park, MD 21146

Ryan Whittaker
189 Northridge Ter
Medford, OR 97501

ryan williams
305 NE 38TH ST
BOCA RATON, FL 33431

ryan wolff
7007 crimson shadow st
north las vegas, NV 89086

Ryder Dobson
315 Briarwood Ct
Marietta, GA 30068

Ryder Stejskal
901 Sir James Bridge
Las Vegas, NV 89145

Ryker Purdy
2609 Fairwood Dr
New Braunfels, TX 78132

Ryleigh Henderson
161 Lakehurst drive
Vacaville, CA 95687

Ryon Seymore
1822 S 39th St #118
Mesa, AZ 85206

Saad Hussain
21381 Trebuchet
Kingwood, TX 77339

Saatvik Sandal
24719 90th Ave
Bellerose, NY 11426

Sabin Breitling
11885 W McDowell rd crystal springs
1026
Avondale, AZ 85392

Sabirah Salau
4443 Crooked Creek Drive
Jacksonville, FL 32224

Sabrina Stephenson
1027 Sutton Ct
Uniondale, NY 11553

sacha castellani
15 van dorn st
saratoga springs, NY 12866

sacha delamarre
27930 cabot rd. #545
laguna niguel, CA 92677

Sacha Delamarre
27930 cabot rd
545
Laguna niguel, CA 92677

Sachihiko Kanda
7015 Fairmount Avenue
El Cerrito, CA 94530

Sachin Bhakta
109 Menkar
Irvine, CA 92618

Sada Krishnan
7922 Pacific Spring Ln
Richmond, TX 77407

Sadasiva Murthy Koppu
5915 SYDNEY PARK LN
SUGAR LAND, TX 77479

Sadasiva Murthy Koppu
5915 SYDNEY PARK LN
SYDNEY PARK LN
SUGAR LAND, TX 77479

Sadek Sadek
2755 Clayton St
Philadelphia, PA 19152

Sadman Shipar
88-39 Hollis Court Blvd
Queens Village, NY 11427

Safik Momin
5915 Continental Dr
Rosenberg, TX 77469

Sagar Patel
2220 Adler Dr NE
Brookhaven, GA 30319

SAGARIKA NADADUR
14001 AVERY RANCH BLVD
UNIT 401
AUSTIN, TX 78717

Saheed Oyetunde
938 Seneca Road
Great Falls, VA 22066

Sahil Asim
1000 Skokie Blvd
Apt 538
Skokie, IL 60062

Sahil Asim
8025 skokie blvd
Apt 209
Skokie, IL 60077

Sahil Batra
1544 Lebanon Pike
Nashville, TN 37210

Sahil Dhir
32428 Deborah Drive
Union City, CA 94587

Sai kishan Yarraganti
7424 Yearwood dr
Mckinney, TX 75071

Sai Praneeth Paruchuri
138 Teasel Cmn
Livermore, CA 94551

Sai Seetharam Garimella
1000 Kiely Blvd
Apt 70
Santa Clara, CA 95051

Said Abuzahrieh
178 Bay 25th Street, Brooklyn
2
Brooklyn, NY 11214

Saied Hassaninia
8906 Vickroy Terrace
Oviedo, FL 32765

Saif Chaudhry
1439 Ocean Ave
A9
Brooklyn, NY 11230

saifullah Mohammed
1131 s fairfield ave
lombard, IL 60148

Sajjad Awan
17 bradford ct
dearborn, MI 48126

Sakine Seferge Yesilbas
11 Birch Hill Rd
Agawam, MA 01001

Sako Tamamian
366 S Scott Ave
Azusa, CA 91702

Sal A
800 WEST BROAD STREET
UNIT 7133
FALLS CHURCH, VA 22040

Salah Sayid
9510 N. Haven ave
Portalnd, OR 97203

Salahadin Adous
3644 LOST OAK DR
BUFORD, GA 30519

Salem Ghergab
3132 Yorch Lane
Orlando, FL 32822

Salih Awel
620 Sheridan street, 305
Hyattsville, MD 20783

Sally Mann
216 S. Spalding Dr
Beverly Hills, CA 90212

Salomon Vazquez Perez
116 Chandler Springs Drive
Holly Springs, NC 27540

Salvador Pimentel
278 West La Paz Drive
Imperial, CA 92251

Salvador Rodriguez
1133 Jasmine St.
Lompoc, CA 93436

Salvatore Guarino
40 Bradford Rd
S Hamilton, MA 01982

Sam Betrus
3008 Main Street
Peru, FL 12972

Sam Collier
PO Box 3034
Palm Beach, FL 33480

Sam Evans
905 Fairway Road NW
Fort Payne, AL 35967

Sam McHale
1741 Carlin Ave
Charleston, SC 29412

Sam Pak
8018 Stinson Ave
Gig Harbor, WA 98332

Sam Waters
2054 WHISTLING STRAITS DR
Altoona, WI 54720

Samantha Colas
25 Manor Drive
Neptune City, NJ 07753

Samantha Metellus
573 English Ave NW
Atlanta, GA 30318

Sameer Bhosale
6005 state bridge road
Apt no 626
Duluth, GA 30097

Sameer Khan
39 Normandy Dr
Parsippany, NJ 07054

Sameer Sirsi
3603 Holiday Bay Court
Katy, TX 77494

sami ali
22355 E Via De Olivos
Queen Creek, AZ 85142

Sami Almodares
1835 20th St
Woodward, OK 73801

Sami Ozgul
14 Beltane Dr
Dix Hills, NY 11746

Samip Patel
10264 E Wasson Peak Trail
Tucson, AZ 85747

Samir Messaoudi
1601 West MacArthur Boulevard, Apt 6G
SANTA ANA, CA 92704

samir patel
9468 wilbrook dr
powell, OH 43065

Samir Yaser
8810 Whitney Ave
2A
Elmhurst, NY 11373

sammuel fertil
2988 ETHAN POINTE DR
apt 1202
burlington, NC 27215

Samoon Pal
13 S. Andrews Ave
Glenolden, PA 19036

Samrat Rathi
6281 Clover hill drive
San Jose, CA 95120

Samson Samuel
107 HARTFORD LANE
NEWTOWN, PA 18940

Samti Proamploy
220 W Nelson st
Midland, MI 48640

Samuel Alipate
523 Munich Street
San Francisco, CA 94112

Samuel Amaral
657 1st Street W
Sonoma, California 95476-0000

Samuel Bates
10942 w cottonwood ln
avondale, AZ 85392

Samuel Bremer
14747 Norwood St
Leawood, KS 66224

Samuel Brownsword
4717 Trinidad Lake Ct
Colorado Springs, CO 80924

Samuel Camacho
24574 Tuscarora Cir
Moreno Valley, CA 92553

SAMUEL DELVA
6160 Wiles Rd
Apt. 204
Coral Springs, FL 33067

SAMUEL FOX
265 front st
leipsic, DE 19901

Samuel Ibeziako
1464 sandy circle
Blacksburg, VA 24060

Samuel Kampf
1839 Deer Park Ave
Louisville, KY 40205

Samuel Keller
4823 State Route 314
Mount Gilead, OH 43338

Samuel Lawton
11343 Ludgate Place
Chester, VA 23831

samuel nascimento
9 tilton
plymouth, IN 02360

Samuel Negasy
2479 S. Xanadu Way Unit D
AURORA, CO 80014

Samuel Obasi
15109 Jennings Lane
Bowie, MD 20721

Samuel Ortiz
10372 Notabene Dr
Parma Heights, OH 44130

Samuel Owusu
2036 Cap Rock Lane
Grand Prairie, TX 75052

Samuel Paul
76 Plymouth Blvd
Smithtown, NY 11787

Samuel Reid
N5478 Beich Road
Portage, WI 53901

Samuel Robinson
4643 Wild Indigo St
Apt 398
Houston, TX 77027

Samuel Starratt
340 hyspot road
greenfield center, NY 12833

Samuel Stratford
7263 Woodhaven Dr.
Dexter, MI 48130-9254

Samuel Traina
5836 Hightower Dr
St. Louis, MO 63128

Samuel Ugweje
4087 Grace ave
Bronx, NY 10466

Samuel Varano
78 Third St
North Arlington, NJ 07031

Samuel Vazquez
3672 23rd ave
Columbus, NE 68601

Samuel Wilkerson
610 nw38th ave
Lauderhill, FL 33311

Samuel Yu
3480 San Marino Street
Los Angeles, CA 90006

San Francisco Cruz
711 N Weaver St
Gainesville, TX 76240

SANAH CISSE
775 Concourse Village East
12K
Bronx County, NY 10451

Sanam Rangaraj
300 Canonero Ct
Alpharetta, GA 30004

Sandeep bangaroju
715 Reigate Road
CHARLOTTE, NC 28262

Sandeep Gill
1077 Clearwater creek blvd
Manteca, CA 95336

Sandeep Jhamb
304 OLENTANGY MEADOWS DR
LEWIS CENTER, OH 43035

Sandeep Nimmagadda
5066 Hidden Park Ct, B311
B311
Simi Valley, CA 93063

Sandeep Penaich
18931 10th dr se
Bothell, WA 98012

Sandeep Sharma
1100 Lily Cache Ln
211
Bolingbrook, IL 60490

Sandeep Shrestha
3717 dayflower ave
Mckinney, TX 75071

Sandia Larose Felix
4437 Oakton Drive
Orlando, FL 32818

Sandra Lopez
2513 E Tyler St
Carson, CA 90810

Sandra Orellana
1788 N Acacia Ave
Rialto, CA 92376

Sandra Reyes
163 Meadow Trail Drive
San Antonio, TX 78227

Sandy Taylor
149 Mountain Stone Ct
Shepherdsville, FL 40165

Sandy Taylor
149
Mountain Stone Ct.
Shepherdsville, KY 40165

Sandy Xu
1527 64ST
Brooklyn, NY 11219

Sandy Yu
4485 Banyan Trails Dr
Coconut Creek, FL 33073

Sandya Madanala
751 CORDELE LANE
SUGAR HILL, GA 30518

Sang Lee
1998 Arden Landing Dr.
Germantown, TN 38139

Sang Yup Chun
518 Brandon Road
Norristown, PA 19403

Sangeet Jha
10956 131st St
South Ozone Park, NY 11420-1618

Sanghyun Lee
574 Elkstone PL E
202
Collierville, TN 38017

SangJin Lee
3625 Romano Way W
Germantown, TN 38138

Sangmun Shim
1822 72nd St SE
Auburn, WA 98092

sangram palla
5820 settlers path ln
Cumming, GA 30028

Sanjay Patel
14 Summer Street
Foxboro, MA 02035

Sanjeev Kumar
178 Pavon
Hercules, CA 94547

Sankar Kallutla
1845 BECKHAM STREET
CUMMING, GA 30041

Sanket Sinha
test
test, FL 65464

Santhosh Mechineni
27915 219th PL SE
Maple Valley, WA 98038

Santhosh Thadigiri
10730 N Oracle Rd
Apt 15104
Oro Valley, AZ 85737

Santiago Bejarano
8106 Dongan Ave
Apt 4G
Elmhurst, NY 11373

Santosh Dwarakanath
6911 Old Waterloo Rd
Elkridge, MD 21075

Sanya Lawrence
715 Union Station Dr
Fort Wayne, IN 46814

Sara Angeles
6807 Woodrush Way
Eastvale, CA 92880

Sarah Bass
156 Coyote Crossing Court
Winston Salem, NC 27107

Sarah Gomez
1412 Kensington Dr
Fullerton, FL 92831

Sarah Heo
513 US Hwy 60 East
Republic, MO 65738

Sarah Magnes
50 Clover Street
Odenville, AL 35120

Sarah Vincent
135 Lexington Ct
Sheboygan Falls, WI 53085

sarah wasserman
52A Plaza Marina
puerto vallarta, OR 48335

Sarah Zimmermann
1803 Sherwood Ln
Nashville, TN 37216

Sarai Avila
3505 s ocean dr
Hollywood, FL 33019

Sarai Avila
7370 nw 174th ter
103
Hialeah, FL 33016

Sarath Ricardo
10739 Douglas circle
Jenks, OK 74037

sarathvarma potturi
3900 Rachel terr
Apt 11
pinebrook, NJ 07058

Sarayu Ramachandra
1849 Black Oak Dr
Athens, GA 30606

sargil hassan
1111B UNDERHILL AVE
BRONX, NY 10472

Sarib Nawaz
1 Eagle Drive
South Hadley, MA 01075

Sarosh Syed
824 Pin Oak Ln
UNIVERSITY PARK, IL 60484

Sarunas Malinauskas
39 Stephen str.
Apt 1
Lemont, IL 60439

Sasa Nguyen
3857 Murdock Ln
Duluth, GA 30096

Sashika Fernando
1100 NW 145th Terrace
Miami, FL 33168

satheesh paridala
172 sarah elizabeth dr
saint johns, FL 32259

SATHISH BABU BAIRY
5096 brighton Dr
.
whitestown, Indiana 46075-0000

Sathish Menon
10210 Crebs Ave
Northridge, CA 91324

Sathish Peram Kannaian
25518 Burns Place
Stevenson Ranch, CA 91381

Sathiyamurthy Ramachandran
3341 North Chatham Road
Apt D
Ellicott City, MD 21042

Sathyush Kamineni
17933 Rutherford Dr
Riverside, CA 92503

Satvik Ramineni
1441 E Germann Rd
APT#3119
Chandler, AZ 85286

Satvinder Saini
3093 Belmont Terrace
Fremont, CA 94539

Satya Pulikonda
13019 balbach frst
Helotes, TX 78023

Saugat Pradhan
904 N Charleston Cir
Sioux Falls, SD 57110

Saul Cerrillo
8727 Huebner Rd
1205
San Antonio, TX 78240

Saul Gonzalez
2721 Holmes St
North Las Vegas, NV 89030

Saurabh Bajpai
43014 Tippman pl
Chantilly, VA 20152

Savallis Young
128 SE 25th Terrace
Cape Coral, FL 33904

Savannah DiDato
3970 NW 27th Terrace
Boca Raton, FL 33434

Sayed Jamal Aram
7001 Thornrose Ave Apt 1
Henrico, VA 23228

SAYEED VALDEZ
4724 Buffalo st
Fairburn, GA 30213

Scholar Lyons
36 linsley ave
Meriden, CT 06451

Schuyler Ream
3816 Beethoven St
205
Los Angeles, CA 90066

Scott Alexander
3360 N. Weston Ave.
Meridian, ID 83646

Scott Alred
39 KENSINGTON PLACE CT
SAINT CHARLES, MO 63304

Scott Bell
22854 E Progress Ave
Aurora, CO 80015

Scott Brault
5037 Sacandaga Rd
Galway, NY 12074

Scott Cain
3201 Cambridge Ct
Bartlesville, OK 74006

Scott Coulter
17908 Bluebell Court
Hagerstown, MD 21740

Scott Davidson
571 Parkertown Heights Rd
Lavonia, GA 30553

Scott Davis
20822 nw 14 ct.
Pembroke Pines, FL 33029

Scott Edwards
34711 Walburg Lane
Burlington, WI 53105

scott fraize
12834 N Railway ave
303
Rathdrum, ID 83858

Scott Griffin
1269 Hill Flower Dr
Brooksville, FL 34604

Scott Hesler
2510 cr 543
Sumterville, FL 33585

Scott Lack
174 Lake Pointe Dr
McHenry, MD 21541

SCOTT LONDON
105 Cupsaw Ave
Ringwood, NJ 07456

Scott Mamolo
231 Rainbow Drive #13176
Livingston, TX 77399

scott mele
502 se third st
snow hill, NC 28580

Scott Rodenhizer
52 Top St
providence, RI 02906

Scott Schneider
8031 Little Fox Ct
Glen Burnie, MD 21061

Scott Smith
2844 dryades st
New Orleans, LA 70115

Scott Stoller
1027 Modesto Court
Lewisville, TX 75067

Scott Tatman
13479 Melody Road
Chino Hills, CA 91709

Scott Treiste2
1700 Tiltons Corner Road
Wall, NJ 07719

Scott Trieste
1700 Tiltons Corner Rd
wall, NJ 07719

Scott Trieste
1 my friends house
wouldn't you like to know, NY 10000

Scottie Inthoulay
647 Sw 116th Pl
Seattle, WA 98146

Scotty Nguyen
970 shipmaster ave
Myrtle Beach, SC 29579

Sean Choudhury
22 Deer Ridge Road
Ashland, MA 01721

Sean Craig
4360 Santa Cruz Ave
San Diego, CA 92107

sean Crary
194 Rainbow. Dr
Livingston, TX 77399

Sean Daniel
2122 nw 59th terrace
Unit 80e
Lauderhill, FL 33313

Sean Daunt
1100 Lake Carolyn Parkway
5046
Irving, TX 75039

Sean Davies
1093 Thicket Ct
Columbus, IN 47201

sean dunaway
1223 evening canyon ave
henderson, NV 89014

Sean Erickson
5101 25TH AVE CT
9
Moline, IL 61265

Sean Fretwell
6701 Penny Lane
Lynnwood, WA 98036

Sean George
2036 Helen Rd
Pleasant Hill, CA 94523

Sean Harmon
5006 LB Drive
WIchita Falls TX, TX 76310

Sean Henderson
2232 Gallery Dr
Riverbank, CA 95367

Sean LaRosa
1 SIMMA CT
SEWELL, NJ 08080

Sean Lauderdale
608 S 34th Ave
Hattiesburg, MS 39402

Sean Le
29631 cherry vine rd
Katy, TX 77494

Sean Lee
21418 BLOOMFIELD AVE APT 60
APT 60
Lakewood, CA 90715

Sean Marten
5309 Vinings Springs Pointe
Mableton, GA 30126

Sean O'Connell
20686 NE Comet CT
Bend, OR 97701

Sean Pifferi
1222 N 1610 W Circle
St. George, UT 84770

Sean Quinn
61379 King Solomon Court
Bend, OR 97702

Sean Saulsberry
16057 Tampa Palms blvd west
Unit 309
Tampa, FL 33647

Sean Swanson
9305 Thornhill Dr
Clarkston, MI 48348

Sean Testa
8616 Copper Ridge Avenue
Las Vegas, NV 89129

Sean Yam
710 Morita Drive
Corona, CA 92879

Sean-marc johnson
7 woodland ave
7 F
Bloomfield, CT 06002

Sean-Marc Johnson
7 Woodland ave
7F
Bloomfield, CT 06002

Sebastian Aldama
15241 N 23rd Ln
Phoenix, AZ 85023

Sebastian Barrera
14 bayview circle
Manhasset, NY 11030

Sebastian Gutierrez Curiel
11106 Shetland Hills
San Antonio, TX 78254

Sebastian Sartor
377 West 11th Street
4c
New York, NY 10014

Sebastiana Clayton
921 Magnolia Rd
Killeen, TX 76549

Sebeyon Kingsview
632 Washington St, G2
Braintree, MA 02184

Securities Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

seema rana
75 n peach ave
clovis, CA 93612

Seiil Maksudova
1524 South 22nd Court
Hollywood, FL 33020

Sejal PATEL
103 Connor Court
Burlington, NJ 08016

sejal sankhe
1700 moore street huntingdon
huntingdon, PA 16652

Selena Nguyen
3329 Delaware Ave
Kenner, LA 70065

Selvyn Hernandez
1415 N Maplewood ave
Chicago, IL 60622

Senthil Murugan Muthusamy
19315 Blondo Parkway
2A
Elkhorn, NE 68022

Senthil Murugan Subramani
3225 30th Street
Columbus, IN 47203

serdar Yilmaz
145 willets ave
Westhempstead, NY 11552

Sergei Fomin
808 W San Carlos St
Unit 190
San Jose, CA 95126

Sergey Kochkin
2295 Kristal Way
Denver, CO 80221

SERGIO CARVALHO
9386 Woodcrane dr
Winter Garden, FL 34787

Sergio Martinez
4760 W 9ave
Hialeah, FL 33012

sergio mendoza
3505 woodcrest dr
baytown, TX 77521

Sergio Parrish
149 Westend ave
Shirley, NY 11967

Sergio Remedio
13732 Southwest 100th Terrace
Miami, FL 33186

Sergiu Tabaran
851 NE 1st Ave
3103
Miami, FL 33132

Servando Rodriguez
117 Palm Blvd
Missouri City, TX 77459

Setareh Mohtarez
100 Thayer Street
#4B
NY, NY 10040

Seth Brower
1132 fourth street
Morgan city, LA 70380

Seth Bryant
1006 Bluebonnet Court
Leander, TX 78641

Seth Garber
8850 Hartshorn Rd
11
Lakeside Marblehead, OH 43440

Seth LaFountain
1018 Calle Luna
Brawley, CA 92227

Seth Neou
41928 Creek Bend Place
Leesburg, VA 20175

Seth Savage
2413 U.S. Hwy 50
Florence, KS 66851

Seth Seymour
13544 County Road 31
Platteville, CO 80651

Seth Wilson
3641 Oak Leaf Cir
Tyler, TX 75707-1763

Seth Workman
2149 E. Sunshine Street
Apt 321D
Springfield, MO 65804

Seung Hyun Lee
2345 Linwood Ave
Apt 1B
Fort Lee, NJ 07024

Seung Lobb
39 Ridge Road
Harrington Park, NJ 07640

SeungYong Chun
2309 Boatman Dr
Little Elm, TX 75068

Sevada Djavadghazaryans
11731 avenida del sol
Porter Ranch, CA 91326

Seven Campbell
446 Augustine Dr
Lebanon, TN 37087

Severiano Rico
5050 West Ave K8
Quartz Hill, CA 93536

Sewarth Mehta
3717 Dutchess Dr
Frisco, TX 75034

Seymour SIBLEY
4074 Dinmont Chase
Atlanta, GA 30349

Shaan Noorali
1303 Cranbrook Circle
Aurora, IL 60502

Shabeen Anandkumar
861 Kirkwood Drive APT 4
Springfield, IL 62712

shacari campbell
10322 MONROVIA DR APT 304
Matthews, NC 28105

Shadee Khattab
348 S Edwards Ave
Syracuse, NY 13206

Shadow Tippetts
60 N 400 E
Boulder, UT 84716

Shahid Lalah
11339 nw 12th ct
Coral Springs, FL 33071

Shahram Nabipour
121 W 92nd St,
Apt 2
NEW YORK, NY 10025

shahriyar mowlavie
2653 Meadow Creek Rd
Kissimmee, FL 34741

Shahzeb Khan
3314 Marlene Meadow Way
Richmond, TX 77406

Shai Stevens
32 portman street
Windsor, CT 06095

shailesh rai
13064 brandywine drive
SARATOGA, CA 95070

Shakeim Jones
2419 lincoln street
Apt 19A
Hollywood, FL 33020

Shakeim Jones
2419 lincoln street
Hollywood, FL 33020

Shakti Dangol
414 Coolidge Ln
Lavon, TX 75166

Shalin Garasia
423 S Xanthus Ave
Galloway, NJ 08205

Shalini Gupta
1850 harvest landing ln
tracy, CA 95376

Shamim Patwary
1520 WINSLOW DR
HUDSON, OH 44236

Shamiran Barun
89-01,33rd st
Richmond hill, NY 11418

Shamsher Pawar
41667 blue grama cir
aldie, VA 20105

Shamsu Sy
4136 west Gail dr.
Chandler, AZ 85226

Shane Brantley
921393 punawainui st
kapolei, HI 96707

Shane Brennan
5107 Manett St
Dallas, TX 75206

shane caress
4220 grape place
anchorage, AK 99508

shane chow
7414 39th ct e
SARASOTA, FL 34243

Shane Christensen
84 Wigwam Road
Litchfield, CT 06759

Shane Conn
771 Mead McNeer RD
Wheelersburg, OH 45694

Shane Lauer
1545 Alcova Dr
Davidsonville, MD 21035

Shane le Roux
26 Joubert Street
Goodwood
Cape Town, WC 07460

Shane Lentini
137 Jones Hollow Rd
Marlborough, CT 06447

Shane Madrinich
6176 Howard Gnesen Rd.
Duluth, MN 55803

Shane McGinnis
3070 Royce Way
Lake Oswego, OR 97034

shane pfeifer
7750 N Macarthur Blvd
Ste 120 Pmb 113
Irving, TX 75063

Shane Rettberg
4178 E Trail Ride Rd
Kingman, AZ 86401

Shane Roberts
8374 County Road 222
Trinity, AL 35673

Shane Wagner
3614 Avenue H
Brooklyn, NY 11210

Shane Windsor
404 hillview drive
303
Linthicum heights, MD 21090

Shant Artinian
328 MILFORD ST
APT 4
Glendale, CA 91203

Shantanu Deoras
102 Baker Street
Monmouth Junction, NJ 08852

Shaquille Miller
2913 Einstein way
ORLANDO, FL 32826

Shaquille Williamson
375 Conestoga Way
4223
Henderson, NV 89002

Sharan Khehra
1415 Anita St
Upland, CA 91786

Shariq Khan
4346 Main st
skokie, IL 60076

Shariq Khan
4346 Main at
Skokie, IL 60076

Sharon Brobbey
4523 everstone creek
San antonio, TX 78251

Sharona Schwartz
21781 Ventura Blvd
#531
Woodland Hills, CA 91364

Shaun Johnson
128 Via d Este
Apt 604
Delray Beach, FL 33445

Shaun le Roux
91 Wildebosch Str
Paarl, WC 07646

SHAUNTA WARREN
2537 NW 6TH ST
BLUE SPRINGS, MO 64014

Shawn Benn
900 Soaring Way
Marietta, GA 30062-3278

Shawn Bowling
7456 glade mill ln
tyler, TX 75703

Shawn Casper
N4728 11th Dr
Montello, WI 53949-8010

Shawn Costas
30376 live oak canyon road
Redlands, CA 92373

Shawn Egland
2252 E Roanoke Dr
Boise, ID 83712

Shawn Fox
607 Tison St
Brenham, TX 77833

Shawn Johnson
448 Village Rd.
Bargersville, IN 46106

shawn langan
163 Long Leaf Pine circle
sanford, FL 32773

Shawn Macias
5773 River Run Circle
Rocklin, CA 95765

Shawn Richardson
155 Mimosa Place
Apt 121D
Lafayette, LA 70506

Shawn Stinson
1080 Park West Drive
Charlotte, NC 28209

Shawn Strushensky
348 Marsh Road
Philippi, FL 26416

Shawn Strushensky
348 Marsh Road
Philippi, WV 26416

Shawn Thompson
201 Linnell Dr
Granville, OH 43023

shaya carlson
2204 Old Sterling Rd
cedar park, TX 78613

Shayan Jaffry
208 Hazard Ave
Enfield, CT 06082

Shazma Nawab
6995 S. Riverwood Blvd
Unit 303
Franklin, WI 53132

Shdjdj Djdjxj
Xjdjsjdj
Jdjjff
Jjsjdj, FL 30234

SHECARA GOODRUM
4437 N O Connor Rd
IRVING, TX 75062

Sheel Patel
1998 buckhead ct
rockledge, FL 32955

Sheila Allen
17605 Morning Sun Court
Riverside, CA 92503

Shekethia Claiborne
9512 Staff Ln
Las Vegas, NV 89178

Shelby Jayne
306 2nd Ave
Melbourne Beach, FL 32951

SHELTON FAISON
2378 park ave
Cincinnati, OH 45206

Shelton Myrtil
15401 Nw 32nd ct
Miami Gardens, FL 33054

Shelton Traylor
814 Ogontz St
Sandusky, OH 44870

Shem Jackson
7068 Kings Crown Drive
Memphis, TN 38125

shemaia finden
6466 19th st w
Unit B
Tacoma, WA 98466

Sheng He
663 55th st
Brooklyn, NY 11220

Sheree Finley
215 E 37th Ave
Griffith, IN 46319

Sherida Richards
3 Vineyard Lane
114
Newburgh, NY 12550

Sherman Chan
11231 US Hwy 1
407
North Palm Beach, FL 33408

Sherman Ho
18983 Amberly Pl
Rowland Heights, CA 91748

Sherri Dussler
324 Tulane Dr
Lexington, KY 40517

Sherrod Turner
14912 HORNED LARK
SAN ANTONIO, TX 78253-4585

Sheshaiah Gundla
154 Talmadge Rd
Edison, NJ 08817

Shezad Zindani
711 fm 1959 road
907
Houston, TX 77034

shibin sabu
39 lilac street
bergenfield, NJ 07621

Shihab Tawsif
89-11 191st
Queens, NY 11423

Shilpa Jaiswal
35089 Muirwood Dr
Farmington Hills, MI 48335

SHING TONG
445 WOOLLEY AVE
Woolley Avenue
New York, NY 10314

Shirley Feng
121 Humboldt Road
Burlingame, CA 94010

Shishir Dube
1817 Prosser Ave
Unit 203
Los Angeles, CA 90025

Shiva Teja Reddy Abba
3114 grande valley cir
Cary, NC 27513

Shivamkumar Patel
10227 Selmer Plaza
Philadelphia, PA 19116

Shiyear Woodbury
1812 slaton street
1402
Augusta, GA 30904

Shizhi Gu
13896 Colin St
Frisco, TX 75035

Shmuel Majer
4 Cornell Peak
Pomona, NY 10970

SHON NASIR
5336 SWEET PEA LANE
STOCKTON, CA 95212

Shonzell White
221 Cadloni Lane Apt H
Vallejo, CA 94591

Shoqiab Shah
29034 E Nottingham Cir
Warren, MI 48092

Shravan Iyer
2202 8th Avenue
Unit 1701
Seattle, WA 98121

Shravanya Udatha
3009 Creekhollow CT,
Argyle, TX 76226

Shreya Nyapati
12650 Shetland Walk Dr
Lithia, FL 33547

Shripati Harihar
408 Mount Olive Ave
McKinney, TX 75072

Shrirang Chhatre
5911 Sterling St
Dublin, CA 94568

shruthi loka
13259 teton st
frisco, TX 75035

Shuhan Luo
5522 Tamarindo Lane
Elk Grove, CA 95758

Shujun Cheng
3311 Indigo acres ct
katy, TX 77494

Shumon Anowar
16000 Water Oak Ct
Punta Gorda, FL 33982

Shuoren Wu
16 Evergreen Dr
Orinda, FL 94563

Shyam Tokala
424 Frio
Webster, TX 77598

Shyam Verma
1921 napa valley dr
waxhaw, NC 28173

SHYAMSUNDAR KUDIKYALA
1076 HOSKINS LN
SAN RAMON, CA 94582-5914

Sidi Mohamed Diakite
5331 Cottage Street
Philadelphia, PA 19124

Sierra Morton
6096 Fire Fly Ct
Tucker, GA 30084

Sihyang Lee
510 Stoneham Ct UNIT 103
Long Beach, CA 90803

Sikander Mehdi
6650 GreenAsh Dr
Springfield, VA 22152

Silvia Rodriguez
206 w state street
Cherry Valley, IL 61016

Silviano Espana Silva
8652 Road 170
Mesa, WA 99343

Simarjeet Singh
4747 Piper St
Fremont, CA 94538

Simeon Fields
6050 Cristie Dr
Ellenwood, GA 30294

Simeon Martin Maina
3101 Cassinia Parkway
Heartland, TX 75126

simon gebrehawaria
6416 43rd st E
Fife, WA 98424

Simon Murage
1744 nandina ct
Antioch, CA 94531

Simon Saeger
2202 E lincoln Dr
Phoenix, AZ 85016

Simon Yoo
5015 COURTSIDE DR
198
Irving, TX 75038

Simone Hamilton
11146 203rd street
Queens, NY 11412

Simoun Yu
6720 Calle Koral
Goleta, CA 93117

Sindia Stuart
8752 Copper Crossing Dr
Fort Worth, TX 76131

sinh ngo
1041 windsor way
lutz, FL 33559

Sinu Chacko
2360 NW 34th Ave
Coconut Creek, FL 33066

Sioeli Lavulavu
53-918 Kamehameha Highway
Hauula, HI 96717

Siraaj Annable
112 N Washington Street
Boyertown, PA 19512

Sirena Tran
6412 Tawhana Lane Gilroy
Gilroy, CA 95020

Sirivanh Phanith
5240 W Cornelia Ave #1
Chicago, IL 60641

Sirrah Lore
4098 Fairway Place
North Port, FL 34287

Siva Mani
900 Village Circle, Apt C
Newark, DE 19713

SIVAKUMAR GANESAN
930 SW 163rd AVE APT 312
BEAVERTON, OR 97006

Sivamouli Kandi
866 Waterworks Rd
Freehold, NJ 07728

Sivaprakash Somanchi
10388 Boswell Dr
Frisco, TX 75035

Sizwe Agree Muravha
5045 zolani street
Mhluzi
Middelburg 1050, MP 01050

skjfdks dfgdf
656 sdfsddsfds
orlando, FL 26465

Skye Dunning
126 Victoria Dr.
Wilmington, NC 28401

Skyler Brown
4810 W Woodside Ave
Coeur d'Alene, Idaho 83815-0000

Slade Gorman
635 Lee Road 959
Smiths Station, AL 36877

Slavisa Markovic
407 Harbor winds ct
Winter springs, FL 32708

Sneha Kona
2080 Red Barn CT
Cumming, GA 30040

snehal pawar
american beauty ln
columbus, OH 43240

Snyder Valbrun
434 W vine st.
Lancaster, PA 17603

Sohail Somani
301 Commons Park South
1103
Stamford, CT 06902

Sohail Zafar
3322 shaver st
pasadena, TX 77504

Sohel Shaikh
3401 W Balmoral Ave
Apt 1
Chicago, IL 60625

Sohrab Ovissi
525 Allens Landing Ct
Lawrenceville, GA 30045

Sojib Das
2148 S Oakland St
Arlington, VA 22204

Sokety Heng
2210 NE 67th St
Apt 1222
Ft Lauderdale, FL 33308

Solange Jaxon
12713 SE Zion St
Damascus, OR 97089

Solijon Sharipov
2744 Torrey Pines Rd
La Jolla, CA 92037

Som Bohora
19218 122nd PL SE
Kent, WA 98031

Somchith Ledara
4313 Mulligan Ave
Mansfield, FL 76063

SOMESUBHRA HALDER
115 Sunhaven Road
Danville, CA 94506

Somphors Sirk-Bun
815 concord Ln
Redlands, CA 92374

Somsavath Siharath
5805 Larboard Drive
Apex, NC 27539

Son Nguyen
15816 FELLOWSHIP ST
LA PUENTE, CA 91744

Son Nguyen
394 Singing Tree Lane
Winter Springs, FL 32708

Son Nguyen
2035 Londonderry Drive
Allen, TX 75013

son truong
8470 Blue Maiden CT
Elk Grove, CA 95624

Sonal Solanki
10181 Bilich Place
Cupertino, CA 95014

Sonam Biggs
695 E 700 N
Westville, IN 46391

Soniel Francis
2507 12th St SW
Apt B
Huntville, AL 35805

Sonny Ramos
5950 Roanoke St
San Diego, CA 92139

Sonny Tydlacka
26210 Wooded Hollow Ln
Katy, TX 77494

SONY PIERRE
2810 east clark st
tampa, FL 33605

Sookyoung Yoon
187 West St.
Closter, NJ 07624

Sopan Patel
42655 Aden Ter
Ashburn, VA 20148

Sophia Chu
1335 43RD AVE
SAN FRANCISCO, CA 94122

Sotirios Karageorge
91 Monterey Circle
Roanoke, VA 24019

Souad Mchaar
21 Piedmont Dr
Stafford, VA 22554

Sountheri Xavier
424 Graham Drive
Coppell, TX 75019-2285

Sourav Dan
2445 Hidden Creek Rd
Kennesaw, GA 30152

Sowjanya Gangula
6900 PRESTON RD
1425
Plano, TX 75024

Spencer Duran
4119 NEWGARD DR
Lake Orion, MI 48359

Spencer Johnson
1608 MAIN ST
CALDWELL, ID 83605-4347

Spencer Keith
446 Castle Glen Ct.
Ballwin, MO 63021

spencer McCormack
7612 113th street east
puyallup, WA 98373

Spencer Nelson
3864 East 380 North
Rigby, ID 83442

Spencer Paskett
5436 W Chisum Trail
Phoenix, AZ 85083

Spiros Barbaressos
537 Heron Place, Cedar Lakes Estate
Maroeladal
Johannesburg, GP 02191

spurthi allola
13259 teton st
Frisco, TX 75035

Sravan Naredla
4930 Heathcliff Way
Cumming, GA 30041

Sree Charan Devarakonda
5 W D St
Brunswick, MD 21716

Sreedhar Tipparthy
8432 Cody Dr
West Des Moines, IA 50266

SREENIVASA GUTHA
4095 HAMMOND BRIDGE DR
SUWANEE, GA 30024

Sridhar korella
1747 Hovenweep Road, Wesley Chapel
Wesley chapel, FL 33543

Sriharsha Kommireddy
2803 Bright Trail
Sugar Land, TX 77479

Srikanth Koguru
9083 Hillery Drive
SAN DIEGO, CA 92126

srikanth leburu
4109 FALL ASTER WAY
AUBREY, TX 76227

Srikanth Munagala
7842 Avaleen Cir N
Dublin, OH 43016

srikanth vankadaru
1635 sunderland dr
sugarland, TX 77479

Srinadh Dasari
2128 BELL MARE VW
Leander, TX 78641

Srinath Gadasu
870 E El camino Real
Apt 427
Sunnyvale, CA 94087

Srinivas Ambati
23004 Maple branch drive
Huntersville, NC 28078

Srinivas Ardhala
2664 Wildberry Court
Edison, NJ 08817

Srinivas Ardhala
2664 Wildberry Ct
Edison, NJ 08817

srinivas chokkaraju
2519 woodrow wilson dr
herndon, VA 20171

srinivasa rao puranam
800 Estuary Dr
Leander, TX 78641

Srinivasa Reddy Yadavalli
134 Grantham House Way
APEX, NC 27523

Sriram K
21403 16th Dr SE
J306
Bothell, WA 98021

Stacey Blouse
7 Daniel Street
New Bedford, MA 02745

Stacy Holmes
2920 chilton pl
virginia beach, VA 23456

Stamatis Kalamotousis
12 Sycamore Drive
Old Bridge, NJ 08857

Stanislav Halai
2508 Dunbar Drive
McKinney, TX 75072

Stanislav Khegay
645 Bigelow St
Pittsburgh, PA 15207

Stanley Blaszczyk
781 Dartmouth Ln
New Lenox, IL 60451-3818

Stanley Huang
960 W 7th Street
Apt 1704
Los Angeles, CA 90017

Stanley Moriguchi
6 Reunion
Irvine, CA 92603

Starlyn Quinonez
1110 Bonsal Street
Baltimore, MD 21224

Starr Romano
1910 West North A Street #9
Tampa, FL 33606

steeve maisonneuve
1056fairview pl
hillside, NJ 07205

Stefan Bernard
14454 sw skye dr
Port saint lucie, FL 34987

Stefan Galbreath
121 Green St
A
Spring Lake, NC 28390

Stefano Listella
4555 Jubilee Ln
Salem, OR 97305

Stella Pham
10702 Pegasus Valley Ct
Tampa, FL 33647

Step Boles
3333 Fox Valley Lane
BELLEVILLE, IL 62220

Stephan Claassen
702 The Acres
Pearl Valley
Paarl, WC 07646

Stephanie Banda
409 Treehills Pkwy
Atlanta, GA 30088

Stephanie Banda
409 Treehills Pkwy
Stone Mountain, GA 30088

Stephanie Bates
9176 W. Sands Drive
Peoria, AZ 85383

Stephanie Cecere
12505 Gritstone Dr.
Denton, TX 76207

STEPHANIE CHOY
4971 TRESCOTT CT
DUBLIN, CA 94568

Stephanie Hogan
361 Southwilde Way
Pooler, GA 31322

Stephanie Williams
354 Sedona Dr
Anderson, SC 29626

Stephanie Yau
5309 Shawano Terrace
Madison, WI 53705

Stephanos Vitoratos
102 Woodmont Drive
Cedar Knolls, NJ 07927

Stephen Anderson
119 E. 8th St.
Tonganoxie, KS 66086

Stephen Ayers
4671 Orchard Grove Drive
Clemmons, NC 27012

Stephen Borrell
1820 Fitzwater St
Apt 3
Philadelphia, FL 19146

Stephen Bright
817 Cr 3144
Quitman, TX 75783

Stephen Bruda
1136 Forest Oaks Lane
Hurst, TX 76053

Stephen Cannon
2564 Stony Brook Ln
Clearwater, FL 33761

Stephen Ceragioli
196 Jonathan Rd
Linden, VA 22642

Stephen Craig
31 Morningside Rd
Niles, OH 44446

Stephen Emery
5225 Foxhunt Drive
WESLEY CHAPEL, FL 33543

Stephen Fabyan
683 NE Moss Rose Pl
Port Saint Lucie, FL 34983

Stephen Garcia
65 Garden Ct
Succasunna, NJ 07876

Stephen Giango
305 s ridge st
Breckenridge, CO 80424

Stephen Grant
2309 Haig Point Cv
Pflugerville, TX 78660

Stephen Headden
130 SADDLE BROOKE DR
DALLAS, GA 30132

STEPHEN HO
2600 SENTER RD SPC 221
SAN JOSE, CA 95111

stephen jones
214 Washington St
Trlr34
Norwell, MA 02061

stephen jones
214 Washington St
Trlr 33
Norwell, MA 02061

stephen jones
214 Washington St
Norwell, MA 02061

Stephen Lee
4671 Albany Circle
APT 142
san Jose, CA 95128

Stephen Macalintal
86 Grandview Ave
Nanuet, NY 10954

Stephen Mann
1018 LAUREL AVE
LODI, CA 95242

Stephen Nakada
778 N 6th St
San Jose, CA 95112

Stephen Noblado
2812 Park St.
Honolulu, HI 96817

stephen ogline
9290 luftschloss dr
Pomfret, MD 20675

Stephen Parker
4707 Wellford Ct
Jamestown, NC 27282

Stephen Schild
3717 E. Pomegranate St.
Mesa, FL 85215

Stephen Swain
51 Whisper Rock Drive
Ponte Vedra Beach, FL 32081

Stephen Vendettoli
51 Versailles Street
Cranston, RI 02920

Stephen Zekpa
13301 Maple Knoll Way #1501
Maple Grove, MN 55369

steve berman
1424 N knollwood drive
palatine, IL 60067

Steve Booth
9 Amber Moor Dr
Galloway, OH 43119

Steve Denard
38 Benford Ln
Edgewater Park, NJ 08010

steve konarzewski
3670 springetts dr
york, PA 17406

Steve Lee
823 Taylor Way
Apt 823
COLLEGEVILLE, PA 19426-2959

Steve Lee
2619 Mckinney Ave
APT 1301
Dallas, TX 75204

Steve Medina
177 North 7th Street
1
PATERSON, NJ 07522

steve Morrissette
267 shaw rd
northfield, NH 03276

steve peter
24 azalea lane
hopewell junction, NY 12533

STEVE SAIDI
329 FALEY LN
PLACENTIA, CA 92870

Steve Scott
285 Childs Avenue
Drexel Hill, PA 19026

Steve Stiekema
2008 Birchdale Ct
Thousand Oaks, CA 91362

Steve Weber
65912 n 2530 rd
SOUTHARD, OK 73770

Steven Allen
328 9th Ave SE
A-3
Puyallup, WA 98372

Steven Calabio
4808 Perina Way
North Highlands, CA 95660

Steven Carter
23924 S Plum Valley dr
Crete, IL 60417

Steven Choo
26062 Via Pera
Mission Viejo, CA 92691

Steven Cole
2609 Reed Ave
Melbourne, FL 32901

Steven DeVaughn
6535 South Jackson Road
6535 South Jackson Road
Jackson, MI 49201

Steven Galvez
165 SE 33rd Pl
Homestead, FL 33033

Steven Greco
256 FRIESAN WAY
ROLESVILLE, NC 27571

Steven Grimaud
3623 San Gabriel Ln
Santa Barbara, CA 93105

Steven Haines
6563 Fifewood Court
San Jose, CA 95120

Steven Hall
361 The Greens Cir
APT 442
Raleigh, NC 27606

Steven Hartley
1250 W Highway 287 Byp Apt 526
Waxahachie, TX 75165

Steven Herzog
3714 Hoffman Rd
White Bear Lake, MN 55110

Steven Hill
9222 S MORNINGVIEW DR
Sandy, UT 84094

Steven Hoxworth
621 Northern Rd
South Daytona, FL 32119

steven imperato
6 studdiford ct
flemington, NJ 08822

Steven Jacobson
1530 Blue Sea St
Clearwater, FL 33756

STEVEN JONES
320 9th Court West
Birmingham, AL 35204

steven kang
4001 Wilshire Blvd #F286
Los Angeles, CA 90010

Steven LaClair
47 Crossdale Ct
Clayton, NC 27520

Steven Mairs
420 Misty Glen Lane
Minot, ND 58701

Steven Martinez
455 Flamingo ct
Kissimmee, FL 34759

Steven McKeown
5 Raymond ct
Lincoln Park, NJ 07035

Steven Medard
92 Shell Street
Massapequa, NY 11758

Steven Moy
3901 Cumnor Rd
Downers Grove, IL 60515

Steven Obando
290 Neptune Ave
West Babylon, NY 11704

Steven Ortiz
9247 Jessica drive
Manassas park, VA 20111

Steven Petrovich
450 7th Ave
Apt 1
BROOKLYN, NY 11215-5514

Steven Pham
4701 North Laporte Ave
Chicago, IL 60630

Steven Roeder
226 Nolan St,
san antonio, TX 78202

Steven Rogge
3540 PROMINENT WAY UNIT 208
MT PLEASANT, SC 29466-7279

Steven Saminto
13304 210th st e
930
Graham, WA 98338

Steven Sanchez
4212 S Budlong Ave
Los Angeles, CA 90037

Steven Santillan
1757 79th st
Brooklyn, NY 11214

Steven Son
67-38B 190th Lane
Apt 3B
Fresh Meadows, NY 11365

Steven Tecson
13203 acoro place
cerritos, CA 90703

steven temple
2747 toulon dr
baton rouge, LA 70816

steven testu
4 us namertone
appartement
torronto, GA 76648

Steven Valdez
266 Cordelia Cove Ave
113
Henderson, NV 89011

steven werner
27N 29 Street
Lafayette, IN 47904

STEVEN WILCOX
12454 HENDERSON RD
CLIFTON, VA 20124

Steven Williams
25 Quartus St
Chicopee, MA 01013

Steven Wold
2209 Ridgeland Dr
Lindenhurst, IL 60046

Stevens Joseph
4525 oak haven Dr
306
Orlando, FL 32839

Stevens Steril
1988 fountainview ct
1988F
Columbus, OH 43232

stevenson mahotiere
1676 foyt drive
a
indianapolis, IN 46224

Stevephi Nguyen
10715 Girvan Ln
Richmond, TX 77407

Stewart Green
3792 indian trail
Destin, FL 32541

Stirling Berry
11902 Central Ave 118A
CHINO, CA 91710

Stone Champion
372 Meadowview Ln
Ringgold, GA 30736

Stravensky Leoniste
2774 nw 4th ct
pompano beach, FL 33069

Stuart Sampson
42 D Concord Lane
Monroe Twp., NJ 08831

Subhash kolluru
1125 FosterCity Blvd
Apt 3
Foster City, CA 94404

subhash Marini
676 mills ln
Irving, TX 75062

Subodh Shourie
40947 Cruz Court
Fremont, CA 94539

Sudha Somarajan
14005 eagle manor ct
chesterfield, MO 63017

Sudhakar Kandanala
2505 Legacy Drive
Aurora, IL 60502

Sudhakar Panem
625 Shadowood Pkwy SE
ATLANTA, GA 30339

Sudhakar Shedekar
9610 Scotch Haven Drive
Vienna, VA 22181

Sudheer Muddasani
42811 Explorer Drive
Brambleton, VA 20148

Sufyan Shaikh
4208 mark twain boulevard
Flower Mound, TX 75022

Sui Thawng
7601 elk grove path
Austin, TX 78754

Sujata Kamble
909 W Glenn Trl
Elk Grove Village, IL 60007

Sujay Wani
610 Walcott Way
Cary, NC 27519

Sukhmanpreet Singh
17765 daffodil hill st
Lathrop, CA 95330

Sukhwinder Sivia
1337 wood thrush ct
greenwood, IN 46143

Sukumar Ananthapuram
293 E Hazelwood Ave
Rahway, NJ 07065

Sulayman Kurdi
21112 Ladeene Avenue
Apt A
Torrance, CA 90503

Suleman Ahmed
1403 Inverness Drive
Mechanicsburg, PA 17050

Suman Gopal Rao
7 Tyndall Road
Kendall Park
South Brunswick, NJ 08824

Suman Gurung
8730 Justice Ave
2N
Elmhurst, NY 11373

Suman M46brands
2 James St
New York, FL 70011

Suman Rijal
2742 Holt road
205
Acworth, GA 30101

Sumanth Tella
28331 Hidden Brook Ln
Fulshear, TX 77441

SUMAYYAH MUHAMMAD
4201 S DECATUR BLVD
APT 3011
LAS VEGAS, NV 89103

Sumbul Hafeez
3675 Partridge Path
Ann Arbor, MI 48108

SUMIT TALREJA
16225 n 30th st
Unit 6
Phoenix, AZ 85032

Summer Ackies
149-42 118 Street
South Ozone Park, NY 11420

Summer Musa
20340 SW Blaine St
Beaverton, OR 97003

Sumon Miah
20415 Foothill Ave
B44
Hollis, NY 11423

Sundeep Dhanju
16856 hudson cir
Lakeville, MN 55044

Suneet Khurana
42182 Eagles View Ln
Prairieville, LA 70769

sung park
363 Willow Pkwy
Buffalo Grove, IL, USA, IL 60089

Sung Yun
619 Northeast Leann Drive,
Blue Springs, MO 64014

Sungho Yang
1519 East Chapman Avenue
#29
Fullerton, CA 92831

SUNGHYUN CHO
302 Danny Ln
Northvale, NJ 07647

Sunil Agarwal
5140 Spring Breeze Blvd
Charlotte, NC 28262

Sunil Chiluvuri
40728 Robin ST
Fremont, CA 94538

Sunil Mirpuri
189 Raintree Trl
Jupiter, FL 33458

Sunnie Palode jr
12413 Cambridge blvd
Ocean springs, MS 39564

Suong Huynh
12718 W Earll Dr
Avondale, AZ 85392

supatra benish
3619 210th st
bayside, NY 11361

Suraj Bossoondyal
1505 Vermont ST
Redlands, CA 92374

Suraj Jagota
2157 Main St.
105
Santa Clara, CA 95050

Sure R. Hoch
44 garden terrace44
Spring Valley, NY 10977

Surekha Palanisamy
4218 141st st se
Unit B
Snohomish, WA 98296

Suresh Reddy Yellala
8445 Westmore Rd
Apt 93
San Diego, CA 92126

Surya Kolluru
4558 W Fork Dr
Westfield, FL 46062

Surya Kolluru
4558 W Fork Dr
Westfield, IN 46062

SURYAVENKATA RAMANA KUMAR PARUPUDI
1800 WHEELWRIGHT PL
APT 110
CARY, NC 27519

Susan Baranski
13967 Marquesas Way
#22
Marina del Rey, CA 90292

Susan Nguyen
14161 PLEASANT ST
GARDEN GROVE, CA 92843

Susana Munoz
Lockwood Ave
4420 1/2
Los Angeles, CA 90029

Susana Valle
4037 Governor Drive
San Diego, CA 92122

Sushanth Kodali
35 Matrick Ct
Hillsborough, NJ 08844

Sushil Joshi
115 Treadstone Overlook
Suwanee, GA 30024

Sushmita Sadhukhan
14822 WEST ARROWHEAD LANE
New Berlin, WI 53151

Suvra Das
2148 S Oakland St
Arlington, VA 22204

Suyadi Supratman
9504 katrina path
plano, TX 75025

suzanna Fa
1264 Sheridan Ave
Bronx, FL 10456

Suzanne Branch
16058 via solera circle
fort myers, FL 33908

Svetlana Sadykova
20 Mountain Ave
#11
Wanaque, NJ 07465

Swati Ranjan
1063 Morse Ave
APT 25-100
Sunnyvale, CA 94089

Syed Hasnain
1358 Kenyon St NW
Washington, DC 20010

syed hussaini
7430 rivercane shore ln
richmond, TX 77407

Syed Hussaini
13427 Orchard Shadows dr
Richmond, TX 77407

Syed Naqvi
12240 Bella Terra Center Way
2206
Richmond, TX 77479

Syed Zaidi
3724 ADIE RD
Saint Ann, MO 63074

SyedNaqi Jaffery
1292 Vercoe Pl
Monterey Park, CA 91755

Sylis Keophilavanh
7015 Spencer Court
Dublin, CA 94568

Sylvie Le
5471 cypress ct
Westerville, OH 43082

Szymon Ceremon
4941 s linder ave
chicago, IL 60638

TA Nie
3114 Farmington drive
Greensboro, NC 27407

Tabitha Wheeler
1624 Colony Court
6
North Mankato, MN 56003

Tae Kwon Jeon
15038 Union Turnpike
9C
Flushing, NY 11367

Taehyun Chung
1550 Mission St
Apt 4001
San Francisco, CA 94103

Tafadzwa Mukungurutse
3570 Toringdon Way
4069
Charlotte, NC 28277

Tahir Khan
4370 Kissena Blvd
Apt 3E
Flushing, NY 11355

Tahiri Bouabida
9952 Strathfield ln
Highlands Ranch, CO 80126

TAI HO
7524 San Gabriel Dr
ARLINGTON, TX 76002

TAI HUYNH
2801 W Bryn Marw
Chicago, IL 60659

TAI HUYNH
2801 W. BRYN MARW Ave
Chicago, IL 60659

Tai Le
231 killdeer Ct
Mount Pleasant, SC 29464

Tai Ngo
760 Tallgrass Street
Las Vegas, NV 89138

Tai Nguyen
227 maison ct
Altamonte springs, FL 32714

Tai Nguyen
13922 Stone Gate Dr, Baton Rouge, LA 708
Baton Rouge, LA 70816

Tai Nguyen
189 Richmond st #1
Brooklyn, NY 11208

Taiwo Adebiyi
9919 Granary Mill Pl
Houston, TX 77080

Taj Herman
7307 Conductor Circle
Greer, SC 29651

Tajh Livingston
325 MERGANSER DR, UNIT 2292
SUISUN CITY, CA 94585

Tajon Dunn
2121 Allen Pkwy
Apt 3075
Houston, TX 77019

Takako Kawashima
8329 LA ROCHE LANE
HOUSTON, TX 77036

Takoda Hardwick
9774 County 513 T RD
Rapid River, MI 49878

Takudzwa matunja
4801 S Congress Ave
Austin, TX 78745

Talha Ali
2543 Dover
Rochester Hills, MI 48309

Talha Khan
17756 boxwood dr.
riverside, FL 92503

Talmadge Cantrell
224 salyers br
flatgap, KY 41219

Talwinder Bhathal
321 Boulder Dr
Lake in the Hills, IL 60156

Tam Bui
2402 Merriman St
Port Neches, TX 77651

Tam Nguyen
5612 Saratoga Circle
ROCKLIN, CA 95765

tam phan
3855 Heritage Crest Pkwy
Buford, GA 30519

Tam Tran
38DC 9 P Son Ky
Quan Tan Phu
Ho Chi Minh City

Tamas Kiss
284 W Arlington Drive
Springfield, MO 65803

Tami Nguyen
2402 Merriman St
Port Neches, TX 77651

TAMMY PHAN
11326 Triola Ln
Houston, TX 77072

Tammy Torres
1018 High Street
Apt 3
Fall River, MA 02720

Tammy Vickers
PO BOX 337
Crescent, OK 73028

Tamnhi Huynh
3418 Daniel Dr
Arlington, TX 76014

Tamoor muhammad
84 CEDARHURST AVE
Woodland park, NJ 07424

Tan Do
4903 Sabine Terrace Dr
Sugar Land, TX 77479

Tan Nguyen
19040 Quiver Ridge Dr.
Leesburg, VA 20176

Tan Nguyen Dinh
Thoi Hoa, Ben Cat
Binh Duong, - 00082

TANEY PHAM
8506 VERONA FALLS CT
RICHMOND, TX 77407

Tanner Lewis
1822 Windsong Cir
Keller, TX 76248

tao ai
9651 Longden Ave
TEMPLE CITY, CA 91780

Taole Zhu
295 Flatbush Ave
Apt 5
Brooklyn, NY 11217

Taona Gutu
71 Bugatti Ct
Inwood, WV 25428

Tara Haugh
525 EAST 14TH STREET
APT 3G
Manhattan, NY 10009

Tara Melehan
28304 E 6th Place
Watkins, CO 80137

Tarek Masaud
7655 Kaleb Grove
1622
Colorado Springs, CO 80920

Tarneisha Townsend
2508 Darel Drive
Apt.202
Suitland, MD 20746

tasia aime
230 east 63rd
hialeah, FL 33013

Tasrique Chowdhury
5424 Wintergreen Road
Glen Allen, VA 23060

Tate Coulter
48-439 Kamehameha Hwy
Kaneohe, HI 96744

Tate Thornton
11259 E Enrose Street
Mesa, AZ 85207

Tatiana Araujo
3001 NE 185th St
716
Aventura, FL 33180

Tatiana de Araujo
3001 NE 185th St
716
Aventura, FL 33180

Tatjana Bojic
1603 E. Dogwood Ln.
Mount Prospect, IL 60056

Tatsuya Nickason
3436 Varsity Dr
Little Elm, TX 75068

Tatyana Garkusha
4090 Asheville Manor Court
Cumming, GA 30040

Taurai Kanyumbu
242 Marbella Villas, Willow Park Manor
Pretoria, GP 00184

Tay Nguyen
12110 Lyons Street
Jacksonville, FL 32224

Taylor Black
27 Littlefield Road
Newton, MA 02459

Taylor Bright
112 Plum Street
Bolivar, NY 14715

Taylor Cabral
1115 E Twiggs St
2218
Tampa, FL 33602

Taylor Ellard
35 Mathews Ave
43
Waterville, ME 04901

Taylor Fleetham
122 Coram Lane
Orange, CT 06477

Taylor Knight
215 via nada
san clemente, CA 92672

taylor morris
5325 st charles ave.
apt. E
new orleans, LA 70115

Taylor Mundo
2805 red raider ave
Edinburg, TX 78542

Taylor Nguyen
22543 Royal Ridge Ct
Lutz, FL 33549

Taylor O'Brien
905 NE 66th St
Unit 732
Seattle, WA 98115

Taylor Schneider
2400 Windage Dr
Apt 6A
Fairfield, OH 45014

Taylor Tackett
14240 N. Aguilar Dr
Fountain Hills, AZ, AZ 85268

Taylor Tuccio
11247 Westwood Ave
Denham Springs, LA 70726

Taylor Wright
543 Cutwater LN
Foster City, CA 94404

Tayyab Muhammad
55 Juniper St
Farmingdale, NY 11735

Tayyib Mahmood
60 Portland place
STaten Island, NY 10301

Ted Aylmer
2028 E Ben White Blvd
STE 240-2006
Austin, TX 78741

Teddie Jones
11800 Braesview
Apt 2810
San Antonio, TX 78213

Teddy ogden
4424 Bryn Mawr Drive
Dallas, TX 75225

Tehuti Gillette
102 stoneridge dr
Warner Robins, GA 31088

Tejal Patel
2816 Bluebonnet Ln
Bedford, TX 76021

Tejaskumar Patel
2280 Cain Commons Dr
Dacula, GA 30019

Teju Hari
7885 SW 71st Ave
Portland, OR 97223

Temitayo Okusami
5451 5th St NE
Apt 304
Fridley, MN 55421

tenzin choejor
430 SE 106th Ave
portland, OR 97216

TERENCE KEYES
151 MISTLETOE LN
KYLE, TX 78640

Terrance Hunter
1220 Echo Glen Rd
Charlotte, NC 28213

Terrance Williams
4358 Forestbrook Dr
Liverpool, NY 13090

terrell frey
715 paulsen circle
compton, CA 90220

terrell robinson
728 E Main st
501
Richmond, VA 23219

Terris Delgado
1161 chestnut st
Elizabeth, NJ 07201

Terry Dunn
6175 SW 112th Ave
Beaverton, OR 97008

Terry Smedstad
14848 s seven oaks ln
Draper, UT 84020

Terry Sweatt
3130 Larkspur Dr
Nashville, TN 37207

Test Melwani
184 Salmon
Irvine, FL 92618

Testinggg OS Test dsacvsdc
2 St. James Road
--
New York, FL 71210

Tevers Brittingham
1093 Emerald Ridge Dr
Calera, AL 35040

tevin bonner
422 bicley place
chester, PA 19013

Tevin Gaillard
7400 w center st
1
Milwaukee, WI 53210

Thabo Nkonjane
77 Jeffrey Crescent
Sillwood View
Cape Tiown, WC 07100

thai ho
755 beckley farm way
springboro, OH 45066

Thai Le
11702 Sherbrooke Woods Ln
SILVER SPRING, MD 20904

Thai Le
11702 Sherbrooke Woods Ln
Silver Spring, MD 20604

Thai Tran
720A Dien Bien Phu str.
-
Ho Chi Minh city, - 72300

Thang Nguyen
Thu Duc
Ho Chi Minh 71300

Thang Trinh
8792 Andreas avenue
orlando, FL 32832

Thanh Dang
5230 Clarkston Ln
Spring, TX 77379

Thanh Huynh
3418 DANIEL DR
ARLINGTON, TX 76014

Thanh Lam
19415 Sw 272nd St
Homestead, FL 33031

Thanh Le
745 English Oak Drive
Hinesville, GA 31313

Thanh Le
5401 Ohio St
South Charleston, WV 25309

THANH LUU
3499 Valley Vista Drive
SAN JOSE, CA 95148

thanh nguyen
957 wheat rdg
prattville, AL 36066

Thanh Nguyen
4042 conrad avenue
San Diego, CA 92117

thanh nguyen
11448 fenview ct
orland park, IL 60467

Thanh Nguyen
512 Wilson Drive
Hartsville, SC 29550

Thanh Phuong Tran
46 Truong Cong Dinh Street
Ho Chi Minh City 70000

Thanh Vo
1925 E Deodar St
Ontario, CA 91764

THANH VO
2775 ACHILLEA WAY SW
MARIETTA, GA 30064

THANH VU
6114 Lois Ln
San Angelo, Texas 76904-0000

THANHLIEM NGUYEN
14164 SE Nightingale Ave
Happy Valley, OR 97015

Thao Le
6236 Windward DR
Burke, VA 22015

Thao Nguyen
1109 River Bend ct
Folsom, CA 95630

Thao Nguyen
13222 Ascot Glen Ln
Houston, TX 77082

Thao Vo
1711 Esplanade Blvd
Ruston, LA 71270

tharun Muthoju
12337 Rowan HL Dr
Huntersville, NC 28708

The Duong
305 Coty Way
San Jose, CA 95136

The Nguyen
35 Nguyen Tat Thanh, Phu Thien
Gia Lai 00060

Theodore Lu
17130 Wandering Wave Avenue, Boca Raton,
Boca Raton, FL 33496

Theodore Slack
18 Country Oaks Rd
Lebanon, NJ 08833

Theotis Badgett
10311 Bay Club Ct
Tampa, FL 33607

Theresa Nguyen
12850 Holiday Lane
Bowie, MD 20716

Thi anh dao La
17913 ash st
Fountain valley, CA 92708

Thi Ho
1669 Shortridge Ave
San Jose, CA 95116

Thi Nguyen
3884 Polk st Unit B
Riverside, CA 92506

THI PHUNG
13286 Fortuna ct, Oregon City, OR 97045
OREGON CITY, OR 97045

Thi Thu Ha Bui
19516 Smith Circle
1
Cornelius, NC 28031

THI XUAN LAN Hoang
8544 white rose Dr
Orlando, FL 32818

Thi Yen Nguyen
4541 Renaissance Dr Apt 433
San Jose, CA 95134

Thiago Silva
822 Palm Forest Ln
Minneola, FL 34715

Thien Nguyen
841 fairway dr
Hartsville, SC 29550

Thienson Phan
855 ivy trail way
fort mill, SC 29715

Thinh Nguyen
7833 Byrds Nest Pass
Annandale, VA 22003

Thinh Pham
22023 117th Ave SE
Kent, WA 98031

Thoai pham
4112 sinew CT
las vegas, NV 89129

Thomas Arnone
15664 Crystal Path
Rosemount, MN 55068

Thomas Beams
2025 Cupola Dr
Apt B102
Loveland, CO 80538

Thomas Brooks
5302 Milky Way Ave
Killeen, TX 76542

Thomas Brownsword
4717 Trinidad Lake Ct
Colorado Springs, CO 80924

Thomas Burger
3040 E Shea Blvd
Apt 1044
Phoenix, AZ 85028

Thomas Catalano
7257 Montereal Path
Lake Worth, FL 33463

thomas chamberlain
20477 w hamilton st
buckeye, AZ 85396

Thomas Cloud
6312 Neptune St
Fort Worth, TX 76179

THOMAS CONKLIN
1417 Redona Way
Naples, FL 34113

Thomas Dennis
601 Myers St SE
Rainier, FL 98576

Thomas Doss
919 Main St
Apt. 14
Rapid City, SD 57701

THOMAS DUKES
23414 Pagoda Oak Dr, Spring, TX, 77373,
spring, TX 77373

Thomas Ginocchio
106 Fairway Drive
Eastchester, NY 10709

Thomas Griffin
528 Hill Street
Vicksburg, MS 39183

Thomas Han
4905 Carriagepark Rd
Fairfax, VA 22032

Thomas Houk
627 poplar st
toccoa, GA 30577

Thomas Johnson
1832 72nd Ave
Philadelphia, PA 19126

Thomas Kain
203 County Road 242
Bay City, TX 77414

Thomas King
5000 Avington Court
WAXHAW, NC 28173

Thomas Kroger
1274 Braewick Dr
Morgantown, WV 26505

Thomas Lage
4721 Mial Plantation Rd
Raleigh, NC 27610

thomas lu
5 Huntington Road
EDISON, NJ 08820

Thomas McCurley
PO BOX 1445
Travelers Rest, SC 29690

Thomas Molloy
1710 CIrcle Road
Towson, MD 21204

Thomas Myers
9260 yale rd, diamond, OH 44412 US
diamond, OH 44412

thomas nguyen
182 fullmoon
irvine, CA 92618

Thomas Nieminen
1535 Pineola Ln
Gastonia, NC 28054

Thomas Norton
14401 Oxford Drive
Edmond, OK 73013

Thomas Pedersen
44251 Pine Dr
Sterling Heights, MI 48313

Thomas Pho
4802 Thiban Terrace
Annandale, VA 22003

Thomas Raynor
1826 Mirmar Road
Musnter, IN 46321

Thomas Reiss
8 osprey way
Westport island, ME 04578

Thomas Rubi
711 Yew Barrow Ct
Henderson, NV 89011

Thomas Skinner
14500 Dallas Parkway
1084
Dallas, TX 75254

Thomas Straughter
17202 Inglewood Ave
Apt 127
Lawndale, CA 90260

Thomas Thao
5107 SE Henderson St
Portland, OR 97206

Thomas Welch
44475 Redwood Lane
California, MD 20619

Thong Nguyen
12831 daylight dr
3114
Saint Louis, MO 63131

Thong Tran
165 Blossom Hill Rd
San Jose, CA 95123

Thorenzo Acuna
23555 N Desert Peak Pkwy
713
Phoenix, AZ 85024

Thu Nguyen
10413 E. CAMINO LA
JOYA PANTANO
Tucson, AZ 85730

Thuan Pham
16521 Waite Ln
Huntington Beach, CA 92647

ThuHong Nguyen
86 Ridgewood rd
Middletown, RI 02842

Thuhuynh Hoang
8506 VERONA FALLS CT
RICHMOND, TX 77407

thuy dang
4935 constantine ct
grand prairie, TX 75052

Thuy Tran
7912 Canto AVE
Lasvegas, NV 89147

Thuy-ai Pham
10718 Mason Dale Dr
Cypress, TX 77433

Thuybich Nguyen
5611 Garnet Peak Lane
Richmond, TX 77469

Tiara Turnage
169 Howard ave
Apt 2R
Brooklyn, NY 11233

Tien Ha
2927 Chamoune Ave
SAN DIEGO, CA 92105-4357

Tiep Le
11415 Scottsdale dr
Meadows Place, TX 77477

Tiffany Ezike
1615 Dean street
2D
Brooklyn, NY 11213

Tiffany Mattson
437 W WACHTER RD
GALENA, IL 61036

Tiffany Means
PO Box 1079
Milwaukee, WI 53201

Tiffany Pham
601 S Newhope St
Unit D
Santa Ana, CA 92704

Tiffany Tran
3550 Egret Drive
Folsom, CA 95630

tiffany tran
213 CONEFLOWER LN
STAFFORD, VA 22554

Tihomir Premuz
7950 W Flamingo Rd
Unit 2055
Las Vegas, NV 89147

Tim Fair
21 E 2nd Avenue
Runnemede, NJ 08078

Tim Houff
2333 White Owl Way
Suitland, MD 20746

tim knoll
9101 W. Sahara Ave
Suite 105 PMB 1495
Las Vegas, NV 89117

Tim Peterson
20 Martling Rd
San Anselmo, CA 94960

Tim Unger
4001 Muscadine Drive
Mckinney, TX 75071

Tim Vecchioni
331 Carlyn Drive
SEVERNA PARK, MD 21146

Tim Yoon
1425 Stark Bridge Rd
Lincoln, CA 95648

Timmathy Reid
12605 Bridgewater drv
245 Regent Circle
Eastvale, California 92880-0000

Timmy Lau
3034 Crater Ln
San Jose, CA 95132

Timothy Ahn
2635 Fillmore St
Apt 201
San Francisco, CA 94115

Timothy Artus
18 Norman Circle
Turners Falls, MA 01376

Timothy Baker
5 Conant Pl
Darien, CT 06820

Timothy Brining
5932 Mulberry Drive
Mays Landing, NJ 08330

Timothy Cook
7435 American Holly Ln
Quinton, VA 23141

Timothy Daniels
1314 Poole Street
North Myrtle Beach, SC 29582

Timothy De Leon
1501 E Elma Privado
Ontario, CA 91764

Timothy DeBerry
10321 Goldenbrook Way
Tampa, FL 33647

Timothy Gray
22202 Estate Hill Dr Apt 2216
San Antonio, TX 78258

Timothy Hartwell
49 Egypt Beach Rd
Scituate, MA 02066

Timothy Haut
1832 Springwood Drive
Sarasota, FL 34232

Timothy Headlee
229 Headley Road
Washington, PA 15301

Timothy Krauss
5216 Cambridge Knoll Way
Raleigh, NC 27616

Timothy Ladner
725 Clover Pl
Biloxi, MS 39532

Timothy Marko
917 Rock Springs Dr.
Burleson, TX 76028

TIMOTHY MCNELLIE
5530 STANTON AVENUE #2
PITTSBURGH, PA 15206

Timothy Michael
7676 ginger lily ct
Tampa, FL 33619

Timothy Nguyen
37 S. Madison st
Allentown, PA 18102

Timothy Palumbo
27 Washington Ave
Torrington, CT 06790

Timothy Pouliot
1842 N Somerset
Mesa, AZ 85205

Timothy Rosilez
934 arbor pine
tomball, TX 77375

Timothy Ross
155 Hillside Rd
Southern Pines, NC 28387

Timothy Sakogawa
4111 Suffolk Way
Pleasanton, CA 94588

TIMOTHY SMITH
450 NW 102ND TER
PEMBROKE PINES, FL 33026

Timothy Walker
3395 Fernview Drive
Lawrenceville, GA 30044

Timothy Walters
1305 Ivey St
Cassville, MO 65625

Timoty Henton
2121 Judson Street
San Diego, CA 92111

Timur Hamhoev
50 Brighton 1st Road
Brooklyn, NY 11235

Timur insanally
63-50 Fitchett Street
FLUSHING, NY 11374

Tin Nguyen
8316 Glendon Way
Sacramento, CA 95829

Tin Truong
5421 n christiana ave
Chicago, IL 60625

TIN VAN
4053 olley ln
Fairfax, VA 22032

Tina Coleman
11816 Inwood Rd
1256
Dallas, TX 75244

Tina Huynh
508 meadow bend dr
Friendswood, TX 77546

Tina Tran
2635 N 167th St
Omaha, NE 68116

Tingting Zhou
3739 S union ave
Apt 1F
Chicago, IL 60609

tini goly
20 avenue b
ny, NY 10010

Tinnesha Trufant
2190 NE 51st Ct Apt 307
Ft Lauderdale, FL 33308

Tinoosh Zand
5729 Lebanon Road
Ste. 144134
Frisco, TX 75034

Tirop Sambu
3344 Hewitt Ave
Apt 77
Silver Spring, MD 20906

Titan Munday
2616 Russell Bond Rd.
Millington, TN 38053

Titus Conley
7015 46TH PL N
Crystal, MN 55428

Toan Bui
3009 MISTY HEIGHTS CV
PFLUGERVILLE, TX 78660

toan nguyen
1105 baynes dr
mckinney, TX 75071

Toan Pham
2948 sunburst dr
San jose, CA 95111

Toan Tuong
184 Wave Rock Run West
Fort Wayne, IN 46845

Toby Yu
67 Castillejo Drive
DALY CITY, CA 94015

todd benoit
12 Young's Point Road, Box 98
Box 98
Corea, ME 04624

Todd Berg
2907 Bixby Ct.
Castle Rock, CO 80109

Todd Hunter
246 Wagon Trace Ln
Kernersville, NC 27284

Todd Jack
231 NB
Canada, AK 94310

Todd Jaggers
P.O. Box 488
Frankston, TX 75763

Todd Raley
8341 Tally Ho Rd
Lutherville, MD 21093

Todd Yeoman
665 Stonewall Court
Bourbonnais, IL 60914

Togwon Sua
19471 skidmore way
fort myers, FL 33967

Togwon Sua
19401 Skidmore way
8 202
Fort myers, FL 33976

Toi Swartz
3741 W 59th St.
Los Angeles, CA 90043

tokollo selela
Ny 142
no 33
cape town, WC 07750

Tom C sons LLC Company
4349 136th ct
crestwood, IL 60418

tom huynh
4130 Odessa Street
Dallas, TX 75212

tom phan
15632 intelachen dr
austin, TX 78717

Tom Saeteurn
3330 South Morgan Street
Seattle, WA 98118

tom tji
21 Upham St
Randolph, MA 02368

Tomas Colella
742 Tulip Circle
Weston, FL 33327

Tomas Georgakopoulos
5359 West Wilson Avenue
APT 1
Chicago, IL 60630

TOMAS JENSEN
503 WESTIN RIO MAR VLG
RIO GRANDE, PR 00745

Tomas Trevino
279 County Road 480
Alice, TX 78332

Tomasz SICKO
34 Ebert Dr,Unit 62,Bristol,CT 06010
Bristol, CT 06010

Tomide Adeloye
528 BRONZE FOREST DR
Fort-Worth, TX 76155

Tomika Mason
3275 Hackberry Lane
Montgomery, AL 36116

TOMLEE WONG
13512 JACKSON ST
WESTMINSTER, CA 92683

Tommie R Haynes
225 Americana Cir Fairview Heights, illi
Fairview Heights, IL 62208

TOMMY HO
138 FREEBORN ST
STATEN ISLAND, NY 10306

Tommy Lee
2003 Town
San jose, CA 95054

Tommy Varner
6755 N 186th Ave
WADDELL, AZ 85355

Tommy Yoshida
565 241st Ln SE
Sammamish, WA 98074

Tomorro May
4350 Bonte Ln
Douglasville, GA 30135

Tomuhisa Sun
3301 Michelson Dr, Apt 3628
Irvine, CA 92612

Tong Wang
75 station landing
Apt425
Medford, MA 02155

Tonny Her
301 Stoddard St
houston, MN 55943

Tony Bui
1064 70th Street
2FL
Brooklyn, NY 11228

Tony Dhanda
9901 Storm Petrel Court
Elk Grove, CA 95757

Tony Le
452 folsom court
milpitas, CA 95035

Tony Leech
9406 glynhill ct
Killeen, TX 76542

Tony Lei
23332 White Magnolia Pl APT 108
Lutz, FL 33549

Tony Lindsay
21 East Front St
Red Bank, NJ 07701

Tony Nguyen
16 Foye ave
Weymouth, MA 02188

Tony Offerman
7500 Fox Ct NE, Cedar Rapids, IA, 52402,
Cedar Rapids, IA 52402

Tony Scott
87 Luart Dr
Lillington, FL 27546

Tony Swink
805 Colonial Avenue
Williamsburg, VA 23185

Tony Truong
15491 devonshire circle
Westminster, CA 92683

Tony Witscher
6600 Yatesville Hwy
Yatesville, GA 31097

Tonye Okpeyowa
7549 Stonebrook Parkway
Frisco, TX 75034

Torrence Woods
5664 W 62ND ST
Los Angeles, CA 90056

Torrey Manning
3150 Baywood Ct
Conyers, GA 30013

Torrey Manning
3150 Baywood Ct
Conyers, GA 30013-6740

Torrey Wells
400 S PARROT DR
Fort Washington, MD 20744

Tou Lee
157 Fairway Dr
Conover, NC 28613

Tou Thor
14296 E Whitaker Pl Unit 111
aurora, CO 80015

TOWAN KHOSHABEH
1236 Atlantic Avenue
317
brooklyn, NY 11216

Toyin Koyejo
14335 Huston St
110
Sherman Oaks, CA 91423

Tracey Owens
245 S Erie
WICHITA, KS 67211

Tracy Luong
6903 Seascape Dr, Grand Prairie, TX 7505
Grand Prairie, TX 75054-7285

Tracy Ngo
6441 Iroquois road
westminster, CA 92683

Tracy Perkins
1830 Scrub Jay Rd
Apopka, FL 32703

Tram Anh Tran
1350 Oakland Road
Space 55
San Jose, CA 95112

Tram Ngo
2601 Cross Oak Places
Mckinney, TX 75071

Tram Nguyen
5127 Oakbridge Dr
San Jose, CA 95121

TRAM NGUYEN
15362 BALBOA ST
WESTMINSTER, CA 92683

Tram NGUYEN
6312 w la madre way, las vegas, NV 89130
las vegas, NV 89130

Tram Pham
3622 Hastings St
Houston, TX 77017

Tramell Huff
5953 Mable Rd unit #207
Las Vegas, NV 89110

Tramy Nguyen
1771 Ironwood Ln
Milpitas, CA 95035

Trang Huynh-McClain
7675 El Cerro Dr
Buena Park, FL 90620

Trang LE
906 ALMADIN
SAN ANTONIO, TX 78258

Trang Nguyen
3552 Juergen Dr
San Jose, CA 95121

Trang Nguyen
22830 Roberts Run Ln
Katy, TX 77494

Trang Pham
123 Belshire Dr
Greer, SC 29650

Trang Tran
5918 E. Solano Bay Ln
Houston, TX 77041

Trangca Nguyen
3614 PLACE DE LOUIS
SAN JOSE, CA 95148

Trao Her
2210 Serena Ave.
Clovis, CA 93619

Travis Coleman
7864 County Road 1216
Blue Ridge, TX 75424

Travis Davis
8252 Grape Ridge Court
Sacramento, CA 95829

Travis Dessaure
200 Lindera Preserve blvd
summerville, SC 29486

Travis Evans
3432 East Wilson Street
Farmville, NC 27828

Travis Glasgow
5521 Union Chapel Terrace
Northport, AL 35473

Travis Hua
9758 Elk Grove Valley St.
Las Vegas, NV 89178

travis james
1817 13th st
lewiston, ID 83501

Travis Jonas
9206 W Villa Chula
Peoria, AZ 85383

Travis Lamming
7870 Winans lake rd
Brighton, MI 48116

Travis Lattin
303 Burkemill Rd
16B
Rockwood, TN 37854

Travis Smith
700 Skyhawk Drive
Apt 720
Boiling Springs, SC 29316

Trayjuan Harris
624 las colored dr
San Marcos, CA 92078

Traysean Puentes
4146 Madison Ave
8
North Highlands, CA 95660

Trent Daniels
2717 Stadium View Drive
Fort Worth, TX 76118

trenton helton
10215 meadowknoll drive
LOVELAND, OH 45140

Trenton Joyce
532 sun valley village
102
Altamonte Springs, FL 32714

Trevone Dupree
1221 Magie Ave
24B
Union, NJ 07083

Trevone Wims
1000 S Anza st
apt 18
El Cajon, CA 92020

Trevor Doggett
2346 Slate Valley Ln
Knoxville, TN 37923

Trevor Gardom
69 21 1/4 St
Chetek, WI 54728

trevor goehl
5189 cole lane, college station, TX 7784
COLLEGE STATION, TX 77845

Trevor Herod
17 State Highway B
Montgomery City, MO 63361

Trevor Luu
8802 Guess Street
Rosemead, CA 91770

Trevor Pearson
1765 Apa Road
Point Roberts, WA 98281

Trevor Rachal
10634 s. 390 e.
Sandy, UT 84070

Trevor Santa Lucia
1041 West Lancaster Avenue
APT A-2ND
Bryn Mawr, PA 19010

Trevor Schaller
33 maple lane
blauvelt, NY 10913

Trevor Stokes
656 Hanon dr
WILLISTON, VT 05495

Trevor Ward
1511 Linden Ave
Lewiston, ID 83501

Trey Smith
22034 Golden Cedar Dr
Cypress, TX 77433

Tri Bui
9822 sailor Dr
Jacksonville, FL 32221

Tri Nguyen
37 spur lane
HIRAM, GA 30141

Tri Nguyen
3545 w walnut st
Garland, TX 75042

Tricia Yennes
26 Woodman Ave
Hammonton, NJ 08037

tricshawn reynolds
9158 solvista pass ln
houston, TX 77070

Triet Phan
4769 N Long Ave
Unit 2A
Chicago, IL 60630

Trieu Huynh
865 Saint Bede Ln
Hayward, CA 94544

Trinh Nguyen
9 woodland st.
Everett, MA 01880

Tristan Husslein
320 View Drive
White Lake, MI 48386

tristan Lamour
222 East 38th St.
Brooklyn, NY 11203

Tristan Rawls
105 Straley Ave
Buffalo, NY 14211

Troy Jackson
37936 Pisces Cir
Palmdale, CA 93552

Troy King
1608 Del Sol Ridge Lane
Katy, TX 77493

Tru Nguyen
4906 N Keystone Ave
Chicago, IL 60630

Trung Nguyen
2913 Alta Mira Dr
Richmond, CA 94806

Trung Nguyen
3853 19TH AVE N
St Petersburg, FL 33713

Trung Nguyen
1443 Vanderbilt
Tyler, TX 75703

Trung Tran
1312 McLeans Ct
Mount Pleasant, SC 29466

Truong Nguyen
934 Falling Creek Drive
Macon, GA 31220

Truong Phan
601 Carlisle St
Hanover, PA 17331

Trystan Ruiz
2700 Flamboyan Street
Kissimmee, FL 34744

Tsamengsim Thao
10161 Charles Morris Way
Elk Grove, CA 95757

Tsanko Dimitrov
5633 35th Way N
Saint Petersburg, Florida 33714-0000

Tsering Pemba
35-33 64st
Apt 5D
Woodside, NY 11377

Tshepo Manzi
9581 Maaroganye Drive
Dobsonville
Johannesburg, GP 01863

Tsubasa Jeffery
778 S 1100 E
Pleasant Grove, UT 84062

Tu Duong
1100 Ross Ave
Alhambra, CA 91801

Tu Tran
300 Eastcote Dr
Atlanta, GA 30350

Tu Tran
2642 creek hollow dr
Duluth, GA 30096

Tuan Kieu
49 ngo 152 Hao Nam, O Cho Dua, Dong Da
Ha Noi 10000

Tuan Le
444 Copperfield Ct
Saint Charles, MO 63301

Tuan Le
23 Stephen Smith Dr
Putnam Valley, NY 10579

Tuan Nguyen
1805 Coventry Way
Jonesboro, GA 30236

Tuan Nguyen
7236 Jonhstone Ln
Fort Worth, TX 76133

Tuan Tran
107 Brookhollow Dr
Youngsville, LA 70592-5497

tuan vo
24548 e Louisiana cir
aurora, CO 80018

Tue Pham
2948 Sunburst Dr
San Jose, CA 95111

Tung Do
17669 Hever Cir
Fountain Valley, CA 92708

Tung Le
1316 NW 15th St
Moore, OK 73170

TUNG PHAM
6677 Hadley Ave S
Cottage Grove, MN 55016

Tung Tran
303 power ct
Sugar Land, TX 77478

Tung Tran
187A Le Van Luong, Phuoc Kien, Nha Be
A4.20.01 CC Hoang Anh Gold House
Ho Chi Minh, Ho Chi Minh city 73207-0000

Tungan Nguyen
331 hillside ct
Schaumburg, IL 60193

Tuong Hoang
6022 workers dr
Brooklyn, MD 21225

Tushar Chandrakapure
24342 Myrtle Ct
Novi, MI 48375

Tuyet Nga Luu
179 Bui Thi Xuan
Hanoi 10000

Ty Casper
1149 mistwood lane
Downers Grove, IL 60515

Ty Forbes
4574 Andrew Crossing Drive
Apt 4
Memphis, TN 38128

Ty Stewart
3330 Dumas Street
San Diego, CA 92106

Tyhler Skruck
130 Maravillas Bnd
Bastrop, TX 78602

Tyler Ammons
3005 SE Glasgow Dr
Stuart, FL 34997

Tyler Bauer
12957 W herbison road
Eagle, MI 48822

Tyler Berozi
88 Wichard Blvd
Commack, NY 11725

Tyler Black
2819 lee shore loop
Orlando, FL 32820

Tyler Black
3206 Nassau dr
Hudson, FL 34607

Tyler Ernst
2024 Lewis St
Hercules, FL 94547

TYLER GILLEN
882 Molasses Valley Rd
Kunkletown, PA 18058

Tyler Goedtel
100 Clinton Ave
2P
Mineola, NY 11501

Tyler Gomez
94 Noble Heart Pl
Fuquay Varina, NC 27526

Tyler Haney
5396 Cameron Dr
Ave Maria, FL 34142

Tyler Hess
35964 Camelot Cir
Wildomar, CA 92595

Tyler McPeak
217 Steamboat Ct
Nashville, TN 37214

Tyler Nguyen
16031 Imperial Forest ln
Houston, TX 77073

Tyler Ogilvie
66459 Hwy 20
Bend, OR 97703

Tyler Perry
78 BRANCH HILL CT
HARRISON, OH 45030

Tyler Prazzo
4153 marlin drive
idaho falls, ID 83401

Tyler Robertson
315 W Pine Ave
Norwalk, IA 50211

TYLER SHAGI
22757 CAROLINE DR
ESTERO, FL 33928

Tyler Smith
500 East 4th Street
Dover, OH 44622

Tyler Stanczak
8200 South Congress Ave
Apt 5310
Austin, TX 78745

Tyler Standish
1001 Atlantic Avenue
Walworth, NY 14568

Tyler Vanderburg
5704 E Aire Libre Ave
Scottsdale, AZ 85254

Tyler Vinson
1900 S Floyd St
Unit 513
Louisville, KY 40208

Tyler Westra
5300 n ditch rd
Sioux falls, SD 57104

Tyler Wilson
1902 Palo Duro
Friendswood, TX 77546

Typhany Stewart
59 Logan Street apt c1
BROOKLYN, NY 11208

Tyrance Sanford
16000 NW 18th Court
Miami, FL 33054

tyree start
347 east 11th street
erie, PA 16503

Tyree Thomas
1201 Kennedy Road
Apt 17
Daytona Beach, FL 32117

Tyreke Foggie
132 Echline st
founrain inn, SC 29644

Tyrone Davis
3820 Chicken Foot Rd
Saint Pauls, NC 28384

Tyrone Thomas
1124 Sweetbrook Way
Orlando, FL 32828

Tysen Liu
3786 Vine St
Pleasanton, CA 94566

Tyshawn Lane
52043 Yaqui Ct #1
Fort Cavazos, TX 76544

Tze Yang Tan
975 San Pasqual APT 111
Pasadena, CA 91106

Tzvetelina Ianeva
302 Washington St 150 6959
St 150-6959
San Diego, CA 92103

Uday Kumar Anantharam
19800 N 7TH ST apt 2049
PHOENIX, AZ 85024

Uday Madireddy
13707 Oak Harbor Bend
Cypress, TX 77429

UDAYA RAMYA GODAVARTHY
13021 LEGENDARY DR APT 1017
APT 1017
AUSTIN, TX 78727

Udit Sharma
1014 Legacy Oaks Circle
Roswell, GA 30076

Uduak Ekwere
South Lewis Avenue, Tulsa
Tulsa, OK 74171

Ujal Timsina
520 Tourmaline Dr
Blacklick, OH 43004

uliana schuchak
524 larchmont acres APT D
larchmont, NY 10538

ulises martinez
1961 48th st sw
naples, FL 34116

Ulises Rubio
681 Cole Rd
Aromas, CA 95004

Umair Mirza
9312 Garst Dr
Manassas, VA 20110

Ummara Gul
865 Mix Ave
Apt L17
Hamden, CT 06514

Unique Overby
3304 Merlin Ct.
Chesapeake, VA 23323

United States Attorney
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, NJ 07102

United States Attorney General
United States Department of Justice
P.O. Box 683
Washington, DC 20044

Unknown AKASH ANDREW ANAND
14871 Fells Lane
Orlando, FL 32827

Uri Braun
427 Carroll Street
2
Hudson, NY 12534

Uri Manko
130 72nd st
Apt 4M
Brooklyn, NY 11209

Uri Manko
130 72nd st
Brooklyn, NY 11209

Uriel Sencama Badillo
3017 W 2nd St
Apt 4
Los Angeles, CA 90057

Uriel Zamora
502 Red Bugambilia
Pharr, TX 78577

Usman Majoka
357 Norran Dr
Rochester, NY 14609

Uthum Fernando
6271 Dongola st.
Jurupa Valley, CA 92509

UYEN MAI
3499 Valley Vista Drive
San Jose, CA 95148

Uyen Ngo
82C Kim Chau, Dray Bhang, Cukuin
Daklak 64106

Vadim Davydov
3611 S Sterling Ave
Tampa, FL 33629

Valay Patel
335 Fountayne lane
Lawrenceville, NJ 08648

Valdern Chalwell
13518 Burbank Blvd Apt 3
Sherman Oaks, CA 91401

Valdrin Dauti
35 Lakeview Rd
Ringwood, NJ 07456

Valentin Janakiev
14715 Barryknoll Ln
Apt 139
Houston, TX 77079

Valeriy Alekseyev
530 E 89th st.
6K
New York, NY 10128

Valeriy Simonenko
3385 Maverick st
Las Vegas, NV 89108

Vamshi Karnati
4333 Trolan Ln
Dublin, CA 94568

VAMSHI KRISHNA MOTEPALLI
10516 SWANEE MILL TRACE
GLEN ALLEN, VA 23059

Vamsi Konduru
1203 Ashwood Dr
Tyler, TX 75703

Van Anh Tran
02/05 Le Ngoc Han
Tay Son Tam Diep
Ninh Binh, NB 00010

Van Huynh
3356 128th Lane NE
Blaine, MN 55449

Van Huynh
10321 Abbott road
Manassas, VA 20110

VAN NGUYEN
1707 Woodwatch Way
Brandon, FL 33510

VAN TRAN
9134 SMOKEHOLLOW DR
HOUSTON, TX 77064

Van Truong
4771 little London dr
Colorado springs, CO 80923

Vanaplus Godinez
13763 Redtail Lndg
San Antonio, TX 78253

Vandan Patel
5 Story Place
Robbinsville, NJ 08691

Vandana Shah
4430 Highfield Drive
Cumming, GA 30041

Vaneeza Asif
2530 Cheyenne Way
Gambrills, MD 21054

Vanessa Baker
13540 Sierra Dr
Clifton, VA 20124

Vang Lor
7540 Tempo Terrace NE
Fridley, MN 55432

Varaha Pitla
523 Ranch Trl
Apt 142
Irving, TX 75063

varsha yallamanchi
11306 softbreeze ct
Pearland, TX 77584

Varshith Korrapati
6811 NE 121st ave HH296
vancouver, WA 98682

VARUN DHIR
3825 Buckinghamshire Drive
Land o lakes, FL 34638

Varun Kumar Pottlapally
213 Pinelli Dr
Piscataway, NJ 08854

Varun Muthu
1029 Hyannis St
Plano, TX 75094

Varun Reddy Dendi
1712 Daisy Corner Dr
Prosper, TX 75078

VARUNKUMAR PATEL
135 william clark blvd
SANTEE, SC 29142

Vash Johnson
15 Tonto Apache Reservation
Payson, AZ 85547

vaughnlie stephens
22 boylston st
Randolph, MA 02368

veera chunduri
9277 Spruce Valley Dr
frisco, TX 75033

VEERA NAGA RAKESH KORLEPARA
26493 E University Drive
AUBREY, TX 76227

VEERA NAGA RAKESH KORLEPARA
7200 PRESTON ROAD
PLANO, TX 75024

Veeraprakash Donthu
126 Royal Inverness Pkwy
Dardenne prairie, MO 63368

Veha Souphom
284 E 1975 N
Pleasant Grove, UT 84062

Venkat Rangaraj
705 Autumn Close
Alpharetta, GA 30004

Venkata Balasubramanyam Chennu
249 Prestwick Way
Edison, NJ 08820

venkata krishna curapati murali
45342 sedra ct
novi, MI 48375

Venkata Pasumurthy
5903 Neuville St
Ijamsville, MD 21754

Venkatesh Satla
2424 Clear Pond Vw
LEANDER, TX 78641

Venkateshwar Reddy
3374 N Chatham Rd
Apt B
Ellicott City, MD 21042

VENU BABU DONTHULA
936 south blake st
MOUNTAIN HOUSE, CA 95391

Venugopal Gannavarapu
9383 W Via Del Sol
Peoria, AZ 85383

Venugopal Yedugondla
8256 bonnybank
The colony, TX 75056

Verabhadrarao Boyalla
8102 Hagrid Ln
Elkridge, MD 21075

Verice Lewis
1081 semora ln
Morrisville, NC 27560

Verlinda Randall
20830 Northeast Caden Street
Fairview, OR 97024

VERNON RAVEN
150 ACTON DR
FAYETTEVILLE, GA 30215

Vernon Walcott
5487 Gate Lake Road
Tamarac, FL 33319

Veronica Brown
341 E South st.
B
Long Beach, CA 90805

Vi Hong
6221 51st street NW
Rochester, MN 55901

Viana Garcia Jackson
458 Sunfish Drive
Winter Haven, FL 33881

Vicente Dizon
1117 south 41st street
Tacoma, WA 98418

Vickie Ho
8607 Granite Peach Ln
Richmond, TX 77407

Vickie Hoang
10751 Fletcher Bridge Ln
Sugar Land, TX 77498

Victor Alejos
206 Lakewood Drive
Clute, TX 77531

Victor Brabble
2031 Sladen Hills
San Antonio, TX 78253

Victor Chilargi
4607 Timberglen RD
APT 2537
Dallas, TX 75287

Victor Frias
157 Berner avenue
Hazleton, PA 18201

Victor Gonzalez
402 S GRAHAM ST
Apt 2201
Charlotte, NC 28202

Victor Granados
3704 43rd Avenue
Sacramento, CA 95824

Victor Guerrero
928 Lincolnton Road
Apt A
Salisbury, NC 28144

Victor Lau
131 Clark St
Newton Center, MA 02459-2426

Victor Lorenzo
8316 Kaleki CT, Diamonhead, MS 39525 US
Mobile, MS 39525

VICTOR M GUTIERREZ
242 W Green Way Ave
San Antonio, TX 78226

Victor Nguyen
1013 5th Ave
honolulu, HI 96816

VICTOR OKE
200 Highbridge Lane
Prosper, TX 75078

Victor Quangvan
4813 FOUNDATION ST
HALTOM CITY, TX 76117-1422

VICTOR ROBINSON
7106 Walker Mill Rd
Capitol Heights, MD 20743

Victor Santos
1250 s military trail
#1611
deerfield beach, FL 33442

Victor Thoms
11404 south franklin ave
jenks, OK 74037

Victor Torres
1558 W 83rd St
Los Angeles, CA 90047

Victor Tran
1512 Forsythe Dr
Richardson, TX 75081

Victor Valencia
2739 64th Street, Sacramento,
Sacramento, CA 95817

Victor Vargas
7451 Louise Avenue
Van Nuys, CA 91406

Victor Villafane
3943 Dunhill St
Napa, CA 94558

Victor Ynfante
810 s 12 th street
4
Allentown, PA 18103

Victoria Amirian
4539 Cartina Way
El Dorado Hills, CA 95762

Victoria Jeon
99-72 66th Rd
5Q
Rego Park, NY 11374

Victoria Keo
8233
Winthrop St
Houston, FL 77075

Victoria Pedashov
2205 NW Pleasant St
Ankeny, IA 50023

Victoria Smith
20021 Ocotillo Way
Apple Valley, CA 92308

Vidhyadhar Gunturu
67 drewes ct
Lawrenceville, Nj 08648

viet huynh
80 Kilauea Avenue,
hilo, HI 96720

Viet Ngo
203 w tribella ct
Santa ana, CA 92703

viet nguyen
1649 Fendall ct
Crofton, MD 21114

Viet NGUYEN
6312 w la madre way, las vegas, NV 89130
las vegas, NV 89130

Vietly Vu
4764 Prescott Lane
West Chester, OH 45069

Vijay Durai
1600 W La Jolla Dr.
#2256
Tempe, AZ 85282

Vijay kumar Dande lingam
3600 windhaven pkwy
Apt 5427
Lewisville, TX 75056

vijayabhaskara kunam
3859 Development Ter Unit 1005
Fremont, CA 94538

Vikas Aditya
100 Shumard Ct
Irving, TX 75063

Vikas Arora
3833 Thatcher Circle
Harrisburg, NC 28075

Vikas Bhandari
347 W brush pl
Mountain House, CA 95391

Vikas Patel
3000 Gracie Kiltz Lane
505
Austin, TX 78758

Vikash Ranjan
14 Heath Ct
Princeton, NJ 08540

Vikraman Ramalingam
6 poets ln
Metuchen, NJ 08840

Vikrant Jaiswal
35089 Muirwood Dr
Farmington Hills, MI 48335

Viktor Abovskiy
12311 SW 75TH ST
Dunnellon, FL 34432

viktor kochkin
2295 kristal way
denver, CO 80221

Viktor Mazurets
212 Horton RD SE
Cleveland, TN 37323

Viktor Nikitin
2011 Sycamore Dr
Bedford Hts, OH 44146

Viktor Vucic
8544 Greenbank Boulevard
Windermere, FL 34786

Vilma Malinauskiene
39 Stephen St
Apt 1
Lemont, IL 60439

Vinay Horiholi math
392 Western Ave
Augusta, Maine 04330-0000

vinay talamanchipatnam
9901 kingshyreway
tampa, FL 33647

Vinaya Nagathan
5509 Teversham Way
Cary, NC 27519

Vinayak Murthy
522 Dodge Ln
Saint Paul, MN 55118

Vince Koehn
501 W. Geronimo St.
Montezuma, KS 67867

Vince Nguyen
102 Stephanie Street
Palatka, FL 32177

Vince Nguyen
10 W Garden Rd
Broomall, PA 19008

Vincent Abalos
25403 Driftwood Harbor Ln
Tomball, TX 77375

Vincent Barrios
27014 Karns Ct
61002
Canyon Country, CA 91387

Vincent Carter
4913 Sherwood Way
Cummings, GA 30040

Vincent Doan
1601 Green Hill Dr
Arlington, TX 76014

Vincent Smith
445 E Mikkelsen Rd
Shelton, WA 98584

Vincent Zhang
40-20 217th Street
Bayside, NY 11361

Vineel Maharaj
717 W Atherton Drive
apt#281
Manteca, CA 95337

Vinh Hai Phan
Quy Nhon, Binh Dinh, Vietnam
Quy Nhon 55000

Vinh Pham
2110 Village Green Dr
Garland, TX 75044

Vinicius Reis Bazzo
2285 old furnace road
boiling Springs, SC 29316

Vinson Rogers
10505 OROURK LN
Austin, TX 78739

Vipin Gogineni
11900 Shadow Creek Parkway
APT 1515
Pearland, TX 77584

virginia Etchepare
216 green meadow drive B
unit b
watsonville, CA 95076

Vishaal Melwani
184 Salmon
Irvine, CA 92618

Vishal Desai
30 Topaz Dr
Franklin Park, NJ 08823

Vishal Kapur
8306 Hamilton Way
Eastampton Township, NJ 08060

Vishwanath Honnaya
60 Trailside Drive
Monroe, CT 06468

Vishwas Hebbur Venkata Subba Rao
5307 Bundle Flower Ct
Naperville, IL 60564

Vista Souvandy
6047 Rochelle Drive
Fort Worth, TX 76123

Visvabalaji Vaithiyalingam
2480 Ellis Town Dr
Tracy, CA 95377

Viswanadha Bommepalle
2263 Toad Hollow Trl
Apex, NC 27502

Vitalii Matveev
14951 Royal Oaks Ln
apt 1502
NORTH MIAMI, FL 33181

Vitaliy Gritsak
161 Northcliffe Drive
Rochester, NY 14616

Vitaly Prokopchuk
8334 Story Ridge Way
Antelope, CA 95843

Vivek Manjrekar
2406 Russet Forest Dr
Katy, TX 77494

Vivian Charleus
816 south 14th street
Lantana, FL 33462

Vivian Perez
302 HONNESS RD
FISHKILL, NY 12524

Vivienne Mahoney Samuels
8 Avalon Drive
Trophy Club, TX 76262

Vlad Bekker
3201 Taunton Way
Mckinney, TX 75069

Vladimir Boychenko
1925 S Beverly Glen Blvd.,
Unit 40
Los Angeles, CA 90025

Vladimir Reznikov
1768 Slocum St
Hewlett, NY 11557

vladimir stadnitskiy
4203 214th st sw
APT A
mountlake terrace, WA 98043

Vladimiras Severovas
19541 Cherry Hill St
Southfield, MI 48076

Vladyslav Hruntkovskyi
2914 Lindsay Ave
Louisville, KY 40206

Vo Dinh
8814 Edna Pl
rowlett, TX 75089

Vo Nguyen
6295 Noble St.
Arvada, CO 80403

Volker Thiry
2560 Rudgate Dr NW
Grand Rapids, MI 49544

Volspec LLC
1814 Antietam St
Pittsburgh, PA 15206

Vondra Armstrong
11709 Ridgetop Drive
Sherwood, AR 72120

Vonzell Rivera
615 church st
Millville, NJ 08332

Vu Hoang
614 Brigton Ave
Kansas City, MO 64124

Vu hoang long Tran
980 walther blvd
2631
Lawrenceville, GA 30043

Vu Le
15623 Lakewood Terrace Drive
Tomball, TX 77377

Vu Nguyen
7232 S 42nd Dr
Phoenix, AZ 85041

Vu Nguyen
102/65/45 Le Van Tho st, 11th ward, Go V
Ho Chi Minh 00072-7000

Vu Thanh Tung
69 Ton That Tung
Than Uyen 00030-8000

Vu Tran
5720 Doyle Rd
Clifton, VA 20124

Vu Vo
5921 Magnolia Mill Ct
Peachtree Corners, GA 30092

Vuong Nguyen
3948 legacy trail
Carrollton, TX 75010

Vuong Nguyen Tran
120 Slippery Rock Ln
Berea, FL 44017

Vy Bao Huynh
32 Manning Ave
San Jose, CA 95127

Vy Le
10503 N Laureldale Dr
Houston, TX 77041

Vy Nguyen
2902 Edgemont Dr
Abilene, TX 79605

Vy Phan
1981 Shoreham Dr
Florissant, MO 63033

VY TRAN
2346 BELT LINE RD
GARLAND, TX 75044

Vyam Baccam
4877 Purdue Dr
Boynton Beach, FL 33436

Wade Carman
11019 Newtown Road
Nevada City, CA 95959

Wade Chang
452 Golf Course Drive
Leonia, NJ 07605

Wade Cowell
38 Mistletoe Lane
Levittown, PA 19054

wadenson Israel
28 Brookfield,st
AP # 2
Norwalk, CT 06851

Wajahat Ali Dawood
8481 Chapote Road
Frisco, TX 75035

Wajih Ahmed
1403 Inverness Drive
Mechanicsburg, PA 17050

WALEED MAHMOOD
250 N10TH ST
217
BROOKLYN, NY 11211

Walid Ait Elabd
7001 Hansell Road
2317
Plano, TX 75024

Wallis Chau
17758 E Lake Pl
Aurora, CO 80016

Walter Cruz
241 S Wayside Pl
Anaheim, CA 92805

walter sanchez
7813 Summer Harvest Ave
Las Vegas, NV 89129

Walter Zych
5215 Sepulveda Blvd #8B
Culver City, CA 90230

wansley cardichon
8 russel st
everett, MA 02149

Wascar King
1854 Paulding Ave
bronx, NY 10462

Wassifa Bacchus
10753 118 ST
S Richmond Hill, NY 11419

Wayne Klug
21001 N Tatum Blvd
Ste 1630-435
Phoenix, AZ 85050

Wayne Ly
6602 Harbor Town Dr.
Apt 607
Houston, TX 77036

Wayne Ngubane
551 Emberton Estate
Apartment
Hillcrest, KZN 03610-0000

Wayne Polydore
1153 lakebend drive
Lawrenceville, GA 30045

Wayne Starkes
734 Gates Mill Drive
Unit 108
Fort Mill, SC 29708

Weetley Phinisse
65 Colorado Ave
Bayshore, NY 11706

WEI Chen
50-22 185th Street
FRESH MEADOWS, NY 11365

Wei Huang
30 PRESTON LN
Syosset, NY 11791

wei lei
1954 denton ave
Apt A
san gabriel, CA 91776

Wei Tan
5122 Hearthcrest Drive
Garland, TX 75044

wei wang
4953 Ardsley Drive
Temple City, CA 91780

wei wang
300 N Bushnell Ave
Apt 6
Alhambra, CA 91801

Weijen Hsieh
82 Brentwood Cir
Bloomsburg, PA 17815

Welber Ribeiro
477 Woodtick Rd
Wolcott, CT 06716

Welbourne Bootle
346 Pecan Grove Dr
Orange Park, FL 32073

Wellington Feliciano
8185 nw 7th st
apt 414
Miami, FL 33126

Wellington Mutengezanwa
5197 Miami Hills Drive
Milford, OH 45150

Wen Fang
14814 N 37TH PL
PHOENIX, AZ 85032

WENDELL BRADFORD
364 LONG HILL DR
SULPHUR, LA 70665

Wendell Nelms
5509 kerry ln
charlotte, NC 28215

Wendy Graves
24211 Jagger St
Lake Forest, FL 92630

Wendy Junker
13124 Road 38
Gurley, NE 69141

Wendy Lam
2953 Canis Cr
Garland, TX 75044

Wendy Willams
5280 Marlboro Pike
Apt 301
Capitol, MD 20743

Wenjing Liu
60 Bay 43rd st
Brooklyn, NY 11214

Werner Stroebel
753 Wiedrigh Street
Moreletapark
Pretoria, GP 00010

Wesley Aspengren
1202 E 100th PL
Thornton, CO 80299

Wesley Brooks
POB 3151
Marion, IN 46953

Wesley Deshotels
5528 Grand Prairie Hwy
Washington, LA 70589

Wesley Marzec
9602 57th Ave
6K
Corona, NY 11368

Wesley Panko
2374 harbor blvd
204
Costa Mesa, CA 92626

Wesley Quach
7208 W 5th Pl
Kennewick, WA 99336

WESLEY RANDOLPH
400 County Road 354
Trinity, AL 35673

wesley thomas
1531 S state hwy 121
1226
Lewisville, TX 75067

Whitney Brummond
2601 N 167th Ave
Omaha, NE 68116

Widny Dormena
1723 East 51st St
Brooklyn, NY 11234

Wil Goodpaster
4808 Sandy Ridge Dr
HAMILTON, MI 49419

Wilber Monterroso
3427 se pinewood ave
Hillsboro, OR 97123

Wilbert Georges
279 Leawood Circle
Naples, FL 34104

Wilfredo Lopez
5525 E Thomas RD
O10
PHOENIX, AZ 85018

wilfrid miceus
11 summit ave
Apt W401
spring valley, NY 10977

Will Dang
825 ANDRETTI DR
Murphy, TX 75094-3345

Will Ewegen
527 east 9th street
loveland, CO 80537

Will Lewis
27458 Pisgah Road
Toney, AL 35773

Will Rutherford
3732 Harvey Penick Dr
Round Rock, TX 78664-3951

William Albright
18765 E Memorial Rd
Luther, OK 73054

William Barbour
6910 Rangeline Rd
Mount Vernon, OH 43050

William Beare
15 Orangewood Ct
Apopka, FL 32703

William Bernal
4025 Hampton street
Elmhurst, NY 11373

William Caven
16 Richfield Rd
Arlington, MA 02474

William Chaucer
2314 W 21st Ave
Apt C
Covington, LA 70433

William Chhiv
11114 se 233rd pl
kent, WA 98031

William Creedon
8301 Dottley Drive
Southaven, MS 38671

William Elizer
6140 S Gun Club rd.
K6-167
Aurora, CO 80016

William F and Connie C. Buff Jr
776 Lower Mill Road
Pittsgrove, NJ 08318

William George
7248 Montgomery Road, Apt 3B
Elkridge, MD 21075

WILLIAM Grath
219 west ramapo ave
MAHWAH, NJ 07430

William Gray
6711 chesterbrook
San Antonio, TX 78239

William Hall
16227 Middlebelt Rd
Romulus, MI 48174-3101

William Harms
51 ole musket ln
Danbury, CT 06810

William Henson
888 Main st apt 1f
Torrington, CT 06790

WILLIAM herdendorf
190 CHACHALACA, SAN BENITO, TX 78586-796
san benito, TX 78586

William Heugel
32819 Whitburn Trail
Weston Lakes, TX 77441

William Hurd
1047 Giulia Ave
Tontitown, AR 72762

William Hwang
490 N Santa Maria St
Anaheim, CA 92801

William Isner
6528 16th Ave NE
Seattle, WA 98115

William Jenkins
5653 11th ave S
Birmingham, AL 35222

William Johnson
10888 Copper Creek Court
Jacksonville, FL 32218

William Kesig
6821 59th Ln N
Pinellas Park, FL 33781

William Littwin
1206 Bayley Court
Bridgewater, NJ 08807

William Martin
525 N Michillinda ave.
Pasadena, CA 91107

William Morrison
33 Robalo Ct
North Palm Beach, FL 33408

WILLIAM Morrison
775 Sharon School Rd
Statesville, NC 28625

William Murray
3212 Lorton Court
Virginia Beach, VA 23452

William Noyes
1073 Salvador Street
Costa Mesa, CA 92626

William Peak
3 Pecan Circle
Long Beach, MS 39560

William Plunk
2503 Ashwell Avenue SW
Massillon, OH 44646

William Prazzo
5925 Cheetah Chase
Littleton, CO 80124

william ray
1918 Canmont Drive Northeast
Atlanta, GA 30319

William Reyes
242 Leatherwood ct
lawrenceville, GA 30043

William Rhoads
1550 Terrell Mill Rd SE
APT 11A
Marietta, GA 30067

William Rodriguez
627 N alexandria ave
Apt2
Los angeles, CA 90004

William Schmitt
989 Moseley Rd
Fairport, NY 14450

William Smith
7601 N 9th Ave #230
230
Pensacola, FL 32514

william stallings
21 high st
chicopee, MA 01020

William Trummer
6650 Olean Rd Lot 22
South Wales, New York 14139-0000

William Wolk
3375 MIDWAY RD
DULUTH, MN 55810

willie johnson
9220 s. harvard blvd
los angeles, CA 90047

willie rivera
9 guild rd
Beverly, MA 01915

Willie Tomas
300 Sequoyah Dr Ne Lot 193
Fort Payne, AL 35967

Wills Henry
125 Bridgewater Dr
Savannah, GA 31419

wilson desouza
charlotte
charlotte, NC 28277

Wilson Jean-Baptiste
114 melanie ln
Brandon, FL 33510

Wilson Luong
14580 Ontario Dr
Westminster, CA 92683

Wilson OGANDO
1 East Harriet Avenue
Wilsonog2
Palisades Park, NJ 07650

Wilson Tran
6 Eagles Nest Drive
South El Monte, CA 91733

Wilson Ye
21348 Highland Dr
Castro Valley, CA 94552-4816

Wiman Emot
526 Winston st
Grand Prairie, TX 75052

Win Cheung
13 Glenmore Dr
Schenectady, NY 12309

Winfred Morgan
8700 Brittdale Lane
106
Raleigh, NC 27517

wingchung poon
4316 219th st
bayside, NY 11361

Winson Norton
1670 Sundance Dr
Marion, IA 52302

Winston Victolee
64 washington ave
Rutherford, NJ 07070

Winthan Aung
442 East 136 Street
3rd Floor
Bronx, NY 10454

Wisney RAPHAEL
North street
New city, NY 10956

WITSON Rodrigues
305 Price Lake Way
Fuquay-Varina, NC 27526

Wojciech Liszka
5051 N Oketo
Harwood Heights, IL 60706

Woody Holbrook
474 Hwy 3406
Mayking, KY 41837

Wreh Jalla
12402 Welford Manor Dr
Upper Marlboro MD, MD 20772

Wreh Jalla
12402 Welford Manor Dr
Upper Marlboro, MD 20772

Wyatt Bean
946 Woodale Rd
Brandenburg, KY 40108

Wyatt Boeker
2360 Vandenberg Dr
PO BOX 5854
Usaf Academy, CO 80840

Wyatt Zierle
307 Garden st
Three Rivers, MI 49093

Wyeth Curtis
PO BOX 981
Great Barrington, MA 01230-7046

Xavier Apolinario
5546 Dolores Dr
Holiday, FL 34690

Xavier Brightley
8 fordham place
Hempstead, NY 11550

Xavier Darrell
7924 peachtree st
Houston, TX 77016

Xavier Gascot
239 Surry Ave
Elkin, NC 28621

Xavier McNeil
109 Crestview Drive
Willingboro, NJ 08046

Xavier Quintela
2243 Uranus Ave
Las Cruces, NM 88012

Xavier Rogers
112 willow grove mill drive
Middletown, DE 19709

Xavier Williams
25200 Rockside Rd Apt 524
Bedford, OH 44146-1921

Xi Lin
8825 16th Ave
Brooklyn, NY 11214

xinbo jin
6536 223rd place
oakland garden, NY 11364

XINGRONG GU
4438 Cordero Dr
El Dorado Hills, CA 95762

xingyu liu
10523 honeyfur ct
charlotte, NC 28278

Xiong Vue
3650 Elorduy Lane
Elverta, CA 95626

Xola Malik
3741 Monterrey Oak Way
Ovilla, TX 75154

xuan nguyen
14120 bellacosa ave
baton rouge, LA 70817

Xuan Nguyen
10614 Rosehaven st
fairfax, VA 22030

Xumani Mgimeti
Aralias Close , SemmerFields Estate
Pretoria, GP 00187

Y L
142-19 BARCLAY Ave.
6C
Flushing, NY 11355

Yagnapriya Chandru
6855 Stonecrop Dr
Mckinney, TX 75070

yahya al azzawi
18135 Sweet Jasmine Drive
Tampa, FL 33647

Yair Lima Lopez
1169 Knights Ct NE
Salem, FL 97301

Yair Lima Lopez
1169 Knights Ct NE
Salem, OR 97301
Salem, OR 97301

Yair Lima Lopez
1169 Knights Ct NE
Salem, OR 97301

Yakov Buxbaum
5 underwood road
Monsey, NY 10952

Yan Zheng
116 Sutton Dr
Plainview, NY 11803

Yana Solomeeva
21206 DOVER PARK LANE
US
KATY, TX 77450

yancong yu
24656 57drive
little neck, NY 11362

yang yang
3042 Fincham Road
San Diego, FL 92103

Yao Ying Zhan
4779 S Youngfield ST
Morrison, FL 80465

Yaseen Choudhury
105-12 191st Street
Saint Albans, NY 11412

Yaseen El-Helaly
20 VIA LUCCA, APT D113
Irvine, CA 92612

Yash Patel
276 Berkley Street
Iselin, NJ 08830

Yash Radia
215 Sip Ave
Jersey City, NJ 07306

yasir hockla
1801 N Greenville Ave
#100
Richardson, IL 75081

Yasowant Mohanty
35 GUNPOWDER DR
EAST BRUNSWICK, NJ 08816

Yasser Salem
517 Mountain Pass Lane
Knoxville, TN 37923

yassine Ouedki
1703 Rockhill RD
7104
McKinney, TX 75069

yaswanth amaraneni
1110 Spring Hollow Road
Bentonville, AR 72713

YatLun Wong
2135 Gerritsen Ave
Brooklyn, NY 11229

Yazmin Morales
801 Brickell Ave
Miami, FL 33055

Yechezkel Stern
156 Jefferson
Inwood, NY 11096

Yehonatan Michaeli
10010 Hidden Cliff
Houston, TX 77027

Yeju Cai
18245 142nd Ave NE
Building 4, Apt 411
Woodinville, WA 98072

Yelizaveta Kremerov
1012 Ave K
Apt 3B
Brooklyn, NY 11230

Yen Chung
5791 Fullerton Ave.
Buena Park, CA 90621

Yen Lai
17 Lakewood dr
Hattiesburg, MS 39402

Yen Linh Huynh
45720 Corte Lobos
Temecula, CA 92592

Yen McCall
1817 Newhaven Loop
Richland, WA 99352

Yen Vo
13642 Grayton Ln
HOUSTON, TX 77041

Yenlan Nguyen
2564 SE 111TH
Portland, OR 97266

Yerlin Rosario
86 brusnwick st
Apt 1a
Newark, NJ 07114

Yevgeniy Rubinchik
10994 Quantico Lane N
Maple Grove, MN 55369

Yi Chan
339 D Crowells Road
Highland Park, NJ 08904

Yien Soeun
51 Roundabout Lane
130 Saddle Brooke Dr Dallas GA 30132
Adairsville, GA 30103

YING HAO
24178 Kirsch court
WUJIA XIANG WUJIAGANG DISTRICT
santa clarita, CA 91321

Yisrael Teichman
1461 36th st
Brooklyn, NY 11218

Ylyas Achylov
911 Fernandez Ct
Parlin, NJ 08859

Yogesh Jain
11765 Ridge Creek Ct
Cupertino, CA 95014

yohann shah
2827 Blandford dr
Rowland heights, CA 91748

Yomar Rodriguez Lebron
511 San Juan BLVD
Orlando, FL 32807

Yong He Chandelle Lee
11902 Central Ave
Apt 118A
Chino, CA 91710

Yong Kim
1630 Mariposa Lane
Fullerton, CA 92833

Yongjae LEE
5128 SUSON RIDGE DR
SAINT LOUIS, MO 63128

Yoojin Kim
360 S MIRALESTE DR
UNIT 342
SAN PEDRO, CA 90732

yoonjoo park
3114 normandy rd
seaside, CA 93955

Yoosup Shim
61-36 232 Street
Oakland Gardens, NY 11364

Yosefir Cruz
496 hendrix st
Apt 3
Brooklyn, NY 11207

Youhan Pan
1243 S OLIVE ST
APT 227
LOS ANGELES, CA 90015

Young Shon
32 Ashley Ct
Marlton, NJ 08053

Youngmin Song
1358 Elmpark St
S.Pasadena, CA 91025

Younous Abdallah
805 Jefferson ave
Utica, NY 13501

Yousaf Bacha
8839 Glacier Point Dr
Stockton, CA 95212

Yousif Abdelmagid
8244 Edgepoint Trail
Hurst, TX 76053

Yousif Alqaisy
110 Christine Drive
West Springfield, FL 01089

Yousif m yasin
860 SE Roberts Ave
Gresham, OR 97080

Yovanni Lerouge
49 arlington avenue
Valley Stream, NY 11580

Yu Qi
1341 Wesley Avenue
Berwyn, IL 60402

Yu Xia
7595 Charmant Dr
APT 707
San Diego, CA 92122

Yu Zhao
20 2nd st
1607
Jersey City, NJ 07302

Yuanda Wen
7177 Alvern St.
Apt F110
Los Angeles, CA 90045

Yuanhao Zhou
327 N Temple Dr
Milpitas, CA 95035

YUDISTER BASSIT
10116 121st STREET
RICHMOND HILL, NY 11419

Yue Pheng Yang
17837 Sunray Blvd SW
Prior Lake, MN 55372

yuesai ni
16312 Elmont Avenue
CERRITOS, CA 90703

Yuhao Chen
4220 24th Street
Apt 19E
Long Island City, NY 11101

Yuhui Jian
4456 Kerrington Ave
Sugar Hill, GA 30518

Yuhwa Jang
825 adagio st
henderson, NV 89052

YUIRY KNYSH
8502 Robie way
Citrus Heights, CA 95610

Yulia Drummond
3520 Long Drive
Minden, NV 89423

Yulia Nawar
14405 Willam Davie Ln
Charlotte, NC 28277

Yuliya Russanova
1624 41st ST N
McLean, VA 22101

yumond edwards
1095 Capshaw rd
Harvest, AL 35749

Yuner Sanchez
7048 thorneton rd
Easton, MD 21601

Yung-Han Wu
5995 Grodon Street
Frisco, TX 75034

Yunior Arteaga
8118 w Catalina Dr
Phoenix, AZ 85033

Yunior Florencio
2401 Bergenline Ave
2A
Union City, NJ 07087

Yupei Yu
227 Dahlgren Place
Brooklyn, NY 11228

Yuran Tavares
60 reservoir st
510
Brockton, MA 02301

yurisleixi Gonzalez-Quiala
10381 SW 156 ST
MIAMI, FL 33157

yuriy knysh
6131 SE 136th Ave
Portland, OR 97236

Yuriy Nijnik
4166 Rahn Rd
17
Eagan, MN 55122

Yurock Heo
5850 Macklind Ave
Saint Louis, MO 63109

Yusef Pirzada
19 Village Road
Kendall Park, NJ 08824

YUSRA ALSABAHI
7650 e morrow cr
dearborn, MI 48126

Yusuf Basadien
3 Shoveller Way, Pelikan Park, Cape Town
Cape Town, WC 07941

Yusufjon Yusupov
6103 port antonio rd
louisville, KY 40218

Yuting Li
10831 Caminito Arcada
San Diego, CA 92131

Yuting Pan
455 Sweet Lane
Princeton, TX 75407

Yuvish Krishna
4904B Brittlewood Avenue
The Reeds, GP 00158

yuzong fan
415 E Glendon Way
Alhambra, CA 91801

Yves Amicy
7850 FM 1960 RD E
APT 704
Humble, TX 77346

yves kayeye
18 Jaywick Rd, Mastheumhlope, Bulawayo,
Bulawayo, Bulawayo Province

Yvette Swanston
2120 Hays Street
Fredericksburg, VA 22401

Zachary Barry
2 Gable Ct
Portland, Maine 04103-0000

Zachary Borowski
2809 S west Pkwy
Wichita, KS 67210

Zachary Chu
7304 Telmo
Irvine, CA 92618

Zachary Godin
15414 Stable Star Circle
Cypress, TX 77429

Zachary Pankratz
2501 Fair Oak
227
Anoka, MN 55303

Zachary Rane
799 Oxbow Avenue
Apartment 205
Oswego, IL 60543

Zachary Romero
1081 e horseshoe dr
Chandler, AZ 85249

Zachary Rupolo
27 Mason Ave
Babylon, NY 11702

Zachary Shagi
601 Montauk Hwy
Oakdale, NY 11769

ZACHARY SOKOLI
6118 WOLF PARK DR
APT 105
RALEIGH, NC 27606

Zachary Swartz
2856 Trelawny ct.
722
Clarksville, Tennessee 37043-0000

Zachery Lahti
454 Sheldon Ter
Grand Haven, MI 49417

Zack Anderson
1684 210th Ave
Galesburg, IL 61401

Zack Fambro
PO Box 478
Strawn, TX 76475

Zack Stern
88 Cedar Drive
Colts Neck, NJ 07722

zackary abulkheir
561 10th ave
apt 20J
new york city, NY 10036

Zacory Kroeber
6802 Schroeder rd
2
Madison, WI 53711

Zahid Rahman
8912 Town and Country BLVD
Apt F
Ellicott City, MD 21043

Zahoor Namit
2886 Wingfield Ave
Chico, CA 95928

Zain Shah
8920 Mount Rainier Dr
Plano, TX 75025

Zair Mardio
104-15 198st
Saint Alban, NY 11412

Zaiveyer Turner
822 Cleveland Ave
Michigan city, IN 46360

Zajzon Ongalo
21313 E 55th ave
Denver, CO 80249

zander Squire
19962 Caraway Ln
Riverside, CA 92508

Zane Woods
816 raymond st
Miami beach, FL 33141

ZANG THAO
6337 Quail Ave N
Brooklyn Center, MN 55429

Zareh Khodadadian
460 Myrtle st
119
Glendale, CA 91203

ZaVion Jones
1513 Hickory Ct.
Youngstown, OH 44505

Zeeshan Gul
865 Mix Avenue
L17
Hamden, CT 06514

ZEHONG ZHAN
14325 LOS ANGELES STREET
Baldwin Park, CA 91706

Zengwen Yuan
22712 SE 279th St
Maple Valley, WA 98038

Zeru Daniel
504 bachon cir
apt E
Wylie, TX 75098

Zesen Wu
67 Sunrise Lane
Levittown, NY 11362

Zeyad Ali
4231 Monument Wall Way
Apt 245
Fairfax, VA 22030

Zhaire Simmons
3012 Manuel Creek Dr
Little Elm, TX 75068

zhalyn zhumagazy
231 174TH ST, 2316
miami, FL 33160

ZHENHUA DING
7831 ponce ave
WEST HILLS, CA 91304

Zhibek Asankulova
1460 Fairlane drive
414
Schaumburg, IL 60193

Zhibo Ke
81-11 254th St
Glen Oaks, NY 11004

Zhouxiao Bao
10104 Crescent Ct
Cupertino, CA 95014

Zhumgalbek Zhumabaev
267 Cobblestone ct
Schaumburg, IL 60173

Ziad Mhamdi
503 59th Avenue Dr W
Bradenton, FL 34207

Ziad Mohamed
4075 Redcastle pl
Swansea, FL 62226

Zibusiso Fikile Munyulwa
14 Castens Avenue, Belvidere
Harare, Zimbabwe

ziqi xuan
1349 Skyline Way
Santa Barbara, CA 93109

ZIYair Miller
5830 Abelia Road
Jacksonville, FL 32209

zubair sabry
29662 124th pl se
auburn, WA 98092

Zxanthus Jeks Manuel
11306 Estona Drive
Silver Spring, MD 20902

Zyra Krack
13968 Weidner St
Pacoima, CA 91331

# United States Bankruptcy Court
## District of New Jersey

In re **Fast Track Trading LLC** Debtor(s)

Case No.

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Fast Track Trading LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 14, 2025**
Date

**/s/ David H. Stein, Esq.**
**David H. Stein, Esq.**
Signature of Attorney or Litigant
Counsel for **Fast Track Trading LLC**

**Wilentz, Goldman & Spitzer, P.A.**
**90 Woodbridge Center Drive**
**Suite 900, Box 10**
**Woodbridge, NJ 07095**
**732-636-8000 Fax:732-855-6117**
**dstein@wilentz.com**