**GENOVA BURNS LLC**
494 Broad Street
Newark, NJ 07102
(973) 387-7804
*Counsel for Chapter 7 Trustee,*
*John M. McDonnell, Esq.*
SCOTT R. REVER, ESQ.
JACLYNN N. McDONNELL, ESQ.
*srever@genovaburns.com*
*jmcdonnell@genovaburns.com*

**Order Filed on November 6, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Fast Track Trading LLC,<br><br>Debtor. | Case No: 25-10470<br><br>Judge: MBK<br><br>Chapter: 7<br><br>Hearing date: November 6, 2025 at 10am |

**ORDER ESTABLISHING PROCEDURES (I) TO COMPROMISE AND SETTLE CERTAIN CLAIMS AND (II) FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**

The relief set forth on the following page number two (2) through four (4) is hereby

**GRANTED.**

**DATED: November 6, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon consideration of the *Trustee's Motion for Entry of an Order Establishing Procedures (I) To Compromise and Settle Certain Claims and (II) For Interim Compensation and Reimbursement of Expenses of Professionals* (the "Motion"); and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and proper notice having been provided; and the Court having determined that the relief requested is appropriate and in the best interests of the estate and its creditors; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED:**

1. The Motion is **GRANTED** as set forth herein.

2. The following procedures (the "Settlement Procedures") are hereby approved for use by the Trustee in connection with the compromise and settlement of avoidance and recovery claims under 11 U.S.C. §§ 544, 547, 548, 550, 551, and applicable state law:

a. The Trustee shall be authorized to settle or compromise any claim asserted in the amount of $25,000 or less without further notice to parties in interest or order of the Court.

b. The Trustee is authorized to settle or compromise any asserted claim exceeding $25,000 but less than $100,000 without further notice or Court order, provided that the settlement recovers at least fifty percent (50%) of the asserted claim. If the proposed settlement provides for recovery of less than fifty percent (50%), the Trustee shall file a Notice of Settlement, substantially in the form annexed as **Exhibit A** (the "Notice"), and serve it upon all parties entitled to notice under Bankruptcy Rule 2002 (the "Notice Parties"). The Notice Parties shall have fourteen (14) days from filing and service of the Notice to file an objection (an "Objection"). If an objection is timely filed, the Court shall schedule a hearing pursuant to Rule 9019(a). If no timely Objection is filed, the Trustee shall be

authorized to consummate the settlement without the need for further notice, hearing, or Court approval.

c. With respect to any asserted claim in an amount greater than $100,000, the Trustee shall file a Notice of Settlement, substantially in the form annexed as **Exhibit A** (the "Notice"), and serve it upon all parties entitled to notice under Bankruptcy Rule 2002 (the "Notice Parties"). The Notice Parties shall have fourteen (14) days from filing and service of the Notice to file an objection (an "Objection"). If an objection is timely filed, the Court shall schedule a hearing pursuant to Rule 9019(a). If no timely Objection is filed, the Trustee shall be authorized to consummate the settlement without the need for further notice, hearing, or Court approval.

3. The Notice of Settlement attached as **Exhibit A** is hereby **APPROVED**.

4. The Trustee is authorized, but not directed, to compromise and settle the such claims consistent with the Settlement Procedures set forth herein, provided, that, for the avoidance of doubt, nothing herein shall preclude the Trustee from settling any claims of or against the Debtor's estate upon further application to the Court.

5. The Court finds cause under Bankruptcy Rule 2002(a)(3) to limit notice of individual settlements in accordance with the Settlement Procedures.

6. The Court further finds cause to waive the fourteen (14) day stay under Bankruptcy Rule 6004(h), to the extent applicable, so that the Trustee may immediately implement the Settlement Procedures and commence settlements.

7. The Trustee is authorized to pay interim compensation and reimburse expenses to professionals retained pursuant to Court order (the "Professionals") in accordance with the following procedures (the "Compensation Procedures"):

a. Upon consummation of each settlement, the Trustee is authorized, without further Order of the Court, to remit to the applicable Professional thirty percent (30%) of the gross recovery, after deduction of actual and reasonable expenses incurred in connection

therewith.

8. The Trustee is authorized to take all actions necessary or appropriate to implement the relief granted herein.

9. The Trustee shall serve a copy of this Order within seven (7) days of entry.

10. This Court shall retain exclusive jurisdiction to interpret, enforce, and adjudicate any disputes arising under or related to this Order.