August 18, 2026

United States Bankruptcy Court
District of New Jersey
Attn: Clerk of Court

FILED
JEANNE A. NAUGHTON, CLERK
AUG 27 2026
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY ________ DEPUTY

**Re: Fast Track Trading LLC**
**Bankruptcy Case No. 25-10470-MBK**

Dear Clerk of Court:

I am writing regarding Fast Track Trading LLC.

I want to make it clear that **I have never received any money or payment from Fast Track Trading LLC.**

My information is as follows:

Tram Nguyen
15362 Balboa St
Westminster, CA 92683
714-204-8895
tng92703@gmail.com

To be clear, the total amount of money I have received from Fast Track Trading is **$0.00**.

I respectfully request that the Court provide me with information regarding the status of this matter.

I have received no payment from Fast Track Trading.

Thank you for your time and assistance. I would appreciate any information regarding what I need to do to protect me.

Respectfully,

Tram Nguyen

Tram Nguyen
(714) 204-8895

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Fast Track Trading, Inc.

Case No.: 25-10470 MBK

Chapter: 7

Judge: Michael B. Kaplan

**NOTICE OF PROPOSED AUCTIONEER COMPENSATION**

The court having waived the requirement of filing an application for auctioneer compensation and
reimbursement of expenses under D.N.J. LBR. 2014-2(b), and the compensation and expenses noted below having not exceeded the estimate provided in the *Certification of Professional in Support of Application for Retention of Professional*, Tranzon Auction Properties auctioneer, in this case is, providing notice under D.N.J. LBR 2016-2, of a request for compensation and reimbursement of expenses in the amounts that follow.

Request for compensation in the amount of: $2,300.00 (10% Commissions)

2010 Bentley Continental

Request for reimbursement of expenses in the amount of: $932.00

If you object to the proposed compensation or reimbursement of expenses, you must file a written
objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 21 days from the date of this notice.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is timely filed, the court may require that an application for compensation and reimbursement of expenses be filed under D.N.J. LBR 2016-1 or that a hearing be held.

Objections must be served on, and requests for additional information directed to:

Name: Tranzon Auction Properties
Address: 1800 Main Street, Lake Como, NJ 07719
Telephone No.: 908-642-7984
Signature: ______________________
Date: August 7, 2026

*rev.8/1/15*