**STEVENS & LEE**
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
(973) 387-7801
*Counsel for John M. McDonnell,*
*Chapter 7 Trustee*
SCOTT R. REVER, ESQ.
*scott.rever@stevenslee.com*
JACLYNN N. McDONNELL, ESQ.
*jaclynn.mcdonnell@stevenslee.com*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Case No: 25-10470 |
| Fast Track Trading LLC, | Judge: MBK |
| Debtor. | Chapter: 7 |

**NOTICE OF PROPOSED SETTLEMENT**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Approving Settlement and Compensation Procedures entered on November 6, 2025 (the "Procedures Order"), John M. McDonnell, Chapter 7 Trustee (the "Trustee"), hereby provides notice of the following proposed settlement (the "Proposed Settlement"):

- **Settling Party:** Brandon Li
- **Asserted Claim:** $125,721.49
- **Settlement Amount:** $25,006.97
- **Percentage of Asserted Claim:** 20%
- **Summary of Settlement:** Mr. Li has submitted the sum of $25,006.97 by wire transfer.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Procedures Order, if no objection is filed and served within fourteen (14) days after filing and service of this Notice, the Trustee will be authorized to consummate the Proposed Settlement without further order of the Court.

**PLEASE TAKE FURTHER NOTICE** Any objection must be: (a) in writing, (b) state the basis therefor, (c) filed with the United States Bankruptcy Court for the District of New Jersey, and (d) served upon the Trustee's counsel so as to be received no later than fourteen (14) days after filing and service of this Notice. If an objection is timely filed, the Court shall schedule a hearing pursuant to Rule 9019(a).

Respectfully submitted,

Dated: September 24, 2026

**GENOVA BURNS LLC**
*Counsel to John M. McDonnell, Chapter 7 Trustee*
*/s/ SCOTT S. REVER*
Scott S. Rever, Esq.
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
T: 973-387-7801
E: scott.rever@stevenslee.com