**McMANIMON, SCOTLAND**
**& BAUMANN, LLC**
75 Livingston Avenue, Suite 200
Roseland, NJ 07068
(973) 622-1800
Joshua H. Raymond, Esq.
jraymond@msbnj.com
*Counsel for John M. McDonnell,*
*Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>FAST TRACK TRADING LLC,<br><br>Debtor. | Case No: 25-10470<br><br>Chapter: 7<br><br>Judge: Hon. Michael B. Kaplan |
| JOHN M. McDONNELL, ESQ.,<br>CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>LUKE WEAKLAND,<br><br>Defendant. | Adv. Pro No. 26-01453 (MBK) |

**NOTICE OF PROPOSED SETTLEMENT**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Approving Settlement and Compensation Procedures entered on November 6, 2025 (the "Procedures Order"), John M. McDonnell, Chapter 7 Trustee (the "Trustee"), hereby provides notice of the following proposed settlement (the "Proposed Settlement"):

- **Settling Party:** Luke Weakland
- **Asserted Claim: $60,969.00**
- **Settlement Amount: $19,000.00**
- **Percentage of Asserted Claim: 31%**

- **Summary of Settlement: Payment in a lump sum**

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Procedures Order, if no objection is filed and served within fourteen (14) days after filing and service of this Notice, the Trustee will be authorized to consummate the Proposed Settlement without further order of the Court.

**PLEASE TAKE FURTHER NOTICE** Any objection must be: (a) in writing, (b) state the basis therefor, (c) filed with the United States Bankruptcy Court for the District of New Jersey, and (d) served upon the Trustee's counsel so as to be received no later than fourteen (14) days after filing and service of this Notice. If an objection is timely filed, the Court shall schedule a hearing pursuant to Rule 9019(a).

Respectfully submitted,

**McMANIMON, SCOTLAND & BAUMANN, LLC**
*Counsel to John M. McDonnell, Chapter 7 Trustee*

Dated: November 16, 2026

By: /s/ Joshua H. Raymond
Joshua H. Raymond

75 Livingston Avenue, Suite 200
Roseland, NJ 07068
973-721-5031
jraymond@msbnj.com