**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>FAST TRACK TRADING, LLC,<br><br>Debtor. | Case No.: 25-10470 MBK<br>Chapter: 7<br>Adv. Pro. No.:<br>Judge: Michael B. Kaplan |

## NOTICE OF PROPOSED COMPROMISE OR SETTLEMENT OF CONTROVERSY

John M. McDonnell, Esq., Chapter 7 Trustee in this case proposes a compromise, or to settle a claim and/or action, as described below. If you object to the settlement or compromise, you may file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later than seven (7) days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clarkson S. Fisher U.S. Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on December 17, 2026 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 8, (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certificate of No Objection*, the settlement may be completed as proposed.

| | |
|---|---|
| Nature of action | The Trustee asserted that American Express ("AmEx") received potential fraudulent transfers in the amount of $48,240.13. |

| | |
|---|---|
| Pertinent terms of settlement: | AmEx has agreed to pay the Trustee and the bankruptcy estate the sum of $38,500.00 in full settlement of any and all avoidance claims the bankruptcy estate has against AmEx. AmEx reserves its right to file a proof of claim for the settlement amount pursuant to 11 U.S.C.§502(h).<br><br>The Trustee has filed a Motion to Approve Settlement with the full Settlement Agreement attached, a copy of the motion is available upon request. The Trustee submits the settlement is in the best interest of the estate and its creditors in light of the potential defenses to the action and the costs and risks associated with the litigation. |

Objections must be served on, and requests for additional information directed to:

NAME: *_/s/ SCOTT S. REVER, ESQ. – STEVENS & LEE_*

ADDRESS: *_110 Allen Road, Suite 304, Basking Ridge, NJ 07204_*

TELEPHONE: 973-387-7801