**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | | |
|---|---|---|---|
| In Re: | | Case No.: | 25-10470 MBK |
| FAST TRACK TRADING, LLC, | | Chapter: | 7 |
| | Debtor. | Adv. Pro. No.: | |
| | | Judge: | Michael B. Kaplan |

## NOTICE OF PROPOSED COMPROMISE OR SETTLEMENT OF CONTROVERSY

John M. McDonnell, Esq., Chapter 7 Trustee in this case proposes a compromise, or to settle a claim and/or action, as described below. If you object to the settlement or compromise, you may file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later than seven (7) days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clarkson S. Fisher U.S. Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on December 17, 2026 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 8, (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certificate of No Objection*, the settlement may be completed as proposed.

| | |
|---|---|
| Nature of action | The Trustee asserted that Kareem Ibrahim and Audaya LLC (the "Ibrahim Parties") received potential fraudulent transfers in the amount of $238,168.76. |

| | |
|---|---|
| Pertinent terms of settlement: | The Ibrahim Parties have agreed to pay the Trustee and the bankruptcy estate the sum of $15,00.00 in full settlement of any and all claims the bankruptcy estate has against the Ibrahim Parties. The settlement shall be paid as follows: (1) $9,522.68 has been paid to the Trustee; and (2) $5,477.32 payable in four (4) monthly installments of $1,369.33 due on the 15th day of each month commencing on December 15, 2026.<br><br>The Trustee has filed a Motion to Approve Settlement with the full Settlement Agreement attached, a copy of the motion is available upon request. The Trustee submits the settlement is in the best interest of the estate and its creditors in light of the potential defenses to the action, the costs and risks associated with the litigation, and the ability to collect on the claim. |

Objections must be served on, and requests for additional information directed to:

NAME: *<u>/s/ SCOTT S. REVER, ESQ. – STEVENS & LEE</u>*

ADDRESS: *<u>110 Allen Road, Suite 304, Basking Ridge, NJ 07204</u>*

TELEPHONE: 973-387-7801